# Hennepin County Property Map

Date: 12/14/2023



1 inch = 100 feet

PARCEL ID: 3502924120244

OWNER NAME: City Of Minneapolis

PARCEL ADDRESS: 2313  13th Ave S, Minneapolis MN 55404

PARCEL AREA: 0.86 acres, 37,545 sq ft

A-T-B: Both

SALE PRICE:

SALE DATE:

SALE CODE:

ASSESSED 2022, PAYABLE 2023
    PROPERTY TYPE: Vacant Land-Residential
    HOMESTEAD: Non-Homestead
    MARKET VALUE: $0
    TAX TOTAL: $0.00

ASSESSED 2023, PAYABLE 2024
    PROPERTY TYPE: Vacant Land-Residential
    HOMESTEAD: Non-Homestead
    MARKET VALUE: $0

**Comments:**

Nenookaasi

This data (i) is furnished 'AS IS' with no representation as to completeness or accuracy; (ii) is furnished with no warranty of any kind; and (iii) is not suitable for legal, engineering or surveying purposes. Hennepin County shall not be liable for any damage, injury or loss resulting from this data.

COPYRIGHT © HENNEPIN COUNTY  2023