UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHERYL SAGATAW and
DEANTHONY BARNES, *on behalf of
themselves and a class of
similarly-situated individuals*,

                Plaintiffs,

vs.

MAYOR JACOB FREY, *in his
individual and official capacity*,

                Defendant.

Civil Action No.
0:24-cv-00001-ECT/TNL

**MOTION FOR TEMPORARY RESTRAINING ORDER**

**ORAL ARGUMENT REQUESTED**

**EXPEDITED HANDLING REQUESTED**

1. Cheryl Sagataw and DeAnthony Barnes, on behalf of themselves and on behalf of those similarly situated ("Plaintiffs"), by and through their undersigned attorneys, hereby move this Honorable Court, pursuant to Federal Rule of Civil Procedure 65, for entry of a Temporary Restraining Order. Plaintiffs seek to enjoin Defendant Jacob Frey and his officials, employees, agents, assigns, and all those working in concert with Defendant from:

    a. Evicting, bulldozing, clearing, sweeping, dismantling, demobilizing, removing infrastructure, or ceasing services to Camp Nenookaasi, the encampment of unhoused individuals located between 12th and 13th Streets and 23rd and 24th Ave, Minneapolis Minnesota.

    b. Confiscating or destroying Plaintiff's property, including property shared by the Camp at the Healing Tent, Kitchen Tent, or in other common areas;

    c. Entering individual residences at Camp Nenookaasi or otherwise searching the area outside of the common spaces without proper search warrants or consent of the resident whose yurt or tent has been entered.

2. Plaintiffs incorporate herein by reference the facts alleged in the Memorandum in Support of the Motion for Temporary Restraining Order that accompanies this motion, as well as the facts alleged in their Class Action Complaint.

3. As the accompanying Memorandum outlines in detail, Plaintiffs have satisfied the four-part test and bring a matter to this Honorable Court warranting preliminary injunctive relief:

    a. Plaintiffs are likely to prevail on the merits of their constitutional and common law claims.

b. Plaintiffs will suffer irreparable harm, including significant risk of death, unless the requested injunctive relief is granted.

c. Granting the requested relief will not result in any foreseeable, serious harm to Defendant or the public.

d. Granting the requested relief is in the public interests.

WHEREFORE, Plaintiffs respectfully request that this Court issue a Temporary Restraining Order.

Respectfully submitted,

Date: January 2, 2024

*/s/ Kira Kelley*
KIRA A. KELLEY
Climate Defense Project
MN Bar No. 0402932
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org

*Attorney for Plaintiffs*