UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW and DEANTHONY BARNES, *on behalf of themselves and a class of similarly-situated individuals*, | Civil Action No.<br><br>0:24-cv-00001-ECT/TNL |
| Plaintiffs, | **MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| MAYOR JACOB FREY, *in his individual and official capacity*, | |
| Defendant. | |

I, Kira Kelley, certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font. The length of this brief is 6789 words. This brief was prepared using Google Docs and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Date: January 2, 2024

*[signature]*
KIRA A. KELLEY
Climate Defense Project
MN Bar No. 0402932
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org
*Attorney for Plaintiffs*