AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:24–cv–00001–ECT–TNL

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mayor Jacob Frey__
was received by me on *(date)* __Jan. 2, 2024__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Casey Beeksma, Delegate of the City Clerk__, who is designated by law to accept service of process on behalf of *(name of organization)* __The City of Minneapolis and Mayor Jacob Frey,__ on *(date)* __Jan. 2, 2024__; or
in his official capacity

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: __Jan. 2, 2024__

_____
*Server's signature*

__Claire Nicole Glenn__
*Printed name and title*

PO Box 7040
Minneapolis, MN 55407
*Server's address*

Additional information regarding attempted service, etc:

Service was made of the summons, complaint, and its six exhibits, as well as Plaintiffs' motion for a temporary restraining order and the declarations of Cheryl Sagataw, DeAnthony Barnes, Nicole Perez, Christin Crabtree, Aaron Johnson, and Claire Glenn. I specifically advised Casey Beeksma that in addition to the summons and complaint, I was serving a motion for a temporary restraining order, which should be provided to Mayor Frey's attorneys as soon as possible. City Clerk Delegate Beeksma advised they would do so.