# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**CHERYL SAGATAW and DEANTHON Y BARNES, on behalf. of themselves and a class of similarly-situated individuals,**

        Plaintiff(s),

vs.

**MAYOR JACOB FREY, in his individual and official capacity,**

        Case No. 0:24-cv-00001-ECT/TNL

        Defendant(s).

### NOTICE OF HEARING ON MOTION

PLEASE TAKE NOTICE that the above-titled motion is being filed in accordance with the directions received from the presiding judge's courtroom deputy:

(Check the box and complete the information that applies.)

☐ A hearing on the above-titled motion will take place at a date and time to be determined and I/we received the following filing instructions from the presiding judge's courtroom deputy on this motion:

☑ A hearing for the above-titled motion will take place:

on January, 3rd 2024 (date)

at 2:00 PM (time)

in **7A** (courtroom/room number)

at the **Warren E. Burger Federal Building and U.S. Courthouse** (courthouse address)

before **Eric C. Tostrud, U.S. District Judge** (presiding judge's name)

I/We, the **Plaintiff(s)** (party name, i.e. plaintiff/defendant)

will move the Court for an Order to

> grant a Temporary Restraining Order enjoining Defendant from evicting Camp Nenookaasi, Plaintiffs' shelter.

Signed this **2nd** day of **January,** **2024**

Signature of Party *Kira Kelley*

Mailing Address
Kira Kelley, Esq
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407

Telephone Number (802) 683-4086

Note: All parties filing the motion must date and sign the Notice of Hearing and provide their mailing address and telephone number. Attach additional sheets of paper as necessary. The Notice of Hearing must be served on each party, together with the documents required under LR 7.1(b)-(c).