UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHERYL SAGATAW and
DEANTHONY BARNES, *on behalf of
themselves and a class of
similarly-situated individuals*,

          Plaintiffs,

vs.

MAYOR JACOB FREY, *in his
individual and official capacity*,

          Defendant.

Civil Action No.
0:24-cv-00001-ECT/TNL

**CERTIFICATE OF SERVICE**

I, Kira Kelley, certify that on January 2, 2024 I caused the following documents to be served on the Defendant Jacob Frey by delivering them in person to the City Clerk's office of Minneapolis, Minnesota:

1. The Memorandum of Law in Support of Motion for Temporary Restraining Order, Doc. 11.

2. Summons Returned Executed, Doc. 12.

3. Notice of Hearing on Motion, Doc. 14.

1

Prior to delivering these documents I spoke to Susan Trammel and Harold Melcher of the Minneapolis City Attorney's office, which office represents the Defendant in civil matters. I informed these attorneys of the briefing deadline tomorrow morning and the hearing tomorrow afternoon, and asked if they would prefer to exchange information and document service electronically to expedite the process. The City Attorney's office declined and instead referred me to City Hall.

I also informed the City Clerk that the Defendant did not appear to have an attorney appearance or a service contact listed on the ECF website, and asked the City Clerk to inform the Defendant's attorneys that Court had entered an order setting the briefing schedule and requesting that the City submit its materials by 9:00AM. I followed up with a phone call after I left the City Clerk to ensure that this message was received by the City Clerk.

I declare under penalty of perjury that this information is true.

                      Respectfully submitted,

Date: January 2, 2024

                      _____
                      KIRA A. KELLEY
                      Climate Defense Project
                      MN Bar No. 0402932
                      P.O. Box 7040
                      Minneapolis, MN 55407
                      (802) 683-4086
                      kira@climatedefenseproject.org

                      *Attorney for Plaintiffs*