UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheryl Sagataw and DeAnthony Barnes, *on behalf of themselves and a class of similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>Mayor Jacob Frey, *in his individual and official capacity*.<br><br>Defendant. | Ct. File No. 24-cv-00001(ECF/TNL)<br><br>**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Sharda Enslin, certify that Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for a Temporary Restraining Order complies with Local Rules 7.1(f) and 7.1(h).

I also certify that, in preparation of this certificate of compliance, I used Microsoft Word for Microsoft 365 Version 2208 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

Additionally, I certify that the above referenced memorandum contains 7,663 words.

2

| | |
|---|---|
| Dated: January 3, 2024 | KRISTYN M. ANDERSON<br>Minneapolis City Attorney<br>By<br>*/s/ Sharda Enslin*<br>Sharda Enslin (#0389370)<br>Heather P. Robertson (#0390470)<br>Kristin R. Sarff (#388003)<br>J. Haynes Hansen (#0399102)<br>Assistant City Attorneys<br>Office of the Minneapolis City Attorney<br>City Hall, Room 210<br>350 S. Fifth Street<br>Minneapolis, MN 55415<br>Telephone: 612-673-3949<br>sharda.enslin@minneapolismn.gov<br>heather.robertson@minneapolismn.gov<br>kristin.sarff@minneapolismn.gov<br>haynes.hansen@minneapolismn.gov<br><br>*Attorneys for Defendant Jacob Frey* |