UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheryl Sagataw and Deanthony Barnes, *on behalf of themselves and a class of similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>Mayor Jacob Frey, *in his individual and official capacity*,<br><br>Defendant. | Case No. 24-CV-00001 (ECF/TNL)<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorneys hereby notify the Court and counsel that Assistant City Attorneys, Sharda Enslin, Kristin R. Sarff, Heather P. Robertson, and Haynes Hansen shall appear as counsel on behalf of Defendant Mayor Jacob Frey in this matter.

1

Dated:  January 3, 2024

KRISTYN ANDERSON
City Attorney
By /s Sharda Enslin
SHARDA ENSLIN (#389370)
KRISTIN R. SARFF (#388003)
HEATHER P. ROBERTSON (#390470)
J. HAYNES HANSEN (#399102)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2180
(612) 673-3919
(612) 673-3949
(612) 673-3339
sharda.enslin@minneapolismn.gov
kristin.sarff@minneapolismn.gov
heather.robertson@minneapolismn.gov
haynes.hansen@minneapolismn.gov

*Attorneys for Defendant Mayor Jacob Frey*