UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CHERYL SAGATAW and
DEANTHONY BARNES, *on behalf of themselves and a class of similarly-situated individuals*,

          Plaintiffs,

vs.

MAYOR JACOB FREY, *in his individual and official capacity*,

          Defendant.

Civil Action No.
0:24-cv-00001-ECT/TNL

---

### [PROPOSED] ORDER

This case is before the Court on Plaintiffs' Motion for Restraining Order. Based on the filings, records, and proceedings, the Motion is:

    **GRANTED.**

It is hereby ordered that a Temporary Restraining Order shall issue, prohibiting the Defendant from:

a. Evicting, bulldozing, clearing, sweeping, dismantling, demobilizing, removing infrastructure, or ceasing services to Camp Nenookaasi, the

encampment of unhoused individuals located between 12th and 13t Streets and 23rd and 24th Ave, Minneapolis Minnesota.

b. Confiscating or destroying Plaintiff's property, including property shared by the Camp at the Healing Tent, Kitchen Tent, or in other common areas;

c. Entering individual residences at Camp Nenookaasi or otherwise searching the area outside of the common spaces without proper search warrants or consent of the resident whose yurt or tent has been entered.

This Temporary Restraining Order will Last until the Court orders otherwise, such as after a decision on a Motion for a Preliminary Injunction.

Dated: _____                    _____
                                     The Honorable Eric Tostrud
                                     United States District Court