UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheryl Sagataw and DeAnthony Barnes, *on behalf of themselves and a class of similarly-situated individuals*, | File No. 24-cv-1 (ECT/TNL) |
| Plaintiffs, | **ORDER** |
| v. | |
| Mayor Jacob Frey, *in his individual and official capacity*, | |
| Defendant. | |

Plaintiffs' Motion for a Temporary Restraining Order/Preliminary Injunction [ECF No. 4] is denied for the reasons stated on the record at the January 3, 2024 hearing.

**SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated:  January 3, 2024             s/ Eric C. Tostrud
                                    Eric C. Tostrud
                                    United States District Court