# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Cheryl Sagataw, DeAnthony Barnes | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 24-cv-00001-ECT-TNL |
| Mayor Jacob Frey | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs' Motion for a Temporary Restraining Order/Preliminary Injunction [ECF No. 4] is denied for the reasons stated on the record at the January 3, 2024 hearing.

Date: 1/4/2024                                                                                    KATE M. FOGARTY, CLERK