

November 1, 2023

To Whom It May Concern,

We are writing to demand that the Nenookaasi encampment located at 23rd St and 13rd Ave in Minneapolis is closed immediately. The recent death of a baby and the overdose death at the encampment is just the most recent of many reasons we cannot wait until December 6th to act. Not only are crimes being committed regularly, but they are also being hidden from the police with threats of, and physical acts of violence, to those who would normally report. Neighbors have witnessed women and girls being dragged into cars in the middle of the night, open drug use throughout the day, open sex acts, and more.

Over the last several weeks and months, leaders from MUID organizations have reported many of these crimes and concerns to city and county officials, which has not resulted in any improvement while the situation continues to deteriorate and become more and more of a threat. This is unacceptable.

We understand that there may be misinformation about the position of MUID on this encampment. Nicole Mason, an interested community member who resides in Little Earth, has presented the Nenookaasi Homeless Response Action Plan to the MUID Opioid/Unsheltered Committee for consideration. However, we must clarify that Nicole Mason does not represent MUID.

In the long run, we understand that this encampment is part of a larger more complex housing issue that requires a collaboration of multiple jurisdictions and community partners to best serve our relatives, and MUID is willing to be part of this process. However, due to the immediate and growing public health and safety crisis this situation poses, we demand that the Nenookaasi encampment is closed immediately.

We request acknowledgement of receipt of this letter and an expedited response by Friday, November 3rd. Please direct your response to Ryan Salmon, Interim Chair of MUID.

Ryan Salmon
White Earth Band of Ojibwe
Interim Chair of MUID
Ryan.Salmon@Whiteearth-NSN.gov

*MUID promotes the well-being, growth and mutual interests of metropolitan American Indian organizations.*
*https://muidgroup.wixsite.com/muid*

Supported by the FULL MUID MEMBERSHIP

*Listing of Voting Member Organizations within the Metropolitan Urban Indian Directors Group:*

American Indian Cancer Foundation
American Indian Community Development Corporation
American Indian Movement – Grand Governing Council
American Indian OIC
Division of Indian Work
Dream of Wild Health
Indian Child Welfare Act Law Center
Indian Health Board
Indigenous Peoples Task Force
Little Earth of United Tribes Housing Corporation
Little Earth Residents Association
MIGIZI Communications
Minneapolis American Indian Center
Minnesota Indian Women's Resource Center
Native American Community Clinic
Native American Community Development Institute
Minnesota American Indian Chamber of Commerce
Mini Sota Fund
Nawayee Center School
New Native Theatre
Upper Midwest American Indian Center
Ain Dah Yung
American Indian Family Center
Interfaith Action Organization
Minnesota Indian Women's Sexual Assault Coalition
Tiwahe Foundation
Wakan Tipi
Bois Forte Urban Office - Official
Fond Du Lac Urban Office - Official
Ho-Chunk Nation Urban Office - Official
Leech Lake Twin Cities Office - Official
Mille Lacs Band of Ojibwe Urban Office - Official
Red Lake Embassy - Official
White Earth Urban Office – Official

*MUID promotes the well-being, growth and mutual interests of metropolitan American Indian organizations.*
*https://muidgroup.wixsite.com/muid*