UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,

Plaintiffs,

vs.

MAYOR JACOB FREY, *in his individual and official capacity*,

Defendant.

Civil Action No.
0:24-cv-00001-ECT/TNL

## STIPULATION

Plaintiffs' attorney Kira Kelley and Defendant's attorney Sharda Enslin conferred prior to the Plaintiffs' filing their Second Motion for Temporary Restraining Order. In recognition of the challenges that tight scheduling can pose on attorneys and court staff, the parties came to the following agreements:

1. In exchange for Defendant agreeing to pause closure[1] of Camp Nenookaasi, currently located on 28th Street between 11th and 12th Avenues in Minneapolis, until a hearing may be held on Plaintiffs' Second Motion for a

---

[1] As counsel discussed, a pause on closure does not restrict law enforcement from temporarily asking people to vacate the premises of Nenookaasi for safety reasons, and could handle emergencies at Nenookaasi in the same manner as they would if responding to a similar event in an apartment complex.

Temporary Restraining Order, Plaintiffs agreed to allow Defendant to propose a more relaxed briefing schedule.

2. Both parties are satisfied with this agreement, and jointly propose to the Court the following timeline:
   a. Plaintiff will file the Second Motion for a Temporary Restraining Order and all accompanying materials on February 20, 2024.
   b. Defendant would file a response by February 27, 2024.
   c. The Motion would be heard on February 29, 2024, or March 1, 2024, subject to the Court's availability.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court adopt the stipulated-to briefing schedule.

Respectfully submitted,

Date: February 20, 2024

/s/ Kira Kelley
Kira Kelley, Esq.
Climate Defense Project
MN Bar No. 0402932
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org

*Attorney for Plaintiffs*

| | |
|---|---|
| Dated: February 20, 2024 | KRISTYN M. ANDERSON<br>Minneapolis City Attorney<br>By<br>*/s/ Sharda Enslin*<br>Sharda Enslin (#0389370)<br>Heather P. Robertson (#0390470)<br>Kristin R. Sarff (#388003)<br>J. Haynes Hansen (#0399102)<br>Assistant City Attorneys<br>Office of the Minneapolis City Attorney<br>City Hall, Room 210<br>350 S. Fifth Street<br>Minneapolis, MN 55415<br>Telephone: 612-673-3949<br>sharda.enslin@minneapolismn.gov<br>heather.robertson@minneapolismn.gov<br>kristin.sarff@minneapolismn.gov<br>haynes.hansen@minneapolismn.gov<br><br>*Attorneys for Defendant Jacob Frey* |