# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,

Plaintiffs,

vs.

MAYOR JACOB FREY, *in his individual and official capacity*,

Defendant.

Civil Action No.
0:24-cv-00001-ECT/TNL

**DECLARATION OF VERONICA TIGER IN SUPPORT OF SECOND MOTION FOR TEMPORARY RESTRAINING ORDER**

## **DECLARATION OF VERONICA TIGER**

I, Veronica Tiger, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Veronica Tiger and I am 29 years old.

2. I am a Blackfoot Indian descendant.

3. I grew up in Maple Grove in a dysfunctional but loving family that made me who I am today. Addiction runs in my family. I have one test left to get my GED. I have some mental illness. Bipolar type 2, borderline personality disorder, PTSD, severe social anxiety, and seasonal depression, and I was formerly an addict.

4. I was homeless off and on for the last nine years. At various times I got kicked out of my moms house, or I ran away. Most of the time I was just wandering the North side, or staying with friends, or staying with my mom, but none of that was stable. Then I got on the bus, and I got off at Franklin St and ran into all the tenters at the Wall of Forgotten Natives. I ran into Berta (Roberta Strong). That was in 2023, about a year ago. I fell in love with the people. I have never met so many humble, open minded, kind hearted, smart hustling individuals in my life. Just because we are all addicts doesn't mean we aren't beautiful people on the inside.

5. Nicole gave me a tent and I set up there along the Wall of Forgotten Natives. Then we had to move. They evicted us, so I moved.

6. First I moved into a spot on 24th street, but soon I realized that the safest spot would be to go to Nenookaasi on 23th street. I realized this because I did my research, I came in to Nenookaasi and checked it out - to be here you have to have your name on a list, you have a number on your tent, there's security and a gate and a meal every day, good hygiene, fruit, water, resources not only for housing but to tell people where they could shower, everything for people to take care of themselves and be safe.

7. Nicole cares, she checks on you, making sure people are okay and have what they need. She used to be where we were at and has been here before. You can't walk through someone getting through addiction and homelessness unless you've been there yourself. She's got experience, and that's how she is able to do what she does. Her family is here.

8. Being at camp made me feel loved, like I was a part of something, like people cared about me. I realized that I was better than just being lost, homeless, addicted, cold. I was able to think about my dreams - finishing my education, getting a job, having a home, taking care of myself. At first I thought Nenookaasi would be like a jail or a shelter but its not, its like home. We've grown from nothing, to having tents, to now having yurts with heat. Camp gave me meaning. A purpose. I was lost and broken.

1

9. Shelters aren't the same. Nenookaasi has structure, security, and care, rather than just rules and attempts to control people. Shelter doesn't care about you like that. People have more opportunities here and ability to access them and to talk about what they want to do. If you break a rule in a shelter, you get kicked out. There are rules everywhere, true, but here unlike a shelter you are met with understanding and being allowed to make a mistake as long as you're growing, you get the time to improve and see why what you're doing is unacceptable, and to change.

10. At camp, I had a face infection. It was very dangerous. I wouldve ignored it but because I was at camp, I went to the hospital. Nicole told me to go, I wouldn't have gone without that. She inspired me to go. We had deep conversations and from that I knew that I could achieve better for myself than what I was living. From there, I decided to go into treatment. I went to Tapestry. I worked the program, I graduated, and then I went to the stepdown in Fridley. From there, I will go into my own home. I wasn't forced to go to treatment, but I did it because I wanted to. I wanted to make Nicole proud. I made it out of homelessness and addiction because of her and because of Nenookaasi. Now I am leading, I came back to Nenookaasi to visit to show people that it's possible.

11. Its not just Nicole, it is every person here. My uncle, my cousin, everyone here they opened my mind to a whole different way of living. I always tell myself: patience, humbleness, progress, and growth. Struggle, strive, succeed. Thats how I get through it when I think I'm going to relapse, or I think the world is ending. And everyone in this community has walked me through that. I learned patience, to be humble, to be grateful for what I have from the people at camp. I see people around me struggling, but striving in that struggle, getting through it day by day to grow. I wouldn't have been able without this community to think about where I want to go in the future.

12. Nicole stopped her job to come help us. It's a big family. We've got outreach people here, we've got housing openings people can access.

13. Now, I am in treatment. I've been there three months, in the transformation house.  I am doing self care, been taking my medications as prescribed, I am loving me again and realizing my worth, noticing that I am a beautiful person inside and out. I want better. I am living for me and my children, I have one class away from getting my high school diploma and I'm on track to pursue my dream to be a paralegal. Without Nicole and Camp Nenookaasi I would not be where I am right now. She gave me more support than my own mother.

14. If this camp was totally shut down, it would ruin and end lives. It would put the city in a downward spiral with more people on the streets. Without this structure and organization, a lot of lives would be ruined through either death or going back to bad ways. The streets would be filthy, people would suffer because their only stability was taken away. Doing

2

this declaration is my way of giving back to this camp, protecting the opportunities for other people that this camp gave to me.

15. Don't close Nenookaasi. Think about if your child was homeless, put yourself in someone elses shoes, feel other people's pain. Come and see what it's like here instead of hearing about it on the news. Talk to the people here, they matter too.

I declare under penalty of perjury that this declaration is true and correct.

Executed on  Feb. 3,  2024, in the City of Minneapolis, County of Hennepin, State of Minnesota, Treaty-Ceded Territory of the Dakota peoples.

veronica lynn jeannette tiger

3