# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

CHERYL SAGATAW, DEANTHONY
BARNES, ROBERTA STRONG, and
TRAVIS NELOMS, *on behalf of
themselves and a class of
similarly-situated individuals*,

                Plaintiffs,

vs.

MAYOR JACOB FREY, *in his
individual and official capacity*,

                Defendant.

Civil Action No.
0:24-cv-00001-ECT/TNL


**SECOND DECLARATION OF
DEANTHONY BARNES
IN SUPPORT OF SECOND
MOTION FOR TEMPORARY
RESTRAINING ORDER**

---

<u>**SUPPLEMENTAL DECLARATION OF DEANTHONY BARNES**</u>

I, DeAnthony Barnes, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is DeAnthony Barnes and I previously submitted a declaration in this case. I am supplementing my declaration with events that have transpired since then, as follows:

2. On January 4, 2024, we got evicted. We had more time unlike other evictions. It felt more fair than other evictions, people were allowed to come in and help us. I saw some storage offered, I do not know by who, but it was only two little boxes that our stuff would not fit in. I wasn't going to use that storage because it was not nearly enough room and that would have been way too far for me to get downtown to where they said they'd keep it.

3. The next eviction we had a drone over our heads, we woke up to the law enforcement setting up down the street. The cops were keeping people away so we couldn't have help.

4. The third eviction on Feb. 1, 2024. We didn't even have a chance to set up before we got evicted from there. The drone was back. There were police all over. They were there bulldozing us before we were even there for two days. We had no notice. Nobody from the city came to help us, no storage was offered, and they wouldn't even let other people from the community come in to help us take down the yurts, or let trucks from community members pull up to put our stuff in. We had to drag our stuff all the way down the street, which meant we couldn't watch the rest of our stuff while we were gone walking our other stuff away. We were forced to spread out our stuff, we didn't know where any of it was going, we couldn't keep track of where we were putting it because everything was happening so fast, we had to run and put stuff here and there. They kicked us off the spot and then dumped big boulders where were at so that we couldn't go back.

5. Are they just going to keep dumping rocks on us everywhere we go? Where are we going to be able to go? Pretty soon we won't be allowed in the whole city. They're putting up fences around the places we grew up at. We don't have anywhere to go.

6. I've lost a couple of suitcases in these evictions, a lot of stuff. A lot of clothes, electronics/chargers, food, blankets.

7. Minneapolis is my hometown but I am getting tired of struggling to just exist here.

8. I heard that the Mayor misquoted the baby incident. It wasn't a baby that was cared for and then died here, it was a miscarriage. He's trying to make us look bad, so that people think we are a bunch of animals. I do not know what that mother was going through, but I know that the Mayor has no idea what happens at this camp. The city doesn't come out here to get the real story, they just take what they get and spin it how they want.

1

9. The other incident, in the kitchen tent at the 26th Street camp, we called the first responders to help someone, but they didn't even want to come into the tent because they were saying we all had a disease. He almost died. On a separate incident, we called 911 again around the same week, another guy was having a seizure and we had to carry him out because the paramedics didn't want to come in. We didn't have a disease, we had food poisoning from some donated meals someone brought.

I declare under penalty of perjury that this declaration is true and correct.

Executed on Feb. 6, 2024, in the City of Minneapolis, County of Hennepin, State of Minnesota, Treaty-Ceded Territory of the Dakota peoples.

DeAnthony Barnes