# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,

    Plaintiffs,

vs.

MAYOR JACOB FREY, *in his individual and official capacity*,

    Defendant.

Civil Action No. 0:24-cv-00001-ECT/TNL

**DECLARATION OF ISABEL DIEZ IN SUPPORT OF SECOND MOTION FOR TEMPORARY RESTRAINING ORDER**

**DECLARATION OF Isabel Diez**

I, Isabel Diez, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Isabel Diez, I am 20 years old.

2. I am a member of the Red Lake Nation

3. I currently work for the Little Earth Community. Previously, I attended Fond Du Lac Tribal College, and Augsburg for some time.

4. I became involved in Camp Nenookaasi through my mom, Nicole Mason (Perez).

5. Camp Nenookaasi exists because there's no right to housing for people; good support for people to go get sober or stay sober.

6. To me, Camp Nenookaasi means family, and not being alone. Camp Nenookaasi of course provides safety, actual people who care about you, not a judgemental place at all. I didn't have a big family growing up, just my siblings and my mom. It's pretty nice having more people around, I come over here to be with family.

7. I feel like the housing people have stopped coming around so much as they used to at previous Nenookaasis. I haven't seen them. They were coming around to the second camp for a bit, but not since then. They would call someone's name, from their previous housing list, but they wouldn't go look for the people, they would just go in there and if we didn't know where they were they would just leave and then they never came back. Hennepin housing people just don't come around anymore. After they housed many people who were living at the first camp on 23rd street they stopped; the second, third and fourth they haven't come.

8. The goals of Camp Nenookaasi are for residents to get housing; for them to start considering getting sober. I've seen a lot of the residents finding more self respect; before they just used to be wiling.

9. The first eviction, from 23rd street, that one was tough. I had never been to an eviction. The space where we were at was really big; we could fit everyone there. It sucks to not have it anymore. The day of it was really sad; watching everyone have to pack up their stuff quick.

10. The second eviction was on 26th street. That one sucked. At that time I had not slept over at camp. I was at home and when I got the news I rushed over here and tried to help. For the second and third evictions, a lot of residents weren't even allowed to come back in and pack their stuff; they said "we live here," and the law enforcement still wouldn't let

1

them come back in. The police wouldn't let them bring in food or water, and turned supporters away who were trying to help carry stuff.

11. The city said they had storage available for people at the first camp and supposedly they went around telling people about that, but a lot of people said they didn't know about it. And isn't the storage unit all the way downtown? People aren't going there; most of the people I talked to said they didn't know about the storage. At the second eviction they didn't offer it at all. Plus even if they'd told people, it's not usable or realistic for residents; if you don't go there for a certain amount of time then they'll just throw your stuff out--residents aren't going to go there every month. That's just not a reality.

12. AVIVA was at the evictions. The city didn't always notify them, for the last eviction a resident called them. At the last eviction, south side harm reduction pulled through and helped a few people get into housing.

13. At the evictions, police mostly just stand there not really doing anything. At the first eviction they didn't pull up until later; the second one they blocked off the roads. I don't know why they needed that many police officers. The third one they blocked off different spots; different other lots were blocked off. They had the state troopers go and sit at the wall of forgotten natives. I was out there chilling with people and they thought we were going to go over there. It was unsettling.

14. Supposedly, I had heard, there was supposed to be 90 shelter beds available (I think that was for the first eviction but it might have been the 2nd - the first time I heard about that was at the city council meeting when that person Margaret was talking about it). But shelter beds are first come first serve, and Nenookaasi residents are not the only homeless people out here and people are going to take advantage of that and a lot of people were still on the streets.

15. After the first eviction, I saw one of our residents sleeping on the sidewalk during the night. After our 2nd or 3rd eviction I drove around again and one of the residents was already setting up a tent by the dollar tree, so I took him back over here. Some residents were staying warm inside apartment buildings, the double door kind of thing. So I found a lot of people like that, when I was driving around. At the bus station up there, I found people.

16. When residents were turned away at the second and third evictions from getting back to their stuff, I think they went back to Franklin. By the third eviction people knew to stay on Franklin until I would come find them and give them rides back to our new spots.

17. The third eviction, I was driving around with my mom and sister, and we heard someone call out to us. I saw some guy I didn't recognize at the time, so we kept driving, but later we saw that person and I recognized him as a resident. He said he tried to stop us earlier

    because there was a younger boy who was o-ding, but we had driven off because we didn't know they were residents. The resident said that the young boy got taken off in an ambulance. Not sure how he's doing.

18. At camp, after an eviction notice is posted or when people think there's going to be an eviction, it's stress. Everyone's asking where we're going to go next and what to do with their things. People's things get lost. They are very worried about their stuff.

19. These evictions make me feel mad. Like they keep moving all my cousins around and my family around. And right when everyone gets comfy; boom, eviction. Just watching all of them try to hurry up and pack all their stuff and once all of their stuff is packed up i notice how they help someone else, instead of just worrying about themselves.

20. I went over by Franklin and 3rd after a recent eviction because I was looking for residents, and it was just rugged, it was tracked out to the max. I would assume that you can't even sleep over there.

21. I know the Mayor said we were a health hazard but I don't see them providing us resources to stay clean. We don't have a hand washing station. We had porta potties, but the guy didn't even clean them. They didn't put more TP or hand sanitizer.

22. I was sitting by the fire one day at Nenookaasi and thinking about how all of these yurts look like wigwams. I was thinking about how back then, when people were still mostly living in wigwams, if something happened we would have to pack up and move. Settler colonization forced people to move, and it's still forcing people to move. Here we are, being forced to pack up and move again and again.

I declare under penalty of perjury that this declaration is true and correct.

Executed on February 5th, 2024, in the City of Minneapolis, County of Hennepin, State of Minnesota, Treaty-Ceded Territory of the Dakota peoples.

_____
Isabel Diez