# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*, <br><br> Plaintiffs, <br><br> vs. <br><br> MAYOR JACOB FREY, *in his individual and official capacity*, <br><br> Defendant. | Civil Action No. <br> 0:24-cv-00001-ECT/TNL <br><br> **DECLARATION OF FRANKLIN EAGLE TAIL IN SUPPORT OF SECOND MOTION FOR TEMPORARY RESTRAINING ORDER** |

## DECLARATION OF FRANKLIN EAGLE TAIL

I, Franklin Eagle Tail, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Franklin Eagle Tail, and I am 37 years old.

2. I am enrolled in the Pine Ridge Ogalala Sioux tribe in South Dakota.

3. I'd been homeless for 2 years, and I had no place to go before I found Camp Nenookaasi. I moved in the third day the camp was open. When the camp first opened, there was a talking circle, where we could all come and talk about ourselves, and I thought that was pretty cool. Since living at the camp, I was able to have the stability to find an apartment.

4. Camp Nenookaasi has been a good place to call home. Nicole is pretty cool, and there are a good group of people here. All my friends are here, and I enjoy being here with them.

5. My girlfriend passed away last year, next month it will be a full year. When that happened, I was having trouble taking care of myself, and now I am – taking care of myself.

6. I appreciate the stability of the housing and community I had while living here – and the reliable food provided here. Before when I was living on the streets, sometimes I wouldn't eat at all. I have an apartment now – that I got while I was here. We had outreach workers who were able to meet with us here and help connect us with housing. That's how I found my apartment. I still appreciate this camp and visit because I appreciate the community here and want to support my friends and the camp.

7. I was evicted during one of the evictions of Camp Nenookaasi. At the time, I was living at the camp with my sister, brother-in-law, and father. When the eviction happened, I had to clear out my yurt and theirs, too. I gathered what I could and moved it using wagons, by hand, and help from supporters. I was moving between the camp and the new camp location because I needed a place set up to move to. By the time I got back to the old camp, the cops were making everyone leave. The cops wouldn't let me finish taking the rest of my stuff and told me to just grab whatever I could. I lost my ID card, Social Security card, cellphone, clothes, my heater, and other personal items. After the eviction, I moved with the camp to a new location to create new housing for me and my father. It was at that new location that I eventually found housing.

8. There was a sign that was posted before the eviction that gave a date for the eviction. It sucked seeing that notice, and I hoped an eviction wouldn't happen. Some people came to tell us there was free storage Downtown we could use, but I don't think anyone used it. They came the night before I believe. I didn't use the storage because I didn't have my stuff together yet. On the day of the eviction, a lot of volunteers and people came to help

us move our stuff. But I don't remember anyone offering me housing. The County offered shelter, but I wasn't interested. I wanted to stay with the camp.

9. I have been evicted before many times while homeless. Getting kicked off of property, empty lots, where I was living.

10. I am doing this declaration because I need to say my part. There are people on the outside that do not see this or understand how our community really is. There's selective hearing there that I feel like the mayor and everyone is doing, rather than seeing the goodness the camp offers. This is a good community.

I declare under penalty of perjury that this declaration is true and correct.

Executed on February 12, 2024, in the City of Minneapolis, County of Hennepin, State of Minnesota, Treaty-Ceded Territory of the Dakota peoples.

_____

Franklin Eagle Tail