# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>Defendant. | Civil Action No.<br>0:24-cv-00001-ECT/TNL<br><br>**DECLARATION OF LYLE THUNDER HAWK IN SUPPORT OF SECOND MOTION FOR TEMPORARY RESTRAINING ORDER** |

## **DECLARATION OF LYLE THUNDER HAWK**

I, Lyle Thunder Hawk, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Lyle Thunder Hawk, and I am 59 years old.

2. I am Lakota Sioux from Pine Ridge in South Dakota.

3. Before coming to Camp Nenookaasi, I had nowhere else to go. I had been living in the streets of Minneapolis for years. I heard about Camp Nenookaasi in the street and came to join it.

4. I like staying here. This place is somewhere safe to go. There's nowhere else to go.

5. I haven't stayed at any shelters because they don't really let you. I tried once, and they wouldn't let me in.

6. People don't judge you here; they just let you come in. They welcome you. There's food that I like. Other places make you feel like you can't come in there or shouldn't be there. They tell you that you have to leave and don't make you feel welcome.

7. I was present at multiple evictions of the camp. Police and city workers blocked off the roads and told everyone to pack up and leave. Otherwise they told us we would get taken to jail for trespassing. I don't if they offered housing or anything because I left; I didn't want to go to jail. I left whenever they told us to; I didn't stick around. I don't have that much, so I was able to carry my stuff with me, and left.

8. I stay in a tent and heat it with wood, and I use blankets to stay warm. I don't have many things because I like to carry my things on me.

9. I don't want to think about what would happen if this camp were evicted. I would stay around the area.

I declare under penalty of perjury that this declaration is true and correct.

Executed on February 12, 2024, in the City of Minneapolis, County of Hennepin, State of Minnesota, Treaty-Ceded Territory of the Dakota peoples.

_____
Lyle Thunder Hawk