UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>Defendant. | Civil Action No.<br><br>0:24-cv-00001-ECT/TNL<br><br>**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Kira Kelley, certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font. The length of this brief is 11,306 words. This brief was prepared using Google Docs and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Date: February 20, 2024

_____
KIRA A. KELLEY
Climate Defense Project
MN Bar No. 0402932
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org
*Attorney for Plaintiffs*