UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,

    Plaintiffs,

vs.

MAYOR JACOB FREY, *in his individual and official capacity*,

    Defendant.

Civil Action No.
0:24-cv-00001-ECT/TNL

---

## [PROPOSED] ORDER

This case is before the Court on Plaintiffs' Second Motion for Restraining Order. Based on the filings, records, and proceedings, the Motion is:

**GRANTED.**

It is hereby ordered that a Temporary Restraining Order shall issue, prohibiting the Defendant from:

    a. Evicting, bulldozing, clearing, sweeping, dismantling, demobilizing, removing infrastructure, or ceasing services to Camp Nenookaasi, the

1

encampment of unhoused individuals located on 28th Street between 11th and 12th Avenues South in Minneapolis Minnesota.
   b. Confiscating or destroying Plaintiff's property, including property shared by the Camp in common areas;
   c. Entering individual residences at Camp Nenookaasi or otherwise searching the area outside of the common spaces without proper search warrants or consent of the resident whose yurt or tent has been entered.

This Temporary Restraining Order will Last until the Court orders otherwise, such as after a decision on a Motion for a Preliminary Injunction.


Dated: _____                    _____
                                     The Honorable Eric Tostrud
                                     United States District Court