UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheryl Sagataw and DeAnthony Barnes, *on behalf of themselves and a class of similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>Mayor Jacob Frey, *in his individual and official capacity*.<br><br>Defendant. | Ct. File No. 24-cv-00001(ECF/TNL)<br><br>**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Sharda Enslin, certify that Defendant's Memorandum of Law in Opposition to Plaintiffs' Second Motion for a Temporary Restraining Order complies with Local Rules 7.1(f) and 7.1(h).

I also certify that, in preparation of this certificate of compliance, I used Microsoft Word for Microsoft 365 Version 2208 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

Additionally, I certify that the above referenced memorandum contains 10,886 words.

Dated: March 1, 2024

KRISTYN M. ANDERSON
Minneapolis City Attorney
By
*/s/ Sharda Enslin*
Sharda Enslin (#0389370)
Heather P. Robertson (#0390470)
Kristin R. Sarff (#388003)
J. Haynes Hansen (#0399102)
Assistant City Attorneys
Office of the Minneapolis City Attorney
City Hall, Room 210
350 S. Fifth Street
Minneapolis, MN 55415
Telephone: 612-673-3949
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov
haynes.hansen@minneapolismn.gov

*Attorneys for Defendant Jacob Frey*