

Jensen Ex. A