

Jensen Ex. B