

**From:** McHenry, Kristen C <Kristen.McHenry@allina.com>
**Sent:** Sunday, February 25, 2024 2:59 PM
**To:** Jeffries, Jared (he/him/his) <jared.jeffries@minneapolismn.gov>; Gomez, Jose <Jose.Gomez@minneapolismn.gov>; Vlatkovich, Mychal <mychal.vlatkovich@minneapolismn.gov>; Barnette, Toddrick <toddrick.barnette@minneapolismn.gov>
**Subject:** [EXTERNAL] Allina Health Central Lab

> You don't often get email from kristen.mchenry@allina.com. Learn why this is important

Good afternoon,

I am reaching out to share concerns about the encampment at 28th and 11th as smoke from the fires at the encampment is impacting Allina Health's central lab, located in our tenth avenue facility,

Exhibit A to Enrique Velazquez Declaration

between Abbott Northwestern and Midtown Global Market. Central lab is responsible for processing thousands of tests each day from across the metro. On Wednesday evening central lab staff elevated concerns that there was strong smoke odors in the facility and it was determined the smoke was coming from the fires at the nearby homeless encampment.

MPD was notified, thank you Inspector Gomez for you and your team's quick response.

Allina Health took immediate mitigation measures to ensure the safety of our staff including additional HEPA fan units with charcoal media, charcoal media was added to Air Handling Units and bringing in a third-party Industrial Hygienist to conduct an IAQ assessment of the area on 2/22 and 2/23.

We recognize the encampments are indicative of the larger housing issues and have compassion for the people living there and appreciate the city's efforts to combat the issue.

Thanks,
Kristen

**Kristen McHenry** *(she/her)*
Director, Public Affairs • Allina Health
Phone: 612-710-6754   Kristen.McHenry@allina.com
Mail Route 10785 • PO Box 43 • Minneapolis, MN 55440



This message contains information that is confidential and may be privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

[EXTERNAL] This email originated from outside of the City of Minneapolis. Please exercise caution when opening links or attachments.

Exhibit A to Enrique Velazquez Declaration