UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheryl Sagataw, DeAnthony Barnes, Roberta Strong, and Travis Neloms, *on behalf of themselves and a class of similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>Mayor Jacob Frey, *in his individual and official capacity*.<br><br>Defendant. | Ct. File No. 24-cv-00001(ECF/TNL)<br><br>DECLARATION OF SHARDA ENSLIN |

Your Declarant is Sharda Enslin, and she submits the following declaration:

1. I am an assistant city attorney with the Minneapolis City Attorney's Office. I submit this declaration in support of Defendant Mayor Jacob Frey's Opposition to Plaintiffs' Second Motion for Temporary Restraining Order.

2. Attached as Exhibit A to this declaration is a true and correct copy of the Transcript from the January 3, 2024 Hearing and Order on Plaintiffs' First Motion for Temporary Restraining Order.

3. Attached as Exhibit B to this declaration is a true and correct copy of

a screen shot of a photograph featured in a Fox9 News story.

https://www.fox9.com/news/fire-at-minneapolis-encampment-people-asked-to-avoid-area

4. Attached as Exhibit C to this declaration is a true and correct copy of a WCCO news article from January 19, 2024.

5. It is the City's understanding that in the last 24 hours, many of the individuals from the Current Encampment have since moved and trespassed upon a City-owned property located at 2839 14th Avenue South in Minneapolis.

6. I declare under penalty of perjury that everything I have stated in this declaration is true and correct. Signed in Hennepin County, Minnesota.

Dated: 3/1/24                         /s Sharda Enslin
                                      Sharda Enslin