

Enslin Decl. Ex. B