Staying alive in Minneapolis' latest homeless encampment - CBS Minnesota   https://www.cbsnews.com/minnesota/news/staying-alive-in-minneapolis...



MINNESOTA　　News　　Weather　　Sports　　Video　　WCCO Shows & Specials　　　23°

TWIN CITIES NEWS

# Staying alive in Minneapolis' latest homeless encampment



By **Reg Chapman**
January 19, 2024 / 10:27 PM CST / CBS Minnesota

**MINNEAPOLIS** — Camp Nenookaasi was shut down by the city of Minneapolis and on that same day many of the people living there moved a few blocks away to a lot on the Minneapolis' south side.

"About 110 residents that still stay here at Nenookaasi after the eviction," said Nicole

Enslin Decl. Ex. C

Mason.

For the past five months, Mason has followed people who live in this encampment. Then two months ago, she moved in to truly learn what is needed.

"To show that's what's good enough for my people is good enough for me and that we are safe here," said Mason.

Mason knows the road ahead will be rough.

"98 percent of the people who live here are currently, I'd say, 90 percent are using fentanyl," Mason said.

She is proud that in the last five months there have been no deaths from overdoses.

She says Narcan has saved 30 lives.

RELATED NEWS: Nenookaasi resident on clearing of encampment: "Come up with a better plan for us"

"This is our prayer fire so they can put tobacco and say some prayers for the camp," Mason said.

The majority of people living here are Native and this is sacred ground. This encampment is in ceremony 24/7.

More than 110 people live inside the homeless encampment in about 20 yurts. They say this is their family and they gather here for safety.

WCCO Photojournalist Chris Cruz and Reporter Reg Chapman were invited inside

Enslin Decl. Ex. C

Mason's yurt. They were met immediately with the strong smell of burning firewood and the warmth it produced.

"You can see it has hot coals inside and you just put in the wood. We cook on it, we make our tea inside of here," said Mason.

Mason agrees with many recovery specialists that this is not a homeless issue, it's an addiction issue.

"I think we have to address the issue of addiction and then housing," Mason said.

Treatment or well-being sessions are held daily.

"We also provide pre-loaded Narcan in safe spots so that it won't become frozen," Mason said.

While they work to heal people, plans are in the works for a new treatment center.

"But they named it the healing center and it's going to be a culturally based treatment center with lodging here in the city," Mason said.

But until then, this is home for a community trying to heal.

"My self and my friends, we're not going anywhere," Mason explained. "We are going to continue following them until we get this treatment center it so much needed for my people."

## More from CBS News

**St. Paul City Council funds $45.1 million in street, park improvements through new sales tax**



**Strike date set for thousands of Twin Cities essential workers**



Enslin Decl. Ex. C

**Minnesota sees quick visit of winter weather** 

**St. Paul educators plan to strike March 11 unless union, SPPS reach deal** 

In:   **Homelessness**   **Minneapolis**

**Reg Chapman**

Reg Chapman joined WCCO-TV in May of 2009. He came to WCCO from WNBC-TV in New York City where he covered an array of stories for the station including the Coney Island plane crash, the crane collapse on the city's east side, 50 shots fired at motorist Sean Bell by New York Police, and a lacrosse team assault at Fairfield High School in Connecticut.

𝕏 Twitter     f Facebook

*First published on January 19, 2024 / 10:27 PM CST*

© 2024 CBS Broadcasting Inc. All Rights Reserved.

## Minnesota: Say Bye To Your Prime Membership If You Live In These Zips
This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

## Amazon Hates When You Do This, But They Can't Stop You (It's Genius)
This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

## Prime is Now $179, But Few Know this Free Savings Hack
This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.


PAID   ONLINE SHOPPING TOOLS

## Seniors on SS Are Now Entitled To These 24 "Kickbacks" In February (Tap For Full List)
Seniors who get less than $2,348/mo with SS are now getting these 24 "Giveback" benefits in 2024

Enslin Decl. Ex. C

### The Horrifying Truth About CBD

PAID   TOMMY CHONG'S CBD

### California Heart Surgeon Begs Americans: "Stop Doing This To Your Avocados"

The top 3 common foods that you would have never guessed were the cause of your fatigue.

### Locate Almost Anyone By Entering Their Name (This Is Addicting!)

Find Detailed Public Record Information About Someone. Search Records Quickly. Search Any Name.

PAID   TRUTHFINDER

### The Average Walk-In Shower Cost in 2024

PAID   MADCITY SHOWERS

### New Electric SUVs Come with Tiny Price Tags (Take a Look)

PAID   COMMONSEARCHES

### American Shoppers Should Think Twice Before Buying from These 2 Stores

It's a bigger problem than you might think (the ugly truth)

### Minnesota Drivers With No DUIs Getting A Pay Day On Thursday

PAID   BEST5AUTOINSURANCE.COM

### Top Doctor: If You Eat Banana Every Day, This Is What Happens

PAID   GUNDRYMD

### Doctors Awestruck: 'Liquid Mushrooms' Are Now Legally Sold Online

(For Low Energy & Brain Fog)

PAID   HEALTH HEADLINES

### Target Shoppers Say This Drugstore Wrinkle Cream Is Actually Worth It

PAID   SUPER C SERUM

Enslin Decl. Ex. C

### Revealed: The Gorgeous Outlander PHEV Release Is Here (& Affordable)

PAID   SUGGEST-ME | SEARCH ADS

### Plaque Psoriasis Symptoms (Click Here To Take A Look)

PAID   BRIGHTLIFEDAILY

### Health Concerns Surge Over "Sawdust" Additive In Trusted Cat Food Brands

Why is it one of the most common ingredients found in cat food today?

### Seniors on SS Are Now Entitled To These 10 "Kickbacks" In February (Tap For Full List)

Seniors who get less than $2,348/mo with SS are now getting these 10 "Giveback" benefits in 2024

### Windows Users Didn't Know This Simple Trick To Block All Ads (Do It Now)

Removing ads is the first step in having a faster, safer and hassle-free browsing experience!

### Here is the real cost of full mouth dental implants in 2023

PAID   SUGGEST-ME | SEARCH ADS

### Vacant Door County Vacation Rentals Cost Nearly Nothing (Take A Look)

Door County, Wisconsin

### Here is the real cost of full mouth dental implants in 2024

PAID   SEEKIFY

### Here's What A Walk-In Shower Should Cost

PAID   MADCITY SHOWERS

### Watch What Happens Overnight After Wearing These "Bedtime" Socks

PAID   GETCOMPRESSA

Enslin Decl. Ex. C

Staying alive in Minneapolis' latest homeless encampment - CBS Minnesota    https://www.cbsnews.com/minnesota/news/staying-alive-in-minneapolis...

### Cardiologist Begs 60+ Males To Burn Fat With This Tip (Every Morning)

PAID   PRIMENUTRITIONSECRETS.COM

### Minneapolis, Minnesota: Notice for cars used less than 30 miles/day

Drivers are surprised that they never knew this. If you drive less than 30 miles a day, you better read this...

PAID   US AUTO INSURANCE

©CBS NEWS AND STATIONS

©2024 CBS Broadcasting Inc. All Rights Reserved.

| | |
|---|---|
| Terms of Use | Sitemap |
| Privacy Policy | About Us |
| California Notice | Advertise |
| Your Privacy Choices | Paramount+ |
| WCCO | CBS Television Jobs |
| News | Public File for WCCO-TV |
| Sports | Public Inspection File Help |
| Weather | FCC Applications |
| Contests | EEO Report |
| Program Guide | |

Enslin Decl. Ex. C