## **SECOND DECLARATION OF CLAIRE NICOLE GLENN**

I, Claire Nicole Glenn, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Claire Nicole Glenn.  I have previously submitted a declaration in this case, and I am submitting this second declaration to note that the issues raised in the Plaintiffs' Second Motion for a Temporary Restraining Order are not moot.

2. Camp Nenookaasi is an Indigenous healing camp created by residents and their supporters.  Despite three evictions by the City this winter, Camp Nenookaasi has persevered.  With each forced displacement, Camp Nenookaasi residents and their supporters have moved from one area of vacant land to another.  The Camp's resiliency is a not only a reflection of the fact that residents have no meaningful housing alternatives, but a testament to the powerful sense of community that Camp Nenookaasi has fostered.

3. On Thursday, February 29, 2024, there was a fire at Camp Nenookaasi.  This occurred at the Camp's fourth location on 28th Street, between 11th and 12th Avenues.  To my knowledge, the cause and circumstances of the fire are still under investigation.

4. In response to this fire, Camp Nenookaasi residents were forced to move yet again, this time to a fifth location at a vacant lot at 2839 14th Ave S, Minneapolis, MN 55407.

5. I was present at this location the evening after the fire.  There, I observed Camp Nenookaasi residents and supporters setting up tents for the night, distributing sleeping bags, blankets, and other necessities, serving food, and otherwise re-establishing Camp Nenookaasi.

6. On Friday, March 1, and Tuesday, March 5, 2024, I returned to Camp Nenookaasi to meet with residents.  On March 5, I counted five yurts and more than thirty tents at Camp Nenookaasi.  In only three visits, I have observed dozens of residents who remain at Camp Nenookaasi, at this fifth location.

I declare under penalty of perjury that this declaration is true and correct.

Executed on March 5, 2024, in the City of Minneapolis, County of Hennepin, State of Minnesota, Treaty-Ceded Territory of the Dakota peoples.

_____
Claire Nicole Glenn, Esq.