UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MAYOR JACOB FREY, *in his Individual and official capacity*,<br><br>　　　　　Defendant. | NOTICE OF APPEARANCE<br><br>Case No: 0:24-cv-00001-ECT/TNL |

The undersigned attorney hereby notifies the Court and opposing counsel that Claire Nicole Glenn shall appear and join Kira Aakre Kelley as counsel of record for Plaintiffs in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Claire Nicole Glenn** (she/her)
　　　　　　　　　　　　　　　　　　　Staff Attorney
　　　　　　　　　　　　　　　　　　　Climate Defense Project
　　　　　　　　　　　　　　　　　　　P.O. Box 7040
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55407
　　　　　　　　　　　　　　　　　　　651-343-4816
　　　　　　　　　　　　　　　　　　　claire@climatedefenseproject.org
　　　　　　　　　　　　　　　　　　　Minnesota License No. 0402443

Dated: March 11, 2024