## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>Defendant. | Civil Action No.<br><br>0:24-cv-00001-ECT/TNL<br><br>**MEET & CONFER STATEMENT PURSUANT TO LOCAL RULE 7.1 FOR PLAINTIFFS' MOTION TO AMEND ADDRESS IN SECOND MOTION FOR TEMPORARY RESTRAINING ORDER** |

COME NOW Plaintiffs, by and through counsel, and submit this supplemental Meet & Confer Statement pursuant to Local Rule 7.1(a) in support of their motion to amend the address in their second motion for a temporary restraining order.

On Friday, March 8, 2024, Plaintiffs filed a Memorandum Responding to the Question of Mootness (Dkt. 63) as directed by the Court, as well as a Motion to Amend Address in Second Motion for Temporary Restraining Order (Dkt. 64).

In compliance with Local Rule 7.1, undersigned counsel had emailed defense counsel on March 6, 2024, requesting a position on the Motion.  In response, undersigned counsel was informed that lead defense counsel Sharda Enslin was out of the office for the remainder of the week and would provide a position upon her return.

On March 11, 2024, Ms. Enslin indicated that Defendant Mayor Frey would wait to provide a position on the Motion until the Court has issued a ruling on the question of mootness.

Respectfully submitted,

*Attorneys for Plaintiffs*

/KIRA A. KELLEY
Climate Defense Project
MN Bar No. 0402932
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org

**Claire Nicole Glenn** (she/her)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
651-343-4816
claire@climatedefenseproject.org
MN License No. 0402443

Date: March 12, 2024