RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

24cv1

June 17. 2024

I rayna Peak was a resident
at Camp nemokossil of Camps 1,2,3,4,5
and I was unaware of lawsuit
and representation

Rayna P

Malito
6402 4th Ave NE 117
Mpls MN 55418

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Jne 17 2024

I Evan hauke BO was a

resident at Camp nemokassi of camps
2,3
I was unaware of lawsuit

I would like representation.

*(signature)*

Mait to
2309 Nicolette Av S

Mlps MN    55401

Cill 612 298 0309

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

June 17 2024

I adrinian Tiger was a Resident
at Camp Nemokossiiot camps 1, 2, 3, 4, 5

I was unaware of lawsuit

I would like Represention.

mail to Be sent.
1640 24th Ave NE Unit 117
Minneapolis MN 55418

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

6/17/2024

Lesly Black Cloud
was a resident at
Camp nomokossio
and would like representato

640 24th Ave NE Unit 117
mlps. MN. 55418

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

I Dominic Mayokok Was at the Camps and Would like Rep. for my missing Stuff 6-17-24

2309 Nicollet Ave

MLPS MN.

**RECEIVED**

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**SCANNED**
JUL 09 2024
U.S. DISTRICT COURT MPLS

To whom it may concern,   6/17/24

I was a resident who was wrongfully evicted from Camp Neenokassi and would like representation.

Tamia Nixon

address 3706 6th street n

mpls mn 55412

phone # 612-505-5128

**RECEIVED**

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**SCANNED**
JUL 09 2024
U.S. DISTRICT COURT MPLS

I Brandon Elias was a resident at Camp Neenokassi. I would like Representation. Here is my mailing Address

2309 Nicollet Ave S
Mpls, MN 55404

Email-
   brandon elas 440 @ gmail.com

RECEIVED
JUL 09 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

Brandon ES 6-17-2

June 17 2024
I Michael Bargas was a resident
At Camp nemo kessii
and would like pepesiondon

Michael Vargas
640 24th Ave ne unit 115

Mlps mn 55418

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

It was a resident at Camp (NANKOOASSI)

I-- David Boswell was a resident at camp (Nankoossi). I would file a representation. 6-17-2024

Indiana Ave
6301 Bradnerville
Brooklyncenter, mn 5542

David Bw

RECEIVED
JUL 09 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Michael A. Littleghost not a resident at Camp Nu

I would like to have representation [signature] 6/17/24

440 24th Ave NE unit
117 mlps MN
55413

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

June 17 2024

I Colin hawkins wasa Resident
at Camp Nenokeesi and
Would like representation

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

3132 pleasent Ave S
mlps MN 55408

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

Alvin Butcher
2420 Bloomington Ave. So.
Mpls, Mn. 55404
I was a resident at camp
Minokabri   *Alvin S. Butcher*
6-17-24

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Tyler Jordan Sargent
405 W Main St Crosby, MN
56441

I was a resident at Camp Nemeokiss
Tyler Jordan Sargent. Mailing Address
405 W Main. St Crosby, MN 56441

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

To whom it may concern    6/17/2024

I was a resident at Camp

Neenokassi who needs to

be represented in the civil

case. My # 763-393-1616

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Derrec Caston

Derrec Caston

13050 Harriet Ave S Apt D146

Burnsville MN 55337 is

where I can recieve mail

email - castonderrec12@gmail.com

SCANNED

JUL 09 2024

U.S. DISTRICT COURT MPLS

6-17-24

To whom it may concern,

I was a resident at
Neenokassi Camp & need a
lawyer to representation. My
phone # is 612-723-8039.
I am a vulnerable adult
with SSI pending application.

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Devan Carton

Devon Caston

13050 Harriet Ave S #3146
Burnsville MN 55337
is where I can recieve mail.

SCANNED

JUL 09 2024

U.S. DISTRICT COURT MPLS

I, Rachel ThinElk was
a Resident at (Camp) Nenokeeski
and Would like Representation

Singed.
Rachel ThinElk
06-17-2024
3542 Penn Ave. No. Apt. #3
Mpls., Mn 55412

RECEIVED
JUL 09 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

JUNE 17th 2024

I Christopher G HOFF-RABIDEAU
WAS A Resident at CAMP NemOOKAASi
of CAMPS 1, 2, 3, 4, 5.

I WAS UNAWARE OF the lawsuit
I would like legal Representation

RECEIVED

JUL 09 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Chris Hoff-RAbideau

MAil is to be sent to me At the
following Address:

3631 PENN AveNUe North
Apartment #2
MiNNeApolis, MN 55411

~~Rabideau 1984~~

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Thomas Nelson JR.
I need legal counsel
I was a resident at Camp.nemooksi
My mailing adress is

Thomas Nelson
2434 Ogema pl.
#302
Minneapolis, MN
55404

6/17/2024

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

6-17-24

I was a resident at Camp Neenokassi & need representation. My address is 2309 Nicollet Ave Mpls mn 55404

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Johna Keezer
Johna Keezer

SCANNED
JUL 09 2024 AC
U.S. DISTRICT COURT MPLS

6-7-24

I was a resident who was
evicted from Camp Nenookasi?

I need representation.

You can reach me on my
sister's phone # 612-703-8639.

I can receive
mail at my
family's address

13050 Harriet Ave S
Apt B 146
Burnsville MN
55337

Buster Senugh
Buster Senugh

Andrew
AndrewSenugh

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

RECEIVED
JUL 09 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

To whom it may concern,   6/17/2024

I need a lawyer in the civil
case about the wrongful conviction
at Camp Neenokassi. My
name is Lavonne Senogles.
I can recieve mail at my
Sisters address 13050 Harnet Ave
Apt B146 Burnsville mn 55337

612-723-8039

Lavonne
Senogles

RECEIVED
JUL 09 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

JUNE 17, 2024

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

I GIDEON TANFU WAS A RESIDENT AT
CAMP NENCOKASSI. I WAS UNAWARE OF THE
LAWSUIT. I WOULD LIKE REPRESENTATION.

MAIL SENT TO=
2309 NICOLLET AVE
MINNEAPOLIS, MN 55404

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

JUNE 17, 2024

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

I PAIGE TREPANIA WAS A RESIDENT AT CAMP
NENOKASSI. I WAS UNAWARE OF THE LAWSUIT. AND
I WOULD LIKE REPRESENTATION.

MAIL SENT TO:
2304 NICOLLET AVE
MINNEAPOLIS, MN 55404

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

6/17/2024

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

I melba richards. was a resident
at Canp remoksski
and would like repererstin

640 24th Ave NE unit 117
Mlps MN. 55418.

SCANNED
JUL 09 2024 AK
U.S. DISTRICT COURT MPLS

6/17/2024

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

I Christina M Elias was a
resident at Champ ~~ferry~~ neenoksski
and would like repertation

2309 ~~mette~~ nickllet Ave S
MN 55404

*Chris Elias* (signature)

PS. I would like the body Camra
footage from that day and names of
the officers that were there.

SCANNED
JUL 09 2024 AC
U.S. DISTRICT COURT MPLS

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

I. Dillon Thunder was
a Resident at Camp Neno kaaski
and would like Representation

Singed, _(signature)_

06/17/2024

mailing address.
3542 Penn Ave N Apt# 3

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

June 17th, 2024

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

I Donald Scaife was a Resident
at camp ~~~~ Nemooke AASi. I was
~~~~~ unAware of the Law Suit against
the City of minneapolis. I would like Legal
Representation of this matter.

Donald Scaife

Mail can be received at

3804 18th Ave S.
Minneapolis, Mn 55407

SCANNED
JUL 09 2024 AR
U.S. DISTRICT COURT MPLS

I MICHEAL BUTLER WAS AN RESIDENT
OF CAMP NEMNOKAASKII WHEN THE
HUGE FIRE OCCURRED & I LOST
ALOT OF VALUBLE SACRET ITEM'S
AND MEMORBILIA IN THE
PROCESS

Sincerly

*[signature]*

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

| # | Land Type | Document Number | Recorded Date/Time | Trans Title? | Document Name | Reference Docs | Grantor(s) | Grantee(s) | Legals | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | A | 10271053 | 12/24/2015 9:24:00 AM | | Assignment of Leases and Rents | | Little Earth of United Tribes Housing Corporation (a MN non-profit corp) | CITY OF MINNEAPOLIS | AUDITOR'S SUBDIVISION NO. 010 HENNEPIN COUNTY, MINN - Block: NONE - Lot(s) 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 24, 25, 27 KINGSLEYS ADDITION TO MINNEAPOLIS - Block: 2 - Lot(s) 4, 5, 6 S35/T29/R24 - QQQ(s) NESE | |
| 38 | A | 10271054 | 12/24/2015 9:24:00 AM | | Certificate and Request for Notice | A10271052/MTG | CITY OF MINNEAPOLIS | | AUDITOR'S SUBDIVISION NO. 010 HENNEPIN COUNTY, MINN - Block: NONE - Lot(s) 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 24, 25, 27 KINGSLEYS ADDITION TO MINNEAPOLIS - Block: 2 - Lot(s) 4, 5, 6 S35/T29/R24 - QQQ(s) NESE | |
| 39 | A | 10271055 | 12/24/2015 9:24:00 AM | | Amendment | | Little Earth of United Tribes Housing Corporation (a MN non-profit corp) | MINNESOTA HOUSING FINANCE AGENCY MINNEAPOLIS COMMUNITY DEVELOPMENT AGENCY City of Minneapolis, Minnesota HENNEPIN COUNTY HOUSING AND REDEVELOPMENT AUTHORITY | AUDITOR'S SUBDIVISION NO. 010 HENNEPIN COUNTY, MINN - Block: NONE - Lot(s) 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 24, 25, 27 KINGSLEYS ADDITION TO MINNEAPOLIS - Block: 2 - Lot(s) 4, 5, 6 S35/T29/R24 - QQQ(s) NESE | |
| 40 | A | 10271944 | 12/28/2015 10:12:00 AM | | Release of Mortgage | A8187047/MTG | MINNESOTA HOUSING FINANCE AGENCY | Little Earth of United Tribes Housing Corporation | AUDITOR'S SUBDIVISION NO. 010 HENNEPIN COUNTY, MINN - Block: NONE - Lot(s) 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 27 KINGSLEYS ADDITION TO MINNEAPOLIS - Block: 2 - Lot(s) 4, 5, 6 S35/T29/R24 - QQQ(s) SENE | |
| 41 | A | 10271945 | 12/28/2015 10:12:00 AM | | Release of Mortgage | A6421244/MTG | MINNESOTA HOUSING FINANCE AGENCY | Little Earth of United Tribes Housing Corporation | AUDITOR'S SUBDIVISION NO. 010 HENNEPIN COUNTY, MINN - Block: NONE - Lot(s) 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 27 KINGSLEYS ADDITION TO MINNEAPOLIS - Block: 2 - Lot(s) 4, 5, 6 S35/T29/R24 - QQQ(s) SENE | |

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Kristopher Wilson

I was a resident at camp Nenookaasi, I would like representation

Kris Wilson  6-17-2024

3825 Clinton ave S, 55409, MPLS mn

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

I, Chance Askenette was A Resident of Camp Nemnokaaskii when the fire happened & I've lost alot of my valuable personal belongings in that fire. I would also like Representation.

Chance Askenette 7-8-24

2309 Nicollet Ave So.
Minneapolis, MN 55407

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

RECEIVED
JUL 09 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

June 2024.

I Keith Murphy was a resident at Camp Nenookaasi ~~at~~ Camps 12345 I was unware of lawsuit and would lik representation

Keith Murphy

640 24th Ave unit 117
Mpls MN 55418

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

June, 17th 2024

I Kimberly Sam was a resident at Camp Nemikoss of Camps 1,2,3,4,5 I was unaware of the lawsuit I would like representation.

mail to be sent to
3631 Penn. Ave. North. Apt. 2
Minneapolis, MN, 55411

SCANNED
JUL 09 2024
U.S. DISTRICT COURT N

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

June 17 2024

I Andre Buckner was a resident at Camp nemokossi at Camps 1,2,3,4,5 I was unaware of lawsuit and want my own replesentions.

Mail to

1414 11th Ave S.
Apt 450
Mlps mn 55404

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

PLS

I Zachery O. Mohr was a resident at Camp Nemokei, Camp 1, 2, 3, 4, 5

I was unaware of the lawsuit

I would like representation.

My Mailing Adress is 3900 Elliot Ave S. Apt # 101, Mpls, MN, 55407

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

| | Recorded Date/Time | Trans Title? | Document Name | Reference Docs | Grantor(s) | Grantee(s) | Legals | Notes |
|---|---|---|---|---|---|---|---|---|
| | 2/8/1990 9:38:00 AM | | Mechanic's Lien | | SOUTH HIGH NON PROFIT CORP | MAERTENS BRENNY CONSTRUCTION CO | AUDITOR'S SUBDIVISION NO. 010 HENNEPIN COUNTY, MINN - Block: NONE - Lot(s) 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 27 KINGSLEYS ADDITION TO MINNEAPOLIS - Block: 2 - Lot(s) 4, 5, 6 S35/T29/R24 - QQQ(s) SENE, NESE | |
| 5929549 | 6/19/1992 3:16:00 PM | | Mechanic's Lien | | LITTLE EARTH OF UNITED TRIBES HOUSING & REDEVELOPMENT AUTHORITY MINNEAPOLIS SOUTH HIGH NON PROFIT HOUSING CORP | Shaw Lumber Co | AUDITOR'S SUBDIVISION NO. 010 HENNEPIN COUNTY, MINN - Block: NONE - Lot(s) 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 27 KINGSLEYS ADDITION TO MINNEAPOLIS - Block: 2 - Lot(s) 4, 5, 6 S35/T29/R24 - QQQ(s) SENE | <Public Notes> E 1/2 OF NE 1/4 OF SE 1/4 OF NE 1/4, |
| 6034111 | 2/3/1993 10:26:00 AM | | Notice of Lis Pendens | A5929549/M LN | ALL NATIONS CONTRACTING INC ALL NATIONS CONSTRUCTION INC LITTLE EARTH OF UNITED TRIBES INC LITTLE EARTH RESIDENTS ASSOCIATION INC HOUSING & REDEVELOPMENT AUTHORITY MINNEAPOLIS | Shaw Lumber Co | AUDITOR'S SUBDIVISION NO. 010 HENNEPIN COUNTY, MINN - Block: NONE - Lot(s) 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 27 KINGSLEYS ADDITION TO MINNEAPOLIS - Block: 2 - Lot(s) 4, 5, 6 S35/T29/R24 - QQQ(s) SENE | <Public Notes> E 1/2 OF NE 1/4 OF SE 1/4 OF NE 1/4, |
| 6163166 | 10/6/1993 4:01:00 PM | | Satisfaction of Lien | A5929549/M LN | Shaw Lumber Co | LITTLE EARTH OF UNITED TRIBES HOUSING & REDEVELOPMENT AUTHORITY MINNEAPOLIS | AUDITOR'S SUBDIVISION NO. 010 HENNEPIN COUNTY, MINN - Block: NONE - Lot(s) 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 27 KINGSLEYS ADDITION TO MINNEAPOLIS - Block: 2 - Lot(s) 4, 5, 6 S35/T29/R24 - QQQ(s) SENE | <Public Notes> M LN DTD JUN 18 1992, |
| 6163167 | 10/6/1993 4:01:00 PM | | Discharge | | Shaw Lumber Co | ALL NATIONS CONTRACTING INC ALL NATIONS CONSTRUCTION INC LITTLE EARTH OF UNITED TRIBES INC LITTLE EARTH RESIDENTS ASSOCIATION INC HOUSING & REDEVELOPMENT AUTHORITY MINNEAPOLIS | AUDITOR'S SUBDIVISION NO. 010 HENNEPIN COUNTY, MINN - Block: NONE - Lot(s) 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 27 KINGSLEYS ADDITION TO MINNEAPOLIS - Block: 2 - Lot(s) 4, 5, 6 S35/T29/R24 - QQQ(s) SENE | |

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS

RECEIVED
JUL 09 2024
U.S. DISTRICT COURT CLERK
MINNEAPOLIS, MINNESOTA

RECEIVED

JUL 09 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

June 17 2024

I Xavier Delaneyii was
a resident Camp. removes of Camps
1,2,3,4,5
   And I was Unaware of lawsuit
   and would like Representation.

mail to.
1920 lasalle Ave # 403
Mlp MN 55403

SCANNED
JUL 09 2024
U.S. DISTRICT COURT MPLS