# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE *on behalf of themselves and a class of similarly-situated individuals*,

Plaintiffs,

vs.

MAYOR JACOB FREY, *in his individual and official capacity*,

Defendant.

Civil Action No. 0:24-cv-00001-ECT/TNL

**[PROPOSED] ORDER GRANTING MOTION TO AMEND OPERATIVE COMPLAINT AND TO ADD PLAINTIFFS**

---

This case is before the Court on Plaintiffs' Motion to Amend Operative Complaint and to Add Plaintiffs. Based on the filings, records, and proceedings, Plaintiffs' Motion to Amend Operative Complaint and to Add Plaintiffs is **GRANTED**.

**IT IS HEREBY ORDERED:**

1. The Plaintiffs shall file their Second Amended Complaint, attached as Exhibit A to ECF No. 81, on or before September 30, 2024.

2. Defendants shall answer or otherwise respond to the Second Amended Complaint on or before October 21, 2024.

Date:_____      _____
                                Tony N. Leung
                                United States Magistrate Judge