UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*, <br><br> Plaintiffs, <br><br> vs. <br><br> MAYOR JACOB FREY, *in his individual and official capacity*, <br><br> Defendant. | Civil Action <br><br> 0:24-cv-00001-ECT/TNL <br><br><br> **MOTION TO AMEND OPERATIVE COMPLAINT AND TO ADD PLAINTIFFS** |

NOW COME Cheryl Sagataw, DeAnthony Barnes, Roberta Strong, and Travis Neloms, Plaintiffs; and Alvin Butcher, Adrian Tiger, Chance Askenette, Deven Caston, Lola Hegstrom, and RonDel Applebee, prospective Plaintiffs; by and through the undersigned attorney, and respectfully move this Court for leave to file

1

a Second Amended Complaint in this proceeding pursuant to Federal Rule of Civil Procedure 15(a)(2).

In accordance with Rule 15.1(b), attached hereto as Exhibit A is a copy of the proposed amended pleading, and as Exhibit B a redline version of the same showing how the proposed amended pleading differs from the operative pleading, ECF No. 30. These Exhibits are identical to those filed on September 15, 2024 (ECF No. 81, Exh. A and Exh. B).

Date: September 24, 2024

Signed,

_____
KIRA A. KELLEY
Climate Defense Project
MN Bar No. 0402932
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org

*Attorney for Plaintiffs*