UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*, <br><br>            Plaintiffs, <br><br>    vs. <br><br> MAYOR JACOB FREY, *in his individual and official capacity*, <br><br>            Defendant. | Civil Action No. <br><br> 0:24-cv-00001-ECT/TNL <br><br> **LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Kira Kelley, certify that this brief conforms to the requirements of LR 7.1(f) and LR 7.1(h). This memorandum was prepared using Google Docs, which program has been applied specifically to count all text aside from the case caption and signature block, including headings, footnotes, and quotations, and totals 122 words. The memorandum is in 14-point font.

Date: September 24, 2024

_____
KIRA A. KELLEY
Climate Defense Project
MN Bar No. 0402932
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org
*Attorney for Plaintiffs*