## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,

Plaintiffs,

vs.

MAYOR JACOB FREY, *in his individual and official capacity*,

Defendant.

Civil Action No.
0:24-cv-00001-ECT/TNL

**NOTICE OF HEARING ON MOTION TO AMEND OPERATIVE COMPLAINT AND TO ADD PLAINTIFFS**

PLEASE TAKE NOTICE the above-titled Notice of Hearing is being filed in accordance with the directions received from the presiding judge's courtroom:

A hearing on the above-titled motion is scheduled for **October 11, 2024**, at **10:00 AM** in Courtroom 9W of the Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 before Magistrate Judge Tony N. Leung.

At this hearing, subject to further order of the Court, the Plaintiffs will move the Court for an Order allowing Plaintiffs to file the Second Amended Complaint.

1

Respectfully submitted,

Dated: September 24, 2024        s/*Kira Kelley*
Kira Kelley (#402932)
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
Phone: (802) 683-4086
Email: kira@climatedefenseproject.org

**ATTORNEY FOR PLAINTIFFS**