# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>Defendant. | Civil Action No. 0:24-cv-00001-ECT/TNL<br><br>**DECLARATION OF ADRIAN TIGER IN SUPPORT OF MOTION TO AMEND OPERATIVE COMPLAINT AND TO ADD PLAINTIFFS** |

## DECLARATION OF ADRIAN TIGER

I, Adrian Tiger, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am 35 years old. I'm an enrolled member of Standing Rock.

2. I was born and raised at Little Earth. I have been homeless for a long time.

3. I was at the first Nenookaasi, from the beginning. I liked it there. It was safe and my family was there. At this first eviction, I had time to move some things but not enough time to move everything. I was busy helping other people move, and wasn't able to get all my stuff.

4. At the eviction from 26th and 14th, we didn't know it was coming. I was in my tent, sleeping, and cops came up and told us we had to go. I made two trips before they told me I was done and couldn't get back in.

5. At 22nd and 16th, we were evicted right after we got there. We didn't have any notice. I only could make one trip.

6. I was at the 28th st camp where the fire was. I was there when the fire got started. It was bad, scary.

7. After the fire, we moved again. I was on 28th and 14th. At that eviction, the same thing happened. We had no notice. I was not able to bring anything with me, I lost everything that I had built up from February to July. The cops told us that we had to "leave or you will be arrested."

8. At these Nenookaasi evictions, I have lost clothes, shoes, cell phones, jewelry, papers, ID, EBT cards, social security, everything.

9. I have talked to Avivo before. I was there for two years, a while ago, they told me they would help me get housing, but they never did. Avivo is more of a place you can shower and change at, but not housing itself.

10. I've never been offered storage before by anyone from the City. I've talked to the homeless outreach people but they are not helpful, they don't have any spots for anybody.

I declare under penalty of perjury that this declaration is true and correct.

Executed on September 14, 2024, in the City of Minneapolis, County of Hennepin, State of Minnesota, Treaty-Ceded Territory of the Dakota peoples.

_____
Adrian Tiger