# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>Defendant. | Civil Action No.<br>0:24-cv-00001-ECT/TNL<br><br>**DECLARATION OF CHANCE ASKENETTE IN SUPPORT OF MOTION TO AMEND OPERATIVE COMPLAINT AND TO ADD PLAINTIFFS** |

## DECLARATION OF CHANCE ASKENETTE

I, Chance Askenette, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am 24 years old. I am Oglala Lakota Sioux, enrolled at Pine Ridge.

2. I grew up on 25th and 14th street with my parents for the most part, and in foster care and with my grandma some of the time. From age 12 until now, I've been on the streets. My parents fell into opiate addiction and stopped being able to support or take care of me, so I moved onto the streets. I took care of my younger siblings before they went to CPS, to the state or with other family, they were really young. I ran away rather than get put into foster care.

3. When I was 12 years old being on the street it was really lonely. I wish there was an encampment back then, but walking the streets at 2AM with nobody else out here except dangerous people was lonely especially at my age.

4. I would sometimes go stay at my dad's tent at the Wall of Forgotten Natives. That got evicted, and then my Dad and I were the first ones to go to Nenookaasi. We knew that land was empty and fenced in, with grass. It seemed someplace safe. It was mostly Native folks, but we had some Black and non Native people come in too.

5. The camp, wherever it is, gives me a sense of community and belonging. I had my own tent at first, the yurts didn't come until it started getting really cold. Most of the time I am in a tent. Camp helps me stay safer and more structured, to be surrounded by people who will look out for me.

6. Now I stay with my cousin and my two uncles.

7. I remember being at the next eviction, from 26th and 14th, and then the next one we were at just for like two days. And then we went to 28th and 12th street, where we had the fire. After the fire I went to the camp right there on 28th and 14th. I got a couple buddy heaters and tents for people and met up with everyone else and set up. We got new supplies and started over and set up again.

8. I lost two generators, an $1800 waterproof yurt, a lot of new clothes, a play station 5, a family heirloom from my grandpa. Most of these things, and more, that I lost were at the 26th and 14th eviction and the 28th and 14th eviction. We had no warning for those evictions. They just came up in the morning and told us we had to leave. I was in the camp both times when the police came up and told us to get out. I didn't know before then what would happen. At the 26th and 14th eviction, I was only allowed to make one trip. Same with the 28th and 14th eviction at the end of July.

9. I've never talked to anyone from the Homeless Response Team. I might have seen them walking around once, but I'm not sure. I would consider storing stuff downtown if I had that option but I have never talked to anyone who offered that or known how to do that.

10. I lived in Avivo tiny homes for a week before. I was there trying to sign up for an assessment for an apartment, but they didn't give me an apartment. I don't know why. They never called me back. Then I was back out on the streets.

11. Letting us have tents together is better than having us all spread out. We just need port-a-potties and more support, not these repeated evictions.

I declare under penalty of perjury that this declaration is true and correct.

Executed on September 14, 2024, in the City of Minneapolis, County of Hennepin, State of Minnesota, Treaty-Ceded Territory of the Dakota peoples.

_____
Chance Askenette