# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CHERYL SAGATAW, DEANTHONY
BARNES, ROBERTA STRONG, and
TRAVIS NELOMS, *on behalf of*
*themselves and a class of*
*similarly-situated individuals*,

Plaintiffs,

vs.

MAYOR JACOB FREY, *in his*
*individual and official capacity*,

Defendant.

Civil Action No.
0:24-cv-00001-ECT/TNL

**DECLARATION OF
DEVEN CASTON
IN SUPPORT OF
MOTION TO AMEND
OPERATIVE COMPLAINT
AND TO ADD PLAINTIFFS**

## <u>DECLARATION OF DEVEN CASTON</u>

I, Deven Caston, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Deven Caston, and I am 34 years old.

2. I'm biracial, Black and white. I grew up in a lot of places, lived in Champlin, Anoka, Brooklyn Park and other places when growing up, we moved maybe ten times when I was a kid.

3. I have ADHD and anxiety. I have been in therapy, including when I was in treatment, but have not been to therapy in a while. It's hard to go to therapy when you are unhoused- being without housing makes pretty much everything hard to do. I don't actually know if I have health insurance or not.

4. Most of the toes on my left foot have gotten frostbitten from being homeless out in the cold, a few winters ago and they fell off. This impacts my ability to walk, and continues to give me pain to this day.

5. I was living with my baby mama until about four years ago in an apartment, and then we both lost housing. I have been homeless since then.

6. I am currently living in an encampment in East Phillips. I pick up trash in the alley and block where I stay, and one of the apartment owners nearby saw me doing this and now will ask me to help him with odd jobs around his place. I weed his lawn, clean up garbage, and do other things sometimes just to be helpful and sometimes in exchange for some dollars.

7. I was living at the Wall of Forgotten Natives, but that got evicted. Then I was at Nenookaasi.

8. I was there for the first Nenookaasi eviction, the big city block that got evicted in early January. We knew for a week or so that the eviction was coming. It was a while ago, but I am pretty sure that nobody offered me housing or storage during that week.

9. Every time an eviction happens, I lose all of my stuff. Sometimes I am able to carry a grocery bag of some possessions with me, but often I lose everything. I lose clothes, blankets, food, cleaning supplies, and anything else I have managed to pick up between evictions.

10. I would stay at Nenookaasi about half of the time, and half of the time I would sleep somewhere else on the street. I would stay at Nenookaasi because I have friends and family there who I want to be close to, but sometimes I didn't want to be around so many people.

11. I have been at most, but not all, of the Nenookaasi evictions. At the evictions I've been at, I wake up and the cops are there telling us to leave.

12. I was at Nenookaasi when the fire happened. It was terrifying. Like usual, I was lost for a few days after the fire until I found the group again.

13. I have tried to get housing before. I have a case worker who used to come and visit me, but I haven't seen her in a while. I hope its just that she doesn't know where to find me, and not that she's stopped working on helping me find housing. My dream scenario is having a home, and having my kids back.

14. I wish the City of Minneapolis listened more. I wish they tried to help us more, checked on us, visited us more, tried to see if we are OK.

15. I don't think I've ever seen or talked to anyone from the Homeless Response Team. A group I think was Avivo has given me snacks before, helped me out with something to eat, but not housing.

16. After evictions, I am usually lost by myself for a few days, then I find everyone at the new site. The last eviction of Nenookaasi, the one we were all at after the fire, on 28th and 14th, was horrible. I felt like we were unwanted by everyone. That's why I am always cleaning up, because I don't like to feel unwanted.

17. It would not work for me to store any stuff downtown. It is hard for me to walk long distances with my toes gone and I don't have extra money for a bus pass.


I declare under penalty of perjury that this declaration is true and correct.

Executed on September 11, 2024, in the City of Minneapolis, County of Hennepin, State of Minnesota, Treaty-Ceded Territory of the Dakota peoples.


DEVEN CASTON