UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, and TRAVIS NELOMS, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>Defendant. | Civil Action<br><br>0:24-cv-00001-ECT/TNL<br><br><br><br>**MEET AND CONFER STATEMENT MOTION TO AMEND OPERATIVE COMPLAINT AND TO ADD PLAINTIFFS** |

Plaintiffs' attorney Kira Kelley and Defendant's attorney Sharda Enslin have conferred regarding the Plaintiffs' Motion to Amend Complaint and to Add Plaintiffs, and have come to the following agreements.

1. In exchange for Defendant's consent to Plaintiffs' Motion to Amend Complaint and to Add Plaintiffs, Plaintiffs agree that Defendant should have

21 days to respond following the date by which the Second Amended Complaint is filed.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court grant the Motion to Amend the Operative Complaint and to Add Parties, and to allow Defendant twenty one days to respond after the operative complaint has been filed.

                            Respectfully submitted,

                            Signed,

Date: September 24, 2024

                            KIRA A. KELLEY
                            Climate Defense Project
                            MN Bar No. 0402932
                            P.O. Box 7040
                            Minneapolis, MN 55407
                            (802) 683-4086
                            kira@climatedefenseproject.org

                            *Attorney for Plaintiffs*

Dated: September 24, 2024

KRISTYN M. ANDERSON
Minneapolis City Attorney
By
*/s/ Sharda Enslin*
Sharda Enslin (#0389370)
Heather P. Robertson (#0390470)
Kristin R. Sarff (#388003)
J. Haynes Hansen (#0399102)
Assistant City Attorneys
Office of the Minneapolis City Attorney
City Hall, Room 210
350 S. Fifth Street
Minneapolis, MN 55415
Telephone: 612-673-3949
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov
haynes.hansen@minneapolismn.gov

*Attorneys for Defendant Jacob Frey*