UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheryl Sagataw, DeAnthony Barnes, Roberta Strong, and Travis Neloms, *on behalf of themselves and a class of similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>Mayor Jacob Frey, *in his individual and official capacity*.<br><br>Defendant. | Ct. File No. 24-cv-00001(ECF/TNL)<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFFS' SECOND MOTION TO AMEND COMPLAINT** |

As outlined in Plaintiffs' Meet and Confer Statement (ECF Doc. 100), the parties have stipulated to a filing/briefing agreement regarding Plaintiffs' Motion to Amend Complaint to Add Plaintiffs (ECF Doc. 90). Defendant Jacob Frey has agreed not to oppose Plaintiffs' Motion to Amend, and Plaintiffs have agreed that Defendant should have 21 days to answer or otherwise respond following the filing of Plaintiffs' Second Amended Complaint. Nothing in this agreement should be construed as an admission on the part of Defendant as to any of the claims or

allegations set forth in the Second Amended Complaint, nor as a waiver of any defenses that have been or could be asserted by Defendant.

| | |
|---|---|
| Dated: October 1, 2024 | KRISTYN M. ANDERSON<br>Minneapolis City Attorney<br>By<br>*/s/ Sharda Enslin*<br>Sharda Enslin (#0389370)<br>Heather P. Robertson (#0390470)<br>Kristin R. Sarff (#388003)<br>J. Haynes Hansen (#0399102)<br>Assistant City Attorneys<br>Office of the Minneapolis City Attorney<br>City Hall, Room 210<br>350 S. Fifth Street<br>Minneapolis, MN 55415<br>Telephone: 612-673-3949<br>sharda.enslin@minneapolismn.gov<br>heather.robertson@minneapolismn.gov<br>kristin.sarff@minneapolismn.gov<br>haynes.hansen@minneapolismn.gov<br><br>*Attorneys for Defendant Jacob Frey* |