UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*, | Civil Action<br><br>0:24-cv-00001-ECT/TNL |
| Plaintiffs,<br>vs.<br>MAYOR JACOB FREY, *in his individual and official capacity*,<br>Defendant. | **PLAINTIFFS' MOTION TO EXTEND FACTUAL DISCOVERY DEADLINE** |

NOW COME Cheryl Sagataw, DeAnthony Barnes, Roberta Strong, Travis Neloms, Alvin Butcher, Adrian Tiger, Chance Askenette, Deven Caston, Lola Hegstrom, and RonDel Applebee, Plaintiffs and putative class representatives, and respectfully move this Court to amend the period of discovery set on March 7, 2024, in the Pretrial Scheduling Order (Doc. 62) as follows: to extend the deadline for the close of factual discovery currently set for December 16,[1] 2024 until January 2, 2024.

---

[1] The Pretrial Scheduling Order lists this deadline as Sunday, December 15, 2024, which thus becomes Monday, December 16, 2024 pursuant to Rule 6(a)(1)(C) of the Federal Rules of Civil Procedure.

1

The accompanying Memorandum lays forth the good cause basis for Plaintiffs' request.

WHEREFORE, Plaintiffs' respectfully request that this Honorable Court:

1. Grant Plaintiffs' Motion to Extend Factual Discovery Deadline; and
2. Order any other relief as is deemed equitable and just.

Respectfully submitted,

Dated: December 3, 2024

s/*Kira Kelley*
Kira Kelley (#402932)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org

**Claire Nicole Glenn** (she/her)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(651) 343-4816
claire@climatedefenseproject.org
MN License No. 0402443

**ATTORNEYS FOR PLAINTIFFS**