# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

CHERYL SAGATAW, DEANTHONY
BARNES, ROBERTA STRONG,
TRAVIS NELOMS, ALVIN BUTCHER,
ADRIAN TIGER, CHANCE
ASKENETTE, DEVEN CASTON,
LOLA HEGSTROM, and RONDEL
APPLEBEE *on behalf of themselves and
a class of similarly-situated individuals*,

Plaintiffs,

vs.

MAYOR JACOB FREY, *in his individual
and official capacity*,

Defendant.

Civil Action No.

0:24-cv-00001-ECT/TNL

**LR 7.1 WORD COUNT
COMPLIANCE CERTIFICATE**

---

I, Kira Kelley, certify that Plaintiffs' Memorandum in Support of Motion to Extend Factual Discovery Deadline conforms to the requirements of LR 7.1(f) and LR 7.1(h). This memorandum was prepared in 14-point font using Google Docs, whose word count function has been applied specifically to count all text aside from the case caption and signature block, including headings, footnotes, and quotations, and totals 1554 words.

Respectfully submitted,

Dated: December 3, 2024      s/*Kira Kelley*
Kira Kelley (#402932)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org


**Claire Nicole Glenn** (she/her)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(651) 343-4816
claire@climatedefenseproject.org
MN License No. 0402443

**ATTORNEYS FOR PLAINTIFFS**