# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*, <br><br> Plaintiffs, <br><br> vs. <br><br> MAYOR JACOB FREY, *in his individual and official capacity*, <br><br> Defendant. | Civil Action <br><br> 0:24-cv-00001-ECT/TNL <br><br><br> **MEET AND CONFER STATEMENT ON MOTION TO EXTEND FACTUAL DISCOVERY DEADLINE** |

Plaintiffs' attorney Kira Kelley and Defendant's attorney Sharda Enslin have conferred regarding the Plaintiffs' Motion to Extend Factual Discovery Deadline, and the following discussion was had:

1. Initially, Defendant expressed willingness to stipulate to an extension of the factual discovery deadline to Dec. 22, 2024, given the City's unavailability for a 30(b)(6) deposition until after the Dec. 15, 2024 deadline had passed.

1

2.  Plaintiffs responded, requesting to extend the factual discovery deadline to January 15, 2024, given that the 30(b)(6) deposition traditionally informs subsequent depositions and written requests for discovery.

3.  Defendant responded, saying that the deponent was now available prior to the December 15 factual discovery deadline and clarified that the City would not stipulate to any discovery deadline extension.

                              Respectfully submitted,

Dated: December 3, 2024              s/*Kira Kelley*
                                          Kira Kelley (#402932)
                                          Staff Attorney
                                          Climate Defense Project
                                          P.O. Box 7040
                                          Minneapolis, MN 55407
                                          (802) 683-4086
                                          kira@climatedefenseproject.org

                                          _____
                                          **Claire Nicole Glenn** (she/her)
                                          Staff Attorney
                                          Climate Defense Project
                                          P.O. Box 7040
                                          Minneapolis, MN 55407
                                          (651) 343-4816
                                          claire@climatedefenseproject.org
                                          MN License No. 0402443

                                          **ATTORNEYS FOR PLAINTIFFS**