**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*, | Civil Action No. 0:24-cv-00001-ECT/TNL |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO EXTEND FACTUAL DISCOVERY DEADLINE** |
| vs. | |
| MAYOR JACOB FREY, *in his individual and official capacity*, | |
| Defendant. | |

---

This case is before the Court on Plaintiffs' Motion to Extend Factual Discovery Deadline. Based on the filings, records, and proceedings, the Motion is:

**GRANTED.**

The deadline for the closure of fact discovery shall be extended to January 2, 2025.

Date:_____        _____

Tony N. Leung
United States Magistrate Judge

1