UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>    Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>    Defendant. | Civil Action No.<br>0:24-cv-00001-ECT/TNL<br><br>**NOTICE OF HEARING ON MOTION TO EXTEND FACTUAL DISCOVERY DEADLINE** |

PLEASE TAKE NOTICE the above-titled Notice of Hearing is being filed in accordance with the directions received from the presiding judge's courtroom:

A hearing on the above-titled motion is scheduled for **December 19, 2024**, at **10:00 AM** in Courtroom 9W of the Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 before Magistrate Judge Tony N. Leung.

At this hearing, subject to further order of the Court, the Plaintiffs will move the Court for an Order extending the deadlines for fact discovery until January 2, 2025.

1

Respectfully submitted,

Dated: December 3, 2024

s/*Kira Kelley*
Kira Kelley (#402932)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org



**Claire Nicole Glenn** (she/her)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(651) 343-4816
claire@climatedefenseproject.org
MN License No. 0402443

**ATTORNEYS FOR PLAINTIFFS**