# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MAYOR JACOB FREY, *in his individual and official capacity* <br><br> Defendant. | Case No. 24-cv-00001 (ECT/TNL) <br><br> **WORD COUNT CERTIFICATE COMPLIANCE** |

I hereby certify that Mayor Jacob Frey in Support of his Memorandum of Law in Opposition to Plaintiffs' motion to extend fact discovery complies with Local Rules 7.1(f) and 7.1(h). Using Microsoft Word for Microsoft 365, used to include all text, including headings, footnotes, and quotations in the following word count; but excluding the caption, signature block, and certificate of compliance, contains 4,736 words. The font used in this memorandum and is in 13-point font and the margins comply with Rule 7.1(h).

Dated: December 10, 2024

KRISTYN ANDERSON
City Attorney
By */s Sharda Enslin*
SHARDA ENSLIN (#389370)
KRISTIN R. SARFF (#388003)
HEATHER P. ROBERTSON (#390470)
J. HAYNES HANSEN (#399102)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210

Minneapolis, MN 55415
(612) 673-2180
(612) 673-3919
(612) 299-2742
(612) 673-3339
sharda.enslin@minneapolismn.gov
kristin.sarff@minneapolismn.gov
heather.robertson@minneapolismn.gov
haynes.hansen@minneapolismn.gov

*Attorneys for Defendant Mayor Jacob Frey*