| | |
|---|---|
| **From:** | Kira Kelley |
| **To:** | Enslin, Sharda; Karmen McQuitty; Robertson, Heather (she/her/hers); Sarff, Kristin; Claire Glenn |
| **Subject:** | [EXTERNAL] Re: Settlement Proposal |
| **Date:** | Thursday, November 21, 2024 5:18:50 PM |

Hi Sharda,

Just wanted to follow up on this, and to check in on when the City would be available for a deposition.

Hope you are well!

Kira

_____
**Kira Kelley** (they/she)
Staff Attorney
Climate Defense Project
climatedefenseproject.org

Exhibit F