| | |
|---|---|
| **From:** | Enslin, Sharda |
| **To:** | "Kira Kelley"; Karmen McQuitty; Robertson, Heather (she/her/hers); Sarff, Kristin; Claire Glenn |
| **Subject:** | RE: [EXTERNAL] Re: Settlement Proposal |
| **Date:** | Monday, November 25, 2024 9:18:00 AM |

Hi Kira, did you ever send me an updated list of topics? What is your availability the week of December 9th?

**From:** Kira Kelley <kira@climatedefenseproject.org>
**Sent:** Thursday, November 21, 2024 5:18 PM
**To:** Enslin, Sharda <sharda.enslin@minneapolismn.gov>; Karmen McQuitty <karmen@peopleslawmn.com>; Robertson, Heather (she/her/hers) <Heather.Robertson@minneapolismn.gov>; Sarff, Kristin <Kristin.Sarff@minneapolismn.gov>; Claire Glenn <claire@climatedefenseproject.org>
**Subject:** [EXTERNAL] Re: Settlement Proposal

Hi Sharda,

Just wanted to follow up on this, and to check in on when the City would be available for a deposition.

Hope you are well!

Kira

---

**Kira Kelley** (they/she)
Staff Attorney
Climate Defense Project
climatedefenseproject.org

Exhibit G