**From:** Kira Kelley
**To:** Enslin, Sharda
**Cc:** Karmen McQuitty; Robertson, Heather (she/her/hers); Sarff, Kristin; Claire Glenn
**Subject:** Re: [EXTERNAL] Re: Settlement Proposal
**Date:** Wednesday, November 27, 2024 11:09:56 AM

Hi Sharda,

Would you be willing to stipulate to an extension of the December 15th fact deadline by a few weeks just to give us all a buffer? We could schedule the evidentiary depo on the 17th or 18th if so.

Best,

Kira

On Wed, Nov 27, 2024, 6:33 AM Enslin, Sharda <sharda.enslin@minneapolismn.gov> wrote:

> Hi Kira – turns out that while I'm available the week of Dec. 9, our deponent is not. However, both he and I are available on Dec. 17th or 18th. Would either of those dates work for you? Technically this falls a couple days outside of our discovery period, but given that the parties have been planning on conducting this deposition for a while now, if we're both in agreement and it's the only date that works for the witness, I think it's fine.
>
> **From:** Kira Kelley <kira@climatedefenseproject.org>
> **Sent:** Tuesday, November 26, 2024 10:21 AM
> **To:** Enslin, Sharda <sharda.enslin@minneapolismn.gov>
> **Cc:** Karmen McQuitty <karmen@peopleslawmn.com>; Robertson, Heather (she/her/hers) <Heather.Robertson@minneapolismn.gov>; Sarff, Kristin <Kristin.Sarff@minneapolismn.gov>; Claire Glenn <claire@climatedefenseproject.org>
> **Subject:** Re: [EXTERNAL] Re: Settlement Proposal
>
> Hi Sharda,
>
> I sent it to you on September 13, with the changes we'd discussed in our phone call. Let me know if you can't find that thread and I will bump it in your inbox! I'll re-attach the updated list here as well for your convenience.
>
> The week of Dec 9th is pretty open for me, I'll confer with my cocounsel. Did you have any specific days/times in mind?

Exhibit J

Best,

Kira

---

**Kira Kelley** (they/she)
Staff Attorney
Climate Defense Project
climatedefenseproject.org

On Mon, Nov 25, 2024 at 7:18 AM Enslin, Sharda <sharda.enslin@minneapolismn.gov> wrote:

> Hi Kira, did you ever send me an updated list of topics? What is your availability the week of December 9th?
>
> ---
>
> **From:** Kira Kelley <kira@climatedefenseproject.org>
> **Sent:** Thursday, November 21, 2024 5:18 PM
> **To:** Enslin, Sharda <sharda.enslin@minneapolismn.gov>; Karmen McQuitty <karmen@peopleslawmn.com>; Robertson, Heather (she/her/hers) <Heather.Robertson@minneapolismn.gov>; Sarff, Kristin <Kristin.Sarff@minneapolismn.gov>; Claire Glenn <claire@climatedefenseproject.org>
> **Subject:** [EXTERNAL] Re: Settlement Proposal
>
> Hi Sharda,
>
> Just wanted to follow up on this, and to check in on when the City would be available for a deposition.
>
> Hope you are well!
>
> Kira

Exhibit J

**Kira Kelley** (they/she)
Staff Attorney
Climate Defense Project
climatedefenseproject.org

Exhibit J