UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheryl Sagataw, DeAnthony Barnes, Roberta Strong, Travis Neloms, Alvin Butcher, Adrian Tiger, Chance Askenette, Deven Caston, Lola Hegstrom, and RonDel Applebee, *on behalf of themselves and all others similarly situated*,<br><br>      Plaintiffs,<br><br>   vs.<br><br>Mayor Jacob Frey, *in his individual and official capacity*,<br><br>      Defendant. | Case No. 24-cv-0001 (ECT/TNL)<br><br>**NOTICE OF DEPOSITION OF MICHAEL OHAMA** |

    Please take notice that Plaintiffs Cheryl Sagataw, DeAnthony Barnes, Roberta Strong, Travis Neloms, Alvin Butcher, Adrian Tiger, Chance Askenette, Deven Caston, Lola Hegstrom, and RonDel Applebee, on behalf of themselves and the putative class of those similarly situated, ("Plaintiffs") will take the deposition of Michael Ohama of 250 S. Fourth St., Room 510, Minneapolis, MN 55415.  The deposition will be taken via remote videoconferencing technology, as agreed by the parties. The deposition will be taken before a certified court reporter authorized to administer oaths, and the parties agree that the court reporter may swear in the deponent remotely. Plaintiffs' counsel's office will circulate access instructions and/or dial-in instructions in advance of the deposition. Plaintiffs can be available any day in the next month except for December 12, 2024, that is convenient for Mr. Ohama.

    If remote videoconferencing technology becomes unavailable for more than thirty consecutive minutes during the deposition, then, at the option of Plaintiff's counsel, Plaintiff may either proceed telephonically (or by remote videoconference with Plaintiff's counsel's video

Exhibit U

turned off) or may adjourn the deposition and reconvene the deposition to continue in-person or by remote videoconference on a mutually convenient date.

Plaintiff intends to record the testimony by videoconference technology, in addition to recording the testimony by stenographic methods.

Dated: December 2, 2024                             s/*Kira Kelley*
                                                    Kira Kelley (#402932)
                                                    Climate Defense Project
                                                    P.O. Box 7040
                                                    Minneapolis, MN 55407
                                                    Phone: (802) 683-4086
                                                    Email: kira@climatedefenseproject.org

                                                    **ATTORNEY FOR PLAINTIFFS**

Exhibit U