UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*, <br><br> Plaintiffs, <br><br> vs. <br><br> MAYOR JACOB FREY, *in his individual and official capacity*, <br><br> Defendant. | Civil Action <br><br> 0:24-cv-00001-ECT/TNL <br><br><br> **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(A) & 23(B)(2)** |

NOW COME Cheryl Sagataw, DeAnthony Barnes, Roberta Strong, Travis Neloms, Alvin Butcher, Adrian Tiger, Chance Askenette, Deven Caston, Lola Hegstrom, and RonDel Applebee, Plaintiffs and putative class representatives, and respectfully move this Court for an order under Fed. R. Civ. P. 23(a) and (b)(2) certifying the following Class and naming Plaintiffs Cheryl Sagataw, DeAnthony Barnes, Roberta Strong, Travis Neloms, Alvin Butcher, Adrian Tiger, Chance Askenette, Deven Caston, Lola Hegstrom, and RonDel Applebee as putative Class members:

**People who, while experiencing unsheltered houselesseness, found a temporary home at and experienced an eviction from Camp Nenookaasi on one or more of the following dates:**

 a. January 4, 2024 (evicted from 23rd Street and 13th Avenue);

 b. January 30, 2024 (evicted from 2601 14th Street);

 c. February 1, 2024 (evicted from 2213 16th Avenue);

 d. July 25, 2024 (evicted from 2839 14th Avenue).

Plaintiffs note that Nenookaasi was also located on the 1100th block of 28th Street East, from February 1, 2024 until a tragic fire on February 29, 2024, but Plaintiffs do not consider the fire to be an eviction for the purposes of this class definition.

In support of this Motion, Plaintiffs offer the accompanying Memorandum of Law and exhibits attached thereto.

Dated: February 3, 2025      s/*Kira Kelley*
Kira Kelley (#402932)
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
Phone: (802) 683-4086
Email: kira@climatedefenseproject.org

*/s/Claire Nicole Glenn*
**Claire Nicole Glenn (she/her)**
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
651-343-4816
claire@climatedefenseproject.org
District of Columbia License No. 888242412
Maryland License No. 1902280002
Minnesota License No. 0402443

**ATTORNEYS FOR PLAINTIFFS**