UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>                Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>                Defendant. | Civil Action<br><br>0:24-cv-00001-ECT/TNL<br><br><br>**MEET AND CONFER STATEMENT ON MOTION FOR CLASS CERTIFICATION** |

    Plaintiffs' attorney Kira Kelley and Defendant's attorney Sharda Enslin have conferred regarding the Plaintiffs' Motion to Certify Class, and Defendant's attorney indicated an intent to oppose this motion.

                Respectfully submitted,

1

Dated: February 3, 2025         s/*Kira Kelley*
Kira Kelley (#402932)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org


**Claire Nicole Glenn** (she/her)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(651) 343-4816
claire@climatedefenseproject.org
MN License No. 0402443

**ATTORNEYS FOR PLAINTIFFS**