UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>      Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>      Defendant. | Civil Action No. 0:24-cv-00001-ECT/TNL<br><br><br>**NOTICE OF HEARING ON MOTION FOR CLASS CERTIFICATION** |

---

PLEASE TAKE NOTICE the above-titled Notice of Hearing is being filed in accordance with the directions received from the presiding judge's courtroom:

A hearing on the above-titled motion is scheduled for **March 31**, at **10AM** in Courtroom 7A of the Warren E Burger Federal Building and US Courthouse Diana E. Murphy U.S. Courthouse, 316 Robert Street N, St. Paul, MN 55101. This hearing will take place before the Honorable Eric C. Tostrud, U.S. District Judge.

At this hearing, subject to further order of the Court, the Plaintiffs will move the Court for a Class Certification pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: February 3, 2025

s/*Kira Kelley*
Kira Kelley (#402932)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org


_____
**Claire Nicole Glenn** (she/her)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(651) 343-4816
claire@climatedefenseproject.org
MN License No. 0402443

**ATTORNEYS FOR PLAINTIFFS**

2