UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>　　　　　　Defendant. | Civil Action<br><br>0:24-cv-00001-ECT/TNL<br><br><br>**NOTICE OF DEATH** |

　　COME NOW Plaintiffs, by and through undersigned counsel, and provide notice pursuant to Federal Rule of Civil Procedure 25 that, tragically, Plaintiff Deven Caston has died. Counsel anticipates a motion to substitute may be forthcoming.

　　　　　　　　　　Respectfully submitted,

Dated: February 3, 2025

s/*Kira Kelley*
Kira Kelley (#402932)
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
Phone: (802) 683-4086
Email: kira@climatedefenseproject.org

*/s/Claire Nicole Glenn*
**Claire Nicole Glenn (she/her)**
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
651-343-4816
claire@climatedefenseproject.org
District of Columbia License No. 888242412
Maryland License No. 1902280002
Minnesota License No. 0402443

**ATTORNEYS FOR PLAINTIFFS**