# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>               Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>               Defendant. | Civil Action No.<br>0:24-cv-00001-ECT/TNL<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(A) & 23(B)(2)** |

This case is before the Court on Plaintiffs' Motion for Class Certification Pursuant to Fed. R. Civ. P. 23(A) & 23(B)(2). Based on the filings, records, and proceedings, the Motion is:

## GRANTED.

Date:_____        _____
                                                                Honorable Eric C. Tostrud,
                                                                U.S. District Judge