## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CHERYL SAGATAW, et al. ,

      Plaintiffs,

vs.

MAYOR JACOB FREY, *in his individual and official capacity*

      Defendant.

Case No. 24-cv-00001 (ECT/TNL)

**WORD COUNT CERTIFICATE COMPLIANCE**

I hereby certify that Defendant Mayor Jacob Frey's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification complies with Local Rules 7.1(f) and 7.1(h).  Using Microsoft Word for Microsoft 365, used to include all text, including headings, footnotes, and quotations in the following word count; but excluding the caption and signature block, contains 11,910 words.  The font used in this memorandum and is in 13-point font and the margins comply with Rule 7.1(h).

Dated:  February 24, 2025

KRISTYN ANDERSON
City Attorney
By */s Sharda Enslin*
SHARDA ENSLIN (#389370)
KRISTIN R. SARFF (#388003)
HEATHER P. ROBERTSON (#390470)
J. HAYNES HANSEN (#399102)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2180
(612) 673-3919
(612) 299-2742
(612) 673-3339
sharda.enslin@minneapolismn.gov
kristin.sarff@minneapolismn.gov
heather.robertson@minneapolismn.gov
haynes.hansen@minneapolismn.gov

*Attorneys for Defendant Mayor Jacob Frey*