UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cheryl Sagataw, DeAnthony Barnes, Roberta Strong, and Travis Neloms *et al*, *on behalf of themselves and a class of similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>Mayor Jacob Frey, *in his individual and official capacity*.<br><br>Defendant. | Ct. File No. 24-cv-00001(ECF/TNL)<br><br>DECLARATION OF ENRIQUE VELAZQUEZ |

Your Declarant is Enrique Velazquez, and he submits the following declaration:

1. I am the Director of Regulatory Services for the City of Minneapolis ("City"). I submit this declaration in support of Defendant Mayor Jacob Frey's Opposition to Plaintiffs' Motion for Class Certification. The information in this declaration is based on my personal knowledge from first-hand involvement and/or information I've learned from City employees occurring in the regular course of my work as Director of Regulatory Services.

2. On November 8, 2024, individuals associated with Nenookaasi encampments broke into a City-owned property, located at 2601 14th Avenue South in Minneapolis. This property was fenced and locked, with prominent "no trespassing" signs posted, and had been the site of previously closed encampments. Individuals associated with the encampment cut open the fence and move their belongings inside the property. This encampment was subsequently closed on November 12, 2024.

3. On January 6, 2025, a large fire broke out at a Nenookaasi encampment located 2839 14th Avenue South in Minneapolis. Multiple propane tanks exploded, and the fire quickly consumed the entire encampment. Minneapolis Fire Fighters extinguished the blaze, but only charred items remained.

4. As of today, to the best of my knowledge, there are no current iterations of the Nenookaasi encampment in Minneapolis.

I declare under penalty of perjury that everything I have stated in this declaration is true and correct. Signed in Hennepin County, Minnesota.

Dated: 2/24/25                    */s Enrique Velazquez*
                                  Enrique Velazquez