# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE *on behalf of themselves and a class of similarly-situated individuals*, <br><br> Plaintiffs, <br> vs. <br><br> MAYOR JACOB FREY, *in his individual and official capacity*, <br><br> Defendant. | Civil Action No. <br><br> 0:24-cv-00001-ECT/TNL <br><br> **LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Kira Kelley, certify that Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion for Class Certification Pursuant to Fed. R. Civ. P 23(A) & 23(B)(2) conforms to the requirements of LR 7.1(f) and LR 7.1(h). This reply memorandum was prepared in 14-point font using Google Docs, whose word count function has been applied specifically to count all text aside from the case caption and signature block and tables of contents and authorities, and includes headings, footnotes, and quotations. and totals 3,568 words. Together with the length of Plaintiffs' previous Memorandum (4,375) these filings together amount to 7,943 words and comply with the cumulative 12,000 word limit.

Respectfully submitted,

Dated: March 10, 2025          s/*Kira Kelley*
Kira Kelley (#402932)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org

**ATTORNEY FOR PLAINTIFFS**