# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*, <br><br> Plaintiffs, <br><br> vs. <br><br> MAYOR JACOB FREY, *in his individual and official capacity*, <br><br> Defendant. | Civil Action No. 0:24-cv-00001-ECT/TNL <br><br> **DECLARATION OF CLAIRE GLENN** |

# DECLARATION OF CLAIRE NICOLE GLENN

I, Claire Nicole Glenn, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Claire Nicole Glenn and I am more than 18 years old.

2. On March 10, 2025, I obtained two Public Information Releases (PIR) from the City of Minneapolis via its website, at https://www.minneapolismn.gov/government/departments/police/public-information-releases/.

3. These two PIRs are attached to this declaration as Exhibits A and B. Exhibit A is titled "MPD's Special Order Helps Prevent Encampments from Forming," and Exhibit B is titled "MPD's Special Order Helps Prevent Encampments from Forming (UPDATED)." Both Exhibits are complete and accurate reflections of the statements as they appear on the City of Minneapolis' website; neither have been edited or annotated in any way.

4. The City of Minneapolis' website indicates Exhibit A was published on February 28, 2025, at 9:34 A.M., and Exhibit B was published the same day at 3:59 P.M.

I declare under penalty of perjury that this declaration is true and correct.

Executed on March 10, 2025, in the County of Dakota, State of Minnesota, Treaty-Ceded Territory of the Dakota peoples.

Claire Nicole Glenn, Esq.