Exhibit A

CASE 0:24-cv-00001-ECT-TNL   Doc. 128-1   Filed 03/10/25   Page 1 of 3

 

Trust | Accountability | Professional Service

# Public Information Release

Sgt Garrett Parten
(Cell) 612-673-5800
(Email) PolicePIO@minneapolismn.gov

## MPD's Special Order Helps Prevent Encampments from Forming

February 28, 2025 (MINNEAPOLIS) Minneapolis Police Chief Brian O'Hara said today that MPD patrol officers have prevented at least six encampments from forming since he issued a special order in January addressing encampment response.

In 2024, encampment-related violence resulted in 15 fatal shootings, and 387 overdose calls occurred within one block of encampments—accounting for 13% of the city's total overdoses.

To curb this crisis, Chief O'Hara's special order directs officers to take proactive measures in responding to encampments on city-owned property—including sidewalks, vacant lots, and public rights-of-way—as well as private property when responding to 911 calls.

"The violent crime surrounding encampments is an urgent public safety threat," said Chief O'Hara. "This order is a critical step in preventing new encampments from forming. However, we also need long-term solutions to address the underlying issues impacting those living in these encampments."
Since the order took effect, MPD officers have successfully intervened in several instances:

- January 10 – Officers recovering a stolen vehicle in the 3100 block of Harriet Ave S discovered two tents on a vacant, fire-damaged property. The occupants left voluntarily. *(CN 25-8150)*
- January 12 – A shelter obstructing an alley in the 1200 block of Lagoon Ave was removed. One occupant with a warrant was arrested. Later, a second shelter was found in the same alley, where officers arrested a non-compliant sex offender with multiple warrants and suspected narcotics. *(CNs 25-10121, 25-10178)*
- January 22 – Officers found three tents in a public right-of-way near Lyndale Ave & Franklin Ave, along with drug paraphernalia. One person with a warrant was arrested, while others left after refusing assistance. *(CN 25-18250)*

- January 29 – Officers clearing an encampment near 12th Ave & 28th St E recovered two stolen e-bikes, returning one to its owner. *(CN 25-023537)*
- January 30 – Officers responded to 2800 block of 14th Ave S, where individuals were cutting through fencing at a former encampment site. Multiple people fled, and two were cited for trespassing. Officers repaired the fencing and ensured signage was visible. *(CN 25-025073)*
- February 26 – After 911 calls from neighbors, officers prevented an encampment from forming in an empty lot at 2115-2123 5th Ave S, where seven tents had already been set up. Occupants dismantled their tents without incident after officers informed them of city ordinance 244.60.

MPD remains committed to ensuring public safety and working with partners across the city enterprise to advocate for long-term solutions that address homelessness and addiction in Minneapolis.

####