Exhibit B



Trust | Accountability | Professional Service



Minneapolis
City of Lakes

# Public Information Release

Sgt Garrett Parten
(Cell) 612-673-5800
(Email) PolicePIO@minneapolismn.gov

## MPD's Special Order Helps Prevent Encampments from Forming (UPDATED)

February 28, 2025 (MINNEAPOLIS) Minneapolis Police Chief Brian O'Hara said today that MPD patrol officers have prevented at least eight encampments from forming since he issued a special order in January addressing encampment response.

In 2024, encampment-related violence resulted in 15 fatal shootings, and 387 overdose calls occurred within one block of encampments—accounting for 13% of the city's total overdoses.

To curb this crisis, Chief O'Hara's special order directs officers to take proactive measures in responding to encampments on city-owned property—including sidewalks, vacant lots, and public rights-of-way—as well as private property when responding to 911 calls.

"The violent crime surrounding encampments is an urgent public safety threat," said Chief O'Hara. "This order is a critical step in preventing new encampments from forming. However, we also need long-term solutions to address the underlying issues impacting those living in these encampments."

Since the order took effect, MPD officers have successfully intervened in several instances:

- January 10 – Officers recovering a stolen vehicle in the 3100 block of Harriet Ave S discovered two tents on a vacant, fire-damaged property. The occupants left voluntarily. *(CN 25-8150)*
- January 12 – A shelter obstructing an alley in the 1200 block of Lagoon Ave was removed. One occupant with a warrant was arrested. Later, a second shelter was found in the same alley, where officers arrested a non-compliant sex offender with multiple warrants and suspected narcotics. *(CNs 25-10121, 25-10178)*

- January 22 – Officers found three tents in a public right-of-way near Lyndale Ave & Franklin Ave, along with drug paraphernalia. One person with a warrant was arrested, while others left after refusing assistance. *(CN 25-18250)*

- January 29 – Officers clearing an encampment near 12th Ave & 28th St E recovered two stolen e-bikes that were returned to their respective owners. *(CN 25-023537)*

- January 30 – Officers responded to 2800 block of 14th Ave S, where individuals were cutting through fencing at a former encampment site that had been destroyed by a fire on January 6, 2025. Multiple people fled, and two were cited for trespassing. Officers repaired the fencing and ensured signage was visible. *(CN 25-025073)*

- February 26 – After 911 calls from neighbors, officers prevented an encampment from forming in an empty lot at 2115-2123 5th Ave S, where seven tents had already been set up. Occupants dismantled their tents without incident after officers informed them of city ordinance 244.60. *(CN 25-048375)*

- February 26 - Officers in the 3rd Precinct stopped an encampment from being formed at 1816 Portland Ave S. Officers had been called to the area on a variety of issues. Public works responded to clean up the site. *CN 25-047643*

- February 27 - 5th Precinct officers responded to a report of theft of garbage cans. Officer located a small encampment near 2901 Blaisdell Ave S, the location of previous encampments. Two people at the scene were taken into custody for existing arrest warrants. The encampment was shutdown. *(CN 25-049086 and CN 25-049101)*

MPD remains committed to ensuring public safety and working with partners across the city enterprise to advocate for long-term solutions that address homelessness and addiction in Minneapolis, while also providing culturally competent resources and investing in affordable housing.

"Encampments do not provide safe or dignified forms of housing," said Enrique Velazquez, director of regulatory services for the City of Minneapolis. "They pose public health and safety risks for those living within and for those in the surrounding neighborhoods. As a city, we have a duty to provide available services for those who need them in the most compassionate way possible."

The City's homeless response teams engage with unsheltered residents daily, building trust through compassionate, intentional connection. Encampments can adversely impact public safety, public health, and community livability, often compounded on one another. Working in close collaboration with multiple City departments and through partnerships with numerous government agencies and social service providers, all work with our unsheltered residents with a singular goal - helping unsheltered residents find pathways to safe and stable indoor housing.

####