UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*<br><br>Defendant. | Case No. 24-cv-00001 (ECT/ECW)<br><br>**MOTION FOR SUMMARY JUDGMENT BY DEFENDANT MAYOR JACOB FREY** |

Defendant Mayor Jacob Frey, hereby move this Court for Summary Judgment pursuant to Federal Rules of Civil Procedure 56 and for an order dismissing Plaintiffs' Second Amended Complaint in its entirety.

This motion is made upon all the files, records, and proceeding herein, including all arguments of counsel at the hearing before the court.

Dated: July 29, 2025

KRISTYN ANDERSON
City Attorney
By

*s/ Sharda Enslin*
SHARDA ENSLIN (#389370)
KRISTIN R. SARFF (#388003)
HEATHER P. ROBERTSON (#390470)
J. HAYNES HANSEN (#399102)
Assistant City Attorneys
Minneapolis City Attorney's Office

City Hall, Room 210
350 South Fifth Street
Minneapolis, MN  55415
(612) 673-2180
(612) 673-3919
(612) 299-2742
(612) 673-3339
sharda.enslin@minneapolismn.gov
kristin.sarff@minneapolismn.gov
heather.robertson@minneapolismn.gov
haynes.hansen@minneapolismn.gov

*Attorneys for Defendant Mayor Jacob Frey*