UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, et al., | Case No. 24-cv-00001 (ECT/ECW) |
| Plaintiffs, | |
| vs. | **LR 7.1 WORD COUNT CERTIFICATE COMPLIANCE** |
| MAYOR JACOB FREY, *in his individual and official capacity* | |
| Defendant. | |

I, Sharda Enslin certify that the Memorandum of Law in Support of Defendant City of Minneapolis' Motion to Dismiss complies with Local Rule 7.1(f) and 7.1(h). I further certify that, in preparation of this document, I used the following word processing program and version: Microsoft Word for Microsoft 365 Enterprise Version 2308 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, not including the caption and signature block. I further certify that the above document contains 11,683 words.

Dated: July 29, 2025

KRISTYN ANDERSON
City Attorney
By

*s/Sharda Enslin*
SHARDA ENSLIN (#389370)

KRISTIN R. SARFF (#388003)
HEATHER P. ROBERTSON (#390470)
J. HAYNES HANSEN (#399102)
Assistant City Attorneys
Minneapolis City Attorney's Office
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN  55415
(612) 673-2180
(612) 673-3919
(612) 299-2742
(612) 673-3339
sharda.enslin@minneapolismn.gov
kristin.sarff@minneapolismn.gov
heather.robertson@minneapolismn.gov
haynes.hansen@minneapolismn.gov

*Attorneys for Mayor Jacob Frey*