UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE *on behalf of themselves and a class of similarly-situated individuals*, | Civil Action No. 0:24-cv-00001-ECT/ECW |
| Plaintiffs, | **LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |
| vs. | |
| MAYOR JACOB FREY, *in his individual and official capacity*, | |
| Defendant. | |

I, Kira Kelley, certify that Plaintiffs' Memorandum in Opposition to Defendant's Motion for Summary Judgment conforms to the requirements of LR 7.1. This reply memorandum was prepared in 13-point font using Google Docs, whose word count function has been applied specifically to count all text aside from the case caption and signature block, and includes headings, footnotes, and quotations. The total count is 11792 words.

Respectfully submitted,

1

Dated: August 19, 2025          s/*Kira Kelley*
                                Kira Kelley (#402932)
                                Staff Attorney
                                Climate Defense Project
                                P.O. Box 7040
                                Minneapolis, MN 55407
                                (802) 683-4086
                                kira@climatedefenseproject.org


                                **ATTORNEY FOR PLAINTIFFS**