# EXHIBIT A

**TO PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
2    _____

                                Case No. 24-CV-00001(ECT/ECW)
3

CHERYL SAGATWA, et al.,
4

                          Plaintiffs,
5        -vs-

6    MAYOR JACOB FREY, in his individual
     and official capacity,
7

                          Defendant.
8

     _____
9

10                        VIDEOCONFERENCE

11                        DEPOSITION OF

12                        JOHN TRIBBETT

13                        May 22, 2025

14                         9:08 a.m.

15

16

17

18

19

20

21

22

23

24

25   Court Reporter:  Kacie Elijah

1    The videoconference deposition of John Tribbett is taken
2   on May 22, 2025, with all parties appearing remotely,
3   commencing at 9:08 a.m. pursuant to Notice.
4
5                        APPEARANCES
6

CLIMATE DEFENSE PROJECT
7   Attorneys at Law
    P.O. Box 7040
8   Minneapolis, MN 55407
    651.343.4816
9   claire@climatedefenseproject.org
    By Claire Glenn and Kira Kelley
10  appearing on behalf of the Plaintiffs.
11  MINNEAPOLIS CITY ATTORNEY'S OFFICE
    Attorneys at Law
12  350 South Fifth Street
    Room 210
13  Minneapolis, MN 55415
    612.673.2180
14  sharda.enslin@minneapolismn.gov
    By Sharda Enslin, Kristin Sarff, and Heather Robertson
15  appearing on behalf of the Defendant.
16
    ALSO IN APPEARANCE:
17  Dalia Rodriguez; intern
18
19
20
21
22
23
24
25

1                    I N D E X

                                              PAGE

2

JOHN TRIBBETT, DULY SWORN.............................  4

3

EXAMINATION BY MS. ENSLIN.............................  4

4

EXAMINATION BY MS. GLENN............................. 137

5

REPORTER'S CERTIFICATE............................... 147

6

7                        - - - - -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    JOHN TRIBBETT,
 2          having been duly sworn, was examined
 3                and testified as follows:
 4                    - - - - -
 5                    EXAMINATION
 6   BY MS. ENSLIN:
 7   Q    All right.  Good morning, Mr. Tribbett.  We met off the
 8        record a minute ago.  I'm Sharda Enslin.  I am the
 9        attorney for the defendant in this lawsuit.  Thank you
10        for joining us this morning.  Have you ever had your
11        deposition taken before?
12   A    No.  I don't believe so.
13   Q    Okay.  So I will just briefly go over a couple of
14        the -- our procedural rules and guidelines for today.
15        Because we're doing this via Zoom, if you have any
16        technical issues or anything like that, just, like,
17        flag that right away, and we'll try to get everybody
18        back online.
19             Kacie is taking down a full record of this.  We're
20        not -- this is not being video recorded.  Even though
21        we are on video now, we'll have the transcript after.
22        And to make the transcript clear, it's going to be
23        important that you and I don't talk over each other.
24        So if you could, wait until answering.  After I pose a
25        question, let me finish the question fully.  It makes
```

1         the transcript a lot more clear.  And especially with

2         the Zoom setup, it's going to be important that you

3         make sure all your answers are verbal rather than head

4         nods or head shakes and that the court reporter is able

5         to record that.  Does that make sense?

6     A   Yep.

7     Q   Okay.  And to the extent you are asked a question by me

8         that either you don't understand or you need

9         clarification, please do so.

10    A   Mm-hmm.  Okay.

```
██  ██    ████████████████
██  ██    ████████████████████████████████████████
██        ████████████████████████████████████████
██        ████████████████████████████████████████
██        ████████████████████████████████████████████
██        ████████████████████
██  ██    ████████████████████████████████████
██        ████████████████████████████████████
██        ████████████
██  ██    ████
██  ██    ████████████████████
```

```
12    Q    And you're here in your individual capacity.  Is that
13         correct?
14    A    I'm in my personal -- I'm in my personal capacity.
15         Yes.
16    Q    Okay.  Are you being paid to appear today?
17    A    When I was served, I got a small check that came with
18         the service, but that was -- that was it.  I believe it
19         did not come from the plaintiffs.
20    Q    Okay.  So you are serving as an expert in this case
21         without any monetary compensation.  Is that correct?
22    A    That is correct.
23    Q    From the plaintiffs.  Excuse me.  Sorry.  From the
24         plaintiffs?
25    A    That is correct.
```

1  Q    Okay.  Are you being represented by either Kira or

2       Claire here today?

3  A    No.  They are not my counsel.

4  Q    Do you have your own counsel related to this matter?

5  A    I do not.

6  Q    Have you ever been an expert before?

7  A    Yes.  I've been an expert in many, many contexts.  I've

8       not been an expert in this particular context.

9  Q    Okay.  Great.  Thank you for clarifying.  Yeah.

10 A    Yeah.

11 Q    I'm going to reask the question, just so I can

12      be -- have a more succinct record.

13          Have you ever been an expert witness in a lawsuit?

14 A    No.

15 Q    And you said you've been an expert in other contexts

16      before.  Is that correct?

17 A    Mm-hmm.  Yes.

18 Q    In what -- in what ways do you consider yourself having

19      served as an expert in those other contexts?

20 A    Consultation with other agencies with -- during

21      presentations I've given nationally, locally within the

22      community with other service providers.

23 Q    Let's talk about -- you referenced consultations with

24      agencies.  Can you talk a little bit more about that?

25 A    Could you clarify?  When you say "Talk more about it,"

1    what -- what direction --

2  Q  So --

3  A  -- would be helpful.

4  Q  Sure.  What -- what agencies have you consulted with

5     that you believe fall under what you've described as

6     your expert work?

7  A  Well, I mean, there's many that I would not be able to

8     recall just, you know, off the cuff; but certainly,

9     when I'm -- we have many partner organizations and

10     others that we collaborate with, and we talk about how

11     to address systemic issues related to homelessness

12     solutions thereof, strategies around best practices to

13     serve individuals in humane and effective manners, many

14     casual conversations.

15        I have also done some formal trainings.  I've --

16     was participating with the Minnesota Judicial Branch a

17     few years ago and did a training -- I believe it was in

18     2019.  I'd have to look at my specific training to get

19     that information -- on homelessness and the culture

20     thereof, and that was provided to attorneys throughout

21     the state as part of a continuing legal education.

22        I've done trainings across the state with the

23     Minnesota Department of Health talking about harm

24     reduction and how that relates to homelessness and best

25     practices and evidence-based strategies.  I have

1       partaken in different testimonies before the City

2       Council, either talking about specific services that I

3       was -- we were wanting to have supported in Avivo but

4       also in context of encampments and potential solutions

5       thereof.

6  Q   You mentioned that you work with partner organizations.

7       What are some -- what are those partner organizations?

8  A   Could you clarify?  When you say -- who are you asking?

9       Are you asking myself on my personal behalf or in the

10      context of -- the work is very collaborative within the

11      community.

12         So I'm interacting with many, many people; private

13      nonprofit agencies, tribal groups, county, city, and

14      state officials over the years.  So, I mean, there's

15      been many context of collaboration.





15    I work closely with the Office to End Homelessness

16    with -- at the County and all the partners there.  We

17    work closely in interface, you know, with the County

18    Street Outreach teams, the City Street Outreach teams.

19        So there are just -- there are many different

20    levels of collaboration; and by extension, it's my --

21    in those contexts, it's my professional collaboration

22    with those agencies.

23  Q  And, again, just to kind of clarify that same point,

24    you had talked about consulting with agencies, and you

25    had mentioned the Department of Health, and then, you

1   know, I see you've given me a good list of partner

2   organizations; are there any other agencies that you

3   consult with in an expert capacity or have consulted

4   with in an expert capacity?

5 A  No.  In -- if -- if -- the question I'm answering would

6   be in my personal capacity.  Have I worked as an expert

7   consulting with those agencies?  No.

8     Have -- do I use my expertise, and am I sought

9   after for my expertise within the broad range of

10   providers and -- along with my colleagues?  Yes.

11 Q  And so in -- if we're looking at that second

12   definition, what would you -- who would you say comes

13   onto that list of agencies that you've consulted with?

14 A  All of the above that I've listed.  We -- you know,

15   and, again, these are not formal, we're going to

16   contract with your organization so that John Tribbett

17   can come and give you expertise.

18     It's -- the ecosystem of providers are

19   collaborative, and we seek each other -- one another's

20   expertise in that work.

21 Q  You mentioned that you have done presentations in the

22   past.

23 A  Mm-hmm.

24 Q  Can you walk me through the presentations that you've

25   done that relate to unsheltered homelessness or

1    homeless encampments?

2  A    Yes.  I can to the best of my memory.  I've done

3       several, so -- and I'm not -- you know, I have to look

4       and reference my material to get specific dates.  So if

5       you want additional information, I'll potentially need

6       just a little bit more time to get that information to

7       you.

8           But going back, I believe approximately 2018,

9       thereabouts, I presented at the Minnesota Coalition for

10      the Homeless on bringing a collaboration of health care

11      and housing, as well as other stabilization services to

12      the street, which is a best practice model.  We're

13      actually bringing those services directly to people

14      where they're residing in the community.  It's quite

15      common that that's happening at a much higher rate

16      these days.  But at that point in time, it was a

17      ground -- more of a groundbreaking thing happening as a

18      community here.

19          I did a rapid rehousing presentation in Denver at

20      the Housing First Partners Conference.  There, I was

21      presenting on helping veterans exit homelessness,

22      experiencing either sheltered or unsheltered

23      homelessness and entering into housing.  I've done a

24      presentation -- I'm trying to think chronologically

25      here.  I did a presentation in 2022 in Seattle at the

1       Housing First Partners Conference.  In that case, we

2       were talking about the usage of the Housing First

3       modality as a response to civil unrest that we were

4       describing our setting up of a response to the civil

5       unrest in the wake of the murder of George Floyd and

6       the emergency response in that case.

7           I've done a number of presentations -- again, I

8       have them.  I can get them, you know, to you, the

9       copies of them -- around Avivo Village as a best

10      practice model to working with people with

11      comorbidities and high complexities, so the individuals

12      that are facing the highest disparities, including

13      Native Americans, African Americans, East Africans, and

14      generally BIPOC communities that are disparately

15      representing the homelessness population.

16          And so a number of presentations on best practice

17      models to help people exit the street into shelter.

18      I've done presentations -- again, Minnesota Department

19      of Health.  That was a statewide presentation that was

20      talking about how to utilize harm reduction as a best

21      practice and infusing that in programs helping people

22      to exit unsheltered homelessness into shelter and/or

23      into housing to support them.

24          I've also done -- again, I mentioned earlier, the

25      training on the culture of homelessness in Minnesota

1      and sort of the realities for attornies across the

2      state of Minnesota, talking about ways in which it can

3      be better contextualized as those individuals are

4      intersecting with the court system.

5          I think those are most of the highlights.  And

6      then a presentation to some city council members on --

7      and this was 2019, 2020 -- on alternatives to street

8      homelessness in the form of some -- of sanction or --

9      and/or decriminalize locations in which people can

10     temporarily shelter without fear of being harassed or

11     evicted by police in looking at several models that are

12     utilized across the country and offered some

13     recommendations about some things that can be done in

14     our community locally.

15   Q   Do you remember which council members you presented to?

16   A   I do not.

17   Q   And it sounds like, just because you said "some council

18       members," it wasn't like a presentation to the full

19       council.  Is that correct?

20   A   I have done presentations to the full council.  I -- I

21       wouldn't -- yeah.  This is probably five or six years

22       ago; and so, at this time, my memory would not

23       recollect if it was a full council presentation or if

24       it was a smaller subgroup of council members.

25   Q   Have you authored any publications on the topic of

1      unsheltered homelessness or homeless encampments?

2   A  I have not authored any academic publications.  I have

3      written one article, slash, opinion piece, slash,

4      suggestions on responses to people who are experiencing

5      unsheltered homelessness in the initial phases of

6      COVID.

7   Q  Was that published?

8   A  Yes.  It was in the Minnesota Reformer.

9   Q  And what was the substance of that article?

10  A  The substance of the article was -- at the time, the

11     CDC had a very clear set of directives about the best

12     way to ensure the public health and safety and

13     well-being of individuals who were experiencing

14     unsheltered homelessness, and our local government was

15     not responding to people who were living outside in

16     alignment with those recommendations.

17         In fact, they were fairly seriously falling short

18     of what was being recommended by the federal guidance

19     at that time.  And so the article was really -- or the

20     piece was really a call to action to say, this is

21     what's happening.  We need to align with the CDC

22     professional best practices from the federal government

23     and ensure the health, safety, and welfare of the

24     people that were residing outside.

25         You know, as everyone will remember, at the

1       initial phases of COVID, we did not know what the route

2       to transmissions were.  All the information that we

3       were hearing and receiving was that there was going to

4       be a high degree of lethality, particular of people who

5       did not have access to basic hygiene or shelter.

6           And so it was -- there was a strong amount of

7       alarm within the community of people that were working

8       with people who were experiencing unsheltered

9       homelessness, that they were going to have some pretty

10      high impacts and death rates.

11  Q   So you have been offered as an expert testifying

12      witness in this case to talk about the -- to opine on

13      the existence, capacity, and accessibility of services

14      for unhoused people in Minneapolis, as well as how

15      evictions impact people generally and specifically

16      impact their ability to access those services.  Does

17      that sound correct?

18  A   Yes.

19  Q   Are there other areas that you understand you have been

20      identified as an expert in for the purpose of this

21      case?

22  A   Only within the context of what was described.

23  Q   Let's talk a little bit about your background.  Tell me

24      about your -- what kind of education background you

25      have, starting with high school and up until your most

1    advanced education experience.

2  A    Sure.  I graduated from high school in 1986.  I

3       subsequently graduated from Austin Community College

4       in -- oh, gosh, that's a long time ago.  So I'm going

5       to say sometime in the early -- early 90s.

6            I subsequently completed a bachelor's degree in

7       journalism at the University of Minnesota, a minor in

8       Southeast Asian studies.  And then I went on to

9       complete a law degree at Hamline University prior to

10      its fusion with William Mitchell, and I graduated there

11      in 2011.

12 Q    Do you have an active bar license?

13 A    I do not.  I did have an active bar license.  I no

14      longer have kept it active.

15 Q    Did you ever practice law?

16 A    I never practiced law other than as a student attorney;

17      I did do public defense in Ramsey County for juveniles

18      for a period of time, and I did some work with asylum

19      cases as a student.

20            THE COURT REPORTER:  With what cases?

21            THE WITNESS:  Asylum cases, people that were

22      here seeking asylum.

23 BY MS. ENSLIN:

24 Q    So did you do all of this schooling concurrently, or

25      were there -- kind of years were in between here?

1   A   There were a lot of years in between there.

2   Q   Okay. So just so I can get a full picture of your

3       background then, can you tell me a little bit about

4       your work history as well and where that would fall in

5       the timeline of your schooling history?

6   A   Sure. So I have over 25 -- I think potentially

7       26 -- years of experience in human services. And so I

8       worked for approximately 15 years working in group home

9       settings with individuals with developmental

10      disabilities and other cognitive delays, mental health

11      issues, and other co-occurring disorders, and so I

12      worked there as a frontline staff for many years. But

13      I also worked there -- I would have to, again, look at

14      my resume to get the specific titles. It's been many,

15      many years -- but as a -- basically a psych manager,

16      doing behavioral planning for individuals and creating

17      programming for them.

18          I worked for a period of time in the early 2000s

19      as a freelance journalist. I did -- I did articles and

20      reporting in southeast Asia. I lived in that area for

21      a period of time, did a lot of work around human

22      rights, refugees, during that time period. And then I

23      worked -- when I graduated from law school, I worked in

24      family court in Hennepin County for -- as a law

25      clerk -- for a little shy of three years.

1         And then at that time, in approximately 2014, I
2    transitioned to working as a case manager in housing
3    support, at the time, was St. Stephens.  That agency is
4    now known as Agate.  And at that time, I worked a
5    variety of roles.
6         And so I, initially, was a housing support case
7    manager working with individuals that had exited
8    homelessness and were now housed, in supporting them in
9    the case manager manner.  I also worked as a rapid
10   rehousing case manager; again, working with veterans
11   who were exiting homelessness and being housed for
12   short-term support.
13        I worked in H.O.M.E.S Court for a period of time.
14   H.O.M.E.S Court was a unique Hennepin County court that
15   was designed and worked, really, primarily to help
16   individuals address crimes related to homelessness that
17   were impeding their ability to exit from the street.
18        And so, in that capacity and that experience, I'd
19   had a really -- I mean, I already knew this from the
20   work that I had done, but I had a very clear view on
21   the impact of how the criminal justice system and some
22   of the larger systems were keeping people
23   simultaneously relegated to homelessness, but also
24   holding them accountable for being homeless at the same
25   time through small -- mostly small-level criminal

1     cases.  And so I worked there at the -- that court

2     was -- I believe the last judge there was Judge Marta

3     Chou.  I was working there at the time.  So I did that

4     for a period of time.

5          And then for several years, starting in, I

6     believe, 2017 -- again, I'd have to look at my resume

7     to get the precise dates -- I began as a manager of the

8     St. Stephens Street Outreach Team.  And so that was --

9     in that capacity, I worked through, first and foremost,

10    the Super Bowl, where we were dealing with the

11    realities of a large-scale event occurring in downtown

12    Minneapolis and sort of a simultaneous reality of many

13    people being concerned about what was going to happen

14    to people who were experiencing homelessness,

15    particularly unsheltered homelessness on the street,

16    but then were also being asked by other people to make

17    sure that there was not visible homelessness happening

18    in the community.

19         So I did that for a number of years at

20    St. Stephen's.  I eventually became the associate

21    director of Street Outreach.  I left that position.  I

22    transitioned to Avivo.  At Avivo, I've done a number of

23    roles, but -- I mean, I've had a number of projects

24    underneath me.  My role has been as a service area

25    director in the Ending Homelessness Division.

1      Currently, my title is service area director: Ending

2      Homelessness Division/Emergency Services.  And so at

3      Avivo, I have overseen a variety of all-site base and

4      scattered-site housing support programs that are

5      designed to provide people with permanent supportive

6      housing options as they exit street homelessness or

7      being in shelters and then also, in that context, have

8      worked with Street Outreach teams.

9           I oversee all of these projects in a leadership

10     capacity.  And Avivo Village is a hundred room

11     high-fidelity harm reduction shelter.  In addition to,

12     we're opening another shelter in central Minnesota

13     that's based on that same model, and so we'll be

14     opening that.  So we're working on that project as well

15     as managing a small harm reduction team within the

16     context of Ending Homelessness Division.

17  Q  Okay.  Thanks for outlining all of that.

18          So I want to just kind of jump back and dig into a

19     couple things a little bit more.  So am I correct that

20     in 2014 was when you started working for -- as a case

21     manager for Agate?

22  A  Correct.  Yep.

23  Q  Okay.  Was that your first employment related to

24     working with the unsheltered/unhoused community?

25  A  That was my first employment that was specifically

1   working with that community.  When I worked in family

2   court, I interacted with a number of individuals who

3   were also experiencing homelessness.

4   Q   Got it.  Okay.

5                (Simultaneous speaking.)

6   BY MS. ENSLIN:

7   Q   Sorry to interrupt you.

8        Can you tell me a little bit what the duties and

9   job roles of working as a case manager for Agate were,

10  when you did that position?

11  A   With the case manager, what my roles -- roles were?

12  Q   Right.  In 2014, when you were working as a case

13  manager, what was your -- what was your role?  What was

14  the -- what were the duties of that job?  What was your

15  day-to-day work experience?

16  A   Sure.  So it was facilitating a housing support

17  program.  It's a state-funded program that's unique to

18  Minnesota.  It's designed to work with people

19  experiencing long-term homelessness, which is,

20  definitionally, in the state of Minnesota, an

21  individual who's been outside for one year continuous

22  or has had four episodes of unsheltered homelessness in

23  the past three years; although, our current system

24  within the Coordinated Entry System does prioritize --

25            THE COURT REPORTER:  Sir, can you try to slow

1       down just a little bit?

2            THE WITNESS: Sorry. My apologies, Kacie.

3   A   So in our system, we generally are working and we are

4       housing people who have chronic -- who have chronic

5       homeless status. Status is a bit of a misnomer. But

6       unfortunately, due to a lack of resources, our system

7       oftentimes has to prioritize people who have been

8       outside the longest, and so individuals who have that

9       chronic status, which is -- there are nuances. But

10      definitionally, it's the same, that it's a year

11      continuous or it is four episodes and three that total

12      a year.

13         And so our system is designed around the

14      prioritization that, in some ways, inadvertently

15      incentivizes people who are staying outside longer to

16      qualify for homelessness. And so we were working with

17      individuals -- I was working with individuals who were

18      coming out of shelter programs who had been referred to

19      St. Stephen's and had varying levels of being homeless.

20         But in most, if not all, cases the best of my

21      memory and recollection, those individuals would have

22      had at least a minimum of being definitionally

23      homeless. Many of them had been homeless for much more

24      extended periods of time and had high levels of

25      chronicity related to comorbidities, mental health

1    issues, PTSD, traumas, as well as chemical and mental

2    health issues and physical health issues.

3        And so in that role, it's really helping people

4    exit shelter or street, help them navigate getting into

5    an apartment, finding an apartment, finding an

6    apartment within the allowable funds, and then helping

7    them in a Housing First model, which does not place

8    preconditions on an individual's ability to enter

9    housing, into their new home, helping mitigate and

10   mediate issues that might happen related to their

11   tenancy with other people in the properties that

12   they're residing in, landlord relations, helping them

13   become connected to services within the community,

14   including and ensuring that their benefits are active

15   and on, access to food, food shelves, mental health

16   care, physical health care.

17       And so really walking side by side with an

18   individual and helping them make that transition from

19   being outside and then beginning to help support them

20   as they choose to address some of the underlying

21   factors that might have led to them entering the status

22   of being unhoused.

23   BY MS. ENSLIN:

24   Q   Okay.  So just so I'm understanding this correctly, the

25       rule is essentially connecting people with not

1    temporary housing but more permanent housing.  Is that

2    correct?

3  A  Correct.  The large -- the larger umbrella of service

4    structure would be permanent supportive housing, so

5    housing that's designed to be permanent in nature and

6    supported through active case management that helps

7    connect the individual to an array of services in the

8    community.

9  Q  And I think you said that there was -- so there's

10   a -- this definition of chronic homelessness.  Is that

11   correct --

12 A  Correct.

13 Q  -- that you gave?

14        And is that -- so is it -- am I understanding it

15   correctly that there was -- when you were working in

16   this role as a case manager, that there were priorities

17   given to people that were experiencing chronic

18   homelessness?  Is that correct?

19 A  Well, I will say -- I mean, we can get into the weeds,

20   but there's a lot of, like, definitional pieces that

21   transition over time; and I'm happy to -- to get into

22   that.

23        HUD mandates that every continuum of care has a

24   Coordinated Entry System.  A Coordinated Entry System

25   is a system in which local resources are placed within

1    a process that has a prioritization that's considered

2    equitable and fair.  Chronicity, time, actually

3    experiencing homelessness is a requirement for many HUD

4    programs based upon the funding contracts.  It is also

5    used -- so the system, particularly in Hennepin County,

6    has been built to that higher standard of serving

7    people who have been outside the longest.

8         There is -- there is a practical and ethical and

9    realistic basis for creating a system, prioritizing

10   people who have been outside for the longest period of

11   time.  For an extensive period of time, Hennepin County

12   used an assessment tool called VI-SPDAT.  That's an

13   acronym, and Lord knows I can't remember the specifics

14   of that particular information; but I can certainly get

15   that to you, or a Google search would bring that to

16   you.

17        It was an assessment tool that was utilized across

18   the country.  It was actually created by a group that

19   was run by -- in -- I can't remember his last name.

20   He's from the -- from Canada, and, in fact, one of our

21   current individuals that is overseeing the

22   Hennepin County Street Outreach Response actually used

23   to work with that individual in that particular

24   organization.

25        And so we -- "we" meaning the collective entity of

1      all the people in the continuum of care, which would

2      include the County as well as all the providers.  The

3      County made the decision to move away from the VI-SPDAT

4      because what was found is that it was skewing towards

5      actually enhancing racial disparities, and it skewed

6      toward prioritizing white individuals over others that

7      were from communities of color.

8          And so that tool was in place for many, many, many

9      years, and then that was removed, and there's a --

10     there's a different assessment process that's now in

11     place.  It's not -- not readily apparent as to what the

12     basis is for on how people are being prioritized from

13     the Coordinated Entry System.

14  Q   When you say "It's not readily apparent," do you mean,

15     you know, today in 2025 --

16  A   Mm-hmm.

17  Q   -- it's not readily apparent how people are being

18     prioritized, to you?

19  A   I would say, yes, there are components that are clear,

20     that there is still time of homelessness.  There is

21     some type of process that's utilized that is looking at

22     dispar- -- that is looking at who is experiencing the

23     highest disparities, some component of the longest

24     period of time that people are outside, and some, you

25     know, components about looking at what other factors

1       might be going on in terms of documented health issues

2       or reported health issues from that person, meaning

3       mental health, substance use disorder, opioid use

4       disorder, mental health, physical health, chronic acute

5       issues, age.

6            So there's a variety of factors that attempts to

7       try to ensure that we're serving people that have the

8       highest amounts of barriers.  The other -- the other

9       piece of that is in Hennepin County, there's been a

10      push towards trying to address chronic homelessness and

11      has been -- you know, it's been effective in terms of

12      improving response times for people to receive

13      assessments over time.

14  Q   Do you -- are you able to explain what the County's

15      role in the continuum of care realm is?

16  A   Well, I mean, it's -- it's vast.  I would --  I

17      would -- you know, the County manages the HMIS system,

18      the Homeless Management Information System, which is

19      the data system that's utilized in order to prioritize

20      individuals and track how they're coming in and out of

21      the system and what providers are touch points.  So the

22      County operates that.

23           The Office to End Homelessness addresses a lot of

24      funding issues within the overall shelter system.

25      There are County Street Outreach teams.  There are

1     county roles that are working with shelter teams

2     actively.  There are, you know, response to crisis

3     situations, some which can be predictable from time to

4     time.  We all know it gets cold in the winter.  And so,

5     you know, some of those things, polar vortex, that are

6     occurring, they may help increase bed shelter space to

7     try to ensure that there are more beds.  There are

8     never enough beds, but there are more beds in the

9     system.

10         So, I mean, it's many, many, many, many things

11    that the county team holds as a way of holding things

12    together.

13  Q  I just want to jump quickly back to your case manager

14    work because I wanted to ask you about something, just

15    a term that I was not familiar with, which is the --

16    you said you worked as both a case manager and a rapid

17    rehousing case manager.  Is that correct?

18  A  I did.  Yep.

19  Q  Can you explain how those two roles would be different?

20  A  Yeah.  Well, I -- you know, I would say that there

21    are -- the similarities are, they are both working in a

22    supportive housing, that larger umbrella of support in

23    working to ensure people have access to and are

24    successful in permanent supportive housing.

25         The roles were different -- they were funded from

1       different resources.  So MACV, Minnesota Assistance

2       Council for Veterans, was the primary funder that we

3       had a contract for with the rapid rehousing program, so

4       that was a different funding stream.  Whereas, for the

5       first role as the housing support case

6       manager -- housing support, which is a Minnesota funded

7       but administered by the county program.  And, again,

8       that program is working with people experiencing

9       homelessness that had met, at a minimum, Minnesota's

10      definitional requirement and the prioritization within

11      the county system.

12           The other program was specifically for veterans

13      experiencing homelessness.  That program, rapid

14      rehousing, is a program designed to give short-term

15      support, generally six to nine months' worth of tenancy

16      support and case management support.  It's designed, in

17      most cases, to work with someone who has run into some

18      hiccups in life, you know, an illness, a divorce, a

19      loss of property, something's happened, a short-term

20      intense interaction through case management to help

21      them bounce back, find a stable place to reside, give

22      them time to become independent and self-sufficient,

23      and then the case management transition and goes

24      away -- goes away.

25  Q   So when you were working with -- as a case manager and

1     working with individuals that were unhoused, as a first

2     step, was the goal to get them into some kind of

3     temporary shelter and then work from there; or was the

4     goal to go from meeting them as unsheltered and being

5     able to connect them kind of immediately with a more

6     permanent housing situation?

7  A  In my role -- in which role?  The --

8  Q  As a case -- when you were a case manager.

9  A  The goal was to get them into permanent housing.  My

10    role in the continuum of support would have been from

11    them experiencing homelessness, and I believe in most

12    cases at that time, it was working with people who were

13    in sheltered environments and then moving them into

14    housing.

15 Q  Understood.

16 A  Although, sheltered versus unsheltered, to be clear, is

17    a misnomer because they're not distinct groups of human

18    beings that are static.  There's not a set group of

19    individuals.  People -- there are people that, on a

20    continuum, tend to be, most of the time to all of the

21    time, residing in an unsheltered status.  There are

22    individuals on the other continuum that are

23    functionally residing within shelter systems for

24    extended periods of time.

25        In fact, it's been one of the priorities of

1     Hennepin County, through the last many years, is to

2     help support people that were deemed to be living in

3     shelter.  And then the -- probably the vast majority,

4     by the nature of the experience of homelessness -- hard

5     to quantify -- people are coming in and out of -- in a

6     shelter, outside of a shelter.  The recent Wilder count

7     goes to that.  It talked through some data points in

8     there, where they're talking about the reality that

9     it's a much more fluid dynamic between those spaces.

10         So all that to say, where I might have been

11    working with individuals who were in shelter

12    transitioning into housing, the reality is that they

13    were unsheltered, in shelter, and then into housing, or

14    back and forth out of the shelter to unsheltered status

15    and then into housing.

16  Q   I understand.

17         Can you tell me a little bit more about your role

18    when you were a Street Outreach team manager at

19    St. Stephens and what your day-to-day duties entailed

20    in that position?

21         I know you talked a little bit about the Super

22    Bowl in general; but more broadly, what did your --

23    what did that job entail?

24  A   Well, I managed the Street Outreach team that had, at

25    varying times depending on funding, approximately, to

1      the best of my memory, between 5 and 12 actual Street

2      Outreach workers; and the general role was to work with

3      people who were residing in places unfit for human

4      habitation, which is a formal definition of people who

5      are experiencing unsheltered homelessness throughout

6      Hennepin County, and helping to locate and -- again,

7      the program shifted over time depending on who was

8      funding, but in general, was to find and locate people

9      who were residing outside.

10      It was to know where people were residing and then

11      to strategically plan outreach activities on a

12      day-to-day basis to engage with people, all with the

13      goal of helping people exit being outside in places

14      unfit for human habitation and being able to enter into

15      permanent supportive housing, which may or may not have

16      involved a transition through a shelter.

17  Q   You -- you said that the term "places unfit for human

18      habitation" has a formal definition.  Is that correct?

19  A   Correct.

20  Q   What is the definition of that term?

21  A   I mean, that is the def- -- that is -- the definition

22      is places unfit for human habitation, is the -- is the

23      definition for people who are residing outside who are

24      unsheltered.

25  Q   So if somebody was living outside --

1   A   Mm-hmm.

2   Q   -- they would be -- they would be considered to fall

3       within that definition of living in a place unfit for

4       human habitation?

5   A   Correct.

6   Q   Okay.

7   A   I mean, it could be a garage, a car, an abandoned

8       building, under a bridge, up all night on transit,

9       residing in an encampment, residing in a doorway, on

10      and on.

11  Q   Okay.  So all of those that you just listed are things

12      that would fall under that formal definition of places

13      unfit for human habitation?

14  A   Correct.

15  Q   You said you managed a team of 5 to 12 Street Outreach

16      workers?

17  A   Mm-hmm.

18  Q   Did those Outreach workers work with government

19      Outreach workers, either Outreach workers from the

20      County or Outreach workers from the City?

21  A   Yes.  You know, again, varying times, different --

22      different interactions, and so, for instance, we worked

23      very, very closely with Health Care for the Homeless.

24          And so we were -- during that time, we were

25      working on developing and creating Street Outreach

1      models that were based upon national best practice

2      standards, and so integrating health care workers with

3      housing Street Outreach case managers focussed on

4      housing and them going out together to address issues

5      so that we weren't -- we were utilizing resources in a

6      way that were most effective to the impacted

7      individuals who were outside, most impacted by health

8      and the need to be exiting from those environments.

9   Q  And how long were you in that role at St. Stephens for

10     -- the Outreach team manager?

11  A  I'm looking at my document to refresh my memory.  So it

12     would have been 2017 through September of '21.

13  Q  And then in September of '21, is that when you moved to

14     Avivo?

15  A  Correct.  Yep.

16  Q  And why did you make that change from St. Stephens to

17     Avivo?

18  A  Opportunities for further career development to utilize

19     my skill and expertise in a way in which I would be

20     able to be more strategic in designing and implementing

21     larger-scale programs.

22  Q  Can you tell me what Avivo is?

23  A  Avivo is a nonprofit agency that's been operating in

24     Minneapolis and throughout some locations in

25     Minnesota -- we -- since the 60s, I believe.  We

1    currently fall under three general large divisions.

2    One division is a Career and Employment Division,

3    working with individuals who are underemployed or

4    dislocated and along -- youth and a variety of other

5    programs.

6        The other division is a chemical and mental health

7    program.  We operate 245G IOP, intensive outpatient

8    program, that serves targeted populations who, again,

9    are impacted by the highest disparities, so BIPOC

10   individuals generally, but also individuals, primarily

11   Indigenous communities as well as Black and African

12   American communities.

13       And then also a mental health clinic, we provide

14   targeted case management, which is a form of mental

15   health support for individuals that are residing in the

16   community in a variety -- I mean, there's a lot of

17   programs in that particular division.

18       And then the Ending Homelessness Division, which

19   is the division that I'm in, I have a peer in my role

20   that oversees the housing portion.  At this point, I

21   oversee the Emergency Services, and so that -- that

22   full continuous support in the Ending Homelessness

23   Division works with individuals who are residing in the

24   places unfit for human habitation through Street

25   Outreach through Avivo Village hundred room, tiny unit

1     shelter, and then a variety of housing programs for

2     people when they transition either directly from places

3     unfit for human habitation or from shelter into those

4     programs or through the Coordinated Entry System for

5     some of the programs as well.

6  Q  So the Career and Employment Division and the Chemical

7     and Mental Health Division are separate from the Ending

8     Homelessness Division.  Correct?

9  A  They are separate, although, it's a full continuum of

10    support and so people are entering, exiting, leaving,

11    and transitioning throughout those programs or

12    receiving services sometimes several days.

13 Q  Understood.

14        Is there a situation in which you could -- an

15    individual could access the services of, say, the

16    Career Division if they had -- did not have a

17    connection to the Homelessness Division?

18 A  Yes.  Correct.

19 Q  Okay.  Can you tell me about Avivo Village?

20 A  Sure.  Could you -- could you be -- there's a lot to

21    talk about, so --

22 Q  What is Avivo Village?

23 A  Avivo Village is an emergency shelter for people

24    operating in Hennepin County for -- in the North Loop,

25    Minneapolis, that -- it is designed to support

1      individuals that have the highest complexities exit

2      street-based or unsheltered homelessness into emergency

3      shelter.  There's a high density of wraparound services

4      that are provided by our own internal teams but also

5      external providers that come into the space.  And it's

6      designed as a model to work with individuals that have

7      the highest level of issues, particularly related to

8      the multiple drug epidemics that we're experiencing.

9            And, again, it's all designed to help people

10     stabilize and move on into housing.  It was created as

11     a direct response to the proliferation of encampments

12     that were occurring in the city in the wake of COVID

13     and then the civil unrest.  It was co-created with

14     local government, city, county, state government, as

15     well as through surveys and information from people who

16     were residing outside and were asked functionally -- or

17     in summary, were asked, "What would it take for you to

18     come inside?"

19           And the design elements were gathered from other

20     best practices and evidence-based best practices being

21     used throughout the country and sometimes throughout

22     the world and put into this particular shelter.

23   Q  You -- you mentioned that it was co-created with local

24     governments, so is that -- would that be the Hennepin

25     County?

1    A    Yes.  And to be clear, I -- I have been in the role,

2         overseeing the leadership teams there at Avivo Village,

3         and when I started it, it had been operational for nine

4         to ten months or so.  So I was not directly involved in

5         the development of Avivo Village itself.  That said,

6         yes, Hennepin County, the City of Minneapolis, were

7         both involved.

8    Q    Do you -- and it sounds like the answer might be no,

9         but do you have knowledge about the City of

10        Minneapolis -- the City's involvement in the

11        development of Avivo Village?

12   A    Not -- I would not have names, dates, that level of

13        specificity, no; but they were -- I know that they were

14        heavily involved, that we worked with local -- I mean,

15        they were everything from, you know, zoning and code

16        issues that we had to address as well as the overall

17        project itself.

18             Mayor Frey's been supportive.  He's been a

19        proponent of that project and has, you know, helped

20        support the project from its inception.

21   Q    Do you know, does the City of Minneapolis provide

22        funding for Avivo Village?

23   A    Yes, it does.

24   Q    Do you know how -- what the arrangement of that funding

25        is?  And just to ask a better question, how much

1      funding they provide and how often?

2   A  Sure.  Although, this is getting into the financing and

3      funding of my professional work, and I'm here today

4      talking -- my expertise, that's drawn through my work

5      at a variety of places; and so, you know, I -- I would

6      prefer to be sticking to those areas of -- of

7      conversation.

8   Q  Yeah.  And I understand that.  But the -- the city's

9      involvement in shelter space, in the shelter space

10     universe, is a subject that has been brought into this

11     litigation; so it is actually your -- your position,

12     that you are an expert on the accessibility and

13     existence of services for unhoused people, does relate

14     to the city's involvement in making those places exist

15     and accessible, which does relate to the funding.

16          If you're concerned about this from, like, a

17     public perspective, I'm, you know, happy to designate

18     portions of this confidential, if that's an issue so

19     that it would be limited as far as concerns about

20     disclosing information that you don't think is widely

21     publically available.  I'm guessing, because it's the

22     city, that some of this information probably is.

23          But -- but, again, I'm happy to keep this

24     confidential.  But I would -- I would ask that if you

25     do know that information in your -- as an expert here,

1   that you do let me know what that involvement is.

2   A   Mm-hmm.

3           MS. GLENN:  And we would just note our

4   objection to relevance.  I think this is beyond the

5   scope of what he is offered for as an expert, but just

6   noting that for the record.

7           THE WITNESS:  Yeah.  And I will -- I will

8   just say, you know, I'm here today to speak from my

9   experience and my understanding and review of best

10  practices and -- around the impacts, the health

11  impacts, the consequences/impacts of encampment

12  evictions for individuals, and not here testifying as a

13  financial expert on funding for shelter models in

14  Minneapolis.

15  BY MS. ENSLIN:

16  Q   Okay.  Let's -- let's try this, then.  So you are aware

17      that the City of Minneapolis provides funding to

18      Avivo Village.  Is that correct?

19  A   Yes.  Correct.

20  Q   And you are aware generally of how much that is.  Is

21      that correct?

22  A   Generally, yes.  Yep.

23  Q   But you are concerned with testifying today about what

24      that actual number is?

25  A   I'm concerned about testifying today as an expert

1   related to the impacts that encampment evictions have
2   on individuals and how it impedes their ability to
3   access services, increases detrimental health outcomes,
4   and is not a successful long-term strategy for ending
5   homelessness in our community.
6       So I'm concerned about entering realms where I'm
7   now talking about financing of shelter programs, of
8   which I do have some expertise through my professional
9   work; although, I'm not here in a professional capacity
10  today.  I'm here in my personal capacity as an expert.
11 Q  Have you reviewed the complaint in this case?
12 A  I have generally reviewed the complaint.  Yes.
13 Q  Okay.  Are you aware of the claims that are being
14  brought against Mayor Frey?
15 A  I'm generally aware of those claims.  If you have
16  questions about specific claims, I'd be happy to -- to
17  talk through them.
18 Q  Okay.  But you understand that he -- do you understand
19  that he's being sued both in his individual capacity
20  and his official capacity as the City?
21 A  Yes.  I understand what's -- what is in the documents.
22  Yes.
23 Q  And do you understand that there are -- plaintiffs are
24  alleging that Mayor Frey is not making adequate shelter
25  space or not taking measures to make sure there is

1      adequate shelter space available for individuals that

2      are unhoused?

3                MS. GLENN:  We'd object to the form.  I don't

4      think that that's accurate, Sharda.

5                MS. ENSLIN:  He can answer.

6                THE WITNESS:  Can you please restate the

7      question that you would like me to answer?

8                MS. ENSLIN:  Can you read it back, please,

9      Kacie?

10               (The requested portion was read back.)

11  A    Yes.

12  BY MS. ENSLIN:

13  Q    Okay.  So do you agree, then, that in the face of that

14      claim, whether the City is providing funding to

15      shelter -- to make shelter space available, is relevant

16      to that -- to that allegation?

17               MS. GLENN:  We would just object again to

18      form and to relevance.

19  A    Yeah.  I mean, I would -- I mean, I wouldn't know

20      the -- the -- I guess I wouldn't -- I wouldn't be able

21      to speak to the sort of legal nexus between the claim

22      and the mayor's personal actions.  The mayor's been

23      very supportive of Avivo Village.  He was there for our

24      hundred individuals housed.  He was there and spoke on

25      behalf of Avivo Village.  He continues to be supportive

1    of the work that we do in the community through Avivo

2    Village.

3  BY MS. ENSLIN:

4  Q    Okay.  Well, let's move on.  You know, I should've

5       asked you this at the beginning.  I asked if you

6       reviewed the complaint.  Did you do anything else to

7       prepare for the deposition today?

8  A    I reviewed the general elements of the complaint.  I

9       did speak with Kira and Claire just generally about the

10      form and function of the deposition today and what I

11      could anticipate, as it is my first -- first time in

12      this particular capacity and generally reviewed the

13      disclosures.

14 Q    When you say "the disclosures," do you mean the

15      disclosure that discloses you as an expert and the

16      information that you were prepared to testify on?

17 A    Correct.  Because, again, my -- my expertise today

18      comes through my professional experience, my experience

19      as a member of the community; it comes through the

20      general review, on an almost daily basis, of news

21      articles on elements that are happening around

22      homelessness, the impacts of some of the supreme court

23      decisions, and just generally being fed by the

24      algorithms online to the areas that I am constantly

25      learning and staying apprised about.

1      And so my expertise here today is, again, talking

2      about that accumulation of all of those elements as it

3      relates generally to what happens to individuals and

4      how what I've observed over time are -- impacts that

5      happen to people.

6   Q  That makes sense.  I understand.

7      Can you tell me, did you review any of the

8      plaintiffs' declarations in this case?

9   A  I have generally reviewed those declarations.

10  Q  You have reviewed the declarations?

11  A  Generally, yes.

12  Q  Have you reviewed any other documents, then, besides

13     your disclosure, the complaint, and the plaintiffs'

14     declarations?

15  A  When you say "any other documents" --

16  Q  In preparation for being an expert in this case.

17  A  The documents that I've stated.  And, then, again, my

18     expertise comes from my work in the field through many

19     years, many different roles, my -- my experience as a

20     community member, observations of many, many evictions

21     that have taken place, knowledge and experience of

22     detrimental impacts that people have had along the way.

23  Q  Yeah.  I absolutely understand that.  I'm just trying

24     to get an idea of what you've done to prepare today.

25     So have you reviewed any of the other documents that

1    were filed as part of this lawsuit?

2  A  I would -- again, I have generally reviewed what --

3     what I was -- had in my -- my personal possession.  I

4     can't say decisively that I've reviewed or I'm aware of

5     every single document.

6  Q  Okay.  But you had the plaintiffs' declarations in your

7     personal possession?

8  A  I believe I -- I do.  Yes.  I'd have to go and look at

9     my files and look at them.

10  Q  Did you prepare and gather those documents yourself?

11  A  I was provided those documents.

12  Q  Were there any other documents -- and when you say you

13     were provided them, I'm assuming by the counsel for the

14     plaintiffs?

15  A  Yes.  Correct.

16  Q  Okay.  And you don't recall, specifically, if there's

17     anything else that you were provided, that you

18     reviewed, other than the declarations and the

19     complaint?

20  A  Not to my -- not to my memory.

21  Q  The disclosure -- your expert disclosure, did you write

22     that yourself?

23  A  I -- I drafted the general elements of it, and then I

24     did work with counsel to put it in the context of

25     that -- of the legal form it needed to be in, and

1      reviewed it.

2  Q   What's that?

3  A   And -- and reviewed it.

4  Q   Did you review any deposition transcripts?

5  A   No.

6  Q   Did you review any declarations from people other than

7      the plaintiffs?

8  A   No.

9  Q   Did you -- notwithstanding plaintiffs' counsel, did you

10     talk with anyone else in preparation for the

11     deposition?

12 A   No.

13 Q   Did you talk with the plaintiffs at all?

14 A   No.

15              MS. ENSLIN:  So I'm going to kind of shift

16     gears a little bit.  I don't know.  We've been going

17     for about an hour and 15 minutes.  Does anyone need to

18     take a break?  Or, Claire, timing-wise, how are we

19     looking?  You guys tell me.

20              MS. GLENN:  I think now might be a good time

21     for a break, if -- if that works for everyone else.

22              MS. ENSLIN:  That works for me.  When do you

23     want to come back online?  I'll just put a minute.

24              MS. GLENN:  Do we want to come back in about

25     15 minutes?

1           MS. ENSLIN:  Sure.  Is that enough time?

2           MS. GLENN:  I think that should be enough

3      time.  Yeah.

4           MS. ENSLIN:  Okay.  Why don't we come back --

5      why don't we take 20 minutes?  Why don't we come back

6      at 10:40?  Does that work?

7           MS. GLENN:  That's great.

8           MS. ENSLIN:  Okay.  All right.  Thank you.

9      Thanks, Kacie.

10          (A recess was held at this time.)

11  BY MS. ENSLIN:

12  Q    All right.  So, Mr. Tribbett, I neglected to ask you

13       something at the beginning of the deposition, which is

14       just kind of a weird thing that we have to do with

15       these Zoom depositions, and that is, are you with

16       anyone else in the room today?

17  A    I am not.

18  Q    Okay.  And I would just ask that if you've got people

19       joining you, if you would let us know, that would be

20       helpful.  Usually, we're all in the same room, so we

21       don't have to wonder who's present at the deposition.

22       But just given that we're remote, I just wanted to

23       confirm.

24          I want to talk a little bit about the specifics of

25       this case and the claims and the people involved in

1      this matter.  I want to start by asking you about kind

2      of what information you have about the individual

3      plaintiffs here.  So I'm just going to go through them.

4      So do you know Cheryl Sagataw?

5   A  I don't know.  I -- the name sounds potentially

6      familiar, but I don't have an active recollection of

7      interacting with that particular individual.

8   Q  Okay.  So, as you sit here today, you don't have any

9      kind of specific information about her experiences?

10  A  Other than a general review of -- of statements and

11     concerns, no.

12  Q  Okay.  And when you say "statements and concerns," are

13     you referring to her declaration?

14  A  Correct.  Correct.

15  Q  Okay.  Have you spoken with her at all?

16  A  Not to my knowledge, I have not.  And I have not spoken

17     in the capacity related to this case, absolutely.

18  Q  Okay.  What about DeAnthony Barnes?  Do you know

19     DeAnthony Barnes?

20  A  I do not know that individual.

21  Q  Okay.  And so fair to say that you have not spoken with

22     Mr. Barnes in preparation for today?

23  A  Correct.  That is -- I have not spoken.

24  Q  And do you know anything about Mr. Barnes's individual

25     encampment-related experiences, other than what you've

1       seen in the declaration?

2   A   I have no personal knowledge of that.

3   Q   How about Travis Neloms?

4   A   I do not know that individual.

5   Q   And fair to say that you don't have any individual

6       knowledge about his experiences, other than what you've

7       read in the declaration?

8   A   Yes.  That's correct.

9   Q   How about Alvin Butcher?

10  A   I don't believe I know that individual either.

11  Q   And, again, fair to say that outside of reviewing a

12      declaration, you don't have any independent knowledge

13      of the experiences of Mr. Butcher?

14  A   That is correct.

15  Q   How about Adrian Tiger?

16  A   That name sounds familiar.  But I -- again, I can't

17      conclusively say that.  I will -- I will say,

18      generally, with all of these individuals, through my

19      years of having closer to direct client involvement,

20      it's possible I've interacted or interfaced with any of

21      these individuals on the street or in my professional

22      capacity; and certainly there are, you know, many

23      hundreds of people that pass through our programs every

24      year, and so it is possible I've -- those people have

25      been in programs.  I may have even spoken to them.

1        But, to the best of my knowledge, the last
2        individual you named, Adrian, although the name sounds
3        familiar, I can't -- I cannot conclusively say that I
4        have ever had a conversation with that person.
5    Q   Okay.  And I understand your kind of broad disclaimer
6        of -- you know, is it possible that you crossed paths
7        with them at some point in the last decade, and
8        that -- you know, that's not -- that's not what I'm
9        looking for here; but we will definitely kind of have
10       that as an overarching asterisks to all of these
11       questions.
12            But -- so fair to say you don't have any
13       individual knowledge about Adrian Tiger's specific
14       experiences as they relate to this complaint?
15   A   I can't conclusively say an individual that I recollect
16       whose name was Adrian is this particular person.  And
17       if I -- if it is this person that I may know -- and
18       I'm -- I'm saying this in an non-evasive manner, truly,
19       as I simply am not entirely certain; although, that
20       name -- that name, more than any of the others, rings a
21       bell.
22            It would have been in passing work that I was not
23       directly involved with, but I may have had
24       conversations with an individual in one of our programs
25       and then potentially in an encampment.

1    Q    Okay.

2    A    But -- but nothing that was in detail or specific to

3         the nature of the claims made in -- therein.  Although,

4         my expertise would allow me to have some general

5         understandings that I would have of anyone experiencing

6         homelessness and moving from encampments and into

7         shelter spaces.

8    Q    Okay.  So understanding that this Adrian that you're

9         referring to may not be the Adrian that is the

10        plaintiff in this lawsuit, can you tell me what

11        conversations you had with that person named Adrian?

12   A    If -- to the best of my recollection -- because, again,

13        thousands of casual conversations over many years.  I

14        mean, functionally, it would have been "Hey, what's

15        up?"  If it was in an encampment, you know, "How are

16        you doing?"  It would have been more just -- it would

17        have -- if it is potentially this individual, it would

18        have been cursorary, like, "Oh, hey.  I recognize you.

19        How are you?"

20             And in terms of being within a -- potentially

21        within a program, it would have been similar-type

22        conversations or potentially conversations -- if it is

23        the person I'm potentially -- that may be around their

24        artwork.  Because if it is -- if it is this person I'm

25        thinking of, they had great artistic skills in visual

1       art.

2    Q    Regarding your recollection that you may have had some

3         kind of interaction with this person at an encampment,

4         can you give me a general timeframe of when that might

5         have been?

6    A    It would have been with -- within the last two -- two

7         years, probably.

8    Q    Would it have been within the last year, would you say?

9    A    Possibly, but I -- I just don't know.  I can't

10        recollect the -- that timeframe.

11   Q    Okay.  What about -- is it Chance Askenette?  I think

12        I'm pronouncing that correctly.

13   A    That name, to the best of my memory, is not a name I

14        know.

15   Q    Okay.  So fair to say that you're not familiar, in your

16        individual capacity, with any of the experiences of

17        that individual as they relate to this case?

18   A    Yes.  That's correct.

19   Q    Okay.  How about Lola Hegstrom?

20   A    That name is vaguely familiar, but I don't have -- I

21        don't have any working memory of having -- knowing --

22        placing a face with a name.  Again, in my capacity, not

23        only am I interacting with a lot of people, but a lot

24        of names come across my conversation as we're, you

25        know, working towards solution for folks.

1   Q    How about Rondel Applebee?

2   A    No.  That name's not familiar to me.

3   Q    Okay.  So fair to say, again, that you don't have any

4         individual knowledge of the experiences of

5         Lola Hegstrom or Rondel Applebee to the extent that

6         they relate to this case.  Is that right?

7   A    I don't have -- no.  I -- I -- to the best of my

8         recollection, I don't have any direct and personal

9         knowledge --

10   Q    Okay.

11   A    -- of their experiences.

12   Q    Got it.

13         How often do you go -- in your -- in your role

14         with Avivo -- and just to clarify, you're still

15         currently in that director role at Avivo.  Correct?

16   A    Correct.  Yep.

17   Q    And have you had that same role the entire time that

18         you've been there?

19   A    Yes.  I've had the -- the role has shifted slightly,

20         but it's still in the general capacity of a service

21         area director in ending homelessness.  I used to

22         oversee a variety of housing programs.  I no longer

23         oversee those housing programs, and I'm focussed on the

24         Emergency Services, which is the Street Outreach, the

25         Shelter, and the Harm Reduction teams.

1  Q    How many people are on the Street Outreach team?

2  A    Currently, we have five -- five individuals.  Someone

3       just recently left, and I'm not sure if we've rehired

4       yet for that role.

5  Q    What is the Street Outreach team?  What's their role?

6  A    Well, the role of the Street Outreach team, like all of

7       the other Street Outreach teams that are working within

8       the continuum of care in using the Coordinated Entry

9       System, is to help people exit the street into shelter

10      or directly into permanent supportive housing, but with

11      the goal of finding permanent support (indiscernible)

12      and a long-term solution to homelessness for each

13      individual.

14            THE COURT REPORTER:  Can you repeat that last

15      part?

16            THE WITNESS:  From which -- which point?

17            THE COURT REPORTER:  "Using the Coordinated

18      Entry System to help people exit the street into

19      shelters or directly into permanent supportive housing,

20      but with the goal of...

21            THE WITNESS:  But with the overarching goal

22      of moving people into permanent housing and ending

23      homelessness.

24 BY MS. ENSLIN:

25  Q    How many people are on the emergency shelter team?

1   A    Oh, again, approximately 40.  And, again, I mean, my

2         expertise is -- in this particular case, is on the

3         experience of people that are being evicted from

4         encampments and not necessarily in shelter model,

5         per se.

6   Q    Okay.  I -- I understand that.  I'm just trying to get

7         a general idea of your -- what your role is in your

8         current position.

9            Are there people -- so it sounds like underneath

10        you, there are three different teams:  A Street

11        Outreach team, the Emergency Shelter team, and the Harm

12        Reduction team.  Is that correct?

13  A    It -- no.  It is Avivo Village in North Loop.  It is

14        our Street Outreach -- Avivo Street Outreach team.

15        It's a Harm Reduction team.  And it is working on

16        project development for a shelter that we're opening in

17        central Minnesota in St. Cloud.  So four programs, one

18        emerging.  One of --

19  Q    How many --

20  A    Sorry.  One of them emerging.

21  Q    No.  My fault.  I was -- I was jumping in.

22         How many people do you supervise?

23  A    I have a direct supervisory role with a program

24        director that oversees the Street Outreach teams and

25        Avivo Village; and then I have a number of employees

1        that role up to me on -- you know, that are at

2        different levels of direct support and leadership.

3    Q   What is the harm reduction team?

4    A   It is a team that is funded from a variety of sources

5        that works on ensuring that a harm reduction modality

6        is brought into all aspects of our work in the Ending

7        Homelessness Division.

8    Q   What's a harm reduction modality?  What does that mean?

9    A   Well, it -- harm reduction is a set of practices that

10       are designed to reduce the harm related to -- to drug

11       use.  It is a widely known modality of support.  It's

12       evidence based for working with individuals on the full

13       continuum of reducing harm related to drug use.

14   Q   Okay.  So is it -- it's specific to drug use, then, and

15       not reducing harm related to other -- I don't know if

16       you would call it -- comorbidities?

17   A   It isn't -- I mean, it isn't -- it isn't fact.  Could

18       be -- there are multiple levels of -- of sort of

19       thinking about and understanding what harm reduction

20       is, and so there are different sort of conceptual

21       levels.  There are different ways of looking at it from

22       an evidence-based practice lens.

23           It is most often related to drug use and

24       other -- at times, related human activities that

25       include reducing harm related to sexual activity as

 1     well.  Generally, those are the spaces in which harm

 2     reduction as a modality is -- is used.

 3  Q  So I'm trying to figure out a good way to ask this

 4     question.  What -- what kind of steps are taken as part

 5     of a harm reduction modality as it relates to reducing

 6     drug use?

 7  A  It's not -- harm reduction is not -- the goal of harm

 8     reduction is not to reduce drug use.  The goal is to

 9     reduce the harm related to -- to drug use.

10  Q  Understood.

11  A  And with that, it's -- sorry.  I didn't mean to -- did

12     you have a -- okay -- a follow-up question?  No.  Okay.

13        So it's a -- it's a full spectrum of interventions

14     that can include safer use supplies for people who are

15     actively using substances to help mitigate disease and

16     harm to themselves and the community at large.  When it

17     comes to safer sex practices, it can be dental dams,

18     condoms, lubrication.

19        But it's really the further -- the full continuum,

20     including Naloxone to help reduce the risk of overdose

21     death.  It is helping people understand safer ways to

22     use substances, if they are choosing to use substances.

23     So it's not just -- it's informational as well as other

24     actual material interventions.  But it includes other

25     supports, like medically assisted treatments,

1      medication for opioid use disorder, Suboxone,

2      Sublocade, Methadone.

3          It also includes interventions related to cultural

4      supports, particularly, for instance, with the Native

5      American community.  It also can include inpatient

6      treatments, intensive outpatient treatment, therapy,

7      mental health supports, functionally -- and all the way

8      to -- to abstinence-based long term, you know, maybe a

9      12-step modality.

10          And really -- I mean, there -- there are just

11      really too many to sort of name here.  But really

12      driven by the individual, supporting them make choices

13      that are moving towards a more positive and supported

14      reality for them so that they are more effective in

15      actualizing who they want to be as a human being.

16   Q   Is there an intersection between Avivo Village and the

17      work done by the harm reduction team?

18   A   Yes.  Yes.  I mean, our -- our -- our programming in

19      the Ending Homelessness Division, like many, if not

20      most, providers in the community, has a harm reduction

21      basis.  Harm reduction is a key element of Housing

22      First, and Housing First is a prioritized way of

23      addressing homelessness throughout the country, but

24      in -- specifically, in Minneapolis and Hennepin County,

25      as well through that CoC and the Coordinated Entry

1    System.  The Continuum of Care is the CoC.

2  Q  Is -- in your experience, is drug use a particular

3     issue and problem within the unhoused community?

4  A  There are many issues within the unhoused community,

5     and it -- you know, like the housed community, there's

6     a full range of individuals, some that are abstinent in

7     working, some whom are using legally allowed

8     substances, some that are dealing with high levels of

9     substance use disorder, some that are not, some that

10    are transitioning in and out.  So it is -- like in the

11    general housed community, there's a wide range of drug

12    usage or nondrug usage.

13 Q  And in your experience, is that -- is there a greater

14    percentage of people struggling with drug use in the

15    unhoused community than your experience with the housed

16    community and/or do you not have an opinion on that?

17 A  Could you say the question again, please?

18 Q  Sure.  I'm just wondering, in your opinion, if you have

19    an opinion, in your capacity here today of whether or

20    not drug use is more prolific in the unhoused community

21    than in the housed community, or you don't have an

22    opinion or -- on that either way.

23 A  Statistically, I would not -- I would not be able to --

24    I don't know that there are statistics that

25    would -- that we could even look at to back that up.  I

1      will say that, you know, with the unhoused and

2      unsheltered community, you know, again, it is a wide

3      range of experiences that people are having when it

4      comes to substances, legal and not legal.

5   Q  How often in your role at Avivo are you -- do you go to

6      encampments?

7   A  Not frequently in the last year or so.  I am not -- my

8      role doesn't call for me to be directly on-site.

9   Q  Do you go to encampments outside of your role as a

10     director at Avivo?

11  A  I observe encampments in the community.  I'm not going

12     directly into them.  I travel throughout the city where

13     there are known locations where encampments are.

14     Although, functionally, due to very heavy policing

15     right now, there are not known established encampments

16     in the way that we have -- we've thought of them since

17     2018.

18          But I am acutely aware of the movements and

19     transitions of people and observe people on a regular

20     basis in my personal capacity who are, by all

21     reasonable appearances, based upon my expertise,

22     experiencing homelessness or housing instability.

23  Q  Are you aware that this lawsuit is specific to the

24     encampments that are known as Camp Nenookaasi?

25  A  Yes.  I am aware of that.

1   Q   Are you familiar with the different iterations that

2       have existed of Camp Nenookaasi?

3   A   Yes, I am.

4   Q   When is the first time -- or have you ever been to a

5       Camp Nenookaasi encampment?

6   A   Correct.  And I want to qualify my last answer because

7       I am aware of the original Camp Nenookaasi.  I am aware

8       of several iterations that occurred after that, but

9       there have been subsequently so many clearings,

10      evictions, and then reestablishments of those

11      encampments that I don't -- you know, I don't have --

12      I'm aware of this trajectory that's occurred over a

13      period of time, and I was in the original Camp

14      Nenookaasi that was in the East Phillips neighborhood.

15  Q   Okay.  So the -- when you say "original Camp

16      Nenookaasi," I'm assuming you're speaking of the one

17      that was located at 2313 13th Avenue South.  And that

18      was in August 2023, and it closed shortly after the new

19      year, in January of 2024.

20          And it was there following the closure of the

21      Wall of Forgotten Natives encampment on MnDOT property.

22      That's when that one set up.  Is that -- is that your

23      understanding of what you considered to be the first

24      Nenookaasi?

25  A   Yes.  That -- that would -- yes.  I'm trying to picture

1       in my head the specific address because I want to make

2       sure that I'm honestly answering your question; but

3       I'm -- that was -- that sounds like the correct

4       location that was just a little bit south of Franklin

5       in East Phillips, in that area.

6            And I would also say that the Wall of Forgotten

7       Natives encampment, that location has been occupied and

8       reoccupied more than once since its original inception

9       in 2018.

10   Q   And do you know who is the owner of the property of the

11      Wall of Forgotten Natives encampment location?

12   A   Yes.  MnDOT.

13            THE COURT REPORTER:  Can you spell that,

14      please?  What was that name?

15            THE WITNESS:  MnDOT, M-N-D-O-T.

16            THE COURT REPORTER:  Thank you.

17            THE WITNESS:  Minnesota Department of

18      Transportation.

19   BY MS. ENSLIN:

20   Q   Were you -- did you ever go to the Wall of Forgotten

21      Natives encampment that was there in the summer of

22      2023?

23   A   I don't recall.

24   Q   Did you ever visit the Nenookaasi One encampment?  And

25      just for -- for our purposes, when I say "Nenookaasi

1    One," I'm talking about the Camp Nenookaasi that we

2    just described in East Phillips.

3  A  Understood.  Yes.  I did go to that encampment.

4  Q  How many times?

5  A  Oh, potentially around a half dozen or potentially

6    less, a little less than a half dozen.  I also received

7    regular and ongoing reports through community partners,

8    as well as the Street Outreach team at Avivo.

9  Q  Can you -- do you recall the first time that you went

10   to Nenookaasi One?

11 A  Do -- do you -- do you -- could you help me refresh my

12   memory as to the date of the clearing?  Was it in

13   December -- or I mean, I'm sorry, January of '24?

14 Q  So Nenookaasi One was closed on January 4, 2024.

15 A  Yeah.  It would have been -- I cannot say with

16   certainty when the first time I was there.  It would

17   have been -- more than likely would have been sometime

18   in September and/or November, but definitely in

19   December and then in January at the clearing or the

20   eviction of that encampment.

21 Q  When you were there in November, what was the purpose

22   of your visit?

23 A  Direct observation of a large-scale encampment that was

24   primarily comprised of the targeted groups that our

25   agency is actively trying to serve.

1  Q    And what are those groups?

2  A    So we are actively trying to serve Minnesotans that

3       face the highest disparities in opioid overdose deaths,

4       as well as homelessness, and those numbers are

5       egregious, and that would be primarily Native American,

6       but -- and then, as well as Black and other brown

7       members of those communities.  Black and -- let me

8       restate that, please -- members of the Black and brown

9       communities, which could include East Africans, African

10      American, or Black-identified individuals or Alaska

11      Native, Indigenous, Native American-identified

12      individuals, and those that are also dealing with the

13      highest levels of comorbidities, primarily mental

14      health concerns along with co-occurring substance use

15      disorder and opioid use disorder and then, sadly, an

16      increasingly long laundry list of other health, mental,

17      physical, chemical, issues that people are dealing

18      with.

19  Q    And so you visited, you said, I think somewhere around

20      a half a dozen times between November and the closure

21      in January?

22  A    Approximately, around that time.  Again, I'm -- you

23      know, don't have direct memory of every specific time I

24      was there and the time and the date.

25  Q    Did you -- would you interact with the people that were

1        at the encampment?

2   A    Yes.  I would -- I would interact directly with

3        individuals who were residing in the encampment as well

4        as community members that were supporting individuals

5        in that encampment to have what they needed to survive,

6        as well as service providers that were operating and

7        were well-aware of the individuals that were in those

8        encampments.

9   Q    Did you -- did the Avivo Street Outreach team go to

10       that en- -- Nenookaasi One as well?

11  A    Correct.  Yes, on a very regular basis.

12  Q    Did -- were you aware of whether or not other Outreach

13       programs went there as well too?

14  A    Yeah.  A wide variety of Outreach teams were operating

15       in that space.

16  Q    Do you know if the City Outreach team was there, or do

17       you have any knowledge of the -- the work that they did

18       at Nenookaasi One?

19  A    I -- to the best of my memory, through secondhand

20       knowledge, the City of Minneapolis, people related to

21       their Street Outreach team were there; but I don't have

22       specific memory or recall or knowledge of them being

23       there.

24  Q    I will represent to you that on October 11th of 2023,

25       there was a meeting that involved members from

1       different city departments and encampment organizers.

2           Were you at that meeting, or do you recall being

3       at a meeting with members of the City departments and

4       encampment organizers?

5   A   I -- I honestly don't recall.

6   Q   Do you know any of the encampment organizers of

7       Nenookaasi One?

8   A   Yes.

9   Q   Who were the encampment organizers?

10  A   Well, let me restate that.  There are -- there are no

11      organizers of an encampment, so could -- could you help

12      me with a more specific question?

13  Q   Sure.  Do you think that there was somebody who was

14      primarily -- somebody or a group of people that were

15      primarily in charge of facilitating Nenookaasi One?

16  A   No.  No.  Because encampments aren't facilitated.

17  Q   Is there somebody, generally, at an encampment that

18      holds a leadership role, in your experience?

19  A   There can -- there can be.  At encampments, there can

20      be a variety of informal, emergent leadership

21      structures that happen as a result and a secondary

22      impact of the encampment arising, which is a result of

23      a large number of people who are unhoused, who are

24      coalescing together, to create a degree of community

25      and safety.

1    Q    So was there anyone like that, or a group of people

2         like that, that existed at Nenookaasi One, to the best

3         of your knowledge?

4    A    Yes.  There were members of the community that

5         responded to the encampment as a way to provide some

6         additional structure and ability for people to be safe

7         and find an exit from the encampment into permanent

8         housing or shelter.

9    Q    And who were those people, if you know?

10   A    Yeah.  So the names that I would know directly would be

11        Nicole, and I'm -- I do know her last name; but

12        honestly, in this moment, I'm not remembering her last

13        name.  But I could certainly locate that to confirm

14        that, if that would be needed.

15             And then Christin Crabtree also was a community

16        member that stepped in to try to help create some

17        safety in health and wellness and a path towards

18        shelter or housing.

19   Q    In your work with Avivo, do you work at all with the

20        Metropolitan Urban Indian Directors?

21   A    I -- I -- I do not -- I mean, how do I say -- I want to

22        answer the question truthfully.  So I'm not aware of

23        every member of -- of -- of that particular group

24        that -- I have no doubt interfaced and interacted and

25        worked with a number of people that do participate

1    in -- in the regular meetings that have gone on over

2    the recent years.  So I do definitely know and interact

3    with those individuals but not formally in my role,

4    directly working with MUID, but work with members of

5    MUID, no doubt.  And that's what the community sets

6    out -- the acronym in the community, it's the common

7    name.

8         MS. ENSLIN:  Yes.  Okay.  And, Kacie, we'll

9    say MUID.  We'll use M-U-I-D as an acronym for the

10   Metropolitan Urban Indian Directors, just for the

11   record.

12   BY MS. ENSLIN:

13   Q    Were you familiar with MUID's position about the

14        closure of Nenookaasi One?

15   A    I had secondhand knowledge.

16   Q    And what did you understand that to be?

17   A    I understood -- my understanding was that there was a

18        desire to mitigate some of the impacts that were

19        occurring in the community because of the concentration

20        of individuals in one location and so wanting to no

21        longer have that encampment in the midst of the

22        community.

23   Q    And did you have an opinion on that position?

24   A    I had -- I had an understanding of the general basis of

25        that view, not -- I mean, I unequivocally and clearly

1      am not a member of the Native American community.  I'm

2      not a member of the East Phillips community.  I am

3      acutely aware, from my knowledge and expertise gathered

4      over many, many years in working with hundreds, if not

5      thousands of individuals, that there are certain

6      communities in our midst, subcommunities within our

7      midst, neighborhoods within our midst, that are

8      underresourced and that oftentimes bear the biggest

9      brunt of public health issues, such as homelessness or

10     drug use, and that other sectors of the city, where

11     there's more resources, though encampments or other

12     public health concerns are not allowed to -- to be.

13         And so these communities who have a historical

14     legacy related to institutional racism, you know,

15     whether it's East Phillips, whether it's neighborhoods

16     in North Minneapolis, racial covenants, redlining,

17     active acts of keeping power out of those communities

18     and resources, that there would be an urgent need to

19     try to address issues that were not being addressed

20     otherwise in a way that created permanent solutions.

21   Q   So is it your understanding that the MUID directors

22     wanted Nenookaasi One to be closed?

23   A   It was my understanding.  Yes.

24   Q   And did you agree with that?

25   A   Could you -- could you restate that?  Did I agree

1      with --

2   Q   Their request that it be closed.

3   A   I didn't disagree or agree.  Because I understood that

4       as members of that community and as leaders in that

5       community, that it's not my place, as a white

6       Minnesotan of privilege, to go in and have an opinion

7       about a situation like that.

8           I was also aware that there were other community

9       members that were residing and living in that

10      neighborhood as well as were from the Indigenous

11      community that had different opinions about closure and

12      feeling like it was not a successful strategy for

13      addressing the acuity and the quantity of individuals

14      experiencing homelessness in South Minneapolis.

15  Q   Did you think that Nenookaasi One should be closed?

16  A   I thought that we needed to have a robust set of

17      supports in order to ensure that people had an

18      alternative to the experience of being homeless and

19      that in the absence of that, that closure would not

20      reduce homelessness; it would simply atomize

21      homelessness into the community in different ways and

22      forms.  That -- that is based upon my observation, my

23      research, my work experience and expertise watching

24      countless encampments being evicted.

25          And sometimes a small portion of those people exit

1    into permanent housing or shelter, hopefully to get

2    into housing.  Most often, a large percentage of the

3    people end up just simply being scattered.  So they end

4    up being highly mobile and/or reconsolidate in another

5    iteration of an encampment close by or further away

6    from the location the encampment was broke up.

7    Q  So I -- just to clarify, I -- I wasn't sure -- I'm not

8       sure I fully got your answer on that one.  Did you

9       think that -- that Nenookaasi One should close, though?

10   A  I thought we needed a solution that would allow people

11      to have an alternative to an encampment.

12   Q  And when you say "solution," what are you referring to?

13   A  Access to alternative means of sheltering in a way that

14      isn't occurring in a public space or a place unfit for

15      human habitation.

16   Q  Were you aware that the closure of Nenookaasi One was

17      postponed to make time for another shelter with more

18      space available to come online?

19   A  I -- I believe so.  Because, at times, historically,

20      that has occurred.  That -- I don't know the -- I can't

21      say -- I mean, I'm not -- I'm not sure what you mean by

22      more -- more shelter coming online.

23   Q  So are you aware that in the beginning of January, in

24      2024, the Salvation Army and Rescue Now made plans to

25      have an additional 90 beds available in early January?

1  A    Yes, I'm aware.  And that is a common response to

2       winter.  The County usually RFPs, does a request for

3       proposal, for providers -- shelter providers to

4       increase shelter capacity.  Because with colder

5       weather, there is an increase every year of people that

6       are seeking to be inside.

7            I'm unaware that that was related directly as a

8       response to that encampment, or the beds were

9       additional to what would have been coming on as a

10      response to cold weather.

11 Q    And is being -- you spoke about being in Minnesota in

12      the winter.  Is being indoors in Minnesota in the

13      winter a preferable living situation to being outdoors?

14 A    Yes.  It's always pref- -- even in warm --

15      it's -- around the year, it's preferable.

16 Q    So weather -- I mean weather, regardless, being indoors

17      is preferable to being outdoors?

18 A    Indoors -- having -- well, by "indoors," meaning having

19      a safe, secure place to reside, preferably one that you

20      have a lock and a key and a lease is -- is, in my

21      opinion, is a -- is preferable.  It's -- without

22      that -- in the extremes of Minnesota, the lack of that

23      is potentially lethal or has serious detrimental

24      consequences to health and safety.

25 Q    What about if you don't have a lock and a key, though?

1      What if you're in a temporary shelter?  Is being inside

2      in a temporary shelter in the winter more preferable to

3      being outdoors in the winter?

4           MS. GLENN:  I'm sorry, Sharda.  Just for

5      clarity, are you -- when you say "preferable,"

6      what -- what are you trying to get at?  Preferable to

7      who?

8           MS. ENSLIN:  Sure.

9   BY MS. ENSLIN:

10  Q    In your expert opinion --

11  A    Mm-hmm.

12  Q    -- is it better for someone in the winter in Minnesota

13       to be staying indoors in a temporary setting or

14       outdoors?

15  A    Better is -- it's hard to quantify that.  Because if

16       I -- if I'm looking simply at a human body outside in

17       cold weather, yes, the answer is being indoors would be

18       preferable to the health and safety of that individual.

19       But it's -- there's much higher degrees of complexity

20       for individuals, that decisions might be made to not go

21       into certain particular spaces because of a variety of

22       issues where it does not -- where shelter space may

23       feel less safe and secure than not going into shelter

24       spaces.

25  Q    And that -- speak more on that.  What do you mean, it

1        would -- it feels less safe and secure?  What are you

2        referring to?

3    A   Well, for instance, many people who are experiencing

4        unsheltered homelessness may be dealing with acute

5        severe mental illness, and being inside of a space like

6        that may feel extremely unsafe because of the proximity

7        of other individuals, because of the lack of control

8        around the space.  Oftentimes, shelter can be

9        precarious based upon the fact that you have a large

10       amount of individuals who have a high number of

11       acuities in a condensed space.

12           And so normal human interactions can put people in

13       a position where they don't feel safe in those places.

14       And so as a result of that, if they make a decision in

15       cold weather to abandon their belongings because

16       they're not able to bring cold weather survivability

17       gear into a space because there's a limit on what they

18       can bring, they have to make a calculation about --

19       based on prior experience in those spaces, whether

20       they're willing to dispose of their items or risk

21       having their items stolen and then going to a shelter

22       and then finding out that it's -- just does not feel

23       safe; and they end up, then, not having what they need

24       to stay safe outside after that because of the weather.

25           People, on many occasions, have reported that they

1    have been physically assaulted in shelter spaces,

2    sexually assaulted in shelter spaces.  So there's

3    really, you know, innumerable combinations of personal

4    reasons why any one individual might make the

5    calculation to say shelter does not feel safe; it feels

6    safer to try to reside places unfit for human

7    habitation, which could be an encampment; it could be

8    one of the, you know, many, many people that continue

9    to use transit systems in cold weather, enter heated

10   bus spaces, parking garages, anywhere where there's

11   more shelter.  That could include encampments as well.

12   Q   Are there -- in your experience, in your expert

13       opinion, are there safety concerns that go along with

14       staying in an encampment?

15   A   Oftentimes, encampments are located in portions of the

16       city that have higher elements of severe crime, and so

17       by the very nature that people are residing more

18       consistently in an unprotected place without a locked

19       door, they can become more vulnerable to what's

20       happening in the community around them.

21   Q   Were you at the closure of Nenookaasi One?

22   A   Yes.

23   Q   Tell me about your experience at that closure.

24   A   What -- could you -- could you be more specific about

25       the experience you'd like me to talk about?

1  Q  Sure.  What time did you arrive at the -- on the date

2      of the closure?

3  A  Oh, gosh.  I -- I honestly don't recall, specifically.

4      Because I was there, again, you know, probably a dozen

5      times, potentially more.  But I just -- again, I don't

6      have a direct recollection because of the normal course

7      of my -- my duties.  I believe that, to the best of my

8      memory, the day of the actual closure, I was there

9      fairly early in the -- in the day.  And I know our

10     Street Outreach -- I'm almost certain our Street

11     Outreach team was there early in the morning on the day

12     of the closure.

13 Q  What about you personally?  You just don't remember

14     when you were there?

15 A  I -- I honestly don't remember that particular day, how

16     early in the day.  But I was there earlier in the day.

17 Q  Did you interact with individuals that were residing at

18     the encampment at that time?

19 A  Yes.  I spoke to people.  Again, I don't have a

20     specific recall of conversations.  You know, generally,

21     "Hey, what's up?"  "How you doing?"  "What" -- you

22     know, "What's your plans?"  "Where are you going?"

23     That kind of thing.

24 Q  Did you interact with anybody from the -- that you knew

25     to be from the City of Minneapolis when you were there?

1   A    Honestly, I don't recall if I -- if I did.  I believe I

2          interacted with city council members, potentially, that

3          day and maybe spoke to some law enforcement.

4   Q    And did you see -- witness people packing up their

5          belongings?

6   A    Yes.

7   Q    Did you help -- were you part of helping with that at

8          all?

9   A    I don't believe I assisted with the actual packing up

10         of items.

11  Q    And just to clarify, you don't specifically have

12         knowledge of whether any of the plaintiffs in this

13         lawsuit were at this Nenookaasi or not?

14  A    I -- I -- that's a -- that's a hard question to answer

15         for two reasons.  One, you know, potentially

16         this -- the Adrian name that we mentioned earlier may

17         have been at that encampment, and I may have spoken to

18         them.  And there, I just -- again, I'm not a hundred

19         percent sure.  So I want to be honest and clear about

20         that.

21            And I -- I -- I would not know for sure; and,

22         again, that encampment existed for an extended period

23         of time.  And, you know, by the very nature of

24         encampments, they're highly dynamic.  They're highly

25         fluid.  People are coming and going from the spaces.

1        Some people are there for probably the duration,

2    and many others are intermittent.  Some are residing

3    there and then leaving and coming back, so I couldn't

4    say for sure.

5  Q  Okay.  But you don't -- you just don't know either way

6    if they were or not?

7  A  I could not conclusively say that they were there.

8  Q  Did you talk to anybody about where they were going

9    after they left?

10 A  Again, I -- I -- I don't recall if I had a specific

11   conversation.  We -- I often asked our team and other

12   community members that were supporting the camp -- or

13   more specifically, other Street Outreach teams.  It's a

14   common practice that we will be communicating, you

15   know, informally through text, email, direct

16   conversation, phones, like, "Hey, where are people

17   going?"  "Where are they setting up?"  "What are you

18   seeing happening?"

19       Because of the disruptive nature of encampment

20   evictions, our primary -- as a service provider, in

21   that role, when I have that cap on, our primary

22   objective is a strategic process to try to mitigate the

23   detrimental impacts of the eviction, specifically

24   related to connection to medical care, substance use

25   disorder care, any acute physical issues that might be

1    going on, and then most -- you know, even more primary,

2    housing and ensuring that we're able to stay connected

3    to people to continue working with them to create that

4    permanent exit from places unfit for human habitation.

5  Q  Do you know if the individuals at Nenookaasi One knew

6    that the encampment was closing on January 4th?

7  A  I don't recall.  And I -- to briefly expand on that,

8    sometimes the postings of encampment evictions are

9    clear, a date defined; oftentimes, those dates change.

10   They're more fluid.  They may -- you know, the day may

11   come and go, and it hasn't been cleared.

12       So my experience and interaction with Street

13   Outreach teams reporting on what they're hearing, as

14   well as the years of listening to people and talking to

15   people, even if there is a date certain set, because of

16   the inconsistency of the closures related to the posted

17   dates, people in general do not have a clear sense that

18   even though it says it's going to be closed on this

19   date, that it's actually going to happen.  Because so

20   often, it -- that date has come and gone.

21       The other issue is that there's jurisdictional

22   issues, meaning that encampments arise not privy to or

23   really caring about, you know, whether it's a City

24   property, private property, MnDOT property, County

25   property.  And so each of those organizations, in a

1      disorganized and haphazard manner, has evolving and

2      shifting policies and procedures related to posting,

3      notifying, and then actually carrying out and

4      implementing the encampment eviction.

5           And, as a result, the collective experience, you

6      know, based on my expertise, is that the dates may be

7      posted; people honestly don't know, like, is today the

8      day that people are going to come in, evict the

9      encampment, and dispose of and throw away any items

10     that I'm not able to physically carry away from the

11     location?

12  Q  Is it true that people sometimes intentionally leave

13     things they no longer want behind after an encampment

14     closure?

15  A  I -- I can't speak to the -- you know, any known

16     person's -- I mean, any one person's decisions like

17     that.

18  Q  Has that generally been your -- something you've

19     observed in your time working with homeless

20     encampments?

21  A  When I move out of an -- you know, in my lifetime, when

22     I've moved out of apartments, you know, I -- I hire

23     movers; I move most of the things, depending on the

24     circumstances.  But in every move I've ever made, I

25     have disposed of some items.

1          And, I mean -- but I can't speak to the personal

2     experience of what -- whether or not people are saying

3     I choose to leave that item to be disposed of versus I

4     don't have another option but to leave that item.

5  Q  So providing notice in advance, do you think that that

6     gives people more opportunity to move and arrange for

7     the movement of items that they want to keep, or does

8     that not make a difference?

9  A  I mean, it can potentially help people prepare for the

10    inevitable reality that they will be forcibly evicted

11    from a specific location.  Most people experiencing

12    homelessness don't have the means or capacity to move

13    or carry a large amount of items, nor do they have a

14    location to bring those items to just by the very

15    nature of their status as an individual without a home.

16 Q  When you say "forcibly removed," what -- what do you

17    mean?

18 A  I mean law enforcement present and being told that you

19    can no longer reside at this location.

20 Q  If there are signs up that say "no trespassing," is

21    that notice enough for people to know that they cannot

22    be residing there?

23          MS. GLENN:  Objection.  Form.

24 A  I mean -- again, I mean, I can't -- I can't speak to,

25    like, any one individual seeing a sign that says "no

1    trespassing" and whether or not in their -- from their

2    perspective that that's a clear indication that that's

3    not a space that's -- they're not allowed.

4    BY MS. ENSLIN:

5    Q    You don't have an opinion about whether a no

6         trespassing sign indicates that that's not a place

7         they're allowed to be?

8    A    I have a -- I have a -- I have a personal understanding

9         that if I see a no trespassing sign, that that creates

10        a potentially -- depending on whether or not it's

11        meeting all the standards, potentially creates a legal

12        boundary around a location.  I don't know that every

13        individual -- I don't know that individuals

14        experiencing homelessness in our community, based upon

15        their experience and based upon sort of the common

16        treatment of no trespassing locations by housed members

17        of the community -- because -- that that means

18        definitively I can't be here.

19   Q    What if -- what if someplace was fenced off?  Do you

20        think that would be an adequate indication that it is

21        someplace where people are not supposed to be?

22                  MS. GLENN:  Objection.  Form.  And I think

23        we're also pretty far beyond the realm of expertise

24        that Mr. Tribbett is offered for.

25                  MS. ENSLIN:  You can answer.

1    A    It may or may not indicate that.

2    BY MS. ENSLIN:

3    Q    What if the fence was locked?

4    A    I mean, it may or may not indicate that.  I mean, I've

5         hopped over a lot of fences in my -- my lifetime into a

6         park or into a neighbor who doesn't have any issue with

7         me, when I was kid, crossing through their lawn.  So,

8         you know, in and of itself, I don't know that a fence,

9         locked or unlocked, is a clear indication.

10             I will say that the response from government has

11        been to place increasingly large, hostile architecture

12        elements throughout the city that are extremely

13        difficult to penetrate.

14   Q    And what specifically are you referring to?

15   A    Locations where there were opportunities for people to

16        be less visible, less close to homes, to be in

17        locations that had less impact on the community have

18        been made inaccessible.

19   Q    Are you thinking of any specific locations or just

20        talking generally?

21   A    I -- I'm talking generally about, you know, many

22        locations throughout the city.

23   Q    Do you know how many shelter beds were available at the

24        time Nenookaasi One was closed?

25   A    I don't offhand, but -- yeah.  I don't offhand.

1    Q    Do you know if there were enough beds to shelter

2         individuals from the encampment that wanted to go?

3    A    Based upon my knowledge of shelter bed availability,

4         generally speaking, especially during the colder

5         months, I would -- I would say that there were

6         absolutely not enough shelter beds available in the

7         system for people -- everyone in that encampment to

8         find a shelter bed.

9              Even if, again, the shelter bed -- going back to

10        your prior line of questionings regarding the reasons

11        why someone may choose not to want to enter shelter,

12        even if all those people, hypothetically -- you know,

13        hypothetical world where all those people said, "Hey,

14        tonight's the night I want to enter shelter," there

15        would not be enough beds.

16             And there certainly would not have been because

17        Camp Nenookaasi was not the totality of the number of

18        people experiencing unsheltered homelessness on the day

19        or evening or the week that the clearing took place.

20        And so the totality of the people that -- that -- in a

21        hypothetical world, if they all wanted to come into

22        shelter, there would have not been enough -- there

23        would have been a vast lack of shelter spaces.

24   Q    How many people were at the Nenookaasi One closure?

25        How many residents were leaving that closure?

1   A   It's -- it's really -- I mean, it's -- it's impossible

2       to really say.

3   Q   So just to confirm, you don't know how many shelter

4       beds were available, and you don't know how many

5       individuals were at the encampment; but based just on

6       general experience, you feel like you can opine that

7       there were not enough beds, without knowing how many

8       beds or how many people?

9   A   Correct.  We -- we could go into the publicly facing

10      shelter bed database that's put up by Hennepin County.

11      I'm not sure, going back that far, how -- if that

12      particular dat- -- dashboard was fully operational at

13      that point; but if not, there would be -- there were,

14      generally speaking -- sometimes they didn't occur

15      weekly -- reports that occurred, for a large period of

16      time, listing the occupancy rates for the shelter

17      spaces in Hennepin County for most of the shelters, and

18      so there is the ability to approximate the number of

19      shelter beds during that time period.

20          During winter months, particularly around the

21      coldest winter months, which would be at the time of

22      the closure -- we all know it's Minnesota, so we can

23      have some pretty crazy transitions of warm and cold.

24      Generally speaking, there are turnaways that occur

25      during those winter months.  We don't have a full --

1    because of the way the data elements are captured, we

2    don't have a full understanding of how many people are

3    turned away and how many people are trying to access

4    shelter.

5         Something that, during the winter months in

6    particular, on a regular basis, I monitor. I have a

7    general sense, based upon the Point-in-Time Count count

8    numbers, which are always an undercounting of the

9    number of individuals outside, that there are

10   approximately -- and I'm giving a very general number

11   because the number does go up and down over the last

12   decade, in the ballpark of 500 people that are

13   unsheltered.

14        Again, studies have routinely found that -- and

15   it's generally understood that Point-in-Time Counts, by

16   the nature of unsheltered homelessness, are an

17   undercounting. So taking all of those elements,

18   knowing that the encampment is, I mean, at its closure.

19   Again, it's a highly fluid environment. I don't know

20   how many people left and were functionally prior

21   members of Camp Nenookaasi that had re- -- are now

22   residing in hidden locations, are highly mobile, are in

23   abandoned homes, are in other places that would be

24   considered Nenookaasi residents but for the fact that

25   they had voluntarily stepped off that particular piece

1    of property.  You know, knowing that, I would say that

2    there were, at a minimum, you know, probably close to

3    80 people that were evicted that day.

4         Again, very hard to come up with that number.  I

5    would say that the show of force from the Minneapolis

6    Police Department and probably -- again, ballparking

7    numbers -- but extremely large numbers of police

8    personnel, that there were a large number of people

9    there, even judging from that response.  And so the

10   totality of all of that, my experience over the

11   multiple years, it's highly, highly, highly unlikely

12   that if we were to take a finite subset of individuals

13   that were on that particular property at the moment

14   that law enforcement showed up and said this encampment

15   is closed, that there were adequate shelter spaces for

16   all those people.

17 Q   In your experience, do individuals at encampments

18   sometimes not want to go to shelters?

19 A   My -- I -- what does "don't want" mean?  To go to

20   shelter.

21 Q   If you said, "I have a shelter bed for you," they would

22   say "No, thank you," that they'd -- they would -- if

23   there was an available shelter bed, they would not want

24   to go to the shelter.  Is that something that you

25   encounter in your experience?

1   A   I encountered that there are a lot of reasons why,

2       oftentimes, shelter is not a workable response for

3       someone, and so they may choose a response that's more

4       supportive of the reality that they're living within

5       other than going to a shelter bed.  And, you know, my

6       experience, my case management, all, you know, the

7       years of trainings I've been through, my attendance at

8       conferences, you know, helps me to understand that

9       there are a lot of reasons why any given person on a

10      given day may give an answer to "no" to my request to

11      say, "Would you like to go to this specific location?"

12          And so, you know, when -- when terms like "refuse

13      shelter," "doesn't want shelter," "doesn't want help"

14      are used, it lacks an understanding of the deeper

15      realities of people's lives when they're experiencing

16      unsheltered homelessness.

17  Q   Have you ever been to the Downtown Improvement District

18      storage facility in Minneapolis?

19  A   I believe I toured it when it first opened.  I'd been

20      aware of its iterations.  When it was -- when it first

21      came out, it was at a different location; and I believe

22      I was at that location.

23  Q   What was your opinion of that facility and that as a

24      storage option?

25  A   Well, I -- again, I'm not -- I don't -- I don't have a

1    specific opinion about that specific storage option.  I

2    think, within our community, having an opportunity for

3    people to store a limited amount of items so that

4    they're not having to carry them around is a

5    progress- -- a progressive movement and is a helpful

6    response to some individuals because it allows them to

7    not have to spend their time watching over their

8    personal items, which are at risk of theft, in order to

9    engage in services and supports.  It might help them

10    end their homelessness.

11             MS. ENSLIN:  I think -- if you guys are okay,

12    I think we'll move on a little bit after this to some

13    other things.  Should we take a short lunch break?

14             MS. GLENN:  Yeah.  Could we do maybe 40, 45

15    minutes --

16             MS. ENSLIN:  Sure.

17             MS. GLENN:  -- for lunch?

18             MS. ENSLIN:  Yep.

19             MS. GLENN:  Is that okay with everyone?

20             THE WITNESS:  Sure.

21             MS. ENSLIN:  Yeah.  That's fine.  Should we

22    plan to come back at 12:50?  Does that work, Kacie, for

23    you?

24             THE COURT REPORTER:  Yes.  That works for me.

25             MS. ENSLIN:  Okay.  Sounds good.

1           (A recess was held at this time.)

2    BY MS. ENSLIN:

3    Q    Okay.  So I know when we broke for lunch, we had been

4         talking about Nenookaasi One, which we defined as the

5         encampment at 2313 13th Avenue South.  I want to, now,

6         move to talking about some of the other iterations of

7         Camp Nenookaasi.

8              So, Mr. Tribbett, is it your understanding that

9         after the Nenookaasi One encampment closed on

10        January 4th that a new version of that camp was started

11        at a different location?

12   A    Yes.

13   Q    And do you know what location -- where that location

14        was?

15   A    I believe -- I believe there was more than one

16        location, potentially, at that time.  And I -- I can

17        picture the lot that it was on, but I cannot recollect

18        the specific street where it was.

19   Q    Well, I will represent to you that a number of the

20        individuals from Camp Nenookaasi One went to a location

21        at 2601 14th Avenue South.  And for the purposes of

22        this deposition, I'll refer to that as Nenookaasi Two.

23        Does that location sound familiar to you at all?

24   A    Would it be appropriate for me to just quickly look on

25        a map to verify?

1    Q    Sure.

2    A    Okay.  And you said it was which address?

3    Q    2601 14th Avenue South.

4    A    And was there a cross street?  Oh, I see.

5    Q    Yeah.  26th and 14th, yeah, I believe.

6    A    Yeah.  Yes.  That is a familiar location to me.

7    Q    Did you ever visit the Camp Nenookaasi when it was at

8         that location?

9    A    Yes.

10   Q    How many times?

11   A    At least once, probably not more than three times, four

12        times.

13   Q    And what were the purposes of your visits to Nenookaasi

14        Two?

15   A    Just as part of my role in developing -- developing

16        strategic plans to ensure that we're able to continue

17        to provide services with people across the wide area in

18        the city.  It was to just locate, understand where

19        potentially some of the people may have transitioned

20        to, and then to follow up with directives to the team

21        to continue to engage with people that we are -- we

22        were actively working on housing opportunities with or

23        connections to other vital health care saving -- or

24        services.

25   Q    And do you remember seeing a lot of the folks that were

1    at Nenookaasi One at that second Nenookaasi Two as

2    well?

3  A    That's -- that's less clear to me.  Because I -- you

4    know, in my role and capacity, I'm not doing direct

5    one-to-one case management work, and so I'm not having

6    as much of a one-to-one understanding of who's here and

7    who's going to this particular location.

8        My general knowledge from that time, based upon my

9    recollection of reports that were given to me, is that

10   a significant portion of the people there were people

11   that had transitioned from the larger Nenookaasi One

12   eviction.

13 Q    Are you familiar at all with a -- or do you recollect

14   that Nenookaasi One had a GI illness outbreak?

15 A    I do recall that.

16 Q    What, specifically, about that do you recall, if

17   anything specific?

18 A    Just that it had occurred and it was related to food

19   that may have been, you know, a common batch of food

20   that people had consumed.

21 Q    Do you remember talking to anybody from the City of

22   Minneapolis or the City of Minneapolis Health

23   Department about that outbreak?

24 A    I don't -- I don't recall directly.  I was aware of it.

25   Again, I -- I -- you know, I'm monitoring, constantly,

1       texts, you know, news reports, as well as

2       correspondence from other people on the street.  I

3       could have talked to someone, and I could have been in

4       meetings where it was discussed in a more formal

5       response manner, but I -- I -- I knew of it, but I

6       don't recall any of those specific conversations.

7    Q  Did you talk to anybody at the camp about -- or have

8       discussions with anyone that was staying at the camp

9       about the illness?

10   A  I -- I don't believe so.

11   Q  Is contagious disease transmission a particular concern

12      in homeless encampments in your experience?

13   A  Are you relating that to the -- what was alleged to be

14      a foodborne or GI outbreak of an illness?  Or I don't

15      even know if it was foodborne, actually.  Now that I'm

16      recollecting it, I think there might have been some

17      other concerns about some other Norovirus that may have

18      been moving around in the community, that was moving

19      around writ large at that time.  So I'm not -- I don't

20      recall for sure if it was food or if it was another

21      transmission basis.  So if you can --

22   Q  Yeah.

23   A  -- repeat your question?  I'm sorry.

24   Q  Sure.  No.  My understanding was some kind of viral

25      gastrointestinal illness.  I don't -- I don't know that

1       for certain.  But my question was are -- is contagious

2       disease transmission something that is a concern at

3       homeless encampments based on your experience?

4    A  Again, it's -- it's a simple question with a

5       complicated response.  Any -- anytime that you have

6       people assembled that are consuming food, whether it's

7       a restaurant where we have food outbreaks because

8       something's been mishandled or there's an employee that

9       maybe has a disease that's transmitted into the food, I

10      mean, it's always a concern, and so -- insofar as

11      congregate spaces can facilitate disease transmission.

12      It --

13          You know, again, that's a really broad question.

14      But I would say that based upon the fact that during

15      COVID, which, you know, is the most sort of significant

16      public health crisis related to a transmissible

17      disease, and in particularly referencing homeless

18      populations, I would say the highly robust and high

19      monetary investment that the County and I believe, to

20      some degree, the City -- again, I can't speak directly

21      to how that all was funded.  It's been a while

22      ago -- rapidly moved people from the emergency shelters

23      in Hennepin County into hotels and prioritized that as

24      a way to mitigate disease transmission speaks to the

25      fact that any time you're dealing with a population of

1    individuals that are in congregate locations, disease
2    transmission is something that, from a public health
3    standpoint is always -- that must always be
4    prioritized.
5  Q  Do you know if there were any complaints made by the
6    community surrounding the encampment relating to the
7    outbreak that was happening there?
8  A  No.  The outbreak, specifically meaning the GI
9    outbreak?
10  Q  Right.  Right.
11  A  I'm not -- I'm not aware of it.  I do -- I am recalling
12    that Norovirus was -- was happening at an -- if my
13    memory's correct, was happening all over the community
14    at that time of the year, and so I think the community
15    writ large was -- or at large was concerned about
16    disease transmission.  I don't know that it was related
17    to the encampment, per se.
18  Q  Were you at the closure of Nenookaasi Two?
19  A  I don't -- I don't believe so.  I was aware of it, but
20    I don't -- I don't believe I was there.
21  Q  What did you -- what were you aware of about the
22    closure?
23  A  Again, there have been so many evictions that have
24    occurred since that time.  I can't say that I remember
25    anything in particular, other than that we were hearing

1    that people were starting to feel increasingly

2    desperate because some of the supportive elements that

3    had occurred in the larger Nenookaasi encampment, in

4    Nenookaasi One, and then that subsequent, what we're

5    labeling as Nenookaasi Two, the -- the structures that

6    were in place, that were providing a sense of

7    community, safety, and a known location for service

8    providers to connect to people was being disrupted.

9         And so there was a general sense of, like,

10   desperation around what are we going to do?  It was

11   also in the middle of winter, and so people had -- a

12   substantial number of people had lost warm weather

13   survival gear that's necessary to avoid frostbite,

14   which is exceedingly common in Minnesota for people

15   experiencing homelessness.

16        Every spring and summer, we see people that are

17   losing fingers and limbs as a result of the prior

18   winter's frostbite.  And so people were having more and

19   more -- more and more of a sense of what are we going

20   to do?  Where are we going to go?  How are we going to

21   stay safe?

22  Q   And you said that they lost their winter gear?

23  A   In the wake of encampment evictions, people lose their

24      items, and frequently that includes winter survival

25      gear, meaning shelter.  Albeit a tent is a challenging

1     bit of shelter when it's very, very cold, but it's

2     shelter; but more importantly, sleeping bags and all of

3     the other warm garments that people might use to clothe

4     themselves and stay safe.

5  Q  And are you specifically aware of people that lost this

6     sort of winter gear at the Nenookaasi One closure?

7  A  I'm aware of witnessing -- I'm aware generally of

8     people reporting that happening at every known eviction

9     that I've had an opportunity to talk to people about.

10    And I'm aware of the fact that I saw a large amount of

11    items that people had been forced to abandon because of

12    a hard deadline that people needed to be out of that

13    space by.

14 Q  And you're referring to the Nenookaasi One closure?

15 A  Yes.  Correct.  That is correct.

16 Q  What did you understand the deadline to be that people

17    had to be out?

18 A  Again, I don't remember.  Because of the time that has

19    passed and the number of evictions that have occurred,

20    I don't remember the specific time.  But I do remember

21    that while there had been a limited amount of grace

22    time, meaning grace time that's highly confined and

23    relegated to a very short period of time within that to

24    allow people to try to transition out of that space

25    within, you know, that period of time during that day,

1      and I don't -- you know, again, I think 6 hours,

2      8 hours, 10 hours, 12 hours, from law enforcement

3      showing up to you must be out.  I can't say

4      unequivocally, but there was definitely a point in

5      which it was, like, everyone needed to be gone.

6    Q    How long were you at the Nenookaasi One closure?

7    A    I could not say with certainty.  Because as things had

8      ramped up in the days and weeks prior, I had been

9      there.  And during the day of the closure, it was

10      several hours that I was there observing not only

11      portions of the actual closure but then also people

12      scattering in different directions, carrying with them

13      whatever belongings that they were capable of

14      transporting on their person or through rudimentary

15      devices that they could take maybe additional things.

16   Q    And so what do you mean when you say that people were

17      forced to abandon things?

18   A    People were -- people were not allowed an opportunity

19      to have the time they needed, the capacity needed, or

20      access to locations that would allow them to store the

21      items that they needed to have stored.

22   Q    And so is it my understanding, too, that it's

23      irrelevant to you, in saying that they didn't have

24      enough time, that they were told in advance that this

25      date was going to be the date that the camp was

1   closing?  That doesn't matter.  Is that my

2   understanding of your position?

3 A Could you re- -- restate that?

4 Q Yeah.  So you said that they didn't have enough time.

5   Correct?

6 A Mm-hmm.

7 Q And whether they didn't have enough time, when you're

8   making that determination --

9 A Mm-hmm.

10 Q -- you don't factor in whether or not they were told in

11   advance that they needed to leave by this day.  Is that

12   correct?

13 A I would -- I would reference the earlier line of

14   questioning around when we were talking about the

15   closure dates and how they've been treated by various

16   jurisdictions over time at different evictions, that

17   within a short period of time that the dates are

18   frequently, as posted, unreliable indicators as to when

19   the final date of closure and removal is going to

20   actually occur.

21     And the very fact that people are experiencing

22   homelessness speaks to the fact that people don't have

23   a place to put their items.  So even if they had the

24   time and the capacity to put their items in some other

25   location, they would immediately be subject to the same

1    level of potential law enforcement closure by simply

2    moving their location from location A to location B.

3        It -- that would not solve the de facto reality

4    that that person continues to experience unsheltered

5    homelessness and continues to be subject to the fact of

6    a closure and destruction of property if they're not

7    able to move it subsequently to another location or

8    hide it or stash it or something like that.

9  Q  So, I mean, really, there is no amount of time that's

10    enough time?

11 A  Well, no.  It depends on how the time is used.  Time in

12    and of itself -- to just say, "We're going to give you

13    'X' amount of time.  Figure it out," that is not --

14    that is not going to be a conclusive way to help people

15    resolve their state of being unsheltered into either

16    being sheltered or entering into permanent housing or

17    some other positive outcome, treatment, something like

18    that.

19        It is what is done with whatever time is allowed,

20    and that time is actually based upon a realistic period

21    of time that aligns with the way the system is set up

22    to actually house people so that the time can be used

23    constructively by a consortium of private and

24    governmental and nonprofit governmental agencies and

25    community members to transition people to a positive

1      outcome from the location.

2          So time, in and of itself, is not a solution;

3      however, time with adequate resources applied to the

4      situation as well as adequate resources for people to

5      go to, then there is a period of time that would

6      potentially make sense.

7  Q   Okay.  But it's not a matter of, "We didn't have enough

8      hours on this day"?

9  A   Not a matter of -- could you -- could you -- like, what

10     are -- could you --

11 Q   Yeah.  So your definition of enough time -- so you're

12     telling -- is it your position that if they said, you

13     know, "You can have all day today, all day tomorrow,"

14     that that doesn't really make a difference?

15 A   It would provide people with -- within -- they're

16     highly varied because, again, we're dealing with people

17     that have -- you know, some people are in wheelchairs.

18     They're not mobile.  They have, you know, serious

19     limiting physical conditions.  They're elderly.  They

20     have highly chaotic mental health issues, and they're

21     symptomatic.

22         So in those cases, without robust support, it's

23     going to be very challenging, either just sort of

24     physically and structurally for a person to transition

25     to a new location or just to be able to organize their

1       thinking and their process to make those transitions.

2               So, you know, giving people a few more hours is

3       going to help some people to move to a place where they

4       may or may not be more or less likely to be evicted

5       once again, but not everyone.

6   Q   So is it your position that really the only way to make

7       this a workable solution is to allow people to stay at

8       the encampment until they can transition into housing?

9   A   I would say that there are a variety of models of

10      thinking about how to -- how to address a very deeply

11      embedded problem that's rooted in things way beyond the

12      people that are sitting on the corner in front of us.

13              It's rooted in the fact that in our community, we

14      continue to see increasing rates of rental costs.

15      Homeownership rates are dropping.  The middle class

16      can't purchase homes.  All of these things create a

17      structure in which there's less and less opportunities

18      for people to easily transition into permanent housing

19      because of scarcity.

20              And so knowing that, there's a -- there's a --

21      there's a limitation on -- on our capacity to -- even

22      if we had boundless Street Outreach workers and case

23      managers, we wouldn't necessarily have enough places

24      for people to go.  And people continually, because of

25      the wealth and inequality and all these other

1        financial -- you know, all the things that everyone is

2        aware of, we're -- more and more people are unstably

3        housed and will continue to fall into homelessness.

4            And so the question is, then, how do we work with

5        or treat individuals in the encampments, and how do we

6        create systemic processes that are going to lead to

7        more and better outcomes not only for the people in the

8        encampments but for the community around them?  And so

9        having a reasonable amount of time for people to engage

10       with robust services prior to a closure is more

11       effective than random deadlines that are "you

12       absolutely have to be gone," and then we missed that

13       date.  It doesn't happen for a variety of reasons, or

14       it's not posted; or it's posted, you know, for a few

15       days later, and law enforcement shows up at -- you

16       know, before the crack of dawn to evict people.

17           Those are not -- those are not systemic processes

18       that will lead to the outcomes that are going to

19       actually prevent the repetition of the very problem

20       that we're trying to address through the eviction.

21  Q   So how -- I mean, how much engagement is enough prior

22       to a closure?

23  A   That is a really -- I mean, you know, in all

24       seriousness, that's a really good question.  I think

25       there are models that would say that -- again, there --

1        it's a dynamic process.  So there are models whereby

2        you might say, for example, 30, 60, 90, 120 days, maybe

3        a year that an encampment or a place where people are

4        sheltering might be able to continue in some capacity

5        with ongoing services and a clear understanding that

6        people are going to get the support they need but

7        that -- that the encampment will eventually need to

8        conclude.  And that's going to be dynamic, where it

9        doesn't mean any encampment anywhere in the community

10       at any time, but until we have enough adequate spaces.

11           And even if we just reduce that to raw numbers of

12       shelter beds available for number of people outside,

13       we're going to continue to have people in the

14       community.  Encampments, in some form or another, are

15       going to emerge.  And then -- then it becomes a matter

16       of how are we constructively using the time before

17       closure in order to prevent hopefully future

18       encampments from emerging in the community?

19   Q   So there's no set number that you think is sufficient?

20   A   There's no magic number that would be the number that

21       we could conclusively say in any encampment, in any

22       situation, this is -- this is a reasonable number.

23       Because there are -- in any complex situation in the

24       community, we have to take in a variety of elements and

25       factors and weigh those out.

1    Q    Does it matter if the encampment is existing on --

2         on what type of property the encampment is existing on?

3         Is that a factor?

4    A    It can be.  Yes.

5    Q    So if the property is owned by the City and it's

6         designated for something else, should the City be in a

7         position to need to allow the encampment to stay while

8         housing is found for everyone there?

9    A    I mean, that -- that question is too broad to -- for me

10        to answer.

11   Q    Well, let's do a specific one.

12   A    Okay.

13   Q    So let's talk about Nenookaasi One.

14   A    Mm-hmm.

15   Q    So were -- were you aware of -- that the City was under

16        negotiations with the property that was the subject of

17        Nenookaasi One to have it used by the Indigenous

18        Peoples Task Force for a wellness center?

19   A    I was aware of conversations about a wellness center

20        that were happening, and I heard different iterations

21        of what that might be or how that could happen.  But

22        I --

23   Q    So --

24   A    -- got -- yeah.

25   Q    Okay.  So what would be your suggestion about what to

1       do in that situation, then?

2  A   Well, I guess my -- my suggestion is, you know, based

3       upon my expertise and observation and study and years

4       of thinking and, you know, seeing what works and what

5       doesn't work, is that if we talk about any one

6       encampment in isolation, that that is not -- those

7       won't give us the type of systemic thinking that we

8       need to utilize in order to begin to resolve some of

9       the deeper -- deeper issues.

10      So while we might look at a particular encampment,

11      like Nenookaasi, we might point out a lot of features

12      of that particular encampment that are particularly

13      troubling to the neighborhood, that there may be things

14      that are not as supportive for people in those spaces,

15      or there may be supportive elements but not supportive

16      elements, that they all -- they don't exist in

17      isolation.

18      In time and in process, there's a reason

19      why -- you know, back to an earlier line of

20      questioning.  There's a reason why we end up with

21      encampments.  Particularly, in that subset, again, it's

22      an underresourced area of the city.  Encampments have

23      been -- it's an underresourced area of the city that

24      is -- has many other issues that occur that are related

25      to poverty and all the other historical factors.

1      We know that encampments would not be able

2      to -- in more wealthy communities would not be allowed.

3      We would not have visible homelessness in those

4      communities and, you know, for whatever reason.  And so

5      people within those communities have -- have had to

6      live with more and more people in extreme poverty on

7      the streets.  And as encampments that are in more

8      isolated locations that would be potentially less

9      impactful to the surrounding community are closed and

10     then fencing, waste rubble, boulders, clear-cutting of

11     urban forest areas, any number of features that would

12     have allowed people to be less impactful to surrounding

13     communities, they're forcibly removed and kept away

14     from those locations, and they end up moving to other

15     locations that are in more proximity to -- to actual

16     homes and neighbors.  And so we end up with these big

17     systemic long-term situations.  So I'm not saying any

18     encampment, any time, any place should just leave it.

19     I'm not saying that.

20         I am saying the issues that have arisen, have

21     arisen partially as a result of decisions that have

22     placed people in proximity to areas where there's going

23     to be more impact to the larger community.

24  Q   Does it matter if the property is owned by the City or

25      is owned by a private individual?

1   A   It -- I mean, it -- it could.  I mean, legally -- I

2       mean, it's -- you know, it's easier to clear people

3       from private property if a landowner doesn't want

4       people on that property.  Conversely, if a private

5       property owner allows an encampment, it's harder for

6       the public entities to clear that encampment.

7   Q   So are you saying that the private property owner has a

8       greater ability to say that it doesn't want people on

9       its property than a City property owner?

10  A   I don't have the -- the -- you know, I would say I have

11      a lay person's general understanding and through what

12      I've observed from my professional experience.  So from

13      a strictly legal perspective, I wouldn't be able to

14      answer that question.

15          Our -- you know, our experience has been based

16      upon what we've observed and what we've been told by

17      law enforcement is that, while not simple, it's easier

18      for a property owner, who's a private property owner,

19      to say, "I want this person off of my property," and

20      that sometimes it has been more challenging for public

21      entities such as the City, the County, MnDOT.

22          And, again, I'm not privy to the behind-the-scene

23      conversations about what happens.  It's -- that is just

24      my general lay person's and observational experience.

25  Q   Do your -- do the Avivo Street Outreach folks work in

1      concert with the City and County Outreach folks?  And

2      by that, I mean, do they kind of know when each of them

3      are going to different sites, and do they report back

4      to each other?

5    A  They -- they do work -- there are -- they do work

6      closely.  They are frequently in the same locations.

7      We do find that our team and some of the other

8      nonprofit teams are more likely to go into encampments

9      at different times, based upon different circumstances,

10     than City or County Street Outreach teams will; but we

11     do all work collectively and collaboratively.

12          There are regular meetings that occur where all

13     Street Outreach teams funded from a variety of sources,

14     as well as community individuals, join together to talk

15     about encampments, what's occurring, how to improve our

16     ability to utilize the Homeless Management Information

17     System, HMIS, Coordinated Entry, data collection, and

18     working to synergize our work so that we're not

19     replicating work.

20          As you can imagine, when you have many, many

21     hundred people, there's going to be crossover, and

22     sometimes that crossover can be duplicative; but

23     oftentimes, it's supportive depending on which

24     provider, which type of service is being offered.

25   Q  So like, for example, let's take Nenookaasi Two.  Do

1      you know how many times service Outreach

2      work -- various Outreach workers went to that

3      encampment to connect people to services?

4    A I -- I would -- I mean, I would have no way to know

5      that number.

6    Q How long does it take for somebody who is unsheltered

7      to connect with a permanent housing situation?  What's

8      the timeline?

9    A It depends.  And that's -- you know, that is a

10     technical answer.  I mean, it truly does.  It is not me

11     trying to be evasive.  It is -- what I will tell you is

12     oftentimes what I read in news media reports when

13     either County individuals or City individuals or

14     spokespersons thereof talk about encampment "X" closed

15     on this day, services were provided, and, you know,

16     ultimately "X" number of people were displaced from the

17     location, that the narrative that it is a simple

18     process whereby someone can get housing if they just

19     want to is extremely false and misleading.

20         While there have been vast improvements in the

21     County and City processes -- particularly through the

22     Coordinated Entry System at the county level -- to get

23     people assessed and then get paired with a service

24     provider that can then work on housing with them,

25     there's no set amount of time.

1          I would say, you know, if all the stars were

2      aligning and every single element and factor came into

3      play, if we were able to get an individual housed in a

4      two-to-four week range from first contact, very rare,

5      very rare.  People -- and I don't have the exact data

6      from the County.  Certainly, I mean, that would be

7      available in terms of time from engagement to housing.

8      But it is not uncommon that it is many, many months to

9      many, many years.

10          And depending on -- you know, going back to the

11      very outset of the conversation today, talking about

12      the chronic definition and the long-term homelessness

13      definition and the prioritization of people that have

14      been outside longer and then just the raw eligibility

15      and the lack of eligibility for most of the programs

16      that we have available to fund people transitioning

17      into housing, it means that if an individual -- say

18      it's a 22-year old that's been living with an aunty,

19      and it's an individual who has been outside now for six

20      weeks, there's -- there's going to be very few

21      opportunities for that person to engage in the

22      traditional processes to get them into housing because

23      they haven't qualified.

24          And I use that term loosely.  Because they haven't

25      been outside long enough in order to be eligible for

1    the vast majority of programs that are utilized in

2    order to get people to exit from the street.

3  Q  So if -- if -- when we're looking at what's enough

4    time --

5  A  Mm-hmm.

6  Q  -- and the measurement of time we're using is enough

7    time is when you can -- you can transition people

8    into -- out of unsheltered homelessness into, like,

9    stable housing --

10 A  Mm-hmm.

11 Q  -- correct?

12 A  We -- we would say any positive outcome.  And so that

13   could be an entry into shelter and then hopefully

14   within that shelter environment, which varies in terms

15   of capacity, they would eventually move into housing.

16        Because shelter is not housing, it's a temporary

17   location that increases, hopefully in most cases,

18   survivability.  But other positive outcomes could be a

19   person enters, for instance, Avivo.  We have

20   transitional recovery lodging, which is a housing

21   opportunity that is temporary, but it's tied to a

22   placement in an intensive out -- excuse me -- intensive

23   outpatient treatment program for substance use

24   disorder; and so we would consider that a positive

25   outcome.

1     It could also be that someone enters the hospital

2     because they've got any number of severe health issues,

3     and they're finally transitioning into some long-term

4     supportive care that may or may not transition into,

5     you know, assisted living or something.

6     And so while the sort of big picture stream is

7     moving towards housing, it also -- comes along with

8     that are these variety of positive outcomes that are

9     addressing people's needs and helping them be in a

10    position where they can eventually enter some type of

11    permanent housing.

12 Q  But you said earlier, correct, that there are just some

13    people that, if given the option, will not choose to go

14    to a shelter?

15 A  No.  I did not say that.  What I said is that there is

16    a high degree of complexity of any one given

17    individual.  And so to say that someone, on a given

18    moment, saying, "No.  I don't want to go from place A

19    to place B," is not an indication that -- of that

20    individual's abilities, capacities, desires, or wants

21    to transition into stability, health, wellness, and

22    eventually into housing and that people are making

23    calculations based upon their own personal experience,

24    the experience of their peers, and their sense of

25    safety and wellbeing transitioning into locations that

1    may be unknown.

2         Again, because of -- there are other issues, such

3    as not being able to be tolerant of a -- of a highly

4    congregate setting because of a severe mental illness,

5    because they have been raped or sexually assaulted in

6    these environments, or any number of reasons why people

7    might say that it feels safer not, in this moment, with

8    this offer, to transition into shelter.

9    Q    So is it -- do you encounter people that genuinely want

10        to continue living in an encampment rather than any of

11        those other options you've itemized?

12   A    Well, I -- I would say that -- that I have encountered

13        individuals and I'm aware of individuals that felt a

14        sense of safety and community within the context of an

15        encampment that they did not feel when they were

16        isolated and on their -- on their own.

17   Q    And I'm -- I'm sorry if I asked this already, but I

18        don't see it in my notes.  Were you at the

19        Nenookaasi Two closure?

20   A    I -- I don't think so.  But I -- again, I couldn't say

21        that conclusively.  The one that was on 16th, that I

22        looked up the address?

23   Q    Mm-hmm.  Yes.

24   A    Yeah.  I can't say conclusively if I was there.

25   Q    Do you know where individuals went after that

1      encampment closed?

2   A  No, other than generally continuing to spread out

3      through a series of iterations throughout East

4      Phillips, Phillips generally, and then even closer to

5      35W and some of those corridors.

6   Q  I want to talk specifically about something -- of what

7      I'll call Nenookaasi Four, and this is a Nenookaasi

8      that was located at 1100 28th Avenue East for the month

9      of February.  This one might be one you will recollect

10     because it was destroyed by a fire at -- on

11     February 29th of 2024.  Does that sound familiar to you

12     at all?

13  A  Is it -- are you okay with me, once again, looking on

14     the map here?

15  Q  Sure.

16  A  Could you repeat the address?

17  Q  Yeah.  It's 1100 28th Avenue East.

18  A  Just trying to get my bearings of where -- what's close

19     to it.

20         You know, I don't recall that.  And,

21     unfortunately, the fact that there was a fire at the

22     encampment is not -- you know, unfortunately, we have

23     seen -- with increased numbers of people staying

24     outside, we are -- we are -- we have seen more than one

25     fire, unfortunately.

1   Q   You know, I think you mentioned earlier that

2       there -- and I don't want to put words in your mouth,

3       so correct me if you said this slightly differently,

4       but that there can be sometimes concerns by people in

5       the community about having an encampment in their

6       midst.  Is that accurate that there -- that the

7       community sometimes has concerns about that encampment,

8       about any encampment?

9   A   Yes.  There are varying degrees at different times from

10      some community members about the encampments.

11      Sometimes it is outright just anger and hostility to

12      the fact that people are out there, that there are

13      homeless people right next to my house.  Why the hell

14      are these people here; there's that element.

15          There are also the elements of neighbors who are

16      extremely concerned about people who are outside.  And

17      so it may be people that live in close proximity that

18      are actually offering or supporting people in the

19      encampment with -- with things they need to stay safe.

20      And so it's really -- there's a variety of reactions.

21  Q   What about -- are you familiar with people who are

22      concerned that having the encampment increases criminal

23      activity in the area?

24  A   I am familiar with people who are concern -- have those

25      concerns.

1    Q    Do you think those concerns are valid?

2    A    I think that there is, unfortunately, a large amount

3         of, you know, as you say, criminal activity that occur

4         in the areas of Minneapolis at large where we have

5         highly concentrated racial disparities, where we have

6         highly concentrated generational poverty, where we have

7         historically underinvested, where we have created

8         environments where there are other public health

9         challenges, environmental challenges, industrial

10        challenges; and as a result, there is more criminality

11        generally, just -- you know, unfortunately, and this is

12        deeply tragic and I don't say this with a lot --

13        without a lot of introspection on it, is that, you

14        know, in recent months, there's been a strong narrative

15        that encampments are the basis for overdose and drug

16        usage in the community as well as homicide.

17            Unfortunately, even during a time of very, very

18        heavy policing that's been occurring -- it's been

19        openly discussed by the chief of police in Minneapolis

20        that their strategy is to prevent encampments from

21        occurring -- is because of numbers that have been

22        presented about violence or -- or homicides that have

23        occurred within proximity or within encampments and

24        making a connection, if not directly by insinuation,

25        that preventing encampments prevents gun violence.

1        Unfortunately, we have not had any large-scale

2    encampments -- I won't say unfortunately.  I will just

3    say factually, we have not had any large-scale

4    encampments for most of 2025, and we have seen some

5    pretty extreme spasms of mass homicide occurring in

6    those same neighborhoods at a time when there aren't

7    encampments.  So these are -- these are communities

8    that are -- are struggling already.

9  Q  What about concerns about drug use and drug

10   paraphernalia and drug dealing and drug trans- --

11   selling transactions happening in and around

12   encampments, allegations that people are finding used

13   hypodermic needles near the sidewalks?  Do you think

14   concerns of people in the neighborhoods of encampments

15   related to drug use and exposure to drug paraphernalia

16   are valid?

17 A   I think, as a homeowner, it is a valid concern to -- to

18   being in proximity to public health crisises that have

19   the type of consequences that you described.

20 Q   Are you familiar with situations where people in the

21   proximity of an encampment have complained that

22   individuals from the encampment were in some way

23   impacting their property physically, like either

24   putting garbage on the property, defecating, or

25   urinating on the property; and do you think those are

1    valid concerns of people in the community surrounding

2    an encampment?

3  A    A hundred percent.  If there isn't infrastructure in

4    any part of the community to dispose of garbage and

5    waste or to defecate in privacy in a -- in a hygenic

6    manner, it's a problem.  And by its very nature, people

7    who are unhoused don't have access to those

8    infrastructures.  And so there's going -- there will be

9    spillover consequences that are impactful to the

10   neighborhood around them.

11       Some of those, again, can be mitigated through

12   proactive, deliberate, strategic initiatives that have

13   taken place at different times throughout the city to

14   ensure that there is waste removal, access to hygiene,

15   clean water, and accesses for people to use toilets.

16   And so, structurally, without those, people -- I mean,

17   all of us on this call need those things.

18  Q   Are you aware of complaints by the companies that

19   service the portable toilets that they were running

20   into hostile or aggressive individuals when they tried

21   to service those units?

22  A   I don't think so.  I may have -- it may have -- I may

23   have heard of one instance, but I -- honestly, I don't

24   necessarily remember.

25  Q   Do you think that individuals in the community

1    surrounding an encampment are valid in their concern

2    about fire -- open-air fires happening within city

3    lots?

4  A  I think an improperly managed fire anywhere within the

5    city limits is concerning, whether it's a backyard that

6    is having a bonfire or any of the number of calls that

7    happen every single, you know, week, if not day or

8    month across the city.  And in times when people are

9    having backyard fires, where people around call about

10    those fires, from neighbors saying they're not within

11    whatever standards or ordinance that they need to be.

12        And by -- again, by its very nature, people that

13    are homeless don't have access to the same type of

14    abilities to manage an open-air fire that a homeowner

15    would where they'd be able to create a structure in

16    their backyard or front yard that meets code and

17    ordinance and that works in conjunction with their

18    neighbors.

19        And so by the very nature of being unhoused, if

20    they do the same activity, it's going to be seen very

21    differently.  And that's a reasonable concern for

22    people in surrounding -- surrounding those areas, just

23    like an improperly tended homeowner fire in the

24    backyard would be.

25  Q  You would admit, though, that a lot of the encampments

```
 1          are not a -- there's not a single homeowner fire?
 2    A     Correct.  Because there's not a single homeowner in
 3          those encampments.
 4    Q     Right.  So you would agree, though, that if there was a
 5          property that had, let's say, eight simultaneous fires
 6          going, that is -- that is not the same and should not
 7          warrant the same amount of concern as one property
 8          fire?
 9    A     Absolutely.  If I -- yes, absolutely.
10    Q     Were you aware of complaints relating to smoke from
11          encampment fires impacting buildings and commercial and
12          health care operations?  Are you familiar with any of
13          that?
14    A     I -- I'm -- I don't believe I have heard of any --
15          like, I haven't heard of business A made a complaint
16          about encampment B.  But it makes complete sense that
17          there -- that that has occurred and would occur.
18    Q     Other than Nenookaasi One -- and I'm -- I'm asking
19          this, and we can go through it one by one, but I'm --
20          I'm guessing maybe I can save us some time.  Were you
21          at any other Nenookaasi -- Camp Nenookaasi iteration
22          closures?
23    A     It's hard to say because I've been at -- you know,
24          through the years, I've been at many, many closures.  I
25          have been at some closures or been around the wake of
```

1    the closures or surveyed areas looking for where people

2    may have gone so that we can reconnect them to services

3    since the initial Nenookaasi One and Nenookaasi Two,

4    but I can't say specifically if I've been at them.

5    The other issue is it's somewhat unclear what

6    qualifies at that point -- there are -- there is a

7    through line with many of the encampments, but there's

8    also -- because of the policing and the dispersement

9    and the increasing pressure from people not to

10   congregate, people -- there were many smaller satellite

11   encampments that -- that popped up.

12   Q   Okay.  Let's -- and for the purposes of going through

13   these, if you need to look at your map to see if it

14   sparks anything, feel free to do so.

15   So I wanted to -- we've covered Nenookaasi One,

16   Nenookaasi Two.  There was a two-day -- well, like a

17   one-and-a-half-day period that some of the Nenookaasi

18   tents were erected at 2213 16th Avenue South, and that

19   was following the closure of Nenookaasi Two.  And I'm

20   wondering if there was any -- if you had any

21   interaction at this site?  You were there?  Again, it

22   was only -- it was from January 31st to February 1st,

23   so really, truly about 24 to 36 hours.

24   A   Yeah.  I don't believe so based upon the location that

25   it's in.  I don't believe so.  I do know that, as that

1    winter went on and spring as well, that there continued
2    to be more -- you know, more and more encampments that
3    were popping up, and that some of them were being
4    cleared very, very quickly.
5  Q  And I know we talked about Nenookaasi Four, where the
6    fire was, and you looked it up.  That was 1100 28th
7    Avenue East.  Did you say -- and I'm sorry if I don't
8    remember this, if I asked and you already answered --
9    that you had been to that site?
10 A  I don't recall if I had been to that site.
11 Q  Okay.  I will represent to you that from March 1st to
12   July 25th, there was a fifth Nenookaasi that was
13   located at 2939 14th Avenue South.  And I'm wondering
14   if you visited that location at all during those five
15   months?
16 A  This is -- I -- I -- I don't recollect if I was at that
17   particular location.
18 Q  And that location was closed on July 25th.  Do you have
19   any recollection of being at that closure?
20 A  No.  Because, again, as the -- you know, as the past 18
21   months or so have transpired, there have been just so
22   many closures.
23 Q  Yep.  Yeah.  I understand.  And it's more -- I just
24   wanted to have a clear record for this.  So if -- if
25   the answer is no, we can definitely move on.

1           For -- from July 25th to October 7th --

2  A    Mm-hmm.

3  Q    -- there was a Nenookaasi back at the same location as

4       Nenookaasi One, which was 2313 13th Avenue South.  Do

5       you recall -- I know we talked about you going to it

6       back in the winter, but do you recall then going back

7       to that site at all last summer/fall?

8  A    No.  I don't -- I don't recollect if I did or didn't.

9  Q    All right.  And we'll call that Nenookaasi Six for the

10      purposes of this -- this deposition.

11  A   Okay.

12  Q   And you don't -- so then I'm assuming you don't recall

13      being at a closure at that site?

14  A   I don't.  I don't recall being at a closure at that

15      site, at that -- at Nenookaasi -- what we're calling

16      Nenookaasi Six.

17  Q   Correct.

18  A   How long was that in place that you're referencing?

19  Q   The sixth iteration at the same site as One was in

20      place from July 25th to October 7th.

21  A   Yeah.  I -- I vaguely remember it being back there

22      because -- yeah -- because it was significant that

23      there was a return; but I don't recall any specific

24      details.

25  Q   Do you recall visiting a Nenookaasi encampment that

1     formed at 2839 14th Avenue South?  I'll represent to

2     you that this one formed on October 7th, following the

3     closure of Nenookaasi Six.  So we'll call this one, for

4     the purposes of this deposition, Nenookaasi Seven.

5     This one was in place until January 6th of 2025, at

6     which time it was destroyed by a fire.

7  A  The location is familiar to me.  It's familiar that it

8     was an encampment as I look at it.  I don't recall

9     specific details.  Again, at this time, there were

10    continuing to be not only this line of Nenookaasi

11    encampments but many other iterations of pockets of

12    people and encampments.

13  Q  Do you understand that this lawsuit is specific to

14    Camp Nenookaasi?

15  A  Yes.

16  Q  Do you understand there to be a difference between

17    Camp Nenookaasi encampments and other encampments?

18  A  When you say "a difference," what do you mean by a

19    difference?

20  Q  What is your understanding, if any, about what

21    distinguishes a Camp Nenookaasi encampment from any

22    other encampment in Minneapolis?

23  A  The nature of unsheltered homelessness and homelessness

24    in general is -- is highly fluid and highly dynamic.

25    And so when you -- I mean, there is -- I guess could

1      you define -- what would be helpful for me is if you

2      could define what you mean when you say "a

3      Camp Nenookaasi."

4          You know, it's not like a corporation or a

5      business entity or a public school or something where

6      we could say this is defined, quantifiably-structured

7      environment and it may transition and move locations,

8      but it's the same, you know, legal structure or

9      framework or financial structure.

10  Q    Yeah.  I mean, that's a good question and request.  So

11      where I'm coming from this, is that the -- the

12      plaintiffs in this case have specifically identified

13      themselves as residents of Camp Nenookaasi, and we've

14      had other litigation related to other encampments and

15      encampments more broadly; but this case has been

16      specifically identified -- the first sentence of the

17      complaint is "Plaintiffs in this case are the evicted

18      residents of Camp Nenookaasi."  So my

19      understanding -- so my question, I guess, is to you,

20      what is Camp Nenookaasi, and how is it different than

21      any other encampment?

22          And, again, this is not supposed to be a trick

23      question.  So if you don't really know, that's fine

24      too.  I'm just wondering, as you sit here today, do you

25      personally, in your expert opinion, have -- in your

1    expert position, have an opinion about why

2    Camp Nenookaasi is different than a different -- than

3    another encampment?

4  A    Yes.  I mean, I think there are many aspects of what's

5    being defined as Camp Nenookaasi that are common to

6    other encampments, mostly that they're fluid; they're

7    dynamic.  Groups of individuals do, at times, tend to

8    move collectively from location to location when

9    they're asked or being removed, so there can be some

10   consistency and through line.

11       In this particular case, because there has been a

12   structuring -- structuring around an Indigenous value

13   set and a sense of community that's grounded in

14   Indigenous identity, whereby it's not exclusively

15   members of that community, but the overall communal

16   structure has a cohesiveness and a sense of identity

17   that is distinct from other encampments.

18       For instance, there might be another encampment at

19   a different point in time where we would say,

20   hypothetically, Ray -- Ray is kind of the person that's

21   emerged as a leader.  Well, they got -- you know, they

22   got cleared out of their spot over on "X" part of the

23   city.  They moved over here.  Ray -- Ray and all the

24   people that kind of roll with him went to this other

25   encampment.  So there may be something like that, or a

1          group of people that moves from place to place.

2                Camp Nenookaasi, because of a sense of community

3          and a constant drive towards pushing, encouraging,

4          strategizing, diligently working to help members leave

5          the encampment into positive outcomes, particularly

6          related to individuals that may be dealing with drug

7          use or mental health issues and there being a core

8          contingency of people that are encouraging people that

9          are the hardest hit by the opioid epidemic to seek a

10         better way of life is unique.

11               There's a sense of community that can coalesce

12         around any given encampment.  There's a sense of

13         identity that can occur that can -- may be related to

14         racial or cultural components.  It may be related to

15         substance usage.  It might be related to a particular

16         type of substance.  It might be related to geographical

17         area.

18               What is distinguishing about Camp Nenookaasi is

19         this core value system around collective Indigenous

20         values that I'm not, in any way, claiming to be an

21         expert about, but that has been explained to me and

22         then this -- this push to keep people safe and

23         encourage and in some cases literally, in the most

24         positive way possible, dragging people into

25         environments where they can get help for getting on

1      Suboxone, getting into a withdrawal management program,

2      getting into a housing program.

3   Q  Do you know or have any kind of idea on what percentage

4      of individuals that reside or have resided in

5      Camp Nenookaasi have some kind of drug/substance use

6      disorder?

7   A  I -- I don't.  It -- you know, drug use, like any other

8      subsector of the community, is a feature among some

9      parts of that community because of the -- the nature

10     of, again, impoverished, historically marginalized

11     communities where there is more open drug transactions

12     occurring, whether there's an encampment nearby or not.

13         Some of the encampments in East Phillips and some

14     of the more visible encampments that have been -- or

15     gatherings of people have seen higher concentrations of

16     drug use than some other -- than traditionally we've

17     seen looking back, you know, a decade, but also

18     relative to the totality of the number of people

19     experiencing unsheltered homelessness.

20  Q  And is Camp Nenookaasi one of those encampments that

21     you referenced that you -- you do see a higher rate of

22     drug use?

23  A  I would say it's -- it's drug use that is consistent

24     with other -- other locations or encampments amongst

25     that subset of people that are using drugs.  So there

1     is -- so, yes.  Drug use has been a feature of that

2     extended line of encampments.  Because there has also

3     been an element of -- maybe not because -- there's been

4     an element of accepting the reality that the Indigenous

5     community, the BIPOC community at large, has vastly

6     higher rates of overdose death rates than the general

7     population.  Depending on what study you look at, what

8     timeframe you look at, it's ten to one, fifteen to one

9     relative to white Minnesotans.

10         So the Native American community and the urban

11    Native American community has been particularly hard

12    hit.  And so it's a natural reality or outcome of that

13    larger epidemic at play and public health crisis that

14    it is showing up in the encampments.  And then there's,

15    again, an element of safety, support, and active

16    encouragement to seek alternative pathways that are

17    more in alignment with Indigenous values.

18  Q  So I know we talked about this a little bit earlier,

19    but I want to kind of circle back to this idea -- City

20    and the County's role when it comes to shelter services

21    and housing services.

22         What is your understanding of what the City's role

23    is versus the County's role as a direct service

24    provider?

25  A  From my -- from my perspective as a service provider?

1  Q  Correct.

2  A  In -- in what -- what particular aspect of homelessness

3     response?

4  Q  Let's start with shelter services, connection of

5     shelter services.

6  A  Well, shelters in Hennepin County are operated by

7     non -- nonprofits, and so -- and I'm -- I'm hedging a

8     little bit because I'm not sure.  Rescue Now, I think,

9     is probably officially a 501(c)(3), but I'm not

10    entirely certain.  And so the County and the City, in

11    varying degrees, support through financing.

12        The County, through its Coordinated Entry System,

13    Adult Shelter Connect, which is the -- functionally the

14    portal or entry point to get access to the shelter

15    system is operated by a nonprofit agency but is -- you

16    know, is part of the county system.  It gets pretty

17    Byzantine when you kind of get into the details.

18        There's a lot of overlap, and there are contracts

19    that have pass-through dollars from the City that go

20    through the County Office to End Homelessness.  So they

21    are both, in their different capacities, working to

22    support the shelter systems.

23 Q  Does the City directly operate shelter services to your

24    knowledge?

25 A  I am not aware that they directly operate shelters.

1    Q    Are you aware of a distinction between affordable

2         housing and the term deeply affordable housing?

3    A    Mm-hmm.

4    Q    And what is the difference?

5    A    Well, I would have to look up the specific functional

6         definition of what point AMI cutoff point is.  But

7         generally speaking, people talk about affordable

8         housing being 30 -- 30 percent or lower AMI, Area

9         Median Income; deeply affordable housing, depending on,

10        you know, whether your -- you know, again, I'm sure if

11        we were to dig into the -- talk about Byzantine -- but

12        if we dig into the HUD space that we're still able to

13        access in its current environment, there are definitely

14        definitions that exist.  But generally speaking, when

15        we talk about deeply affordable housing, we're talking

16        about, in the ballpark, 5 percent and lower AMI -- of

17        Area Median Income, or functionally zero because it's

18        all -- it would only be some form of public assistance

19        and not actually earned income.

20    Q    And are you aware, in your capacity as an expert on

21        this topic, on anything on -- on what the City is doing

22        to advance affordable and deeply affordable housing

23        options in Minneapolis?

24    A    I'm generally aware that the City -- and, again, that

25        was -- I'll say that collectively, whether it's council

1      members or the mayor or the administrative departments,

2      have put an emphasis on creating more affordable

3      housing and have made that a priority; and that's an

4      important element and component of, you know,

5      something, for instance, Mayor Frey is working towards

6      doing.

7           Unfortunately, we are in an environment where we

8      have such a deficit of deeply affordable housing in our

9      community that, even with the projects that are coming

10     online, we still run short of that.  And top of my

11     head, I don't have a statistic, you know, for that.

12          But there certainly are concerning numbers when

13     you -- when I hear them, when I read about them,

14     relative to the work that we do to try to get people

15     off the street.

16                MS. ENSLIN:  Okay.  I know we're, like,

17     coming up on a break, but -- a longer break -- but I

18     think I might be done.  Can we take like a five-minute

19     break -- is that okay? -- and then come back?  And

20     then, if I have more, we can, like, take another ten to

21     fifteen minutes or something.

22                But I just want to look through my notes and

23     then, you know, I -- I just think that we might be able

24     to wrap up.  Is that okay?

25                THE WITNESS:  Would you like to take ten so

1       you can get through your notes?

2                    MS. ENSLIN:  Five is fine, honestly.  I --

3       yeah.

4                    THE WITNESS:  All right.

5                    MS. ENSLIN:  I just -- I go through them as I

6       go.  So I just want to take a quick peek, see if

7       there's anything that -- anything that I didn't cover.

8       And then, obviously, I don't know if you guys have

9       questions or if you want to -- you know, we can break

10      longer then or whatever.  But I just want to get

11      everyone out of here if they're -- if we can release

12      people.

13                   MS. GLENN:  Yeah.  Thanks.  That's fine.  And

14      I can use the five minutes too to look at my notes.  I

15      think if we do have questions, there will just be a

16      couple.

17                   MS. ENSLIN:  Okay.  Let's -- why don't we

18      circle back at 2:15?

19                   MS. GLENN:  Great.

20                   (A recess was held at this time.)

21                   MS. ENSLIN:  Okay.  If we are ready to go

22      back online, I do not have any additional questions.

23      So, Mr. Tribbett, appreciate your time today.  Thank

24      you for sitting down with us.

25                   And then I'll turn it over to Claire or Kira

1           if you guys want to do questioning.

2                     THE WITNESS:  Thank you.

3                     MS. GLENN:  And I just have one housekeeping

4           question and four what I think will be pretty brief

5           questions.  So if folks want to take a longer break

6           now, we can do that; otherwise, I'm happy to just

7           proceed.

8                     MS. ENSLIN:  I'm fine to just proceed if --

9           if you are.

10                    MS. GLENN:  Okay.  Great.

11                    Okay.  So, first, just as a housekeeping

12          matter, do you have a preference on how Mr. Tribbett

13          would get you the documents that you requested for the

14          subpoena duces tecum?

15                    MS. ENSLIN:  On how he would get them to us

16          or --

17                    MS. GLENN:  Yeah.

18                    MS. ENSLIN:  Electronically is fine.

19          Whatever's easiest.  I'm guessing probably -- either I

20          can send a SharePoint that you can upload to or you

21          can, you know, send a Dropbox.  We're totally open.

22          But if there's a preference that we can facilitate, let

23          me know.

24                    THE WITNESS:  A SharePoint or something like

25          a Dropbox would probably be easier just because of the

1       size of the files.

2               MS. ENSLIN:  Okay.  Why don't -- I will have

3       our paralegal circulate a SharePoint to everybody

4       that -- with a link for you to just upload them into

5       the SharePoint so then everyone will have access with a

6       code.

7               THE WITNESS:  Great.

8               MS. ENSLIN:  Okay.

9               MS. GLENN:  Great.  Thank you.

10                      EXAMINATION

11  BY MS. GLENN:

12  Q   And then just a few brief follow-up questions for you,

13      Mr. Tribbett.

14          So Ms. Enslin asked you a few questions about, you

15      know, your sort of legal conclusions related to the

16      complaint and some various allegations.  I think, if I

17      remember correctly, for one of those discussions, you

18      mentioned that your opinions that you were sharing were

19      not as a legal expert but as sort of a lay person in

20      the legal realm with an expertise more in what you've

21      observed based on, you know, your expertise in the

22      context of unsheltered houselessness.  Am I remembering

23      that right?

24  A   I -- I believe so.  If you're referring to my -- any

25      statements that I made that were referencing the

1      legality or non-legality of property rights, I'm

2      speaking from my perspective as an expert in what I

3      commonly understand to be factual and accurate.

4    Q    Great.  Thank you.

5          And you're not purporting or holding yourself out

6      to be a legal expert in understanding the claims of

7      this case?

8    A    I am not in any way, shape, form, or capacity holding

9      myself out to -- to have that capacity.

10   Q    Okay.  Thank you.

11         And you mentioned, as well, the disruptions that

12     are caused by an eviction.  In your expertise, can you

13     explain a little bit more about what you mean or what

14     those are?

15   A    Sure.  Well, I -- it may have been actually one of the

16     Nenookaasis that was referenced, maybe Three or Four.

17     And, again, I don't have enough specificity about --

18     because these things happen so frequently.  I know in

19     that particular instance -- and this is a

20     representative story of a story I've heard many

21     different times.

22         But in this particular instance, we were

23     attempting to connect with an individual that we'd been

24     working with many, many months, who had an opportunity

25     to enter into housing.  And we had had some

1      difficulties keeping track of where the person was and

2      where they were located.  And the disruption that put

3      them completely off our radar for several weeks meant

4      that they lost that housing opportunity.

5          In most cases, housing opportunities are time

6      bound as an -- as -- as a structural element of the

7      Coordinated Entry System.  So when referrals go out,

8      there is a limited amount of time.  And I will --

9      because of my not being directly in the field working

10     on these pieces, I will say my -- my current

11     understanding is it's seven days.  But it's a very

12     tight turnaround time.

13         So we work with someone, a Street Outreach worker

14     does.  They complete an assessment.  They finally get

15     to the point where the person's feeling that they're

16     able to complete that.  We complete that.  We enter

17     that, and then we wait.  And then the person -- we

18     wait; we wait.  We get a referral.  The Coordinated

19     Entry System connects us to an agency that would be

20     actually housing that individual and finding them

21     housing.

22         The first element we have to satisfy is finding

23     the person and getting them to -- or getting that

24     housing provider to that person in the community.

25     Encampment disruptions disrupt every part of that

1    process.  And those -- because of the time-bound nature

2    of those referrals, if we lose track of someone, they

3    lose those opportunities to exit from -- from the

4    street.

5         There are many other things.  There's

6    another -- again, an anecdotal, like I -- it was

7    probably two -- approximately two years ago.  I just

8    remember it because it was quite frustrating.  We had

9    an individual that was an opioid user and was having a

10   lot of impacts both socially and healthwise and wanted

11   to finally transition to medically assisted treatment.

12   Our Street Outreach team is able to complete what's

13   called comprehensive assessments.  Those assessments

14   are assessments that allow people to gain access to a

15   variety of treatment programs, including medically

16   assisted treatment.

17        And in that particular case, we had followed that

18   individual -- I believe it was -- through three

19   different evictions, trying to complete that

20   assessment, losing touch with that individual, and then

21   not being able to find them later.  And, you know, with

22   the lethality of the substances that are in our

23   community right now, we know -- this is just a reality

24   within -- within the substance use disorder field, is

25   that when someone's ready, you need to execute in that

1    moment when they're -- when they're willing to change.

2        There are many instances where, you know, we've

3    had an HIV outbreak, which is -- I think at this point

4    been downgraded or no longer is considered an outbreak

5    status; but still, there's a high rate of HIV, again,

6    impacting Native Americans at a much higher rate.

7    There are several health care individuals that work, in

8    some cases, for county teams that are trying to keep

9    people connected to medication that have already

10   contracted HIV or are trying to keep them connected to

11   prep medication, which helps mitigate and prevent HIV

12   infection.

13       Encampment clearings disrupt those flows of

14   medication to those individuals.  There's many other

15   types of medication that people might be receiving

16   through street-based medicine, that they -- that those

17   flows are disrupted.  People who have trauma of PTSD

18   end up having -- reexperiencing that.  There have been

19   just numerous studies on the impacts of those on the

20   backside of that.

21       Overdose rates -- JAMA study had indicated -- it

22   was pretty extensive in the Jama Journal that --

23   J-A-M-A -- and that journal had found that the overdose

24   rates had increased in the wake of encampment

25   clearings.  And while there's correlation, and I cannot

1       speak to the fact that there's causation.  We have

2       had -- in the last couple months, we had three separate

3       overdose spike alerts, which in -- there's a baseline

4       level at which higher occurrences of overdose deaths

5       and then -- or interactions with emergency medical

6       institutions in the county trigger these overdose

7       spikes because we're seeing this increased rate.

8           They have all occurred since the two encampment

9       fires in the early part of this year.  And since that

10      time, there's been heavy policing that's been, you

11      know, documented by MPD directly about what they're

12      doing in the community to prevent encampments.

13      This -- again, I'm not trying to say there's direct

14      causation, but certainly what we're seeing is

15      that -- we're seeing these higher overdose rates in the

16      localities that we now know that people are

17      congregating, that have been forced out of those

18      locations.

19          Frostbite care, wound care, disruption of those

20      types of care, you know, the list really goes on and on

21      and on.  If our focus is trying to exit people into

22      positive outcomes, be that shelter, medical care,

23      substance use disorder care, or permanent housing, or

24      shelter, we disrupt those workflows every time there's

25      an eviction.

1 Q    Thank you.

2         I also wanted to ask you about, I believe -- and

3        correct me if I misheard you -- but I believe you

4        earlier said that City Outreach is less likely to go

5        into places than, for example, an Avivo Outreach team

6        or another nonprofit team.  And I'm just wondering

7        what -- if I'm remembering correctly, if you could

8        explain what you meant?

9 A    Yeah.  And I -- I mean, it's -- you know, we have to --

10       it's -- how we're defining City Outreach teams, what

11       we -- what we do find is that there have been times

12       that some of the community-based teams were more

13       willing to go into encampments when there were

14       flare-ups of situations, either in an encampment or in

15       the surrounding community, that demonstrated higher --

16       higher -- you know, could be violence that's occurred,

17       that there's -- not always, but there have been times

18       when our team or other partner teams that are from

19       other smaller agencies are the only teams that are

20       continuing to try to engage in these locations.

21 Q    And do you recall if that happened with any of the

22       Nenookaasi locations?

23 A    I can't say definitively whether or not that occurred.

24 Q    Thank you.

25 A    I would say what I've heard is during the time in which

1    Nenookaasi encampments have been in existence, those

2    reports have been returned to me.  And whether or not I

3    can -- I can't definitively say they were tied to those

4    specific encampments.

5  Q   I understand.  Thank you.

6        Do encampments increase the amount of crime or

7    criminal activity in the underserved or underresourced

8    communities that we've been talking about as opposed to

9    when unsheltered/unhoused people are dispersed?  Are

10    you aware of any -- anything that would indicate that?

11  A   Well, I think the underlying thing that's most

12    important to understand is that it's -- people that are

13    disempowered and don't have access to a safe

14    location are frequently the -- the victims of predation

15    and criminal activity and that encampments form.  And

16    an encampment like Camp Nenookaasi work very hard,

17    through direct reports that I've heard from, you know,

18    people that were supporting them from the community as

19    well as Outreach workers, to try to curb and prevent

20    predatory behavior to come into the encampments and

21    that there was frustration in that there were reports

22    of people -- what I would describe as, you know,

23    quasi-vigilante or harassing behavior and that police

24    were not called into those locations.  I've heard those

25    reports.  I don't have direct knowledge or experience

1    of them, but I've heard those reports.  And there was
2    frustration that police were not providing the same
3    level of care and protection, also recognizing that
4    there have been challenges for the police.  They're
5    challenging environments sometimes, but that's -- as
6    public servants, that's what we ask them to do, is to
7    go into challenging environments.  I will just say that
8    when encampments are dispersed, any issues that might
9    be related to them in terms of issues that are
10   problematic to the community members that may be
11   housed, that you could attribute to people experiencing
12   homelessness, just simply shift location; and that,
13   oftentimes, what is labeled as criminal activity, is a
14   direct result of the fact of not having a house.
15             MS. GLENN:  Thank you.  Those are all the
16   follow-up questions that I had.
17             Ms. Enslin, I'm not sure if you have more
18   questions.
19             MS. ENSLIN:  Nope.  I do not.
20             MS. GLENN:  Great.  Well, we'll keep an eye
21   out for the SharePoint.
22             And thank you, everyone, for your time.
23   Thank you, Kacie.
24             THE WITNESS:  Thank you.
25                       - - - - -

1      (The deposition of John Tribbett was

2  concluded at 2:30 p.m.)

3                    - - - - -

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE OF MINNESOTA

COUNTY OF CLAY                              CERTIFICATE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     I hereby certify that I reported the deposition of
John Tribbett and that the witness was by me first duly
sworn to tell the whole truth;

     That I was then and there a Notary Public in and for the
County of Clay, State of Minnesota;

     That the testimony was transcribed by me and is a true
record of the testimony of the witness;

     That the cost of the original has been charged to the
party who noticed the deposition and that all parties who
ordered copies have been charged at the same rate for such
copies;

     That I am not a relative or employee or counsel of any
of the parties or a relative or employee of such attorney or
counsel;

     That I am not financially interested in the action and
have no contract with the parties, attorneys, or persons
with an interest in the action that would affect my
impartiality;

     That the right to read and sign the deposition by the
witness was not reserved.


     WITNESS MY HAND AND SEAL this 4th day June, 2025.


_____
Kacie Elijah, Court Reporter
My commission expires January 31, 2029.

KACIE LYNN ELIJAH
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/29

| 0 |
| --- |

**00001** 1:2

| 1 |
| --- |

**1** 147:1
**10** 99:2 147:10
**10:40** 48:6
**11** 147:11
**1100** 116:8,17 124:6
**11th** 66:24
**12** 33:1 34:15 59:9 99:2 147:12
**120** 105:2
**12:50** 90:22
**13** 147:13
**137** 3:4
**13th** 62:17 91:5 125:4
**14** 147:14
**147** 3:5
**14th** 91:21 92:3 92:5 124:13 126:1
**15** 18:8 47:17 47:25 147:15
**16** 147:16
**16th** 115:21 123:18
**17** 147:17
**18** 124:20 147:18

**19** 147:19
**1986** 17:2
**1st** 123:22 124:11

| 2 |
| --- |

**2** 147:2
**20** 48:5
**2000s** 18:18
**2011** 17:11
**2014** 19:1 21:20 22:12
**2017** 20:6 35:12
**2018** 12:8 61:17 63:9
**2019** 8:18 14:7
**2020** 14:7
**2022** 12:25
**2023** 62:18 63:22 66:24
**2024** 62:19 64:14 72:24 116:11
**2025** 1:13 2:2 27:15 119:4 126:5 147:18
**2029** 147:23
**21** 35:12,13
**210** 2:12
**22** 1:13 2:2 112:18 147:22
**2213** 123:18

**23** 147:23
**2313** 62:17 91:5 125:4
**24** 1:2 64:13 123:23 147:24
**245g** 36:7
**25** 18:6 147:25
**25th** 124:12,18 125:1,20
**26** 18:7
**2601** 91:21 92:3
**26th** 92:5
**2839** 126:1
**28th** 116:8,17 124:6
**2939** 124:13
**29th** 116:11
**2:15** 135:18
**2:30** 146:2

| 3 |
| --- |

**3** 132:9 147:3
**30** 105:2 133:8 133:8
**31** 147:23
**31st** 123:22
**350** 2:12
**35w** 116:5
**36** 123:23

| 4 |
| --- |

**4** 3:2,3 64:14 147:4

**40** 56:1 90:14
**45** 90:14
**4th** 80:6 91:10 147:18

| 5 |
| --- |

**5** 33:1 34:15 133:16 147:5
**500** 87:12
**501** 132:9
**55407** 2:8
**55415** 2:13

| 6 |
| --- |

**6** 99:1 147:6
**60** 105:2
**60s** 35:25
**612.673.2180** 2:13
**651.343.4816** 2:8
**6th** 126:5

| 7 |
| --- |

**7** 147:7
**7040** 2:7
**7th** 125:1,20 126:2

| 8 |
| --- |

**8** 99:2 147:8
**80** 88:3

| 9 |
| --- |

**9** 147:9
**90** 72:25 105:2

**90s** 17:5
**9:08** 1:14 2:3

**a**

**a.m.** 1:14 2:3
**abandon** 75:15
98:11 99:17
**abandoned**
34:7 87:23
**abilities** 114:20
121:14
**ability** 16:16
19:17 24:8
42:2 68:6
86:18 109:8
110:16
**able** 5:4,14 8:7
10:3 28:14
31:5 33:14
35:20 43:20
60:23 75:16
80:2 81:10
92:16 101:7
102:25 105:4
108:1 109:13
112:3 115:3
121:15 133:12
134:23 139:16
140:12,21
**above** 11:14
**absence** 71:19
**absolutely**
45:23 49:17
85:6 104:12

122:9,9
**abstinence** 59:8
**abstinent** 60:6
**academic** 15:2
**accepting**
131:4
**access** 16:5,16
24:15 29:23
37:15 42:3
72:13 87:3
99:20 120:7,14
121:13 132:14
133:13 137:5
140:14 144:13
**accesses** 120:15
**accessibility**
16:13 40:12
**accessible**
40:15
**accountable**
19:24
**accumulation**
45:2
**accurate** 43:4
117:6 138:3
**acronym** 26:13
69:6,9
**action** 15:20
147:13,14
**actions** 43:22
**active** 17:12,13
17:14 24:14
25:6 49:6
70:17 131:15

**actively** 29:2
58:15 64:25
65:2 92:22
**activities** 33:11
57:24
**activity** 57:25
117:23 118:3
121:20 144:7
144:15 145:13
**acts** 70:17
**actual** 33:1
41:24 58:24
77:8 78:9
99:11 108:15
**actualizing**
59:15
**actually** 12:13
26:2,18,22
27:5 40:11
80:19 81:3
94:15 100:20
101:20,22
104:19 117:18
133:19 138:15
139:20
**acuities** 75:11
**acuity** 71:13
**acute** 28:4 75:4
79:25
**acutely** 61:18
70:3
**addition** 21:11
**additional** 12:5
68:6 72:25

73:9 99:15
135:22
**address** 8:11
19:16 24:20
28:10 35:4
39:16 63:1
70:19 92:2
103:10 104:20
115:22 116:16
**addressed**
70:19
**addresses**
28:23
**addressing**
59:23 71:13
114:9
**adequate** 42:24
43:1 83:20
88:15 102:3,4
105:10
**administered**
30:7
**administrative**
134:1
**admit** 121:25
**adrian** 50:15
51:2,13,16
52:8,9,11
78:16
**adult** 132:13
**advance** 82:5
99:24 100:11
133:22

**advanced** 17:1
**affect** 147:14
**affordable**
133:1,2,7,9,15
133:22,22
134:2,8
**african** 13:13
36:11 65:9
**africans** 13:13
65:9
**agate** 19:4
21:21 22:9
**age** 28:5
**agencies** 7:20
7:24 8:4 9:13
10:22,24 11:2
11:7,13 101:24
143:19
**agency** 19:3
35:23 64:25
132:15 139:19
**aggressive**
120:20
**ago** 4:8 8:17
14:22 17:4
95:22 140:7
**agree** 43:13
70:24,25 71:3
122:4
**air** 121:2,14
**al** 1:3
**alarm** 16:7
**alaska** 65:10

**albeit** 97:25
**alerts** 142:3
**algorithms**
44:24
**align** 15:21
**aligning** 112:2
**alignment**
15:16 131:17
**aligns** 101:21
**allegation**
43:16
**allegations**
119:12 137:16
**alleged** 94:13
**alleging** 42:24
**allow** 52:4
72:10 98:24
99:20 103:7
106:7 140:14
**allowable** 24:6
**allowed** 60:7
70:12 83:3,7
99:18 101:19
108:2,12
**allows** 90:6
109:5
**alternative**
71:18 72:11,13
131:16
**alternatives**
14:7
**alvin** 50:9
**american** 36:12
59:5 65:5,10

65:11 70:1
131:10,11
**americans**
13:13,13 141:6
**ami** 133:6,8,16
**amount** 16:6
75:10 82:13
90:3 98:10,21
101:9,13 104:9
111:25 118:2
122:7 139:8
144:6
**amounts** 28:8
**anecdotal**
140:6
**anger** 117:11
**another's** 11:19
**answer** 10:3
39:8 43:5,7
62:6 68:22
72:8 74:17
78:14 83:25
89:10 106:10
109:14 111:10
124:25
**answered**
124:8
**answering** 4:24
11:5 63:2
**answers** 5:3
**anticipate**
44:11
**anybody** 77:24
79:8 93:21

94:7
**anytime** 95:5
**apartment** 24:5
24:5,6
**apartments**
81:22
**apologies** 23:2
**apparent** 27:11
27:14,17
**appear** 6:16
**appearance**
2:16
**appearances**
2:5 61:21
**appearing** 2:2
2:10,15
**applebee** 54:1,5
**applied** 102:3
**appreciate**
135:23
**apprised** 44:25
**appropriate**
91:24
**approximate**
86:18
**approximately**
12:8 18:8 19:1
32:25 56:1
65:22 87:10
140:7
**architecture**
84:11
**area** 18:20
20:24 21:1

54:21 63:5
92:17 107:22
107:23 117:23
129:17 133:8
133:17
**areas** 5:21
16:19 40:6
44:24 108:11
108:22 118:4
121:22 123:1
**arisen** 108:20
108:21
**arising** 67:22
**army** 72:24
**arrange** 82:6
**arrangement**
39:24
**array** 25:7
**arrive** 77:1
**art** 53:1
**article** 15:3,9
15:10,19
**articles** 18:19
44:21
**artistic** 52:25
**artwork** 52:24
**asia** 18:20
**asian** 17:8
**asked** 5:7 20:16
38:16,17 44:5
44:5 79:11
115:17 124:8
128:9 137:14

**askenette** 53:11
**asking** 9:8,9
49:1 122:18
**aspect** 132:2
**aspects** 5:21
57:6 128:4
**assaulted** 76:1
76:2 115:5
**assembled** 95:6
**assessed** 111:23
**assessment**
26:12,17 27:10
139:14 140:20
**assessments**
28:13 140:13
140:13,14
**assistance** 30:1
133:18
**assisted** 58:25
78:9 114:5
140:11,16
**associate** 20:20
**assuming** 46:13
62:16 125:12
**asterisks** 51:10
**asylum** 17:18
17:21,22
**atomize** 71:20
**attempting**
138:23
**attempts** 28:6
**attendance**
89:7

**attorney** 4:9
17:16 147:12
**attorney's** 2:11
**attorneys** 2:7
2:11 8:20
147:14
**attornies** 14:1
**attribute**
145:11
**august** 62:18
**aunty** 112:18
**austin** 17:3
**authored** 14:25
15:2
**availability**
85:3
**available** 40:21
43:1,15 72:18
72:25 84:23
85:6 86:4
88:23 105:12
112:7,16
**avenue** 62:17
91:5,21 92:3
116:8,17
123:18 124:7
124:13 125:4
126:1
**avivo** 9:3 13:9
20:22,22 21:3
21:10 35:14,17
35:22,23 36:25
37:19,22,23
39:2,5,11,22

41:18 43:23,25
44:1 54:14,15
56:13,14,25
59:16 61:5,10
64:8 66:9
68:19 109:25
113:19 143:5
**avoid** 97:13
**aware** 41:16,20
42:13,15 46:4
61:18,23,25
62:7,7,12 66:7
66:12 68:22
70:3 71:8
72:16,23 73:1
89:20 93:24
96:11,19,21
98:5,7,7,10
104:2 106:15
106:19 115:13
120:18 122:10
132:25 133:1
133:20,24
144:10

**b**

**b** 101:2 114:19
122:16
**bachelor's** 17:6
**back** 4:18 12:8
21:18 29:13
30:21 32:14
43:8,10 47:23
47:24 48:4,5

60:25 79:3
85:9 86:11
90:22 107:19
110:3 112:10
125:3,6,6,21
130:17 131:19
134:19 135:18
135:22
**background**
16:23,24 18:3
**backside**
141:20
**backyard**
121:5,9,16,24
**bags** 98:2
**ballpark** 87:12
133:16
**ballparking**
88:6
**bar** 17:12,13
**barnes** 49:18
49:19,22
**barnes's** 49:24
**barriers** 28:8
**base** 21:3
**based** 6:2,4
8:25 21:13
26:4 35:1 38:2
38:20 57:12,22
59:8 61:21
71:22 75:9,19
81:6 83:14,15
85:3 86:5 87:7
93:8 95:3,14

101:20 107:2
109:15 110:9
114:23 123:24
137:21 141:16
143:12
**baseline** 142:3
**basic** 16:5
**basically** 18:15
**basis** 26:9
27:12 33:12
44:20 59:21
61:20 66:11
69:24 87:6
94:21 118:15
**batch** 93:19
**beacon** 10:6
**bear** 70:8
**bearings**
116:18
**bed** 29:6 85:3,8
85:9 86:10
88:21,23 89:5
**beds** 29:7,8,8
72:25 73:8
84:23 85:1,6
85:15 86:4,7,8
86:19 105:12
**began** 20:7
**beginning**
24:19 44:5
48:13 72:23
**behalf** 2:10,15
9:9 43:25

**behavior**
144:20,23
**behavioral**
18:16
**beings** 31:18
**believe** 4:12
6:18 8:5,17
12:8 20:2,6
31:11 35:25
46:8 50:10
72:19 77:7
78:1,9 89:19
89:21 91:15,15
92:5 94:10
95:19 96:19,20
122:14 123:24
123:25 137:24
140:18 143:2,3
**bell** 51:21
**belongings**
75:15 78:5
99:13
**benefits** 24:14
**best** 8:12,24
12:2,12 13:9
13:16,20 15:11
15:22 23:20
33:1 35:1
38:20,20 41:9
51:1 52:12
53:13 54:7
66:19 68:2
77:7

**better** 14:3
39:25 74:12,15
104:7 129:10
**beyond** 41:4
83:23 103:11
**big** 108:16
114:6
**biggest** 70:8
**bipoc** 13:14
36:9 131:5
**bit** 7:24 12:6
16:23 18:3
21:19 22:8
23:1,5 32:17
32:21 47:16
48:24 63:4
90:12 98:1
131:18 132:8
138:13
**black** 36:11
65:6,7,8,10
**body** 74:16
**bonfire** 121:6
**boulders**
108:10
**bounce** 30:21
**bound** 139:6
140:1
**boundary**
83:12
**boundless**
103:22
**bowl** 20:10
32:22

**box** 2:7
**branch** 8:16
**break** 47:18,21
  90:13 134:17
  134:17,19
  135:9 136:5
**bridge** 34:8
**brief** 136:4
  137:12
**briefly** 4:13
  80:7
**bring** 26:15
  75:16,18 82:14
**bringing** 12:10
  12:13
**broad** 11:9
  51:5 95:13
  106:9
**broadly** 32:22
  127:15
**broke** 72:6 91:3
**brought** 40:10
  42:14 57:6
**brown** 65:6,8
**brunt** 70:9
**building** 34:8
**buildings**
  122:11
**built** 26:6
**bus** 76:10
**business**
  122:15 127:5
**butcher** 50:9
  50:13

**byzantine**
  132:17 133:11

**c**

**c** 132:9
**calculation**
  75:18 76:5
**calculations**
  114:23
**call** 15:20
  57:16 61:8
  116:7 120:17
  121:9 125:9
  126:3
**called** 10:14
  26:12 140:13
  144:24
**calling** 125:15
**calls** 121:6
**camp** 61:24
  62:2,5,7,13,15
  64:1 79:12
  85:17 87:21
  91:7,10,20
  92:7 94:7,8
  99:25 122:21
  126:14,17,21
  127:3,13,18,20
  128:2,5 129:2
  129:18 130:5
  130:20 144:16
**canada** 26:20
**cap** 79:21

**capable** 99:13
**capacities**
  114:20 132:21
**capacity** 1:6
  6:12,14 10:8
  11:3,4,6 16:13
  19:18 20:9
  21:10 42:9,10
  42:19,20 44:12
  49:17 50:22
  53:16,22 54:20
  60:19 61:20
  73:4 82:12
  93:4 99:19
  100:24 103:21
  105:4 113:15
  133:20 138:8,9
**captured** 87:1
**car** 34:7
**care** 12:10
  24:16,16 25:23
  27:1 28:15
  34:23 35:2
  55:8 60:1
  79:24,25 92:23
  114:4 122:12
  141:7 142:19
  142:19,20,22
  142:23 145:3
**career** 35:18
  36:2 37:6,16
**caring** 80:23
**carry** 81:10
  82:13 90:4

**carrying** 81:3
  99:12
**case** 1:2 5:25
  6:20 13:1,6
  16:12,21 19:2
  19:6,9,10
  21:20 22:9,11
  22:12 25:6,16
  29:13,16,17
  30:5,16,20,23
  30:25 31:8,8
  35:3 36:14
  42:11 45:8,16
  48:25 49:17
  53:17 54:6
  56:2 89:6 93:5
  103:22 127:12
  127:15,17
  128:11 138:7
  140:17
**cases** 17:19,20
  17:21 20:1
  23:20 30:17
  31:12 102:22
  113:17 129:23
  139:5 141:8
**casual** 8:14
  52:13
**causation**
  142:1,14
**caused** 138:12
**cdc** 15:11,21
**center** 106:18
  106:19

central 21:12
56:17
certain 51:19
70:5 74:21
77:10 80:15
95:1 132:10
certainly 8:8
26:14 50:22
68:13 85:16
112:6 134:12
142:14
certainty 64:16
99:7
certificate 3:5
147:2
certify 147:4
challenges
118:9,9,10
145:4
challenging
97:25 102:23
109:20 145:5,7
chance 53:11
change 35:16
80:9 141:1
chaotic 102:20
charge 67:15
charged 147:9
147:10
check 6:17
chemical 24:1
36:6 37:6
65:17

cheryl 1:3 49:4
chief 118:19
choices 59:12
choose 24:20
82:3 85:11
89:3 114:13
choosing 58:22
chou 20:3
christin 68:15
chronic 23:4,4
23:9 25:10,17
28:4,10 112:12
chronicity
23:25 26:2
chronologica...
12:24
circle 131:19
135:18
circulate 137:3
circumstances
81:24 110:9
city 2:11 6:6
9:1,13 10:18
14:6 34:20
38:12,14 39:6
39:9,21 40:22
41:17 42:20
43:14 61:12
66:16,20 67:1
67:3 70:10
76:16 77:25
78:2 80:23
84:12,22 92:18
93:21,22 95:20

106:5,6,15
107:22,23
108:24 109:9
109:21 110:1
110:10 111:13
111:21 120:13
121:2,5,8
128:23 131:19
132:10,19,23
133:21,24
143:4,10
city's 39:10
40:8,14 131:22
civil 13:3,4
38:13
claim 43:14,21
claiming
129:20
claims 42:13,15
42:16 48:25
52:3 138:6
claire 2:9,9 7:2
44:9 47:18
135:25
clarification
5:9
clarify 7:25 9:8
10:23 54:14
72:7 78:11
clarifying 7:9
clarity 74:5
class 103:15
clay 147:2,6

clean 120:15
clear 4:22 5:1
15:11 19:20
27:19 31:16
39:1 78:19
80:9,17 83:2
84:9 93:3
105:5 108:10
109:2,6 124:24
cleared 80:11
124:4 128:22
clearing 64:12
64:19 85:19
clearings 62:9
141:13,25
clearly 10:4
69:25
clerk 18:25
client 50:19
climate 2:6
climatedefen...
2:9
clinic 36:13
close 72:5,9
84:16 88:2
116:18 117:17
closed 62:18
64:14 70:22
71:2,15 80:18
84:24 88:15
91:9 108:9
111:14 116:1
124:18

**closely** 10:15
10:17 34:23
110:6
**closer** 50:19
116:4
**closing** 80:6
100:1
**closure** 62:20
65:20 69:14
71:11,19 72:16
76:21,23 77:2
77:8,12 81:14
85:24,25 86:22
87:18 96:18,22
98:6,14 99:6,9
99:11 100:15
100:19 101:1,6
104:10,22
105:17 115:19
123:19 124:19
125:13,14
126:3
**closures** 80:16
122:22,24,25
123:1 124:22
**clothe** 98:3
**cloud** 56:17
**coalesce** 129:11
**coalescing**
67:24
**coalition** 12:9
**coc** 59:25 60:1
**code** 39:15
121:16 137:6

**cognitive** 18:10
**cohesiveness**
128:16
**cold** 29:4 73:10
74:17 75:15,16
76:9 86:23
98:1
**colder** 73:4
85:4
**coldest** 86:21
**collaborate**
8:10
**collaboration**
9:15 10:20,21
12:10
**collaborative**
9:10 11:19
**collaboratively**
110:11
**colleagues**
11:10
**collection**
110:17
**collective** 26:25
81:5 129:19
**collectively**
110:11 128:8
133:25
**college** 17:3
**color** 27:7
**combinations**
76:3
**come** 6:19
11:17 38:5,18

47:23,24 48:4
48:5 53:24
72:18 80:11,20
81:8 85:21
88:4 90:22
134:19 144:20
**comes** 5:20
11:12 44:18,19
45:18 58:17
61:4 114:7
131:20
**coming** 23:18
28:20 32:5
72:22 73:9
78:25 79:3
127:11 134:9
134:17
**commencing**
2:3
**commercial**
122:11
**commission**
147:23
**common** 12:15
69:6 73:1
79:14 83:15
93:19 97:14
128:5
**commonly**
138:3
**communal**
128:15
**communicating**
79:14

**communities**
13:14 27:7
36:11,12 65:7
65:9 70:6,13
70:17 108:2,4
108:5,13 119:7
130:11 144:8
**community**
5:18,18,20
7:22 9:11
12:14,18 14:14
16:7 17:3
20:18 21:24
22:1 24:13
25:8 36:16
42:5 44:1,19
45:20 58:16
59:5,20 60:3,4
60:5,11,15,16
60:20,21 61:2
61:11 64:7
66:4 67:24
68:4,15 69:5,6
69:19,22 70:1
70:2 71:4,5,8
71:11,21 76:20
79:12 83:14,17
84:17 90:2
94:18 96:6,13
96:14 97:7
101:25 103:13
104:8 105:9,14
105:18,24
108:9,23

110:14 115:14
117:5,7,10
118:16 120:1,4
120:25 128:13
128:15 129:2
129:11 130:8,9
131:5,5,10,11
134:9 139:24
140:23 142:12
143:12,15
144:18 145:10
**comorbidities**
13:11 23:25
57:16 65:13
**companies**
120:18
**company** 10:10
**compensation**
6:21
**complained**
119:21
**complaint**
42:11,12 44:6
44:8 45:13
46:19 51:14
122:15 127:17
137:16
**complaints**
96:5 120:18
122:10
**complete** 17:9
122:16 139:14
139:16,16
140:12,19

**completed** 17:6
**completely**
139:3
**complex**
105:23
**complexities**
13:11 38:1
**complexity**
74:19 114:16
**complicated**
95:5
**component**
27:23 134:4
**components**
27:19,25
129:14
**comprehensive**
140:13
**comprised**
64:24
**concentrated**
118:5,6
**concentration**
69:19
**concentrations**
130:15
**conceptual**
57:20
**concern** 94:11
95:2,10 117:24
119:17 121:1
121:21 122:7
**concerned**
20:13 40:16

41:23,25 42:6
96:15 117:16
117:22
**concerning**
121:5 134:12
**concerns** 6:7,8
40:19 49:11,12
65:14 70:12
76:13 94:17
117:4,7,25
118:1 119:9,14
120:1
**concert** 110:1
**conclude** 105:8
**concluded**
146:2
**conclusions**
137:15
**conclusive**
101:14
**conclusively**
50:17 51:3,15
79:7 105:21
115:21,24
**concurrently**
17:24
**condensed**
75:11
**conditions**
102:19
**condoms** 58:18
**conference**
12:20 13:1

**conferences**
89:8
**confidential**
40:18,24
**confined** 98:22
**confirm** 48:23
68:13 86:3
**conflict** 6:3,4,7
**congregate**
95:11 96:1
115:4 123:10
**congregating**
142:17
**conjunction**
121:17
**connect** 25:7
31:5 97:8
111:3,7 132:13
138:23
**connected**
24:13 80:2
141:9,10
**connecting**
24:25
**connection**
37:17 79:24
118:24 132:4
**connections**
92:23
**connects**
139:19
**consequences**
41:11 73:24
119:19 120:9

**consider** 7:18
113:24
**considered**
26:1 34:2
62:23 87:24
141:4
**consistency**
128:10
**consistent**
130:23
**consistently**
76:18
**consortium**
101:23
**constant** 129:3
**constantly**
44:24 93:25
**constructively**
101:23 105:16
**consult** 11:3
**consultation**
7:20
**consultations**
7:23
**consulted** 8:4
11:3,13
**consulting**
10:24 11:7
**consumed**
93:20
**consuming**
95:6
**contact** 112:4

**contagious**
94:11 95:1
**context** 7:8 9:4
9:10,15 16:22
21:7,16 46:24
115:14 137:22
**contexts** 7:7,15
7:19 10:21
**contextualized**
14:3
**contingency**
129:8
**continually**
103:24
**continue** 76:8
80:3 92:16,21
103:14 104:3
105:4,13
115:10
**continued**
124:1
**continues**
43:25 101:4,5
**continuing**
8:21 116:2
126:10 143:20
**continuous**
22:21 23:11
36:22
**continuum**
25:23 27:1
28:15 31:10,20
31:22 37:9
55:8 57:13

58:19 60:1
**contract** 11:16
30:3 147:14
**contracted**
141:10
**contracts** 26:4
132:18
**control** 75:7
**conversation**
40:7 51:4
53:24 79:11,16
112:11
**conversations**
8:14 51:24
52:11,13,22,22
77:20 94:6
106:19 109:23
**conversely**
109:4
**coordinated**
22:24 25:24,24
27:13 37:4
55:8,17 59:25
110:17 111:22
132:12 139:7
139:18
**copies** 13:9
147:10,10
**core** 129:7,19
**corner** 103:12
**corporation**
127:4
**correct** 5:25
6:1,13,21,22,25

7:16 14:19
16:17 21:19,22
25:2,3,11,12,18
29:17 33:18,19
34:5,14 35:15
37:8,18 41:18
41:19,21 44:17
46:15 49:14,14
49:23 50:8,14
53:18 54:15,16
56:12 62:6
63:3 66:11
86:9 96:13
98:15,15 100:5
100:12 113:11
114:12 117:3
122:2 125:17
132:1 143:3
**correctly** 24:24
25:15 53:12
137:17 143:7
**correlation**
141:25
**corresponden...**
94:2
**corridors** 116:5
**cost** 147:9
**costs** 103:14
**council** 9:2
14:6,15,17,19
14:20,23,24
30:2 78:2
133:25

counsel 7:3,4
46:13,24 47:9
147:11,12
count 32:6 87:7
87:7
countless 71:24
country 14:12
26:18 38:21
59:23
counts 87:15
county 9:13
10:16,17 17:17
18:24 19:14
26:5,11,22
27:2,3 28:9,17
28:22,25 29:1
29:11 30:7,11
32:1 33:6
34:20 37:24
38:14,25 39:6
59:24 73:2
80:24 86:10,17
95:19,23
109:21 110:1
110:10 111:13
111:21,22
112:6 132:6,10
132:12,16,20
141:8 142:6
147:2,6
county's 28:14
131:20,23
couple 4:13
21:19 135:16

142:2
course 77:6
court 1:1,25
5:4 14:4 17:20
18:24 19:13,14
19:14 20:1
22:2,25 44:22
55:14,17 63:13
63:16 90:24
147:22
covenants
70:16
cover 135:7
covered 123:15
covid 15:6 16:1
38:12 95:15
crabtree 68:15
crack 104:16
crazy 86:23
create 67:24
68:16 80:3
103:16 104:6
121:15
created 26:18
38:10,13,23
70:20 118:7
creates 83:9,11
creating 18:16
26:9 34:25
134:2
crime 76:16
144:6
crimes 19:16

criminal 19:21
19:25 117:22
118:3 144:7,15
145:13
criminality
118:10
crisis 29:2
95:16 131:13
crisises 119:18
cross 92:4
crossed 51:6
crossing 84:7
crossover
110:21,22
cuff 8:8
cultural 59:3
129:14
culture 8:19
13:25
curb 144:19
current 10:5
22:23 26:21
56:8 133:13
139:10
currently 5:17
10:13 21:1
36:1 54:15
55:2
cursorary
52:18
cutoff 133:6
cutting 108:10
cv 1:2

## d

d 3:1 63:15
69:9
daily 44:20
dalia 2:17
dams 58:17
dashboard
86:12
dat 86:12
data 28:19 32:7
87:1 110:17
112:5
database 86:10
date 64:12
65:24 77:1
80:9,15,19,20
99:25,25
100:19 104:13
dates 12:4 20:7
39:12 80:9,17
81:6 100:15,17
dawn 104:16
day 22:15,15
32:19,19 33:12
33:12 77:8,9
77:11,15,16,16
78:3 80:10
81:8 85:18
88:3 89:10
98:25 99:9
100:11 102:8
102:13,13
111:15 121:7

123:16,17
147:18
**days** 12:16
37:12 99:8
104:15 105:2
139:11
**de** 101:3
**deadline** 98:12
98:16
**deadlines**
104:11
**dealing** 20:10
60:8 65:12,17
75:4 95:25
102:16 119:10
129:6
**deanthony**
49:18,19
**death** 16:10
58:21 131:6
**deaths** 65:3
142:4
**decade** 51:7
87:12 130:17
**december**
64:13,19
**decision** 27:3
75:14
**decisions** 44:23
74:20 81:16
108:21
**decisively** 46:4
**declaration**
49:13 50:1,7

50:12
**declarations**
45:8,9,10,14
46:6,18 47:6
**decriminalize**
14:9
**deemed** 32:2
**deeper** 89:14
107:9,9
**deeply** 103:10
118:12 133:2,9
133:15,22
134:8
**def** 33:21
**defecate** 120:5
**defecating**
119:24
**defendant** 1:7
2:15 4:9
**defense** 2:6
17:17
**deficit** 134:8
**define** 127:1,2
**defined** 80:9
91:4 127:6
128:5
**defining** 143:10
**definitely** 51:9
64:18 69:2
99:4 124:25
133:13
**definition**
11:12 25:10
33:4,18,20,21

33:23 34:3,12
102:11 112:12
112:13 133:6
**definitional**
25:20 30:10
**definitionally**
22:20 23:10,22
**definitions**
133:14
**definitively**
83:18 143:23
144:3
**degree** 16:4
17:6,9 67:24
95:20 114:16
**degrees** 74:19
117:9 132:11
**delays** 18:10
**deliberate**
120:12
**demonstrated**
143:15
**density** 38:3
**dental** 58:17
**denver** 12:19
**department**
8:23 10:25
13:18 63:17
88:6 93:23
**departments**
67:1,3 134:1
**depending**
32:25 33:7
81:23 83:10

110:23 112:10
131:7 133:9
**depends** 101:11
111:9
**deposition** 1:11
2:1 4:11 44:7
44:10 47:4,11
48:13,21 91:22
125:10 126:4
146:1 147:4,9
147:16
**depositions**
48:15
**describe**
144:22
**described** 6:5
8:5 9:22 16:22
64:2 119:19
**describing** 13:4
**design** 38:19
**designate** 40:17
**designated**
106:6
**designed** 19:15
21:5 22:18
23:13 25:5
30:14,16 37:25
38:6,9 57:10
**designing**
35:20
**desire** 69:18
**desires** 114:20
**desperate** 97:2

**desperation**
  97:10
**destroyed**
  116:10 126:6
**destruction**
  101:6
**detail** 52:2
**details** 125:24
  126:9 132:17
**determination**
  100:8
**detrimental**
  42:3 45:22
  73:23 79:23
**developing**
  34:25 92:15,15
**development**
  35:18 39:5,11
  56:16
**developmental**
  18:9
**devices** 99:15
**difference** 82:8
  102:14 126:16
  126:18,19
  133:4
**different** 9:1
  10:19 27:10
  29:19,25 30:1
  30:4 34:21,22
  45:19 56:10
  57:2,20,21
  62:1 67:1
  71:11,21 89:21

91:11 99:12
100:16 106:20
110:3,9,9
117:9 120:13
127:20 128:2,2
128:19 132:21
138:21 140:19
**differently**
  117:3 121:21
**difficult** 84:13
**difficulties**
  139:1
**dig** 21:18
  133:11,12
**diligently** 129:4
**direct** 38:11
  50:19 54:8
  56:23 57:2
  64:23 65:23
  77:6 79:15
  93:4 131:23
  142:13 144:17
  144:25 145:14
**direction** 5:23
  8:1
**directions**
  99:12
**directives**
  15:11 92:20
**directly** 10:3
  12:13 37:2
  39:4 51:23
  55:10,19 61:8
  61:12 66:2

68:10 69:4
73:7 93:24
95:20 118:24
132:23,25
139:9 142:11
**director** 20:21
  20:25 21:1
  54:15,21 56:24
  61:10
**directors** 68:20
  69:10 70:21
**disabilities**
  18:10
**disagree** 71:3
**disclaimer** 51:5
**discloses** 44:15
**disclosing**
  40:20
**disclosure**
  44:15 45:13
  46:21,21
**disclosures**
  44:13,14
**discussed** 94:4
  118:19
**discussions**
  94:8 137:17
**disease** 58:15
  94:11 95:2,9
  95:11,17,24
  96:1,16
**disempowered**
  144:13

**dislocated** 36:4
**disorder** 28:3,4
  59:1 60:9
  65:15,15 79:25
  113:24 130:6
  140:24 142:23
**disorders** 18:11
**disorganized**
  81:1
**dispar** 27:22
**disparately**
  13:14
**disparities**
  13:12 27:5,23
  36:9 65:3
  118:5
**dispersed**
  144:9 145:8
**dispersement**
  123:8
**displaced**
  111:16
**dispose** 75:20
  81:9 120:4
**disposed** 81:25
  82:3
**disrupt** 139:25
  141:13 142:24
**disrupted** 97:8
  141:17
**disruption**
  139:2 142:19
**disruptions**
  138:11 139:25

**disruptive** 79:19

**distinct** 31:17 128:17

**distinction** 133:1

**distinguishes** 126:21

**distinguishing** 129:18

**district** 1:1,1 89:17

**division** 20:25 21:2,16 36:2,2 36:6,17,18,19 36:23 37:6,7,8 37:16,17 57:7 59:19

**divisions** 36:1

**divorce** 30:18

**document** 35:11 46:5

**documented** 28:1 142:11

**documents** 42:21 45:12,15 45:17,25 46:10 46:11,12 136:13

**doing** 4:15 18:16 52:16 77:21 93:4 133:21 134:6 142:12

**dollars** 132:19

**door** 76:19

**doorway** 34:9

**doubt** 68:24 69:5

**downgraded** 141:4

**downtown** 20:11 89:17

**dozen** 64:5,6 65:20 77:4

**drafted** 46:23

**dragging** 129:24

**drawn** 40:4

**drive** 129:3

**driven** 59:12

**dropbox** 136:21,25

**dropping** 103:15

**drug** 38:8 57:10,13,14,23 58:6,8,9 60:2 60:11,14,20 70:10 118:15 119:9,9,10,10 119:15,15 129:6 130:5,7 130:11,16,22 130:23 131:1

**drugs** 130:25

**duces** 136:14

**due** 23:6 61:14

**duly** 3:2 4:2 147:4

**duplicative** 110:22

**duration** 79:1

**duties** 22:8,14 32:19 77:7

**dynamic** 32:9 78:24 105:1,8 126:24 128:7

**e**

**e** 3:1

**earlier** 13:24 77:16 78:16 100:13 107:19 114:12 117:1 131:18 143:4

**early** 17:5,5 18:18 72:25 77:9,11,16 142:9

**earned** 133:19

**easier** 109:2,17 136:25

**easiest** 136:19

**easily** 103:18

**east** 13:13 62:14 63:5 64:2 65:9 70:2 70:15 116:3,8 116:17 124:7 130:13

**ecosystem** 11:18

**ect** 1:2

**ecw** 1:2

**education** 8:21 16:24 17:1

**effective** 8:13 28:11 35:6 59:14 104:11

**egregious** 65:5

**eight** 122:5

**either** 5:8 7:1 9:2 10:12,12 12:22 34:19 37:2 50:10 60:22 79:5 101:15 102:23 111:13 119:23 136:19 143:14

**elderly** 102:19

**elected** 5:20

**electronically** 136:18

**element** 59:21 112:2 117:14 131:3,4,15 134:4 139:6,22

**elements** 38:19 44:8,21 45:2 46:23 76:16 84:12 87:1,17 97:2 105:24 107:15,16 117:15

| | | | |
|---|---|---|---|
| **eligibility** 112:14,15 | 63:7,11,21,24 64:3,20,23 | **encampments** 9:4 12:1 15:1 | **encourage** 129:23 |
| **eligible** 112:25 | 66:1,3,5 67:1,4 | 38:11 52:6 | **encouragement** |
| **elijah** 1:25 | 67:6,9,11,17,22 | 56:4 61:6,9,11 | 131:16 |
| 147:22 | 68:5,7 69:21 | 61:13,15,24 | **encouraging** |
| **email** 79:15 | 72:5,6,11 73:8 | 62:11 66:8 | 129:3,8 |
| **embedded** | 76:7,14 77:18 | 67:16,19 70:11 | **enforcement** |
| 103:11 | 78:17,22 79:19 | 71:24 76:11,15 | 78:3 82:18 |
| **emerge** 105:15 | 80:6,8 81:4,9 | 78:24 80:22 | 88:14 99:2 |
| **emerged** | 81:13 85:2,7 | 81:20 88:17 | 101:1 104:15 |
| 128:21 | 86:5 87:18 | 94:12 95:3 | 109:17 |
| **emergency** | 88:14 91:5,9 | 104:5,8 105:14 | **engage** 33:12 |
| 13:6 21:2 | 96:6,17 97:3 | 105:18 107:21 | 90:9 92:21 |
| 36:21 37:23 | 97:23 103:8 | 107:22 108:1,7 | 104:9 112:21 |
| 38:2 54:24 | 105:3,7,9,21 | 110:8,15 | 143:20 |
| 55:25 56:11 | 106:1,2,7 | 117:10 118:15 | **engagement** |
| 95:22 142:5 | 107:6,10,12 | 118:20,23,25 | 104:21 112:7 |
| **emergent** 67:20 | 108:18 109:5,6 | 119:2,4,7,12,14 | **enhancing** 27:5 |
| **emerging** 56:18 | 111:3,14 | 121:25 122:3 | **enslin** 2:14 3:3 |
| 56:20 105:18 | 115:10,15 | 123:7,11 124:2 | 4:6,8 17:23 |
| **emphasis** 134:2 | 116:1,22 117:5 | 126:11,12,17 | 22:6 24:23 |
| **employee** 95:8 | 117:7,8,19,22 | 126:17 127:14 | 41:15 43:5,8 |
| 147:11,12 | 119:21,22 | 127:15 128:6 | 43:12 44:3 |
| **employees** | 120:2 121:1 | 128:17 130:13 | 47:15,22 48:1 |
| 56:25 | 122:11,16 | 130:14,20,24 | 48:4,8,11 |
| **employment** | 125:25 126:8 | 131:2,14 | 55:24 63:19 |
| 21:23,25 36:2 | 126:21,22 | 142:12 143:13 | 69:8,12 74:8,9 |
| 37:6 | 127:21 128:3 | 144:1,4,6,15,20 | 83:4,25 84:2 |
| **en** 66:10 | 128:18,25 | 145:8 | 90:11,16,18,21 |
| **encampment** | 129:5,12 | **encounter** | 90:25 91:2 |
| 34:9 41:11 | 130:12 139:25 | 88:25 115:9 | 134:16 135:2,5 |
| 42:1 49:25 | 141:13,24 | **encountered** | 135:17,21 |
| 51:25 52:15 | 142:8 143:14 | 89:1 115:12 | 136:8,15,18 |
| 53:3 62:5,21 | 144:16 | | 137:2,8,14 |

145:17,19
**ensure**  15:12
15:23 28:7
29:7,23 71:17
92:16 120:14
**ensuring**  24:14
57:5 80:2
**entail**  32:23
**entailed**  32:19
**enter**  24:8
33:14 76:9
85:11,14
114:10 138:25
139:16
**entering**  12:23
24:21 37:10
42:6 101:16
**enters**  113:19
114:1
**entire**  54:17
**entirely**  51:19
132:10
**entities**  109:6
109:21
**entity**  26:25
127:5
**entry**  22:24
25:24,24 27:13
37:4 55:8,18
59:25 110:17
111:22 113:13
132:12,14
139:7,19

**environment**
87:19 113:14
127:7 133:13
134:7
**environmental**
118:9
**environments**
31:13 35:8
115:6 118:8
129:25 145:5,7
**epidemic**  129:9
131:13
**epidemics**  38:8
**episodes**  22:22
23:11
**equitable**  26:2
**erected**  123:18
**especially**  5:1
85:4
**essentially**
24:25
**established**
61:15
**et**  1:3
**ethical**  26:8
**evasive**  51:18
111:11
**evening**  85:19
**event**  20:11
**eventually**
20:20 105:7
113:15 114:10
114:22

**everybody**  4:17
137:3
**evict**  81:8
104:16
**evicted**  14:11
56:3 71:24
82:10 88:3
103:4 127:17
**eviction**  64:20
79:23 81:4
93:12 98:8
104:20 138:12
142:25
**evictions**  16:15
41:12 42:1
45:20 62:10
79:20 80:8
96:23 97:23
98:19 100:16
140:19
**evidence**  8:25
38:20 57:12,22
**evolving**  81:1
**exact**  112:5
**examination**
3:3,4 4:5
137:10
**examined**  4:2
**example**  105:2
110:25 143:5
**examples**  9:24
**exceedingly**
97:14

**exclusively**
128:14
**excuse**  6:23
113:22
**execute**  140:25
**exist**  40:14
107:16 133:14
**existed**  62:2
68:2 78:22
**existence**  16:13
40:13 144:1
**existing**  106:1
106:2
**exit**  12:21
13:17,22 19:17
21:6 24:4
33:13 38:1
55:9,18 68:7
71:25 80:4
113:2 140:3
142:21
**exited**  10:13
19:7
**exiting**  19:11
35:8 37:10
**expand**  80:7
**experience**  9:21
17:1 18:7
19:18 22:15
32:4 41:9
44:18,18 45:19
45:21 56:3
60:2,13,15
67:18 71:18,23

75:19 76:12,23
76:25 80:12
81:5 82:2
83:15 86:6
88:10,17,25
89:6 94:12
95:3 101:4
109:12,15,24
114:23,24
144:25
**experiences**
49:9,25 50:6
50:13 51:14
53:16 54:4,11
61:3
**experiencing**
12:22 15:4,13
16:8 20:14
22:3,19 25:17
26:3 27:22
30:8,13 31:11
33:5 38:8 52:5
61:22 71:14
75:3 82:11
83:14 85:18
89:15 97:15
100:21 130:19
145:11
**expert** 5:24 6:4
6:20 7:6,7,8,13
7:15,19 8:6
9:22 11:3,4,6
16:11,20 40:12
40:25 41:5,13

41:25 42:10
44:15 45:16
46:21 74:10
76:12 127:25
128:1 129:21
133:20 137:19
138:2,6
**expertise** 11:8
11:9,17,20
35:19 40:4
42:8 44:17
45:1,18 52:4
56:2 61:21
70:3 71:23
81:6 83:23
107:3 137:20
137:21 138:12
**expires** 147:23
**explain** 28:14
29:19 138:13
143:8
**explained**
129:21
**exposure**
119:15
**extended** 23:24
31:24 78:22
131:2
**extension** 10:20
**extensive** 26:11
141:22
**extent** 5:7 9:21
9:23 54:5

**external** 38:5
**extreme** 108:6
119:5
**extremely** 75:6
84:12 88:7
111:19 117:16
**extremes** 73:22
**eye** 145:20

**f**

**face** 43:13
53:22 65:3
**facilitate** 95:11
136:22
**facilitated**
67:16
**facilitating**
22:16 67:15
**facility** 89:18
89:23
**facing** 13:12
86:9
**fact** 15:17
26:20 31:25
57:17 75:9
87:24 95:14,25
98:10 100:21
100:22 101:5
103:13 116:21
117:12 142:1
145:14
**facto** 101:3
**factor** 100:10
106:3 112:2

**factors** 24:21
27:25 28:6
105:25 107:25
**factual** 138:3
**factually** 119:3
**fair** 26:2 49:21
50:5,11 51:12
53:15 54:3
**fairly** 15:17
77:9
**fall** 8:5 18:4
34:2,12 36:1
104:3 125:7
**falling** 15:17
**false** 111:19
**familiar** 29:15
49:6 50:16
51:3 53:15,20
54:2 62:1
69:13 91:23
92:6 93:13
116:11 117:21
117:24 119:20
122:12 126:7,7
**family** 18:24
22:1
**far** 9:17 40:19
83:23 86:11
**fault** 56:21
**fear** 14:10
**feature** 130:8
131:1
**features** 107:11
108:11

**february**  116:9
  116:11 123:22
**fed**  44:23
**federal**  15:18
  15:22
**feel**  74:23 75:6
  75:13,22 76:5
  86:6 97:1
  115:15 123:14
**feeling**  71:12
  139:15
**feels**  75:1 76:5
  115:7
**felt**  115:13
**fence**  84:3,8
**fenced**  83:19
**fences**  84:5
**fencing**  108:10
**fidelity**  21:11
**field**  45:18
  139:9 140:24
**fifteen**  131:8
  134:21
**fifth**  2:12
  124:12
**figure**  58:3
  101:13
**filed**  46:1
**files**  46:9 137:1
**final**  100:19
**finally**  114:3
  139:14 140:11
**financial**  41:13
  104:1 127:9

**financially**
  147:13
**financing**  40:2
  42:7 132:11
**find**  30:21 33:8
  68:7 85:8
  110:7 140:21
  143:11
**finding**  24:5,5
  55:11 75:22
  119:12 139:20
  139:22
**fine**  90:21
  127:23 135:2
  135:13 136:8
  136:18
**fingers**  97:17
**finish**  4:25
**finite**  88:12
**fire**  116:10,21
  116:25 121:2,4
  121:14,23
  122:1,8 124:6
  126:6
**fires**  121:2,9,10
  122:5,11 142:9
**first**  12:20 13:1
  13:2 20:9
  21:23,25 24:7
  30:5 31:1
  44:11,11 59:22
  59:22 62:4,23
  64:9,16 89:19
  89:20 112:4

  127:16 136:11
  139:22 147:4
**five**  14:21 55:2
  55:2 124:14
  134:18 135:2
  135:14
**flag**  4:17
**flare**  143:14
**flows**  141:13,17
**floyd**  13:5
**fluid**  32:9
  78:25 80:10
  87:19 126:24
  128:6
**focus**  142:21
**focussed**  35:3
  54:23
**folks**  53:25
  92:25 109:25
  110:1 136:5
**follow**  58:12
  92:20 137:12
  145:16
**followed**
  140:17
**following**  62:20
  123:19 126:2
**follows**  4:3
**food**  24:15,15
  93:18,19 94:20
  95:6,7,9
**foodborne**
  94:14,15

**force**  88:5
  106:18
**forced**  98:11
  99:17 142:17
**forcibly**  82:10
  82:16 108:13
**foremost**  20:9
**forest**  108:11
**forgotten**  62:21
  63:6,11,20
**form**  14:8
  36:14 43:3,18
  44:10 46:25
  82:23 83:22
  105:14 133:18
  138:8 144:15
**formal**  8:15
  11:15 33:4,18
  34:12 94:4
**formally**  69:3
**formed**  126:1,2
**forms**  71:22
**forth**  32:14
**found**  27:4
  87:14 106:8
  141:23
**four**  22:22
  23:11 56:17
  92:11 112:4
  116:7 124:5
  136:4 138:16
**framework**
  127:9

**franklin** 63:4
**free** 123:14
**freelance** 18:19
**frequently** 61:7
  97:24 100:18
  110:6 138:18
  144:14
**frey** 1:6 5:22
  42:14,24 134:5
**frey's** 39:18
**front** 103:12
  121:16
**frontline** 18:12
**frostbite** 97:13
  97:18 142:19
**frustrating**
  140:8
**frustration**
  144:21 145:2
**full** 4:19 9:18
  14:18,20,23
  18:2 36:22
  37:9 57:12
  58:13,19 60:6
  86:25 87:2
**fully** 4:25 72:8
  86:12
**function** 44:10
**functional**
  133:5
**functionally**
  31:23 38:16
  52:14 59:7
  61:14 87:20

132:13 133:17
**fund** 112:16
**funded** 22:17
  29:25 30:6
  57:4 95:21
  110:13
**funder** 30:2
**funding** 5:19
  6:11 26:4
  28:24 30:4
  32:25 33:8
  39:22,24 40:1
  40:3,15 41:13
  41:17 43:14
**funds** 24:6
**further** 35:18
  58:19 72:5
**fusion** 17:10
**future** 105:17

**g**

**gain** 140:14
**garage** 34:7
**garages** 76:10
**garbage** 119:24
  120:4
**garments** 98:3
**gastrointestinal**
  94:25
**gather** 46:10
**gathered** 38:19
  70:3
**gatherings**
  130:15

**gear** 75:17
  97:13,22,25
  98:6
**gears** 47:16
**general** 32:22
  33:2,8 36:1
  44:8,20 46:23
  49:10 52:4
  53:4 54:20
  56:7 60:11
  69:24 80:17
  86:6 87:7,10
  93:8 97:9
  109:11,24
  126:24 131:6
**generally** 13:14
  16:15 23:3
  30:15 36:10
  41:20,22 42:12
  42:15 44:9,12
  44:23 45:3,9
  45:11 46:2
  50:18 58:1
  67:17 77:20
  81:18 84:20,21
  85:4 86:14,24
  87:15 98:7
  116:2,4 118:11
  133:7,14,24
**generational**
  118:6
**genuinely**
  115:9

**geographical**
  129:16
**george** 13:5
**getting** 24:4
  40:2 129:25
  130:1,2 139:23
  139:23
**gi** 93:14 94:14
  96:8
**give** 5:11,14,15
  9:24 11:17
  30:14,21 53:4
  89:10 101:12
  107:7
**given** 7:21 11:1
  25:17 48:22
  89:9,10 93:9
  114:13,16,17
  129:12
**gives** 82:6
**giving** 87:10
  103:2
**glenn** 2:9 3:4
  41:3 43:3,17
  47:20,24 48:2
  48:7 74:4
  82:23 83:22
  90:14,17,19
  135:13,19
  136:3,10,17
  137:9,11
  145:15,20
**go** 4:13 5:23
  31:4 46:8 49:3

54:13 61:5,9
63:20 64:3
66:9 71:6
74:20 76:13
80:11 85:2
86:9 87:11
88:18,19,24
89:11 97:20
102:5 103:24
110:8 114:13
114:18 122:19
132:19 135:5,6
135:21 139:7
143:4,13 145:7
**goal** 31:2,4,9
33:13 55:11,20
55:21 58:7,8
**goes** 30:23,24
32:7 142:20
**going** 4:22 5:2
7:11 9:20
11:15 12:8
16:3,9 17:4
20:13 28:1
35:4 47:15,16
49:3 61:11
74:23 75:21
77:22 78:25
79:8,17 80:1
80:18,19 81:8
85:9 86:11
89:5 93:7
97:10,19,20,20
99:25 100:19

101:12,14
102:23 103:3
104:6,18 105:6
105:8,13,15
108:22 110:3
110:21 112:10
112:20 120:8
121:20 122:6
123:12 125:5,6
**good** 4:7 5:19
11:1 47:20
58:3 90:25
104:24 127:10
**google** 26:15
**gosh** 17:4 77:3
**government**
15:14,22 34:18
38:14,14 84:10
**governmental**
101:24,24
**governments**
38:24
**grace** 98:21,22
**graduated** 17:2
17:3,10 18:23
**great** 7:9 48:7
52:25 135:19
136:10 137:7,9
138:4 145:20
**greater** 60:13
109:8
**ground** 12:17
**groundbreaki...**
12:17

**grounded**
128:13
**group** 18:8
26:18 31:18
67:14 68:1,23
129:1
**groups** 9:13
31:17 64:24
65:1 128:7
**guess** 10:2
43:20 107:2
126:25 127:19
**guessing** 40:21
122:20 136:19
**guidance** 15:18
**guidelines** 4:14
**gun** 118:25
**guys** 47:19
90:11 135:8
136:1

**h**

**h.o.m.e.s** 19:13
19:14
**habitation** 33:4
33:14,18,22
34:4,13 36:24
37:3 72:15
76:7 80:4
**half** 64:5,6
65:20 123:17
**hamline** 17:9
**hand** 147:18

**haphazard**
81:1
**happen** 20:13
24:10 45:5
67:21 80:19
104:13 106:21
121:7 138:18
**happened**
30:19 143:21
**happening**
12:15,17 15:21
20:17 44:21
76:20 79:18
96:7,12,13
98:8 106:20
119:11 121:2
**happens** 45:3
109:23
**happy** 25:21
40:17,23 42:16
136:6
**harassed** 14:10
**harassing**
144:23
**hard** 32:4
74:15 78:14
88:4 98:12
122:23 131:11
144:16
**harder** 109:5
**hardest** 129:9
**harm** 8:23
13:20 21:11,15
54:25 56:11,15

57:3,5,8,9,10
57:13,15,19,25
58:1,5,7,7,9,16
59:17,20,21
**head** 5:3,4 63:1
134:11
**health** 8:23
10:25 12:10
13:19 15:12,23
18:10 23:25
24:2,2,15,16
28:1,2,3,4,4
34:23 35:2,7
36:6,13,15
37:7 41:10
42:3 59:7
65:14,16 68:17
70:9,12 73:24
74:18 92:23
93:22 95:16
96:2 102:20
114:2,21 118:8
119:18 122:12
129:7 131:13
141:7
**healthwise**
140:10
**hear** 134:13
**heard** 106:20
120:23 122:14
122:15 138:20
143:25 144:17
144:24 145:1

**hearing** 16:3
80:13 96:25
**heated** 76:9
**heather** 2:14
**heavily** 39:14
**heavy** 61:14
118:18 142:10
**hedging** 132:7
**hegstrom** 53:19
54:5
**held** 48:10 91:1
135:20
**hell** 117:13
**help** 13:17
19:15 24:4,19
29:6 30:20
32:2 38:9 55:9
55:18 58:15,20
64:11 67:11
68:16 78:7
82:9 89:13
90:9 101:14
103:3 129:4,25
**helped** 39:19
**helpful** 8:3
10:1 48:20
90:5 127:1
**helping** 12:21
13:21 24:3,6,9
24:12,18 33:6
33:13 58:21
78:7 114:9
**helps** 25:6 89:8
141:11

**hennepin** 18:24
19:14 26:5,11
26:22 28:9
32:1 33:6
37:24 38:24
39:6 59:24
86:10,17 95:23
132:6
**hey** 52:14,18
77:21 79:16
85:13
**hiccups** 30:18
**hidden** 87:22
**hide** 101:8
**high** 13:11 16:4
16:10,25 17:2
21:11 23:24
38:3 60:8
75:10 95:18
114:16 141:5
**higher** 12:15
26:6 74:19
76:16 130:15
130:21 131:6
141:6 142:4,15
143:15,16
**highest** 13:12
27:23 28:8
36:9 38:1,7
65:3,13
**highlights** 14:5
**highly** 72:4
78:24,24 87:19
87:22 88:11,11

**88:11 95:18
98:22 102:16
102:20 115:3
118:5,6 126:24
126:24
**hire** 81:22
**historical** 70:13
107:25
**historically**
72:19 118:7
130:10
**history** 18:4,5
**hit** 129:9
131:12
**hiv** 141:3,5,10
141:11
**hmis** 28:17
110:17
**hmm** 5:10 7:17
11:23 27:16
34:1,17 41:2
74:11 100:6,9
106:14 113:5
113:10 115:23
125:2 133:3
**holding** 19:24
29:11 138:5,8
**holds** 29:11
67:18
**home** 18:8 24:9
82:15
**homeless** 12:1
12:10 15:1
19:24 23:5,19

23:23,23 28:18
34:23 71:18
81:19 94:12
95:3,17 110:16
117:13 121:13
**homelessness**
8:11,19,24
10:13,15 11:25
12:21,23 13:15
13:22,25 14:8
15:1,5,14 16:9
19:8,11,16,23
20:14,15,17,25
21:2,6,16 22:3
22:19,22 23:16
25:10,18 26:3
27:20 28:10,23
30:9,13 31:11
32:4 33:5
36:18,22 37:8
37:17 38:2
42:5 44:22
52:6 54:21
55:12,23 57:7
59:19,23 61:22
65:4 70:9
71:14,20,21
75:4 82:12
83:14 85:18
87:16 89:16
90:10 97:15
100:22 101:5
104:3 108:3
112:12 113:8

126:23,23
130:19 132:2
132:20 145:12
**homeowner**
119:17 121:14
121:23 122:1,2
**homeowners...**
103:15
**homes**  84:16
87:23 103:16
108:16
**homicide**
118:16 119:5
**homicides**
118:22
**honest**  78:19
**honestly**  10:3
63:2 67:5
68:12 77:3,15
78:1 81:7
120:23 135:2
**hopefully**  72:1
105:17 113:13
113:17
**hopped**  84:5
**hospital**  114:1
**hostile**  84:11
120:20
**hostility**  117:11
**hotels**  95:23
**hour**  47:17
**hours**  99:1,2,2
99:2,10 102:8
103:2 123:23

**house**  101:22
117:13 145:14
**housed**  19:8,11
43:24 60:5,11
60:15,21 83:16
104:3 112:3
145:11
**housekeeping**
136:3,11
**houselessness**
137:22
**housing**  12:11
12:20,23 13:1
13:2,23 19:2,6
21:4,6 22:16
23:4 24:7,9
25:1,1,4,5
29:22,24 30:5
30:6 31:6,9,14
32:12,13,15
33:15 35:3,4
36:20 37:1
38:10 54:22,23
55:10,19,22
59:21,22 61:22
68:8,18 72:1,2
80:2 92:22
101:16 103:8
103:18 106:8
111:7,18,24
112:7,17,22
113:9,15,16,20
114:7,11,22
130:2 131:21

133:2,2,8,9,15
133:22 134:3,8
138:25 139:4,5
139:20,21,24
142:23
**hud**  25:23 26:3
133:12
**human**  18:7,21
31:17 33:3,14
33:17,22 34:4
34:13 36:24
37:3 57:24
59:15 72:15
74:16 75:12
76:6 80:4
**humane**  8:13
**hundred**  21:10
36:25 43:24
78:18 110:21
120:3
**hundreds**
50:23 70:4
**hygenic**  120:5
**hygiene**  16:5
120:14
**hypodermic**
119:13
**hypothetical**
85:13,21
**hypothetically**
85:12 128:20

**i**

**idea** 45:24 56:7
130:3 131:19
**identified**
16:20 65:10,11
127:12,16
**identity** 128:14
128:16 129:13
**illness** 30:18
75:5 93:14
94:9,14,25
115:4
**imagine** 110:20
**immediately**
31:5 100:25
**impact** 16:15
16:16 19:21
67:22 84:17
108:23
**impacted** 35:6
35:7 36:9
**impactful**
108:9,12 120:9
**impacting**
119:23 122:11
141:6
**impacts** 16:10
41:10,11,11
42:1 44:22
45:4,22 69:18
79:23 140:10
141:19

**impartiality**
147:15
**impedes** 42:2
**impeding** 19:17
**implementing**
35:20 81:4
**important** 4:23
5:2 134:4
144:12
**importantly**
98:2
**impossible** 86:1
**impoverished**
130:10
**improperly**
121:4,23
**improve**
110:15
**improvement**
89:17
**improvements**
111:20
**improving**
28:12
**inaccessible**
84:18
**inadvertently**
23:14
**incentivizes**
23:15
**inception** 39:20
63:8
**include** 27:2
57:25 58:14

59:5 65:9
76:11
**includes** 58:24
59:3 97:24
**including** 13:12
24:14 58:20
140:15
**income** 133:9
133:17,19
**inconsistency**
80:16
**increase** 29:6
73:4,5 144:6
**increased**
116:23 141:24
142:7
**increases** 42:3
113:17 117:22
**increasing**
103:14 123:9
**increasingly**
65:16 84:11
97:1
**independent**
30:22 50:12
**indian** 68:20
69:10
**indicate** 84:1,4
144:10
**indicated**
141:21
**indicates** 83:6
**indication** 83:2
83:20 84:9

114:19
**indicators**
100:18
**indigenous**
36:11 65:11
71:10 106:17
128:12,14
129:19 131:4
131:17
**indiscernible**
55:11
**individual** 1:6
6:12 22:21
24:18 25:7
26:23 37:15
42:19 49:2,7
49:20,24 50:4
50:5,10 51:2
51:13,15,24
52:17 53:16,17
54:4 55:13
59:12 74:18
76:4 82:15,25
83:13 108:25
112:3,17,19
114:17 138:23
139:20 140:9
140:18,20
**individual's**
24:8 114:20
**individuals**
8:13 13:11
14:3 15:13
18:9,16 19:7

19:16 22:2
23:8,17,17,21
26:21 27:6
28:20 31:1,19
31:22 32:11
35:7 36:3,10
36:10,15,23
38:1,6 41:12
42:2 43:1,24
45:3 50:18,21
55:2 57:12
60:6 65:10,12
66:3,4,7 69:3
69:20 70:5
71:13 74:20
75:7,10 77:17
80:5 83:13
85:2 86:5 87:9
88:12,17 90:6
91:20 96:1
104:5 110:14
111:13,13
115:13,13,25
119:22 120:20
120:25 128:7
129:6 130:4
141:7,14
**indoors**  73:12
73:16,18,18
74:13,17
**industrial**
118:9
**inequality**
103:25

**inevitable**
82:10
**infection**
141:12
**informal**  67:20
**informally**
79:15
**information**
8:19 12:5,6
16:2 26:14
28:18 38:15
40:20,22,25
44:16 49:2,9
110:16
**informational**
58:23
**infrastructure**
120:3
**infrastructures**
120:8
**infusing**  13:21
**inherent**  5:13
**initial**  15:5
16:1 123:3
**initially**  19:6
**initiatives**
120:12
**innumerable**
76:3
**inpatient**  59:5
**inside**  38:18
73:6 74:1 75:5
**insinuation**
118:24

**insofar**  95:10
**instability**
61:22
**instance**  10:5
34:22 59:4
75:3 113:19
120:23 128:18
134:5 138:19
138:22
**instances**  141:2
**institutional**
70:14
**institutions**
142:6
**integrating**
35:2
**intel**  10:14
**intense**  30:20
**intensive**  36:7
59:6 113:22,22
**intentionally**
81:12
**interact**  65:25
66:2 69:2
77:17,24
**interacted**  22:2
50:20 68:24
78:2
**interacting**
9:12 10:9,9
49:7 53:23
**interaction**
30:20 53:3
80:12 123:21

**interactions**
34:22 75:12
142:5
**interest**  6:3,4,7
147:14
**interested**
147:13
**interface**  10:17
**interfaced**
50:20 68:24
**interfaith**  10:6
**intermittent**
79:2
**intern**  2:17
**internal**  38:4
**interrupt**  22:7
**intersecting**
14:4
**intersection**
59:16
**interventions**
58:13,24 59:3
**introspection**
118:13
**investment**
95:19
**involved**  33:16
39:4,7,14
48:25 51:23
66:25
**involvement**
39:10 40:9,14
41:1 50:19

**iop** 36:7
**irrelevant** 99:23
**isolated** 108:8 115:16
**isolation** 107:6 107:17
**issue** 40:18 60:3 80:21 84:6 123:5
**issues** 4:16 8:11 18:11 24:1,2,2 24:10 28:1,2,5 28:24 35:4 38:7 39:16 60:4 65:17 70:9,19 74:22 79:25 80:22 102:20 107:9 107:24 108:20 114:2 115:2 129:7 145:8,9
**item** 82:3,4
**itemized** 115:11
**items** 75:20,21 78:10 81:9,25 82:7,13,14 90:3,8 97:24 98:11 99:21 100:23,24
**iteration** 72:5 122:21 125:19

**iterations** 62:1 62:8 89:20 91:6 106:20 116:3 126:11

**j**

**j** 141:23
**jacob** 1:6
**jama** 141:21,22
**january** 62:19 64:13,14,19 65:21 72:23,25 80:6 91:10 123:22 126:5 147:23
**job** 22:9,14 32:23
**john** 1:12 2:1 3:2 4:1 11:16 146:1 147:4
**join** 110:14
**joining** 4:10 48:19
**journal** 141:22 141:23
**journalism** 17:7
**journalist** 18:19
**judge** 20:2,2
**judging** 88:9
**judicial** 8:16
**july** 124:12,18 125:1,20

**jump** 21:18 29:13
**jumping** 56:21
**june** 147:18
**jurisdictional** 80:21
**jurisdictions** 100:16
**justice** 19:21
**juveniles** 17:17

**k**

**kacie** 1:25 4:19 23:2 43:9 48:9 69:8 90:22 145:23 147:22
**keep** 40:23 82:7 129:22 141:8 141:10 145:20
**keeping** 19:22 70:17 139:1
**kelley** 2:9
**kept** 17:14 108:13
**key** 59:21 73:20 73:25
**kid** 84:7
**kind** 9:24 10:23 16:24 17:25 21:18 31:2,5 47:15 48:14 49:1,9 51:5,9 53:3 58:4 77:23 94:24

110:2 128:20 128:24 130:3,5 131:19 132:17
**kira** 2:9 7:1 44:9 135:25
**knew** 19:19 77:24 80:5 94:5
**know** 8:8 9:17 10:17 11:1,14 12:3 13:8 15:25 16:1 27:15,25 28:11 28:17 29:2,4,5 29:20 30:18 32:21 33:10 34:21 39:13,15 39:19,21,24 40:5,17,25 41:1,8 43:19 44:4 47:16 48:19 49:4,5 49:18,20,24 50:4,10,22 51:6,8,17 52:15 53:9,14 53:25 57:1,15 59:8 60:5,24 61:1,2 62:11 63:10 65:23 66:16 67:6 68:9,10,11 69:2 70:14 72:20 76:3,8

77:4,9,20,22
78:15,21,23
79:5,15 80:1,5
80:10,23 81:6
81:7,15,21,22
82:21 83:12,13
84:8,8,21,23
85:1,12 86:3,4
86:22 87:19
88:1,2 89:5,6,8
89:12 91:3,13
93:4,19,25
94:1,15,25
95:13,15 96:5
96:16 98:25
99:1 102:13,17
102:18 103:2
104:1,14,16,23
107:2,4,19
108:1,4 109:2
109:10,15
110:2 111:1,4
111:9,15 112:1
112:10 114:5
115:25 116:20
116:22 117:1
118:3,11,14
121:7 122:23
123:25 124:2,5
124:20 125:5
127:4,8,23
128:21 130:3,7
130:17 131:18
132:16 133:10

133:10 134:4
134:11,16,23
135:8,9 136:21
136:23 137:15
137:21 138:18
140:21,23
141:2 142:11
142:16,20
143:9,16
144:17,22
**knowing** 53:21
86:7 87:18
88:1 103:20
**knowledge**
39:9 45:21
49:16 50:2,6
50:12 51:1,13
54:4,9 66:17
66:20,22 68:3
69:15 70:3
78:12 85:3
93:8 132:24
144:25
**known** 19:4
57:11 61:13,15
61:24 81:15
97:7 98:8
**knows** 26:13
**kristin** 2:14

**l**

**labeled** 145:13
**labeling** 97:5

**lack** 23:6 73:22
75:7 85:23
112:15
**lacks** 89:14
**landlord** 24:12
**landowner**
109:3
**large** 20:11
25:3 36:1
58:16 64:23
67:23 72:2
75:9 82:13
84:11 86:15
88:7,8 94:19
96:15,15 98:10
118:2,4 119:1
119:3 131:5
**larger** 19:22
25:3 29:22
35:21 93:11
97:3 108:23
131:13
**laundry** 65:16
**law** 2:7,11 17:9
17:15,16 18:23
18:24 78:3
82:18 88:14
99:2 101:1
104:15 109:17
**lawn** 84:7
**lawsuit** 4:9
7:13 46:1
52:10 61:23
78:13 126:13

**lay** 109:11,24
137:19
**lead** 104:6,18
**leader** 128:21
**leaders** 71:4
**leadership** 21:9
39:2 57:2
67:18,20
**learning** 44:25
**lease** 73:20
**leave** 81:12
82:3,4 100:11
108:18 129:4
**leaving** 37:10
79:3 85:25
**led** 24:21
**left** 20:21 55:3
79:9 87:20
**legacy** 70:14
**legal** 8:21
43:21 46:25
61:4,4 83:11
109:13 127:8
137:15,19,20
138:6
**legality** 138:1,1
**legally** 60:7
109:1
**lens** 57:22
**lethal** 73:23
**lethality** 16:4
140:22
**level** 19:25 38:7
39:12 101:1

111:22 142:4
145:3
**levels** 10:20
23:19,24 57:2
57:18,21 60:8
65:13
**license** 17:12
17:13
**life** 30:18
129:10
**lifetime** 81:21
84:5
**likely** 64:17
103:4 110:8
143:4
**limbs** 97:17
**limit** 75:17
**limitation**
103:21
**limited** 40:19
90:3 98:21
139:8
**limiting** 102:19
**limits** 121:5
**line** 85:10
100:13 107:19
123:7 126:10
128:10 131:2
**link** 137:4
**list** 11:1,13
65:16 142:20
**listed** 11:14
34:11

**listening** 80:14
**listing** 86:16
**literally** 129:23
**litigation** 40:11
127:14
**little** 7:24 12:6
16:23 18:3,25
21:19 22:8
23:1 32:17,21
47:16 48:24
63:4 64:6
90:12 131:18
132:8 138:13
**live** 108:6
117:17
**lived** 18:20
**lives** 89:15
**living** 15:15
32:2 33:25
34:3 71:9
73:13 89:4
112:18 114:5
115:10
**local** 15:14
25:25 38:14,23
39:14
**localities**
142:16
**locally** 7:21
14:14
**locate** 33:6,8
68:13 92:18
**located** 62:17
76:15 116:8

124:13 139:2
**location** 63:4,7
63:11 69:20
72:6 81:11
82:11,14,19
83:12 89:11,21
89:22 91:11,13
91:13,16,20,23
92:6,8 93:7
97:7 100:25
101:2,2,2,7
102:1,25
111:17 113:17
123:24 124:14
124:17,18
125:3 126:7
128:8,8 144:14
145:12
**locations** 14:9
35:24 61:13
83:16 84:15,17
84:19,22 87:22
96:1 99:20
108:8,14,15
110:6 114:25
127:7 130:24
142:18 143:20
143:22 144:24
**lock** 73:20,25
**locked** 76:18
84:3,9
**lodging** 113:20
**lola** 53:19 54:5

**long** 17:4 22:19
35:9 42:4
55:12 59:8
65:16 99:6
108:17 111:6
112:12,25
114:3 125:18
**longer** 17:14
23:15 54:22
69:21 81:13
82:19 112:14
134:17 135:10
136:5 141:4
**longest** 23:8
26:7,10 27:23
**look** 8:18 12:3
18:13 20:6
46:8,9 60:25
91:24 107:10
123:13 126:8
131:7,8 133:5
134:22 135:14
**looked** 115:22
124:6
**looking** 11:11
14:11 27:21,22
27:25 35:11
47:19 51:9
57:21 74:16
113:3 116:13
123:1 130:17
**loop** 37:24
56:13

**loosely** 112:24
**lord** 26:13
**lose** 97:23
  140:2,3
**losing** 97:17
  140:20
**loss** 30:19
**lost** 97:12,22
  98:5 139:4
**lot** 5:1 18:1,21
  25:20 28:23
  36:16 37:20
  53:23,23 84:5
  89:1,9 91:17
  92:25 107:11
  118:12,13
  121:25 132:18
  140:10
**lots** 121:3
**lower** 133:8,16
**lubrication**
  58:18
**lunch** 90:13,17
  91:3

**m**

**m** 63:15 69:9
  141:23
**macv** 30:1
**made** 27:3 52:3
  72:24 74:20
  81:24 84:18
  96:5 122:15
  134:3 137:25

**magic** 105:20
**majority** 32:3
  113:1
**make** 4:22 5:3
  5:5 20:16
  24:18 35:16
  42:25 43:15
  59:12 63:1
  72:17 75:14,18
  76:4 82:8
  102:6,14 103:1
  103:6
**makes** 4:25
  45:6 122:16
**making** 40:14
  42:24 100:8
  114:22 118:24
**manage** 121:14
**managed** 32:24
  34:15 121:4
**management**
  25:6 28:18
  30:16,20,23
  36:14 89:6
  93:5 110:16
  130:1
**manager** 18:15
  19:2,7,9,10
  20:7 21:21
  22:9,11,13
  25:16 29:13,16
  29:17 30:6,25
  31:8 32:18
  35:10

**managers** 35:3
  103:23
**manages** 28:17
**managing**
  21:15
**mandates**
  25:23
**manner** 19:9
  51:18 81:1
  94:5 120:6
**manners** 8:13
**map** 91:25
  116:14 123:13
**march** 124:11
**marginalized**
  130:10
**marta** 20:2
**mass** 119:5
**material** 12:4
  58:24
**matter** 7:4 49:1
  100:1 102:7,9
  105:15 106:1
  108:24 136:12
**mayor** 1:6 5:22
  39:18 42:14,24
  134:1,5
**mayor's** 43:22
  43:22
**mean** 8:7 9:14
  19:19 20:23
  25:19 27:14
  28:16 29:10
  33:21 34:7

36:16 39:14
  43:19,19 44:14
  52:14 56:1
  57:8,17 58:11
  59:10,18 64:13
  68:21 69:25
  72:21,21 73:16
  74:25 81:16
  82:1,9,17,18,24
  82:24 84:4,4
  86:1 87:18
  88:19 95:10
  99:16 101:9
  104:21,23
  105:9 106:9
  109:1,1,2
  110:2 111:4,10
  112:6 120:16
  126:18,25
  127:2,10 128:4
  138:13 143:9
**meaning** 26:25
  28:2 73:18
  80:22 96:8
  97:25 98:22
**means** 72:13
  82:12 83:17
  112:17
**meant** 139:3
  143:8
**measurement**
  113:6
**measures** 42:25

**media** 111:12
**median** 133:9
133:17
**mediate** 24:10
**medical** 79:24
142:5,22
**medically**
58:25 140:11
140:15
**medication**
59:1 141:9,11
141:14,15
**medicine**
141:16
**meeting** 31:4
66:25 67:2,3
83:11
**meetings** 69:1
94:4 110:12
**meets** 121:16
**member** 44:19
45:20 68:16,23
70:1,2
**members** 14:6
14:15,18,24
65:7,8 66:4,25
67:3 68:4 69:4
71:4,9 78:2
79:12 83:16
87:21 101:25
117:10 128:15
129:4 134:1
145:10

**memory** 9:17
12:2 14:22
23:21 33:1
35:11 46:20
53:13,21 64:12
65:23 66:19,22
77:8
**memory's**
96:13
**mental** 18:10
23:25 24:1,15
28:3,4 36:6,13
36:14 37:7
59:7 65:13,16
75:5 102:20
115:4 129:7
**mentioned** 9:6
10:25 11:21
13:24 38:23
78:16 117:1
137:18 138:11
**met** 4:7 30:9
**methadone**
59:2
**metropolitan**
68:20 69:10
**middle** 97:11
103:15
**midst** 69:21
70:6,7,7 117:6
**minimum**
23:22 30:9
88:2

**minneapolis**
2:8,11,13
16:14 20:12
35:24 37:25
39:6,10,21
41:14,17 59:24
66:20 70:16
71:14 77:25
88:5 89:18
93:22,22 118:4
118:19 126:22
133:23
**minneapolis...**
2:14
**minnesota** 1:1
8:16,23 12:9
13:18,25 14:2
15:8 17:7
21:12 22:18,20
30:1,6 35:25
56:17 63:17
73:11,12,22
74:12 86:22
97:14 147:1,6
**minnesota's**
30:9
**minnesotan**
71:6
**minnesotans**
65:2 131:9
**minor** 17:7
**minute** 4:8
47:23 134:18

**minutes** 47:17
47:25 48:5
90:15 134:21
135:14
**mishandled**
95:8
**misheard** 143:3
**misleading**
111:19
**misnomer** 23:5
31:17
**missed** 104:12
**mitchell** 17:10
**mitigate** 24:9
58:15 69:18
79:22 95:24
141:11
**mitigated**
120:11
**mm** 5:10 7:17
11:23 27:16
34:1,17 41:2
74:11 100:6,9
106:14 113:5
113:10 115:23
125:2 133:3
**mn** 2:8,13
**mndot** 62:21
63:12,15 80:24
109:21
**mobile** 72:4
87:22 102:18
**modality** 13:3
57:5,8,11 58:2

58:5 59:9
**model** 12:12
13:10 21:13
24:7 38:6 56:4
**models** 13:17
14:11 35:1
41:13 103:9
104:25 105:1
**moment** 68:12
88:13 114:18
115:7 141:1
**monetary** 6:21
95:19
**monitor** 87:6
**monitoring**
93:25
**month** 116:8
121:8
**months** 30:15
39:4 85:5
86:20,21,25
87:5 112:8
118:14 124:15
124:21 138:24
142:2
**morning** 4:7,10
77:11
**mouth** 117:2
**move** 27:3
38:10 44:4
81:21,23,24
82:6,12 90:12
91:6 101:7
103:3 113:15

124:25 127:7
128:8
**moved** 35:13
81:22 95:22
128:23
**movement** 82:7
90:5
**movements**
61:18
**movers** 81:23
**moves** 129:1
**moving** 31:13
52:6 55:22
59:13 94:18,18
101:2 108:14
114:7
**mpd** 142:11
**muid** 69:4,5,9
70:21
**muid's** 69:13
**multiple** 38:8
57:18 88:11
**murder** 13:5

**n**

**n** 3:1 63:15
**naloxone** 58:20
**name** 26:19
49:5 50:16
51:2,16,20,20
53:13,13,20,22
59:11 63:14
68:11,13 69:7
78:16

**name's** 54:2
**named** 51:2
52:11
**names** 39:12
53:24 68:10
**narrative**
111:17 118:14
**national** 35:1
**nationally** 7:21
**native** 13:13
59:4 65:5,11
65:11 70:1
131:10,11
141:6
**natives** 62:21
63:7,11,21
**natural** 131:12
**nature** 6:5 25:5
32:4 52:3
76:17 78:23
79:19 82:15
87:16 120:6
121:12,19
126:23 130:9
140:1
**navigate** 24:4
**near** 119:13
**nearby** 130:12
**necessarily**
56:4 103:23
120:24
**necessary**
97:13

**need** 5:8 9:18
12:5 15:21
35:8 47:17
70:18 75:23
105:6,7 106:7
107:8 117:19
120:17 121:11
123:13 140:25
**needed** 46:25
66:5 68:14
71:16 72:10
98:12 99:5,19
99:19,21
100:11
**needles** 119:13
**needs** 114:9
**neglected** 48:12
**negotiations**
106:16
**neighbor** 84:6
**neighborhood**
62:14 71:10
107:13 120:10
**neighborhoods**
70:7,15 119:6
119:14
**neighbors**
108:16 117:15
121:10,18
**neloms** 50:3
**nenookaasi**
61:24 62:2,5,7
62:14,16,24
63:24,25 64:1

64:10,14 66:10
66:18 67:7,15
68:2 69:14
70:22 71:15
72:9,16 76:21
78:13 80:5
84:24 85:17,24
87:21,24 91:4
91:7,9,20,22
92:7,13 93:1,1
93:11,14 96:18
97:3,4,5 98:6
98:14 99:6
106:13,17
107:11 110:25
115:19 116:7,7
122:18,21,21
123:3,3,15,16
123:17,19
124:5,12 125:3
125:4,9,15,16
125:25 126:3,4
126:10,14,17
126:21 127:3
127:13,18,20
128:2,5 129:2
129:18 130:5
130:20 143:22
144:1,16
**nenookaasis**
138:16
**never** 17:16
29:8

**new** 24:9 62:18
91:10 102:25
**news** 44:20
94:1 111:12
**nexus** 43:21
**nicole** 68:11
**night** 34:8
85:14
**nine** 30:15 39:3
**nods** 5:4
**non** 51:18
132:7 138:1
**nondrug** 60:12
**noninherent**
5:15
**nonprofit** 9:13
35:23 101:24
110:8 132:15
143:6
**nonprofits**
132:7
**nope** 145:19
**normal** 75:12
77:6
**norovirus**
94:17 96:12
**north** 37:24
56:13 70:16
**notary** 147:6
**note** 41:3
**notes** 115:18
134:22 135:1
135:14

**notice** 2:3 82:5
82:21
**noticed** 147:9
**notifying** 81:3
**noting** 41:6
**notwithstandi...**
47:9
**november**
64:18,21 65:20
**nuances** 23:9
**number** 13:7
13:16 20:19,22
20:23 22:2
41:24 56:25
67:23 68:25
75:10 85:17
86:18 87:9,10
87:11 88:4,8
91:19 97:12
98:19 105:12
105:19,20,20
105:22 108:11
111:5,16 114:2
115:6 121:6
130:18
**numbers** 65:4
87:8 88:7,7
105:11 116:23
118:21 134:12
**numerous**
141:19

**o**

**o** 63:15
**object** 43:3,17
**objection** 41:4
82:23 83:22
**objective** 79:22
**observation**
64:23 71:22
107:3
**observational**
109:24
**observations**
45:20
**observe** 61:11
61:19
**observed** 45:4
81:19 109:12
109:16 137:21
**observing**
99:10
**obviously**
135:8
**occasions** 75:25
**occupancy**
86:16
**occupied** 63:7
**occur** 86:14,24
100:20 107:24
110:12 118:3
122:17 129:13
**occurred** 62:8
62:12 72:20
86:15 93:18

96:24 97:3
98:19 118:23
122:17 142:8
143:16,23
**occurrences**
142:4
**occurring**
18:11 20:11
29:6 38:12
65:14 69:19
72:14 110:15
118:18,21
119:5 130:12
**october** 66:24
125:1,20 126:2
**offer** 115:8
**offered** 14:12
16:11 41:5
83:24 110:24
**offering** 117:18
**offhand** 84:25
84:25
**office** 2:11
10:15 28:23
132:20
**official** 1:6
42:20
**officially** 132:9
**officials** 5:20
9:14
**oftentimes** 23:7
70:8 75:8
76:15 80:9
89:2 110:23

111:12 145:13
**oh** 17:4 52:18
56:1 64:5 77:3
92:4
**okay** 4:13 5:7
5:10,24 6:10
6:16,20 7:1,9
18:2 21:17,23
22:4 24:24
34:6,11 37:19
41:16 42:13,18
43:13 44:4
46:6,16 48:4,8
48:18 49:8,12
49:15,18,21
51:5 52:1,8
53:11,15,19
54:3,10 56:6
57:14 58:12,12
62:15 69:8
79:5 90:11,19
90:25 91:3
92:2 102:7
106:12,25
116:13 123:12
124:11 125:11
134:16,19,24
135:17,21
136:10,11
137:2,8 138:10
**old** 112:18
**once** 63:8 92:11
103:5 116:13

**ongoing** 64:7
105:5
**online** 4:18
44:24 47:23
72:18,22
134:10 135:22
**open** 121:2,14
130:11 136:21
**opened** 89:19
**opening** 21:12
21:14 56:16
**openly** 118:19
**operate** 36:7
132:23,25
**operated** 132:6
132:15
**operates** 28:22
**operating**
35:23 37:24
66:6,14
**operational**
39:3 86:12
**operations**
122:12
**opine** 16:12
86:6
**opinion** 15:3
60:16,18,19,22
69:23 71:6
73:21 74:10
76:13 83:5
89:23 90:1
127:25 128:1

**opinions** 5:22
71:11 137:18
**opioid** 28:3
59:1 65:3,15
129:9 140:9
**opportunities**
35:18 84:15
92:22 103:17
112:21 139:5
140:3
**opportunity**
82:6 90:2 98:9
99:18 113:21
138:24 139:4
**opposed** 144:8
**option** 82:4
89:24 90:1
114:13
**options** 21:6
115:11 133:23
**order** 28:19
71:17 90:8
105:17 107:8
112:25 113:2
**ordered** 147:10
**ordinance**
121:11,17
**organization**
10:14 11:16
26:24
**organizations**
8:9 9:6,7,23,25
11:2 80:25

organize 102:25
organizers 67:1 67:4,6,9,11
original 62:7 62:13,15 63:8 147:9
outbreak 93:14 93:23 94:14 96:7,8,9 141:3 141:4
outbreaks 95:7
outcome 101:17 102:1 113:12,25 131:12
outcomes 42:3 104:7,18 113:18 114:8 129:5 142:22
outdoors 73:13 73:17 74:3,14
outline 9:24
outlining 21:17
outpatient 36:7 59:6 113:23
outreach 10:18 10:18 20:8,21 21:8 26:22 28:25 32:18,24 33:2,11 34:15 34:18,19,19,20 34:25 35:3,10 36:25 54:24

55:1,5,6,7 56:11,14,14,24 64:8 66:9,12 66:14,16,21 77:10,11 79:13 80:13 103:22 109:25 110:1 110:10,13 111:1,2 139:13 140:12 143:4,5 143:10 144:19
outright 117:11
outset 112:11
outside 15:15 15:24 22:21 23:8,15 24:19 26:7,10 27:24 32:6 33:9,13 33:23,25 35:7 38:16 50:11 61:9 74:16 75:24 87:9 105:12 112:14 112:19,25 116:24 117:16
overall 28:24 39:16 128:15
overarching 51:10 55:21
overdose 58:20 65:3 118:15 131:6 141:21 141:23 142:3,4 142:6,15

overlap 132:18
oversee 21:9 36:21 54:22,23
overseeing 26:21 39:2
overseen 21:3
oversees 36:20 56:24
own 7:4 38:4 114:23 115:16
owned 106:5 108:24,25
owner 63:10 109:5,7,9,18,18
owns 10:6

**p**

p.m. 146:2
p.o. 2:7
packing 78:4,9
page 3:1
paid 6:16
paired 111:23
paralegal 137:3
paraphernalia 119:10,15
park 84:6
parking 76:10
part 8:21 46:1 55:15 58:4 78:7 92:15 120:4 128:22 132:16 139:25 142:9

partaken 9:1
partially 108:21
participate 68:25
participating 8:16
particular 5:23 7:8 16:4 26:14 26:23 36:17 38:22 44:12 49:7 51:16 56:2 60:2 68:23 74:21 77:15 86:12 87:6,25 88:13 93:7 94:11 96:25 107:10 107:12 124:17 128:11 129:15 132:2 138:19 138:22 140:17
particularly 20:15 26:5 38:7 59:4 86:20 95:17 107:12,21 111:21 129:5 131:11
parties 2:2 147:9,12,14
partner 8:9 9:6 9:7,23,25 11:1 143:18

| | | | |
|---|---|---|---|
| **partners** 10:16 | 30:8 31:12,19 | 97:16,18,23 | 144:9,12,18,22 |
| 12:20 13:1 | 31:19 32:2,5 | 98:3,5,8,9,11 | 145:11 |
| 64:7 | 33:3,4,8,10,12 | 98:12,16,24 | **people's** 89:15 |
| **parts** 130:9 | 33:13,23 37:2 | 99:11,16,18,18 | 114:9 |
| **party** 147:9 | 37:10,23 38:9 | 100:21,22 | **peoples** 106:18 |
| **pass** 50:23 | 38:15 40:13 | 101:14,22,25 | **percent** 78:19 |
| 132:19 | 45:5,22 47:6 | 102:4,15,16,17 | 120:3 133:8,16 |
| **passed** 98:19 | 48:18,25 50:23 | 103:2,3,7,12,18 | **percentage** |
| **passing** 51:22 | 50:24 53:23 | 103:24,24 | 60:14 72:2 |
| **past** 11:22 | 55:1,9,18,22,25 | 104:2,7,9,16 | 130:3 |
| 22:23 124:20 | 56:3,9,22 | 105:3,6,12,13 | **period** 17:18 |
| **path** 68:17 | 58:14,21 60:14 | 107:14 108:5,6 | 18:18,21,22 |
| **paths** 51:6 | 61:3,19,19 | 108:12,22 | 19:13 20:4 |
| **pathways** | 65:17,25 66:20 | 109:2,4,8 | 26:10,11 27:24 |
| 131:16 | 67:14,23 68:1 | 110:21 111:3 | 62:13 78:22 |
| **peek** 135:6 | 68:6,9,25 | 111:16,23 | 86:15,19 98:23 |
| **peer** 36:19 | 71:17,25 72:3 | 112:5,13,16 | 98:25 100:17 |
| **peers** 114:24 | 72:10 73:5 | 113:2,7 114:13 | 101:20 102:5 |
| **penetrate** | 75:3,12,25 | 114:22 115:6,9 | 123:17 |
| 84:13 | 76:8,17 77:19 | 116:23 117:4 | **periods** 23:24 |
| **people** 9:12 | 78:4,25 79:1 | 117:12,13,14 | 31:24 |
| 10:11,12 12:13 | 79:16 80:3,14 | 117:16,17,18 | **permanent** |
| 13:10,17,21 | 80:15,17 81:7 | 117:21,24 | 21:5 25:1,4,5 |
| 14:9 15:4,15 | 81:8,12 82:2,6 | 119:12,14,20 | 29:24 31:6,9 |
| 15:24 16:4,7,8 | 82:9,11,21 | 120:1,6,15,16 | 33:15 55:10,11 |
| 16:14,15 17:21 | 83:21 84:15 | 121:8,9,12,22 | 55:19,22 68:7 |
| 19:22 20:13,14 | 85:7,12,13,18 | 123:1,9,10 | 70:20 72:1 |
| 20:16 21:5 | 85:20,24 86:8 | 126:12 128:24 | 80:4 101:16 |
| 22:18 23:4,7 | 87:2,3,12,20 | 129:1,8,8,22,24 | 103:18 111:7 |
| 23:15 24:3,11 | 88:3,8,16 90:3 | 130:15,18,25 | 114:11 142:23 |
| 24:25 25:17 | 92:17,19,21 | 133:7 134:14 | **person** 28:2 |
| 26:7,10 27:1 | 93:10,10,20 | 135:12 140:14 | 51:4,16,17 |
| 27:12,17,24 | 94:2 95:6,22 | 141:9,15,17 | 52:11,23,24 |
| 28:7,12 29:23 | 97:1,8,11,12,14 | 142:16,21 | 53:3 89:9 |

99:14 101:4
102:24 109:19
112:21 113:19
128:20 137:19
139:1,17,23,24
**person's** 81:16
81:16 109:11
109:24 139:15
**personal** 5:21
6:14,14 9:9
11:6 42:10
43:22 46:3,7
50:2 54:8
61:20 76:3
82:1 83:8 90:8
114:23
**personally**
77:13 127:25
**personnel** 88:8
**persons** 147:14
**perspective**
40:17 83:2
109:13 131:25
138:2
**phases** 15:5
16:1
**phillips** 62:14
63:5 64:2 70:2
70:15 116:4,4
130:13
**phones** 79:16
**physical** 24:2
24:16 28:4
65:17 79:25

102:19
**physically** 76:1
81:10 102:24
119:23
**picture** 18:2
62:25 91:17
114:6
**piece** 15:3,20
28:9 87:25
**pieces** 25:20
139:10
**place** 24:7 27:8
27:11 30:21
34:3 45:21
71:5 72:14
73:19 76:18
83:6 84:11
85:19 97:6
100:23 103:3
105:3 108:18
114:18,19
120:13 125:18
125:20 126:5
129:1,1
**placed** 25:25
108:22
**placement**
113:22
**places** 33:3,13
33:17,22 34:12
36:24 37:2
40:5,14 75:13
76:6 80:4
87:23 103:23

143:5
**placing** 53:22
**plaintiff** 52:10
**plaintiffs** 1:4
2:10 5:25 6:19
6:23,24 42:23
45:8,13 46:6
46:14 47:7,9
47:13 49:3
78:12 127:12
127:17
**plan** 33:11
90:22
**planning** 18:16
**plans** 72:24
77:22 92:16
**play** 112:3
131:13
**please** 5:9 43:6
43:8 60:17
63:14 65:8
**pockets** 126:11
**point** 10:23
12:16 36:20
51:7 55:16
86:13 87:7,15
99:4 107:11
123:6 128:19
132:14 133:6,6
139:15 141:3
**points** 28:21
32:7
**polar** 29:5

**police** 14:11
88:6,7 118:19
144:23 145:2,4
**policies** 81:2
**policing** 61:14
118:18 123:8
142:10
**popped** 123:11
**popping** 124:3
**population**
13:15 95:25
131:7
**populations**
36:8 95:18
**portable**
120:19
**portal** 132:14
**portion** 36:20
43:10 71:25
93:10
**portions** 40:18
76:15 99:11
**pose** 4:24
**position** 20:21
22:10 32:20
40:11 56:8
69:13,23 75:13
100:2 102:12
103:6 106:7
114:10 128:1
**positive** 59:13
101:17,25
113:12,18,24
114:8 129:5,24

142:22
**possession** 46:3
46:7
**possible** 50:20
50:24 51:6
129:24
**possibly** 53:9
**posted** 80:16
81:7 100:18
104:14,14
**posting** 81:2
**postings** 80:8
**postponed**
72:17
**potential** 6:8
9:4 101:1
**potentially**
12:5 18:6 49:5
51:25 52:17,20
52:22,23 64:5
64:5 73:23
77:5 78:2,15
82:9 83:10,11
91:16 92:19
102:6 108:8
**poverty** 107:25
108:6 118:6
**power** 70:17
**practical** 26:8
**practice** 12:12
13:10,16,21
17:15 35:1
57:22 79:14

**practiced** 17:16
**practices** 8:12
8:25 15:22
38:20,20 41:10
57:9 58:17
**precarious**
75:9
**precise** 20:7
**preconditions**
24:8
**predation**
144:14
**predatory**
144:20
**predictable**
29:3
**pref** 73:14
**prefer** 5:23
40:6
**preferable**
73:13,15,17,21
74:2,5,6,18
**preferably**
73:19
**preference**
136:12,22
**prep** 141:11
**preparation**
45:16 47:10
49:22
**prepare** 44:7
45:24 46:10
82:9

**prepared** 44:16
**present** 48:21
82:18
**presentation**
12:19,24,25
13:19 14:6,18
14:23
**presentations**
7:21 11:21,24
13:7,16,18
14:20
**presented** 12:9
14:15 118:22
**presenting**
12:21
**pressure** 123:9
**pretty** 16:9
83:23 86:23
119:5 132:16
136:4 141:22
**prevent** 104:19
105:17 118:20
141:11 142:12
144:19
**preventing**
118:25
**prevents**
118:25
**primarily**
19:15 36:10
64:24 65:5,13
67:14,15
**primary** 30:2
79:20,21 80:1

**prior** 17:9
75:19 85:10
87:20 97:17
99:8 104:10,21
**priorities** 25:16
31:25
**prioritization**
23:14 26:1
30:10 112:13
**prioritize** 22:24
23:7 28:19
**prioritized**
27:12,18 59:22
95:23 96:4
**prioritizing**
26:9 27:6
**priority** 134:3
**privacy** 120:5
**private** 9:12
80:24 101:23
108:25 109:3,4
109:7,18
**privilege** 71:6
**privy** 80:22
109:22
**proactive**
120:12
**probably** 14:21
32:3 40:22
53:7 77:4 79:1
88:2,6 92:11
132:9 136:19
136:25 140:7

**problem** 60:3
103:11 104:19
120:6
**problematic**
145:10
**procedural**
4:14
**procedures**
81:2
**proceed** 136:7
136:8
**process** 26:1
27:10,21 79:22
103:1 105:1
107:18 111:18
140:1
**processes** 104:6
104:17 111:21
112:22
**professional**
10:8,21 15:22
40:3 42:8,9
44:18 50:21
109:12
**program** 22:17
22:17 30:3,7,8
30:12,13,14
33:7 36:7,8
52:21 56:23
113:23 130:1,2
**programming**
18:17 59:18
**programs**
13:21 21:4

23:18 26:4
35:21 36:5,17
37:1,4,5,11
42:7 50:23,25
51:24 54:22,23
56:17 66:13
112:15 113:1
140:15
**progress** 90:5
**progressive**
90:5
**project** 2:6
21:14 39:17,19
39:20 56:16
**projects** 20:23
21:9 134:9
**proliferation**
38:11
**prolific** 60:20
**pronouncing**
53:12
**properties** 10:7
10:11 24:11
**property** 30:19
62:21 63:10
80:24,24,24,25
88:1,13 101:6
106:2,5,16
108:24 109:3,4
109:5,7,9,9,18
109:18,19
119:23,24,25
122:5,7 138:1

**proponent**
39:19
**proposal** 73:3
**protection**
145:3
**provide** 10:7
21:5 36:13
39:21 40:1
68:5 92:17
102:15
**provided** 8:20
38:4 46:11,13
46:17 111:15
**provider** 5:17
79:20 110:24
111:24 131:24
131:25 139:24
**providers** 7:22
11:10,18 27:2
28:21 38:5
59:20 66:6
73:3,3 97:8
**provides** 41:17
**providing**
43:14 82:5
97:6 145:2
**proximity** 75:6
108:15,22
117:17 118:23
119:18,21
**psych** 18:15
**ptsd** 24:1
141:17

**public** 15:12
17:17 40:17
70:9,12 72:14
95:16 96:2
109:6,20 118:8
119:18 127:5
131:13 133:18
145:6 147:6
**publically**
40:21
**publications**
14:25 15:2
**publicly** 86:9
**published** 15:7
**purchase**
103:16
**purporting**
138:5
**purpose** 16:20
64:21
**purposes** 63:25
91:21 92:13
123:12 125:10
126:4
**pursuant** 2:3
**push** 28:10
129:22
**pushing** 129:3
**put** 9:16 38:22
46:24 47:23
75:12 86:10
100:23,24
117:2 134:2
139:2

**putting** 119:24

**q**

**qualifications**
9:19
**qualified**
112:23
**qualifies** 123:6
**qualify** 23:16
62:6
**quantifiably**
127:6
**quantify** 32:5
74:15
**quantity** 71:13
**quasi** 144:23
**question** 4:25
4:25 5:7 7:11
10:3 11:5
39:25 43:7
58:4,12 60:17
63:2 67:12
68:22 78:14
94:23 95:1,4
95:13 104:4,24
106:9 109:14
127:10,19,23
136:4
**questioning**
100:14 107:20
136:1
**questionings**
85:10

**questions** 42:16
51:11 135:9,15
135:22 136:5
137:12,14
145:16,18
**quick** 135:6
**quickly** 29:13
91:24 124:4
**quite** 12:14
140:8

**r**

**racial** 27:5
70:16 118:5
129:14
**racism** 70:14
**radar** 139:3
**ramped** 99:8
**ramsey** 17:17
**random** 104:11
**range** 11:9 60:6
60:11 61:3
112:4
**raped** 115:5
**rapid** 12:19
19:9 29:16
30:3,13
**rapidly** 95:22
**rare** 112:4,5
**rate** 12:15
130:21 141:5,6
142:7 147:10
**rates** 16:10
86:16 103:14

103:15 131:6,6
141:21,24
142:15
**rather** 5:3
115:10
**raw** 105:11
112:14
**ray** 128:20,20
128:23,23
**reactions**
117:20
**read** 43:8,10
50:7 111:12
134:13 147:16
**readily** 27:11
27:14,17
**ready** 135:21
140:25
**realistic** 26:9
101:20
**realities** 14:1
20:11 89:15
**reality** 20:12
32:8,12 59:14
82:10 89:4
101:3 131:4,12
140:23
**really** 15:19,20
19:15,19 24:3
24:17 58:19
59:10,11,11
76:3 80:23
86:1,2 95:13
101:9 102:14

103:6 104:23
104:24 117:20
123:23 127:23
142:20
**realm** 28:15
83:23 137:20
**realms** 42:6
**reask** 7:11
**reason** 5:11,13
107:18,20
108:4
**reasonable**
61:21 104:9
105:22 121:21
**reasons** 5:15
76:4 78:15
85:10 89:1,9
104:13 115:6
**recall** 8:8 46:16
63:23 64:9
66:22 67:2,5
77:3,20 78:1
79:10 80:7
93:15,16,24
94:6,20 116:20
124:10 125:5,6
125:12,14,23
125:25 126:8
143:21
**recalling** 96:11
**receive** 28:12
**received** 64:6
**receiving** 16:3
37:12 141:15

**recent** 32:6
69:2 118:14
**recently** 55:3
**recess** 48:10
91:1 135:20
**recognize**
52:18
**recognizing**
145:3
**recollect** 14:23
51:15 53:10
91:17 93:13
116:9 124:16
125:8
**recollecting**
94:16
**recollection**
23:21 49:6
52:12 53:2
54:8 77:6 93:9
124:19
**recommendat...**
14:13 15:16
**recommended**
15:18
**reconnect**
123:2
**reconsolidate**
72:4
**record** 4:8,19
5:5 7:12 41:6
69:11 124:24
147:8

**recorded** 4:20
**recovery**
113:20
**redlining** 70:16
**reduce** 57:10
58:8,9,20
71:20 105:11
**reducing** 57:13
57:15,25 58:5
**reduction** 8:24
13:20 21:11,15
54:25 56:12,15
57:3,5,8,9,19
58:2,5,7,8
59:17,20,21
**reestablishm...**
62:10
**reexperiencing**
141:18
**refer** 91:22
**reference** 12:4
100:13
**referenced** 7:23
130:21 138:16
**referencing**
95:17 125:18
137:25
**referral** 139:18
**referrals** 139:7
140:2
**referred** 23:18
**referring** 49:13
52:9 72:12
75:2 84:14

98:14 137:24
**reformer** 15:8
**refresh** 35:11
64:11
**refugees** 18:22
**refuse** 89:12
**regarding** 53:2
85:10
**regardless**
73:16
**regular** 61:19
64:7 66:11
69:1 87:6
110:12
**rehired** 55:3
**rehousing**
12:19 19:10
29:17 30:3,14
**relate** 11:25
40:13,15 51:14
53:17 54:6
**related** 6:11 7:4
8:11 19:16
21:23 23:25
24:10 38:7
42:1 49:17,25
57:10,13,15,23
57:24,25 58:9
59:3 66:20
70:14 73:7
79:24 80:16
81:2 93:18
95:16 96:16
107:24 119:15

127:14 129:6
129:13,14,15
129:16 137:15
145:9
**relates** 8:24
45:3 58:5
**relating** 94:13
96:6 122:10
**relations** 24:12
**relationship**
5:22 6:5
**relationships**
5:19
**relative** 10:14
130:18 131:9
134:14 147:11
147:12
**release** 135:11
**relegated** 19:23
98:23
**relevance** 41:4
43:18
**relevant** 6:8
43:15
**reliant** 5:19
**remember**
14:15 15:25
26:13,19 77:13
77:15 92:25
93:21 96:24
98:18,20,20
120:24 124:8
125:21 137:17
140:8

**remembering**
68:12 137:22
143:7
**remote** 48:22
**remotely** 2:2
**removal** 100:19
120:14
**removed** 27:9
82:16 108:13
128:9
**rental** 103:14
**reoccupied**
63:8
**repeat** 55:14
94:23 116:16
**repetition**
104:19
**replicating**
110:19
**report** 110:3
**reported** 28:2
75:25 147:4
**reporter** 1:25
5:4 17:20
22:25 55:14,17
63:13,16 90:24
147:22
**reporter's** 3:5
**reporting**
18:20 80:13
98:8
**reports** 64:7
86:15 93:9
94:1 111:12

144:2,17,21,25
145:1
**represent**
66:24 91:19
124:11 126:1
**representative**
138:20
**represented** 7:1
**representing**
13:15
**request** 71:2
73:2 89:10
127:10
**requested**
43:10 136:13
**requirement**
26:3 30:10
**rescue** 72:24
132:8
**research** 71:23
**reserved**
147:16
**reside** 30:21
73:19 76:6
82:19 130:4
**resided** 130:4
**residents** 85:25
87:24 127:13
127:18
**residing** 12:14
15:24 24:12
31:21,23 33:3
33:9,10,23
34:9,9 36:15

36:23 38:16
66:3 71:9
76:17 77:17
79:2 82:22
87:22
**resolve** 101:15
107:8
**resources** 23:6
25:25 30:1
35:5 70:11,18
102:3,4
**responded** 68:5
**responding**
15:15
**response** 13:3,4
13:6 26:22
28:12 29:2
38:11 73:1,8
73:10 84:10
88:9 89:2,3
90:6 94:5 95:5
132:3
**responses** 15:4
**restate** 43:6
65:8 67:10
70:25 100:3
**restaurant** 95:7
**result** 67:21,22
75:14 81:5
97:17 108:21
118:10 145:14
**resume** 18:14
20:6

**retribution** 6:9
**return** 125:23
**returned** 144:2
**review** 41:9
44:20 45:7
47:4,6 49:10
**reviewed** 42:11
42:12 44:6,8
44:12 45:9,10
45:12,25 46:2
46:4,18 47:1,3
**reviewing**
50:11
**rfps** 73:2
**right** 4:7,17
22:12 48:8,12
54:6 61:15
96:10,10
117:13 122:4
125:9 135:4
137:23 140:23
147:16
**rights** 18:22
138:1
**rings** 51:20
**risk** 58:20
75:20 90:8
**robertson** 2:14
**robust** 71:16
95:18 102:22
104:10
**rodriguez** 2:17
**role** 5:18 10:5
20:24 22:13

24:3 25:16
28:15 30:5
31:7,7,10
32:17 33:2
35:9 36:19
39:1 54:13,15
54:17,19 55:4
55:5,6 56:7,23
57:1 61:5,8,9
67:18 69:3
79:21 92:15
93:4 131:20,22
131:23
**roles** 19:5
20:23 22:9,11
22:11 29:1,19
29:25 45:19
**roll** 128:24
**rondel** 54:1,5
**room** 2:12
21:10 36:25
48:16,20
**rooted** 103:11
103:13
**route** 16:1
**routinely** 87:14
**rubble** 108:10
**rudimentary**
99:14
**rule** 24:25
**rules** 4:14
**run** 26:19
30:17 134:10

**running** 120:19

**s**

**sadly** 65:15
**safe** 68:6 73:19
74:23 75:1,13
75:23,24 76:5
97:21 98:4
117:19 129:22
144:13
**safer** 58:14,17
58:21 76:6
115:7
**safety** 15:12,23
67:25 68:17
73:24 74:18
76:13 97:7
114:25 115:14
131:15
**sagataw** 49:4
**sagatwa** 1:3
**salvation** 72:24
**sanction** 14:8
**sarff** 2:14
**satellite** 123:10
**satisfy** 139:22
**save** 122:20
**saving** 92:23
**saw** 98:10
**saying** 51:18
82:2 99:23
108:17,19,20
109:7 114:18
121:10

**says** 80:18
82:25
**scale** 20:11
35:21 64:23
119:1,3
**scarcity** 103:19
**scattered** 21:4
72:3
**scattering**
99:12
**scene** 109:22
**school** 16:25
17:2 18:23
127:5
**schooling** 17:24
18:5
**scope** 41:5
**se** 56:5 96:17
**seal** 147:18
**search** 26:15
**seattle** 12:25
**second** 11:11
93:1
**secondary**
67:21
**secondhand**
66:19 69:15
**sectors** 70:10
**secure** 73:19
74:23 75:1
**security** 10:10
**see** 11:1 78:4
83:9 92:4
97:16 103:14

115:18 123:13
130:21 135:6
**seeing** 79:18
82:25 92:25
107:4 142:7,14
142:15
**seek** 11:19
129:9 131:16
**seeking** 17:22
73:6
**seen** 50:1
116:23,24
119:4 121:20
130:15,17
**self** 30:22
**selling** 119:11
**send** 136:20,21
**sense** 5:5 45:6
80:17 87:7
97:6,9,19
102:6 114:24
115:14 122:16
128:13,16
129:2,11,12
**sentence**
127:16
**separate** 37:7,9
142:2
**september**
35:12,13 64:18
**series** 116:3
**serious** 73:23
102:18

seriously 15:17
seriousness
104:24
servants 145:6
serve 5:24 8:13
64:25 65:2
served 6:17
7:19
serves 36:8
service 5:17
6:18 7:22
10:10 20:24
21:1 25:3
54:20 66:6
79:20 97:7
110:24 111:1
111:23 120:19
120:21 131:23
131:25
services 9:2
10:7 12:11,13
16:13,16 18:7
21:2 24:13
25:7 36:21
37:12,15 38:3
40:13 42:3
54:24 90:9
92:17,24
104:10 105:5
111:3,15 123:2
131:20,21
132:4,5,23
serving 6:4,20
26:6 28:7

set 15:11 31:18
57:9 62:22
71:16 80:15
101:21 105:19
111:25 128:13
sets 69:5
setting 13:4
74:13 79:17
115:4
settings 18:9
setup 5:2
seven 126:4
139:11
several 10:7
12:3 14:11
20:5 37:12
62:8 99:10
139:3 141:7
severe 75:5
76:16 114:2
115:4
sex 58:17
sexual 57:25
sexually 76:2
115:5
shakes 5:4
shape 138:8
sharda 2:14 4:8
43:4 74:4
sharda.enslin
2:14
sharepoint
136:20,24
137:3,5 145:21

sharing 137:18
shelter 10:13
13:17,22 14:10
16:5 21:11,12
23:18 24:4
28:24 29:1,6
31:3,23 32:3,6
32:6,11,13,14
33:16 37:1,3
37:23 38:3,22
40:9,9 41:13
42:7,24 43:1
43:15,15 52:7
54:25 55:9,25
56:4,11,16
68:8,18 72:1
72:17,22 73:3
73:4 74:1,2,22
74:23 75:8,21
76:1,2,5,11
84:23 85:1,3,6
85:8,9,11,14,22
85:23 86:3,10
86:16,19 87:4
88:15,20,21,23
88:24 89:2,5
89:13,13 97:25
98:1,2 105:12
113:13,14,16
114:14 115:8
131:20 132:4,5
132:13,14,22
132:23 142:22
142:24

sheltered 12:22
31:13,16
101:16
sheltering
72:13 105:4
shelters 21:7
55:19 86:17
88:18 95:22
132:6,25
shelves 24:15
shift 47:15
145:12
shifted 33:7
54:19
shifting 81:2
short 15:17
19:12 30:14,19
90:13 98:23
100:17 134:10
shortly 62:18
should've 44:4
show 88:5
showed 88:14
showing 99:3
131:14
shows 104:15
shy 18:25
side 24:17,17
sidewalks
119:13
sign 82:25 83:6
83:9 147:16
significant
93:10 95:15

125:22

**signs** 82:20

**similar** 52:21

**similarities**
29:21

**simple** 95:4
109:17 111:17

**simply** 51:19
71:20 72:3
74:16 101:1
145:12

**simultaneous**
20:12 22:5
122:5

**simultaneously**
19:23

**single** 46:5
112:2 121:7
122:1,2

**sir** 22:25

**sit** 49:8 127:24

**site** 21:3,4 61:8
123:21 124:9
124:10 125:7
125:13,15,19

**sites** 110:3

**sitting** 103:12
135:24

**situation** 31:6
37:14 71:7
73:13 102:4
105:22,23
107:1 111:7

**situations** 29:3
108:17 119:20
143:14

**six** 14:21 30:15
112:19 125:9
125:16 126:3

**sixth** 125:19

**size** 137:1

**skewed** 27:5

**skewing** 27:4

**skill** 35:19

**skills** 52:25

**slash** 15:3,3

**sleeping** 98:2

**slightly** 54:19
117:3

**slow** 22:25

**small** 6:17
19:25,25 21:15
71:25

**smaller** 14:24
123:10 143:19

**smoke** 122:10

**socially** 140:10

**solution** 53:25
55:12 72:10,12
102:2 103:7

**solutions** 8:12
9:4 70:20

**solve** 101:3

**somebody**
33:25 67:13,14
67:17 111:6

**someone's**
140:25

**someplace**
83:19,21

**something's**
30:19 95:8

**somewhat**
123:5

**sorry** 6:23 22:7
23:2 56:20
58:11 64:13
74:4 94:23
115:17 124:7

**sort** 14:1 20:12
43:21 57:18,20
59:11 83:15
95:15 98:6
102:23 114:6
137:15,19

**sought** 11:8

**sound** 16:17
91:23 116:11

**sounds** 14:17
39:8 49:5
50:16 51:2
56:9 63:3
90:25

**sources** 57:4
110:13

**south** 2:12
62:17 63:4
71:14 91:5,21
92:3 123:18
124:13 125:4

126:1

**southeast** 17:8
18:20

**space** 29:6 38:5
40:9,9 42:25
43:1,15 66:15
72:14,18 74:22
75:5,8,11,17
83:3 98:13,24
133:12

**spaces** 32:9
52:7 58:1
74:21,24 75:19
76:1,2,10
78:25 85:23
86:17 88:15
95:11 105:10
107:14

**sparks** 123:14

**spasms** 119:5

**spdat** 26:12
27:3

**speak** 41:8
43:21 44:9
74:25 81:15
82:1,24 95:20
142:1

**speaking** 22:5
62:16 85:4
86:14,24 133:7
133:14 138:2

**speaks** 95:24
100:22

**specific** 8:18
9:2,21 12:4
18:14 42:16
49:9 51:13
52:2 57:14
61:23 63:1
65:23 66:22
67:12 76:24
77:20 79:10
82:11 84:19
89:11 90:1,1
91:18 93:17
94:6 98:20
106:11 125:23
126:9,13 133:5
144:4
**specifically**
16:15 21:25
30:12 46:16
59:24 77:3
78:11 79:13,23
84:14 93:16
96:8 98:5
116:6 123:4
127:12,16
**specificity**
39:13 138:17
**specifics** 26:13
48:24
**spectrum** 58:13
**spell** 63:13
**spend** 90:7
**spike** 142:3

**spikes** 142:7
**spillover** 120:9
**spoke** 43:24
73:11 77:19
78:3
**spoken** 49:15
49:16,21,23
50:25 78:17
**spokespersons**
111:14
**spot** 9:17
128:22
**spread** 116:2
**spring** 97:16
124:1
**st** 19:3 20:8,20
23:19 32:19
35:9,16 56:17
**stability** 114:21
**stabilization**
12:11
**stabilize** 38:10
**stable** 30:21
113:9
**staff** 18:12
**standard** 26:6
**standards** 35:2
83:11 121:11
**standpoint**
96:3
**stars** 112:1
**start** 49:1
132:4

**started** 21:20
39:3 91:10
**starting** 16:25
20:5 97:1
**stash** 101:8
**state** 8:21,22
9:14 14:2
22:17,20 38:14
101:15 147:1,6
**stated** 45:17
**statements**
49:10,12
137:25
**states** 1:1
**statewide** 13:19
**static** 31:18
**statistic** 134:11
**statistically**
60:23
**statistics** 60:24
**status** 23:5,5,9
24:21 31:21
32:14 82:15
141:5
**stay** 75:24 80:2
97:21 98:4
103:7 106:7
117:19
**staying** 23:15
44:25 74:13
76:14 94:8
116:23
**step** 31:2 59:9

**stephen's** 20:20
23:19
**stephens** 19:3
20:8 32:19
35:9,16
**stepped** 68:16
87:25
**steps** 58:4
**sticking** 40:6
**stolen** 75:21
**storage** 89:18
89:24 90:1
**store** 90:3
99:20
**stored** 99:21
**story** 138:20,20
**strategic** 35:20
79:22 92:16
120:12
**strategically**
33:11
**strategies** 8:12
8:25
**strategizing**
129:4
**strategy** 42:4
71:12 118:20
**stream** 30:4
114:6
**street** 2:12
10:18,18 12:12
13:17 14:7
19:17 20:8,15
20:21 21:6,8

24:4 26:22
28:25 32:18,24
33:1 34:15,25
35:3 36:24
38:2 50:21
54:24 55:1,5,6
55:7,9,18
56:10,14,14,24
64:8 66:9,21
77:10,10 79:13
80:12 91:18
92:4 94:2
103:22 109:25
110:10,13
113:2 134:15
139:13 140:4
140:12 141:16
**streets** 108:7
**strictly** 109:13
**strong** 16:6
118:14
**structural**
139:6
**structurally**
102:24 120:16
**structure** 25:4
68:6 103:17
121:15 127:8,9
128:16
**structured**
127:6
**structures**
67:21 97:5

**structuring**
128:12,12
**struggling**
60:14 119:8
**student** 17:16
17:19
**studies** 17:8
87:14 141:19
**study** 107:3
131:7 141:21
**subcommunit...**
70:6
**subgroup**
14:24
**subject** 40:10
100:25 101:5
106:16
**sublocade** 59:2
**suboxone** 59:1
130:1
**subpoena**
136:14
**subsector**
130:8
**subsequent**
97:4
**subsequently**
17:3,6 62:9
101:7
**subset** 88:12
107:21 130:25
**substance** 15:9
15:10 28:3
60:9 65:14

79:24 113:23
129:15,16
130:5 140:24
142:23
**substances**
58:15,22,22
60:8 61:4
140:22
**substantial**
97:12
**successful**
29:24 42:4
71:12
**succinct** 7:12
**sued** 42:19
**sufficient** 30:22
105:19
**suggestion**
106:25 107:2
**suggestions**
15:4
**summary** 38:17
**summer** 63:21
97:16 125:7
**super** 20:10
32:21
**supervise** 56:22
**supervisory**
56:23
**supplies** 58:14
**support** 13:23
19:3,6,12 21:4
22:16 24:19
29:22 30:5,6

30:15,16,16
31:10 32:2
36:15,22 37:10
37:25 39:20
55:11 57:2,11
102:22 105:6
131:15 132:11
132:22
**supported** 9:3
25:6 59:13
**supporting**
19:8 59:12
66:4 79:12
117:18 144:18
**supportive**
21:5 25:4
29:22,24 33:15
39:18 43:23,25
55:10,19 89:4
97:2 107:14,15
107:15 110:23
114:4
**supports** 58:25
59:4,7 71:17
90:9
**supposed** 83:21
127:22
**supreme** 44:22
**sure** 5:3 8:4
17:2 18:6
20:17 22:16
37:20 40:2
42:25 48:1
55:3 60:18

63:2 67:13
72:7,8,21 74:8
77:1 78:19,21
79:4 86:11
90:16,20 92:1
94:20,24
116:15 132:8
133:10 138:15
145:17
**surrounding**
96:6 108:9,12
120:1 121:1,22
121:22 143:15
**surveyed** 123:1
**surveys** 38:15
**survivability**
75:16 113:18
**survival** 97:13
97:24
**survive** 66:5
**sworn** 3:2 4:2
147:5
**symptomatic**
102:21
**synergize**
110:18
**system** 14:4
19:21 22:23,24
23:3,6,13
25:24,24,25
26:5,9 27:13
28:17,18,19,21
28:24 29:9
30:11 37:4

55:9,18 60:1
85:7 101:21
110:17 111:22
129:19 132:12
132:15,16
139:7,19
**systemic** 8:11
104:6,17 107:7
108:17
**systems** 19:22
31:23 76:9
132:22

**t**

**t** 63:15
**take** 38:17
47:18 48:5
88:12 90:13
99:15 105:24
110:25 111:6
134:18,20,25
135:6 136:5
**taken** 2:1 4:11
45:21 58:4
120:13
**talk** 4:23 7:23
7:24,25 8:10
16:12,23 37:21
42:17 47:10,13
48:24 76:25
79:8 94:7 98:9
106:13 107:5
110:14 111:14
116:6 133:7,11

133:15
**talked** 10:24
32:7,21 94:3
124:5 125:5
131:18
**talking** 8:23 9:2
9:25 13:2,20
14:2 32:8 40:4
42:7 45:1 64:1
80:14 84:20,21
91:4,6 93:21
100:14 112:11
133:15 144:8
**targeted** 36:8
36:14 64:24
**task** 106:18
**team** 20:8
21:15 29:11
32:18,24 34:15
35:10 55:1,5,6
55:25 56:11,11
56:12,14,15
57:3,4 59:17
64:8 66:9,16
66:21 77:11
79:11 92:20
110:7 140:12
143:5,6,18
**teams** 10:18,18
21:8 28:25
29:1 38:4 39:2
54:25 55:7
56:10,24 66:14
79:13 80:13

110:8,10,13
141:8 143:10
143:12,18,19
**technical** 4:16
111:10
**tecum** 136:14
**tell** 16:23 18:3
22:8 32:17
35:22 37:19
45:7 47:19
52:10 76:23
111:11 147:5
**telling** 102:12
**temporarily**
14:10
**temporary** 25:1
31:3 74:1,2,13
113:16,21
**ten** 39:4 131:8
134:20,25
**tenancy** 24:11
30:15
**tend** 31:20
128:7
**tended** 121:23
**tent** 97:25
**tents** 123:18
**term** 19:12
22:19 29:15
30:14,19 33:17
33:20 42:4
55:12 59:8
108:17 112:12
112:24 114:3

133:2

**terms** 28:1,11
52:20 89:12
112:7 113:14
145:9

**test** 9:17

**testified** 4:3

**testify** 44:16

**testifying** 16:11
41:12,23,25

**testimonies** 9:1

**testimony** 5:12
5:14,16 147:7
147:8

**text** 79:15

**texts** 94:1

**thank** 4:9 7:9
48:8 63:16
88:22 135:23
136:2 137:9
138:4,10 143:1
143:24 144:5
145:15,22,23
145:24

**thanks** 21:17
48:9 135:13

**theft** 90:8

**therapy** 59:6

**thereabouts**
12:9

**thereof** 5:22
8:12,20 9:5
111:14

**thing** 12:17
48:14 77:23
144:11

**things** 14:13
21:19 29:5,10
29:11 34:11
81:13,23 90:13
99:7,15,17
103:11,16
104:1 107:13
117:19 120:17
138:18 140:5

**think** 12:24
14:5 18:6 25:9
40:20 41:4
43:4 47:20
48:2 53:11
65:19 67:13
71:15 72:9
82:5 83:20,22
90:2,11,12
94:16 96:14
99:1 104:24
105:19 115:20
117:1 118:1,2
119:13,17,25
120:22,25
121:4 128:4
132:8 134:18
134:23 135:15
136:4 137:16
141:3 144:11

**thinking** 52:25
57:19 84:19

103:1,10 107:4
107:7

**thought** 61:16
71:16 72:10

**thousands**
52:13 70:5

**three** 18:25
22:23 23:11
36:1 56:10
92:11 138:16
140:18 142:2

**throw** 81:9

**tied** 113:21
144:3

**tiger** 50:15

**tiger's** 51:13

**tight** 139:12

**time** 9:18 12:6
12:16 14:22
15:10,19 17:4
17:18 18:18,21
18:22 19:1,3,4
19:13,25 20:3
20:4 23:24
25:21 26:2,11
26:11 27:20,24
28:13 29:3,4
30:22 31:12,20
31:21,24 33:7
34:24 44:11
45:4 47:20
48:1,3,10
54:17 62:4,13
64:9,16 65:22

65:23,24 72:17
77:1,18 78:23
81:19 84:24
86:16,19,21
87:7,15 90:7
91:1,16 93:8
94:19 95:25
96:14,24 98:18
98:20,22,22,23
98:25 99:19,24
100:4,7,16,17
100:24 101:9
101:10,11,11
101:13,19,20
101:21,22
102:2,3,5,11
104:9 105:10
105:16 107:18
108:18 111:25
112:7 113:4,6
113:7 118:17
119:6 122:20
126:6,9 128:19
135:20,23
139:5,8,12
140:1 142:10
142:24 143:25
145:22

**timeframe** 53:4
53:10 131:8

**timeline** 18:5
111:8

**times** 28:12
32:25 34:21

57:24 64:4
65:20 72:19
77:5 92:10,11
92:12 110:9
111:1 117:9
120:13 121:8
128:7 138:21
143:11,17
**timing** 47:18
**tiny** 36:25
**title** 21:1
**titles** 18:14
**today** 4:14 5:12
5:14,16,24
6:16 7:2 27:15
40:3 41:8,23
41:25 42:10
44:7,10,17
45:1,24 48:16
49:8,22 60:19
81:7 102:13
112:11 127:24
135:23
**together** 29:12
35:4 67:24
110:14
**toilets** 120:15
120:19
**told** 82:18
99:24 100:10
109:16
**tolerant** 115:3
**tomorrow**
102:13

**tonight's** 85:14
**took** 85:19
**tool** 26:12,17
27:8
**top** 134:10
**topic** 14:25
133:21
**total** 23:11
**totality** 85:17
85:20 88:10
130:18
**totally** 136:21
**touch** 28:21
140:20
**toured** 89:19
**toward** 27:6
**towards** 27:4
28:10 53:25
59:13 68:17
114:7 129:3
134:5
**track** 28:20
139:1 140:2
**traditional**
112:22
**traditionally**
130:16
**tragic** 118:12
**training** 8:17
8:18 13:25
**trainings** 8:15
8:22 89:7
**trajectory**
62:12

**trans** 119:10
**transactions**
119:11 130:11
**transcribed**
147:7
**transcript** 4:21
4:22 5:1
**transcripts**
47:4
**transit** 34:8
76:9
**transition**
24:18 25:21
30:23 33:16
37:2 98:24
101:25 102:24
103:8,18 113:7
114:4,21 115:8
127:7 140:11
**transitional**
113:20
**transitioned**
19:2 20:22
92:19 93:11
**transitioning**
32:12 37:11
60:10 112:16
114:3,25
**transitions**
61:19 86:23
103:1
**transmissible**
95:16

**transmission**
94:11,21 95:2
95:11,24 96:2
96:16
**transmissions**
16:2
**transmitted**
95:9
**transpired**
124:21
**transportation**
63:18
**transporting**
99:14
**trauma** 141:17
**traumas** 24:1
**travel** 61:12
**travis** 50:3
**treat** 104:5
**treated** 100:15
**treatment** 59:6
83:16 101:17
113:23 140:11
140:15,16
**treatments**
58:25 59:6
**trespassing**
82:20 83:1,6,9
83:16
**tribal** 9:13
**tribbett** 1:12
2:1 3:2 4:1,7
11:16 48:12
83:24 91:8

135:23 136:12
137:13 146:1
147:4
**trick** 127:22
**tried** 120:20
**trigger** 142:6
**troubling**
107:13
**true** 81:12
147:7
**truly** 51:18
111:10 123:23
**truth** 147:5
**truthful** 5:11
5:14,16
**truthfully**
68:22
**try** 4:17 22:25
28:7 29:7
41:16 68:16
70:19 76:6
79:22 98:24
134:14 143:20
144:19
**trying** 9:16
10:2,4 12:24
28:10 45:23
56:6 58:3
62:25 64:25
65:2 74:6 87:3
104:20 111:11
116:18 140:19
141:8,10
142:13,21

**turn** 135:25
**turnaround**
139:12
**turnaways**
86:24
**turned** 87:3
**two** 29:19 53:6
53:6 78:15
91:22 92:14
93:1 96:18
97:5 110:25
112:4 115:19
123:3,16,16,19
140:7,7 142:8
**type** 27:21
52:21 106:2
107:7 110:24
114:10 119:19
121:13 129:16
**types** 141:15
142:20

**u**

**u** 69:9
**ultimately**
111:16
**umbrella** 25:3
29:22
**unaware** 73:7
**unclear** 123:5
**uncommon**
112:8
**under** 8:5 34:8
34:12 36:1

106:15
**undercounting**
87:8,17
**underemployed**
36:3
**underinvested**
118:7
**underlying**
24:20 144:11
**underneath**
20:24 56:9
**underresourced**
70:8 107:22,23
144:7
**underserved**
144:7
**understand** 5:8
9:16 10:4
16:19 32:16
40:8 42:18,18
42:21,23 45:6
45:23 51:5
56:6 58:21
69:16 89:8
92:18 98:16
124:23 126:13
126:16 138:3
144:5,12
**understanding**
9:18 24:24
25:14 41:9
52:8 57:19
62:23 69:17,24
70:21,23 83:8

87:2 89:14
91:8 93:6
94:24 99:22
100:2 105:5
109:11 126:20
127:19 131:22
138:6 139:11
**understandings**
52:5
**understood**
31:15 37:13
58:10 64:3
69:17 71:3
87:15
**unequivocally**
69:25 99:4
**unfit** 33:3,14
33:17,22 34:3
34:13 36:24
37:3 72:14
76:6 80:4
**unfortunately**
23:6 116:21,22
116:25 118:2
118:11,17
119:1,2 134:7
**unhoused**
16:14 21:24
24:22 31:1
40:13 43:2
60:3,4,15,20
61:1 67:23
120:7 121:19
144:9

**unique** 19:14
22:17 129:10
**unit** 36:25
**united** 1:1
**units** 120:21
**universe** 40:10
**university** 17:7
17:9
**unknown** 115:1
**unlocked** 84:9
**unprotected**
76:18
**unreliable**
100:18
**unrest** 13:3,5
38:13
**unsafe** 75:6
**unsheltered**
11:25 12:22
13:22 15:1,5
15:14 16:8
20:15 21:24
22:22 31:4,16
31:21 32:13,14
33:5,24 38:2
61:2 75:4
85:18 87:13,16
89:16 101:4,15
111:6 113:8
126:23 130:19
137:22 144:9
**unstably** 104:2
**upload** 136:20
137:4

**ups** 143:14
**urban** 68:20
69:10 108:11
131:10
**urgent** 70:18
**urinating**
119:25
**usage** 13:2
60:12,12
118:16 129:15
**use** 11:8 28:3,3
57:11,13,14,23
58:6,8,9,14,22
58:22 59:1
60:2,9,14,20
65:14,15 69:9
70:10 76:9
79:24 98:3
112:24 113:23
119:9,15
120:15 129:7
130:5,7,16,22
130:23 131:1
135:14 140:24
142:23
**used** 26:5,12,22
38:21 54:21
58:2 89:14
101:11,22
106:17 119:12
**user** 140:9
**using** 55:8,17
58:15 60:7
105:16 113:6

130:25
**usually** 48:20
73:2
**utilize** 13:20
35:18 107:8
110:16
**utilized** 14:12
26:17 27:21
28:19 113:1
**utilizing** 35:5

## v

**vaguely** 53:20
125:21
**valid** 118:1
119:16,17
120:1 121:1
**value** 128:12
129:19
**values** 129:20
131:17
**varied** 102:16
**varies** 113:14
**variety** 19:5
21:3 28:6 36:4
36:16 37:1
40:5 54:22
57:4 66:14
67:20 74:21
103:9 104:13
105:24 110:13
114:8 117:20
140:15

**various** 100:15
111:2 137:16
**varying** 23:19
32:25 34:21
117:9 132:11
**vast** 28:16 32:3
85:23 111:20
113:1
**vastly** 131:5
**verbal** 5:3
**verify** 91:25
**version** 91:10
**versus** 31:16
82:3 131:23
**veterans** 12:21
19:10 30:2,12
**vi** 26:12 27:3
**victims** 144:14
**video** 4:20,21
**videoconfere...**
1:10 2:1
**view** 19:20
69:25
**vigilante**
144:23
**village** 13:9
21:10 36:25
37:19,22,23
39:2,5,11,22
41:18 43:23,25
44:2 56:13,25
59:16
**violence** 118:22
118:25 143:16

**viral** 94:24
**visible** 20:17
  84:16 108:3
  130:14
**visit** 63:24
  64:22 92:7
**visited** 65:19
  124:14
**visiting** 125:25
**visits** 92:13
**visual** 52:25
**vital** 92:23
**voluntarily**
  87:25
**vortex** 29:5
**vs** 1:5
**vulnerable**
  76:19

| w |

**wait** 4:24
  139:17,18,18
**wake** 13:5
  38:12 97:23
  122:25 141:24
**walk** 11:24
**walking** 24:17
**wall** 62:21 63:6
  63:11,20
**want** 10:2 12:5
  21:18 29:13
  47:23,24 48:24
  49:1 59:15
  62:6 63:1

68:21 78:19
81:13 82:7
85:11,14 88:18
88:19,23 89:13
89:13 91:5
109:3,8,19
111:19 114:18
115:9 116:6
117:2 131:19
134:22 135:6,9
135:10 136:1,5
**wanted** 29:14
  48:22 70:22
  85:2,21 123:15
  124:24 140:10
  143:2
**wanting** 9:3
  69:20
**wants** 114:20
**warm** 73:14
  86:23 97:12
  98:3
**warrant** 122:7
**waste** 108:10
  120:5,14
**watching** 71:23
  90:7
**water** 120:15
**way** 15:12
  29:11 35:6,19
  45:22 58:3
  59:7,22 60:22
  61:16 68:5
  70:20 72:13

79:5 87:1
95:24 101:14
101:21 103:6
103:11 111:4
119:22 129:10
129:20,24
138:8
**ways** 7:18 14:2
  23:14 57:21
  58:21 71:21
**we've** 47:16
  55:3 61:16
  109:16,16
  123:15 127:13
  130:16 141:2
  144:8
**wealth** 103:25
**wealthy** 108:2
**weather** 73:5
  73:10,16,16
  74:17 75:15,16
  75:24 76:9
  97:12
**weeds** 25:19
**week** 85:19
  112:4 121:7
**weekly** 86:15
**weeks** 99:8
  112:20 139:3
**weigh** 105:25
**weird** 48:14
**welfare** 15:23
**wellbeing**
  114:25

**wellness** 68:17
  106:18,19
  114:21
**went** 17:8 64:9
  66:13 91:20
  111:2 115:25
  124:1 128:24
**whatever's**
  136:19
**wheelchairs**
  102:17
**white** 27:6 71:5
  131:9
**wide** 60:11
  61:2 66:14
  92:17
**widely** 40:20
  57:11
**wilder** 32:6
**william** 17:10
**willing** 75:20
  141:1 143:13
**winter** 29:4
  73:2,12,13
  74:2,3,12
  86:20,21,25
  87:5 97:11,22
  97:24 98:6
  124:1 125:6
**winter's** 97:18
**wise** 47:18
**withdrawal**
  130:1

**witness** 7:13
16:12 17:21
23:2 41:7 43:6
55:16,21 63:15
63:17 78:4
90:20 134:25
135:4 136:2,24
137:7 145:24
147:4,8,16,18
**witnessing** 98:7
**wonder** 48:21
**wondering**
60:18 123:20
124:13 127:24
143:6
**words** 117:2
**work** 5:17 8:6
9:6,10 10:6,6
10:15,17 11:20
17:18 18:4,21
19:20 22:15,18
26:23 29:14
30:17 31:3
33:2 34:18
38:6 40:3,4
42:9 44:1
45:18 46:24
48:6 51:22
57:6 59:17
66:17 68:19,19
69:4 71:23
90:22 93:5
104:4 107:5
109:25 110:5,5

110:11,18,19
111:2,24
134:14 139:13
141:7 144:16
**workable** 89:2
103:7
**worked** 9:23
11:6 18:8,12
18:13,18,23,23
19:4,9,13,15
20:1,9 21:8
22:1 29:16
34:22 39:14
68:25
**worker** 139:13
**workers** 33:2
34:16,18,19,19
34:20 35:2
103:22 111:2
144:19
**workflows**
142:24
**working** 9:22
10:11,12 13:10
16:7 18:8 19:2
19:7,10 20:3
21:14,20,24
22:1,9,12 23:3
23:16,17 25:15
29:1,21,23
30:8,25 31:1
31:12 32:11
34:25 36:3
53:21,25 55:7

56:15 57:12
60:7 69:4 70:4
80:3 81:19
92:22 110:18
129:4 132:21
134:5 138:24
139:9
**works** 10:10
36:23 47:21,22
57:5 90:24
107:4 121:17
**world** 38:22
85:13,21
**worried** 6:2
**worth** 30:15
**wound** 142:19
**wrap** 134:24
**wraparound**
38:3
**writ** 94:19
96:15
**write** 46:21
**written** 15:3

| x |
|---|
| **x** 3:1 101:13 |
| 111:14,16 |
| 128:22 |

| y |
|---|
**yard** 121:16
**yeah** 7:9,10
10:2 14:21
29:20 40:8
41:7 43:19

45:23 48:3
64:15 66:14
68:10 84:25
90:14,21 92:5
92:5,6 94:22
100:4 102:11
106:24 115:24
116:17 123:24
124:23 125:21
125:22 127:10
135:3,13
136:17 143:9
**year** 22:21
23:10,12 50:24
53:8 61:7
62:19 73:5,15
96:14 105:3
112:18 142:9
**years** 8:17 9:14
14:21 17:25
18:1,7,8,12,15
18:25 20:5,19
22:23 27:9
32:1 45:19
50:19 52:13
53:7 69:2 70:4
80:14 88:11
89:7 107:3
112:9 122:24
140:7
**yep** 5:6 21:22
29:18 35:15
41:22 54:16
90:18 124:23

| |
|---|
| **youth** 36:4 |
| **z** |
| **zero** 133:17 |
| **zoning** 39:15 |
| **zoom** 4:15 5:2 |
| 48:15 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.