# EXHIBIT B

**TO PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1              UNITED STATES DISTRICT COURT

2                 DISTRICT OF MINNESOTA

3

4              Case No. 24-cv-00001 (ECT/ECW)

5 _____

6 CHERYL SAGATAW, et al.,

7        Plaintiffs,

8 vs.

9 MAYOR JACOB FREY, in his

10 individual and official capacity,

11        Defendant.

12 _____

13

14

15

16            REMOTE ZOOM VIDEOCONFERENCE

17            DEPOSITION OF AARON JOHNSON

18          Taken on Wednesday, May 28, 2025

19            Scheduled for 9:00 a.m. CDT

20

21

22

23

24 STENOGRAPHIC REPORTER:  DANA S. ANDERSON-LINNELL

25 Job No.:  MW 7366617

1  REMOTE ZOOM VIDEOCONFERENCE DEPOSITION OF AARON

2  JOHNSON taken on Wednesday, May 28, 2025, commencing

3  at 9:10 a.m., via a REMOTE ZOOM PROCEEDING, before

4  Dana S. Anderson-Linnell, a Stenographic Shorthand

5  Reporter and Notary Public of and for the State of

6  Minnesota.

7                   ***************

8

9                     APPEARANCES

10

11  On Behalf of the Defendant:

12  Sharda Enslin, Esquire

13  Heather Robertson, Esquire

14  Kristin Sarff, Esquire

15  MINNEAPOLIS CITY ATTORNEY'S OFFICE

16  350 South Fifth Street, Room 210

17  Minneapolis, MN 55415

18  Email:  sharda.enslin@minneapolismn.gov

19           heather.robertson@minneapolismn.gov

20           kristin.sarff@minneapolismn.gov

21

22  (Appearances continued on next page.)

23

24

25

1    APPEARANCES (continued):

2

3    On Behalf of the Plaintiffs and the Witness:

4    Claire Glenn, Esquire

5    Kira Kelly, Esquire

6    CLIMATE DEFENSE PROJECT

7    P.O. Box 7040

8    Minneapolis, MN 55407

9    Email:  claire@climatedefenseproject.org

10           kira@climatedefenseproject.org

11

12   ALSO PRESENT:  Dalia Rodriguez, intern

13

14   NOTE:  The original transcript will be filed with the

15   Minneapolis City Attorney's Office, pursuant to the

16   applicable Rules of Civil Procedure.

17

18

19

20

21

22

23

24

25

1  INDEX                                      PAGE

2

3  WITNESS:  AARON JOHNSON

4  EXAMINATION BY:

5  Ms. Enslin                                   5

6  Ms. Glenn                                  172

7

8  INSTRUCTIONS NOT TO ANSWER:  (None.)

9

10  PRODUCTION REQUESTS:  (None.)

11

12  INDEX OF EXHIBITS:

13

14  (No exhibits were marked.)

15

16

17

18

19

20

21

22

23

24

25

1                    THE COURT REPORTER:  Do all counsel

2       stipulate that I may swear in the witness

3       remotely over the Zoom videoconference?

4                    MS. ENSLIN:  Yes.

5                    MS. GLENN:  Yes, that's fine.

6                    AARON JOHNSON,

7       called as a witness, being first duly sworn,

8          was examined and testified as follows:

9                    EXAMINATION

10      BY MS. ENSLIN:

11      Q.     Good morning, Mr. Johnson.  My name is

12      Sharda Enslin.  I'm an assistant city attorney

13      here for the City of Minneapolis, and I

14      represent the Mayor who is the defendant in

15      this lawsuit.  Nice to meet you.

16      A.     Nice to meet you.

17      Q.     Can you say and spell your name for the

18      record, please?

19      A.     It's Aaron Johnson, A-a-r-o-n, last name

20      is J-o-h-n-s-o-n.

21      Q.     And I know that the court reporter gave

22      a few housekeeping notes before we got on the

23      record, but I'm just going to go over them

24      briefly again and a few others just so that

25      we've got that on our record as well.  So as

1    she had mentioned, she is going to be taking

2    down a full transcript of everything that is

3    being said today during the deposition and

4    recording it all.  We're on screen right now,

5    but we are not being -- this is not being

6    video-recorded in any way, so we will just have

7    a written transcript when this is all

8    concluded.  So it's going to be really

9    important for you and I not to talk over each

10   other.  So I will ask the questions, and if you

11   could just wait until I give a full question

12   before you answer, and I will do the same thing

13   when you are responding to a question.  Does

14   that make sense?

15   A.    Makes sense.

16   Q.    And because this is going to be recorded

17   by written means only, it's going to be

18   important for your answers to always be verbal

19   rather than a head nod or a head shake, because

20   that would not be recorded by the transcript.

21   So it's going to be something that you're going

22   to want to make sure you do give an oral answer

23   to any of the questions.

24         Does that sound good?

25   A.    Yes.

1    Q.    Also, if there is any question that you

2    don't understand or you want clarified, please

3    do ask me to do so.

4    A.    Thank you.

5    Q.    And we'll take breaks periodically

6    throughout the day.  But if there's ever a

7    point that you need to take a break outside of

8    when we're breaking as a group, just let me

9    know.  The only thing is I'll ask that you

10   don't do that when we've got a question

11   pending, that you answer the question and then

12   we take a break.  Understood?

13   A.    Yes.

14   Q.    And because we are all doing this via

15   Zoom, which is not -- which is a little

16   different from when we're all in the room

17   together, I'm going to ask you if you can

18   identify for me where you are taking this

19   deposition today?

20   A.    In the living room of my apartment at

21   home.

22   Q.    Is there anyone else in the room with

23   you?

24   A.    No.

25   Q.    I would ask because this is -- again,

1    typically these are done in a closed setting
2    where everyone is in the same room together and
3    we can all see who is engaged in the
4    deposition.  I would ask that if anybody at any
5    point comes into the room or joins you for any
6    portion of the deposition, please let me know.
7    A.    I will.  Just for reference, I live
8    alone, so it's just me in here.
9    Q.    Understood.  All right.  Thank you.  And
10   you understand that you have been sworn in and
11   that you're under oath to testify truthfully
12   today, correct?
13   A.    Yes.
14   Q.    Is there any reason that you're unable
15   to provide truthful testimony today?
16   A.    Not that I can think of, no.
17   Q.    Are you taking any medications or drugs
18   that would inhibit your ability to recollect
19   events or to testify truthfully today?
20   A.    I am not.
21   Q.    What did you do to prepare for this
22   deposition?
23   A.    I put together some materials as per
24   requested and I put them into a file in a
25   Dropbox.  Other than that, just kind of did

1    some brief research and -- to understand, you

2    know, just double-check what is -- what might

3    we expect, you know, a deposition like this to

4    be like today.

5    Q.    And what kind of research did you do?

6    A.    I did some light consultation, just make

7    sure go over, you know, that I have all of my

8    tears and that -- just to, you know, make sure

9    basically giving honest answers, nothing too

10   serious.

11   Q.    When you say "light consultation," are

12   you referring to consulting with the lawyers

13   that are on this call?

14   A.    Yeah.  They just wanted to make sure

15   that I am prepared and that I'm just giving

16   honest answers.

17   Q.    Did you speak with anyone else in

18   preparation for the deposition?

19   A.    No.

20   Q.    And you said you put together some

21   materials.  What are those materials?

22   A.    Well, I believe your office had

23   requested things like a CV or previous reports

24   to -- actually to that, I just want to say that

25   there was requests from the Minnesota

1      Interagency Council on Homelessness.  I have to
2      still get those.  I believe we have until
3      June 1st, is my understanding, to submit those.
4      So I will be including those later.  It's just
5      kind of, you know, state of MN digging up old
6      webinars.  But other than that, I just have,
7      like, edited pieces that I had made previously.
8      I really just stuck to the items that were
9      requested.
10     Q.     Okay.  Can you -- I just want to unpack
11     a little bit what you just said --
12     A.     Sure.
13     Q.     -- about what you were understanding you
14     had regarding the State of Minnesota.  Can you
15     go over that again about what you're referring
16     to when you said you were pulling information
17     for June 1st?
18     A.     Yeah.  So I do a number -- I'm -- I'm in
19     kind of a number of places.  One of which is
20     I'm a consultant for the State of Minnesota
21     Department of Health, and also as a consultant
22     related directly to homelessness and addiction.
23     I was previously a consultant in public health
24     and homelessness, however, that lost funding
25     due to the current administration, you know,

1    with various public health related things.  But

2    I also have been a guest speaker at the

3    speaker's bureau for the Minnesota -- I believe

4    it's called Interagency Council on

5    Homelessness.  So I've been a guest speaker a

6    number of times.  So I'm just trying to track

7    down the webinar recordings of those times that

8    I was a guest speaker.

9    Q.    Okay.  I understand.  Did you review the

10   Complaint in this lawsuit?

11   A.    Yeah, I glanced over it.

12   Q.    Do you understand the legal claims that

13   are being made in this lawsuit?

14   A.    I'm not a lawyer, so I don't know the

15   ins and outs of the legal ramifications of

16   everything.  I feel I have a basic

17   comprehension of it.

18   Q.    Did you review any declarations written

19   by the plaintiffs in this lawsuit?

20   A.    Not really in depth.  I've just been

21   kind of preparing for this.

22   Q.    Okay.  Have you seen the declarations

23   written by the plaintiffs?

24   A.    I believe I have, like, a general copy,

25   like an overview, like I said.  I've been

1    following this case in general, so...

2    Q.    I understand.  And the reason I'm asking

3    this is not to be difficult, but you do

4    understand that you have been identified as an

5    expert witness for the plaintiffs in this case,

6    correct?

7    A.    Okay.

8    Q.    So do you understand that to be the

9    case?

10   A.    Yes.

11   Q.    So part of that involves the defendant

12   having the opportunity to ask you about your --

13   the scope of your knowledge about the case.

14   A.    Okay.

15   Q.    Does that make sense?

16   A.    Yes.

17   Q.    So when I ask you about if you've

18   reviewed these documents, what you've looked

19   at, it's so that I can understand what you are

20   basing your expert opinions on.  Does that make

21   sense?

22   A.    Okay.

23   Q.    What are you prepared to testify on as

24   an expert in this case?

25   A.    I'm prepared to testify on my -- I have

1    been extensively covering the encampment

2    evictions.  I have been witnessing and speaking

3    to all the people.  I have been also in city

4    council meetings in city hall.  I've been very

5    present during -- throughout this entire

6    process over the past couple of years that has

7    been, you know, really becoming more of a hot

8    topic in our city.  And so really I just am

9    prepared to testify what I know through lived

10   experience, from what I've seen, from the

11   conversations that I've had, from -- you know,

12   I hadn't really planned on sort of

13   manufacturing any -- you know what I'm saying?

14   I'm kind of here just to give you my honest

15   expert opinion based on what I've seen and

16   experienced.

17   Q.    So can you tell me the topics in general

18   that you're intending to testify on as an

19   expert witness in this case?

20   A.    Well, the topics being directly related

21   to the community of Nenookaasi and Camp

22   Nenookaasi in terms of what I've seen in terms

23   of the police and City of Minneapolis

24   destroying people's personal belongings

25   oftentimes within warning, the general overall,

1    I guess, just situation and conditions.  Some
2    of it has to do with, you know, kind of trying
3    to determine, like, is just going into
4    someone's dwelling or where they're keeping
5    their personal belongings, you know, is that an
6    extreme punishment for something that seems
7    like, you know, something like trespassing, you
8    know, like -- that's, I guess, kind of my
9    understanding of the overall situation.
10   Q.    And this is based on your personal
11   experience witnessing these things, is that
12   correct?
13   A.    Yes.  And documenting as well, yes.
14   Q.    What do you mean "documenting"?
15   A.    Well, I'm filming a feature-length
16   documentary film about the topic of encampments
17   and homelessness in America, and, you know,
18   every documentary kind of has a one, two, like
19   it's a broader topic, so I won't go into
20   intensive detail.  That's just kind of like an
21   outline.  But, yeah, I've been also covering
22   the encampment evictions as a whole for about
23   three and a half years now in the city using a
24   video camera and at least partly from, like, a
25   journalistic approach.

1    Q.    Tell me a little bit more about the --

2    what you describe as the feature film that

3    you're making.

4    A.    Okay.  Thank you.  It's called They

5    Sleep Among Us.  And it -- in a nutshell, the

6    sort of, you know, elevator pitch or whatever

7    you want to call it, it's essentially about

8    unhousing encampments in Minneapolis.  I was

9    already filming it when all of the Nenookaasi

10   things began.  So I was really front and center

11   when that whole sort of movement, topic, for

12   lack of a better term, kind of started coming

13   up in our city.  So I've really been there

14   since the beginning documenting individual's

15   voices, experiences, their perspectives.  And

16   throughout the course of that, I am putting

17   together an entire film.  Again, it's a little

18   deeper than that.  It kind of is the history

19   of -- in the case of Nenookaasi, they are an

20   indigenous tradition-led encampment.  It's

21   mainly indigenous people.  And so my movie also

22   explores, like, what is the history of this

23   state?  For example, Fort Snelling was a

24   concentration camp.  What does having a

25   concentration camp in our state and in our

1   city, what kind of effects does that have down

2   the line, down linage.  And so it explores that

3   as well as -- and in addition to that, it

4   explores, like, well, what does the feature

5   look like, so recovery and how are people

6   getting out of this, how is Nenookaasi playing

7   a role in repairing people's lives.  I think

8   that's the essence of this film.

9   Q.     At the beginning of your answer to this

10  question you said that you were kind of front

11  and center when the Nenookaasi encampments

12  began forming.  Am I correctly stating what you

13  said?

14  A.     I said that.

15  Q.     Can you tell me what you mean by that,

16  being front and center?

17  A.     Well, you know, yes, I can.  A community

18  that's unhoused that is very vulnerable that is

19  in the streets, that there is rampant human

20  trafficking, drugs, you know, crime, violence,

21  just the streets and our city in general.

22  Right?  And so if you're living in that type of

23  environment, of course you're going to be

24  exposed to it at a high rate.  So people have a

25  general mistrust, not to mention, like I said,

1       about the sort of history and the legacy of,

2       for lack of a better term, genocide against

3       the -- sort of like great-grandparents of many

4       of these individuals and many continuing

5       practices of that genocide that are continuing

6       today.  It's hard to gain trust being of the

7       identity of the perpetrator of many of those

8       crimes.  So when people see me, you know, if

9       they don't know me and I'm just carrying a

10      camera and there's kind of all this chaos,

11      right, it's going to take time to build trust

12      and get to know people.  You kind of can't just

13      show up and just start filming strangers in a

14      very vulnerable state of their lives.  So I had

15      already gained the trust of many people within

16      the unhoused communities in Minneapolis,

17      particularly South Minneapolis.  And so that's

18      what I mean "front and center," is I had

19      already established these trusts, and I was

20      granted access that I don't want -- I mean, and

21      pretty much kind of no one else has in terms

22      of, like, having a camera and being able to

23      document it.

24      Q.    How had you previously established a

25      trusting relationship with these folks?

1     A.    Well, because I'm from -- I grew up in

2     South Minneapolis, and because I have been

3     homeless many times myself in New York City,

4     Los Angeles and as a teen here in Minneapolis,

5     you know, I kind of know how to speak the

6     language, so to speak.  I kind of know how to

7     maneuver a little bit.  And so I had began just

8     documenting unhoused encampment evictions with

9     my cell phone.  And one thing led to another.

10    I was able to raise funds for, like, a proper

11    camera.  And then through this process and

12    during that time I met individuals that were

13    living in these communities.  And then, you

14    know, it's like anything, you just kind of --

15    it's almost like networking, but it's not --

16    but it's kind of the same principle.  It's

17    so-and-so knows you and trusts you and

18    so-and-so sees, like, another video you've done

19    and they feel comfortable granting me their

20    trust and, you know, The Streets is really

21    about having a reputation that's honorable and

22    trustworthy.  So just over time I had gotten --

23    I had gained that reputation or repertoire.

24    Q.    When -- you said you began documenting

25    evictions with your cell phone.  When did you

1     start doing that first?

2     A.    I believe it was the end of September or

3     beginning of October 2022, I believe -- '21.

4     It might have been '21.  Honestly it's been a

5     long time, and it all kind of blends together.

6     Q.    Did you ever live at an encampment in

7     Minneapolis?

8     A.    I have not.

9     Q.    Have you lived at an encampment anywhere

10    else?

11    A.    I have not.

12    Q.    If this isn't the right way to say this

13    question, you can correct me.  What stage is

14    your film in?

15    A.    You know, it's always hard to gauge that

16    because it's -- like, it's a documentary, so it

17    kind of depends on how everything unfolds.  In

18    terms of what I've got planned, what I've got

19    filmed, I would say it's roughly about

20    two-thirds done filming.  And my hope, my

21    anticipation, TBH, my prayers is I can wrap

22    filming hopefully this fall sometime either

23    during or after this coming fall, hopefully

24    before the end of the year.

25    Q.    What are you still planning to film?

1        A.        There is a group called the Recovery

2        Warriors that are directly related to

3        Nenookaasi and the encampments, particularly

4        the native community, so Nenookaasi, if we're

5        going to be, like, really hyper specific, and

6        they're pulling people out of their addictions.

7        It's very powerful.  I'm getting very emotional

8        actually just trying to talk about it.  But

9        just -- so I am planning -- there's some events

10       that are this summer and autumn that are -- I'm

11       going to be following the Recovery Warriors.

12       That's the remaining third essentially.

13             So I had mentioned about colonialism,

14       about encampments, about recovery.  So I

15       basically got the first two topics more or

16       less, you know, covered in terms of for the

17       sake of the story of my film or the plot line.

18       You know what I mean?

19       Q.        How is the film funded?

20       A.        100 percent publicly.  Just I -- like I

21       had mentioned, I raised funds for a real camera

22       after filming stuff off my cell phone.  And

23       then I am physically disabled.  I became

24       disabled from the neck down as a result of a

25       stroke caused by COVID in the very beginning of

1    the pandemic mixed with my autoimmune disease.

2    And that actually paralyzed me from the neck

3    down.  They didn't think I would ever be able

4    to walk again, but here I am.  So that's

5    actually how I ended up moving back to

6    Minneapolis, was because of this.  So all of

7    that to say, eventually I had qualified for

8    disabilities, benefits, and I got back pay and

9    I bought, like, a super nice camera, and that's

10   effectively the funding for this film.

11   Q.    So when you say publicly funded, can you

12   explain to me what you mean by that?

13   A.    Sorry.  Yeah.  You know, I had a

14   GoFundMe for that first camera, so I had raised

15   public funds from that.  And so there was

16   another instance where I had a fundraiser for a

17   Gimbal, I don't know, it's a piece of

18   equipment, I'm just going to simplify that.

19   And that's really all it is.  I am in the

20   application stage for some grants related to

21   post-production.  Examples are editing, color

22   correction, audio mastering, things like that.

23   But as of now, I've not received any grants.

24   It's 100 percent public as of this current

25   moment.

1     Q.     And just to clarify, when you say
2     "public," you mean funded by members of the
3     public, is that correct?
4     A.     Yes.  So like I said, GoFundMe, you
5     know, posting to socials, like a fundraiser for
6     very specific items.
7     Q.     You mentioned that you still have --
8     you're about two-thirds of the way through
9     filming, is that correct?
10    A.     Yes.
11    Q.     So once the filming is done, what
12    happens next with a documentary film such as
13    this?
14    A.     Well, the editing process, which I --
15    originally I wanted to do all of this as
16    myself, not because of any kind of ego or any
17    kind of -- but it's more of a political
18    statement, because I've been homeless so many
19    times, and I wanted to include kind of an
20    underlying message of, you know, we live in
21    this society where everything is based on
22    merits, right, meritocracy, like, if you're
23    homeless, it's because you chose not to do
24    something or you don't have any skills, you
25    know.  Whereas part of the message of the film

1    that I am making is how can a person that's
2    able to do all of these things produce an
3    entire film?  How are they able to be homeless
4    multiple times in three different cities in
5    America?  However, I am going to be hiring an
6    editor hopefully with grant money, as I just
7    mentioned, and so that would be the first step.
8    Q.     And what is the grant that you're
9    applying for for that editing work?
10   A.     Well, I haven't applied for anything
11   directly related to that.  The only grant that
12   I have applied for right now is a mentorship
13   from The Drone Foundation.  There are other
14   grants such as, I believe, SPNN, which is
15   St. Paul public television, I believe they
16   have, like, a post-production grant and stuff
17   like that.  Right now I'm still in the process
18   of that.  I'm actually also facing potential
19   eviction, because I was approved for housing
20   stability services 18 months ago, and I haven't
21   received a single dime yet.  And I also am
22   on -- going on my seventh housing coordinator,
23   because they all keep disappearing, and there's
24   widespread corruption.  And then this is not an
25   opinion, actually.  There is a KARE 11 news

1       article you can reference talking about the

2       fraud at a state level.  And so I am myself

3       currently vulnerable and haven't had as much

4       time as I'd like to to commit to that grant

5       application process.  And, you know, just to

6       say it's only because I'm disabled that I'm in

7       this vulnerable situation, it's not because I'm

8       on drugs or anything like that, just to be

9       clear.

10      Q.      So let's say that the film gets edited

11      and by either you or by somebody --

12      A.      Yes.

13      Q.      -- who is funded by this grant, what

14      happens then after it's done with editing?

15      A.      So then after that there is going to be

16      kind of like a PR, you know, podcast,

17      information campaign just to spread the word

18      about my film.  I do have plans to roll out

19      screening debuts in Minneapolis, New York City

20      and Los Angeles.  I can't really elaborate on

21      that just because the nature of kind of

22      confidentiality related to that.

23              After that I plan on submitting it to

24      the film fest circuit and, you know, hey,

25      shooting for the stars here, but, you know,

1    hopefully some kind of Netflix or Hulu-style

2    distribution.

3    Q.    Have you been through this process

4    before with any other films?

5    A.    This is my debut feature length.  I did

6    just have a screening of one of my shorts at a

7    film festival in Michigan, and I am part of a

8    larger community network of film makers

9    throughout the country.

10   Q.    Did that film -- has that film been

11   distributed at all?

12   A.    Not distribution.  This one was more

13   like an indie short that I have just made

14   available publicly via YouTube.  It's, like,

15   five minutes log, so it was never my intention

16   to really put it in any kind of, like,

17   commercial distribution platform.

18   Q.    Other than the short film that you

19   described and the documentary that you -- we've

20   been discussing, have you done any other media

21   related work that relates -- that relate to

22   homeless encampments?

23   A.    Yes, particularly for Unicorn Riot,

24   which is an independent media corporation.

25   Q.    And what do you do for Unicorn Riot, or

1    what have you done?

2    A.    I am considered a contributor, meaning

3    I'm not a formal employee of their company, but

4    more like a -- I'm a freelance journalist, and

5    they have picked up my work.  Georgia Fort is

6    another person, although that was other stuff

7    not related to unhoused, just giving examples

8    of other media outlets that I've worked with.

9    I did a ten-minute video feature -- it's kind

10   of confusing language, because usually

11   "feature" means 90 minutes.  So I just mean

12   this article was, like, an exclusive regarding

13   an unhoused encampment eviction.  I don't want

14   to say -- I think it was early 2023.  Again,

15   this all blends in.

16           I also wrote the full article for it.

17   Q.    For what exactly?

18   A.    For this article that was published by

19   Unicorn Riot.

20   Q.    And when was that?

21   A.    I was just saying I believe it was -- I

22   want to say January of 2023.  I'm almost

23   positive that's when it came out.

24   Q.    And I think you said you consider

25   yourself to be a freelance journalist, is that

1      correct?

2      A.      Yes.

3      Q.      What qualifications do you have related

4      to journalism?

5      A.      Well, the qualifications that I have is

6      that I've been published multiple times.

7      Q.      Anything else?

8      A.      If you're asking if I have, like, an

9      education background, I'm from South

10     Minneapolis from a culture that did not really

11     go to college.  We just had militaries come to

12     our school to recruit people.  So no, I

13     unfortunately didn't take that path, but

14     probably if I was from a different background.

15     Q.      Okay.  Let's actually talk about your

16     background a little bit.  So it sounds like you

17     went to high school in South Minneapolis, is

18     that right?

19     A.      I did.  And then I was transferred to

20     Hopkins High School where I did not perform

21     very well, very different school system, so I

22     graduated from Hopkins alternative program.

23     Q.      And is that what you -- where you

24     referred to as they just -- the military just

25     comes and recruits people?

1    A.    Being in the inner city in the '80s and

2    '90s in general was not, like, really a place

3    that the top universities really came to farm

4    minds.  That's not to say that people from my

5    high school didn't go to college, but in terms

6    of the culture and the environment that I was

7    in, it was not really the priority.

8    Q.    And you said you went through an

9    alternative program at Hopkins, is that

10   correct?

11   A.    Yes, I graduated class of 2000 from

12   Hopkins alternative program.

13   Q.    What did you do after you graduated in

14   2000?

15   A.    Well, I mentioned that, you know, I

16   experienced homelessness myself, so there was

17   that.  It kind of, you know, was a bit of a

18   chaotic journey.  My main background growing up

19   was music.  My dad was a musician, and so I've

20   always been around audio, video type stuff.

21   And so I actually had kind of a successful

22   career touring as a touring musician and DJing.

23   I was a model for a while in New York.  It's

24   been a ride, because also homeless multiple

25   times.  It's -- like, it's been very chaotic.

1          And I'm actually just happy to be alive, if I'm
2     being honest.
3          Q.    Okay.  Well, let's just unpack this a
4     little bit again.  Some of these questions are
5     because you've been identified as an expert
6     witness.
7          A.    Okay.
8          Q.    And so it's important for me to get an
9     idea of kind of the background that is leading
10    up to your position as this expert.  So I just
11    want to kind of jump back to after you
12    graduated from the alternative program at
13    Hopkins, you mentioned working as a musician.
14    Is that what you did after you graduated?
15         A.    No.  I worked as a Jamba Juice after I
16    graduated, but I am a musician.  And the thing
17    about being an artist in general is, like, it's
18    almost kind of, like, working as a musician is,
19    like, such a -- kind of loaded statement,
20    because it's just so hard to make a living.
21    Artists in general are not really valued.
22    Maybe art pieces themselves are, but the artist
23    themselves -- like, an artist is not really
24    valued unless they're dead usually.  So music
25    is a thing that I do and did, but that was not

1     my -- by any stretch of the imagination, that
2     was not my main source of income.
3     Q.     What was your main source of income
4     after you left high school, finished high
5     school?
6     A.     Well, that was about 24 -- going on
7     25 years ago already.  I've been just fighting
8     for survival the entire time.  Being homeless
9     multiple times, you know, you do a lot of
10    things.  I don't have, like, a single career
11    trajectory.  I've never really had that
12    stability or the luxury of just being able to
13    do that.  I have done everything from working
14    in restaurants to doing a lot of production
15    assistant work.  And then ultimately around the
16    time I was turning 30, you know, I was, like, I
17    want to -- starting to think about having a
18    family, maybe DJing -- at the time I was DJing
19    three or four nights a week in New York City,
20    which means 10:00 to 4:00 a.m.  So you're
21    talking six hours every night.  You're not even
22    getting out until the register is paid, you
23    know, 5:00, 6:00 in the morning.  It's a very
24    stressful lifestyle.  It's not sustainable at
25    all.  So that was when I first decided that I

1  wanted to go into real estate, was about 2012.

2  And that was in New York City.  And I made that

3  decision because you don't have to have a

4  college degree, and you can, with hard work,

5  have a successful, lucrative future that can

6  support things like a family and stable

7  housing.

8  Q.    So tell me about what work you did in

9  real estate.

10  A.    In New York City, it's a little

11  different than most other places, because it's

12  just such a dense -- it's so dense there.  You

13  don't just have, like, a house and what is the

14  square footage of your yard, because you're in

15  a condo or an apartment.  So most of the work

16  that I did in New York City was directly

17  related to finding apartments for people.

18  There's a brokerage fee that comes along with

19  that.  I believe it's 15 percent at the time of

20  the first year's total lease.  And so it was

21  really just a lot of hustling to find vacant

22  apartments, and then a lot of hustling to find

23  people looking for an apartment and kind of

24  match-making.  That was my initial experience

25  getting into real estate.  I was forced to move

1   back here in 2014 because my dad had cancer,

2   which he ultimately passed away, so I wanted to

3   kind of spend some time with him.

4           But while I was here, because of that

5   experience, I got a job at a local property

6   management -- they have multiple properties.

7   They're more than management, but I was their

8   leasing agent.  So my job here was -- because I

9   had New York City experience, I was able to

10  just rack them out.  And so I was leasing all

11  of their apartments in the Uptown and Lakes

12  areas, and then I kind of took over St. Louis

13  Park and the western suburbs and then kind of

14  took over helping at the U.

15          Anyways, then I moved to California.  My

16  dad had passed and, you know, rest in peace,

17  and it was kind of time for me to keep my life

18  moving, and so I moved there in 2016.  I was

19  driving Lyft full-time in LA.  I'm sure you can

20  imagine that's very -- not probably on the top

21  of most people's list is to be in LA traffic

22  for ten hours, you know, hustling every day,

23  working towards my real estate license there.

24  And in California, the restrictions or the

25  requirements, rather, are much, much, much more

1    than pretty much everywhere else, just because
2    of the nature of California.  Everybody is
3    looking to sue for anything.  So with real
4    estate law comes a lot of liabilities and a lot
5    of things to sue over.  So it's a very hard
6    license -- it's a very hard license to get.  I
7    can't remember -- I think the passing rate is
8    something like 47 percent of people passing the
9    first time.  And so I was just studying for my
10   California license -- excuse me.  I had
11   something distract me.  Sorry.  One second.
12           So I got my real estate license in
13   California, and I was working in -- as an agent
14   signing listings and finding properties for
15   clients predominantly in the Hancock Park
16   neighborhood, which is a historic old
17   Hollywood -- it's similar to Kenwood here in
18   Minneapolis in terms of, like, it's kind of old
19   money only it's like the LA Hollywood history
20   addition.  We sold, like, a $6.5 million
21   fixer-upper that the Rat Pack used to have
22   after-parties and Marilyn Monroe used to swim
23   in the pool.  Just giving you an idea of what
24   my experience is.
25   Q.    I want to back up just a little bit to

1      the work that you were doing -- just kind of
2      start with when you were starting doing real
3      estate work.  You had mentioned in 2012 is when
4      you started working in real estate in New York
5      finding apartments for people, is that correct?
6      A.     Yes.
7      Q.     Did you work for a company?
8      A.     And this is another one that's sort
9      of -- so when you have a real estate license,
10     you're an independent contractor.  And you have
11     to place your sales associate license with a
12     licensed real estate broker.  They're two
13     different levels of licenses.  And so my
14     license was placed with a broker.  The name of
15     that company was called Miron Properties.  They
16     are now defunct.
17     Q.     Do you need to get a separate real
18     estate license in different states?
19     A.     Yes.  There is -- was it reciprocity?
20     You can cross over.  So I think, like, for
21     example, New York City, you go across the river
22     and now you're in New Jersey.  Kind of like
23     here you go across the river and you're in St.
24     Paul, right, only there's completely different
25     state requirements.  So there are some states

1    that if you have a license in one, you can

2    practice in another.  But there's no broad

3    overall, like, USA real estate license.  That

4    doesn't exist.

5    Q.     So when you were working in real estate

6    in New York in 2012 onward, did you have a

7    New York real estate license then?

8    A.     When I was practicing in New York, yeah.

9    Q.     What did you have to do to get that real

10   estate license?

11   A.     You have to take a certain number of

12   classes.  It's like anything.  You have to take

13   a state exam, and you have to get a certain

14   percentage score in order to pass.

15   Q.     What are the type of classes that you

16   have to take?

17   A.     In person -- maybe I don't understand

18   the question.  I'm sorry.

19   Q.     What are the substance of the classes

20   that you have to take?

21   A.     Very, very, very heavily focused on

22   laws, you know.

23   Q.     On what?  I'm sorry.

24   A.     Laws.

25   Q.     Okay.

1    A.    You know, like the state laws

2    regarding -- like I said, you know, think

3    about real estate is the largest asset that

4    most people are going to ever own in their

5    lives.  So let's say you're looking for a new

6    home, and we meet and we form an agreement

7    where I'm going to represent you exclusively as

8    your agent.  If you show up to a building and

9    the property owner has told me in advance,

10   like, you know, it's a pretty good place but

11   the pipes leak over the bedroom or there's a

12   neighbor that wails ales on their guitar every

13   Sunday night at 2:00 a.m. and I don't disclose

14   that to you, or even the other way, if I'm

15   representing a seller and there's a buyer and I

16   don't disclose that information, there are huge

17   ramifications to that end in a lawsuit.  And so

18   most of my training was just about ethics and

19   legalities essentially.

20   Q.    Do you also have a Minnesota real estate

21   license?

22   A.    Not currently.  I began to study for

23   one, but it was -- the pandemic was raging.  I

24   was really much more disabled at the time.  I

25   mean, I could barely even get out of bed.  It

1       was just something that I was just still so

2       wired and still in that moment.  I do have

3       ambitions to get one again soon.  You know, I'm

4       just going through bankruptcy right now.  I'm

5       facing this potential eviction.  There's so

6       much going on in my personal life holding me

7       back.  That is a goal that I have, though.

8       Q.      When you were working as a leasing agent

9       in Minnesota, were you working for a specific

10      company?

11      A.      Yeah.  I think I mentioned them earlier,

12      but their name is Sela Investments, S-e-l-a

13      Investments, which is a branch of Sela Roofing,

14      a popular local company.

15      Q.      And what was your role as a leasing

16      agent for them?

17      A.      My role is -- in that position, was to

18      make appointments with people interested in

19      trying to rent an apartment, showing them the

20      unit and collecting application and necessary

21      paperwork, submitting it to the company and

22      then they do a review process.  And if they're

23      approved, my role from there was to do a move

24      out -- move-in and move-out inspections.  So

25      when somebody is moving out, doing a

1    walk-through, taking pictures, you know, making

2    sure the condition of everything is good,

3    collecting keys, things like that.  And then

4    people moving in, just the opposite, you know,

5    the other side of that, just doing the same

6    inspection, taking pictures, making sure that

7    there is a document or record of the condition

8    of the unit before people move in and giving

9    them the keys.  That's kind of the outline.

10    Q.    So you would work directly with the

11    tenants or potential tenants?

12    A.    To the extent of my legal capacity, yes.

13    So there are some things -- like, I couldn't

14    personally collect monies and deposit them, you

15    know, things like that.  So it was very kind of

16    at an arm's length, but yeah, coordinating

17    showings, meeting, things like that.

18    Q.    Did you ever in that role as a leasing

19    agent have to deal with evictions from rental

20    units?

21    A.    So not directly in the sense that I

22    wasn't personally handling the legal aspects of

23    eviction, that I wasn't personally handling

24    removing people or, you know, anything like

25    that.  I was absolutely present multiple times,

1    yeah.

2    Q.    When you say "present," present for

3    what?

4    A.    Present for the -- I would say, like,

5    adjacent.  Like I said, I wasn't issuing

6    documents or paperwork.  I wasn't personally,

7    you know, removing anything, but I was there

8    during the process of evictions sometimes just

9    as kind of an auxiliary employee to kind of

10   have an extra set of eyes on things.

11   Otherwise, I didn't handle too much of the

12   eviction process.  I mean, it actually -- I

13   don't believe I legally would be allowed to.

14   Q.    So were you there when people were

15   moving out essentially, is that what you're

16   saying?

17   A.    I have been.  It wasn't, like, a

18   practice of our company, but I have been.

19   Q.    Were you there to assist with them

20   moving out?

21   A.    No.  Again, that would be -- well, my

22   understanding is that would be a major

23   liability.  It was more so just to kind of -- I

24   don't want to say keep an eye on things.  That

25   would imply, like, I had any position of

1     authority.  It was like sheriffs and stuff like
2     that.  You know what I mean?  It was more just
3     to be present as an employee of the company.
4     Q.    Did the company provide any specific
5     assistance that you're aware of when people
6     were moving out?
7     A.    Not that I'm aware of, but that's not --
8     that wasn't within my job duties.
9     Q.    I think you mentioned that you also got
10    a real estate license in California, is that
11    correct?
12    A.    Yes.
13    Q.    And when was that?
14    A.    That would have been -- September of
15    2017 is when I finally passed the class and got
16    my license.  Before that I was working as a
17    temp at different real estate related
18    companies.  So I worked at -- you know, there
19    is a lot of different -- there's, like, title
20    companies, there's -- God, I've been at a lot
21    of places.  I'm sorry.  I'm trying to remember.
22    But basically I ended up as a temp.  I ended up
23    at -- so I started that in 2016, and then I was
24    temping at a place called Hancock Homes, again,
25    that's in the Hancock Park neighborhood.  And I

1       started honestly just stuffing envelopes and

2       worked my way up to kind of like -- I was only

3       really supposed to be there for, like, a week

4       and then they kind of hired me on to -- or they

5       renewed my temp contract to do kind of special

6       focus projects.  And then that led to assisting

7       hosting open houses or just, you know, really

8       kind of becoming immersed in that community and

9       in that -- in the training of that line of

10      work.

11      Q.      How long did you work in real estate in

12      California?

13      A.      Altogether, I started in 2016 at the

14      temp agency.  And I had my stroke December 9,

15      2019, so roughly three years.  Although,

16      actually, in to 2020, because I'm crazy and I

17      was trying to do deals literally laid out in a

18      nursing home bed.  And so that was in to 2020.

19      I moved here to Minneapolis -- well,

20      February 19th I moved to Coon Rapids.

21      March 1st, 2020, I moved to South Minneapolis,

22      at which point I was not practicing any longer.

23      Q.      And why is it that you returned to

24      Minnesota in 2020?

25      A.      I was escaping a nursing home that was

1    extremely abusive and neglectful after becoming

2    paralyzed from the neck down.  I was only

3    really allowed out of bed 25 minutes per day

4    Monday through Friday only.  And they -- I'll

5    just spare you a lot of the details.  It was

6    really, really grim.  And it's lucky that I

7    did, because they ended up becoming the hardest

8    hit nursing home in the state of California and

9    killed 118 people that I had just been living

10   with.

11   Q.    And when you say "hardest hit," are you

12   referring to COVID?

13   A.    Yes.  Excuse me.  Yeah.  I'm only

14   including that just to give you a scope of

15   actually how bad it was.

16   Q.    And when you returned to Minnesota in

17   2020, were you employed?

18   A.    Well, no, because I was newly paralyzed

19   from the neck down.

20   Q.    And you said you were living in Coon

21   Rapids and then in Minneapolis?

22   A.    Yeah.  I was staying with my step dad.

23   So my ticket -- oh, my God, it was a crazy

24   story.  But, like, it's, like, hard to even

25   imagine looking back.  I moved to my step dad's

1    February 19th.  And then I have this apartment.

2    I'm still in the same place.  A high school

3    friend had gotten a home, bought a house in

4    north side, and I was in the nursing home on my

5    computer quite a bit, and so I saw she had a --

6    she was looking for somebody to move into her

7    apartment.  She knew the landlord personally,

8    and just kind of the timing worked out.  So

9    there's a standing stall shower.  And at the

10   time I was really only kind of able to do kind

11   of like a Frankenstein shimmy basically from my

12   bed to the bathroom and back, and that was --

13   so I moved in March 1st.  I was 37, and I just

14   wanted -- you know, you don't want to live with

15   your parents if you're in your 30s, even though

16   I probably should have, but...

17   Q.    So that was March 2020?

18   A.    Correct.

19   Q.    Other than the work that we've talked

20   about obviously with your film, between

21   March 2020 and now, have you had any other

22   kinds of employment?

23   A.    I briefly worked for driving Uber and

24   Lyft.  That was just in the year -- I believe

25   that was, like, late '21 until, like, summer of

1     2022.  But other than that, that's the only
2     employment, other than -- I guess if you
3     consider freelance journalism employment, you
4     know, again, that's kind of an independent
5     contractor.  I'm not making, like, a consistent
6     income.  It's just kind of here and there when
7     it comes type of thing.
8     Q.     Are you getting any monetary
9     compensation for being an expert in this case?
10    A.     No.  Sorry.  I do want to add.  I also
11    am employed by the State of Minnesota as a
12    consultant on the groups that I mentioned
13    earlier.
14    Q.     And you are -- and that's current?
15    A.     Currently, yes.  Like I said, the public
16    health and homelessness was unfortunately
17    canceled by -- so it's directly for Department
18    of Health, but I'm currently in a consulting
19    group for addiction and homelessness.  And then
20    fingers crossed, but I'm up for a position
21    directly in Minnesota housing.
22    Q.     Okay.  I want to just make sure I've got
23    these correct.  I know -- I think you mentioned
24    them in the beginning, and I know you mentioned
25    it now, but just for clarification of the

1       record, so you are employed by the State of
2       Minnesota as a consultant, is that correct?
3       A.      Yes.  And it is yet again as an
4       independent contractor basis.  So I'm not
5       making, like, a salary, you know, any kind
6       of -- it's essentially just I get X amount per
7       hour, you know, and send in an invoice for
8       hours.  Then that's the extent of my
9       employment.
10      Q.      Do you have multiple contracts with the
11      State for this kind of independent consulting
12      work, or is this a single contract?
13      A.      For each consulting group there is a
14      different contract.  Right now I'm only under
15      one contract.  I am anticipating to be brought
16      on to other consulting groups.
17      Q.      Okay.  Can you tell me again what is the
18      consultant group that you're currently an
19      independent contractor for?
20      A.      Currently is addiction and homelessness.
21      That is with Deepa McGriff at the Department of
22      Health.
23      Q.      And are there past consultant groups
24      from the Minnesota Department of Health that
25      you have been an independent consultant on?

1    A.    Yes, public health and homelessness,

2    which is led by Josh -- I forget his last name.

3    I was also brought on to an infectious disease

4    one, and that one unfortunately was canceled by

5    the current administration before it even took

6    off.  So I was not under contract.  But just to

7    kind of share the nature of that, there are --

8    you know, I'm kind of in a pool of consultants

9    that people sort of pull from.

10    Q.    And when you worked as a consultant in

11    the public health and homelessness group, when

12    was that time period?

13    A.    I'm trying to remember when we signed

14    the contract.  God, I'm sorry, there's just so

15    much going on in the last few years that it's

16    hard to keep the exact timing of things.  I

17    want to say -- I'm trying to remember if we

18    started the contract last June, or if that was

19    a renewal, because I was -- I feel like -- I

20    feel like off the top of my head, I think it

21    started, like, January 2024, or there might

22    have been, like, initial one and then the

23    formal contract started in June of last year.

24    I will have to look it up.

25    Q.    And that is not something that you're

1      currently an independent consultant for,

2      correct?

3      A.      Correct.  Unfortunately, like I said,

4      the funding was canceled by the current

5      presidential -- yeah.

6      Q.      When -- is that the first independent

7      contract that you had with the State of

8      Minnesota?

9      A.      That one was the first contract that I

10     had.  That said, that was not my first time

11     consulting or holding meetings with the

12     governor's office or Ilhan Omar's office is

13     another example or some other state related

14     things, especially relating to long COVID and

15     disabilities and homelessness specifically.

16     Well, homelessness specifically, and I actually

17     want to add -- because at the time that I was

18     organizing a lot of these meetings, holding a

19     lot of these meetings specifically to try to

20     get programs for homelessness prevention for

21     people experiencing long COVID and other

22     disabilities.

23     Q.      Okay.  So I want to get a full picture

24     of the work that you've done with the State of

25     Minnesota.  And so I just want to -- some of

1       this might feel redundant of what we've already
2       talked about, but I'm trying to track that work
3       that you've done in that capacity.  So what
4       I've got so far is -- I know you've talked
5       about your work as an independent contractor
6       with the State, so working for the public
7       health and homelessness consultant group,
8       working currently as an independent contractor
9       for addiction and homeless group.  But you just
10      mentioned now that you've done some other
11      consulting work with the State, is that
12      correct?
13      A.      Yeah.  But it was not compensated.  It
14      was more just -- I guess you could say advocacy
15      and -- but it was very directly involved.  And
16      actually, the State of Minnesota did come out
17      with a long COVID -- a program to help people
18      with -- you know, keep in mind this was in,
19      like, 2021.  So, like, there was so much new
20      stuff that nobody really knew about.  So that
21      is how I first became a candidate for this or
22      kind of known in the state basically.  So when
23      I heard about that they were starting a
24      consultant group, and that I had all this
25      experience, and that I was heavily documenting

1    the encampments in Minneapolis, that's just how

2    those two connected and I became a consultant.

3    Q.    So prior to your work as a paid

4    independent consultant for the State, you

5    described your work as advocacy work, is that

6    accurate?

7    A.    Well -- pardon me.  Excuse me.  Pardon

8    me.  There we go.  Yeah, you could say that.

9    Q.    Would you describe it a different way?

10   A.    Advocacy, advocate works.

11   Q.    Were you advocating on behalf of a

12   certain organization?

13   A.    No.  I was put in touch through a

14   grassroots org called Indivisible.  They're the

15   ones who kind of granted the handshake, but I

16   was in no way employed by them or their --

17   representing them.  I was strictly offering my

18   experience, my advice, my advocacy as a

19   disabled person who was already vulnerable.

20   Because I think it was in 2021 the Biden

21   administration had declared the COVID emergency

22   as being over.  And when that happened, they

23   revoked things like pandemic unemployment

24   assistance, various housing assistance

25   programs.  And so that's really where I was

1       fighting for disabled people and
2       immunocompromised people who I viewed as being
3       at a higher threat for being forced into public
4       environments where they were at the time would
5       be, but they absolutely were exposed to the
6       virus and died because of it.  And actually,
7       that's how I ended up meeting several
8       Minneapolis City Council members.  LaTrisha
9       Vetaw I held a meeting with fairly early on
10      because there were no programs, and I was
11      saying:  Hey, not only there's no federal
12      programs or state programs to kind of pick up
13      the pieces in this wake, but, like, here in the
14      city of Minneapolis I'm a vulnerable resident.
15      I've done nothing wrong, other than I'm just --
16      you know.  And at that point we didn't know
17      that my stroke was caused by COVID.  I kind of
18      had a gut feeling, but we had no way of
19      understanding -- we didn't have enough data to
20      understand how it worked to understand that it
21      was what caused my stroke yet.  So at that time
22      I was very much hiding from the pandemic myself
23      still.  And yeah, that's just a little bit of
24      an origin story kind of how this all -- how I
25      became so entrenched in all this.

1    Q.    So part of your -- what we're calling

2    your advocacy work was meeting with elected

3    officials, is that accurate?

4    A.    Yes.

5    Q.    And you mentioned members of the

6    Minneapolis City Council?

7    A.    Yes.

8    Q.    And I know you mentioned LaTrisha Vetaw.

9    Is there anyone else from the Minneapolis City

10    Council that you have met with on this topic?

11    A.    Yes.  Robin Wonsley, Emily Koski, Jason

12    Chavez.  Pretty much all of them, actually.

13    Well, not -- okay.  Sorry.  Let me back that

14    up.  Now I'm talking about mostly unhoused

15    homeless related.  I'm just thinking of in the

16    last, like, few years.  Everyone in city

17    council knows who I am.  It's just like I've

18    met with most of them.

19    Q.    And that is in your capacity as an

20    advocate, is that right?

21    A.    Yes.  I think Michael Rainville is maybe

22    the only person I have not met with.  He won't

23    return my calls, so boo-hoo.

24    Q.    And tell me about these meetings.

25    A.    Well, you know, really, I just offer

1      what I'm offering in this instance as well,

2      which is my personal lived experience, my

3      expert opinion based on what I've seen and

4      heard from people and documented.  I've held

5      kind of a wide variety of meetings with several

6      different individuals within our city council.

7      And so the vast majority of it is advocating

8      for disabled people and specifically topics

9      surrounding homelessness in our city.

10     Q.    How do you feel like those meetings go?

11     A.    Well, obviously it's -- you have a good

12     day and a bad day, right?  And then there's --

13     you know, it goes a lot of different ways.  I

14     would say overall, though, the meetings that

15     I've had have all gone pretty good.  Even if

16     sometimes I don't get the results I was hoping

17     for or maybe there have been sort of like

18     fundamental sort of differences in opinions or

19     views, they've all been very cordial, they've

20     all been very personal, and I would say good

21     overall.

22     Q.    Do you feel like in those meetings that

23     the concerns that you express are understood?

24     A.    For the most part.

25     Q.    Have you ever met with the mayor?  And

1      by "mayor," I mean Mayor Jacob Frey, the

2      current mayor?

3      A.      Thank you for clarifying.  I would love

4      to meet with Mayor Frey.  However, he does not

5      want to meet with me.

6      Q.      Why do you say that?

7      A.      Because I've called multiple times.  I

8      tried initially to arrange an interview because

9      I -- you know, I think what I was saying

10     earlier about my experience in real estate and

11     the ethics of real estate and disclosure,

12     because I have that training and because the --

13     just on a side note, I also take a -- like an

14     online master class for documentary filmmaking.

15     So I just wanted to put that in parenthesis

16     real quick.  But basically because in addition

17     to that history and real estate training and

18     because of the training that I've had in

19     documentary filmmaking, the thing that's very

20     stressed to me over and over is the importance

21     of representing both sides or multiple sides of

22     a conversation.  And so -- because if -- like,

23     if you're making a documentary and you're only

24     just showing one aspect or one viewpoint or one

25     side, two things happen.  One, you know, every

1       good movie or story has a conflict, right?

2       There's some sort of, you know, this, but then

3       that.  And so in a documentary it's important

4       to consider multiple sides.  That's the point

5       of a documentary, is to start conversations and

6       inspire thoughts and ideas, otherwise it's just

7       propaganda.  And so I'm very wary of not

8       producing propaganda and wanting to showcase

9       multiple sides.  I've been able to interview

10      multiple city council members regardless of

11      their personal opinions.

12              And so I've been working really hard to

13      try to get an interview with Jacob Frey --

14      excuse me, Mayor Frey, and his press team

15      wouldn't even return my call.  I have multiple

16      documented recordings of me leaving voicemails,

17      and they never called me back.  I eventually

18      ran into his press secretary at a press

19      conference, and I was -- I felt very targeted,

20      actually.  There was a point that they saw me,

21      and they kind of got freaked out and were like:

22      If there's anyone in here that wants to ask

23      questions not related to the topic -- and she's

24      staring at me.  I'm like the only

25      independent -- everyone else was like KSTP,

1    KARE 11.  She was saying it directly to me.

2    And then I -- afterwards, which I was there for

3    the topic at hand, not anything else, I

4    approached his press secretary and said:  Hey,

5    you know, I've been leaving multiple

6    voicemails.  I've never gotten a call back from

7    anyone.  What's up?  And she basically was

8    like:  Oh, yeah, we will not be meeting with

9    you.  Sorry.  And that was that.

10         That said, I rode in an elevator one

11   time with the mayor in city hall.  We talked

12   very briefly for, like, two seconds on the way

13   down.  And then I did not film or record it.  I

14   wanted to establish trust with him.  And I feel

15   like he was kind of giving me an opportunity to

16   record in like kind of a back hallway sort of

17   seedy feeling kind of way that I wasn't very

18   comfortable with.  So I told him in person that

19   I would really like to schedule a meeting.

20   But, again, they just -- there's no

21   communications, there's no response, anything.

22   Q.    Okay.  So I just want to unpack that a

23   little bit.

24   A.    Okay.

25   Q.    So regarding your interest in

1      interviewing with the mayor, is that to have
2      that be a film interview that would be part of
3      the documentary?
4      A.      In my dreams, yes, I would have the
5      mayor in my documentary.  And that is overall a
6      request that I was making.  No one from the
7      City of Minneapolis will agree to be in my
8      film.  I've told them multiple times over and
9      over that this is not some kind of like
10     sabotage things.  I've done -- I've submitted
11     articles that I wrote like the one for Unicorn
12     Riot that I referenced earlier where -- I mean,
13     I really had a lot of freedom to make it sort
14     of a biased article if I wanted to, and that's
15     not in my interest.  I want this to be a
16     conversation.  I want solutions.  I want to see
17     my city do better.  And so I even was just
18     hoping to get an interview just for the sake
19     of, like, social media essentially, just
20     sharing, like:  Okay.  What is the City of
21     Minneapolis's stance?  Because this topic goes
22     up to the mayor.  I mean, this is a big topic
23     in our city.  We need to hear from our mayor, I
24     felt, but they won't talk to me.
25     Q.      So just to clarify, you mentioned that

1        you talked to multiple city council members,

2        and I think you said interviewed multiple city

3        council members, is that right?

4        A.      I have, yes.

5        Q.      But not for the purpose of the film?

6        A.      As of yet, correct.  Yes.

7        Q.      And you said you talked to the mayor's

8        press secretary, is that right?

9        A.      Yes.  I can't remember her name.  I know

10       now it's Aaron, easy name for me to remember,

11       and I'm forgetting his last name.  He used to

12       be the PIO for Minneapolis Police.  I believe

13       he's the current media handler for the mayor's

14       office.  We have a -- me and him actually have

15       a decent, whatever you want to call it,

16       repertoire.  Did I -- and I don't even know if

17       I'm using that word right.  But, again, there's

18       just this sort of wall unfortunately when it

19       comes to trying to communicate with the City.

20       And actually, I want to extend that wall to

21       include the head of regulations and other

22       departments that directly oversee things like

23       encampment evictions or sweeps.  I've tried

24       multiple times -- I've made multiple requests

25       for them to be in my film.  But yeah, I'm not

1    getting any motion on that.  And, you know,
2    I've even come up to them just on a personal
3    level like:  Oh, hey, like this or that.  And
4    they're like:  Oh.  Well, we have like a media
5    relations.  And I'm:  Look, like, I know, but
6    I'm asking you.  Because even if they approve
7    it and you don't personally want to be in it,
8    like, that matters to me.  And so I'm a very
9    personable person.  I just am very kind of old
10   school that way.  I prefer a phone call over
11   text or email.  And so this has just been my
12   experience, is I'm just getting very little
13   cooperation.
14   Q.    In -- when it comes to interviews
15   regarding the film?
16   A.    Yeah.  Yes.  That very much so
17   especially.  But even really just like kind of
18   sit down and hash it out.  I believe Enrique
19   Velázquez -- I always screw up his -- like, I
20   feel horrible because I always screw up his
21   last name.  But him and Erik -- I forget his
22   last name off the top of my head.  Hansen, I
23   believe.  Those two specifically, I have filmed
24   them on location coming into the original large
25   Camp Nenookaasi when it was on 23rd and 13th.

1    They had showed up in the very beginning kind
2    of, I guess, to check it out or -- but, you
3    know, that wasn't an arrangement that I had
4    made.  That was just I was there and they were
5    there.  I've also run into -- Council Member
6    Andrea Jenkins held a town hall-style public
7    meeting I want to say maybe last August,
8    September, somewhere around there.  And I ran
9    into Enrique there.  You know, we've had
10   conversations.  It's always very tense,
11   unfortunately.  But I really feel that I keep
12   doing my best to put my best foot forward and
13   try to arrange some of these meetings or, you
14   know, interviews, and I'm just continually left
15   on silent, like I'm unanswered.
16   Q.    Do you -- so you said you've had
17   conversations with Enrique Velázquez?
18   A.    I've had in-person conversations with
19   him, nothing prearranged, though.
20   Q.    What were those conversations about?
21   A.    Usually pretty light.  There was
22   something that I heard him tell a community
23   member during like a breakout group at that
24   town hall-style meeting -- or, you know, we had
25   a town hall-style meeting.  And then -- I

1    remember.  And then after that there was like a

2    focus group where there was like three or four

3    meetings.  So I ran into him at one of the

4    focus groups.  I believe he might have been

5    like a guest speaker or something.  But I heard

6    him say something that I knew was emphatically

7    not true, and I kind of pressed him a little

8    bit too, like:  Where did that information come

9    from?  Where did that -- you know.  And then he

10   was kind of forced to say -- oh, you know, I

11   remember what it is.  It was the topic of

12   deeply affordable, quote, unquote.  That's a

13   term that the City uses frequently.  They were

14   talking about the number of deeply affordable

15   housing in the City of Minneapolis.  And they

16   were very noticeably side-stepping what does

17   deeply affordable actually mean.  And so I kind

18   of squeezed it out of him.  And he was forced

19   to say that that's considered $1,200 a month

20   for a one-bedroom apartment.  And that's based

21   on the Met Council, meaning they take on what

22   is the income of all of the suburbs and what is

23   the average amount that everybody makes, and

24   then what is, you know, a third or a fourth or

25   whatever.  And that's how they come up with

1      $1,200, which seemed very disingenuine [sic] to

2      me, because $1,200 a month is not deeply

3      affordable at all, in my opinion.

4      Q.    So was there -- what part of what he

5      said was not true?

6      A.    It's not that he was saying an outward

7      lie so much, is that they were just avoiding

8      defining what is deeply affordable.  Deeply

9      affordable to me is five bucks, right?  So what

10     does deeply affordable mean?  And they were

11     very -- they were kind of dancing around that

12     quite a bit.

13     Q.    But you understand that deeply

14     affordable housing is a term of art that is

15     used when referencing housing costs within

16     local areas, correct?

17     A.    I think that it's misleading.

18     Q.    Do you think that that is a term that

19     Enrique Velázquez came up with?

20     A.    I don't have any opinion on that.  I

21     don't really have any way of knowing who came

22     up with that term.  I just know that he's the

23     one who was saying it.

24     Q.    Okay.  But you do understand that it's a

25     term of art, correct?

1    A.    Can be, but...

2    Q.    So you don't understand that?

3    A.    My opinion is that you can use terms for

4    anything as a term of art, but this is people's

5    lives, and it's directly contributing to

6    homelessness in our city.  So, you know, I

7    think we have a difference of opinion on this

8    because I personally feel like that's a way of

9    lying.

10                THE COURT REPORTER:  Sharda, when

11    you are switching topics and it's a good time,

12    if we could take a comfort and restroom and

13    fill-your-coffee break, that would be great.

14                MS. ENSLIN:  Yeah.  Why don't we do

15    that now.  That's perfect.

16                THE WITNESS:  Thank you.

17                (Off the record 10:31 to 10:51.)

18                MS. ENSLIN:  We're back on the

19    record after a break.

20    BY MS. ENSLIN:

21    Q.    Mr. Johnson, just a reminder that you

22    are still under oath.  I want to talk a little

23    bit about this specific lawsuit now.  Do you

24    understand that there are a number of

25    individual plaintiffs in this case?

1    A.    Yes.

2    Q.    And do you know who those plaintiffs

3    are?

4    A.    I know a couple of them.

5    Q.    Okay.  Let's go through some of them,

6    and then you can tell me if you know them or

7    not.  Do you know Cheryl Sagataw?

8    A.    Yes.

9    Q.    And tell me about your relationship with

10   Cheryl Sagataw.

11   A.    I wouldn't say I have much of a

12   relationship with her, other than just I know

13   her from being around and just, you know,

14   Indian encampments on the streets type of

15   thing.

16   Q.    So you've met her before?

17   A.    Yes.

18   Q.    Have you talked with her at all about

19   this lawsuit?

20   A.    Not about this specific lawsuit, no.

21   Q.    How often have you spoken with her?

22   A.    I honestly haven't seen her in quite

23   some time.  I don't really have any established

24   relationship with her.  I don't have her

25   contact information or anything like that.  So

1    I would say I just knew her from the camp and
2    from just the streets basically.
3    Q.    When is the last time you saw her?
4    A.    Honestly, it's probably been -- well,
5    easily a year, probably like two years.  What
6    is it now?  It's like May.  Yeah, this is --
7    again, I'm losing track of all the dates
8    because I think -- didn't -- Nenookaasi, I
9    think, started the big camp around, like,
10   September of 2023.  So that wouldn't even make
11   sense to be two years because that would have
12   been before that.  So I'm just thinking out
13   loud.  Sorry.  I would say I probably haven't
14   seen her in -- we'll just say at least a year.
15   Q.    Do you remember the last time you saw
16   her?
17   A.    Not really.  I don't -- I've never
18   really had any strong, like, interpersonal
19   relationship with her, so...
20   Q.    Has she ever talked to you about any of
21   her personal experiences?
22   A.    That's a little difficult for me to
23   answer because the nature of what I do is I
24   talk about personal experiences with kind of
25   everyone.  So that's just kind of what I do,

1    you know.  So I would say a generic answer is
2    probably, but I don't remember any, like,
3    specifics in terms of, like -- I -- honestly, I
4    talk to so many people and usually about
5    similar lines of topics.
6    Q.    Do you recall having specific
7    conversations with her about the Nenookaasi
8    encampments?
9    A.    Well, you know, I don't remember any
10   specifics to that, other than, again, the
11   nature of the types of conversations I have
12   with people are typically about that topic.  So
13   it's a bit like -- I guess it's a bit like if
14   you're standing in Minneapolis, like, you know,
15   have you had any conversations specifically
16   about Minneapolis, it's like probably, like,
17   maybe I went to, like, a Twins game, and that's
18   in the city.  So, you know, there's this kind
19   of like a lot of nuance, you know.
20   Q.    Sure.  I guess what I'm getting at,
21   though, is:  Has Cheryl Sagataw told you about
22   any of her experiences at a Nenookaasi
23   encampment?
24   A.    Not any, like -- I mean, this is hard
25   for me to answer.  I'm sorry.  Because I'm just

1     going to have to say I'm unsure.  Because the
2     nature of the conversations that I have are
3     typically about encampments.  So I wouldn't be
4     able to, like, offer any specifics, like, in
5     depth or anything, other than just that's
6     usually what I'm -- that's usually what I'm
7     talking about is Nenookaasi, homelessness in
8     general, my own story regarding recovery and
9     things like that.  In terms of, like,
10    interpersonal conversations, it's usually stuff
11    like that.
12    Q.    Okay.  So is it fair to say that you've
13    had general conversations with Cheryl Sagataw,
14    you don't specifically recall the details of
15    the conversations, but fair to say they were
16    probably related to encampments?
17    A.    I would say that's a fair assumption.
18    Q.    Okay.  And just to clarify again, as you
19    sit here today, you don't have any knowledge
20    based on those conversations or otherwise about
21    Cheryl Sagataw's encampment experience --
22    A.    Can you please repeat that?
23    Q.    -- other than what you've generally said
24    already?
25    A.    Can you please repeat that?

1    Q.    Sure.  So as you sit here today, is it
2    correct that you don't have any specific
3    knowledge about Cheryl Sagataw's encampment
4    experience, other than what you might have
5    generally talked to her about in those
6    conversations that you've referenced?
7    A.    I would say that's probably accurate.
8    Q.    Is there a reason why that is not
9    accurate?
10   A.    No.
11   Q.    Okay.  Is there anything specific that
12   you talked to Cheryl Sagataw about encampments
13   that you can recall as you sit here today?
14   A.    About her specifically?  You know, a lot
15   of the times it's just listening to people's
16   story, their day, their experience.  A lot of
17   times it's offering my own experience and ways,
18   you know, that we can help, you know, try to
19   pull people out of their current situation.
20   That's an umbrella answer for kind of my
21   experiences in having these types of
22   conversations.
23   Q.    Okay.  And I understand that.  And I'm
24   not trying to go in circles on this.
25   Absolutely I'm not.

1    A.    Uh-huh.

2    Q.    But I do just want to kind of put a pin

3    in it and close this.  Because I definitely

4    understand the general scope of your

5    conversations, but what I'm still not

6    completely clear on is:  Do you have any

7    knowledge -- and it's fine if you don't recall.

8    I think you already said that might be the

9    case.

10   A.    Uh-huh.

11   Q.    Do you have any recollection as you sit

12   here today of anything Cheryl Sagataw told you

13   specifically about her experience at Nenookaasi

14   encampments?

15   A.    I don't have any, like, firm concrete,

16   like -- no.

17   Q.    Okay.  What about DeAnthony Barnes?  Do

18   you know DeAnthony Barnes?

19   A.    Yes.

20   Q.    Can you tell me about the nature of your

21   relationship with DeAnthony Barnes?

22   A.    Well, him I know a little bit better.  I

23   would regularly help him with rides places.  I

24   would -- I've interviewed him a few times on

25   camera.  And we definitely have talked about

1   like a lot more things for sure.

2   Q.    You said you interviewed him on camera.

3   Was that for the documentary?

4   A.    Initially, because he was originally

5   going to be one of my main characters before --

6   do you remember I was saying I kind of felt

7   front and center, like, when Camp Nenookaasi

8   kind of broke out?  He was initially going to

9   be one of my main characters for the film about

10  encampments before that period of time when

11  Camp Nenookaasi kind of started, so to speak.

12  Q.    When did you first meet him?

13  A.    That's a great question.  I would say I

14  think, God, I don't know, maybe late 2022, I

15  believe.

16  Q.    And what were the circumstances under

17  which the two of you met?

18  A.    Encampments.

19  Q.    Did you meet him at an encampment?

20  A.    Yes.

21  Q.    Where was that encampment?

22  A.    That I don't remember.  I think it was

23  off of Hiawatha near Lake Street.  I definitely

24  have video of me interviewing him, and a

25  bulldozer came through and knocked the tent,

1     the structure that was behind him that was,

2     like, about four feet away from us with a

3     person still inside of it.  That definitely

4     sticks in my mind.  I do have a video of that.

5     And so I think it was at that camp.  It may

6     have been during that eviction that I met him.

7     I don't have a concrete memory of, like, when

8     or how I met him.  You know, this is another

9     thing where it's just like I just meet so many

10    people, and it's such a hostile environment,

11    and there's so much going on, and so it's hard

12    to kind of place like a -- you know, also

13    things like trauma in that case is, like, hard

14    to remember like:  Oh, you know, it was this

15    day at that -- it's just like you kind of get

16    to -- you see people and you kind of get to

17    know them over time, and then you earn their

18    trust.  And, you know, for that matter I

19    earn -- or they earn my trust.  You know what

20    I'm saying?  Like, this is a very symbiotic,

21    mutual -- right?  But I've -- yeah, I've,

22    excuse me, spoken to him a few times.  Can

23    you -- I'm sorry.  One second.

24             All right.  Are you there?  Can you hear

25    me?

1    Q.    I can hear you, yep.

2    A.    Okay.  I was charging the mouse and my

3    cat knocked it off and it, like, kind of

4    clicked -- I have no idea.  It opened a bunch

5    of stuff on my computer.  Sorry about this.

6    Okay.

7         So yeah, getting back -- I don't

8    remember the specific, like, date, time,

9    location.  I believe -- I believe it was at an

10   encampment on Hiawatha near Lake Street.

11   Q.    When is the last time you've seen

12   DeAnthony Barnes?

13   A.    The last time I saw him would have been

14   about a year ago, maybe a little over a year

15   ago, year and a couple months ago.  I know --

16   Q.    And where did you -- sorry.  Continue.

17   I didn't mean to interrupt you.

18   A.    Honestly, I was just going to say what

19   it sounded like you were beginning to ask

20   anyways.  So I was dropping him off at a bus

21   depot to go visit his family.

22   Q.    And were you driving him from an

23   encampment to a bus depot?

24   A.    Yes.

25   Q.    Was that following an encampment

1     closure?

2     A.     It was not.

3     Q.     So you have not kept in touch with him

4     since then at all?

5     A.     We've emailed a couple times just to

6     kind of keep in touch.  But, again, it's been a

7     while.

8     Q.     Have you -- did you talk with him about

9     Nenookaasi encampments specifically?

10    A.     Again, it's just -- I mean, I guess.

11    And I don't mean to sound a certain way myself

12    either.  I just -- it's just such a hard

13    question to ask because it's kind of like --

14    like, again -- or if you're in a car and you're

15    like:  Man, I sure am in a car right now, like,

16    you -- you know what I'm saying?  It's just

17    kind of like you're just kind of there, right?

18    So -- I mean, I think we've had conversations

19    about -- just in general about, like, what does

20    this camp mean?  Because he -- I knew him from

21    other camps.  Like I had mentioned, I knew him

22    from before Nenookaasi.  So, I guess, you know,

23    I guess we had talked about it just because

24    Nenookaasi was so different.  I just -- I'm

25    having -- sorry.  I'm having kind of a hard

1          time engaging how to answer this, I guess.  You
2          know, it's -- it wasn't really like so much
3          about Nenookaasi as just, like, feeling like
4          things were changing or, like, moving in a
5          certain direction, and that the group was,
6          like, maybe a part of that.  But it wasn't so
7          much, like, talking about it in the terms of
8          like:  Oh, man, like -- you know, it's not like
9          how you would talk about, like, your favorite
10         band or something.  Do you know what I mean?
11         Q.     I do sort of.  So -- and maybe I can
12         dial in a little bit more on this for you.
13         A.     Not at all.
14         Q.     So what I'm wondering is:  Did you --
15         let me start over.
16                And to preface this, I'll just say I
17         understand, you know, you've already testified
18         that you had general conversations with folks,
19         and you don't necessarily remember all of the
20         specifics.  So my question now is:  Sitting
21         here today, do you recall any specific
22         conversations about Camp Nenookaasi with
23         DeAnthony Barnes?
24         A.     I do not remember in any kind of great
25         detail talking about Camp Nenookaasi

1      specifically.

2      Q.      Okay.  What about Travis Neloms?  I

3      don't know how to say that exactly.  But are

4      you familiar with that individual?

5      A.      Yes, I am.

6      Q.      And tell me about that relationship.

7      A.      His -- our relationship, sounds funny

8      saying, is very similar to the exact same

9      answers that I gave with Cheryl, which is that

10     I know who he is.  And, you know, that's the

11     thing.  It's like anything.  It's like you

12     have -- like, imagine high school, right?

13     Like, you all kind of know each other, but then

14     you have, like, your friends who you hang out

15     with.  And it's like, you know, that's more the

16     situation with Travis as well, is that I, you

17     know, kind of just try to give him his space

18     type of thing, you know.

19     Q.      When did you first meet Travis?

20     A.      At the big camp?  Excuse me.  At the

21     camp on 23rd and 13th.

22     Q.      That was the -- at the Nenookaasi camp

23     at that location?

24     A.      Yes.

25     Q.      And that was in 2023, is that correct?

1    A.    That would have been late -- yep, that

2    would have been around Labor Day.  It's

3    somewhere around there.

4    Q.    And when is the last time you've been in

5    contact with Travis?

6    A.    I mean, I think I said hi.  I mean,

7    that's literally, like, about the extent of our

8    communications.  Within the last six months,

9    maybe four to six months ago.

10    Q.    So when you said you said hi, that's the

11    extent of your communication, can you elaborate

12    on that a little bit more, what you mean by

13    that?

14    A.    Yeah.  Well, it's pretty

15    straightforward, you know, just kind of like --

16    like, I kind of used the analogy of, like, a

17    high school.  You might kind of know somebody,

18    and you pass them in the hall, and you say:

19    Hey.  And then they say:  What's up?  And

20    that's, like, the extent of the interaction.

21    It was along those lines.

22    Q.    So is it fair to say that you and Travis

23    haven't had conversations other than exchanging

24    pleasantries?

25    A.    Yeah, to a degree.  I've also been

1    around when -- I know one time he was
2    attempting to detox and begin the stages of
3    recovery, and I was present during that.  But,
4    you know, I'm not a recovery specialist.  I'm
5    not a doctor.  So it's like my role was very
6    limited because -- especially while someone is
7    going through like a major withdrawal or
8    something.  You know what I mean?  It's like
9    they're not really trying to talk about the
10   weather, you know.
11   Q.    What was your role at that time in that
12   specific incident?
13   A.    Well, I actually would go back to when I
14   was talking about being present for, like,
15   various evictions when I was at Sela.  My role
16   was kind of just there.  I was a bit of like a
17   moral support maybe, or just kind of hanging
18   out, trying to be company so that maybe people
19   don't feel so alone.  But, you know, during
20   that process people are -- I don't know if
21   you've ever been around when somebody is like
22   detoxing from any kind of, like, opioid
23   especially, but it's pretty intense.
24   Q.    Was that happening at an encampment?
25   A.    No, not this specific thing that I'm

1       thinking of.

2       Q.      So did you ever interview Travis for

3       your documentary?

4       A.      I have not, no.

5       Q.      Did he ever tell you anything about his

6       specific experiences at Camp Nenookaasi?

7       A.      Not as much.

8       Q.      As you sit here today, do you remember

9       anything he specifically told you about his

10      experiences?

11      A.      Not so much, no.

12      Q.      So what about Alvin Butcher?  Do you

13      know Alvin Butcher?

14      A.      I do not know him.

15      Q.      Have you ever heard of Alvin Butcher?

16      A.      You know, I've heard of most people.

17      And I wish I had a better answer, but the

18      answer is no.

19      Q.      Do you know Adrian Tiger?

20      A.      I do.

21      Q.      Can you tell me about the nature of your

22      relationship?

23      A.      Yeah.  Just the same -- I would say

24      it's, like, similar to DeAnthony Barnes.  So I

25      knew him a little bit better.  I also have been

1   present while he was going though a major
2   detox.  And he went through a pretty good
3   attempt actually at cleaning things up.  And I
4   have interviewed him a couple times, not -- I
5   did have one interview.  It was going to be for
6   the movie.  Unfortunately, the scene is going
7   to end up on the cutting room floor just
8   because it kind of doesn't fit with the story,
9   but I do have a few interviews with him,
10  couple.  I should say a couple.
11  Q.     What is the interview that doesn't fit
12  with the theme?
13  A.     It was related to voting.  So there was
14  a major effort from Nenookaasi to get unhoused
15  residents into the voting booths.  And so he
16  was just talking a little bit about just kind
17  of the barrier of being unhoused, and that it's
18  very common to not have an ID, just things go
19  missing.  Same with phones, right?  Like,
20  phones go missing.  They get stolen.  Who
21  knows.  All kinds of stuff.  And just kind of
22  the chaotic nature of things sometimes.  And so
23  yeah, I was part of -- I was documenting the
24  2024 presidential elections in encampments.
25  Unfortunately, it just doesn't really -- it's

1    like a cool interesting scene by itself, but

2    like I say, it just kind of doesn't fit the

3    story art, you know.

4    Q.    Understand.  When is the first time that

5    you met Adrian Tiger?

6    A.    That's another one, you know.  It's just

7    like you just kind of see somebody and you end

8    up kind of knowing them.  So I can't remember

9    that one as much.  My guess would probably be

10   the camp on 23rd and 13th.  I don't remember it

11   as, like, concrete or specific.  If not there,

12   definitely the smaller camps that had come

13   about in the wake of the eviction of the larger

14   one at 23rd and 13th.

15   Q.    Are you still in touch with him?

16   A.    Yes and no.  Sorry.  Let me clarify

17   that.  The answer is I'm not not in touch with

18   him.  However, he's -- as far as I know, he's

19   currently hospitalized.

20   Q.    And how do you know that?

21   A.    Well, because we all know each other,

22   you know.  So it's like you just kind of hear.

23   But my understanding is he got shot, actually.

24   Q.    Who did you hear that from?

25   A.    Multiple sources.

1     Q.    Do you know anything about the

2    circumstances surrounding that?

3     A.    I do not.  I know that he survived the

4    first two surgeries.  And, you know, it's

5    honestly kind of hard because it's like these

6    are people I care about, so -- you know.

7     Q.    Do you know if he was at an encampment

8    when that happened?

9     A.    I do not.

10    Q.    When is the last --

11    A.    My guess would be --

12    Q.    Oh, sorry.  Go ahead.

13    A.    My guess would be the answer is no

14    because it happened during the time that the

15    Minneapolis Police has a task force preventing

16    encampments.  Like, they're basically just

17    going around.  And if they see people trying to

18    set up or people trying to help, you know,

19    carry items for unhoused people, they are being

20    hit with trespassing.  So right now -- and, you

21    know, this is also in the media.  I mean, I'm

22    sure you know as well.  So my educated guess

23    would be probably not.

24    Q.    Okay.  But that's just kind of based on

25    circumstances, that's not something you have

1    personal knowledge of?

2    A.    Well, there aren't encampments in

3    Minneapolis right now.  So it was about three

4    weeks ago, so...

5    Q.    Do you know where Adrian Tiger had been

6    living at the time?

7    A.    I do not.

8    Q.    Do you know if he has housing?

9    A.    He got housing, I believe.  So --

10    because the last time I saw him would have been

11    probably a month and a half ago.  I ran into

12    him at the Indian Women's Resource Center.

13    They have like a drop-in for resources for

14    unhoused people, including housing, you know,

15    including stuff within the native community.

16    So I hang out there, you know, just to kind

17    of -- like I said, you know, sometimes just to

18    be kind of good company, you know.  And I

19    remember running into him and congratulating

20    him on his housing.

21    Q.    And I should have asked you this about

22    the others, and it got by me.  So I just want

23    to circle back on this before we move on to the

24    next plaintiff.  Do you know if Cheryl Sagataw

25    has housing currently?

1       A.      I do not.

2       Q.      And I believe you mentioned the last

3       time you saw DeAnthony Barnes you were dropping

4       him off at a bus to go stay with family, is

5       that correct?

6       A.      Yeah.  He was going to visit family in

7       Colorado.  We emailed a couple times, like I

8       mentioned.  But I had not heard back since the

9       last time I emailed him, and that was a while

10      ago.

11      Q.      And the last time you were in touch with

12      him, was he still in Colorado?

13      A.      At that time, yeah.

14      Q.      And what about Travis?  Are you aware of

15      whether or not he has housing currently?

16      A.      I'm not aware of his housing status.

17      Q.      Do you know Chance Askenette?

18      A.      Chance.  I do remember Chance.  You

19      know, that's another one that I just know

20      lightly.

21      Q.      So do you recall when you first met

22      Chance?

23      A.      God, this is all such a blur.  I'm

24      sorry.  There's, like, so many people that -- I

25      would say it was -- it was just during that

1   whole time.  Probably the 23rd and 13th camp.

2   I don't have as concrete of a one for that,

3   though.

4   Q.     Do you have a memory of the last time

5   you were in touch with Chance?

6   A.     I don't.  I'm trying to think.  I might

7   have an interview with him, a very short one,

8   for social media, not for the movie.  And

9   just --

10  Q.     And when you -- oh, sorry.  Go ahead.

11  A.     Just to clarify, when I say "social

12  media," I'm including YouTube as well.

13  Q.     Okay.  Let's take a slight detour on

14  that.  And that is what I was going to ask you

15  about.  So tell me about your social media

16  presence.

17  A.     Yeah.  Okay.  I have a modest following

18  on Instagram.  I've got around, I think, like,

19  14,000 followers.  So that's where most of my

20  engagement is.  And then I have a YouTube that

21  is very focused on the film specifically.  And

22  that one is, I don't know, maybe 750 followers.

23  Q.     What is your Instagram handle?

24  A.     And honestly, just to let you know, it's

25  the least sounding name, like what we're

1    talking about, but it's -- because it was just
2    my social media before it became this, like --
3    but it's -- sorry.  I feel funny saying this
4    in, like, a legal -- but it's djaddmpls.  Like
5    the abbreviation for our city, djaddmpls.
6    Q.    Do you have a YouTube channel?
7    A.    I do.
8    Q.    What's the channel, the name of the
9    channel?
10   A.    It's the same name as the film that I'm
11   producing and directing.  It's They Sleep Among
12   Us.
13   Q.    And this is -- you'll have to forgive me
14   because I'm not very social media savvy at all.
15   But is there another way to be present on
16   YouTube other than having a channel?  Is there
17   any other forum that you post in on YouTube?
18   A.    Oh, there's not that I -- no.
19   Q.    Do you ever do social media postings for
20   other accounts --
21   A.    No.
22   Q.    -- other than your own?
23   A.    Nope.  I have a secondary They Sleep
24   Among Us IG or Instagram.  Excuse me.  However,
25   I found it really exhausting and just -- I

1     don't know.  So it's more or less kind of a

2     dead account.

3     Q.    Do you have a Twitter account or, I

4     guess, an X account?

5     A.    I do not.

6     Q.    Are you on any other kind of social

7     media platforms or networking platforms?

8     A.    I'm on TikTok, which is very similar to

9     my Instagram.  In terms of, you know,

10    Instagram, you can post photos.  TikTok, not as

11    much.  I find that also to be very exhausting.

12    And so the name is similar.  Oh, my God, again?

13    DJ, I don't -- there's more s's.  You might

14    have to just type and then keep hitting s until

15    my name pops up.  Because it was one of these

16    things I made an error account, then I had to

17    change -- blah, blah, blah.  So it's

18    djaddmplssss, I think.  Oh, my God.  And then I

19    have a Facebook, which is just my personal

20    Facebook.

21    Q.    Got it.

22    A.    And then that's under my name, Aaron

23    Johnson.

24    Q.    Are you on Bluesky?

25    A.    I have an account.  I just -- social

1    media wears me out.  So I don't think I've ever

2    even posted to it.

3    Q.    Do you ever delete --

4    A.    I don't know if it even --

5    Q.    Oh, go ahead.

6    A.    Oh, sorry.  I don't know if it even --

7    but I'll just even -- I have a -- Instagram has

8    Threads, which is yet another app, and it's to

9    compete with X and Bluesky and those.  So I do

10   have a Threads account, which is the same name

11   as my Instagram account, and it's honestly the

12   same posts.  I mean, you can type stuff.  I

13   think I tried it a couple times.  But right now

14   I just have it automated.  So whatever I post

15   to Instagram posts to Threads.  I mean, it's

16   going to be redundant basically.

17   Q.    Do you ever delete previous posts on

18   social media?

19   A.    Generally not.  I mean, I have before.

20   I don't like doing that stuff, though,

21   especially because of the nature of -- like,

22   I'm a documentarian.  I love history.  That's

23   very important to me.  So to me, to delete

24   posts feels like you're deleting history.  Even

25   if it's like I've grown and changed since then,

1          like, I'll still just leave it up just because

2          it's a part of my story, you know.

3          Q.     Do you have any specific memories of a

4          post that you've deleted --

5          A.     I do not.

6          Q.     -- off of social media?

7          A.     Sorry.  No, I do not.

8          Q.     Okay.  I want to jump back now to Chance

9          and ask you about the interviews that you had

10         with him.  So you -- to the best of your

11         recollection, you've interviewed him for a

12         social media posting, right?

13         A.     Who are we talking about?

14         Q.     Chance Askenette.

15         A.     Chance.  Yeah.  And that's even a "I

16         think I did."  And I don't even remember for

17         sure.  And then to make things kind of worse

18         for the sake of this conversation, I don't

19         necessarily post every interview that I do.  I

20         feel like I don't think I ever posted anything.

21         Sometimes it's just timing.  Like, sometimes

22         it's just I shoot something in the winter.  And

23         then it's maybe the holidays.  And then I

24         forget.  And then it's a month later.  And now

25         it's suddenly spring, you know.  A month later

1 turns into a few months later. I mean, you

2 know, now it's like weird to post something

3 with snow on the ground. You what I'm saying?

4 So I have just a gut feeling that I think that

5 was the case with him.

6 Q.   Do you recall as you sit here today any

7 specific conversations you had with Chance

8 about his experiences at Camp Nenookaasi?

9 A.   No, other than just, like I said -- I

10 mean, like, the general conversations that I've

11 had are always, I guess, kind of about Camp

12 Nenookaasi. I mean, it's about all the things

13 that we're there for. So it's just we don't

14 really have like branded conversations. Do you

15 know what I mean? Like, it's more just like

16 talking about recovery, talking about healing,

17 talking about, you know, if people feel

18 comfortable to share their story, you know.

19 It's a lot of stuff like that. It's almost

20 like -- I'm almost doing, like, kind of like

21 peer outreach volunteer work, you know, half

22 the time. So -- and that's why I have --

23 Q.   And I understand -- go ahead.

24 A.   -- people's trust. My bad. Sorry.

25 Q.   No, I understand that. And so I guess

1      my question is just:  Beyond that, is there
2      anything as you sit here today that you
3      specifically recall Chance telling you about a
4      particular experience at a Nenookaasi
5      encampment?
6      A.      Not anything concrete, no.
7      Q.      Do you know Lola Hegstrom?
8      A.      I do.
9      Q.      Can you tell me about the nature of your
10     relationship?
11     A.      She's another one I know a little bit
12     better.  I actually do remember meeting her for
13     a nice change of pace.  And that was at that
14     bigger camp on 23rd and 13th.  And if you want,
15     I can just kind of cycle through the questions
16     you've already asked if that --
17     Q.      Yep.
18     A.      -- which is that I have not interviewed
19     her.  She's agreed to.  And we kind of have
20     tentative plans to.  I know a little bit more
21     about her story than some others.  And -- but I
22     understand she's just gotten housing.  So the
23     last time I saw her was also at the Minnesota
24     Indian Women's Resource Center at one of those
25     drop-in center days that they have weekly, and

1          she had just gotten housing, and we were all
2          literally like -- this is very emotional --
3          Q.      I understand.  When was that --
4          A.      -- you know.  Because when you see
5          somebody turn around like that -- and, you
6          know, for her, housing was actually very hard.
7          Even getting her into shelter on some of these
8          days that were -- you know, they opened that
9          MIWRC for a warming center.  They actually just
10         got funding from the City to do so.  When the
11         temp drops below zero, I think, off the top of
12         my head is the -- and she was having a hard
13         time even going in because I know she had had
14         some trauma where she, like, went into a
15         shelter, and then the conditions -- something
16         about the conditions of the shelter.  I'm not
17         sure exactly what happened.  But her boyfriend
18         died as a result.  And I don't think that's,
19         like, a typical -- you know, this is not my way
20         of trying to say shelters are bad or anything,
21         just to make that clear, but -- so for her, it
22         was like a very traumatizing -- it just was
23         like a wall for her.  And so the fact that we
24         got her housing was like such a huge change.
25         Q.      And do you remember when that was that

1      you saw her at the Resource Center?

2      A.      Yeah.  I think I saw her like -- well,

3      let's see.  Probably like three weeks ago,

4      somewhere around there, four weeks ago.

5      Q.      And I think you mentioned that you said

6      you know a little bit more about her story.

7      What is it that you know about Lola Hegstrom?

8      A.      I just shared some of it regarding her

9      former partner, you know.  I just know her

10     background in general, I guess you could say,

11     just from conversations that I've had with her.

12     Q.      And what do you know about her

13     background?

14     A.      You know, I'm not sure if I feel

15     comfortable sharing too many personal details.

16     This is like somebody else's confidential life.

17     You know what I mean?

18     Q.      I do understand that.  The thing is,

19     though, she is one of the named plaintiffs in

20     this lawsuit.  So what I can tell you is that

21     the parties can negotiate keeping certain parts

22     of the deposition transcript confidential if

23     that's warranted.  So I would just ask you to

24     provide that information knowing that.  I

25     understand and respect where you're coming

1     from, but there are measures that can be

2     taken --

3     A.     Uh-huh.

4     Q.     -- in that way.

5     A.     Yeah.  Well, I mean, I would say I've

6     shared a lot of what I know about her.  And as

7     far as I know, she's working towards recovery.

8     And I'm very proud of her.  You know, that

9     takes -- speaking as a -- identifying as a man

10    or male or he, whatever, there are things that

11    I understand women experience that is -- excuse

12    me, is my understanding of kind of what has led

13    to her situation.

14    Q.     Have you talked with her about her

15    experience specifically at Nenookaasi

16    encampments?

17    A.     I'm pretty much going to have the same

18    answer, which is that, you know, the topics in

19    general are usually about recovery and stuff

20    like that.  You know -- yeah.  I mean, a lot

21    of -- especially too during that time period

22    where the camps kept getting evicted over and

23    over and moving around over and over, there was

24    a lot of conversations going on about

25    individual experiences related to those

1    evictions.  I guess you could say that has to

2    do directly with Nenookaasi.  We didn't ever

3    have a conversation like:  Man, the thing about

4    Nenookaasi and getting evicted at Nenookaasi is

5    because at Nenookaasi it's -- you know what I'm

6    saying?  It's kind of like:  The City keeps

7    evicting us, keeps throwing away all our

8    things.  They keep, you know, destroying all

9    our belongings.  They keep harassing us.  They

10   keep coming with no warning a lot of times.

11   But those experiences are not specific to Camp

12   Nenookaasi.  Those appear to be patterns of

13   practices of the MPD and the City of

14   Minneapolis as a whole.  So conversations like

15   that definitely, but also -- I mean, I keep

16   having conversations like that in general over

17   the years.

18   Q.    Okay.  And I understand that.  I guess

19   what I'm interested for the purpose of this

20   deposition is knowing about specific things

21   that these plaintiffs told you about their

22   experiences, whether that be, you know, at Camp

23   Nenookaasi when they were there or at a closure

24   at Camp Nenookaasi.  So knowing that, with that

25   framing in mind, as to anybody we've discussed,

1    do you now with maybe that bit of clarity have

2    any memory of specific conversations you've had

3    about experiences of these plaintiffs at a

4    Nenookaasi closure?

5    A.    Can you repeat the last part again,

6    please?

7                MS. ENSLIN:  Dana, can you read that

8    back for me?

9                (Whereupon, the court reporter read

10   back the previous question.)

11               THE WITNESS:  Yeah, you know, I

12   remember seeing people trying to help, you

13   know, move stuff when they're able to, just the

14   general urgency of -- you know, if we're

15   talking about at -- during closures, you know,

16   people are usually in like a heightened sense

17   or, you know, like a fight or flight

18   essentially.  And so, you know, I just kind of

19   remember individuals that were experiencing

20   trauma and an emergency in real time.  Usually

21   during an eviction, during a closure, I don't,

22   generally speaking, typically have in-depth

23   conversations just because, again, it's a very

24   hostile environment during those kind of

25   events.  But, you know, the actual -- if you're

1    talking about Nenookaasi, it's kind of the same

2    answer, you know.  It's generally the -- well,

3    for her, especially as a woman.  And, you know,

4    one of the -- the bigger -- one of the bigger

5    goals of Nenookaasi was to protect people --

6    protect women specifically and to pull people

7    out of trafficking and keep pimps and dealers

8    out.  And, you know, I've been party to

9    retrieving missing women before.

10   BY MS. ENSLIN:

11   Q.    Okay.  Let's move on.  Let's talk about

12   RonDel Applebee.  Do you know RonDel Applebee?

13   A.    RonDel, no.

14   Q.    RonDel.

15   A.    Sorry.  You know, it's probably another

16   thing.  I might know their face, but it's like

17   on paper I'm not sure.

18   Q.    So you -- as you sit here today, you

19   don't have any specific knowledge --

20   A.    Not off the top of my head.

21   Q.    And you understand that this lawsuit is

22   specific to individuals that lived at a

23   Nenookaasi encampment, is that correct?

24   A.    Yeah.  And my understanding is it's

25   defined by four locations or their -- that's

1    what their -- this lawsuit is saying.

2    Q.    Tell me about what you understand Camp

3    Nenookaasi to be.

4    A.    Well, I understand it to be a community.

5    Nenookaasi is still going.  Nenookaasi is at

6    the drop-in center every Tuesday at the

7    Minnesota Indian Women's Resource Center.  They

8    have their own social media, their own -- I

9    believe they're a 501(c)(3) now.  I could be

10   wrong about that.  But my -- I remember hearing

11   from you, I believe, that it was limited to

12   four specific locations.  Not from you directly

13   right now, just in the past.

14   Q.    Have we talked in the past?

15   A.    We have not.  But I am an expert

16   witness, and I know what I'm talking about.

17   Q.    I do want to clarify what you mean when

18   you say you heard that from me.

19   A.    Was it during the last -- I don't know.

20   Forgive my lack of vocabulary.  Hearing, trial,

21   whatever the last time in front of a judge.

22   Q.    Oh, at a -- so you've been to court

23   hearings?

24   A.    Yes.

25   Q.    And this is something that you thought

1    you heard at a court hearing, is that correct?

2    A.    Correct.

3    Q.    And when was that?

4    A.    Well, when was the last one?  Like about

5    a year ago, was it?  Like, eight months to a

6    year ago.

7    Q.    Well, let's walk through some of the

8    Camp Nenookaasi locations, and you can tell me

9    what you know or recall about those sites.  I

10   think we've talked already about the site that

11   was located at 2313 13th Avenue South.

12   A.    Uh-huh.

13   Q.    And we'll call that Nenookaasi One for

14   the purpose of this deposition?

15   A.    Okay.

16   Q.    Did you ever visit that location?

17   A.    Yes, many times.

18   Q.    And what was your experience when you

19   were there?

20   A.    I always had great experiences for the

21   most part.  Actually, I should -- it's tough

22   because it's a very hostile environment.

23   There's a lot of trauma.  I feel weird now

24   saying that I had great experiences because

25   that's definitely not how I meant it.  How I do

1      mean it is there's a sense of community.
2      There's a sense of hope.  There's a sense of
3      healing that I always felt.  Again, to what
4      some of the things we were talking about
5      earlier, just the history, well-documented
6      history of colonialism and genocide that has
7      happened on the land that we reside, myself
8      included.  This is not to point fingers or
9      anything.  That history has led to
10     intergenerational trauma and destruction.  And,
11     again, I am a descendant of -- you know,
12     whether we know if it's direct -- you know, I
13     don't know.  But one way or another I am a
14     direct descendant of colonialism and
15     settlorism [sic].  I don't even know.
16          And so this community really if we
17     examine things, doesn't owe me anything.  They
18     have no obligation to even, you know, give me
19     the time of day, yet they were always very
20     inviting, very accepting of me.  They
21     understood that I'm disabled and also part of a
22     community that is targeted and suffering and
23     dying on a large scale.  And I always felt
24     safe.  I honestly feel safer in those spaces
25     amid the chaos than I do just, you know, by

1    myself on the street at night or anything.

2    I've been in many different encampments over

3    the years.  I will say that there are some

4    encampments that I generally did not feel safe

5    in, that I would avoid, that I did not bring my

6    camera into.  But if you think about that I was

7    able to carry a several-thousand-dollar camera

8    rig into a place that is all people with the

9    absolute least, I feel like that should speak

10   for itself in terms of the level of safety that

11   I -- and comfort that I felt.

12   Q.    Did you ever stay overnight at an

13   Nenookaasi encampment?

14   A.    I did not personally.  I was there at

15   night many times.  I kind of thought about

16   staying overnight a couple times.  I never

17   actually did it, though.

18   Q.    Do you know where the folks staying at

19   Nenookaasi One were staying prior to coming to

20   that site?

21   A.    You know, obviously this is kind of a

22   blanket -- I can't speak for every single

23   individual.  But generally speaking, yes, they

24   are along the Wall of Forgotten Natives along

25   Highway 55/Hiawatha.

1     Q.    And do you understand that that

2    encampment was closed in August of 2023?

3     A.    Yes.  I was present.

4     Q.    And who do you understand -- what

5    government entity do you understand conducted

6    the closure of that encampment?

7     A.    If I recall, it was Minnesota State

8    Troopers, which would make sense because that

9    is DOT -- or MnDOT, excuse me, land because

10    it's a highway.

11     Q.    And who do you understand owns the land

12    at 2313 13th Avenue South?

13     A.    I don't have a for sure understanding.

14    I kind of know different community orgs that

15    were involved.  I've never personally seen the

16    deed.  You know what I'm saying?  I believe

17    they're building a type of community center on

18    the property currently.

19     Q.    Well, I'll represent to you that in 2023

20    that site was owned by the Community Planning

21    and Economic Development of the City of

22    Minneapolis.  Do you have any reason to

23    disagree with that?

24     A.    I do not have any reason to disagree.

25     Q.    Were you present when the individuals

1     that were at the Wall of Forgotten Natives

2     encampment first went to the 2313 13th Avenue

3     South location in August of 2023?

4     A.    I helped some people move some things in

5     the back of my car.  And we went to one

6     location.  Actually, that was one of the camps

7     that I definitely did not feel safe at.  And so

8     they kind of got out, and then they very

9     quickly decided that they didn't feel safe

10    either.  And so they had me drop off some

11    things onto that corner.

12    Q.    And what camp were they at prior to that

13    that they didn't feel safe at?

14    A.    Well, they were at the wall.  The place

15    that they asked me to drop them off, it was

16    access an alley way and it was nearby.  It

17    was -- I don't remember the exact streets,

18    especially because the entrance was in an alley

19    way, but it was nearby.  It was near that large

20    church in Little Earth.  So maybe between,

21    like, 24th and 25th, somewhere kind of -- maybe

22    a block -- maybe like a block or two west of

23    Cedar just off the top of my head.

24    Q.    And is it correct that you said that the

25    individuals that you were transporting did not

1    feel safe at that location?

2    A.    They very quickly did not want to set up

3    there.

4    Q.    Did you move them and their belongings

5    then to 2313 13th Avenue South?

6    A.    I transported them.  Well, especially

7    because I'm physically disabled, right, you

8    know, I don't do too much moving per se.  I

9    kind of was just giving them a ride.  But they

10   loaded their stuff into my trunk, and then we

11   dropped it off at the corner.

12   Q.    When you dropped them off that day, do

13   you recall what you saw at the site?

14   A.    Not much.  I mean, the other thing too,

15   it just generally seemed like there was a lot

16   of people in the streets in that area in

17   general wandering with, like, no real place to

18   go.  And so that's kind of what I remember, is

19   just, like, people in general, you know,

20   carrying stuff.  And I didn't actually go

21   inside.  I was really just on the street, so...

22   Q.    Do you recall if the location was

23   fenced?

24   A.    I'm sorry.  I don't remember.

25   Q.    Do you recall seeing no trespassing

1    signs on the site?

2    A.    I do not.

3    Q.    Did you speak with anybody from the

4    City's homeless response team at Nenookaasi One

5    at any point?

6    A.    The City's?

7    Q.    Correct.

8    A.    I don't remember seeing anyone from the

9    City ever.  I remember seeing people from the

10   County.  I remember seeing multiple different

11   orgs.  Maybe, like, I remember speaking to

12   people from Helix, which was contracted by the

13   City.  You know, I don't know if that was

14   included.  I do not remember seeing people from

15   the -- other than, like, I mentioned Enrique --

16   can you please help me out if it's Vázquez or

17   Velázquez?  Because I just don't want to be

18   disrespectful.

19   Q.    No, that's fine.  It's Velázquez.

20   A.    Thank you.  I do recall seeing him and

21   Erik Hansen.  And I do recall seeing the police

22   at various times.  I have video of all of those

23   interactions also.  And -- but like a City

24   homeless response, no.

25   Q.    Do you know anything about the City's

1   homeless response team?

2   A.     Very little.

3   Q.     Do you have a relationship with the

4   County's homeless response?

5   A.     I don't have very much of a direct

6   relationship with anyone, other than, you know,

7   I just see them in the purple shirts.  I talk

8   to them.  We trade info, you know, try to

9   coordinate if, you know, maybe so-and-so is

10  looking for X person or, you know, things like

11  that.  There is one guy.  He's in the native

12  community.  And I feel bad because I totally --

13  I feel like his name is John with the County.

14  I see him quite a bit.  But as you can see, I

15  can't even remember his name.  So it's like...

16  Q.     Do you work with the Streets to Housing

17  program?

18  A.     I do not.  I don't work with any program

19  or org.

20  Q.     Do you liaise with them, I suppose?

21  A.     No.

22  Q.     Did you attend any meetings with

23  individuals from the City or County and members

24  of the -- folks that were living at the

25  encampment?

1      A.      Well, the town hall that was hosted
2      Council Member Andrea Jenkins.
3      Q.      And when was that?
4      A.      That was -- pardon me.  That, again, was
5      last autumn.  That was last fall.  So they had
6      the town hall.  And then they had, like, four
7      sort of focus group meetings afterward.  And I
8      was a part of all of those.  And so in those
9      cases there were meetings like that.  Otherwise
10     there were times, like I said, Erik Hansen and
11     Enrique Velázquez came to the camp, and there
12     were community members that met with them
13     there.
14     Q.      Would you be there for those meetings?
15     A.      Yeah.  I have video of it.
16     Q.      And what was discussed in those
17     meetings?
18     A.      Let's see.  You know, I would have to
19     review the video.  I have it all on video.  So
20     that's the good news.  But, you know, I
21     remember Erik Hansen and Enrique assuring and
22     reassuring that there would be communication,
23     that they wouldn't just, like, shut down the
24     camp, that they were going to try to help and
25     do all these things, which was not consistent

1      of how things actually played out later.  But

2      mostly it was community members talking.  And I

3      would say more volunteers that were helping --

4      I would say it was more so that than individual

5      residents or community members, you know.

6      Q.     I believe you said, and correct me if

7      I'm wrong, that one thing that's unique about

8      Nenookaasi is the population is largely from

9      the native community, is that correct?

10     A.     In my opinion, from my observations,

11     yes.

12     Q.     And you mentioned working with the -- or

13     not working, but being present at the Indian

14     Women's Resource Center, is that correct?

15     A.     Yes.

16     Q.     Are you in contact with or do you liaise

17     at all with the Metropolitan Urban Indian

18     Directors group?

19     A.     No.

20     Q.     Were you aware that in November of 2023

21     that they sent a letter to the City of

22     Minneapolis requesting that the Nenookaasi

23     encampment be closed, citing concerns about

24     criminal activity and safety concerns?

25     A.     You know, that really isn't my

1    personal -- I'm not -- I wouldn't be related to
2    that since I'm not a liaison or a member of
3    MUID or the City of Minneapolis, so no.
4    Q.    But you are here today in the capacity
5    as an expert on Nenookaasi encampments, is that
6    correct?
7    A.    Fair enough.
8    Q.    And just to clarify, though, you don't
9    have any knowledge of that letter or the
10   requests made by the Metropolitan Urban Indian
11   Directors?
12   A.    I do know that Mike Goze was at odds
13   with the situation.  And something like that, I
14   always do my best to stay out of it because to
15   me that's like -- again, there's so much
16   sensitivity with the history of what has
17   already happened, that to me it felt like I
18   would be essentially potentially provoking a
19   very fragile situation if I were to get
20   involved.  So I just stayed out of it.  I am
21   aware, like I said, that there were
22   disagreements.  You know, I also don't think
23   that -- if the reason you're asking this
24   question or the implication is that MUID, the
25   single entity, represents all indigenous people

1    across the world, you know, I don't think

2    that's a very fair assessment.  I think that

3    they're one org that has one frame of opinions.

4    I think that there are several other groups

5    that have -- that also have widely varying

6    opinions, you know.

7    Q.    Are you aware of other groups that

8    provided a different opinion at the time about

9    the closure, about the need to close that

10   encampment?

11   A.    Yeah, there was a very wide variety of

12   opinions and views.

13   Q.    So can you tell me what those opinions

14   are and who they came from?

15   A.    Well, you know, again, I'm not a -- I'm

16   white.  I can't be a spokesperson for

17   indigenous communities.  That's really -- you

18   know, I'm sure you can find that information by

19   reaching out directly to orgs like AIM, you

20   know, Indigenous Task Force.  I would just

21   basically say I don't feel comfortable speaking

22   on their behalf.

23   Q.    And I'm not asking you to speak on their

24   behalf.  I'm just asking in your -- you are

25   again, here as an expert.  So in your --

1       A.      Of course.

2       Q.      -- expert capacity, do you know of other

3       organizations that took a position contrary to

4       that of MUID about the closing of the

5       encampment?

6       A.      I do recall, yes.

7       Q.      And can you --

8       A.      I do recall varying opinions, yes.

9       Q.      And can you tell me who those other

10      organizations were and what opinions did they

11      express?

12      A.      Well, you know, again, there is a very

13      wide variety of varying orgs, groups, you know,

14      community members.  There's also even

15      disagreements -- like, if you really break it

16      down, there was also disagreements about, like

17      the, location.  Like, some people -- AIM --

18      well, then there's also two different AIMs.  So

19      there's, like -- you know, this starts to get

20      very complicated very quickly.  And also

21      people's opinions have changed over time.  So

22      that's why I don't feel comfortable really,

23      like, being -- playing the role of, like,

24      speaking for someone else with such a fragile

25      topic.  But, you know, the example that I

1        started to give, for example, like, AIM felt

2        that this is needed for the -- are you familiar

3        with, like, the Red Road -- Red Road to

4        Recovery, do you know what that term means?

5        Q.     I want to know what you're familiar

6        with, so --

7        A.     Well, I'm trying to say that some people

8        felt it should be a Red Road village, when, you

9        know, if you don't know what that -- weren't we

10       talking about, like, our vocabulary or

11       something earlier, like deeply affordable?

12       That's why it's important to know what this

13       vocabulary is.  So some people did in fact feel

14       that it was very necessary, but didn't agree on

15       the location, you know.  And so there's just

16       such a wide variety of nuances and views on the

17       way things should be and the way things

18       are and -- that I just -- it's -- I can't speak

19       for other people because of that.  I can say

20       that what I've seen is that different people

21       felt differently about it.

22       Q.     Do you think that Nenookaasi One should

23       have closed?

24       A.     I absolutely think it was one of the

25       most necessary needed things.  My opinion is

1    no, it should not have closed. And I stand

2    very strongly on that.

3    Q.    Do you know if the site that Nenookaasi

4    One was on was dedicated -- was slotted to be

5    used for a different purpose?

6    A.    So I'm going to put on my real estate,

7    realtor hat for a moment because that is

8    very -- you know, I do -- it's sort of a both

9    sides kind of question. And I do understand

10    why -- that there is this plan for, like, a

11    community -- native community center on the

12    site. However, that didn't even break ground

13    until a year later. And so the way and the

14    timing that it was done I felt was an act of

15    violence.

16    Q.    Let's keep the real estate hat on for a

17    second.

18    A.    Okay.

19    Q.    You mentioned earlier that your training

20    was largely centered around real estate laws,

21    is that right?

22    A.    Yes.

23    Q.    So you understand generally property

24    ownership laws, correct?

25    A.    Yes.

1      Q.      And so you do understand that the City

2      owns the property located at 2313 13th Avenue

3      South, right?

4      A.      Yes and no.  And I can elaborate, but --

5      or we can come back.

6      Q.      No.  Elaborate.

7      A.      You know, I think that it's an arbitrary

8      ownership given that it's on -- it's not

9      unceded -- it's on unceded land.  So, for

10     example, if you were to -- let's say you own a

11     house.  I break in.  I throw out all your

12     stuff.  I live here now.  And somebody comes

13     and squats the garage, turns it into -- do they

14     call them ADU here, accessory dwelling unit?

15     Like a garage that's converted into a --

16     mother-in-law is an outdated term for that

17     also.  You know, if somebody squats a garage in

18     a house that I stole from you, then do I truly

19     own the property?  No.  Because I stole your

20     property.  And then now somebody is breaking

21     into my property.  So if -- you know, the

22     treaty of 1805 was violated and broken.  And

23     most of Minneapolis is actually illegally

24     squatting on Dakota land.  And you can feel

25     free to look this up.

1     Q.    So -- okay.  So by that logic, the City

2     does not have any right to use that location as

3     they wish because, as you've said, they don't

4     own the -- they don't properly own that

5     property.  Is that a correct representation of

6     your testimony?

7     A.    I think that that's why it gets nuanced

8     and sort of a gray zone.

9     Q.    And you said that you think that most of

10    Minneapolis is this type of land that -- how

11    would you explain it?

12    A.    Unceded.

13    Q.    Unceded.  So most of Minneapolis is

14    unceded, is that --

15    A.    A large portion, yes.

16    Q.    And does that include property that is

17    now designated as private property, owned by

18    private individuals?

19    A.    A lot of it, yeah.

20    Q.    So would that unceded property then

21    allow an encampment to go into the house of a

22    private property owner and set up there and

23    decide that they're going to have an encampment

24    in that house?

25    A.    I think that's a pretty unfair

1    comparison because there was nobody living on

2    this land.  There is a vacant lot that was not

3    being used.  They may have had plans to use it,

4    but it's not, like, disrupting anyone's

5    immediate day-to-day -- you know, it's not like

6    I'm living in here and now all of a sudden

7    there's a bunch of people in here.  You know

8    what I'm saying?  Like, those are two very

9    different things.

10   Q.    But if the underlying reason is that the

11   property is unceded, shouldn't it be

12   immaterial?

13   A.    No, because, you know, you're asking

14   if -- you're talking about the land, right?

15   Q.    Right.

16   A.    I mean, this big encampment was on land,

17   right?  Like, it wasn't inside anyone's

18   dwelling, right?

19   Q.    Okay.  So what if they set up in the

20   back of someone's backyard?

21   A.    I think that that's very unlikely.  And

22   I think that that shows that you characterize

23   unhoused people as malevolent and basically

24   having these kind of like malicious careless

25   intents.  Whereas this is an act of survival.

1      And so they resorted to, like, the best that

2      they could do with what they have.  I think

3      that's very different than, like, breaking into

4      someone's, like, personal, like, life space.

5      You know what I mean?  If they had broken into

6      a Target and set up in the aisles, okay, I

7      would maybe understand where you're coming

8      from, but I don't feel that those are

9      comparable.  I see what you're saying, but I

10     don't feel that those are comparable.

11     Q.     What about a parking lot?

12     A.     I mean, you know, that's interesting,

13     but the fact is they didn't set up in a parking

14     lot, so that really to me is not relevant to

15     this.

16     Q.     So the issue is not whether the property

17     is unceded but whether or not it is -- but

18     really how it's being used currently?

19     A.     Well, you're asking about the legality

20     of setting up on land that is considered

21     trespassing.  And, like, yeah, my home is

22     literally trespassing on Dakota land.  I mean,

23     that is the answer, yeah.  Now, has anybody

24     jumped through my window and set up in my

25     living room?  They're not animals.  They're

1      people.  So, you know, I think doing the best
2      with what you got to survive and not die in the
3      freezing cold Minnesota weather on the street
4      like an animal, I think that there's a degree
5      of necessary -- you know, they got to do
6      something.
7      Q.     So do you see yourself right now then as
8      trespassing living in your current housing
9      situation?
10     A.     I consider myself living on stolen land,
11     yes.
12     Q.     Do you think that there should be some
13     kind of penalty for you for doing that?
14     A.     I don't think that there should
15     necessarily be a penalty.  But, like, should
16     there be a penalty for living in an apartment?
17     I mean, I've got to pay rent, right?  And I do
18     believe that we should be paying some kind of
19     compensation to the tribes whose land that we
20     are residing on, yes.
21     Q.     Do you pay some kind of compensation to
22     the tribes?
23     A.     I don't have any money.  I'm practically
24     homeless myself.  I'm not even paying -- the
25     only reason I'm not homeless is because I have

1    a landlord that's just letting me stay here for
2    a year without paying any rent.  The reason I
3    can't pay rent is because of all the fraud in
4    the State of Minnesota, which has been
5    published.
6    Q.    Are you aware of the notice postings
7    that went up at Nenookaasi One regarding the
8    closure?
9    A.    I do remember they posted a notice, yes.
10   I believe they went back and forth, if I
11   recall.  I think they posted one.  And then
12   they said they're not.  And then they came and
13   they posted another one.  And then there was a
14   lot of uncertainty.  And there were some
15   meetings.  And they did come through -- I think
16   something like January 4th rings a bell off the
17   top of my head for some reason.
18   Q.    But you don't have any reason -- you
19   don't have any knowledge about the discussions
20   that were happening about why and when the
21   closures should be happening, is that right?
22   A.    Well, those were private meetings held
23   between the City and volunteers that were more
24   involved with the camp than I am or ever was.
25   Q.    Right.  But now after the fact you don't

1    have any information about why the closures

2    might have been postponed?

3    A.    They were postponed because there was a

4    lot of publicity and a lot of sort of

5    controversy over it, it seemed like.

6    Q.    Were you aware that one of the closures

7    was postponed to allow for an additional

8    shelter to come online?

9    A.    I remember the City saying a lot of that

10   stuff.  And then I also have several recorded,

11   documented attempts of me calling things like

12   the Shelter Connect Hotline and consistently

13   there being no beds.  This has also been

14   published by the Star Tribune.  Also, I want to

15   take a moment to just kind of bring into

16   question, you know, that's a blanket term, a

17   shelter.  A prison is a shelter.  Should you go

18   from being homeless straight to prison because

19   it's a shelter?  Like, what if they opened 80

20   beds in a prison?  Is that where you should go?

21   Q.    Did they do that?

22   A.    Well, no.  But I'm saying, like, define

23   shelter or define -- what does that mean?

24   Q.    All right.  So what's -- this specific

25   instance that I'm referring to was when the

1    State and the Salvation Army and Rescue Now set

2    up an additional 90 beds through Rescue Now's

3    program.

4    A.    Uh-huh.

5    Q.    So that's what I'm referring to.

6    A.    What were the terms and conditions of

7    those shelters?  Like, where could people keep

8    their stuff?  There wasn't any storage or

9    anything.  What genders, what age groups were

10   those beds for and how many?

11   Q.    So I ask the questions in this.  So let

12   me turn that around and ask you:  What were the

13   conditions of those shelters?

14   A.    There's a reason that people were not

15   able to access them.

16   Q.    So do you know what the conditions were

17   on staying in those shelters?

18   A.    Off the top of my head, not at the

19   moment.  That's why I'm asking.  I know that

20   the vast majority of shelters they have a

21   finite limit of gender, ages, lots of barriers

22   in terms of, like, couples can't stay together.

23   They don't have anywhere to put their

24   belongings.  They have to be out by, what,

25   like, I think like 7:00 a.m. or something super

1    early, 9:00 a.m. at the latest.  Then they have

2    to float on the street, possibly track down

3    whatever belongings they may or may not have

4    left, and then hope for the best that they get

5    in again later at 5:00, but there's no

6    guarantees.  And so I think the lack of

7    stability in these situations leads to people

8    not really having an interest in partaking in

9    these because they're not realistic for a lot

10    of people.

11    Q.    When you say "they're not realistic,"

12    you mean going to shelter is not realistic for

13    a lot of people?

14    A.    If they're even available, correct.

15    Q.    So what are -- do different shelters

16    have different terms and conditions?

17    A.    Some of them.  There's such a thing as

18    low-barrier entry shelters.  The vast majority

19    of them do have a lot of limitations.  Speaking

20    as a disabled person, there are a lot of

21    conditions also that prevent disabled people,

22    things like elevators being out of service,

23    things like trans people are not able to say

24    for sure which gender they are, so they're not

25    able to be granted access.  Also, I want to say

1       that there was over 180 people at Camp

2       Nenookaasi on 23rd and 13th.  So even the idea

3       that 90 shelter beds was going to suffice was

4       never adequate.

5       Q.     But not everybody wants to go to

6       shelter, right?

7       A.     Well, you know, there's cases like Lola,

8       who we talked about earlier, who was literally

9       emotionally and mentally triggered because of

10      the trauma that had happened to her.  I don't

11      think that there was any, like, mental therapy,

12      any sort of services that she had access to

13      that could kind of help her navigate that to

14      the point that she was willing to sleep in

15      minus-zero weather.  I don't think that anybody

16      is doing that because they just feel like it.

17      I don't think people are like:  Man, I sure

18      hate sleeping in a warm bed.  This sucks, you

19      know.  I think it's really a lot do with lack

20      of access and lack of realistic conditions.

21      Q.     So is it your testimony that people

22      would go to the shelters if they were

23      available?

24      A.     Again, it's not availability so much.

25      It's more what is being offered.  So if you

1       say:  We have a shelter, but the ceiling is
2       dripping water, and it's 40 degrees, and
3       there's no heat, and you've got a sleep on a
4       concrete slab, who would want to stay in that,
5       right?  Like, if you have friends that you're
6       in community with, that you depend on each
7       other for survival and you're used to, like,
8       moving together, you know, this -- I think this
9       topic, it's very easy as people such as
10      yourself and I who are in a position where --
11      like, I'm in an apartment right now.  Like, why
12      would I want to sleep outside?  You know what
13      I'm saying?  It's very easy to feel that way.
14      I think that more consideration needs to be
15      taken into, like, why are people unhoused in
16      the first place?  Why do people feel safety in
17      numbers as opposed to being divided and thrown
18      into this complete instability where you've got
19      to check in and check out, you're not
20      guaranteed a place anyways, and you're stuff is
21      everywhere, and you don't even get to keep
22      anything, and you have to be split up from
23      partner, and you -- your gender might not make
24      sense, you could be the wrong age, you might
25      not be able to go there because you're

1    disabled?  Like, suddenly -- look how just

2    quickly I rattled that off.  None of those is

3    because people don't want to.  It's because

4    there needs to be a closer look at what, you

5    know, what is it, not, like, does it exist, you

6    know.

7    Q.    Who operates the shelter system in

8    Minneapolis?

9    A.    Well, as far as I know, there's a

10   variation of groups.  There's the YWCA, YMCA,

11   maybe both.  They have shelter beds.  You

12   mentioned the Salvation Army.  I know they have

13   their big shelter downtown.  I've dropped

14   people there.  And actually, let that be a

15   testament -- testimony to the fact that there

16   isn't this broad people don't want to stay --

17   people do stay in shelters.  In fact, all of

18   our shelter beds are max capacity on any given

19   day.  I know Hennepin County has the Shelter

20   Connect hotline.  So they have like a broad

21   database.  You know, I'm not sure if there's

22   one entity that runs all of the shelters,

23   but...

24   Q.    Does the City -- is the City a direct

25   service provider?

1      A.      That I'm not sure of.

2      Q.      Do you know if the City contributes

3      financially to the County's shelter system?

4      A.      My assumption is that they do, but I

5      don't know the breakdown of that.

6      Q.      You don't know how much the City funds

7      the shelter system in Minneapolis?

8      A.      I don't.  And I also don't know how much

9      they get from the State in order to, you know,

10     do that either.  I'm not sure of the financial

11     aspect of it.

12              MS. ENSLIN:  I think we're at a good

13     point to take a break.  I know we've been going

14     for about an hour and a half.  Should we take a

15     half hour break?

16              Dana, what do you think?

17              THE COURT REPORTER:  Yeah.  If we're

18     going to take a lunch, we could take one now.

19     It's an appropriate time.

20              MS. ENSLIN:  I think that makes

21     sense.

22              (Off the record 12:21 to 12:51.)

23              MS. ENSLIN:  So we are back from our

24     lunch break.

25     BY MS. ENSLIN:

1    Q.    I'll remind you that you are still under

2    oath.  I wanted to jump in and talk a little

3    bit about the different Nenookaasi sites.  And

4    when we left off, we had talked about the first

5    one that was located at 2313 13th Avenue South.

6    And I will represent to you that that

7    encampment was closed on January 4th, 2024.

8    Were you present at the closure?

9    A.    Yep.

10   Q.    And what can you tell me about that day?

11   A.    Well, I also have quite a bit of video

12   from that day.  I documented it thoroughly.  I

13   would say that there was a bit of uncertainty.

14   There was a lot of community that had showed

15   up.  There was press conferences basically

16   begging the City not to go through with it.  I

17   can't remember the time of day.  But eventually

18   about several dozens of police showed up.  I

19   don't have an exact number.  But I do have

20   video, and it shows, like, squad cars lining

21   entire blocks basically.  Just that there was a

22   lot of chaos.  There was a lot of uncertainty

23   that people felt unsure where to go to or what

24   to do with their things or what to do.  And I'm

25   not sure -- there was a lot of media.  That's

1     really some of the first things that comes to

2     my mind.

3     Q.    And you were aware that notice of the

4     closure was posted in advance, correct?

5     A.    Well, we spoke about this, just saying,

6     but yeah.

7     Q.    Do you think that people had enough time

8     to move their things?

9     A.    I don't know if it's a matter of time so

10    much as it is that there was nowhere really

11    substantial for people to move to.

12    Q.    So it's not as much of an issue of them

13    not having enough time to move their

14    belongings, is that what you're saying?

15    A.    That is not what I'm saying because -- I

16    mean, how are we quantifying time, right?

17    Like, if you're homeless and you're living on

18    the streets for six months, does that mean

19    you've had six months to move somewhere?  I

20    can't say for sure that their amount of time

21    was adequate or not so much as I don't believe

22    that really enough people had a very consistent

23    or a substantial place to go.

24    Q.    Where did some of the people from that

25    site go, do you know?

1      A.     Well, as you know, there was another

2      camp set up, what was it, on 26th after that.

3      But I don't know where everybody went.  I can't

4      speak to that.  I do know -- and I'm not sure

5      if this is where you're going, or I don't know

6      if -- you know, I know that the City had

7      received some form of funding for, like, Helix,

8      which has touted themselves to be like a mental

9      health resource and housing.  However, I

10     believe they're under investigation now too.

11     Basically there was not the oversight and

12     services that were promised.  So that actually

13     spun several residents -- several dozens of

14     residents into chaos even more.  So I can't say

15     where everybody went because everybody -- you

16     know, 180 people, that's a lot of people.  So a

17     lot of people went to a lot of different

18     places.

19     Q.     So is it your testimony that on the day

20     of the closure there were 180 people living at

21     Camp Nenookaasi?

22     A.     I can't say that there was 180 people on

23     the day of closure.  I know that that was the

24     estimated amount in the weeks leading up to the

25     closure.

1   Q.    And what are you basing that on?

2   A.    Numbers from Nenookaasi.

3   Q.    From --

4   A.    And also just, like, visually that seems

5   like it was accurate.

6   Q.    Is there somebody at Nenookaasi that

7   gave you those numbers?

8   A.    There were people doing head counts,

9   yeah.  They were also breaking them down into

10  male, female, disabled, different things.

11  Q.    And so you said in the days leading

12  up -- the weeks leading up to encampment you

13  thought there were about 180 people?

14  A.    That was the general estimate, yeah.

15  And to me, just my eyeballing it, that seems

16  like that would be accurate.

17  Q.    But you didn't do any counting yourself,

18  right?

19  A.    I did not personally do a head count.  I

20  probably would not really personally -- I

21  wouldn't have a way of doing that myself.

22  Q.    Did you -- I think you mentioned that

23  some of the folks that were at 2313 13th Avenue

24  then moved to a new encampment at 2601 14th

25  Avenue South?

1    A.    That sounds right.

2    Q.    Does that sound accurate?

3    A.    Yeah.

4    Q.    Did you transport anybody from the 13th

5    Avenue South site to the 14th Avenue South

6    site?

7    A.    I did not, no.

8    Q.    Did you ever visit the Nenookaasi, which

9    I'm going to call Nenookaasi Two --

10   A.    Okay.

11   Q.    -- that was located on 2601 14th Avenue

12   South?

13   A.    I did visit that location several times,

14   yes.

15   Q.    And what can you tell me about your

16   visits to that site?

17   A.    I can tell you that it was a much

18   smaller space, and there was a lot of

19   confusion, and the sort of, like, general -- I

20   don't know, the general air of recovery had

21   dimmed because I think at the big -- the

22   location that the first -- you know, what we're

23   calling Nenookaasi One, there was a lot of

24   people that really felt hope at that site.

25   This was like kind of a new thing.  They felt

1      like somebody is really, you know, caring about

2      them.  They felt very, like, secure.  You know,

3      there were security patrols that were really

4      keeping out drug dealers and traffickers.  A

5      lot of those -- a lot of the chaos that came

6      out of the controversy and the closure and all

7      of that stuff, it really disrupted all of those

8      efforts to get people into treatment for a long

9      time.  You know, the thing with encampment

10     evictions or closures -- are we calling them

11     closures just so that I'm getting it right?

12     Q.    I call them closures.

13     A.    Okay.

14     Q.    You can call them whatever you want.

15     A.    Yeah, I just want to make sure we're

16     speaking the same --

17     Q.    Uh-huh.

18     A.    So closure.  The thing about closures in

19     general is that there is a number of studies

20     that indicate overdoses go way up, transmission

21     of infectious diseases goes way up.  I can

22     speak from my personal experience having been

23     addicted -- well, I was an alcoholic in the

24     past.  And also I was a cigarette smoker in the

25     past.  And I can say I was a regular user of

1       THC, you know, related to my disabilities.  I
2       am currently not using any of those.  It's been
3       several years for most of them.  And in my
4       experience with addiction, which is why I'm a
5       consultant, you know, stressors leads to
6       relapse.  And so what I saw in this situation
7       was no different than what I typically see,
8       which is that people who were on the Red Road,
9       as it's called in the native community, the
10      relapse and use went up and spirits were down.
11      It -- at first at least it didn't have the same
12      sort of serenity that I felt at that bigger
13      camp.  There was a real feeling of peace at the
14      bigger camp until the City started coming in,
15      dropping off notices.  That's when people
16      started getting stressed.  That's when people
17      started -- really there was a big change.  Once
18      the City started dropping the notices -- and
19      keep in mind there was a notice dropped in
20      early December, I think.  So, like, that was
21      another thing -- it's like when they did drop
22      the notice that eventually led to the
23      January 4th closure, there was so much
24      uncertainty, confusion because it's kind of
25      like a boy who cried wolf thing, you know.  The

1    City dropped this before.  Now they're going

2    back on it.  Then they dropped it again.  Now

3    they're going back on it.  Then it's the

4    holidays and New Year's.  And now --

5                    THE COURT REPORTER:  Aaron, this is

6    Dana.  Just slow down a little.  I've got to

7    get every word you're saying.

8                    THE WITNESS:  Oh, my bad.

9                    THE COURT REPORTER:  You're just

10   talking kind of fast.  Go ahead, though.

11                   THE WITNESS:  Okay.  Yeah, yeah,

12   yeah.  Sorry.  I'll pause and I'll resume in a

13   minute.

14                   THE COURT REPORTER:  You can go

15   ahead.

16                   THE WITNESS:  I'll try to talk

17   slower.  Sorry about that.  Sometimes I just

18   get in my emotions and I'm just -- but I'm

19   reliving it a little, you know.

20                   So that just made things just like a

21   bigger challenge, I would say, for the intents

22   and purposes of what I saw people trying to do.

23                   That said, after the first few days,

24   maybe the first week or so, I would say things

25   improved.  There were conversations happening

1   again, people seeking treatment again.

2   Security resumed.  And when I say "security," I

3   really mean, like, volunteer, community-based,

4   like, patrols basically.  And the purpose of

5   these patrols is explicitly to target dealers

6   and human traffickers.

7   BY MS. ENSLIN:

8   Q.     Would the dealers and the human

9   traffickers try to come to the encampment?

10  A.     Well, encampments in general, yes.

11  Q.     So when you mentioned security patrols,

12  those are people at the encampment that would

13  be tasked with keeping those kind of

14  individuals out, is that right?

15  A.     So that's why I clarified that it was

16  like community-based outreach and other related

17  volunteers.  It was not residents of the camp

18  so much.  You know, I don't have any doubts

19  that I'm sure some people stepped up from time

20  to time, but it was mostly natives in the

21  community who volunteered to, you know, just

22  provide that protection.

23  Q.     And is that necessary because

24  encampments tend to draw in folks that maybe

25  want to prey on vulnerable people?

1    A.    In my opinion, from what I've seen, it's

2    the opposite.  Homelessness in general attracts

3    predatory behaviors.  The purpose and the

4    benefit of an encampment is they have strength

5    in numbers.  So, for example, if it's late at

6    night -- I don't want to misgender you.  I'm

7    assuming you identify as a woman or fem.  You

8    might know what it feels like to walk alone at

9    night.  You might feel vulnerable in a way that

10   I might not experience.  Now imagine if you're

11   a group of ten people walking down the street.

12   Do you feel the same level of danger?  And

13   that's kind of what encampments represent in a

14   lot of cases.

15   Q.    So I guess I don't understand.  Why were

16   the patrols necessary then?

17   A.    Well, the patrols are necessary because

18   it's South Minneapolis.  There's gangs.

19   There's crime everywhere.  Regardless if you

20   have a home or not, the streets are dangerous

21   at nighttime especially.  So, you know, people

22   that end up in encampments are unhoused, right,

23   by the nature of why you're there.  I mean,

24   there is a few cases of people who get housing

25   and they miss their community and they miss --

1    you know, they come back to encampments.  And

2    that does happen.  And I don't want to diminish

3    that.  But the reason that -- you know, if

4    you're a homeless woman, and you got to do what

5    you got to do, and you meet people along the

6    way, and now you're living in an encampment,

7    and some pimp or whatever dealers knows that

8    you're at XYZ location, you know, they're going

9    to come to try to:  Hey, you know, do you need

10   money?  Dah, dah, dah, dah, dah.  Whereas if

11   you've got strength in numbers, if you have

12   community patrol, community-based security,

13   then that's extra muscle keeping them away.

14   That's what I saw.

15   Q.     So is it your testimony then that an

16   encampment doesn't draw in anyone looking to

17   prey on people inside of that encampment?

18   A.     No, that is not my testimony.

19   Q.     Okay.  Would you agree that that is a

20   reality of being at an encampment, is that it

21   is someplace that people who pray on vulnerable

22   people might target?

23   A.     I would rephrase it to say that I

24   believe it's a reality of being homeless, and

25   that homeless encampments by nature house, I

1    don't know, homeless people.  So if you are
2    homeless, and you are a target, and you're in a
3    homeless encampment, then yeah, people are
4    going to go there.  If you're living under a
5    bridge by yourself, people are going to go
6    there.  If you're living on Lake Street,
7    right -- I mean, I don't need to keep going.
8    But I'm just saying, like -- so that added
9    muscle was a deterrent that from what I've seen
10   does protect people.  Is it a hundred percent?
11   Is anything a hundred percent?  No, it's not.
12   Were there people clipping the fence to sneak
13   out that was basically the perimeter that was
14   keeping out a lot of these elements?  Yeah, it
15   did happen.  People are addicted and they go
16   through cessation and different things.  But
17   having people patrolling and keeping an eye on
18   things and keeping the elements out to the best
19   of their abilities, I saw it as effective.
20   Q.    So you said something interesting that I
21   just want to circle back on, which is that you
22   referenced people clipping the fence to sneak
23   out.  What fence are you referring to?
24   A.    Well, I -- when I did visit the camps, I
25   did see a fence around the perimeter.

1     Q.    And who did you understand put that

2    fence up?

3    A.    That I don't know.

4    Q.    Did you understand the fence to be put

5    up by folks at the encampment for the purpose

6    of keeping people in the encampment?

7    A.    I wouldn't say that's my understanding

8    that they personally put them up.  I would say

9    that they were reinforced by the camp.

10    Q.    To keep people in?

11    A.    To keep bad actors out.  And so, like,

12    if -- think about if -- you know, it's like

13    anything.  You know, they have curfews at

14    shelters.  And if you're really fiending,

15    somebody might climb out the window because

16    they're going to do anything because they're in

17    addiction.  Regardless if they're housed in a

18    shelter, living on the street, addiction -- the

19    addiction does not care.

20    So yeah, that's what I'm saying, is

21    that, you know, these camps, a function of them

22    is directly related to trying to get people

23    into recovery, trying to provide at least

24    enough stability that people can transfer to

25    the next, you know, phase in their recovery.

1          Now, if you've got somebody bringing drugs into
2          it, it's like -- it's the same thing that
3          happened with the Helios -- or am I saying that
4          right?  The -- in north side, all those houses.
5          Helix.  Excuse me.  You know, in some of those
6          cases there would be like one person who sold
7          their apartment because they realized they're
8          not ready to give up addiction.  So they, like,
9          took money from a gang.  And now a gang is
10         squatting in a unit.  And there's other people
11         in a different unit in that building.  And the
12         gang is trapping.  They've got people dealing
13         in and out.  And there's somebody in a
14         different unit going through recovery.  What do
15         you think that recovery process is like?  You
16         know, there's constantly drug deals going on
17         right in front of them.  It's like a similar
18         thing.  That's why they were trying to keep the
19         dealers and everything away.
20    Q.        Were people using drugs in the
21         Nenookaasi encampments?
22    A.        Not in the open.  Not anything that I
23         saw.  There -- I would say the likelihood of
24         people doing it in their tents is extremely
25         high.  Addiction happens in apartments, in

1    houses, in convenience stores.  It happens

2    everywhere.  So I can't really speak on

3    people's addictions.  I know that there were

4    consistent efforts to prevent people from using

5    in the open.

6    Q.    So how is this different, though, from

7    your example of people using in nearby

8    apartments?  If you're using in your tent, but

9    you're not using in the open, how is that any

10   more of a precarious situation than the one

11   that you just described where people are using

12   in nearby apartments?

13   A.    Because there wasn't full-on trap drug

14   dealing gangs inside the tents and the yurts.

15   Whereas places like Helix, which is where the

16   City sent everyone without any oversight, gangs

17   did take over those units and they were

18   doing full -- they were using -- I believe they

19   still are as we're having this conversation,

20   using them as, like, full-on, like, drug

21   distribution centers essentially.

22   Q.    So where were -- do you know where the

23   folks at Nenookaasi were getting their drugs

24   that they were using in their tents from?

25   A.    Well, it's in South Minneapolis.  There

1    are drug dealers in South Minneapolis.  That's

2    where they're getting their drugs from.

3    Q.    And so is it your testimony that you

4    understood that those drug dealers would not

5    come to the encampment, though?

6    A.    Not only that they -- they would try to

7    come to the encampment, and everyone would

8    basically chase them out or chase them off.

9    Q.    And then people would -- your

10   understanding is that then people would

11   separately sneak out to go see those drug

12   dealers separately?

13   A.    Independent adults above the age of 18

14   who are autonomous of their own decisions in

15   South Minneapolis, which is a very hostile area

16   in many place that has lots of crime,

17   regardless of people's housing status, my

18   understanding is that people regardless of

19   their housing status find drugs in Minneapolis,

20   yes.

21   Q.    Do you think that there are warranted

22   concerns by people in the housed community,

23   whether property owners or tenants, that live

24   near an encampment?

25   A.    Absolutely.  Yes, I do.

1    Q.    Like, what would those be?

2    A.    Well, the whole point of a place like

3    Camp Nenookaasi is because we don't want

4    encampments.  It's that we don't want

5    homelessness.  And so I would say that, you

6    know, for somebody who lives in a home,

7    especially if they have kids, you know, they

8    might not want to walk their kids or see a

9    school bus go past, you know, people with --

10   like, in the disabled community we call them

11   psych disabilities, but you might call them an

12   illness or a disease.  I don't refer to people

13   as a disease.  Because what do you do to

14   diseases?  You exterminate them, right?  So --

15   and there are no -- there's inadequate

16   resources for disabled people in general,

17   especially with various mental and psych

18   disabilities.  In fact, between 40 to

19   57 percent of unhoused people have a

20   disability.  And that's only diagnosed ones.

21   So women and especially nonwhite women, girls

22   have a much lower rate of diagnoses.  So many

23   people are in these situations not even knowing

24   that they might have autism, not knowing that

25   they might have schizophrenia or kind of

1     knowing, but they have, like, no resources or

2     anywhere to go.

3           I am not going to dress anything up.

4     Addiction -- I mean, like I said, listen, I am

5     a consultant for the State of Minnesota for

6     addiction and homelessness.  And that's for a

7     reason.  They do go hand and hand.  It's true.

8     Addiction and being housed also goes hand and

9     hand, but you don't see the effects.  I've

10    actually lost over 50 friends to addiction, and

11    every single one of them died in an apartment.

12    So do people want that on the street in front

13    of them, next to their home?  Does it affect

14    things like property value?  Are there

15    subsequent crimes related to people needing to

16    survive?  Yes.  I've seen it.  And I'm not

17    going to try to dress that up.  So those are

18    some concerns I certainly would have if I

19    were -- if there were an encampment next to me.

20    Q.    Are you familiar with some kind of

21    gastrointestinal illness that impacted

22    Nenookaasi Two?

23    A.    I'm not only familiar, I'm a survive of

24    that.

25    Q.    Oh, yeah.

1      A.      It hit me, yeah.

2      Q.      What was your experience with that?

3      A.      Horrible disease, flu, whatever.  What

4      was it?

5      Q.      Was it norovirus?

6      A.      Norovirus.  Thank you.  Yes.  Yep.

7      Q.      So did you -- is it your understanding

8      that you acquired that from being at Camp

9      Nenookaasi Two?

10     A.      I believe that's where I contracted it.

11     If I recall correctly, there was a larger

12     outbreak that was citywide.  So I don't know --

13     you know, maybe you might want to look at that.

14     Because unless the entire City of Minneapolis

15     is unhoused, you can't really -- it's not a

16     very scientific method of, you know, looking at

17     the variables and where that may have came

18     from.  In my case, I do believe that I

19     contracted it there.  I know the City also

20     dropped off some, you know, porta-potties.  One

21     of them was covered in human feces when they

22     dropped it off.  There was diarrhea splattered

23     all over the walls when they dropped it off in

24     the first place.  Okay.  This is not -- they

25     also were not picking them up and cleaning

1   them, which they had said they would.  And I

2   know -- I believe Jason Chavez had helped get

3   those there.  So it was part of the agreement

4   that they would be clean.  Things like trash

5   pickup were also agreed upon that were also

6   widely neglected by the City.  So I see a lot

7   of the cleanliness and the conditions as also

8   being directly linked to the lack -- or the

9   broken agreement by the City.

10  Q.    Were you there when that porta-potty was

11  dropped off?

12  A.    I was not personally there when it was

13  dropped.  I did see shortly after -- I mean, it

14  was dried, crusted.  It was not even remotely

15  fresh.  I mean, it had all been there for quite

16  some time.

17  Q.    Do you understand that the City is the

18  entity that brings and services the

19  porta-potties?

20  A.    That was -- well -- so my understanding

21  is the City sets it up with a private

22  contractor, but I could be wrong.

23  Q.    But you don't have any personal

24  knowledge of that process?

25  A.    I do not have any personal knowledge of

1    the inner workings or agreements of that
2    specific process.
3    Q.    Do you -- are you aware of any instances
4    of contractors servicing porta-potties being
5    threatened?
6    A.    Not that I know of.
7    Q.    Are you aware of situations in which
8    people at the encampment were putting garbage
9    or urinating or defecating in the lawns of
10   private homes?
11   A.    I am not directly aware.  I can't say,
12   like, I saw that happen.  I am willing to
13   believe it mainly because that is a basic human
14   function and you got to go somewhere, right?  I
15   mean, if you don't have access to any of those,
16   do you just hold it and die, or do you just --
17   I mean, you know, it's kind of like what are we
18   expecting, right?  Like, we all urinate and
19   defecate.  I do.  I know you do, so...
20   Q.    Do you know how many times a week the
21   City was servicing garbage and trash removal
22   from Nenookaasi Two?
23   A.    I feel like at one point I did know.
24   Although currently, I can't remember.  I can't
25   recall off the top of my head.

1     Q.    Do you know if it was more than it

2     services regular residential communities?

3     A.    I know that they were constantly

4     fighting because the garbage was piling up, and

5     they were constantly requesting them to pick it

6     up, and they were not picking it up sometimes

7     for more than a week or two.

8     Q.    Do you think that encampments should be

9     granted more access to trash and service

10     removals than like the rest of the community?

11     A.    I think it should be based on -- like

12     anything, it should be based on the level of

13     trash and waste that's produced. So if I'm a

14     single person living in a one-bedroom

15     apartment, you know, it's probably fine to

16     bring a garbage truck once a week, right? But

17     if there's 180 people in one location, I do

18     believe that they're going to need more

19     services than I would require, yes.

20     Q.    And that would be 180 people living in a

21     single city lot, is that correct?

22     A.    Well, I said that number based on the

23     estimate at the Nenookaasi One.

24     Q.    Okay.

25     A.    I believe the estimate at Nenookaasi Two

1     was 80 off the top of my head.  So, you know,
2     even that instance -- I mean, hey, look, I
3     lived in New York City for 11 years.  They had
4     trash daily.  You know what I mean?  Does that
5     make sense to do in Minneapolis?  Do we deserve
6     it more or less?  It's just like -- it's just
7     kind of the level we're at, you know.
8     Q.     Were you at the closure of Nenookaasi
9     Two?
10    A.     Yes, I was.
11    Q.     And do you remember the notice posting
12    at that site?
13    A.     I have it on film.
14    Q.     What do you remember about that?
15    A.     I remember it was religious evangelicals
16    from Minnetonka.
17    Q.     How do you know that?
18    A.     Because that's what they said.
19    Q.     To you?
20    A.     It was -- yes.  And I had that on film
21    as well.
22    Q.     Why were they there posting the notice?
23    A.     That's what I asked.  That's why I
24    filmed them.
25    Q.     Have you been able to determine that

1    today?

2    A.    Have I been able to determine -- what do

3    you mean?

4    Q.    Why those individuals were posting the

5    notice.

6    A.    They were contracted by the City of

7    Minneapolis.

8    Q.    How do you know that?

9    A.    Because we -- because I got -- I sent

10   the videos to city council members, who

11   confirmed that.

12   Q.    Confirmed that they were contracted by

13   the City of Minneapolis?

14   A.    Yeah.  Because there was a pretty great

15   deal of confusion as to why a church from

16   Minnetonka was delivering legal forms for the

17   City of Minneapolis.

18   Q.    What were the legal forms?

19   A.    Well, the legal form was the notice,

20   which was on a big -- like a sandwich board

21   type of thing.

22   Q.    Were they handing out sandwich boards to

23   people, or were they -- how was that being

24   conveyed?

25   A.    That was -- that's how the City of

1      Minneapolis delivers the notice.  That's how

2      they did the Nenookaasi One as well.  It's just

3      like a big posting on like a wooden board.

4      Q.     So when they came to the site, were they

5      speaking with people too?

6      A.     No.  They wanted to get the heck out of

7      there as fast as possible.  And they said:

8      Okay.  I did my job.  Now I'm out of here.

9      Q.     But how long were they at the encampment

10     site?

11     A.     Well, they tried to make it about 15 to

12     30 seconds, but -- I mean, I have the whole

13     video.  I would say about, like, maybe five

14     minutes if I were to estimate.

15     Q.     And that five-minute period of putting

16     the sandwich board down caused a lot of

17     confusion for people?

18     A.     Yes.

19     Q.     Did people understand that the

20     encampment was going to be closed from what you

21     were aware?

22     A.     It was more chaos and confusion that was

23     stirred because people, including myself, were

24     questioning the legitimacy.  Is this real?  Is

25     this just some extremist group that just hates

1    poor people?  You know, a lot of people target
2    low income and, you know, people living in
3    encampments because they're just very
4    vulnerable.  So we didn't know if it's just
5    some random people making it up.
6    Q.    Have you ever been in an encampment that
7    didn't close?
8    A.    Well, I was at the encampment that
9    burned down.
10   Q.    Other than that?
11   A.    I would say no.
12   Q.    So it's not unreasonable for people to
13   think that an encampment is going to be closed?
14   A.    I think the when is the bigger part of
15   the question.  You know, if you have a church
16   coming in to do city government, you know,
17   activities or whatever, what is the
18   legitimacy -- you know, if a church comes and
19   says:  We're the government, and you have to be
20   out by Tuesday, and you're like:  The church is
21   not the government, then are you supposed to
22   assume -- is it reasonable to assume that the
23   church is the government?  You know, to me
24   that's -- it's more a question of, like:  When?
25   Especially because, like, all the people there,

1    they were still fighting to try to get people

2    into treatment, into housing.  So time is of

3    the essence in these situations.  So I think,

4    again, it's the issue of when.

5    Q.    Were you at -- were you aware that after

6    Nenookaasi Two closed, Nenookaasi Three was set

7    up at 2213 16th Avenue South for about one day?

8    A.    I do remember that place.  It was only

9    there maybe even two -- it was like very short.

10   I remember that one.

11   Q.    Were you at that site at all?

12   A.    I visited that site, yeah.

13   Q.    Were you involved in bringing people

14   from Nenookaasi Two to Nenookaasi Three?

15   A.    I actually didn't even know until, like,

16   the next day, like, where it was, so no.

17   Q.    Did you see anybody cutting the fence or

18   cutting the locks to that site?

19   A.    No.  I don't -- I'm trying to remember

20   if that one had a fence.  I don't remember.

21   Maybe that did have a fence.  I don't know.  I

22   don't remember.  I remember it had a hill on

23   the front.  That's the main thing I remember.

24   Q.    Do you remember if people took down no

25   trespassing signs?

1    A.    I don't know.  I wouldn't have seen that

2    because it was only there for, like, two days.

3    Q.    Do you recall a Nenookaasi Four that was

4    located at 1100 28th Avenue East?

5    A.    Yes.  That's the one that burned down.

6    Q.    And did you ever go to that site?

7    A.    I was there when it burned down in fact.

8    I have that on video as well.

9    Q.    And what do you recall about that

10   instance?

11   A.    I hate to be annoying.  Can you excuse

12   me?  My cat is, like, tearing something up.

13   Sorry.  Do you want me to answer this first?

14   Q.    We'll put a pin in it.  It's fine.

15   A.    I appreciate it.  Give me one second.

16   I'm so sorry.

17              (Off the record 1:28 to 1:29.)

18              THE WITNESS:  Sorry.  Can you repeat

19   the --

20   BY MS. ENSLIN:

21   Q.    I'll reask the question.

22   A.    Thank you.

23   Q.    Why don't you tell me what transpired.

24   And I'll represent to you it was February 29th,

25   2024 --

1     A.     Uh-huh.

2     Q.     -- when there was a fire at the 1100

3     28th Avenue East encampment.

4     A.     Uh-huh.  You're asking what do I

5     remember?

6     Q.     Correct.

7     A.     I remember a lot.  I remember the --

8     there were several natives who had come down

9     from as far as the Duluth area that were

10    leaders in various communities, that were known

11    as water protectors, which is perhaps little

12    strange to translate into, like, our world

13    colloquially.  Essentially they are like

14    environmental, like, warriors within their

15    culture.  They had come because there was a

16    spirit fire, which is a religious tradition,

17    like a religious practice for somebody who was

18    no longer alive.  And the Minneapolis fire

19    chief was saying that they couldn't have a

20    fire.  Now, I just want to say that this is a

21    culture and a people who have been keeping

22    fires since, like, the dawn of time.  You know,

23    I think that oftentimes the City and maybe like

24    media and individuals like to categorize poor

25    people, unhoused people as these, like, wild

1     animals who are incapable of doing anything,
2     you know.  So that's why I'm just highlighting
3     that these -- there were a number of people
4     that were absolutely sober who literally their
5     entire life has been maintaining fires and
6     things, like, these kind of types of things.
7            And basically -- so it was especially
8     suspicious when several of us were in a yurt
9     basically awaiting the fire chief to arrive,
10    and then a fire broke out.  I had my -- I had
11    stepped out front of the camp.  There also had
12    been a person who burned down one of the
13    porta-potties days before.  If you're thinking
14    that they're from the encampment, you are
15    assuming wrong.  There is video footage of this
16    individual who came from an outside source.  He
17    was a well-dressed white man who was standing
18    across the street watching it.  There was a
19    police report actually filed against this man.
20    There was no action or anything ever done, no
21    investigation process whatsoever.  I had
22    stepped out front to speak to somebody from the
23    University of Minnesota who was doing a -- some
24    kind of project and study on homelessness.
25    I'll try to talk slower.  I just caught myself.

1           And so I had stepped out to make a phone
2    call at high noon.  And within about three to
3    five minutes I saw all this black smoke.  First
4    I saw a bunch of pillaring white smoke, and
5    then it turned black.  And I said:  I have to
6    go.  Keep in mind I'm recovering from being
7    paralyzed.  I mean, I just jumped out of my
8    car, quote, unquote, ran into the camp.  But
9    really that just means, you know, hobbling,
10   limping.  I didn't even have my cane.  I'm
11   saying this because when I eventually was able
12   to get to my car later, my keys were still in
13   the ignition, my cane was still in the car.  It
14   was like I must have really just ran out and I
15   scrambled.  I went through the camp, got my
16   camera, found my jacket, which had my wallet
17   and stuff in it, within just about one minute
18   of being inside that yurt.  It was like
19   nighttime.  It was like all of a sudden -- and
20   I could feel it getting hotter inside.

21           I found my stuff.  I started to get out.
22   And me and several other people were screaming,
23   you know:  Everyone get out.  Get out.  It
24   spread very quickly.  It burned very hot.  We
25   made it out.  And the entire camp burned down

1   as a result.  I did document an individual who
2   was dressed in a red beret and military garb,
3   very suspicious, smiling, saying:  Was it the
4   propane?  Very creepy stuff.  I followed him
5   for a while.  His story was wildly
6   inconsistent.  He said that he was -- he only
7   came by because he was in the area, and he was
8   going to drop off donations, but then his car
9   was completely empty.  He said that he was with
10  a number of Native American organizations.  But
11  then he said later that they were casinos, that
12  he's just with a bunch of casinos.  I have all
13  of this on film, mind you.

14          And then there were also reports of
15  somebody who had found empty gasoline
16  canisters, which I actually personally also
17  found a separate different time outside of a
18  camp that burned down.  Now, this is outside
19  the four camps, but just kind of saying, like,
20  maybe it's a trend.  Because this past winter,
21  was it January, three camps burned down in a
22  couple weeks.  Two of them at the exact same
23  time.  And I found two gasoline canisters
24  outside of that.  I reported it to the police.
25  They have not done anything.  They didn't even

1    search -- this was like the next day that these

2    empty gasoline canisters were sitting in the

3    alley directly next to this camp that just

4    burned down, which burned down at the exact

5    same time as another camp about a mile away.

6         So we've see repeated practically --

7    like a pattern is what I'm saying.  Police did

8    nothing.  We eventually used the Freedom of

9    Information Act -- the police wouldn't

10   investigate it or anything.  They said that

11   there were too many points that the fire could

12   have started.  But I actually got access to the

13   video from the police's pole cam, and you can

14   see where the fire started.  It was in an

15   unoccupied yurt, and it spread very quickly so.

16   There's multiple inconsistencies.  I mean, I've

17   documented a person of interest.  And we have

18   gotten zero corporation from the City to

19   investigate any of it.

20   Q.    So how many individual fires were

21   burning the morning of February 29th at that

22   location?

23   A.    There was the spirit fire, which was

24   open air, surrounded by dirt, nothing above it.

25   And then the yurts have enclosed woodstoves

1     inside of them.  So, you know, it was -- well,

2     that was on February 29th, leap day.  I

3     remember that.  So it was an unseasonably warm

4     February, March day, but it was still like

5     chilly.  And so I would say there were

6     woodstoves being used.  However, you can see --

7     well, I mean, because that is a fire, right?

8     It's just enclosed.

9     Q.     Right.  And I guess this is -- I'm not

10    asking you to speculate.  I'm asking you just

11    kind of a numbers question.  Do you know how

12    many individual fires, and I'm including the

13    open air fires or the woodstove fires, were

14    going the morning of February 29th at 1100 28th

15    Avenue East?

16    A.     I would estimate maybe 15.  However,

17    with the footage you can see very clearly where

18    the fire started.  It's like not even a

19    question.  You literally can watch the entire

20    thing.  And there was no fire inside that yurt,

21    and it was unoccupied.

22    Q.     You mentioned a couple times

23    investigations.  Do you know if the Minneapolis

24    Fire Department conducted an investigation of

25    the fire?

1     A.     So I actually have recorded
2     conversations speaking to them about this,
3     requesting investigations.  And they said that
4     they -- they couldn't -- it's -- there's a
5     complication related to fire and police.  So I
6     think, like -- I can't remember off the top of
7     my head now.  I would have to double-check what
8     my documented conversations say.  But my
9     understanding is that there has to be like an
10    arson suspicion in order for the fire to
11    investigate.  But then the fire said that they
12    couldn't investigate because -- I don't know.
13    They were kind of passing it on each other.
14    The fact of the matter is the entire site was
15    bulldozed less than 24 hours later.  So any
16    evidence that may have possibly been there was
17    destroyed immediately, as quickly as possible.
18    And I know that because I went back the next
19    morning to try to see if I could find some of
20    my belongings that were missing that may have
21    been in there, you know, but I couldn't because
22    the City was dumping concrete rubble on top of
23    the site.
24    Q.    Just to clarify that, you have not
25    reviewed the Minneapolis Fire Department's

1    results of their investigation of that site?

2    A.    There was no investigation.  That is the

3    result.

4    Q.    That's -- your understanding is there --

5    and your expert capacity here is that there is

6    no -- there was no investigation, is that

7    correct?

8    A.    They said that they can't investigate.

9    Q.    That's your understanding?

10   A.    No.  We have the piece of paper that --

11   we have the report that says that.

12   Q.    Okay.  So is it your testimony that no

13   investigation was conducted?

14   A.    That is my testimony.

15   Q.    Okay.  And you said we have the

16   documented conversation.  Who's "we"?

17   A.    I know.  That's a valid question.  I

18   mean that basically I collected it.  Also,

19   like, the legal team that is behind all this, I

20   have helped -- or I had help, excuse me,

21   from -- I'm trying to -- they're called the

22   reinvestigation work group.  They usually do,

23   like -- if there was a -- this part is a little

24   outside of my wheelhouse, so I might get the

25   verbiage wrong.  But if there's like a police

1    killing or a police-related death, they're a

2    group that focuses on trying to reopen those

3    discussions to investigation.  So I had some

4    help getting the, like, public information

5    requests, all that stuff.

6    Q.    Do you think that 15 fires on a city lot

7    is within the Minneapolis Fire Code?

8    A.    Well, I'm not an expert in fire codes,

9    but I think that having a controlled fire

10   inside of a metal container poses very little

11   risk.  I think that if you were to look at a

12   city block, you know, furnaces in every

13   building, there's probably more than 15 fires

14   going at any given point.

15   Q.    So your testimony is you think that is

16   permissible within the City fire code?

17   A.    I'm not an expert on City fire code, but

18   I also think that it's kind of a moot point

19   because where the fire started according to the

20   video evidence is not in any of those

21   locations.

22   Q.    Well, that's not the question, though.

23   The question is --

24   A.    I'm not a -- sorry.  My bad.

25   Q.    No, it is:  Do you have any reason to

1      believe that that is permissible within the

2      Minneapolis Fire Code?

3      A.    I'm not an expert on fire codes.

4      Q.    Are you aware that a number of

5      individuals from Nenookaasi Four then moved to

6      a site at 2939 14th Avenue South?

7      A.    I am aware.

8      Q.    Did you ever visit that site?

9      A.    I did.

10     Q.    And what can you tell me about your

11     visits to that site?

12     A.    Everyone there seemed pretty

13     traumatized, you know.  That was something we

14     kind of all had in common.  I was also feeling

15     pretty traumatized by having just survived a

16     fire that seemed malicious and intentional.

17     Also, from my city not caring.  I was trying

18     very hard to get any information.  I was trying

19     very hard to get an investigation.  I am a

20     person who technically was an injury from that

21     because I had smoke inhalation.  And even

22     though I'm fine -- I mean, who knows what the

23     long-term effects are from breathing in

24     chemicals and stuff in a fire, right?  But, you

25     know, I don't know much to say about it.  It

1    seemed like the police and City kind of knew

2    about it.  And there was another one of the

3    police vaulted cameras on the pole across the

4    street pretty quickly thereafter, and that, you

5    know, just -- that's the thing, is these cams

6    get shut down or burned down or whatever.  And

7    then that doesn't end homelessness.  So that's

8    kind of all I've got.

9    Q.    Do you know when the fifth Nenookaasi

10   closed?

11   A.    I don't remember the date.  I was

12   there -- was that -- I'm trying to remember.  I

13   think -- because then people, I believe, came

14   back to that location.  I don't remember when

15   that one closed.

16   Q.    All right.  Well, I'll --

17   A.    I remember they dumped concrete -- go

18   ahead.  Sorry.

19   Q.    I'll represent to you that that one

20   closed on July 25th of 2024.

21   A.    Okay.

22   Q.    And then I think what you're thinking is

23   following that closure individuals moved back

24   to 2313 13th Avenue South.  So following the

25   July 24th -- 25th closure they moved back to

1    what was the original site of Camp Nenookaasi

2    One.  Do you recall that?

3    A.    I do.  Because I was there that morning.

4    And a group of natives that work with the

5    police, they worked together to get those

6    people out literally the same morning.  It was

7    there for, like, two hours.

8    Q.    2313 13th --

9    A.    Yes.

10   Q.    -- Avenue South?

11   A.    Pardon me.  I didn't mean to -- sorry.

12   Yes.

13   Q.    So you would be -- if I told you that

14   that encampment was not closed until

15   October 7th, would that be surprising to you?

16   A.    I would strongly disagree.

17   Q.    So --

18   A.    There was people on the street, people

19   set up on the curb.  I don't think they were

20   there for three or four months.  There was two

21   encampments that set up -- God, where was that?

22   There was -- I remember there was a women's

23   camp.  And this one was just for women and

24   people that are couples.  And then there was

25   the recovery camp.  And that one they had

1    wellbriety meetings.  And that one there

2    were -- you had asked a question earlier about

3    if people were -- remember, I was saying about

4    that I had been a -- played a part as a -- sort

5    of a good company morale booster, so to speak,

6    during some people going through, like, the

7    withdrawal process and stuff.  There was one

8    camp that -- yes, they were in a camp going

9    through these traditions and processes and

10   native healing practices.  They were having

11   regular wellbriety meetings.  I did sit in on

12   one of those.  As a former alcoholic, I spoke a

13   little bit about my own story, I remember.  And

14   I think those two were evicted the same time as

15   the 28th one that you're talking about got

16   evicted the second time.  That I could be wrong

17   about.  I remember there was one time that they

18   evicted three camps at the same time.  And I

19   thought that was July.  I thought that was the

20   July one, but I could be wrong.

21   Q.    Okay.  So as you sit here today, you

22   don't have any specific knowledge of whether a

23   Nenookaasi encampment was located at 2313 13th

24   Avenue from July 25th to October 7th?

25   A.    I do have knowledge that they did try to

1    set up camps there, and that it was quashed

2    immediately.  Some people had set up on the

3    curb.  Like, there's like a corner area that I

4    know that they had set up a few tents on.  I do

5    not recall it being there until October.  It

6    was -- in my memory, it was much shorter.  In

7    terms of resetting up the whole huge camp

8    inside, my testimony is that information is

9    false.

10   Q.    Are you aware of an encampment, a

11   Nenookaasi encampment located at 2839 14th

12   Avenue South?

13   A.    Yeah.  That was the same one that people

14   went to after the fire.  So they went there.

15   It got evicted.  And then a bunch of concrete

16   rubble was dumped on it.  And then they

17   eventually re-set up there.

18   Q.    How did they re-set up there if there

19   was concrete rubble on the site?

20   A.    I wasn't there personally.  I did visit

21   it, however.  And they did their best to -- you

22   know, this is survival.  So, you know, how do

23   people survive?  They find a way.  That's just

24   what I saw.

25   Q.    Was that property fenced in also?

1    A.    When I was there, there was a fence,

2    yes.  That's the one that burned down that I

3    found the gasoline canisters outside of.

4    Q.    Okay.  And that was a City site that had

5    been fenced and filled with rubble, correct?

6    A.    My understanding is yes.  I did not,

7    again, personally see the deed.  And my

8    understanding in general is that they've only

9    set up on City sites.

10    Q.    And does that make a difference to you

11    in whether or not these encampments should be

12    allowed to exist, if they're on City property

13    versus private property?

14    A.    You know, I'm not sure how much my

15    personal opinion of whether laws should be a

16    certain way -- you know, I don't know -- I

17    mean, obviously I have my opinions.  And my

18    opinion is that there should be encampments for

19    things like recovery and protecting women and

20    stuff like that.  I do think it makes a

21    difference if it's a publicly owned space

22    versus a privately owned space, yes.

23    Q.    Why?

24    A.    Well, because I'm the public too.

25    Q.    What do you mean by that?

1       A.      Well, you're the public and I'm the
2       public.  I mean, maybe not in this particular
3       role in this moment.  But at the end of the
4       day, we're both paying taxes for this location.
5       And you might have a different opinion than
6       mine about how that public space should be
7       used.  And your opinion is just as valid as my
8       opinion.  However, if -- and, you know, I think
9       there is also some room for nuance here.  But I
10      think that's very different than, again, if
11      you, like, have a backyard, and it's your
12      house, and somebody just is, like, in your
13      yard, in your daily life.  An unused space
14      that's paid for by taxpayers, I don't see that
15      as being the same thing.
16      Q.      Would that not create a conflict,
17      though, if individual taxpayers had different
18      ideas about how they wanted -- how the City
19      property should be used?
20      A.      Well, that's kind of what I just said.
21      In terms of, like, you know, I'm the public and
22      you're also the public.  So, you know, that's
23      the thing about it.  At the end of the day,
24      which people should be allowed to survive.
25      Like, should you have to make a certain -- do

1    you have to be in a certain tax bracket to be

2    allowed to be alive?  I mean, people have to

3    survive, right?  So they've got to survive

4    somewhere, right?

5    Q.    Do you have to be in a certain position

6    to enforce, I guess, your opinion of how the

7    property should be used?  So if somebody were

8    to go to one of the City lots and set up some

9    kind of food selling stall, should they be

10   allowed to do that?

11   A.    In an unoccupied empty lot?

12   Q.    Yes.

13   A.    I wouldn't have a problem with that.

14   Q.    And if the City had some kind of other

15   intended use for the property, would that be

16   relevant?

17   A.    If they were in the process of using it

18   for that, it would be relevant.  I think it

19   comes down to, again, you know, what is

20   survival.  You know, we live in Minnesota.  We

21   have very dangerous deadly winters.  They're

22   not just deadly, they're disabling, they're

23   debilitating.  They are creating a loop, a

24   cycle that is contributing to homelessness.

25   People become disabled.  I'm too disabled to

1      legally work a full-time job.  So I require a

2      supplement to fill in for the amount that I'm,

3      like, not able to generate by having a

4      full-time position.  So -- I mean, I need help.

5      I've got to live somewhere, you know.  And if I

6      got to do what I got to do to survive, and that

7      means setting up on a piece of land that nobody

8      is sitting on, then that's survival, you know.

9      If the City wanted to use an unoccupied lot,

10     and they just decided to do something for the

11     City, I have no idea, you know.  But we'll just

12     say, like, something the City wanted.  I have

13     no idea.  I would have no problem with that.

14     Honestly, if I owned an empty lot, and it was

15     just sitting there, and the City came, and they

16     wanted to just set up on it, and I'm not doing

17     anything with it, then, like, why would I care?

18     Like, it's just sitting there.

19     Q.     Does it concern you that what you're

20     proposing is property owners not having any --

21     having the final say about how their property

22     is used?

23     A.     Well, I don't feel that applies to this

24     because it's not property owners.  It's

25     publicly owned, first of all.  And second of

1      all, they do have a say because they send the

2      entire city and police and everybody to get

3      these people out of there, so...

4      Q.    But your position is they shouldn't have

5      a say, correct?

6      A.    No.  I think that's oversimplifying how

7      I feel.  Because the way I feel is that there

8      should be City-sanctioned encampments that

9      have, you know, some sort of guidelines so that

10     people are not forced into a situation like

11     what we're talking about.

12             MS. ENSLIN:  Let's take a ten-minute

13     break if you guys are up for that.  I'm just

14     wrapping up a few things, and so I want to take

15     a second to look over some of my notes.  And

16     then we can come back and get wrapped up

17     hopefully.  So maybe, like, come back at 2:05.

18             THE WITNESS:  See you at 2:05.

19     Thank you.

20             (Off the record 1:54 to 2:05.)

21             MS. ENSLIN:  I do not have any

22     further questions for you, Mr. Johnson.

23     Claire, might have some questions directed to

24     you.  I do understand you were served with a

25     copy of the subpoena to appear today, correct?

1           THE WITNESS:  Yes.

2           MS. ENSLIN:  And you did get the

3    attachment requesting certain documentation?

4           THE WITNESS:  Yes.

5           MS. ENSLIN:  So what I'm going to do

6    is I'm going to have my paralegal circulate to

7    everybody essentially a SharePoint drop box so

8    that you can put all of the documents related

9    to the subpoena in there, and then circulate it

10   back if that works.

11          THE WITNESS:  Okay.

12          MS. ENSLIN:  But thank you for your

13   time today.  Appreciate it.  And that is all I

14   have.

15          THE WITNESS:  All right.  Glad I

16   could be a part of this.

17          MS. GLENN:  Thanks.

18                  EXAMINATION

19   BY MS. GLENN:

20   Q.    And, Mr. Johnson, I just have a few

21   brief questions for you just to clarify some of

22   your statements here today.  Just going back to

23   earlier this morning when you were talking

24   about what you are prepared to testify as to in

25   this case in your expert capacity, you

1        submitted an expert disclosure document in this

2        case, isn't that right?

3        A.      Yes.

4        Q.      Okay.  And that was prepared -- I can't

5        remember exactly how -- I think we had a

6        conversation about what your opinions would be.

7        We took some notes on it, sent you the document

8        back.  And you confirmed and, you know, made

9        any changes that you wanted to make, made sure

10       that everything was accurate in those expert

11       disclosures, is that right?

12       A.      Yes.

13       Q.      Okay.  And so to the extent -- I guess

14       that statement would -- that disclosure

15       document would be the complete statement of

16       what you're prepared to testify in an expert

17       capacity regarding in this case, is that right?

18       A.      That's my understanding.

19       Q.      Okay.  Thank you.  I just wanted to

20       clarify that.  Also, earlier on you shared that

21       you have been facing your own housing

22       challenges lately because you are disabled and

23       not because you are on any substances.  And I

24       just wanted to ask why you felt the need to

25       clarify that.

1    A.    It just shows that, you know, there's

2    this idea that people choose to be homeless

3    because they just don't care, or they just feel

4    like eating a bag of potato chips and kicking

5    their feet up, and that's simply not the case.

6    This effects normal everyday people.  I

7    shouldn't use the term "normal."  But what I'm

8    intending to say is, like, you know, I worked

9    my behind off.  I was selling multi-million

10   dollar houses in a very high-value neighborhood

11   in one of the gold standards of real estate in

12   our entire planet, and I'm in this position.

13   And it's not because I'm a criminal.  It's not

14   because I'm on drugs.  It's literally because

15   I'm marginalized.

16   Q.    And thank you for clarifying that.

17         I also wanted to ask -- you've used the

18   term "hostile environment" a few times today.

19   And I just wanted to ask you to sort of clarify

20   what you mean by that or, like, where this

21   hostility is coming from.

22   A.    Of course.  It is a hostile environment

23   because there are psych disabilities.  And even

24   though what I just said about, you know, my own

25   situation, there is substance use in these

1    environments.  And, again, I'm not going to --
2    you know, that's reality.  That's the truth.
3    And on top of that, though, especially, like,
4    when police are involved or community -- what
5    are they, like violence interrupters, usually
6    those violence interrupters in my experience
7    are doing the physical part that the police are
8    not as able to, and it just creates a very
9    hostile environment.  You've got city workers
10   and bulldozers.  And you've got, you know,
11   people who are scared, that they're feeling
12   desperate, that -- you know, there's a lot of
13   moving parts going on, not to mention just the
14   chaos of being in South Minneapolis.  I grew up
15   in South Minneapolis in the '80s and '90s.  I
16   grew up -- I was going to high school in South
17   Minneapolis during Murderapolis.  Like, this is
18   the reality of where we live.  And so there's
19   just the general chaos of just being in the
20   streets, and being a disabled person that can
21   be viewed as a sort of easy target, you know,
22   by pretty much everyone, including the police.
23   Q.    Thank you for clarifying that.
24         I also wanted to ask you to clarify what
25   you mean when you talk about the Red Road.

1     A.     Red Road -- so the term "Red Road"

2     itself alone is a common concept within the

3     native community regarding healing, and with

4     that comes recovery.  So healing can mean,

5     like, many things.  But in this instance it's

6     pretty strongly focused on recovery, and

7     recovery, you know, from substances, recovery

8     from a traumatizing past.  "Recovery" meaning,

9     you know, being reunited with people's

10    children.  And so that's the Red Road itself.

11    But there is a general push also for a Red Road

12    village.  So that would be a sort of sanctioned

13    location that would be -- it would probably

14    look much like an encampment but be run by

15    native community groups and, you know, like the

16    camp that I was mentioning that was having

17    wellbriety meetings.  The concept for a Red

18    Road village, that's like a very specific group

19    of people, but it would be comparable to

20    something like that where it's protecting

21    women, where it's sobriety, you know.  I can't

22    really -- you know, this is another thing I

23    can't really speak on behalf of, but that's the

24    gist of it.

25    Q.     Thank you for clarifying.

1           You also mentioned describing the
2       notices of evictions as The Boy Who Cried Wolf.
3       Can you explain what you mean by that?
4       A.      There were instances -- I will say --
5       well, there were instances that the City said
6       there's going to be an eviction, and then there
7       was a community pushback.  So then they kind of
8       put it off.  And then there was a new eviction
9       notice.  And then there was a, you know, outcry
10      and a lot of media attention.  So then they put
11      it off.  And I think in general that's good
12      overall that the City wanted to take some more
13      time and kind of investigate this whole idea
14      and the conversations that were taking place.
15      Unfortunately, the real-world effect that it
16      has for the individuals affected, meaning,
17      like, people staying in the camp, is that they
18      already have a lot of uncertainty, and this
19      kind of made it like:  Okay.  Is this time for
20      real?  Is this time for real?  And so, you
21      know, that might have been one of these, like,
22      path to hell is paved with good intentions kind
23      of type of things, but that's what I meant by
24      that.
25      Q.      Thank you.  Do you think that -- I mean,

1    in your expert opinion, was there confusion as

2    a result of that in terms of when evictions

3    were actually taking place?

4    A.    Yes.

5    Q.    And there were some questions asked that

6    you shared answers to about the evangelical

7    pastor bringing a sandwich board.  Did it seem

8    reasonable, in your opinion, to believe that a

9    valid City notice would be given by an

10   evangelical pastor dropping off a sandwich

11   board?

12   A.    No.

13   Q.    Okay.  I also wanted to ask about -- you

14   mentioned the inaccessibility of shelters in

15   different contexts.  And I wanted to ask you

16   about availability as well.  Does the lack of

17   availability of shelter beds, which you

18   mentioned, also impact their accessibility, and

19   if so, can you just explain that?

20   A.    Accessibility can mean a couple

21   different things.  It can mean related to being

22   disabled, or it can mean, like, is it

23   accessible in the sense that do -- does the

24   general public have access to something that is

25   at capacity.  I would say given that those type

1     of facilities, especially when there's, like,

2     an encampment closure, they fill up quick.  And

3     I'm saying, like, 20 minutes.  You know what I

4     mean?  Like, if you just aren't on it --

5     because the other thing is, you know, there is

6     oftentimes, like, Streets to Housing or

7     Hennepin County workers that are getting people

8     in, right?  So, like, when there's an

9     encampment, it's like boom, boom, boom.  But

10    then you've got just the general fact that --

11    you know, I think the mayor recently said that

12    there's 27 unhoused people in Minneapolis.  And

13    the snapshot -- there's an annual snapshot that

14    basically -- it's usually in January.  And I

15    forget the reason that it was postponed this

16    year.  But they go around -- what is it called?

17    The PIP -- PIT.  It's called the PIT,

18    point-in-time.  What they do is they go around

19    to every nook and cranny on one night usually

20    in January and they try to find every single

21    person who's unhoused or homeless or whatever

22    you want to call it.  And so I think this year

23    it came up, like, 650 people in Hennepin

24    County.  And if you keep in mind that the vast

25    majority of people that are experiencing

1    homelessness in Hennepin County are going to be
2    in the city center -- I mean, in any given
3    major city.  And there's something, like, 650
4    count.  I will have to look up the exact
5    number.  Please don't quote me on that exact
6    number, but you can look it up too.  But, like,
7    it was something in that range.  You know,
8    we're talking that that's off by about, like, a
9    thousand percent or more, right?  It's like 27
10   to 650 is a large jump.  You know, 90 percent
11   of that 650 is in the city.  So now imagine
12   what they're saying the resources are versus
13   what the resources actually are.  And now
14   imagine trying to have access to those
15   resources.  So no, not accessible in that
16   regard.  However, does it affect disability
17   accessibility?  I mean, there's things I could
18   probably try to -- you know, I could say, like,
19   for an autistic person they're going to be
20   overstimulated by that number of people, or,
21   you know, different things like that.  But in
22   my personal opinion, I don't think that
23   directly -- other than, like, you know, usually
24   they'll roll out, you know, overflow mats on
25   the floor.  And if you're disabled, it's not

1    great to sleep on a mat on the floor.  But, you

2    know, that's kind of -- I can't say, like, it's

3    a disability specific thing as much.

4    Q.    Okay.  Thank you for clarifying that.

5          And with the evictions, the Nenookaasi

6    evictions that Ms. Enslin went through with

7    you, do you know whether there were shelter

8    beds available during those days?

9    A.    And she had mentioned something, like,

10   80 or 90 beds that had come online.  And there

11   was a lot of talk about how none of them were

12   used.  I remember seeing that in the news.  But

13   I also remember there wasn't really any storage

14   or anything.  And I kind of talked about all

15   that.  I don't want to repeat -- you know, go

16   in circles myself now.  But following that

17   initial one, no.  And it almost seemed as if it

18   was, like, intentional that there wasn't any.

19   Like, it was almost -- now, this is my opinion.

20   But the way that it felt -- I'm talking about

21   my feelings.  Okay.  Let's keep that in mind.

22   But the way that it felt to me is that it

23   seemed like there was these beds that were

24   offered, and then people didn't take them for

25   whatever reason.  And so it was almost like:

1      Well, if you're not going to take it anyway,
2      I'm not going to offer -- that's how it kind of
3      seemed.
4      Q.    Okay.  And at a few different points
5      today you have mentioned Helix.  Can you just
6      maybe clarify -- you know, you mentioned Helix
7      in passing.  Can you just maybe say what is
8      Helix?
9      A.    Helix is an org that is run by someone
10     who -- I can't remember where they worked
11     previously.  They were like the head of another
12     program.  So when Minnesota State kicked down
13     funding to address homelessness in the city,
14     and my understanding is it was the mayor's
15     office that was able to distribute where that
16     funding went, they picked Helix because Helix
17     pitched -- they pitched a good pitch.  And so
18     they had several buildings along, what is it,
19     Emerson and north side.  Again, I have to look
20     up which street it's along, but it's in north
21     side.  And it's a series of apartment
22     buildings.  And so the idea was, you know,
23     they're going to have all these units
24     available, mental health services and some
25     other -- I don't know, like, some other kind of

1     wraparound type of services.  And -- but then

2     the problem is there was not really any

3     oversight.  And so it was just to, like -- it

4     was like kind of a numbers game, like:  Let's

5     just get these people off the street and just

6     into somewhere.  And then, like, boom.  And

7     then Helix sounded good on paper.  And I admit,

8     like, I was impressed.  I remember when they

9     came, I was, like, very emotional.  I was,

10    like, thanking them.  And -- but the way that

11    it played out unfortunately is that, like I

12    said, you know, there was there was a -- still

13    is a number of problems.  Let's just say I've

14    been advised not to go interview or film over

15    there because it's actually so dangerous for me

16    if I was just there with a camera because so

17    many of those units have been taken over by

18    gangs and stuff.  Some of them sold -- some of

19    the people, like, sold their unit to, like,

20    dealers to use as like a trap spot.  And some

21    of them were just outright taken over.  So

22    there's a pretty big problem.  And I think

23    there's news articles that you can read about

24    that one.  If not, there probably is going to

25    be.  But, you know, I don't know if you're

1     familiar with, like, the Feeding Our Future

2     case.  It was like very -- feels similar to

3     that.  Where it's just like this huge amount of

4     money was given, and then there's just like

5     corruption and incompetency, like, within the

6     program, that it just got kind of neglected.

7     Q.     And do you have an opinion about the

8     City's role with the issues with Helix housing?

9     A.     I have an opinion.  I mean, I guess

10    everybody does, right?  So my opinion is

11    that -- I don't know if -- you know, forgive my

12    language.  I'm going to say it again.  The path

13    to hell is paved with good intentions.  I think

14    that where it came from was a:  All right.

15    This seems like a great solution.  It seems

16    like a big number.  It seems like -- let's just

17    do it.  Let's -- we've got to act quick or, you

18    know -- but where I see the City being

19    responsible is at -- like, a lot of those

20    buildings too it's like covered in graffiti

21    now, broken windows, like -- I mean, it's just

22    totally gnarly.  And there's no real oversight

23    process.  And that part, in my opinion, is on

24    the City.  However, this, like, lack of

25    oversight for these types of programs

1     absolutely goes all the way up to the State.

2     They're both, in my opinion, responsible for

3     these types of things.  Helix and the City

4     specifically, though.

5     Q.    Thank you.  And do you know

6     approximately how many Nenookaasi residents

7     went to stay in Helix housing?

8     A.    I want to say -- off the top of my head,

9     I believe it was 80.  That's another one don't

10    quote me.  But that -- I think the number was

11    80.

12    Q.    And was that all from Nenookaasi One, or

13    was that --

14    A.    Yes. Yep.  Pardon me.  Sorry.  I didn't

15    mean to -- yes.

16    Q.    That's fine.  You knew where I was

17    going.

18          MS. GLENN:  I think those were all

19    the follow-up questions that I had, and I'll

20    just reserve further questions for trial.

21    Thank you so much, Mr. Johnson.

22          THE WITNESS:  Thank you.

23          THE COURT REPORTER:  Sharda, any

24    redirect?

25          MS. ENSLIN:  No, no redirect.

1                THE COURT REPORTER:  Claire, are you
2        ordering a copy of the transcript?
3                MS. GLENN:  Yes, we'd like one as
4        well.
5                (Deposition concluded at 2:25 p.m.)
6                ***************
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                    REPORTER'S CERTIFICATE
2
STATE OF MINNESOTA    )
3                          ) ss.
COUNTY OF HENNEPIN    )
4
5         I hereby certify that I reported the remote
deposition of Aaron Johnson on Wednesday, May 28,
6   2025, in Gold Canyon, Arizona, and that the
witness was by me first duly sworn to tell the
7   whole truth;
8         That the testimony was transcribed by me
and is a true record of the testimony of the
9   witness;
10        That the cost of the original has been
charged to the party who noticed the deposition,
11  and that all parties who ordered copies have been
charged at the same rate for such copies;
12
          That I am not a relative or employee or
13  attorney or counsel of any of the parties, or a
relative or employee of such attorney or counsel;
14
          That I am not financially interested in the
15  action and have no contract with the parties,
attorneys, or persons with an interest in the
16  action that affects or has a substantial tendency
to affect my impartiality;
17
          That the right to read and sign the
18  deposition transcript by the witness was waived.
19
          WITNESS MY HAND AND SEAL THIS 11th day of
20  June, 2025.
21
22  *Dana Anderson*
23
24  Dana S. Anderson-Linnell
Notary Public, Hennepin County, MN
25  My commission expires 1/31/2030

**0**

**00001** 1:4

**1**

**1,200** 60:19
61:1,2
**1/31/2030**
187:25
**100** 20:20
21:24
**10:00** 30:20
**10:31** 62:17
**10:51** 62:17
**11** 23:25 55:1
147:3
**1100** 152:4
153:2 158:14
**118** 42:9
**11th** 187:19
**12:21** 124:22
**12:51** 124:22
**13th** 58:25
74:21 79:10,14
83:1 89:14
97:11 100:12
101:2 102:5
112:2 121:2
125:5 128:23
129:4 163:24
164:8 165:23
**14,000** 83:19
**14th** 128:24
129:5,11 162:6
166:11

**15** 31:19
149:11 158:16
161:6,13
**16th** 151:7
**172** 4:6
**17932** 187:23
**18** 23:20
140:13
**180** 121:1
127:16,20,22
128:13 146:17
146:20
**1805** 112:22
**19th** 41:20 43:1
**1:28** 152:17
**1:29** 152:17
**1:54** 171:20
**1st** 10:3,17
41:21 43:13

**2**

**20** 179:3
**2000** 28:11,14
**2012** 31:1 34:3
35:6
**2014** 32:1
**2016** 32:18
40:23 41:13
**2017** 40:15
**2019** 41:15
**2020** 41:16,18
41:21,24 42:17
43:17,21

**2021** 48:19
49:20
**2022** 19:3 44:1
69:14
**2023** 26:14,22
64:10 74:25
100:2,19 101:3
106:20
**2024** 46:21
78:24 125:7
152:25 163:20
**2025** 1:18 2:2
187:6,20
**21** 19:3,4 43:25
**210** 2:16
**2213** 151:7
**2313** 97:11
100:12 101:2
102:5 112:2
125:5 128:23
163:24 164:8
165:23
**23rd** 58:25
74:21 79:10,14
83:1 89:14
121:2
**24** 1:4 30:6
159:15
**24th** 101:21
163:25
**25** 30:7 42:3
**25th** 101:21
163:20,25
165:24

**2601** 128:24
129:11
**26th** 127:2
**27** 179:12
180:9
**28** 1:18 2:2
187:5
**2839** 166:11
**28th** 152:4
153:3 158:14
165:15
**2939** 162:6
**29th** 152:24
157:21 158:2
158:14
**2:00** 36:13
**2:05** 171:17,18
171:20
**2:25** 186:5

**3**

**3** 96:9
**30** 30:16
149:12
**30s** 43:15
**350** 2:16
**37** 43:13

**4**

**40** 122:2
141:18
**47** 33:8
**4:00** 30:20
**4th** 117:16
125:7 131:23

| 5 | |
| --- | --- |
| **5** 4:5 | |
| **50** 142:10 | |
| **501** 96:9 | |
| **55** 99:25 | |
| **55407** 3:8 | |
| **55415** 2:17 | |
| **57** 141:19 | |
| **5:00** 30:23 | |
| 120:5 | |

| 6 |
| --- |
| **6.5** 33:20 |
| **650** 179:23 |
| 180:3,10,11 |
| **6:00** 30:23 |

| 7 |
| --- |
| **7040** 3:7 |
| **7366617** 1:25 |
| **750** 83:22 |
| **7:00** 119:25 |
| **7th** 164:15 |
| 165:24 |

| 8 |
| --- |
| **80** 118:19 |
| 147:1 181:10 |
| 185:9,11 |
| **80s** 28:1 175:15 |

| 9 |
| --- |
| **9** 41:14 |
| **90** 26:11 119:2 |
| 121:3 180:10 |
| 181:10 |

**90s** 28:2 175:15
**9:00** 1:19 120:1
**9:10** 2:3

| a |
| --- |
| **a.m.** 1:19 2:3 |
| 30:20 36:13 |
| 119:25 120:1 |
| **aaron** 1:17 2:1 |
| 4:3 5:6,19 |
| 57:10 85:22 |
| 132:5 187:5 |
| **abbreviation** |
| 84:5 |
| **abilities** 136:19 |
| **ability** 8:18 |
| **able** 17:22 |
| 18:10 21:3 |
| 23:2,3 30:12 |
| 32:9 43:10 |
| 54:9 66:4 |
| 94:13 99:7 |
| 119:15 120:23 |
| 120:25 122:25 |
| 147:25 148:2 |
| 155:11 170:3 |
| 175:8 182:15 |
| **above** 140:13 |
| 157:24 |
| **absolute** 99:9 |
| **absolutely** |
| 38:25 50:5 |
| 67:25 110:24 |
| 140:25 154:4 |

185:1
**abusive** 42:1
**accepting**
98:20
**access** 17:20
101:16 119:15
120:25 121:12
121:20 145:15
146:9 157:12
178:24 180:14
**accessibility**
178:18,20
180:17
**accessible**
178:23 180:15
**accessory**
112:14
**account** 85:2,3
85:4,16,25
86:10,11
**accounts** 84:20
**accurate** 49:6
51:3 67:7,9
128:5,16 129:2
173:10
**acquired** 143:8
**act** 111:14
114:25 157:9
184:17
**action** 154:20
187:15,16
**activities**
150:17

**activity** 106:24
**actors** 137:11
**actual** 94:25
**actually** 9:24
20:8 21:2,5
23:18,25 27:15
28:21 29:1
39:12 41:16
42:15 47:16
48:16 50:6
51:12 54:20
57:14,20 60:17
76:13 78:3
79:23 89:12
90:6,9 97:21
99:17 101:6
102:20 106:1
112:23 123:14
127:12 142:10
151:15 154:19
156:16 157:12
159:1 178:3
180:13 183:15
**add** 44:10
47:17
**added** 136:8
**addicted**
130:23 136:15
**addiction** 10:22
44:19 45:20
48:9 131:4
137:17,18,19
138:8,25 142:4
142:6,8,10

**addictions** 20:6
139:3
**addition** 16:3
33:20 53:16
**additional**
118:7 119:2
**address** 182:13
**adequate** 121:4
126:21
**adjacent** 39:5
**administration**
10:25 46:5
49:21
**admit** 183:7
**adrian** 77:19
79:5 81:5
**adu** 112:14
**adults** 140:13
**advance** 36:9
126:4
**advice** 49:18
**advised** 183:14
**advocacy** 48:14
49:5,10,18
51:2
**advocate** 49:10
51:20
**advocating**
49:11 52:7
**affect** 142:13
180:16 187:16
**affected** 177:16
**affects** 187:16

**affordable**
60:12,14,17
61:3,8,9,10,14
110:11
**afterward**
105:7
**age** 119:9
122:24 140:13
**agency** 41:14
**agent** 32:8
33:13 36:8
37:8,16 38:19
**ages** 119:21
**ago** 23:20 30:7
71:14,15,15
75:9 81:4,11
82:10 91:3,4
97:5,6
**agree** 56:7
110:14 135:19
**agreed** 89:19
144:5
**agreement** 36:6
144:3,9
**agreements**
145:1
**ahead** 80:12
83:10 86:5
88:23 132:10
132:15 163:18
**aim** 108:19
109:17 110:1
**aims** 109:18

**air** 129:20
157:24 158:13
**aisles** 115:6
**al** 1:6
**alcoholic**
130:23 165:12
**ales** 36:12
**alive** 29:1
153:18 169:2
**alley** 101:16,18
157:3
**allow** 113:21
118:7
**allowed** 39:13
42:3 167:12
168:24 169:2
169:10
**alternative**
27:22 28:9,12
29:12
**altogether**
41:13
**alvin** 77:12,13
77:15
**ambitions** 37:3
**america** 14:17
23:5
**american**
156:10
**amid** 98:25
**amount** 45:6
60:23 126:20
127:24 170:2
184:3

**analogy** 75:16
**anderson** 1:24
2:4 187:24
**andrea** 59:6
105:2
**angeles** 18:4
24:20
**animal** 116:4
**animals** 115:25
154:1
**annoying**
152:11
**annual** 179:13
**answer** 4:8
6:12,22 7:11
16:9 64:23
65:1,25 67:20
73:1 77:17,18
79:17 80:13
92:18 95:2
115:23 152:13
**answers** 6:18
9:9,16 74:9
178:6
**anticipating**
45:15
**anticipation**
19:21
**anybody** 8:4
93:25 103:3
115:23 121:15
129:4 151:17
**anyone's** 114:4
114:17

anyway 182:1
anyways 32:15
   71:20 122:20
apartment 7:20
   31:15,23 37:19
   43:1,7 60:20
   116:16 122:11
   138:7 142:11
   146:15 182:21
apartments
   31:17,22 32:11
   34:5 138:25
   139:8,12
app 86:8
appear 93:12
   171:25
appearances
   2:9,22 3:1
applebee 95:12
   95:12
applicable 3:16
application
   21:20 24:5
   37:20
applied 23:10
   23:12
applies 170:23
applying 23:9
appointments
   37:18
appreciate
   152:15 172:13
approach
   14:25

approached
   55:4
appropriate
   124:19
approve 58:6
approved
   23:19 37:23
approximately
   185:6
arbitrary 112:7
area 102:16
   140:15 153:9
   156:7 166:3
areas 32:12
   61:16
arizona 187:6
arm's 38:16
army 119:1
   123:12
arrange 53:8
   59:13
arrangement
   59:3
arrive 154:9
arson 159:10
art 29:22 61:14
   61:25 62:4
   79:3
article 24:1
   26:12,16,18
   56:14
articles 56:11
   183:23

artist 29:17,22
   29:23
artists 29:21
asked 81:21
   89:16 101:15
   147:23 165:2
   178:5
askenette 82:17
   87:14
asking 12:2
   27:8 58:6
   107:23 108:23
   108:24 114:13
   115:19 119:19
   153:4 158:10
   158:10
aspect 53:24
   124:11
aspects 38:22
assessment
   108:2
asset 36:3
assist 39:19
assistance 40:5
   49:24,24
assistant 5:12
   30:15
assisting 41:6
associate 34:11
assume 150:22
   150:22
assuming 134:7
   154:15

assumption
   66:17 124:4
assuring
   105:21
attachment
   172:3
attempt 78:3
attempting
   76:2
attempts
   118:11
attend 104:22
attention
   177:10
attorney 5:12
   187:13,13
attorney's 2:15
   3:15
attorneys
   187:15
attracts 134:2
audio 21:22
   28:20
august 59:7
   100:2 101:3
authority 40:1
autism 141:24
autistic 180:19
autoimmune
   21:1
automated
   86:14
autonomous
   140:14

| autumn 20:10 | **b** | bankruptcy | bathroom |
|---|---|---|---|

**autumn** 20:10
105:5
**auxiliary** 39:9
**availability**
121:24 178:16
178:17
**available** 25:14
120:14 121:23
181:8 182:24
**avenue** 97:11
100:12 101:2
102:5 112:2
125:5 128:23
128:25 129:5,5
129:11 151:7
152:4 153:3
158:15 162:6
163:24 164:10
165:24 166:12
**average** 60:23
**avoid** 99:5
**avoiding** 61:7
**awaiting** 154:9
**aware** 40:5,7
82:14,16
106:20 107:21
108:7 117:6
118:6 126:3
145:3,7,11
149:21 151:5
162:4,7 166:10

**b**
**back** 21:5,8
29:11 32:1
33:25 37:7
42:25 43:12
51:13 54:17
55:6,16 62:18
71:7 76:13
81:23 82:8
87:8 94:8,10
101:5 112:5
114:20 117:10
124:23 132:2,3
135:1 136:21
159:18 163:14
163:23,25
171:16,17
172:10,22
173:8
**background**
27:9,14,16
28:18 29:9
91:10,13
**backyard**
114:20 168:11
**bad** 42:15
52:12 88:24
90:20 104:12
132:8 137:11
161:24
**bag** 174:4
**band** 73:10

**bankruptcy**
37:4
**barely** 36:25
**barnes** 68:17
68:18,21 71:12
73:23 77:24
82:3
**barrier** 78:17
120:18
**barriers** 119:21
**based** 13:15
14:10 22:21
52:3 60:20
66:20 80:24
133:3,16
135:12 146:11
146:12,22
**basic** 11:16
145:13
**basically** 9:9
20:15 40:22
43:11 48:22
53:16 55:7
64:2 80:16
86:16 108:21
114:23 125:15
125:21 127:11
133:4 136:13
140:8 154:7,9
160:18 179:14
**basing** 12:20
128:1
**basis** 45:4

**bathroom**
43:12
**becoming** 13:7
41:8 42:1,7
**bed** 36:25
41:18 42:3
43:12 121:18
**bedroom** 36:11
60:20 146:14
**beds** 118:13,20
119:2,10 121:3
123:11,18
178:17 181:8
181:10,23
**began** 15:10
16:12 18:7,24
36:22
**begging** 125:16
**beginning**
15:14 16:9
19:3 20:25
44:24 59:1
71:19
**behalf** 2:11 3:3
49:11 108:22
108:24 176:23
**behaviors**
134:3
**believe** 9:22
10:2 11:3,24
19:2,3 23:14
23:15 26:21
31:19 39:13
43:24 57:12

58:18,23 60:4
69:15 71:9,9
81:9 82:2 96:9
96:11 100:16
106:6 116:18
117:10 126:21
127:10 135:24
139:18 143:10
143:18 144:2
145:13 146:18
146:25 162:1
163:13 178:8
185:9
**bell** 117:16
**belongings**
13:24 14:5
93:9 102:4
119:24 120:3
126:14 159:20
**benefit** 134:4
**benefits** 21:8
**beret** 156:2
**best** 59:12,12
87:10 107:14
115:1 116:1
120:4 136:18
166:21
**better** 15:12
17:2 56:17
68:22 77:17,25
89:12
**beyond** 89:1
**biased** 56:14

**biden** 49:20
**big** 56:22 64:9
74:20 114:16
123:13 129:21
131:17 148:20
149:3 183:22
184:16
**bigger** 89:14
95:4,4 131:12
131:14 132:21
150:14
**bit** 10:11 15:1
18:7 27:16
28:17 29:4
33:25 43:5
50:23 55:23
60:8 61:12
62:23 65:13,13
68:22 73:12
75:12 76:16
77:25 78:16
89:11,20 91:6
94:1 104:14
125:3,11,13
165:13
**black** 155:3,5
**blah** 85:17,17
85:17
**blanket** 99:22
118:16
**blends** 19:5
26:15
**block** 101:22
101:22 161:12

**blocks** 125:21
**bluesky** 85:24
86:9
**blur** 82:23
**board** 148:20
149:3,16 178:7
178:11
**boards** 148:22
**boo** 51:23
**boom** 179:9,9,9
183:6
**booster** 165:5
**booths** 78:15
**bought** 21:9
43:3
**box** 3:7 172:7
**boy** 131:25
177:2
**boyfriend**
90:17
**bracket** 169:1
**branch** 37:13
**branded** 88:14
**break** 7:7,12
62:13,19
109:15 111:12
112:11 124:13
124:15,24
171:13
**breakdown**
124:5
**breaking** 7:8
112:20 115:3
128:9

**breakout** 59:23
**breaks** 7:5
**breathing**
162:23
**bridge** 136:5
**brief** 9:1
172:21
**briefly** 5:24
43:23 55:12
**bring** 99:5
118:15 146:16
**bringing** 138:1
151:13 178:7
**brings** 144:18
**broad** 35:2
123:16,20
**broader** 14:19
**broke** 69:8
154:10
**broken** 112:22
115:5 144:9
184:21
**broker** 34:12
34:14
**brokerage**
31:18
**brought** 45:15
46:3
**bucks** 61:9
**build** 17:11
**building** 36:8
100:17 138:11
161:13

**buildings** 182:18,22 184:20

**bulldozed** 159:15

**bulldozer** 69:25

**bulldozers** 175:10

**bunch** 71:4 114:7 155:4 156:12 166:15

**bureau** 11:3

**burned** 150:9 152:5,7 154:12 155:24,25 156:18,21 157:4,4 163:6 167:2

**burning** 157:21

**bus** 71:20,23 82:4 141:9

**butcher** 77:12 77:13,15

**buyer** 36:15

**c**

**c** 96:9

**california** 32:15,24 33:2 33:10,13 40:10 41:12 42:8

**call** 9:13 15:7 54:15 55:6

57:15 58:10 97:13 112:14 129:9 130:12 130:14 141:10 141:11 155:2 179:22

**called** 5:7 11:4 15:4 20:1 34:15 40:24 49:14 53:7 54:17 131:9 160:21 179:16 179:17

**calling** 51:1 118:11 129:23 130:10

**calls** 51:23

**cam** 157:13

**camera** 14:24 17:10,22 18:11 20:21 21:9,14 68:25 69:2 99:6,7 155:16 183:16

**cameras** 163:3

**camp** 13:21 15:24,25 58:25 64:1,9 69:7,11 70:5 72:20 73:22,25 74:20 74:21,22 77:6 79:10 83:1 88:8,11 89:14 93:11,22,24

96:2 97:8 101:12 105:11 105:24 117:24 121:1 127:2,21 131:13,14 133:17 137:9 141:3 143:8 154:11 155:8 155:15,25 156:18 157:3,5 164:1,23,25 165:8,8 166:7 176:16 177:17

**campaign** 24:17

**camps** 72:21 79:12 92:22 101:6 136:24 137:21 156:19 156:21 165:18 166:1

**cams** 163:5

**canceled** 44:17 46:4 47:4

**cancer** 32:1

**candidate** 48:21

**cane** 155:10,13

**canisters** 156:16,23 157:2 167:3

**canyon** 187:6

**capacity** 1:10 38:12 48:3

51:19 107:4 109:2 123:18 160:5 172:25 173:17 178:25

**car** 72:14,15 101:5 155:8,12 155:13 156:8

**care** 80:6 137:19 170:17 174:3

**career** 28:22 30:10

**careless** 114:24

**caring** 130:1 162:17

**carry** 80:19 99:7

**carrying** 17:9 102:20

**cars** 125:20

**case** 1:4 12:1,5 12:9,13,24 13:19 15:19 44:9 62:25 68:9 70:13 88:5 143:18 172:25 173:2 173:17 174:5 184:2

**cases** 105:9 121:7 134:14 134:24 138:6

**casinos** 156:11 156:12

cat 71:3 152:12
categorize
  153:24
caught 154:25
caused 20:25
  50:17,21
  149:16
cdt 1:19
cedar 101:23
ceiling 122:1
cell 18:9,25
  20:22
center 15:10
  16:11,16 17:18
  69:7 81:12
  89:24,25 90:9
  91:1 96:6,7
  100:17 106:14
  111:11 180:2
centered
  111:20
centers 139:21
certain 35:11
  35:13 49:12
  72:11 73:5
  91:21 167:16
  168:25 169:1,5
  172:3
certainly
  142:18
certificate
  187:1
certify 187:5

cessation
  136:16
challenge
  132:21
challenges
  173:22
chance 82:17
  82:18,18,22
  83:5 87:8,14
  87:15 88:7
  89:3
change 85:17
  89:13 90:24
  131:17
changed 86:25
  109:21
changes 173:9
changing 73:4
channel 84:6,8
  84:9,16
chaos 17:10
  98:25 125:22
  127:14 130:5
  149:22 175:14
  175:19
chaotic 28:18
  28:25 78:22
characterize
  114:22
characters 69:5
  69:9
charged 187:10
  187:11

charging 71:2
chase 140:8,8
chavez 51:12
  144:2
check 9:2 59:2
  122:19,19
  159:7
chemicals
  162:24
cheryl 1:6 63:7
  63:10 65:21
  66:13,21 67:3
  67:12 68:12
  74:9 81:24
chief 153:19
  154:9
children
  176:10
chilly 158:5
chips 174:4
choose 174:2
chose 22:23
church 101:20
  148:15 150:15
  150:18,20,23
cigarette
  130:24
circle 81:23
  136:21
circles 67:24
  181:16
circuit 24:24
circulate 172:6
  172:9

circumstances
  69:16 80:2,25
cities 23:4
citing 106:23
city 2:15 3:15
  5:12,13 13:3,4
  13:8,23 14:23
  15:13 16:1,21
  18:3 24:19
  28:1 30:19
  31:2,10,16
  32:9 34:21
  50:8,14 51:6,9
  51:16 52:6,9
  54:10 55:11
  56:7,17,20,23
  57:1,2,19
  60:13,15 62:6
  65:18 84:5
  90:10 93:6,13
  100:21 103:9
  103:13,23
  104:23 106:21
  107:3 112:1
  113:1 117:23
  118:9 123:24
  123:24 124:2,6
  125:16 127:6
  131:14,18
  132:1 139:16
  143:14,19
  144:6,9,17,21
  145:21 146:21
  147:3 148:6,10

148:13,17,25
150:16 153:23
157:18 159:22
161:6,12,16,17
162:17 163:1
167:4,9,12
168:18 169:8
169:14 170:9
170:11,12,15
171:2,8 175:9
177:5,12 178:9
180:2,3,11
182:13 184:18
184:24 185:3
**city's** 103:4,6
103:25 184:8
**citywide**
143:12
**civil** 3:16
**claims** 11:12
**claire** 3:4,9
171:23 186:1
**clarification**
44:25
**clarified** 7:2
133:15
**clarify** 22:1
56:25 66:18
79:16 83:11
96:17 107:8
159:24 172:21
173:20,25
174:19 175:24
182:6

**clarifying** 53:3
174:16 175:23
176:25 181:4
**clarity** 94:1
**class** 28:11
40:15 53:14
**classes** 35:12
35:15,19
**clean** 144:4
**cleaning** 78:3
143:25
**cleanliness**
144:7
**clear** 24:9 68:6
90:21
**clearly** 158:17
**clicked** 71:4
**clients** 33:15
**climate** 3:6
**climatedefen...**
3:9,10
**climb** 137:15
**clipping** 136:12
136:22
**close** 68:3
108:9 150:7
**closed** 8:1
100:2 106:23
110:23 111:1
125:7 149:20
150:13 151:6
163:10,15,20
164:14

**closer** 123:4
**closing** 109:4
**closure** 72:1
93:23 94:4,21
100:6 108:9
117:8 125:8
126:4 127:20
127:23,25
130:6,18
131:23 147:8
163:23,25
179:2
**closures** 94:15
117:21 118:1,6
130:10,11,12
130:18
**code** 161:7,16
161:17 162:2
**codes** 161:8
162:3
**coffee** 62:13
**cold** 116:3
**collect** 38:14
**collected**
160:18
**collecting**
37:20 38:3
**college** 27:11
28:5 31:4
**colloquially**
153:13
**colonialism**
20:13 98:6,14

**color** 21:21
**colorado** 82:7
82:12
**come** 27:11
48:16 58:2
60:8,25 79:12
112:5 117:15
118:8 133:9
135:1,9 140:5
140:7 153:8,15
171:16,17
181:10
**comes** 8:5
27:25 31:18
33:4 44:7
57:19 58:14
112:12 126:1
150:18 169:19
176:4
**comfort** 62:12
99:11
**comfortable**
18:19 55:18
88:18 91:15
108:21 109:22
**coming** 15:12
19:23 58:24
91:25 93:10
99:19 115:7
131:14 150:16
174:21
**commencing**
2:2

**commercial**
25:17
**commission**
187:25
**commit** 24:4
**common** 78:18
162:14 176:2
**communicate**
57:19
**communication**
75:11 105:22
**communicati...**
55:21 75:8
**communities**
17:16 18:13
108:17 146:2
153:10
**community**
13:21 16:17
20:4 25:8 41:8
59:22 81:15
96:4 98:1,16
98:22 100:14
100:17,20
104:12 105:12
106:2,5,9
109:14 111:11
111:11 122:6
125:14 131:9
133:3,16,21
134:25 135:12
135:12 140:22
141:10 146:10
175:4 176:3,15

177:7
**companies**
40:18,20
**company** 26:3
34:7,15 37:10
37:14,21 39:18
40:3,4 76:18
81:18 165:5
**comparable**
115:9,10
176:19
**comparison**
114:1
**compensated**
48:13
**compensation**
44:9 116:19,21
**compete** 86:9
**complaint**
11:10
**complete**
122:18 173:15
**completely**
34:24 68:6
156:9
**complicated**
109:20
**complication**
159:5
**comprehension**
11:17
**computer** 43:5
71:5

**concentration**
15:24,25
**concept** 176:2
176:17
**concern** 170:19
**concerns** 52:23
106:23,24
140:22 142:18
**concluded** 6:8
186:5
**concrete** 68:15
70:7 79:11
83:2 89:6
122:4 159:22
163:17 166:15
166:19
**condition** 38:2
38:7
**conditions** 14:1
90:15,16 119:6
119:13,16
120:16,21
121:20 144:7
**condo** 31:15
**conducted**
100:5 158:24
160:13
**conference**
54:19
**conferences**
125:15
**confidential**
91:16,22

**confidentiality**
24:22
**confirmed**
148:11,12
173:8
**conflict** 54:1
168:16
**confusing**
26:10
**confusion**
129:19 131:24
148:15 149:17
149:22 178:1
**congratulating**
81:19
**connect** 118:12
123:20
**connected** 49:2
**consider** 26:24
44:3 54:4
116:10
**consideration**
122:14
**considered**
26:2 60:19
115:20
**consistent** 44:5
105:25 126:22
139:4
**consistently**
118:12
**constantly**
138:16 146:3,5

**consultant**
10:20,21,23
44:12 45:2,18
45:23,25 46:10
47:1 48:7,24
49:2,4 131:5
142:5
**consultants**
46:8
**consultation**
9:6,11
**consulting** 9:12
44:18 45:11,13
45:16 47:11
48:11
**contact** 63:25
75:5 106:16
**container**
161:10
**contexts** 178:15
**continually**
59:14
**continue** 71:16
**continued** 2:22
3:1
**continuing**
17:4,5
**contract** 41:5
45:12,14,15
46:6,14,18,23
47:7,9 187:15
**contracted**
103:12 143:10
143:19 148:6

148:12
**contractor**
34:10 44:5
45:4,19 48:5,8
144:22
**contractors**
145:4
**contracts** 45:10
**contrary** 109:3
**contributes**
124:2
**contributing**
62:5 169:24
**contributor**
26:2
**controlled**
161:9
**controversy**
118:5 130:6
**convenience**
139:1
**conversation**
53:22 56:16
87:18 93:3
139:19 160:16
173:6
**conversations**
13:11 54:5
59:10,17,18,20
65:7,11,15
66:2,10,13,15
66:20 67:6,22
68:5 72:18
73:18,22 75:23

88:7,10,14
91:11 92:24
93:14,16 94:2
94:23 132:25
159:2,8 177:14
**converted**
112:15
**conveyed**
148:24
**cool** 79:1
**coon** 41:20
42:20
**cooperation**
58:13
**coordinate**
104:9
**coordinating**
38:16
**coordinator**
23:22
**copies** 187:11
187:11
**copy** 11:24
171:25 186:2
**cordial** 52:19
**corner** 101:11
102:11 166:3
**corporation**
25:24 157:18
**correct** 8:12
12:6 14:12
19:13 22:3,9
27:1 28:10
34:5 40:11

43:18 44:23
45:2 47:2,3
48:12 57:6
61:16,25 67:2
74:25 82:5
95:23 97:1,2
101:24 103:7
106:6,9,14
107:6 111:24
113:5 120:14
126:4 146:21
153:6 160:7
167:5 171:5,25
**correction**
21:22
**correctly** 16:12
143:11
**corruption**
23:24 184:5
**cost** 187:10
**costs** 61:15
**council** 10:1
11:4 13:4 50:8
51:6,10,17
52:6 54:10
57:1,3 59:5
60:21 105:2
148:10
**counsel** 5:1
187:13,13
**count** 128:19
180:4
**counting**
128:17

country 25:9
counts 128:8
county 103:10
  104:13,23
  123:19 179:7
  179:24 180:1
  187:3,24
county's 104:4
  124:3
couple 13:6
  63:4 71:15
  72:5 78:4,10
  78:10 82:7
  86:13 99:16
  156:22 158:22
  178:20
couples 119:22
  164:24
course 15:16
  16:23 109:1
  174:22
court 1:1 5:1
  5:21 62:10
  94:9 96:22
  97:1 124:17
  132:5,9,14
  185:23 186:1
covered 20:16
  143:21 184:20
covering 13:1
  14:21
covid 20:25
  42:12 47:14,21
  48:17 49:21

50:17
cranny 179:19
crazy 41:16
  42:23
create 168:16
creates 175:8
creating 169:23
creepy 156:4
cried 131:25
  177:2
crime 16:20
  134:19 140:16
crimes 17:8
  142:15
criminal
  106:24 174:13
cross 34:20
crossed 44:20
crusted 144:14
culture 27:10
  28:6 153:15,21
curb 164:19
  166:3
curfews 137:13
current 10:25
  21:24 44:14
  46:5 47:4 53:2
  57:13 67:19
  116:8
currently 24:3
  36:22 44:15,18
  45:18,20 47:1
  48:8 79:19
  81:25 82:15

100:18 115:18
131:2 145:24
cutting 78:7
  151:17,18
cv 1:4 9:23
cycle 89:15
  169:24

**d**

dad 28:19 32:1
  32:16 42:22
dad's 42:25
dah 135:10,10
  135:10,10,10
daily 147:4
  168:13
dakota 112:24
  115:22
dalia 3:12
dana 1:24 2:4
  94:7 124:16
  132:6 187:24
dancing 61:11
danger 134:12
dangerous
  134:20 169:21
  183:15
data 50:19
database
  123:21
date 71:8
  163:11
dates 64:7

dawn 153:22
day 7:6 32:22
  42:3 52:12,12
  67:16 70:15
  75:2 98:19
  102:12 114:5,5
  123:19 125:10
  125:12,17
  127:19,23
  151:7,16 157:1
  158:2,4 168:4
  168:23 187:19
days 89:25 90:8
  128:11 132:23
  152:2 154:13
  181:8
dead 29:24
  85:2
deadly 169:21
  169:22
deal 38:19
  148:15
dealers 95:7
  130:4 133:5,8
  135:7 138:19
  140:1,4,12
  183:20
dealing 138:12
  139:14
deals 41:17
  138:16
deanthony
  68:17,18,21
  71:12 73:23

77:24 82:3
**death** 161:1
**debilitating**
169:23
**debut** 25:5
**debuts** 24:19
**december**
41:14 131:20
**decent** 57:15
**decide** 113:23
**decided** 30:25
101:9 170:10
**decision** 31:3
**decisions**
140:14
**declarations**
11:18,22
**declared** 49:21
**dedicated**
111:4
**deed** 100:16
167:7
**deepa** 45:21
**deeper** 15:18
**deeply** 60:12,14
60:17 61:2,8,8
61:10,13
110:11
**defecate** 145:19
**defecating**
145:9
**defendant** 1:11
2:11 5:14
12:11

**defense** 3:6
**define** 118:22
118:23
**defined** 95:25
**defining** 61:8
**definitely** 68:3
68:25 69:23
70:3 79:12
93:15 97:25
101:7
**defunct** 34:16
**degree** 31:4
75:25 116:4
**degrees** 122:2
**delete** 86:3,17
86:23
**deleted** 87:4
**deleting** 86:24
**delivering**
148:16
**delivers** 149:1
**dense** 31:12,12
**department**
10:21 44:17
45:21,24
158:24
**department's**
159:25
**departments**
57:22
**depend** 122:6
**depends** 19:17
**deposit** 38:14

**deposition** 1:17
2:1 6:3 7:19
8:4,6,22 9:3,18
91:22 93:20
97:14 186:5
187:5,10,18
**depot** 71:21,23
**depth** 11:20
66:5 94:22
**descendant**
98:11,14
**describe** 15:2
49:9
**described**
25:19 49:5
139:11
**describing**
177:1
**deserve** 147:5
**designated**
113:17
**desperate**
175:12
**destroyed**
159:17
**destroying**
13:24 93:8
**destruction**
98:10
**detail** 14:20
73:25
**details** 42:5
66:14 91:15

**determine** 14:3
147:25 148:2
**deterrent** 136:9
**detour** 83:13
**detox** 76:2 78:2
**detoxing** 76:22
**development**
100:21
**diagnosed**
141:20
**diagnoses**
141:22
**dial** 73:12
**diarrhea**
143:22
**die** 116:2
145:16
**died** 50:6 90:18
142:11
**difference** 62:7
167:10,21
**differences**
52:18
**different** 7:16
23:4 27:14,21
31:11 34:13,18
34:24 40:17,19
45:14 49:9
52:6,13 72:24
99:2 100:14
103:10 108:8
109:18 110:20
111:5 114:9
115:3 120:15

120:16 125:3
127:17 128:10
131:7 136:16
138:11,14
139:6 156:17
168:5,10,17
178:15,21
180:21 182:4
**differently**
110:21
**difficult** 12:3
64:22
**digging** 10:5
**dime** 23:21
**diminish** 135:2
**dimmed** 129:21
**direct** 98:12,14
104:5 123:24
**directed** 171:23
**directing** 84:11
**direction** 73:5
**directly** 10:22
13:20 20:2
23:11 31:16
38:10,21 44:17
44:21 48:15
55:1 57:22
62:5 93:2
96:12 108:19
137:22 144:8
145:11 157:3
180:23
**directors**
106:18 107:11

**dirt** 157:24
**disabilities**
21:8 47:15,22
131:1 141:11
141:18 174:23
**disability**
141:20 180:16
181:3
**disabled** 20:23
20:24 24:6
36:24 49:19
50:1 52:8
98:21 102:7
120:20,21
123:1 128:10
141:10,16
169:25,25
173:22 175:20
178:22 180:25
**disabling**
169:22
**disagree**
100:23,24
164:16
**disagreements**
107:22 109:15
109:16
**disappearing**
23:23
**disclose** 36:13
36:16
**disclosure**
53:11 173:1,14

**disclosures**
173:11
**discussed** 93:25
105:16
**discussing**
25:20
**discussions**
117:19 161:3
**disease** 21:1
46:3 141:12,13
143:3
**diseases** 130:21
141:14
**disingenuine**
61:1
**disrespectful**
103:18
**disrupted**
130:7
**disrupting**
114:4
**distract** 33:11
**distribute**
182:15
**distributed**
25:11
**distribution**
25:2,12,17
139:21
**district** 1:1,2
**divided** 122:17
**dj** 85:13
**djaddmpls**
84:4,5

**djaddmplssss**
85:18
**djing** 28:22
30:18,18
**doctor** 76:5
**document**
17:23 38:7
156:1 173:1,7
173:15
**documentarian**
86:22
**documentary**
14:16,18 19:16
22:12 25:19
53:14,19,23
54:3,5 56:3,5
69:3 77:3
**documentation**
172:3
**documented**
52:4 54:16
98:5 118:11
125:12 157:17
159:8 160:16
**documenting**
14:13,14 15:14
18:8,24 48:25
78:23
**documents**
12:18 39:6
172:8
**doing** 7:14 19:1
30:14 34:1,2
37:25 38:5

59:12 86:20
88:20 116:1,13
121:16 128:8
128:21 138:24
139:18 154:1
154:23 170:16
175:7
**dollar** 99:7
174:10
**donations**
156:8
**dot** 100:9
**double** 9:2
159:7
**doubts** 133:18
**downtown**
123:13
**dozens** 125:18
127:13
**draw** 133:24
135:16
**dreams** 56:4
**dress** 142:3,17
**dressed** 154:17
156:2
**dried** 144:14
**dripping** 122:2
**driving** 32:19
43:23 71:22
**drone** 23:13
**drop** 81:13
89:25 96:6
101:10,15
131:21 156:8

172:7
**dropbox** 8:25
**dropped**
102:11,12
123:13 131:19
132:1,2 143:20
143:22,23
144:11,13
**dropping** 71:20
82:3 131:15,18
178:10
**drops** 90:11
**drug** 130:4
138:16 139:13
139:20 140:1,4
140:11
**drugs** 8:17
16:20 24:8
138:1,20
139:23 140:2
140:19 174:14
**due** 10:25
**duluth** 153:9
**duly** 5:7 187:6
**dumped** 163:17
166:16
**dumping**
159:22
**duties** 40:8
**dwelling** 14:4
112:14 114:18
**dying** 98:23

**e**

**e** 37:12
**earlier** 37:11
44:13 53:10
56:12 98:5
110:11 111:19
121:8 165:2
172:23 173:20
**early** 26:14
50:9 120:1
131:20
**earn** 70:17,19
70:19
**earth** 101:20
**easily** 64:5
**east** 152:4
153:3 158:15
**easy** 57:10
122:9,13
175:21
**eating** 174:4
**economic**
100:21
**ect** 1:4
**ecw** 1:4
**edited** 10:7
24:10
**editing** 21:21
22:14 23:9
24:14
**editor** 23:6
**educated** 80:22

**education** 27:9
**effect** 177:15
**effective**
136:19
**effectively**
21:10
**effects** 16:1
142:9 162:23
174:6
**effort** 78:14
**efforts** 130:8
139:4
**ego** 22:16
**eight** 97:5
**either** 19:22
24:11 72:12
101:10 124:10
**elaborate** 24:20
75:11 112:4,6
**elected** 51:2
**elections** 78:24
**elements**
136:14,18
**elevator** 15:6
55:10
**elevators**
120:22
**else's** 91:16
**email** 2:18 3:9
58:11
**emailed** 72:5
82:7,9
**emergency**
49:21 94:20

**emerson**
182:19
**emily** 51:11
**emotional** 20:7
90:2 183:9
**emotionally**
121:9
**emotions**
132:18
**emphatically**
60:6
**employed**
42:17 44:11
45:1 49:16
**employee** 26:3
39:9 40:3
187:12,13
**employment**
43:22 44:2,3
45:9
**empty** 156:9,15
157:2 169:11
170:14
**encampment**
13:1 14:22
15:20 18:8
19:6,9 26:13
57:23 65:23
66:21 67:3
69:19,21 71:10
71:23,25 76:24
80:7 89:5
95:23 99:13
100:2,6 101:2

104:25 106:23
108:10 109:5
113:21,23
114:16 125:7
128:12,24
130:9 133:9,12
134:4 135:6,16
135:17,20
136:3 137:5,6
140:5,7,24
142:19 145:8
149:9,20 150:6
150:8,13 153:3
154:14 164:14
165:23 166:10
166:11 176:14
179:2,9
**encampments**
14:16 15:8
16:11 20:3,14
25:22 49:1
63:14 65:8
66:3,16 67:12
68:14 69:10,18
72:9 78:24
80:16 81:2
92:16 99:2,4
107:5 133:10
133:24 134:13
134:22 135:1
135:25 138:21
141:4 146:8
150:3 164:21
167:11,18

171:8
**enclosed**
157:25 158:8
**ended** 21:5
40:22,22 42:7
50:7
**enforce** 169:6
**engaged** 8:3
**engagement**
83:20
**engaging** 73:1
**enrique** 58:18
59:9,17 61:19
103:15 105:11
105:21
**enslin** 2:12 4:5
5:4,10,12
62:14,18,20
94:7 95:10
124:12,20,23
124:25 133:7
152:20 171:12
171:21 172:2,5
172:12 181:6
185:25
**entire** 13:5
15:17 23:3
30:8 125:21
143:14 154:5
155:25 158:19
159:14 171:2
174:12
**entity** 100:5
107:25 123:22

144:18
**entrance**
101:18
**entrenched**
50:25
**entry** 120:18
**envelopes** 41:1
**environment**
16:23 28:6
70:10 94:24
97:22 174:18
174:22 175:9
**environmental**
153:14
**environments**
50:4 175:1
**equipment**
21:18
**erik** 58:21
103:21 105:10
105:21
**error** 85:16
**escaping** 41:25
**especially**
47:14 58:17
76:6,23 86:21
92:21 95:3
101:18 102:6
134:21 141:7
141:17,21
150:25 154:7
175:3 179:1
**esquire** 2:12,13
2:14 3:4,5

essence 16:8
151:3
essentially 15:7
20:12 36:19
39:15 45:6
56:19 94:18
107:18 139:21
153:13 172:7
establish 55:14
established
17:19,24 63:23
estate 31:1,9,25
32:23 33:4,12
34:3,4,9,12,18
35:3,5,7,10
36:3,20 40:10
40:17 41:11
53:10,11,17
111:6,16,20
174:11
estimate
128:14 146:23
146:25 149:14
158:16
estimated
127:24
et 1:6
ethics 36:18
53:11
evangelical
178:6,10
evangelicals
147:15

events 8:19
20:9 94:25
eventually 21:7
54:17 125:17
131:22 155:11
157:8 166:17
everybody 33:2
60:23 121:5
127:3,15,15
171:2 172:7
184:10
everyday 174:6
evicted 92:22
93:4 165:14,16
165:18 166:15
evicting 93:7
eviction 23:19
26:13 37:5
38:23 39:12
70:6 79:13
94:21 177:6,8
evictions 13:2
14:22 18:8,25
38:19 39:8
57:23 76:15
93:1 130:10
177:2 178:2
181:5,6
evidence
159:16 161:20
exact 46:16
74:8 101:17
125:19 156:22
157:4 180:4,5

exactly 26:17
74:3 90:17
173:5
exam 35:13
examination
4:4 5:9 172:18
examine 98:17
examined 5:8
example 15:23
34:21 47:13
109:25 110:1
112:10 134:5
139:7
examples 21:21
26:7
exchanging
75:23
exclusive 26:12
exclusively
36:7
excuse 33:10
42:13 49:7
54:14 70:22
74:20 84:24
92:11 100:9
138:5 152:11
160:20
exhausting
84:25 85:11
exhibits 4:12
4:14
exist 35:4 123:5
167:12

expect 9:3
expecting
145:18
experience
13:10 14:11
31:24 32:5,9
33:24 48:25
49:18 52:2
53:10 58:12
66:21 67:4,16
67:17 68:13
89:4 92:11,15
97:18 130:22
131:4 134:10
143:2 175:6
experienced
13:16 28:16
experiences
15:15 64:21,24
65:22 67:21
77:6,10 88:8
92:25 93:11,22
94:3 97:20,24
experiencing
47:21 94:19
179:25
expert 12:5,20
12:24 13:15,19
29:5,10 44:9
52:3 96:15
107:5 108:25
109:2 160:5
161:8,17 162:3
172:25 173:1

173:10,16
178:1

**expires** 187:25
**explain** 21:12
113:11 177:3
178:19
**explicitly** 133:5
**explores** 15:22
16:2,4
**exposed** 16:24
50:5
**express** 52:23
109:11
**extend** 57:20
**extensively**
13:1
**extent** 38:12
45:8 75:7,11
75:20 173:13
**exterminate**
141:14
**extra** 39:10
135:13
**extreme** 14:6
**extremely** 42:1
138:24
**extremist**
149:25
**eye** 39:24
136:17
**eyeballing**
128:15
**eyes** 39:10

**f**

**face** 95:16
**facebook** 85:19
85:20
**facilities** 179:1
**facing** 23:18
37:5 173:21
**fact** 90:23
110:13 115:13
117:25 123:15
123:17 141:18
152:7 159:14
179:10
**fair** 66:12,15
66:17 75:22
107:7 108:2
**fairly** 50:9
**fall** 19:22,23
105:5
**false** 166:9
**familiar** 74:4
110:2,5 142:20
142:23 184:1
**family** 30:18
31:6 71:21
82:4,6
**far** 48:4 79:18
92:7 123:9
153:9
**farm** 28:3
**fast** 132:10
149:7

**favorite** 73:9
**feature** 14:15
15:2 16:4 25:5
26:9,11
**february** 41:20
43:1 152:24
157:21 158:2,4
158:14
**feces** 143:21
**federal** 50:11
**fee** 31:18
**feeding** 184:1
**feel** 11:16 18:19
46:19,20 48:1
52:10,22 55:14
58:20 59:11
62:8 76:19
84:3 87:20
88:17 91:14
97:23 98:24
99:4,9 101:7,9
101:13 102:1
104:12,13
108:21 109:22
110:13 112:24
115:8,10
121:16 122:13
122:16 134:9
134:12 145:23
155:20 170:23
171:7,7 174:3
**feeling** 50:18
55:17 73:3
88:4 131:13

162:14 175:11
**feelings** 181:21
**feels** 86:24
134:8 184:2
**feet** 70:2 174:5
**felt** 54:19 56:24
69:6 98:3,23
99:11 107:17
110:1,8,21
111:14 125:23
129:24,25
130:2 131:12
173:24 181:20
181:22
**fem** 134:7
**female** 128:10
**fence** 136:12,22
136:23,25
137:2,4 151:17
151:20,21
167:1
**fenced** 102:23
166:25 167:5
**fest** 24:24
**festival** 25:7
**fiending** 137:14
**fifth** 2:16 163:9
**fight** 94:17
**fighting** 30:7
50:1 146:4
151:1
**file** 8:24
**filed** 3:14
154:19

**fill**  62:13 170:2
  179:2
**filled**  167:5
**film**  14:16 15:2
  15:17 16:8
  19:14,25 20:17
  20:19 21:10
  22:12,25 23:3
  24:10,18,24
  25:7,8,10,10,18
  43:20 55:13
  56:2,8 57:5,25
  58:15 69:9
  83:21 84:10
  147:13,20
  156:13 183:14
**filmed**  19:19
  58:23 147:24
**filming**  14:15
  15:9 17:13
  19:20,22 20:22
  22:9,11
**filmmaking**
  53:14,19
**films**  25:4
**final**  170:21
**finally**  40:15
**financial**
  124:10
**financially**
  124:3 187:14
**find**  31:21,22
  85:11 108:18
  140:19 159:19

  166:23 179:20
**finding**  31:17
  33:14 34:5
**fine**  5:5 68:7
  103:19 146:15
  152:14 162:22
  185:16
**fingers**  44:20
  98:8
**finished**  30:4
**finite**  119:21
**fire**  153:2,16,18
  153:20 154:9
  154:10 157:11
  157:14,23
  158:7,18,20,24
  158:25 159:5
  159:10,11,25
  161:7,8,9,16,17
  161:19 162:2,3
  162:16,24
  166:14
**fires**  153:22
  154:5 157:20
  158:12,13,13
  161:6,13
**firm**  68:15
**first**  5:7 19:1
  20:15 21:14
  23:7 30:25
  31:20 33:9
  47:6,9,10
  48:21 69:12
  74:19 79:4

  80:4 82:21
  101:2 122:16
  125:4 126:1
  129:22 131:11
  132:23,24
  143:24 152:13
  155:3 170:25
  187:6
**fit**  78:8,11 79:2
**five**  25:15 61:9
  149:13,15
  155:3
**fixer**  33:21
**flight**  94:17
**float**  120:2
**floor**  78:7
  180:25 181:1
**flu**  143:3
**focus**  41:6 60:2
  60:4 105:7
**focused**  35:21
  83:21 176:6
**focuses**  161:2
**folks**  17:25
  73:18 99:18
  104:24 128:23
  133:24 137:5
  139:23
**follow**  185:19
**followed**  156:4
**followers**  83:19
  83:22
**following**  12:1
  20:11 71:25

  83:17 163:23
  163:24 181:16
**follows**  5:8
**food**  169:9
**foot**  59:12
**footage**  31:14
  154:15 158:17
**force**  80:15
  108:20
**forced**  31:25
  50:3 60:10,18
  171:10
**forget**  46:2
  58:21 87:24
  179:15
**forgetting**
  57:11
**forgive**  84:13
  96:20 184:11
**forgotten**  99:24
  101:1
**form**  36:6
  127:7 148:19
**formal**  26:3
  46:23
**former**  91:9
  165:12
**forming**  16:12
**forms**  148:16
  148:18
**fort**  15:23 26:5
**forth**  117:10
**forum**  84:17

**forward** 59:12
**found** 84:25
  155:16,21
  156:15,17,23
  167:3
**foundation**
  23:13
**four** 30:19 60:2
  70:2 75:9 91:4
  95:25 96:12
  105:6 152:3
  156:19 162:5
  164:20
**fourth** 60:24
**fragile** 107:19
  109:24
**frame** 108:3
**framing** 93:25
**frankenstein**
  43:11
**fraud** 24:2
  117:3
**freaked** 54:21
**free** 112:25
**freedom** 56:13
  157:8
**freelance** 26:4
  26:25 44:3
**freezing** 116:3
**frequently**
  60:13
**fresh** 144:15
**frey** 1:9 53:1,4
  54:13,14

**friday** 42:4
**friend** 43:3
**friends** 74:14
  122:5 142:10
**front** 15:10
  16:10,16 17:18
  69:7 96:21
  138:17 142:12
  151:23 154:11
  154:22
**full** 6:2,11
  26:16 32:19
  47:23 139:13
  139:18,20
  170:1,4
**function**
  137:21 145:14
**fundamental**
  52:18
**funded** 20:19
  21:11 22:2
  24:13
**funding** 10:24
  21:10 47:4
  90:10 127:7
  182:13,16
**fundraiser**
  21:16 22:5
**funds** 18:10
  20:21 21:15
  124:6
**funny** 74:7
  84:3

**furnaces**
  161:12
**further** 171:22
  185:20
**future** 31:5
  184:1

**g**

**gain** 17:6
**gained** 17:15
  18:23
**game** 65:17
  183:4
**gang** 138:9,9
  138:12
**gangs** 134:18
  139:14,16
  183:18
**garage** 112:13
  112:15,17
**garb** 156:2
**garbage** 145:8
  145:21 146:4
  146:16
**gasoline** 156:15
  156:23 157:2
  167:3
**gastrointestinal**
  142:21
**gauge** 19:15
**gender** 119:21
  120:24 122:23
**genders** 119:9

**general** 11:24
  12:1 13:17,25
  16:21,25 28:2
  29:17,21 66:8
  66:13 68:4
  72:19 73:18
  88:10 91:10
  92:19 93:16
  94:14 102:17
  102:19 128:14
  129:19,20
  130:19 133:10
  134:2 141:16
  167:8 175:19
  176:11 177:11
  178:24 179:10
**generally** 66:23
  67:5 86:19
  94:22 95:2
  99:4,23 102:15
  111:23
**generate** 170:3
**generic** 65:1
**genocide** 17:2,5
  98:6
**georgia** 26:5
**getting** 16:6
  20:7 30:22
  31:25 44:8
  58:1,12 65:20
  71:7 90:7
  92:22 93:4
  130:11 131:16
  139:23 140:2

155:20 161:4
179:7
**gimbal** 21:17
**girls** 141:21
**gist** 176:24
**give** 6:11,22
13:14 42:14
74:17 98:18
110:1 138:8
152:15
**given** 112:8
123:18 161:14
178:9,25 180:2
184:4
**giving** 9:9,15
26:7 33:23
38:8 55:15
102:9
**glad** 172:15
**glanced** 11:11
**glenn** 3:4 4:6
5:5 172:17,19
185:18 186:3
**gnarly** 184:22
**go** 5:23 9:7
10:15 14:19
27:11 28:5
31:1 34:21,23
49:8 52:10
63:5 67:24
71:21 76:13
78:18,20 80:12
82:4 83:10
86:5 88:23

102:18,20
113:21 118:17
118:20 121:5
121:22 122:25
125:16,23
126:23,25
130:20 132:10
132:14 136:4,5
136:15 140:11
141:9 142:2,7
145:14 152:6
155:6 163:17
169:8 179:16
179:18 181:15
183:14
**goal** 37:7
**goals** 95:5
**god** 40:20
42:23 46:14
69:14 82:23
85:12,18
164:21
**goes** 52:13
56:21 130:21
142:8 185:1
**gofundme**
21:14 22:4
**going** 5:23 6:1
6:8,16,17,21,21
7:17 14:3
16:23 17:11
20:5,11 21:18
23:5,22 24:15
30:6 36:4,7

37:4,6 46:15
66:1 69:5,8
70:11 71:18
76:7 78:1,5,6
80:17 82:6
83:14 86:16
90:13 92:17,24
96:5 105:24
111:6 113:23
120:12 121:3
124:13,18
127:5 129:9
132:1,3 135:8
136:4,5,7
137:16 138:14
138:16 142:3
142:17 146:18
149:20 150:13
156:8 158:14
161:14 165:6,8
172:5,6,22
175:1,13,16
177:6 180:1,19
182:1,2,23
183:24 184:12
185:17
**gold** 174:11
187:6
**good** 5:11 6:24
36:10 38:2
52:11,15,20
54:1 62:11
78:2 81:18
105:20 124:12

165:5 177:11
177:22 182:17
183:7 184:13
**gotten** 18:22
43:3 55:6
89:22 90:1
157:18
**government**
100:5 150:16
150:19,21,23
**governor's**
47:12
**goze** 107:12
**graduated**
27:22 28:11,13
29:12,14,16
**graffiti** 184:20
**grandparents**
17:3
**grant** 23:6,8,11
23:16 24:4,13
**granted** 17:20
49:15 120:25
146:9
**granting** 18:19
**grants** 21:20,23
23:14
**grassroots**
49:14
**gray** 113:8
**great** 17:3
62:13 69:13
73:24 97:20,24
148:14 181:1

184:15
**grew** 18:1
175:14,16
**grim** 42:6
**ground** 88:3
111:12
**group** 7:8 20:1
44:19 45:13,18
46:11 48:7,9
48:24 59:23
60:2 73:5
105:7 106:18
134:11 149:25
160:22 161:2
164:4 176:18
**groups** 44:12
45:16,23 60:4
108:4,7 109:13
119:9 123:10
176:15
**growing** 28:18
**grown** 86:25
**guaranteed**
122:20
**guarantees**
120:6
**guess** 14:1,8
44:2 48:14
59:2 65:13,20
72:10,22,23
73:1 79:9
80:11,13,22
85:4 88:11,25
91:10 93:1,18

134:15 158:9
169:6 173:13
184:9
**guest** 11:2,5,8
60:5
**guidelines**
171:9
**guitar** 36:12
**gut** 50:18 88:4
**guy** 104:11
**guys** 171:13

**h**

**h** 5:20
**half** 14:23
81:11 88:21
124:14,15
**hall** 13:4 55:11
59:6,24,25
75:18 105:1,6
**hallway** 55:16
**hancock** 33:15
40:24,25
**hand** 55:3
142:7,7,8,9
187:19
**handing** 148:22
**handle** 39:11
83:23
**handler** 57:13
**handling** 38:22
38:23
**handshake**
49:15

**hang** 74:14
81:16
**hanging** 76:17
**hansen** 58:22
103:21 105:10
105:21
**happen** 53:25
135:2 136:15
145:12
**happened**
49:22 80:8,14
90:17 98:7
107:17 121:10
138:3
**happening**
76:24 117:20
117:21 132:25
**happens** 22:12
24:14 138:25
139:1
**happy** 29:1
**harassing** 93:9
**hard** 17:6
19:15 29:20
31:4 33:5,6
42:24 46:16
54:12 65:24
70:11,13 72:12
72:25 80:5
90:6,12 162:18
162:19
**hardest** 42:7,11
**hash** 58:18

**hat** 111:7,16
**hate** 121:18
152:11
**hates** 149:25
**head** 6:19,19
46:20 57:21
58:22 90:12
95:20 101:23
117:17 119:18
128:8,19
145:25 147:1
159:7 182:11
185:8
**healing** 88:16
98:3 165:10
176:3,4
**health** 10:21,23
11:1 44:16,18
45:22,24 46:1
46:11 48:7
127:9 182:24
**hear** 56:23
70:24 71:1
79:22,24
**heard** 48:23
52:4 59:22
60:5 77:15,16
82:8 96:18
97:1
**hearing** 96:10
96:20 97:1
**hearings** 96:23
**heat** 122:3

**heather** 2:13
**heather.rober...**
  2:19
**heavily** 35:21
  48:25
**heck** 149:6
**hegstrom** 89:7
  91:7
**heightened**
  94:16
**held** 50:9 52:4
  59:6 117:22
**helios** 138:3
**helix** 103:12
  127:7 138:5
  139:15 182:5,6
  182:8,9,16,16
  183:7 184:8
  185:3,7
**hell** 177:22
  184:13
**help** 48:17
  67:18 68:23
  80:18 94:12
  103:16 105:24
  121:13 160:20
  161:4 170:4
**helped** 101:4
  144:2 160:20
**helping** 32:14
  106:3
**hennepin**
  123:19 179:7
  179:23 180:1

187:3,24
**hey** 24:24
  50:11 55:4
  58:3 75:19
  135:9 147:2
**hi** 75:6,10
**hiawatha** 69:23
  71:10 99:25
**hiding** 50:22
**high** 16:24
  27:17,20 28:5
  30:4,4 43:2
  74:12 75:17
  138:25 155:2
  174:10 175:16
**higher** 50:3
**highlighting**
  154:2
**highway** 99:25
  100:10
**hill** 151:22
**hired** 41:4
**hiring** 23:5
**historic** 33:16
**history** 15:18
  15:22 17:1
  33:19 53:17
  86:22,24 98:5
  98:6,9 107:16
**hit** 42:8,11
  80:20 143:1
**hitting** 85:14
**hobbling** 155:9

**hold** 145:16
**holding** 37:6
  47:11,18
**holidays** 87:23
  132:4
**hollywood**
  33:17,19
**home** 7:21 36:6
  41:18,25 42:8
  43:3,4 115:21
  134:20 141:6
  142:13
**homeless** 18:3
  22:18,23 23:3
  25:22 28:24
  30:8 48:9
  51:15 103:4,24
  104:1,4 116:24
  116:25 118:18
  126:17 135:4
  135:24,25
  136:1,2,3
  174:2 179:21
**homelessness**
  10:1,22,24
  11:5 14:17
  28:16 44:16,19
  45:20 46:1,11
  47:15,16,20
  48:7 52:9 62:6
  66:7 134:2
  141:5 142:6
  154:24 163:7
  169:24 180:1

182:13
**homes** 40:24
  145:10
**honest** 9:9,16
  13:14 29:2
**honestly** 19:4
  41:1 63:22
  64:4 65:3
  71:18 80:5
  83:24 86:11
  98:24 170:14
**honorable**
  18:21
**hoo** 51:23
**hope** 19:20
  98:2 120:4
  129:24
**hopefully** 19:22
  19:23 23:6
  25:1 171:17
**hoping** 52:16
  56:18
**hopkins** 27:20
  27:22 28:9,12
  29:13
**horrible** 58:20
  143:3
**hospitalized**
  79:19
**hosted** 105:1
**hostile** 70:10
  94:24 97:22
  140:15 174:18
  174:22 175:9

hostility   174:21
hosting   41:7
hot   13:7 155:24
hotline   118:12
    123:20
hotter   155:20
hour   45:7
    124:14,15
hours   30:21
    32:22 45:8
    159:15 164:7
house   31:13
    43:3 112:11,18
    113:21,24
    135:25 168:12
housed   137:17
    140:22 142:8
housekeeping
    5:22
houses   41:7
    138:4 139:1
    174:10
housing   23:19
    23:22 31:7
    44:21 49:24
    60:15 61:14,15
    81:8,9,14,20,25
    82:15,16 89:22
    90:1,6,24
    104:16 116:8
    127:9 134:24
    140:17,19
    151:2 173:21
    179:6 184:8

185:7
huge   36:16
    90:24 166:7
    184:3
huh   68:1,10
    92:3 97:12
    119:4 130:17
    153:1,4
hulu   25:1
human   16:19
    133:6,8 143:21
    145:13
hundred
    136:10,11
hustling   31:21
    31:22 32:22
hyper   20:5

**i**

idea   29:9 33:23
    71:4 121:2
    170:11,13
    174:2 177:13
    182:22
ideas   54:6
    168:18
identified   12:4
    29:5
identify   7:18
    134:7
identifying
    92:9
identity   17:7

ig   84:24
ignition   155:13
ilhan   47:12
illegally   112:23
illness   141:12
    142:21
imagination
    30:1
imagine   32:20
    42:25 74:12
    134:10 180:11
    180:14
immaterial
    114:12
immediate
    114:5
immediately
    159:17 166:2
immersed   41:8
immunocom...
    50:2
impact   178:18
impacted
    142:21
impartiality
    187:16
implication
    107:24
imply   39:25
importance
    53:20
important   6:9
    6:18 29:8 54:3
    86:23 110:12

impressed
    183:8
improved
    132:25
inaccessibility
    178:14
inadequate
    141:15
incapable
    154:1
incident   76:12
include   22:19
    57:21 113:16
included   98:8
    103:14
including   10:4
    42:14 81:14,15
    83:12 149:23
    158:12 175:22
income   30:2,3
    44:6 60:22
    150:2
incompetency
    184:5
inconsistencies
    157:16
inconsistent
    156:6
independent
    25:24 34:10
    44:4 45:4,11
    45:19,25 47:1
    47:6 48:5,8
    49:4 54:25

140:13
**index** 4:1,12
**indian** 63:14
  81:12 89:24
  96:7 106:13,17
  107:10
**indicate** 130:20
**indie** 25:13
**indigenous**
  15:20,21
  107:25 108:17
  108:20
**individual** 1:10
  62:25 74:4
  92:25 99:23
  106:4 154:16
  156:1 157:20
  158:12 168:17
**individual's**
  15:14
**individuals**
  17:4 18:12
  52:6 94:19
  95:22 100:25
  101:25 104:23
  113:18 133:14
  148:4 153:24
  162:5 163:23
  177:16
**indivisible**
  49:14
**infectious** 46:3
  130:21

**info** 104:8
**information**
  10:16 24:17
  36:16 60:8
  63:25 91:24
  108:18 118:1
  157:9 161:4
  162:18 166:8
**inhalation**
  162:21
**inhibit** 8:18
**initial** 31:24
  46:22 181:17
**initially** 53:8
  69:4,8
**injury** 162:20
**inner** 28:1
  145:1
**ins** 11:15
**inside** 70:3
  102:21 114:17
  135:17 139:14
  155:18,20
  158:1,20
  161:10 166:8
**inspection** 38:6
**inspections**
  37:24
**inspire** 54:6
**instability**
  122:18
**instagram**
  83:18,23 84:24
  85:9,10 86:7

86:11,15
**instance** 21:16
  52:1 118:25
  147:2 152:10
  176:5
**instances** 145:3
  177:4,5
**instructions**
  4:8
**intended**
  169:15
**intending**
  13:18 174:8
**intense** 76:23
**intensive** 14:20
**intention** 25:15
**intentional**
  162:16 181:18
**intentions**
  177:22 184:13
**intents** 114:25
  132:21
**interaction**
  75:20
**interactions**
  103:23
**interagency**
  10:1 11:4
**interest** 55:25
  56:15 120:8
  157:17 187:15
**interested**
  37:18 93:19
  187:14

**interesting**
  79:1 115:12
  136:20
**intergenerati...**
  98:10
**intern** 3:12
**interpersonal**
  64:18 66:10
**interrupt** 71:17
**interrupters**
  175:5,6
**interview** 53:8
  54:9,13 56:2
  56:18 77:2
  78:5,11 83:7
  87:19 183:14
**interviewed**
  57:2 68:24
  69:2 78:4
  87:11 89:18
**interviewing**
  56:1 69:24
**interviews**
  58:14 59:14
  78:9 87:9
**investigate**
  157:10,19
  159:11,12
  160:8 177:13
**investigation**
  127:10 154:21
  158:24 160:1,2
  160:6,13 161:3
  162:19

**investigations**
158:23 159:3
**investments**
37:12,13
**inviting** 98:20
**invoice** 45:7
**involved** 48:15
100:15 107:20
117:24 151:13
175:4
**involves** 12:11
**issue** 115:16
126:12 151:4
**issues** 184:8
**issuing** 39:5
**items** 10:8 22:6
80:19

**j**

**j** 5:20
**jacket** 155:16
**jacob** 1:9 53:1
54:13
**jamba** 29:15
**january** 26:22
46:21 117:16
125:7 131:23
156:21 179:14
179:20
**jason** 51:11
144:2
**jenkins** 59:6
105:2

**jersey** 34:22
**job** 1:25 32:5,8
40:8 149:8
170:1
**john** 104:13
**johnson** 1:17
2:2 4:3 5:6,11
5:19 62:21
85:23 171:22
172:20 185:21
187:5
**joins** 8:5
**josh** 46:2
**journalism**
27:4 44:3
**journalist** 26:4
26:25
**journalistic**
14:25
**journey** 28:18
**judge** 96:21
**juice** 29:15
**july** 163:20,25
165:19,20,24
**jump** 29:11
87:8 125:2
180:10
**jumped** 115:24
155:7
**june** 10:3,17
46:18,23
187:20

**k**

**kare** 23:25 55:1
**keep** 23:23
32:17 39:24
46:16 48:18
59:11 72:6
85:14 93:8,9
93:10,15 95:7
111:16 119:7
122:21 131:19
136:7 137:10
137:11 138:18
155:6 179:24
181:21
**keeping** 14:4
91:21 130:4
133:13 135:13
136:14,17,18
137:6 153:21
**keeps** 93:6,7
**kelly** 3:5
**kenwood** 33:17
**kept** 72:3 92:22
**keys** 38:3,9
155:12
**kicked** 182:12
**kicking** 174:4
**kids** 141:7,8
**killed** 42:9
**killing** 161:1
**kind** 8:25 9:5
10:5,19 11:21
13:14 14:2,8

14:18,20 15:12
15:18 16:1,10
17:10,12,21
18:5,6,14,16
19:5,17 22:16
22:17,19 24:16
24:21 25:1,16
26:9 28:17,21
29:9,11,18,19
31:23 32:3,12
32:13,17 33:18
34:1,22 38:9
38:15 39:9,9
39:23 41:2,4,5
41:8 43:8,10
43:10 44:4,6
45:5,11 46:7,8
48:22 49:15
50:12,17,24
52:5 54:21
55:15,16,17
56:9 58:9,17
59:1 60:7,10
60:17 61:11
64:24,25 65:18
67:20 68:2
69:6,8,11
70:12,15,16
71:3 72:6,13
72:17,17,25
73:24 74:13,17
75:15,16,17
76:16,17,22
78:8,16,21

| | | | |
|---|---|---|---|
| 79:2,7,8,22 | 185:16 | 65:14,18,19 | 99:18,21 |
| 80:5,24 81:16 | **knocked** 69:25 | 67:14,18,18 | 100:14,16 |
| 81:18 85:1,6 | 71:3 | 68:18,22 69:14 | 102:8,19 |
| 87:17 88:11,20 | **know** 5:21 7:9 | 70:8,12,14,17 | 103:13,13,25 |
| 89:15,19 92:12 | 8:6 9:2,3,7,8 | 70:18,19 71:15 | 104:6,8,9,10 |
| 93:6 94:18,24 | 10:5,25 11:14 | 72:16,22 73:2 | 105:18,20 |
| 95:1 99:15,21 | 13:7,9,11,13 | 73:8,10,17 | 106:5,25 |
| 100:14 101:8 | 14:2,5,7,8,17 | 74:3,10,10,13 | 107:12,22 |
| 101:21 102:9 | 15:6 16:17,20 | 74:15,17,18 | 108:1,6,15,18 |
| 102:18 111:9 | 17:8,9,12 18:5 | 75:15,17 76:1 | 108:20 109:2 |
| 114:24 116:13 | 18:5,6,14,20 | 76:4,8,10,19,20 | 109:12,13,19 |
| 116:18,21 | 19:15 20:16,18 | 77:13,14,16,19 | 109:25 110:4,5 |
| 118:15 121:13 | 21:13,17 22:5 | 79:3,6,18,20,21 | 110:9,9,12,15 |
| 129:25 131:24 | 22:20,25 24:5 | 79:22 80:1,3,4 | 111:3,8 112:7 |
| 132:10 133:13 | 24:16,24,25 | 80:6,7,18,21,22 | 112:17,21 |
| 134:13 141:25 | 28:15,17 30:9 | 81:5,8,14,16,17 | 114:5,7,13 |
| 142:20 145:17 | 30:16,23 32:16 | 81:18,24 82:17 | 115:5,12 116:1 |
| 147:7 154:6,24 | 32:22 35:22 | 82:19,19 83:22 | 116:5 118:16 |
| 156:19 158:11 | 36:1,2,10 37:3 | 83:24 85:1,9 | 119:16,19 |
| 159:13 161:18 | 38:1,4,15,24 | 86:4,6 87:2,25 | 121:7,19 122:8 |
| 162:14 163:1,8 | 39:7 40:2,18 | 88:2,15,17,18 | 122:12 123:5,6 |
| 168:20 169:9 | 41:7 43:14 | 88:21 89:7,11 | 123:9,12,19,21 |
| 169:14 177:7 | 44:4,23,24 | 89:20 90:4,6,8 | 124:2,5,6,8,9 |
| 177:13,19,22 | 45:5,7 46:8 | 90:13,19 91:6 | 124:13 126:9 |
| 181:2,14 182:2 | 48:4,18 50:16 | 91:7,9,9,12,14 | 126:25 127:1,3 |
| 182:25 183:4 | 50:16 51:8,25 | 91:17 92:6,7,8 | 127:4,5,6,6,16 |
| 184:6 | 52:13 53:9,25 | 92:18,20 93:5 | 127:23 129:20 |
| **kinds** 43:22 | 54:2 55:5 57:9 | 93:8,22 94:11 | 129:22 130:1,2 |
| 78:21 | 57:16 58:1,5 | 94:13,14,15,17 | 130:9 131:1,5 |
| **kira** 3:5,10 | 59:3,9,14,24 | 94:18,25 95:2 | 131:25 132:19 |
| **knew** 43:7 | 60:9,10,24 | 95:3,8,12,15,16 | 133:18,21 |
| 48:20 60:6 | 61:22 62:6 | 96:16,19 97:9 | 134:8,21 135:1 |
| 64:1 72:20,21 | 63:2,4,6,7,12 | 98:11,12,12,13 | 135:3,8,9 |
| 77:25 163:1 | 63:13 65:1,9 | 98:15,18,25 | 136:1 137:3,12 |

137:13,21,25
138:5,16 139:3
139:22 141:6,7
141:9 143:12
143:13,16,19
143:20 144:2
145:6,17,19,20
145:23 146:1,3
146:15 147:1,4
147:7,17 148:8
150:1,2,4,15,16
150:18,23
151:15,21
152:1 153:22
154:2 155:9,23
158:1,11,23
159:12,18,21
160:17 161:12
162:13,25,25
163:5,9 166:4
166:22,22
167:14,16,16
168:8,21,22
169:19,20
170:5,8,11
171:9 173:8
174:1,8,24
175:2,10,12,21
176:7,9,15,21
176:22 177:9
177:21 179:3,5
179:11 180:7
180:10,18,21
180:23,24

181:2,7,15
182:6,22,25
183:12,25,25
184:11,11,18
185:5
**knowing** 61:21
79:8 91:24
93:20,24
141:23,24
142:1
**knowledge**
12:13 66:19
67:3 68:7 81:1
95:19 107:9
117:19 144:24
144:25 165:22
165:25
**known** 48:22
153:10
**knows** 18:17
51:17 78:21
135:7 162:22
**koski** 51:11
**kristin** 2:14
**kristin.sarff**
2:20
**kstp** 54:25

**l**

**l** 37:12
**la** 32:19,21
33:19
**labor** 75:2

**lack** 15:12 17:2
96:20 120:6
121:19,20
144:8 178:16
184:24
**laid** 41:17
**lake** 69:23
71:10 136:6
**lakes** 32:11
**land** 98:7 100:9
100:11 112:9
112:24 113:10
114:2,14,16
115:20,22
116:10,19
170:7
**landlord** 43:7
117:1
**language** 18:6
26:10 184:12
**large** 58:24
98:23 101:19
113:15 180:10
**largely** 106:8
111:20
**larger** 25:8
79:13 143:11
**largest** 36:3
**late** 43:25
69:14 75:1
134:5
**lately** 173:22
**latest** 120:1

**latrisha** 50:8
51:8
**law** 33:4
112:16
**lawns** 145:9
**laws** 35:22,24
36:1 111:20,24
167:15
**lawsuit** 5:15
11:10,13,19
36:17 62:23
63:19,20 91:20
95:21 96:1
**lawyer** 11:14
**lawyers** 9:12
**leaders** 153:10
**leading** 29:9
127:24 128:11
128:12
**leads** 120:7
131:5
**leak** 36:11
**leap** 158:2
**lease** 31:20
**leasing** 32:8,10
37:8,15 38:18
**leave** 87:1
**leaving** 54:16
55:5
**led** 15:20 18:9
41:6 46:2
92:12 98:9
131:22

**left** 30:4 59:14 120:4 125:4
**legacy** 17:1
**legal** 11:12,15 38:12,22 84:4 148:16,18,19 160:19
**legalities** 36:19
**legality** 115:19
**legally** 39:13 170:1
**legitimacy** 149:24 150:18
**length** 14:15 25:5 38:16
**letter** 106:21 107:9
**letting** 117:1
**level** 24:2 58:3 99:10 134:12 146:12 147:7
**levels** 34:13
**liabilities** 33:4
**liability** 39:23
**liaise** 104:20 106:16
**liaison** 107:2
**license** 32:23 33:6,6,10,12 34:9,11,14,18 35:1,3,7,10 36:21 40:10,16
**licensed** 34:12

**licenses** 34:13
**lie** 61:7
**life** 32:17 37:6 91:16 115:4 154:5 168:13
**lifestyle** 30:24
**light** 9:6,11 59:21
**lightly** 82:20
**likelihood** 138:23
**limit** 119:21
**limitations** 120:19
**limited** 76:6 96:11
**limping** 155:10
**linage** 16:2
**line** 16:2 20:17 41:9
**lines** 65:5 75:21
**lining** 125:20
**linked** 144:8
**linnell** 1:24 2:4 187:24
**list** 32:21
**listen** 142:4
**listening** 67:15
**listings** 33:14
**literally** 41:17 75:7 90:2 115:22 121:8 154:4 158:19 164:6 174:14

**little** 7:15 10:11 15:1,17 18:7 27:16 29:4 31:10 33:25 50:23 55:23 58:12 60:7 62:22 64:22 68:22 71:14 73:12 75:12 77:25 78:16 89:11,20 91:6 101:20 104:2 125:2 132:6,19 153:11 160:23 161:10 165:13
**live** 8:7 19:6 22:20 43:14 112:12 140:23 169:20 170:5 175:18
**lived** 13:9 19:9 52:2 95:22 147:3
**lives** 16:7 17:14 36:5 62:5 141:6
**living** 7:20 16:22 18:13 29:20 42:9,20 81:6 104:24 114:1,6 115:25 116:8,10,16 126:17 127:20 135:6 136:4,6

137:18 146:14 146:20 150:2
**loaded** 29:19 102:10
**local** 32:5 37:14 61:16
**located** 97:11 112:2 125:5 129:11 152:4 165:23 166:11
**location** 58:24 71:9 74:23 97:16 101:3,6 102:1,22 109:17 110:15 113:2 129:13 129:22 135:8 146:17 157:22 163:14 168:4 176:13
**locations** 95:25 96:12 97:8 161:21
**locks** 151:18
**log** 25:15
**logic** 113:1
**lola** 89:7 91:7 121:7
**long** 19:5 41:11 47:14,21 48:17 130:8 149:9 162:23
**longer** 41:22 153:18

**look** 16:5 46:24
  58:5 112:25
  123:1,4 143:13
  147:2 161:11
  171:15 176:14
  180:4,6 182:19
**looked** 12:18
**looking** 31:23
  33:3 36:5
  42:25 43:6
  104:10 135:16
  143:16
**loop** 169:23
**los** 18:4 24:20
**losing** 64:7
**lost** 10:24
  142:10
**lot** 30:9,14
  31:21,22 33:4
  33:4 40:19,20
  42:5 47:18,19
  52:13 56:13
  65:19 67:14,16
  69:1 88:19
  92:6,20,24
  93:10 97:23
  102:15 113:19
  114:2 115:11
  115:14 117:14
  118:4,4,9
  120:9,13,19,20
  121:19 125:14
  125:22,22,25
  127:16,17,17

129:18,23
  130:5,5 134:14
  136:14 144:6
  146:21 149:16
  150:1 153:7
  161:6 169:11
  170:9,14
  175:12 177:10
  177:18 181:11
  184:19
**lots** 119:21
  140:16 169:8
**loud** 64:13
**louis** 32:12
**love** 53:3 86:22
**low** 120:18
  150:2
**lower** 141:22
**lucky** 42:6
**lucrative** 31:5
**lunch** 124:18
  124:24
**luxury** 30:12
**lyft** 32:19 43:24
**lying** 62:9

**m**

**made** 10:7
  11:13 25:13
  31:2 57:24
  59:4 85:16
  107:10 132:20
  155:25 173:8,9
  177:19

**main** 28:18
  30:2,3 69:5,9
  151:23
**maintaining**
  154:5
**major** 39:22
  76:7 78:1,14
  180:3
**majority** 52:7
  119:20 120:18
  179:25
**make** 6:14,22
  9:6,8,14 12:15
  12:20 29:20
  37:18 44:22
  56:13 64:10
  87:17 90:21
  100:8 122:23
  130:15 147:5
  149:11 155:1
  167:10 168:25
  173:9
**makers** 25:8
**makes** 6:15
  60:23 124:20
  167:20
**making** 15:3
  23:1 31:24
  38:1,6 44:5
  45:5 53:23
  56:6 150:5
**male** 92:10
  128:10

**malevolent**
  114:23
**malicious**
  114:24 162:16
**man** 72:15 73:8
  92:9 93:3
  121:17 154:17
  154:19
**management**
  32:6,7
**maneuver** 18:7
**manufacturing**
  13:13
**march** 41:21
  43:13,17,21
  158:4
**marginalized**
  174:15
**marilyn** 33:22
**marked** 4:14
**master** 53:14
**mastering**
  21:22
**mat** 181:1
**match** 31:24
**materials** 8:23
  9:21,21
**mats** 180:24
**matter** 70:18
  126:9 159:14
**matters** 58:8
**max** 123:18
**mayor** 1:9 5:14
  52:25 53:1,1,2

53:4 54:14
55:11 56:1,5
56:22,23
179:11
**mayor's** 57:7
57:13 182:14
**mcgriff** 45:21
**mean** 14:14
16:15 17:18,20
20:18 21:12
22:2 26:11
36:25 39:12
40:2 53:1
56:12,22 60:17
61:10 65:24
71:17 72:10,11
72:18,20 73:10
75:6,6,12 76:8
80:21 86:12,15
86:19 88:1,10
88:12,15 91:17
92:5,20 93:15
96:17 98:1
102:14 114:16
115:5,12,22
116:17 118:23
120:12 126:16
126:18 133:3
134:23 136:7
142:4 144:13
144:15 145:15
145:17 147:2,4
148:3 149:12
155:7 157:16

158:7 160:18
162:22 164:11
167:17,25
168:2 169:2
170:4 174:20
175:25 176:4
177:3,25
178:20,21,22
179:4 180:2,17
184:9,21
185:15
**meaning** 26:2
60:21 176:8
177:16
**means** 6:17
26:11 30:20
110:4 155:9
170:7
**meant** 97:25
177:23
**measures** 92:1
**media** 25:20,24
26:8 56:19
57:13 58:4
80:21 83:8,12
83:15 84:2,14
84:19 85:7
86:1,18 87:6
87:12 96:8
125:25 153:24
177:10
**medications**
8:17

**meet** 5:15,16
36:6 53:4,5
69:12,19 70:9
74:19 135:5
**meeting** 38:17
50:7,9 51:2
55:8,19 59:7
59:24,25 89:12
**meetings** 13:4
47:11,18,19
51:24 52:5,10
52:14,22 59:13
60:3 104:22
105:7,9,14,17
117:15,22
165:1,11
176:17
**member** 59:5
59:23 105:2
107:2
**members** 22:2
50:8 51:5
54:10 57:1,3
104:23 105:12
106:2,5 109:14
148:10
**memories** 87:3
**memory** 70:7
83:4 94:2
166:6
**mental** 121:11
127:8 141:17
182:24

**mentally** 121:9
**mention** 16:25
175:13
**mentioned** 6:1
20:13,21 22:7
23:7 28:15
29:13 34:3
37:11 40:9
44:12,23,24
48:10 51:5,8
56:25 72:21
82:2,8 91:5
103:15 106:12
111:19 123:12
128:22 133:11
158:22 177:1
178:14,18
181:9 182:5,6
**mentioning**
176:16
**mentorship**
23:12
**meritocracy**
22:22
**merits** 22:22
**message** 22:20
22:25
**met** 18:12
51:10,18,22
52:25 60:21
63:16 69:17
70:6,8 79:5
82:21 105:12

**metal** 161:10
**method** 143:16
**metropolitan**
    106:17 107:10
**michael** 51:21
**michigan** 25:7
**mike** 107:12
**mile** 157:5
**militaries**
    27:11
**military** 27:24
    156:2
**million** 33:20
    174:9
**mind** 48:18
    70:4 93:25
    126:2 131:19
    155:6 156:13
    179:24 181:21
**minds** 28:4
**mine** 168:6
**minneapolis**
    2:15,17 3:8,15
    5:13 13:23
    15:8 17:16,17
    18:2,4 19:7
    21:6 24:19
    27:10,17 33:18
    41:19,21 42:21
    49:1 50:8,14
    51:6,9 56:7
    57:12 60:15
    65:14,16 80:15
    81:3 93:14

100:22 106:22
107:3 112:23
113:10,13
123:8 124:7
134:18 139:25
140:1,15,19
143:14 147:5
148:7,13,17
149:1 153:18
158:23 159:25
161:7 162:2
175:14,15,17
179:12
**minneapolis's**
    56:21
**minneapolis...**
    2:18,19,20
**minnesota** 1:2
    2:6 9:25 10:14
    10:20 11:3
    36:20 37:9
    41:24 42:16
    44:11,21 45:2
    45:24 47:8,25
    48:16 89:23
    96:7 100:7
    116:3 117:4
    142:5 154:23
    169:20 182:12
    187:2
**minnetonka**
    147:16 148:16
**minus** 121:15

**minute** 26:9
    132:13 149:15
    155:17 171:12
**minutes** 25:15
    26:11 42:3
    149:14 155:3
    179:3
**miron** 34:15
**misgender**
    134:6
**misleading**
    61:17
**missing** 78:19
    78:20 95:9
    159:20
**mistrust** 16:25
**miwrc** 90:9
**mixed** 21:1
**mn** 2:17 3:8
    10:5 187:24
**mndot** 100:9
**model** 28:23
**modest** 83:17
**moment** 21:25
    37:2 111:7
    118:15 119:19
    168:3
**monday** 42:4
**monetary** 44:8
**money** 23:6
    33:19 116:23
    135:10 138:9
    184:4

**monies** 38:14
**monroe** 33:22
**month** 60:19
    61:2 81:11
    87:24,25
**months** 23:20
    71:15 75:8,9
    88:1 97:5
    126:18,19
    164:20
**moot** 161:18
**moral** 76:17
**morale** 165:5
**morning** 5:11
    30:23 157:21
    158:14 159:19
    164:3,6 172:23
**mother** 112:16
**motion** 58:1
**mouse** 71:2
**move** 31:25
    37:23,24,24
    38:8 43:6
    81:23 94:13
    95:11 101:4
    102:4 126:8,11
    126:13,19
**moved** 32:15
    32:18 41:19,20
    41:21 42:25
    43:13 128:24
    162:5 163:23
    163:25

**movement** 15:11
**movie** 15:21
54:1 78:6 83:8
**moving** 21:5
32:18 37:25
38:4 39:15,20
40:6 73:4
92:23 102:8
122:8 175:13
**mpd** 93:13
**muid** 107:3,24
109:4
**multi** 174:9
**multiple** 23:4
27:6 28:24
30:9 32:6
38:25 45:10
53:7,21 54:4,9
54:10,15 55:5
56:8 57:1,2,24
57:24 79:25
103:10 157:16
**murderapolis** 175:17
**muscle** 135:13
136:9
**music** 28:19
29:24
**musician** 28:19
28:22 29:13,16
29:18
**mutual** 70:21

**mw** 1:25

**n**

**n** 5:19,20,20
**name** 5:11,17
5:19 34:14
37:12 46:2
57:9,10,11
58:21,22 83:25
84:8,10 85:12
85:15,22 86:10
104:13,15
**named** 91:19
**native** 20:4
81:15 104:11
106:9 111:11
131:9 156:10
165:10 176:3
176:15
**natives** 99:24
101:1 133:20
153:8 164:4
**nature** 24:21
33:2 46:7
64:23 65:11
66:2 68:20
77:21 78:22
86:21 89:9
134:23 135:25
**navigate** 121:13
**near** 69:23
71:10 101:19
140:24

**nearby** 101:16
101:19 139:7
139:12
**necessarily** 73:19 87:19
116:15
**necessary** 37:20 110:14
110:25 116:5
133:23 134:16
134:17
**neck** 20:24 21:2
42:2,19
**need** 7:7 34:17
56:23 108:9
135:9 136:7
146:18 170:4
173:24
**needed** 110:2
110:25
**needing** 142:15
**needs** 122:14
123:4
**neglected** 144:6
184:6
**neglectful** 42:1
**negotiate** 91:21
**neighbor** 36:12
**neighborhood** 33:16 40:25
174:10
**neloms** 74:2
**nenookaasi** 13:21,22 15:9

15:19 16:6,11
20:3,4 58:25
64:8 65:7,22
66:7 68:13
69:7,11 72:9
72:22,24 73:3
73:22,25 74:22
77:6 78:14
88:8,12 89:4
92:15 93:2,4,4
93:5,12,23,24
94:4 95:1,5,23
96:3,5,5 97:8
97:13 99:13,19
103:4 106:8,22
107:5 110:22
111:3 117:7
121:2 125:3
127:21 128:2,6
129:8,9,23
138:21 139:23
141:3 142:22
143:9 145:22
146:23,25
147:8 149:2
151:6,6,14,14
152:3 162:5
163:9 164:1
165:23 166:11
181:5 185:6,12
**netflix** 25:1
**network** 25:8
**networking** 18:15 85:7

**never** 25:15 30:11 54:17 55:6 64:17 99:16 100:15 121:4

**new** 18:3 24:19 28:23 30:19 31:2,10,16 32:9 34:4,21 34:22 35:6,7,8 36:5 48:19 128:24 129:25 132:4 147:3 177:8

**newly** 42:18

**news** 23:25 105:20 181:12 183:23

**nice** 5:15,16 21:9 89:13

**night** 30:21 36:13 99:1,15 134:6,9 179:19

**nights** 30:19

**nighttime** 134:21 155:19

**nod** 6:19

**nonwhite** 141:21

**nook** 179:19

**noon** 155:2

**nope** 84:23

**normal** 174:6,7

**norovirus** 143:5,6

**north** 43:4 138:4 182:19 182:20

**notary** 2:5 187:24

**note** 3:14 53:13

**notes** 5:22 171:15 173:7

**notice** 117:6,9 126:3 131:19 131:22 147:11 147:22 148:5 148:19 149:1 177:9 178:9

**noticeably** 60:16

**noticed** 187:10

**notices** 131:15 131:18 177:2

**november** 106:20

**now's** 119:2

**nuance** 65:19 168:9

**nuanced** 113:7

**nuances** 110:16

**number** 10:18 10:19 11:6 35:11 60:14 62:24 125:19 130:19 146:22 154:3 156:10

162:4 180:5,6 180:20 183:13 184:16 185:10

**numbers** 122:17 128:2,7 134:5 135:11 158:11 183:4

**nursing** 41:18 41:25 42:8 43:4

**nutshell** 15:5

## o

**o** 5:19,20,20

**oath** 8:11 62:22 125:2

**obligation** 98:18

**observations** 106:10

**obviously** 43:20 52:11 99:21 167:17

**october** 19:3 164:15 165:24 166:5

**odds** 107:12

**offer** 51:25 66:4 182:2

**offered** 121:25 181:24

**offering** 49:17 52:1 67:17

**office** 2:15 3:15 9:22 47:12,12 57:14 182:15

**official** 1:10

**officials** 51:3

**oftentimes** 13:25 153:23 179:6

**oh** 42:23 55:8 58:3,4 60:10 70:14 73:8 80:12 83:10 84:18 85:12,18 86:5,6 96:22 132:8 142:25

**okay** 10:10 11:9,22 12:7 12:14,22 15:4 27:15 29:3,7 35:25 44:22 45:17 47:23 51:13 55:22,24 56:20 61:24 63:5 66:12,18 67:11,23 68:17 71:2,6 74:2 80:24 83:13,17 87:8 93:18 95:11 97:15 111:18 113:1 114:19 115:6 129:10 130:13 132:11 135:19 143:24 146:24

149:8 160:12
160:15 163:21
165:21 167:4
172:11 173:4
173:13,19
177:19 178:13
181:4,21 182:4
**old** 10:5 33:16
33:18 58:9
**omar's** 47:12
**once** 22:11
131:17 146:16
**ones** 49:15
141:20
**online** 53:14
118:8 181:10
**onward** 35:6
**open** 41:7
138:22 139:5,9
157:24 158:13
**opened** 71:4
90:8 118:19
**operates** 123:7
**opinion** 13:15
23:25 52:3
61:3,20 62:3,7
106:10 108:8
110:25 134:1
167:15,18
168:5,7,8
169:6 178:1,8
180:22 181:19
184:7,9,10,23
185:2

**opinions** 12:20
52:18 54:11
108:3,6,12,13
109:8,10,21
167:17 173:6
**opioid** 76:22
**opportunity**
12:12 55:15
**opposed** 122:17
**opposite** 38:4
134:2
**oral** 6:22
**order** 35:14
124:9 159:10
**ordered** 187:11
**ordering** 186:2
**org** 49:14
104:19 108:3
182:9
**organization**
49:12
**organizations**
109:3,10
156:10
**organizing**
47:18
**orgs** 100:14
103:11 108:19
109:13
**origin** 50:24
**original** 3:14
58:24 164:1
187:10

**originally**
22:15 69:4
**outbreak**
143:12
**outcry** 177:9
**outdated**
112:16
**outlets** 26:8
**outline** 14:21
38:9
**outreach** 88:21
133:16
**outright** 183:21
**outs** 11:15
**outside** 7:7
122:12 154:16
156:17,18,24
160:24 167:3
**outward** 61:6
**overall** 13:25
14:9 35:3
52:14,21 56:5
177:12
**overdoses**
130:20
**overflow**
180:24
**overnight**
99:12,16
**oversee** 57:22
**oversight**
127:11 139:16
183:3 184:22
184:25

**oversimplifyi...**
171:6
**overstimulated**
180:20
**overview** 11:25
**owe** 98:17
**own** 36:4 66:8
67:17 84:22
96:8,8 112:10
112:19 113:4,4
140:14 165:13
173:21 174:24
**owned** 100:20
113:17 167:21
167:22 170:14
170:25
**owner** 36:9
113:22
**owners** 140:23
170:20,24
**ownership**
111:24 112:8
**owns** 100:11
112:2

| p |
|---|
**p.m.** 186:5
**p.o.** 3:7
**pace** 89:13
**pack** 33:21
**page** 2:22 4:1
**paid** 30:22 49:3
168:14

**pandemic** 21:1
36:23 49:23
50:22
**paper** 95:17
160:10 183:7
**paperwork**
37:21 39:6
**paralegal** 172:6
**paralyzed** 21:2
42:2,18 155:7
**pardon** 49:7,7
105:4 164:11
185:14
**parenthesis**
53:15
**parents** 43:15
**park** 32:13
33:15 40:25
**parking** 115:11
115:13
**part** 12:11
22:25 25:7
51:1 52:24
56:2 61:4 73:6
78:23 87:2
94:5 97:21
98:21 105:8
144:3 150:14
160:23 165:4
172:16 175:7
184:23
**partaking**
120:8

**particular** 89:4
168:2
**particularly**
17:17 20:3
25:23
**parties** 33:22
91:21 187:11
187:13,15
**partly** 14:24
**partner** 91:9
122:23
**parts** 91:21
175:13
**party** 95:8
187:10
**pass** 35:14
75:18
**passed** 32:2,16
40:15
**passing** 33:7,8
159:13 182:7
**past** 13:6 45:23
96:13,14
130:24,25
141:9 156:20
176:8
**pastor** 178:7,10
**path** 27:13
177:22 184:12
**patrol** 135:12
**patrolling**
136:17
**patrols** 130:3
133:4,5,11

134:16,17
**pattern** 157:7
**patterns** 93:12
**paul** 23:15
34:24
**pause** 132:12
**paved** 177:22
184:13
**pay** 21:8
116:17,21
117:3
**paying** 116:18
116:24 117:2
168:4
**peace** 32:16
131:13
**peer** 88:21
**penalty** 116:13
116:15,16
**pending** 7:11
**people** 13:3
15:21 16:5,24
17:8,12,15
20:6 27:12,25
28:4 31:17,23
33:8 34:5 36:4
37:18 38:4,8
38:24 39:14
40:5 42:9 46:9
47:21 48:17
50:1,2 52:4,8
65:4,12 67:19
70:10,16 76:18
76:20 77:16

80:6,17,18,19
81:14 82:24
88:17 94:12,16
95:5,6 99:8
101:4 102:16
102:19 103:9
103:12,14
107:25 109:17
110:7,13,19,20
114:7,23 116:1
119:7,14 120:7
120:10,13,21
120:23 121:1
121:17,21
122:9,15,16
123:3,14,16,17
125:23 126:7
126:11,22,24
127:16,16,17
127:20,22
128:8,13
129:24 130:8
131:8,15,16
132:22 133:1
133:12,19,25
134:11,21,24
135:5,17,21,22
136:1,3,5,10,12
136:15,17,22
137:6,10,22,24
138:10,12,20
138:24 139:4,7
139:11 140:9
140:10,18,22

141:9,12,16,19
141:23 142:12
142:15 145:8
146:17,20
148:23 149:5
149:17,19,23
150:1,1,2,5,12
150:25 151:1
151:13,24
153:21,25,25
154:3 155:22
163:13 164:6
164:18,18,24
165:3,6 166:2
166:13,23
168:24 169:2
169:25 171:3
171:10 174:2,6
175:11 176:19
177:17 179:7
179:12,23,25
180:20 181:24
183:5,19
**people's** 13:24
16:7 32:21
62:4 67:15
88:24 109:21
139:3 140:17
176:9
**percent** 20:20
21:24 31:19
33:8 136:10,11
141:19 180:9
180:10

**percentage**
35:14
**perfect** 62:15
**perform** 27:20
**perimeter**
136:13,25
**period** 46:12
69:10 92:21
149:15
**periodically**
7:5
**permissible**
161:16 162:1
**perpetrator**
17:7
**person** 23:1
26:6 35:17
49:19 51:22
55:18 58:9
59:18 70:3
104:10 120:20
138:6 146:14
154:12 157:17
162:20 175:20
179:21 180:19
**personable**
58:9
**personal** 13:24
14:5,10 37:6
52:2,20 54:11
58:2 64:21,24
81:1 85:19
91:15 107:1
115:4 130:22

144:23,25
167:15 180:22
**personally**
38:14,22,23
39:6 43:7 58:7
62:8 99:14
100:15 128:19
128:20 137:8
144:12 156:16
166:20 167:7
**persons** 187:15
**perspectives**
15:15
**phase** 137:25
**phone** 18:9,25
20:22 58:10
155:1
**phones** 78:19
78:20
**photos** 85:10
**physical** 175:7
**physically**
20:23 102:7
**pick** 50:12
146:5
**picked** 26:5
182:16
**picking** 143:25
146:6
**pickup** 144:5
**picture** 47:23
**pictures** 38:1,6
**piece** 21:17
160:10 170:7

**pieces** 10:7
29:22 50:13
**piling** 146:4
**pillaring** 155:4
**pimp** 135:7
**pimps** 95:7
**pin** 68:2 152:14
**pio** 57:12
**pip** 179:17
**pipes** 36:11
**pit** 179:17,17
**pitch** 15:6
182:17
**pitched** 182:17
182:17
**place** 28:2
34:11 36:10
40:24 43:2
70:12 99:8
101:14 102:17
122:16,20
126:23 140:16
141:2 143:24
151:8 177:14
178:3
**placed** 34:14
**places** 10:19
31:11 40:21
68:23 127:18
139:15
**plaintiff** 81:24
**plaintiffs** 1:7
3:3 11:19,23
12:5 62:25

63:2 91:19
93:21 94:3
**plan** 24:23
111:10
**planet** 174:12
**planned** 13:12
19:18
**planning** 19:25
20:9 100:20
**plans** 24:18
89:20 114:3
**platform** 25:17
**platforms** 85:7
85:7
**played** 106:1
165:4 183:11
**playing** 16:6
109:23
**pleasantries**
75:24
**please** 5:18 7:2
8:6 66:22,25
94:6 103:16
180:5
**plot** 20:17
**podcast** 24:16
**point** 7:7 8:5
41:22 50:16
54:4,20 98:8
103:5 121:14
124:13 141:2
145:23 161:14
161:18 179:18

**points** 157:11
182:4
**pole** 157:13
163:3
**police** 13:23
57:12 80:15
103:21 125:18
154:19 156:24
157:7,9 159:5
160:25 161:1
163:1,3 164:5
171:2 175:4,7
175:22
**police's** 157:13
**political** 22:17
**pool** 33:23 46:8
**poor** 150:1
153:24
**pops** 85:15
**popular** 37:14
**population**
106:8
**porta** 143:20
144:10,19
145:4 154:13
**portion** 8:6
113:15
**poses** 161:10
**position** 29:10
37:17 39:25
44:20 109:3
122:10 169:5
170:4 171:4
174:12

**positive** 26:23
**possible** 149:7
159:17
**possibly** 120:2
159:16
**post** 21:21
23:16 84:17
85:10 86:14
87:4,19 88:2
**posted** 86:2
87:20 117:9,11
117:13 126:4
**posting** 22:5
87:12 147:11
147:22 148:4
149:3
**postings** 84:19
117:6
**postponed**
118:2,3,7
179:15
**posts** 86:12,15
86:17,24
**potato** 174:4
**potential** 23:18
37:5 38:11
**potentially**
107:18
**potties** 143:20
144:19 145:4
154:13
**potty** 144:10
**powerful** 20:7

**pr** 24:16
**practically**
116:23 157:6
**practice** 35:2
39:18 153:17
**practices** 17:5
93:13 165:10
**practicing** 35:8
41:22
**pray** 135:21
**prayers** 19:21
**prearranged**
59:19
**precarious**
139:10
**predatory**
134:3
**predominantly**
33:15
**preface** 73:16
**prefer** 58:10
**preparation**
9:18
**prepare** 8:21
**prepared** 9:15
12:23,25 13:9
172:24 173:4
173:16
**preparing**
11:21
**presence** 83:16
**present** 3:12
13:5 38:25
39:2,2,4 40:3

76:3,14 78:1
84:15 100:3,25
106:13 125:8
**presidential**
47:5 78:24
**press** 54:14,18
54:18 55:4
57:8 125:15
**pressed** 60:7
**pretty** 17:21
33:1 36:10
51:12 52:15
59:21 75:14
76:23 78:2
92:17 113:25
148:14 162:12
162:15 163:4
175:22 176:6
183:22
**prevent** 120:21
139:4
**preventing**
80:15
**prevention**
47:20
**previous** 9:23
86:17 94:10
**previously** 10:7
10:23 17:24
182:11
**prey** 133:25
135:17
**principle** 18:16

**prior** 49:3
99:19 101:12
**priority** 28:7
**prison** 118:17
118:18,20
**private** 113:17
113:18,22
117:22 144:21
145:10 167:13
**privately**
167:22
**probably** 27:14
32:20 43:16
64:4,5,13 65:2
65:16 66:16
67:7 79:9
80:23 81:11
83:1 91:3
95:15 128:20
146:15 161:13
176:13 180:18
183:24
**problem**
169:13 170:13
183:2,22
**problems**
183:13
**procedure** 3:16
**proceeding** 2:3
**process** 13:6
18:11 22:14
23:17 24:5
25:3 37:22
39:8,12 76:20

138:15 144:24
145:2 154:21
165:7 169:17
184:23
**processes** 165:9
**produce** 23:2
**produced**
146:13
**producing** 54:8
84:11
**production**
4:10 21:21
23:16 30:14
**program** 27:22
28:9,12 29:12
48:17 104:17
104:18 119:3
182:12 184:6
**programs**
47:20 49:25
50:10,12,12
184:25
**project** 3:6
154:24
**projects** 41:6
**promised**
127:12
**propaganda**
54:7,8
**propane** 156:4
**proper** 18:10
**properly** 113:4
**properties** 32:6
33:14 34:15

**property** 32:5
36:9 100:18
111:23 112:2
112:19,20,21
113:5,16,17,20
113:22 114:11
115:16 140:23
142:14 166:25
167:12,13
168:19 169:7
169:15 170:20
170:21,24
**proposing**
170:20
**protect** 95:5,6
136:10
**protecting**
167:19 176:20
**protection**
133:22
**protectors**
153:11
**proud** 92:8
**provide** 8:15
40:4 91:24
133:22 137:23
**provided** 108:8
**provider**
123:25
**provoking**
107:18
**psych** 141:11
141:17 174:23

**public** 2:5
10:23 11:1
21:15,24 22:2
22:3 23:15
44:15 46:1,11
48:6 50:3 59:6
161:4 167:24
168:1,2,6,21,22
178:24 187:24
**publicity** 118:4
**publicly** 20:20
21:11 25:14
167:21 170:25
**published**
26:18 27:6
117:5 118:14
**pull** 46:9 67:19
95:6
**pulling** 10:16
20:6
**punishment**
14:6
**purple** 104:7
**purpose** 57:5
93:19 97:14
111:5 133:4
134:3 137:5
**purposes**
132:22
**pursuant** 3:15
**push** 176:11
**pushback**
177:7

**put** 8:23,24
9:20 25:16
49:13 53:15
59:12 68:2
111:6 119:23
137:1,4,8
152:14 172:8
177:8,10
**putting** 15:16
145:8 149:15

**q**

**qualifications**
27:3,5
**qualified** 21:7
**quantifying**
126:16
**quashed** 166:1
**question** 6:11
6:13 7:1,10,11
16:10 19:13
35:18 69:13
72:13 73:20
89:1 94:10
107:24 111:9
118:16 150:15
150:24 152:21
158:11,19
160:17 161:22
161:23 165:2
**questioning**
149:24
**questions** 6:10
6:23 29:4

54:23 89:15
119:11 171:22
171:23 172:21
178:5 185:19
185:20
**quick** 53:16
179:2 184:17
**quickly** 101:9
102:2 109:20
123:2 155:24
157:15 159:17
163:4
**quite** 43:5
61:12 63:22
104:14 125:11
144:15
**quote** 60:12
155:8 180:5
185:10

**r**

**r** 5:19
**rack** 32:10
**raging** 36:23
**rainville** 51:21
**raise** 18:10
**raised** 20:21
21:14
**ramifications**
11:15 36:17
**rampant** 16:19
**ran** 54:18 59:8
60:3 81:11
155:8,14

**random** 150:5
**range** 180:7
**rapids** 41:20
42:21
**rat** 33:21
**rate** 16:24 33:7
141:22 187:11
**rather** 6:19
32:25
**rattled** 123:2
**reaching**
108:19
**read** 94:7,9
183:23 187:17
**ready** 138:8
**real** 20:21 31:1
31:9,25 32:23
33:3,12 34:2,4
34:9,12,17
35:3,5,7,9 36:3
36:20 40:10,17
41:11 53:10,11
53:16,17 94:20
102:17 111:6
111:16,20
131:13 149:24
174:11 177:15
177:20,20
184:22
**realistic** 120:9
120:11,12
121:20
**reality** 135:20
135:24 175:2

175:18
**realized** 138:7
**really** 6:8 10:8
11:20 13:7,8
13:12 15:10,13
18:20 20:5
21:19 24:20
25:16 27:10
28:2,3,7 29:21
29:23 30:11
31:21 36:24
41:3,7 42:3,6,6
43:10 48:20
49:25 51:25
54:12 55:19
56:13 58:17
59:11 61:21
63:23 64:17,18
73:2 76:9
78:25 84:25
88:14 98:16
102:21 106:25
108:17 109:15
109:22 115:14
115:18 120:8
121:19 126:1
126:10,22
128:20 129:24
130:1,3,7
131:17 133:3
137:14 139:2
143:15 155:9
155:14 176:22
176:23 181:13

183:2
**realtor** 111:7
**reask** 152:21
**reason** 8:14
12:2 67:8
100:22,24
107:23 114:10
116:25 117:2
117:17,18
119:14 135:3
142:7 161:25
179:15 181:25
**reasonable**
150:22 178:8
**reassuring**
105:22
**recall** 65:6
66:14 67:13
68:7 73:21
82:21 88:6
89:3 97:9
100:7 102:13
102:22,25
103:20,21
109:6,8 117:11
143:11 145:25
152:3,9 164:2
166:5
**received** 21:23
23:21 127:7
**recently** 179:11
**reciprocity**
34:19

**recollect** 8:18
**recollection**
68:11 87:11
**record** 5:18,23
5:25 38:7 45:1
55:13,16 62:17
62:19 124:22
152:17 171:20
187:8
**recorded** 6:6
6:16,20 118:10
159:1
**recording** 6:4
**recordings**
11:7 54:16
**recovering**
155:6
**recovery** 16:5
20:1,11,14
66:8 76:3,4
88:16 92:7,19
110:4 129:20
137:23,25
138:14,15
164:25 167:19
176:4,6,7,7,8
**recruit** 27:12
**recruits** 27:25
**red** 110:3,3,8
131:8 156:2
175:25 176:1,1
176:10,11,17
**redirect** 185:24
185:25

**redundant** 48:1
86:16
**refer** 141:12
**reference** 8:7
24:1
**referenced**
56:12 67:6
136:22
**referencing**
61:15
**referred** 27:24
**referring** 9:12
10:15 42:12
118:25 119:5
136:23
**regard** 180:16
**regarding**
10:14 26:12
36:2 55:25
58:15 66:8
91:8 117:7
173:17 176:3
**regardless**
54:10 134:19
137:17 140:17
140:18
**register** 30:22
**regular** 130:25
146:2 165:11
**regularly** 68:23
**regulations**
57:21
**reinforced**
137:9

**reinvestigation**
160:22
**relapse** 131:6
131:10
**relate** 25:21
**related** 10:22
11:1 13:20
20:2 21:20
23:11 24:22
25:21 26:7
27:3 31:17
40:17 47:13
51:15 54:23
66:16 78:13
92:25 107:1
131:1 133:16
137:22 142:15
159:5 161:1
172:8 178:21
**relates** 25:21
**relating** 47:14
**relations** 58:5
**relationship**
17:25 63:9,12
63:24 64:19
68:21 74:6,7
77:22 89:10
104:3,6
**relative** 187:12
187:13
**relevant** 115:14
169:16,18
**religious**
147:15 153:16

153:17
**reliving** 132:19
**remaining**
20:12
**remember** 33:7
40:21 46:13,17
57:9,10 60:1
60:11 64:15
65:2,9 69:6,22
70:14 71:8
73:19,24 77:8
79:8,10 81:19
82:18 87:16
89:12 90:25
94:12,19 96:10
101:17 102:18
102:24 103:8,9
103:10,11,14
104:15 105:21
117:9 118:9
125:17 145:24
147:11,14,15
151:8,10,19,20
151:22,22,23
151:24 153:5,7
153:7 158:3
159:6 163:11
163:12,14,17
164:22 165:3
165:13,17
173:5 181:12
181:13 182:10
183:8

**remind** 125:1
**reminder** 62:21
**remote** 1:16 2:1
2:3 187:5
**remotely** 5:3
144:14
**removal** 145:21
**removals**
146:10
**removing**
38:24 39:7
**renewal** 46:19
**renewed** 41:5
**rent** 37:19
116:17 117:2,3
**rental** 38:19
**reopen** 161:2
**repairing** 16:7
**repeat** 66:22,25
94:5 152:18
181:15
**repeated** 157:6
**repertoire**
18:23 57:16
**rephrase**
135:23
**report** 154:19
160:11
**reported**
156:24 187:5
**reporter** 1:24
2:5 5:1,21
62:10 94:9
124:17 132:5,9

132:14 185:23
186:1
**reporter's**
187:1
**reports** 9:23
156:14
**represent** 5:14
36:7 100:19
125:6 134:13
152:24 163:19
**representation**
113:5
**representing**
36:15 49:17
53:21
**represents**
107:25
**reputation**
18:21,23
**request** 56:6
**requested** 8:24
9:23 10:9
**requesting**
106:22 146:5
159:3 172:3
**requests** 4:10
9:25 57:24
107:10 161:5
**require** 146:19
170:1
**requirements**
32:25 34:25
**rescue** 119:1,2

**research** 9:1,5
**reserve** 185:20
**resetting** 166:7
**reside** 98:7
**resident** 50:14
**residential** 146:2
**residents** 78:15
106:5 127:13
127:14 133:17
185:6
**residing** 116:20
**resorted** 115:1
**resource** 81:12
89:24 91:1
96:7 106:14
127:9
**resources** 81:13 141:16
142:1 180:12
180:13,15
**respect** 91:25
**responding** 6:13
**response** 55:21
103:4,24 104:1
104:4
**responsible** 184:19 185:2
**rest** 32:16
146:10
**restaurants** 30:14

**restrictions** 32:24
**restroom** 62:12
**result** 20:24
90:18 156:1
160:3 178:2
**results** 52:16
160:1
**resume** 132:12
**resumed** 133:2
**retrieving** 95:9
**return** 51:23
54:15
**returned** 41:23
42:16
**reunited** 176:9
**review** 11:9,18
37:22 105:19
**reviewed** 12:18
159:25
**revoked** 49:23
**ride** 28:24
102:9
**rides** 68:23
**rig** 99:8
**right** 6:4 8:9
16:22 17:11
19:12 22:22
23:12,17 27:18
34:24 37:4
45:14 51:20
52:12 54:1
57:3,8,17 61:9
70:21,24 72:15

72:17 74:12
78:19 80:20
81:3 86:13
87:12 96:13
102:7 111:21
112:3 113:2
114:14,15,17
114:18 116:7
116:17 117:21
117:25 118:24
121:6 122:5,11
126:16 128:18
129:1 130:11
133:14 134:22
136:7 138:4,17
141:14 145:14
145:18 146:16
158:7,9 162:24
163:16 169:3,4
172:15 173:2
173:11,17
179:8 180:9
184:10,14
187:17
**rings** 117:16
**riot** 25:23,25
26:19 56:12
**risk** 161:11
**river** 34:21,23
**road** 110:3,3,8
131:8 175:25
176:1,1,10,11
176:18

**robertson** 2:13
**robin** 51:11
**rode** 55:10
**rodriguez** 3:12
**role** 16:7 37:15
37:17,23 38:18
76:5,11,15
109:23 168:3
184:8
**roll** 24:18
180:24
**rondel** 95:12,12
95:13,14
**roofing** 37:13
**room** 2:16 7:16
7:20,22 8:2,5
78:7 115:25
168:9
**roughly** 19:19
41:15
**rubble** 159:22
166:16,19
167:5
**rules** 3:16
**run** 59:5
176:14 182:9
**running** 81:19
**runs** 123:22

**s**

**s** 1:24 2:4 5:20
37:12 85:14
187:24

**s's** 85:13
**sabotage** 56:10
**safe** 98:24 99:4
    101:7,9,13
    102:1
**safer** 98:24
**safety** 99:10
    106:24 122:16
**sagataw** 1:6
    63:7,10 65:21
    66:13 67:12
    68:12 81:24
**sagataw's**
    66:21 67:3
**sake** 20:17
    56:18 87:18
**salary** 45:5
**sales** 34:11
**salvation** 119:1
    123:12
**sanctioned**
    171:8 176:12
**sandwich**
    148:20,22
    149:16 178:7
    178:10
**sarff** 2:14
**savvy** 84:14
**saw** 43:5 54:20
    64:3,15 71:13
    81:10 82:3
    89:23 91:1,2
    102:13 131:6
    132:22 135:14

136:19 138:23
    145:12 155:3,4
    166:24
**saying** 13:13
    26:21 39:16
    50:11 53:9
    55:1 61:6,23
    69:6 70:20
    72:16 74:8
    84:3 88:3 93:6
    96:1 97:24
    100:16 114:8
    115:9 118:9,22
    122:13 126:5
    126:14,15
    132:7 136:8
    137:20 138:3
    153:19 155:11
    156:3,19 157:7
    165:3 179:3
    180:12
**says** 150:19
    160:11
**scale** 98:23
**scared** 175:11
**scene** 78:6 79:1
**schedule** 55:19
**scheduled** 1:19
**schizophrenia**
    141:25
**school** 27:12,17
    27:20,21 28:5
    30:4,5 43:2
    58:10 74:12

75:17 141:9
    175:16
**scientific**
    143:16
**scope** 12:13
    42:14 68:4
**score** 35:14
**scrambled**
    155:15
**screaming**
    155:22
**screen** 6:4
**screening**
    24:19 25:6
**screw** 58:19,20
**se** 102:8
**seal** 187:19
**search** 157:1
**second** 33:11
    70:23 111:17
    152:15 165:16
    170:25 171:15
**secondary**
    84:23
**seconds** 55:12
    149:12
**secretary** 54:18
    55:4 57:8
**secure** 130:2
**security** 130:3
    133:2,2,11
    135:12
**see** 8:3 17:8
    56:16 70:16

79:7 80:17
    90:4 91:3
    104:7,14,14
    105:18 115:9
    116:7 131:7
    136:25 140:11
    141:8 142:9
    144:6,13
    151:17 157:6
    157:14 158:6
    158:17 159:19
    167:7 168:14
    171:18 184:18
**seedy** 55:17
**seeing** 94:12
    102:25 103:8,9
    103:10,14,20
    103:21 181:12
**seeking** 133:1
**seem** 178:7
**seemed** 61:1
    102:15 118:5
    162:12,16
    163:1 181:17
    181:23 182:3
**seems** 14:6
    128:4,15
    184:15,15,16
**seen** 11:22
    13:10,15,22
    52:3 63:22
    64:14 71:11
    100:15 110:20
    134:1 136:9

142:16 152:1
**sees** 18:18
**sela** 37:12,13
76:15
**seller** 36:15
**selling** 169:9
174:9
**send** 45:7 171:1
**sense** 6:14,15
12:15,21 38:21
64:11 94:16
98:1,2,2 100:8
122:24 124:21
147:5 178:23
**sensitivity**
107:16
**sent** 106:21
139:16 148:9
173:7
**separate** 34:17
156:17
**separately**
140:11,12
**september** 19:2
40:14 59:8
64:10
**serenity** 131:12
**series** 182:21
**serious** 9:10
**served** 171:24
**service** 120:22
123:25 146:9
**services** 23:20
121:12 127:12

144:18 146:2
146:19 182:24
183:1
**servicing** 145:4
145:21
**set** 39:10 80:18
102:2 113:22
114:19 115:6
115:13,24
119:1 127:2
151:6 164:19
164:21 166:1,2
166:4,17,18
167:9 169:8
170:16
**sets** 144:21
**setting** 8:1
115:20 170:7
**settlorism**
98:15
**seventh** 23:22
**several** 50:7
52:5 99:7
108:4 118:10
125:18 127:13
127:13 129:13
131:3 153:8
154:8 155:22
182:18
**shake** 6:19
**sharda** 2:12
5:12 62:10
185:23

**sharda.enslin**
2:18
**share** 46:7
88:18
**shared** 91:8
92:6 173:20
178:6
**sharepoint**
172:7
**sharing** 56:20
91:15
**shelter** 90:7,15
90:16 118:8,12
118:17,17,19
118:23 120:12
121:3,6 122:1
123:7,11,13,18
123:19 124:3,7
137:18 178:17
181:7
**shelters** 90:20
119:7,13,17,20
120:15,18
121:22 123:17
123:22 137:14
178:14
**sheriffs** 40:1
**shimmy** 43:11
**shirts** 104:7
**shoot** 87:22
**shooting** 24:25
**short** 25:13,18
83:7 151:9

**shorter** 166:6
**shorthand** 2:4
**shortly** 144:13
**shorts** 25:6
**shot** 79:23
**show** 17:13
36:8
**showcase** 54:8
**showed** 59:1
125:14,18
**shower** 43:9
**showing** 37:19
53:24
**showings** 38:17
**shows** 114:22
125:20 174:1
**shut** 105:23
163:6
**sic** 61:1 98:15
**side** 38:5 43:4
53:13,25 60:16
138:4 182:19
182:21
**sides** 53:21,21
54:4,9 111:9
**sign** 187:17
**signature**
187:23
**signed** 46:13
**signing** 33:14
**signs** 103:1
151:25
**silent** 59:15

**similar** 33:17
  65:5 74:8
  77:24 85:8,12
  138:17 184:2
**simplify** 21:18
**simply** 174:5
**single** 23:21
  30:10 45:12
  99:22 107:25
  142:11 146:14
  146:21 179:20
**sit** 58:18 66:19
  67:1,13 68:11
  77:8 88:6 89:2
  95:18 165:11
  165:21
**site** 97:10 99:20
  100:20 102:13
  103:1 111:3,12
  126:25 129:5,6
  129:16,24
  147:12 149:4
  149:10 151:11
  151:12,18
  152:6 159:14
  159:23 160:1
  162:6,8,11
  164:1 166:19
  167:4
**sites** 97:9 125:3
  167:9
**sitting** 73:20
  157:2 170:8,15
  170:18

**situation** 14:1,9
  24:7 67:19
  74:16 92:13
  107:13,19
  116:9 131:6
  139:10 171:10
  174:25
**situations**
  120:7 141:23
  145:7 151:3
**six** 30:21 75:8,9
  126:18,19
**skills** 22:24
**slab** 122:4
**sleep** 15:5
  84:11,23
  121:14 122:3
  122:12 181:1
**sleeping** 121:18
**slight** 83:13
**slotted** 111:4
**slow** 132:6
**slower** 132:17
  154:25
**smaller** 79:12
  129:18
**smiling** 156:3
**smoke** 155:3,4
  162:21
**smoker** 130:24
**snapshot**
  179:13,13
**sneak** 136:12
  136:22 140:11

**snelling** 15:23
**snow** 88:3
**sober** 154:4
**sobriety** 176:21
**social** 56:19
  83:8,11,15
  84:2,14,19
  85:6,25 86:18
  87:6,12 96:8
**socials** 22:5
**society** 22:21
**sold** 33:20
  138:6 183:18
  183:19
**solution** 184:15
**solutions** 56:16
**somebody**
  24:11 37:25
  43:6 75:17
  76:21 79:7
  90:5 91:16
  112:12,17,20
  128:6 130:1
  137:15 138:1
  138:13 141:6
  153:17 154:22
  156:15 168:12
  169:7
**someone's** 14:4
  114:20 115:4
**someplace**
  135:21
**soon** 37:3

**sorry** 21:13
  33:11 35:18,23
  40:21 44:10
  46:14 51:13
  55:9 64:13
  65:25 70:23
  71:5,16 72:25
  79:16 80:12
  82:24 83:10
  84:3 86:6 87:7
  88:24 95:15
  102:24 132:12
  132:17 152:13
  152:16,18
  161:24 163:18
  164:11 185:14
**sort** 13:12 15:6
  15:11 17:1,3
  34:8 46:9
  52:17,18 54:2
  55:16 56:13
  57:18 73:11
  105:7 111:8
  113:8 118:4
  121:12 129:19
  131:12 165:4
  171:9 174:19
  175:21 176:12
**sound** 6:24
  72:11 129:2
**sounded** 71:19
  183:7
**sounding** 83:25

**sounds** 27:16
74:7 129:1
**source** 30:2,3
154:16
**sources** 79:25
**south** 2:16
17:17 18:2
27:9,17 41:21
97:11 100:12
101:3 102:5
112:3 125:5
128:25 129:5,5
129:12 134:18
139:25 140:1
140:15 151:7
162:6 163:24
164:10 166:12
175:14,15,16
**space** 74:17
115:4 129:18
167:21,22
168:6,13
**spaces** 98:24
**spare** 42:5
**speak** 9:17 18:5
18:6 69:11
99:9,22 103:3
108:23 110:18
127:4 130:22
139:2 154:22
165:5 176:23
**speaker** 11:2,5
11:8 60:5

**speaker's** 11:3
**speaking** 13:2
92:9 94:22
99:23 103:11
108:21 109:24
120:19 130:16
149:5 159:2
**special** 41:5
**specialist** 76:4
**specific** 20:5
22:6 37:9 40:4
62:23 63:20
65:6 67:2,11
71:8 73:21
76:12,25 77:6
79:11 87:3
88:7 93:11,20
94:2 95:19,22
96:12 118:24
145:2 165:22
176:18 181:3
**specifically**
47:15,16,19
52:8 58:23
65:15 66:14
67:14 68:13
72:9 74:1 77:9
83:21 89:3
92:15 95:6
185:4
**specifics** 65:3
65:10 66:4
73:20

**speculate**
158:10
**spell** 5:17
**spend** 32:3
**spirit** 153:16
157:23
**spirits** 131:10
**splattered**
143:22
**split** 122:22
**spnn** 23:14
**spoke** 126:5
165:12
**spoken** 63:21
70:22
**spokesperson**
108:16
**spot** 183:20
**spread** 24:17
155:24 157:15
**spring** 87:25
**spun** 127:13
**squad** 125:20
**square** 31:14
**squats** 112:13
112:17
**squatting**
112:24 138:10
**squeezed** 60:18
**ss** 187:3
**st** 23:15 32:12
34:23
**stability** 23:20
30:12 120:7

137:24
**stable** 31:6
**stage** 19:13
21:20
**stages** 76:2
**stall** 43:9 169:9
**stance** 56:21
**stand** 111:1
**standards**
174:11
**standing** 43:9
65:14 154:17
**star** 118:14
**staring** 54:24
**stars** 24:25
**start** 17:13
19:1 34:2 54:5
73:15
**started** 15:12
34:4 40:23
41:1,13 46:18
46:21,23 64:9
69:11 110:1
131:14,16,17
131:18 155:21
157:12,14
158:18 161:19
**starting** 30:17
34:2 48:23
**starts** 109:19
**state** 2:5 10:5
10:14,20 15:23
15:25 17:14
24:2 34:25

35:13 36:1
42:8 44:11
45:1,11 47:7
47:13,24 48:6
48:11,16,22
49:4 50:12
100:7 117:4
119:1 124:9
142:5 182:12
185:1 187:2
**statement**
22:18 29:19
173:14,15
**statements**
172:22
**states** 1:1 34:18
34:25
**stating** 16:12
**status** 82:16
140:17,19
**stay** 82:4 99:12
107:14 117:1
119:22 122:4
123:16,17
185:7
**stayed** 107:20
**staying** 42:22
99:16,18,19
119:17 177:17
**stenographic**
1:24 2:4
**step** 23:7 42:22
42:25

**stepped** 133:19
154:11,22
155:1
**stepping** 60:16
**sticks** 70:4
**stipulate** 5:2
**stirred** 149:23
**stole** 112:18,19
**stolen** 78:20
116:10
**storage** 119:8
181:13
**stores** 139:1
**story** 20:17
42:24 50:24
54:1 66:8
67:16 78:8
79:3 87:2
88:18 89:21
91:6 156:5
165:13
**straight** 118:18
**straightforward**
75:15
**strange** 153:12
**strangers** 17:13
**street** 2:16
69:23 71:10
99:1 102:21
116:3 120:2
134:11 136:6
137:18 142:12
154:18 163:4
164:18 182:20

183:5
**streets** 16:19,21
18:20 63:14
64:2 101:17
102:16 104:16
126:18 134:20
175:20 179:6
**strength** 134:4
135:11
**stressed** 53:20
131:16
**stressful** 30:24
**stressors** 131:5
**stretch** 30:1
**strictly** 49:17
**stroke** 20:25
41:14 50:17,21
**strong** 64:18
**strongly** 111:2
164:16 176:6
**structure** 70:1
**stuck** 10:8
**studies** 130:19
**study** 36:22
154:24
**studying** 33:9
**stuff** 20:22
23:16 26:6
28:20 40:1
48:20 66:10
71:5 78:21
81:15 86:12,20
88:19 92:19
94:13 102:10

102:20 112:12
118:10 119:8
122:20 130:7
155:17,21
156:4 161:5
162:24 165:7
167:20 183:18
**stuffing** 41:1
**style** 25:1 59:6
59:24,25
**submit** 10:3
**submitted**
56:10 173:1
**submitting**
24:23 37:21
**subpoena**
171:25 172:9
**subsequent**
142:15
**substance**
35:19 174:25
**substances**
173:23 176:7
**substantial**
126:11,23
187:16
**suburbs** 32:13
60:22
**successful**
28:21 31:5
**sucks** 121:18
**sudden** 114:6
155:19

**suddenly** 87:25
  123:1
**sue** 33:3,5
**suffering** 98:22
**suffice** 121:3
**summer** 20:10
  43:25
**sunday** 36:13
**super** 21:9
  119:25
**supplement**
  170:2
**support** 31:6
  76:17
**suppose** 104:20
**supposed** 41:3
  150:21
**sure** 6:22 9:7,8
  9:14 10:12
  32:19 38:2,6
  44:22 65:20
  67:1 69:1
  72:15 80:22
  87:17 90:17
  91:14 95:17
  100:13 108:18
  120:24 121:17
  123:21 124:1
  124:10 125:25
  126:20 127:4
  130:15 133:19
  167:14 173:9
**surgeries** 80:4

**surprising**
  164:15
**surrounded**
  157:24
**surrounding**
  52:9 80:2
**survival** 30:8
  114:25 122:7
  166:22 169:20
  170:8
**survive** 116:2
  142:16,23
  166:23 168:24
  169:3,3 170:6
**survived** 80:3
  162:15
**suspicion**
  159:10
**suspicious**
  154:8 156:3
**sustainable**
  30:24
**swear** 5:2
**sweeps** 57:23
**swim** 33:22
**switching**
  62:11
**sworn** 5:7 8:10
  187:6
**symbiotic**
  70:20
**system** 27:21
  123:7 124:3,7

**t**

**take** 7:5,7,12
  17:11 27:13
  35:11,12,16,20
  53:13 60:21
  62:12 83:13
  118:15 124:13
  124:14,18,18
  139:17 171:12
  171:14 177:12
  181:24 182:1
**taken** 1:18 2:2
  92:2 122:15
  183:17,21
**takes** 92:9
**talk** 6:9 20:8
  27:15 56:24
  62:22 64:24
  65:4 72:8 73:9
  76:9 95:11
  104:7 125:2
  132:16 154:25
  175:25 181:11
**talked** 43:19
  48:2,4 55:11
  57:1,7 63:18
  64:20 67:5,12
  68:25 72:23
  92:14 96:14
  97:10 121:8
  125:4 181:14
**talking** 24:1
  30:21 51:14

  60:14 66:7
  73:7,25 76:14
  78:16 84:1
  87:13 88:16,16
  88:17 94:15
  95:1 96:16
  98:4 106:2
  110:10 114:14
  132:10 165:15
  171:11 172:23
  180:8 181:20
**target** 115:6
  133:5 135:22
  136:2 150:1
  175:21
**targeted** 54:19
  98:22
**task** 80:15
  108:20
**tasked** 133:13
**tax** 169:1
**taxes** 168:4
**taxpayers**
  168:14,17
**tbh** 19:21
**team** 54:14
  103:4 104:1
  160:19
**tearing** 152:12
**tears** 9:8
**technically**
  162:20
**teen** 18:4

television 23:15
tell 13:17 15:1
  16:15 31:8
  45:17 51:24
  59:22 63:6,9
  68:20 74:6
  77:5,21 83:15
  89:9 91:20
  96:2 97:8
  108:13 109:9
  125:10 129:15
  129:17 152:23
  162:10 187:6
telling 89:3
temp 40:17,22
  41:5,14 90:11
temping 40:24
ten 26:9 32:22
  134:11 171:12
tenants 38:11
  38:11 140:23
tend 133:24
tendency
  187:16
tense 59:10
tent 69:25
  139:8
tentative 89:20
tents 138:24
  139:14,24
  166:4
term 15:12
  17:2 60:13
  61:14,18,22,25

62:4 110:4
  112:16 118:16
  162:23 174:7
  174:18 176:1
terms 13:22,22
  17:21 19:18
  20:16 28:5
  33:18 62:3
  65:3 66:9 73:7
  85:9 99:10
  119:6,22
  120:16 166:7
  168:21 178:2
testament
  123:15
testified 5:8
  73:17
testify 8:11,19
  12:23,25 13:9
  13:18 172:24
  173:16
testimony 8:15
  113:6 121:21
  123:15 127:19
  135:15,18
  140:3 160:12
  160:14 161:15
  166:8 187:8,8
text 58:11
thank 7:4 8:9
  15:4 53:3
  62:16 103:20
  143:6 152:22
  171:19 172:12

173:19 174:16
  175:23 176:25
  177:25 181:4
  185:5,21,22
thanking
  183:10
thanks 172:17
thc 131:1
theme 78:12
therapy 121:11
thing 6:12 7:9
  18:9 29:16,25
  44:7 53:19
  63:15 70:9
  74:11,18 76:25
  91:18 93:3
  95:16 102:14
  106:7 120:17
  129:25 130:9
  130:18 131:21
  131:25 138:2
  138:18 148:21
  151:23 158:20
  163:5 168:15
  168:23 176:22
  179:5 181:3
things 9:23
  11:1 14:11
  15:10 21:22
  23:2 30:10
  31:6 33:5 38:3
  38:13,15,17
  39:10,24 46:16
  47:14 49:23

53:25 56:10
  57:22 66:9
  69:1 70:13
  73:4 78:3,18
  78:22 85:16
  87:17 88:12
  92:10 93:8,20
  98:4,17 101:4
  101:11 104:10
  105:25 106:1
  110:17,17,25
  114:9 118:11
  120:22,23
  125:24 126:1,8
  128:10 132:20
  132:24 136:16
  136:18 142:14
  144:4 154:6,6
  167:19 171:14
  176:5 177:23
  178:21 180:17
  180:21 185:3
think 8:16 16:7
  21:3 26:14,24
  30:17 33:7
  34:20 36:2
  37:11 40:9
  44:23 46:20
  49:20 51:21
  53:9 57:2
  61:17,18 62:7
  64:8,9 68:8
  69:14,22 70:5
  72:18 75:6

83:6,18 85:18
86:1,13 87:16
87:20 88:4
90:11,18 91:2
91:5 97:10
99:6 107:22
108:1,2,4
110:22,24
112:7 113:7,9
113:25 114:21
114:22 115:2
116:1,4,12,14
117:11,15
119:25 120:6
121:11,15,17
121:19 122:8
122:14 124:12
124:16,20
126:7 128:22
129:21 131:20
137:12 138:15
140:21 146:8
146:11 150:13
150:14 151:3
153:23 159:6
161:6,9,11,15
161:18 163:13
163:22 164:19
165:14 167:20
168:8,10
169:18 171:6
173:5 177:11
177:25 179:11
179:22 180:22

183:22 184:13
185:10,18
**thinking** 51:15
64:12 77:1
154:13 163:22
**third** 20:12
60:24
**thirds** 19:20
22:8
**thoroughly**
125:12
**thought** 96:25
99:15 128:13
165:19,19
**thoughts** 54:6
**thousand** 99:7
180:9
**threads** 86:8,10
86:15
**threat** 50:3
**threatened**
145:5
**three** 14:23
23:4 30:19
41:15 60:2
81:3 91:3
151:6,14 155:2
156:21 164:20
165:18
**throw** 112:11
**throwing** 93:7
**thrown** 122:17
**ticket** 42:23

**tiger** 77:19 79:5
81:5
**tiktok** 85:8,10
**time** 17:11
18:12,22 19:5
24:4 30:8,16
30:18 31:19
32:3,17,19
33:9 36:24
43:10 46:12
47:10,17 50:4
50:21 55:11
62:11 63:23
64:3,15 69:10
70:17 71:8,11
71:13 73:1
75:4 76:1,11
79:4 80:14
81:6,10 82:3,9
82:11,13 83:1
83:4 88:22
89:23 90:13
92:21 94:20
96:21 98:19
108:8 109:21
124:19 125:17
126:7,9,13,16
126:20 130:9
133:19,20
144:16 151:2
153:22 156:17
156:23 157:5
165:14,16,17
165:18 170:1,4

172:13 177:13
177:19,20
179:18
**times** 11:6,7
18:3 22:19
23:4 27:6
28:25 30:9
38:25 53:7
56:8 57:24
67:15,17 68:24
70:22 72:5
78:4 82:7
86:13 93:10
97:17 99:15,16
103:22 105:10
129:13 145:20
158:22 174:18
**timing** 43:8
46:16 87:21
111:14
**title** 40:19
**today** 6:3 7:19
8:12,15,19 9:4
17:6 66:19
67:1,13 68:12
73:21 77:8
88:6 89:2
95:18 107:4
148:1 165:21
171:25 172:13
172:22 174:18
182:5
**together** 7:17
8:2,23 9:20

15:17 19:5
119:22 122:8
164:5
**told** 36:9 55:18
56:8 65:21
68:12 77:9
93:21 164:13
**took** 32:12,14
46:5 109:3
138:9 151:24
173:7
**top** 28:3 32:20
46:20 58:22
90:11 95:20
101:23 117:17
119:18 145:25
147:1 159:6,22
175:3 185:8
**topic** 13:8
14:16,19 15:11
51:10 54:23
55:3 56:21,22
60:11 65:12
109:25 122:9
**topics** 13:17,20
20:15 52:8
62:11 65:5
92:18
**total** 31:20
**totally** 104:12
184:22
**touch** 49:13
72:3,6 79:15
79:17 82:11

83:5
**tough** 97:21
**touring** 28:22
28:22
**touted** 127:8
**towards** 32:23
92:7
**town** 59:6,24
59:25 105:1,6
**track** 11:6 48:2
64:7 120:2
**trade** 104:8
**tradition** 15:20
153:16
**traditions**
165:9
**traffic** 32:21
**traffickers**
130:4 133:6,9
**trafficking**
16:20 95:7
**training** 36:18
41:9 53:12,17
53:18 111:19
**trajectory**
30:11
**trans** 120:23
**transcribed**
187:8
**transcript** 3:14
6:2,7,20 91:22
186:2 187:18
**transfer** 137:24

**transferred**
27:19
**translate**
153:12
**transmission**
130:20
**transpired**
152:23
**transport**
129:4
**transported**
102:6
**transporting**
101:25
**trap** 139:13
183:20
**trapping**
138:12
**trash** 144:4
145:21 146:9
146:13 147:4
**trauma** 70:13
90:14 94:20
97:23 98:10
121:10
**traumatized**
162:13,15
**traumatizing**
90:22 176:8
**travis** 74:2,16
74:19 75:5,22
77:2 82:14
**treatment**
130:8 133:1

151:2
**treaty** 112:22
**trend** 156:20
**trespassing**
14:7 80:20
102:25 115:21
115:22 116:8
151:25
**trial** 96:20
185:20
**tribes** 116:19
116:22
**tribune** 118:14
**tried** 53:8
57:23 86:13
149:11
**triggered** 121:9
**troopers** 100:8
**truck** 146:16
**true** 60:7 61:5
142:7 187:8
**truly** 112:18
**trunk** 102:10
**trust** 17:6,11
17:15 18:20
55:14 70:18,19
88:24
**trusting** 17:25
**trusts** 17:19
18:17
**trustworthy**
18:22
**truth** 175:2
187:7

| | | | |
|---|---|---|---|
| **truthful** 8:15 | **twins** 65:17 | **u** | 67:23 68:4 |
| **truthfully** 8:11 | **twitter** 85:3 | | 73:17 79:4 |
| 8:19 | **two** 14:18 | **u** 32:14 | 88:23,25 89:22 |
| **try** 47:19 54:13 | 19:20 20:15 | **uber** 43:23 | 90:3 91:18,25 |
| 59:13 67:18 | 22:8 34:12 | **uh** 68:1,10 92:3 | 92:11 93:18 |
| 74:17 104:8 | 49:2 53:25 | 97:12 119:4 | 95:21 96:2,4 |
| 105:24 132:16 | 55:12 58:23 | 130:17 153:1,4 | 100:1,4,5,11 |
| 133:9 135:9 | 64:5,11 69:17 | **ultimately** | 111:9,23 112:1 |
| 140:6 142:17 | 80:4 101:22 | 30:15 32:2 | 115:7 134:15 |
| 151:1 154:25 | 109:18 114:8 | **umbrella** 67:20 | 137:1,4 144:17 |
| 159:19 165:25 | 129:9 142:22 | **unable** 8:14 | 149:19 171:24 |
| 179:20 180:18 | 143:9 145:22 | **unanswered** | **understanding** |
| **trying** 11:6 | 146:7,25 147:9 | 59:15 | 10:3,13 14:9 |
| 14:2 20:8 | 151:6,9,14 | **unceded** 112:9 | 39:22 50:19 |
| 37:19 40:21 | 152:2 156:22 | 112:9 113:12 | 79:23 92:12 |
| 41:17 46:13,17 | 156:23 164:7 | 113:13,14,20 | 95:24 100:13 |
| 48:2 57:19 | 164:20 165:14 | 114:11 115:17 | 137:7 140:10 |
| 67:24 76:9,18 | **type** 16:22 | **uncertainty** | 140:18 143:7 |
| 80:17,18 83:6 | 28:20 35:15 | 117:14 125:13 | 144:20 159:9 |
| 90:20 94:12 | 44:7 63:14 | 125:22 131:24 | 160:4,9 167:6 |
| 110:7 132:22 | 74:18 85:14 | 177:18 | 167:8 173:18 |
| 137:22,23 | 86:12 100:17 | **under** 8:11 | 182:14 |
| 138:18 151:19 | 113:10 148:21 | 45:14 46:6 | **understood** |
| 160:21 161:2 | 177:23 178:25 | 62:22 69:16 | 7:12 8:9 52:23 |
| 162:17,18 | 183:1 | 85:22 125:1 | 98:21 140:4 |
| 163:12 180:14 | **types** 65:11 | 127:10 136:4 | **unemployment** |
| **tuesday** 96:6 | 67:21 154:6 | **underlying** | 49:23 |
| 150:20 | 184:25 185:3 | 22:20 114:10 | **unfair** 113:25 |
| **turn** 90:5 | **typical** 90:19 | **understand** 7:2 | **unfolds** 19:17 |
| 119:12 | **typically** 8:1 | 8:10 9:1 11:9 | **unfortunately** |
| **turned** 155:5 | 65:12 66:3 | 11:12 12:2,4,8 | 27:13 44:16 |
| **turning** 30:16 | 94:22 131:7 | 12:19 35:17 | 46:4 47:3 |
| **turns** 88:1 | | 50:20,20 61:13 | 57:18 59:11 |
| 112:13 | | 61:24 62:2,24 | 78:6,25 177:15 |

183:11
**unhoused**
16:18 17:16
18:8 26:7,13
51:14 78:14,17
80:19 81:14
114:23 122:15
134:22 141:19
143:15 153:25
179:12,21
**unhousing** 15:8
**unicorn** 25:23
25:25 26:19
56:11
**unique** 106:7
**unit** 37:20 38:8
112:14 138:10
138:11,14
183:19
**united** 1:1
**units** 38:20
139:17 182:23
183:17
**universities**
28:3
**university**
154:23
**unoccupied**
157:15 158:21
169:11 170:9
**unpack** 10:10
29:3 55:22
**unquote** 60:12
155:8

**unreasonable**
150:12
**unseasonably**
158:3
**unsure** 66:1
125:23
**unused** 168:13
**upper** 33:21
**uptown** 32:11
**urban** 106:17
107:10
**urgency** 94:14
**urinate** 145:18
**urinating** 145:9
**usa** 35:3
**use** 62:3 113:2
114:3 131:10
169:15 170:9
174:7,25
183:20
**used** 33:21,22
57:11 61:15
75:16 111:5
114:3 115:18
122:7 157:8
158:6 168:7,19
169:7 170:22
174:17 181:12
**user** 130:25
**uses** 60:13
**using** 14:23
57:17 131:2
138:20 139:4,7
139:8,9,11,18

139:20,24
169:17
**usually** 26:10
29:24 59:21
65:4 66:6,6,10
92:19 94:16,20
160:22 175:5
179:14,19
180:23

| v |
| --- |

**vacant** 31:21
114:2
**valid** 160:17
168:7 178:9
**value** 142:14
174:10
**valued** 29:21
29:24
**variables**
143:17
**variation**
123:10
**variety** 52:5
108:11 109:13
110:16
**various** 11:1
49:24 76:15
103:22 141:17
153:10
**varying** 108:5
109:8,13
**vast** 52:7
119:20 120:18

179:24
**vaulted** 163:3
**velázquez**
58:19 59:17
61:19 103:17
103:19 105:11
**verbal** 6:18
**verbiage**
160:25
**versus** 167:13
167:22 180:12
**vetaw** 50:9
51:8
**video** 6:6 14:24
18:18 26:9
28:20 69:24
70:4 103:22
105:15,19,19
125:11,20
149:13 152:8
154:15 157:13
161:20
**videoconfere...**
1:16 2:1 5:3
**videos** 148:10
**viewed** 50:2
175:21
**viewpoint**
53:24
**views** 52:19
108:12 110:16
**village** 110:8
176:12,18

**violated** 112:22
**violence** 16:20
  111:15 175:5,6
**virus** 50:6
**visit** 71:21 82:6
  97:16 129:8,13
  136:24 162:8
  166:20
**visited** 151:12
**visits** 129:16
  162:11
**visually** 128:4
**vocabulary**
  96:20 110:10
  110:13
**voicemails**
  54:16 55:6
**voices** 15:15
**volunteer**
  88:21 133:3
**volunteered**
  133:21
**volunteers**
  106:3 117:23
  133:17
**voting** 78:13,15
**vs** 1:8
**vulnerable**
  16:18 17:14
  24:3,7 49:19
  50:14 133:25
  134:9 135:21
  150:4

**vázquez** 103:16

**w**

**wails** 36:12
**wait** 6:11
**waived** 187:18
**wake** 50:13
  79:13
**walk** 21:4 38:1
  97:7 134:8
  141:8
**walking** 134:11
**wall** 57:18,20
  90:23 99:24
  101:1,14
**wallet** 155:16
**walls** 143:23
**wandering**
  102:17
**want** 6:22 7:2
  9:24 10:10
  15:7 17:20
  26:13,22 29:11
  30:17 33:25
  39:24 43:14
  44:10,22 46:17
  47:17,23,25
  53:5 55:22
  56:15,16,16
  57:15,20 58:7
  59:7 62:22
  68:2 81:22
  87:8 89:14
  96:17 102:2

103:17 110:5
118:14 120:25
122:4,12 123:3
123:16 130:14
130:15 133:25
134:6 135:2
136:21 141:3,4
141:8 142:12
143:13 152:13
153:20 171:14
179:22 181:15
185:8
**wanted** 9:14
22:15,19 31:1
32:2 43:14
53:15 55:14
56:14 125:2
149:6 168:18
170:9,12,16
173:9,19,24
174:17,19
175:24 177:12
178:13,15
**wanting** 54:8
**wants** 54:22
121:5
**warm** 121:18
158:3
**warming** 90:9
**warning** 13:25
93:10
**warranted**
91:23 140:21

**warriors** 20:2
  20:11 153:14
**wary** 54:7
**waste** 146:13
**watch** 158:19
**watching**
  154:18
**water** 122:2
  153:11
**way** 6:6 19:12
  22:8 36:14
  41:2 49:9,16
  50:18 55:12,17
  58:10 61:21
  62:8 72:11
  84:15 90:19
  92:4 98:13
  101:16,19
  110:17,17
  111:13 122:13
  128:21 130:20
  130:21 134:9
  135:6 166:23
  167:16 171:7
  181:20,22
  183:10 185:1
**ways** 52:13
  67:17
**we've** 5:25 7:10
  25:19 43:19
  48:1 59:9 72:5
  72:18 93:25
  97:10 124:13
  157:6 184:17

**wears** 86:1
**weather** 76:10
　116:3 121:15
**webinar** 11:7
**webinars** 10:6
**wednesday**
　1:18 2:2 187:5
**week** 30:19
　41:3 132:24
　145:20 146:7
　146:16
**weekly** 89:25
**weeks** 81:4
　91:3,4 127:24
　128:12 156:22
**weird** 88:2
　97:23
**wellbriety**
　165:1,11
　176:17
**went** 27:17
　28:8 65:17
　78:2 90:14
　101:2,5 117:7
　117:10 127:3
　127:15,17
　131:10 155:15
　159:18 166:14
　166:14 181:6
　182:16 185:7
**west** 101:22
**western** 32:13
**whatsoever**
　154:21

**wheelhouse**
　160:24
**white** 108:16
　154:17 155:4
**wide** 52:5
　108:11 109:13
　110:16
**widely** 108:5
　144:6
**widespread**
　23:24
**wild** 153:25
**wildly** 156:5
**willing** 121:14
　145:12
**window** 115:24
　137:15
**windows**
　184:21
**winter** 87:22
　156:20
**winters** 169:21
**wired** 37:2
**wish** 77:17
　113:3
**withdrawal**
　76:7 165:7
**witness** 3:3 4:3
　5:2,7 12:5
　13:19 29:6
　62:16 94:11
　96:16 132:8,11
　132:16 152:18
　171:18 172:1,4

　172:11,15
　185:22 187:6,9
　187:18,19
**witnessing** 13:2
　14:11
**wolf** 131:25
　177:2
**woman** 95:3
　134:7 135:4
**women** 92:11
　95:6,9 141:21
　141:21 164:23
　167:19 176:21
**women's** 81:12
　89:24 96:7
　106:14 164:22
**wondering**
　73:14
**wonsley** 51:11
**wooden** 149:3
**woodstove**
　158:13
**woodstoves**
　157:25 158:6
**word** 24:17
　57:17 132:7
**work** 23:9
　25:21 26:5
　30:15 31:4,8
　31:15 34:1,3,7
　38:10 41:10,11
　43:19 45:12
　47:24 48:2,5
　48:11 49:3,5,5

　51:2 88:21
　104:16,18
　160:22 164:4
　170:1
**worked** 26:8
　29:15 40:18
　41:2 43:8,23
　46:10 50:20
　164:5 174:8
　182:10
**workers** 175:9
　179:7
**working** 29:13
　29:18 30:13
　32:23 33:13
　34:4 35:5 37:8
　37:9 40:16
　48:6,8 54:12
　92:7 106:12,13
**workings** 145:1
**works** 49:10
　172:10
**world** 108:1
　153:12 177:15
**worse** 87:17
**wrap** 19:21
**wraparound**
　183:1
**wrapped**
　171:16
**wrapping**
　171:14
**written** 6:7,17
　11:18,23

**wrong** 50:15
96:10 106:7
122:24 144:22
154:15 160:25
165:16,20
**wrote** 26:16
56:11

**x**

**x** 45:6 85:4
86:9 104:10
**xyz** 135:8

**y**

**yard** 31:14
168:13
**yeah** 9:14
10:18 11:11
14:21 21:13
35:8 37:11
38:16 39:1
42:13,22 47:5
48:13 49:8
50:23 55:8
57:25 58:16
62:14 64:6
70:21 71:7
75:14,25 77:23
78:23 82:6,13
83:17 87:15
91:2 92:5,20
94:11 95:24
105:15 108:11
113:19 115:21
115:23 124:17

126:6 128:9,14
129:3 130:15
132:11,11,12
136:3,14
137:20 142:25
143:1 148:14
151:12 166:13
**year** 19:24
43:24 46:23
64:5,14 71:14
71:14,15 97:5
97:6 111:13
117:2 179:16
179:22
**year's** 31:20
132:4
**years** 13:6
14:23 30:7
41:15 46:15
51:16 64:5,11
93:17 99:3
131:3 147:3
**yep** 71:1 75:1
89:17 125:9
143:6 185:14
**ymca** 123:10
**york** 18:3 24:19
28:23 30:19
31:2,10,16
32:9 34:4,21
35:6,7,8 147:3
**youtube** 25:14
83:12,20 84:6
84:16,17

**yurt** 154:8
155:18 157:15
158:20
**yurts** 139:14
157:25
**ywca** 123:10

**z**

**zero** 90:11
121:15 157:18
**zone** 113:8
**zoom** 1:16 2:1
2:3 5:3 7:15

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.