# EXHIBIT C

**TO PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1              UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA

2

3                          Case No. 24-cv-00001(ECT/ECW)

_____

4

Cheryl Sagataw, et al.,

5

                          Plaintiffs,

6        -vs-

7    Mayor Jacob Frey, in his
     individual and official capacity,

8

                          Defendant.

9    _____

10

11                    VIDEOCONFERENCE

12                    DEPOSITION OF

13                    JARED MARING

14                    May 30, 2025

15                    9:03 a.m.

16

17

18

19

20

21

22

23

24

25   COURT REPORTER:  ERICA M. EGGEN

1    The videoconference deposition of Jared Maring is taken
2    on May 30, 2025, with all parties appearing remotely,
3    commencing at 9:03 a.m. pursuant to Notice.
4
5                         APPEARANCES
6
     CLIMATE DEFENSE PROJECT
7    Attorneys at Law
     PO Box 7040
8    Minneapolis, Minnesota 55407
     651.343.4816
9    kira@climatedefenseproject.org
     claire@climatedefenseproject.org
10   By Kira Kelley and Claire Glenn
     appearing on behalf of the Plaintiffs.
11
12   MINNEAPOLIS CITY ATTORNEY'S OFFICE
     Attorneys at Law
13   350 South Fifth Street
     Room 210
14   Minneapolis, Minnesota 55415
     612.673.2180
15   sharda.enslin@minneapolismn.gov
     kristin.sarff@minneapolismn.gov
16   heather.robertson@minneapolismn.gov
     By Sharda Enslin, Kristin Sarff, and Heather Robertson
17   appearing on behalf of the Defendant.
18
     ALSO IN APPEARANCE:
19
     Dalia Rodriguez
20
21
22
23
24
25

1                    I N D E X

                                            PAGE

2

JARED MARING, DULY SWORN............................  4

3

EXAMINATION BY MS. ENSLIN..........................  4

4

EXAMINATION BY MS. KELLEY.......................... 85

5

REPORTER'S CERTIFICATE............................. 99

6

7                  E X H I B I T S

8

9        No exhibits were marked during this deposition.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      JARED MARING,

 2              having been duly sworn, was examined

 3                  and testified as follows:

 4                      - - - - -

 5          MS. ENSLIN:  Were you going to say something

 6      else, sir?

 7              THE WITNESS:  I didn't know if it was "I do"

 8      or "yes."  I felt like I was getting married for a

 9      second there.  I was -- I was like -- I was -- which is

10      the -- which is -- is it "I do" or "yes"?  But, yes.

11      But anyway, yes.

12                      EXAMINATION

13  BY MS. ENSLIN:

14  Q    Okay.  Well, good morning.  Can you say and spell your

15      full name for me, please?

16  A    Jared, J-A-R-E-D, R -- well, Jared Maring, J-A-R-E-D,

17      M-A-R-I-N-G.

18  Q    Good morning, Mr. Maring.  My name is Sharda Enslin.

19      I'm an assistant city attorney with the City of

20      Minneapolis, and I represent the mayor in this lawsuit.

21      You understand that you've just sworn an oath to

22      testify truthfully.  Correct?

23  A    Yep.

24  Q    Have you ever had your deposition taken before?

25  A    No.
```

1   Q   Well, I'm going to go over a few ground rules about how

2       this is going to work today.  The first one is I ask

3       the questions; you give the answers.  There is a court

4       reporter, Erica, here who's taking down a transcript of

5       everything we say.

6            While we're appearing via Zoom and video

7       currently, this isn't being video recorded in any way,

8       so it's going to be really important that we get an

9       accurate recording from Erica about everything that is

10      said today.

11          So to make that possible for her, you and I are

12      going to have to make sure that we don't talk over each

13      other at all.  And the way we'll best do that is when I

14      ask a question, if you could, just let me fully ans- --

15      ask the question, even if you think you know where I'm

16      going or you have an idea of an answer before you start

17      your answer.  And I will do the same when you are

18      providing an answer.  Does that make sense?

19   A   Yep.  That makes sense.

20   Q   The other thing is, again, because this is going to be

21      preserved via written means only, it's going to be

22      important that you answer all your questions with a

23      verbal answer rather than a head nod or a head shake.

24      Does that make sense?

25   A   Yeah.  That makes sense.

1   Q   If you don't understand a question that I ask, feel

2       free to ask me to clarify at any point as well.  I

3       am -- excuse me.  We're going to take breaks at varying

4       points throughout the morning and afternoon.  But if

5       you ever need a break outside of the scheduled breaks

6       that we take regularly, feel free to let us know.  The

7       only thing that I would ask is that you make sure if

8       there's a question pending that you answer the

9       question, and then we'll take a break.  Understood?

10   A   Yeah.  For sure.  That's all understood.  As far as --

11       in -- that goes, like, I -- I had some -- I didn't

12       realize, like, how lengthy of a pro- -- like, and --

13       and not having done one of these before, like, how

14       lengthy of a process that it can be, I guess.  And I

15       also, like, just kind of had a nose surgery thing that

16       was kind of unexpected.  But, anyway, so I have, like,

17       a -- like, a 1:00 p.m. meeting I'm trying to get to, if

18       possible.  But if -- if I can't, we'll figure it out,

19       but...

20   Q   Okay.  Thank you for letting me know.  And I understand

21       that.  Why don't we see how the morning goes, and we'll

22       be able to give you a better idea in a couple hours if

23       it sounds like that will work or it sounds like maybe

24       that would be an issue.

25           I don't really know for sure right now.  It's

1       possible that that would not be a conflict, but it is

2       possible that it would be.  So it's just going to kind

3       of depend how the morning goes.  So why don't we touch

4       base on that in a little bit, if that sounds okay to

5       you?

6  A    That sounds great.  Yeah.

7  Q    Because we are appearing via Zoom, I am going to ask

8       you to let me know now if there's anyone in the room

9       with you where you are?

10  A    No.  No.  No one in the house.  No.

11  Q    Okay.  Typically, depositions are conducted in person,

12       so we're all in the same space, so it's easy to tell

13       who's participating.  So I just ask that if anyone does

14       enter the room where you are sitting and when we are on

15       the record, if you could, just let us know so it can be

16       reflected in the transcript that someone else was

17       present.

18  A    Can do.  Yeah.

19  Q    So are you -- is there any reason today why you would

20       be unable to give truthful testimony in response to the

21       questions that I ask?

22  A    No.

23  Q    And I know that you had -- you just mentioned that you

24       had had a surgery.  Are you taking any medications that

25       would impact your ability to remember or to testify

1       today in response to my questions?

2   A   I don't think so.  I mean, all I'm on is, like, a

3       steroid, which they said might, if anything, give me

4       energy.  So I would assume probably would be okay.

5   Q   Do you feel clear of mind as you're sitting here today?

6   A   Yeah.

7   Q   And you understand that you've been identified as an

8       expert witness in this case.  Correct?

9   A   Yes.

10  Q   And what do you understand this lawsuit to be about?

11  A   I mean, from -- yeah.  From what I understand, it seems

12      to be about, like, the evictions, like, in the

13      encampments, primarily in the -- South Minneapolis,

14      but, I guess, Minneapolis area as a whole.  I'm not

15      sure if it's -- if it's whatever -- location specific,

16      like more micro-specific than just Minneapolis.

17          But -- and, like, I mean, I know that, like, my

18      kind of big points that I was trying to make with it

19      was just the lack of -- the lack of, you know,

20      communication and stuff and then the, like, you know,

21      consequences that come from the evictions themselves.

22      But -- and, I -- I mean, as far as I know, they know

23      there's some stuff with, like, loss of property, people

24      not being able to, like, retrieve property, stuff like

25      that.  And that's -- I mean, that's kind of what I

1     know.

2   Q   Have you prepared a written report in your expert

3       capacity?

4   A   Yeah.  The -- I mean, Kira and I prepared a statement.

5       Like, I mean, she helped -- she helped me prepare it,

6       but, I mean, yeah.  We -- there was a writ- -- we

7       did -- I believe that's what that was.  Yes.

8   Q   And you're referring to a disclosure statement that you

9       prepared with the plaintiffs' lawyers.  Is that right?

10  A   Yes, I believe.

11  Q   Did you independently, aside from that, prepare any

12      other kind of written report for this case?

13  A   No.

14  Q   Did you review any documents in preparation for

15      testifying today?

16  A   Just the ones that were sent to me from -- from y'all.

17  Q   What documents were those?

18  A   I mean, it was -- I mean, it was just mostly listing

19      the time, and then it was, like, if you've done any,

20      you know, whatever, you know, kind of reports or if

21      I've done any research topic papers, or something like

22      that, for, you know, school, which, like, I'm actually

23      kind of starting to do but haven't -- haven't done any

24      yet.  Like, I'm in school.  But, yeah.  No, I did

25      not -- I mean, just, like, the disclosure stuff, I

| | | |
|---|---|---|
| 1 | | guess, or whatever.  No.  Other than that, no. |
| 2 | Q | Did you review the complaint in this lawsuit? |
| 3 | A | Yeah.  I -- I -- I remember reviewing it, yeah.  But, I |
| 4 | | mean, I haven't seen it in a little bit, no. |
| 5 | Q | Did you review any declarations? |
| 6 | A | I -- I don't -- I don't -- I'm not sure what a |
| 7 | | declaration is. |
| 8 | Q | Did you review any signed statements by any individuals |
| 9 | | in preparation for today? |
| 10 | A | Oh.  No.  Nope.  Yeah.  No. |
| 11 | Q | And you understand that you've been identified as an |
| 12 | | expert on the connection between homelessness and |
| 13 | | substance use disorders.  Is that correct? |
| 14 | A | That's correct.  Yes. |
| 15 | Q | And -- |
| 16 | A | The -- |
| 17 | Q | Go ahead. |
| 18 | A | No.  You go ahead. |
| 19 | Q | And is it your understanding that you will be called to |
| 20 | | testify in your expert capacity on the impact of |
| 21 | | repeated evictions on houseless people, particularly as |
| 22 | | it relates to substance use disorders and social |
| 23 | | service providers as well as the lack of availability |
| 24 | | of accessible humane alternatives to encampments? |
| 25 | A | Yeah. |

1   Q   Are you -- have you been retained to provide expert

2       testimony on any other topics other than what I just

3       said?

4   A   No.  I wouldn't find myself qualified to be an expert

5       on anything else other than this, really.  But, I mean,

6       I don't even -- I -- yeah.  I don't know.  But -- but I

7       find myself on this high -- like, loc- -- local issue

8       topic to be, you know, reasonably, like -- and more so

9       than most people, I could imagine, like, yeah, as --

10      insofar as -- I mean, I don't know.

11         Is there a degree in homelessness study?  Maybe

12      there is; I don't know.  But is, you know -- but is

13      there -- as someone who's there day in and day out and

14      sees all these evictions and what causes them and the,

15      like, implications from them and stuff like that, yeah,

16      I'm comfortable in saying that I'm, like, an expert in

17      that personally.

18   Q   And you -- I think you just said that you -- your scope

19      of knowledge is limited to -- on the topic of

20      homelessness and -- on the topic of the expert

21      testimony that I referenced earlier was specific to

22      Minneapolis.  Is that accurate?

23   A   I mean, I know how it go -- I mean, no.  I -- I got

24      involved in, like, homeless outreach.  I mean, I've

25      been homeless, like, all over the country.  But I got

1    involved in, like, homeless outreach in St. Louis.

2        And then I -- and then in Minnesota, the only

3    homeless outreach I've really done -- I mean, I've gone

4    into St. Paul and done, like, a little bit of, like,

5    tours with people and stuff.  But, like, primarily, the

6    only outreach I do is in the Minneapolis area.  I'm

7    familiar with how, like, St. Paul operates a little bit

8    and the differences between the Minneapolis and

9    St. Paul, like -- you know, like, conduct, I guess.

10   But, yeah, primarily Minneapolis for sure.

11  Q   Have you ever been an expert witness before?

12  A   No.

13  Q   Are you getting paid to serve as an expert in this

14      case?

15  A   I got, like, a $41 check.

16  Q   And that -- and are you referring to the witness fee

17      for the -- responding to the subpoena?

18  A   I guess.  Maybe.  I don't know.  It's not -- I mean,

19      like, I'm definitely not getting paid anything, like,

20      I -- yeah.  I guess, but -- yeah.  There was a $41

21      check.  Yes.

22  Q   Understood.

23        And what do you believe qualifies you to testify

24      as an expert in the topics that we identified?

25  A   Yeah.  I mean, I commonly have been present at many

1 evictions.  Like, most throughout, like, the last

2 couple of years.  I mean, the ones that I haven't,

3 like, I've been at, like, you know, communit- -- like

4 build community meetings about, like, trying to get,

5 you know, accurate data on, like, you know, how --

6 from -- both from people who were direct -- like,

7 residents who -- directly impacted and just other city

8 providers.

9   And so, I'm -- I mean, I'm comfortable in that.  I

10 mean, I'm comfortable with -- I mean, well, I don't

11 know.  In all honesty, like, I don't -- I really don't

12 like the term "expert witness," but, like, it -- I feel

13 like in the -- insofar as, like, what their -- you guys

14 have as expert witness, like, I -- I don't know, man.

15 I'm not even -- yeah.

16 Q Do you have any other qualifications that you believe

17 make you an appropriate expert witness in this case?

18 A Like, yeah.  I -- I guess I do, but I don't -- like, if

19 I'm -- if I'm going to have to, like, defe- -- like,

20 and I guess I should have expected to have to defend

21 more, like -- and also just not be in, like, nose

22 surgery, whatever bullshit.  But whatever.

23   Anyway, yeah.  No.  Yeah.  I'd -- honestly, I'd --

24 yeah.  I'm not, like, thrilled to be here, to be doing

25 this or to be, like -- or to be calling myself an

1    expert.  Like, I don't feel like I'm an expert.  Like,

2    I feel like I'm a -- like, in this microcosm, I can

3    say, yes, I'm an expert in that.  But I still don't

4    really feel comfortable calling myself an expert in

5    anything.

6         Like, but that's just kind of how I am in general

7    about lots of things.  But, yeah, I'm not exactly --

8    believe me, I -- yeah.  I don't -- don't exactly want

9    to be here.  That's for sure.

10   Q   Why don't you tell me a little bit about your education

11       and work experience background.  Let's start with where

12       did you grow up?

13   A   St. Louis, Missouri.

14   Q   Did you go to high school in Missouri?

15   A   Yep.

16   Q   And what did you do -- did you graduate?

17   A   Yep.

18   Q   And what did you do after you graduated?

19   A   Went to college.  Started --

20   Q   Where did you go --

21   A   -- college.  And --

22   Q   I'm sorry.  I interrupted you.  Can you -- I -- you

23       were going to keep speaking.  The question was:  Where

24       did you go to college?

25   A   Yep.  Webster University.

1  Q  And did you graduate with a degree from Webster?

2  A  No.  No.  Dropped out after a -- two semesters, I

3     think, due to drug --

4  Q  How about --

5  A  -- due to drug use, but, yeah.

6  Q  What did you do after you left Webster?  Did you work?

7  A  Yeah.  No.  No.  I primarily did drugs.  I mean, I --

8     I -- I had odds and end- -- I mean, there were jobs

9     here and there, you know, restaurants and such, so on

10    and so forth and electronic repair companies and this

11    and that and the other, and, you know.  But, yeah, I

12    mean, I didn't get into, like, hum- -- like, human

13    service stuff until, like -- you know, out doing, like,

14    outreach stuff in, like, 2000 -- what? -- 17-ish,

15    but...

16 Q  So just to clarify, when did you leave Webster?  What

17    year was that?

18 A  2013.

19 Q  And then you mentioned that in -- you believe you

20    started doing -- I think you called it human services

21    work in 2017.  Is that correct?

22 A  Or, like, outreach-type work.  Yeah, in -- in 2017 --

23    oh -- in -- in -- not -- in a volunteer capacity.

24 Q  So why don't you walk me through a little bit how you

25    ended up doing outreach work in a volunteer capacity in

1      2017?

2  A   Yeah.  That -- just it was a syringe exchange program

3      that I had utilized myself, like, in the -- in the

4      St. Louis area.  And after, like -- and during one of

5      the stint -- I mean, during multiple stints of

6      sobriety, I would go there.  And, like, they'd have

7      meetings and stuff and, like, af- -- like, you know,

8      after -- sorry.

9          And, yeah.  Af- -- but, yeah.  I would --

10     eventually just got involved with leadership over

11     there.  It's called, like, the Missouri Coalition for

12     Opiate Reform or whatever.  But -- and, you know, going

13     out to, like, encampments out there with them and just

14     trying to distribute, you know, normal stuff, food,

15     supplies, like, clean syringes.  Had, like, an

16     ambulance, that kind of stuff.  But, yeah, that's how I

17     got involved doing that.

18  Q   And that was with the -- I think you said Missouri

19     Coalition for Opiate Reform?

20  A   Yeah.  I mean, I belie- -- it's -- it's been a second.

21     I can -- if I can Google it -- but, yeah, Missouri --

22     Missouri -- now there we are.  I can't figure out

23     their -- quite -- names, but they -- they changed their

24     stuff a few times in the last while now, I guess.  But

25     NoMoDeaths is their -- N-O-M-O, like Missouri, M-O,

1       deaths.com is their -- is their website now.

2   Q   How long did you work as an outreach volunteer with

3       that organization?

4   A   Like, I mean, it was pretty on and off, but over the

5       course of probably about two years.

6   Q   Were you doing any other kind of either employment work

7       or volunteer work during that two-year period?

8   A   During that two-year period?  I mean, probably, yeah.

9       I think I -- I'm sure some of that come -- like, yeah.

10      Yes.

11  Q   And what were you doing?

12  A   I -- I am not allowed to resp- -- to ask a question.

13      Right?  That -- that is the...

14  Q   Do you -- do you need me to clarify something?  You can

15      ask me something, and I will tell you if I will answer

16      it or not.  Go ahead.

17  A   Like, I'm just confused.  Like, I mean, I believe I was

18      working at, like, a restaurant in that time vicinity.

19      I believe I was working at, like -- where else would I

20      have been working in that time vicinity?  Like,

21      probably mostly there.  But, I mean, I've had a -- I've

22      had a lot of, like, ver- -- like, a lot of small jobs

23      as is pretty common with, like, addicts and people.

24      Like, I've -- there's been lots of small stints of

25      employment that I've had.

1  Q    Okay.  And, again, the questions are not meant to be

2       confusing or to be some kind of memory test.  But you

3       ha- -- I mean, you have been identified as an expert

4       witness.  And so, when you have an expert witness, it's

5       important to understand the background that they're

6       coming from in connection with their position as an

7       expert.

8            So that is why we're walking through this.  So if

9       you don't know the answer to any question, you can say,

10      "I don't know."  If you don't remember the answer to a

11      question, you can say, "I don't remember."  It's not --

12      this isn't anything more -- I'm not looking for

13      anything more than what you know truthfully and

14      remember as you sit here today.  But does that -- does

15      that make sense to you?

16 A    Yeah.

17 Q    So when you were volunteering in an outreach capacity

18      for the Missouri Coalition, how often would you

19      volunteer?

20 A    Yeah.  Like, I mean, like, probably once a month-ish.

21 Q    And you said you did that for about two years?

22 A    Yeah.  Like, I mean, not -- yeah.  Not, like -- not

23      continuously, but, yeah.  On and off, yeah.

24 Q    Once a month or so for two years.  Is that accurate?

25 A    Yeah.

1  Q   Why did you stop doing outreach work with the Missouri
2      Coalition?
3  A   I mean, I -- I mean, I think -- I mean, I had relapsed,
4      I think, at some point.  I mean, that -- I mean -- I
5      mean, at multiple points, that I had stopped, I guess,
6      and I'd gone back to do other stuff.  But -- but, yeah.
7      That, or I -- I mean, at -- at some point, like, I
8      moved up here for a little while and then -- for
9      treatment and then moved back to Missouri because they
10     wanted -- or because my probation wouldn't transfer up
11     here.  I was trying to stay up here.  But, anyway,
12     so -- yeah.  That's -- that is why.
13 Q   What were you on probation for?
14 A   Drug possession.
15 Q   Did you have a misdemeanor-level conviction or a
16     felony-level?
17 A   Felony.
18 Q   What was the conviction?
19 A   Heroin possession.
20 Q   Were you incarcerated for that?
21 A   I mean, not -- like, yeah -- I mean, no, I guess.
22 Q   Did you serve any jail time at all?
23 A   Jail time, yeah.
24 Q   How long?
25 A   I don't know.  Like, two weeks shock time and, like,

1       something like -- and, I mean -- and, like, maybe

2       like -- maybe like 24 hours after the initial arrest

3       and then the two-week shock time, and then -- and then

4       there might have been -- I mean, I don't know.  There's

5       some other times too, but, yeah.

6   Q   Did --

7               MS. KELLEY:  Just to jump in here because I

8       think we're maybe confused.  Jail time and prison time

9       are being used differently in this situation.  Is

10      that -- that's part of the confusion here, I think.

11      Right?  You served pretrial --

12              THE WITNESS:  Yeah.

13              MS. KELLEY:  -- jail time but not --

14              THE WITNESS:  Right.

15              MS. KELLEY:  -- prison time following a

16      conviction?

17              THE WITNESS:  Nope.

18              MS. KELLEY:  I had to interrupt.  I wanted to

19      see if that was helpful to clarify.

20  BY MS. ENSLIN:

21  Q   Understood.

22          Did you serve some other kind of sentence, then?

23      Community service --

24  A   Probation, yeah.  Yeah.

25  Q   And when was that?

1   A   Like 20 -- this is an estimate, but, like, 20 -- I

2       think -- I mean, this -- throughout the charges --

3       well, the original charges were, like, 2012 -- well,

4       that -- those are different char- -- I -- I don't know.

5       There's been a -- there's been charges.  You guys could

6       probably look them up.  Let's see.  Yeah.  I don't

7       know.  But the heroin possession charges, I think,

8       probably were around, like, yeah, 2016.

9   Q   Do you have any other felony convictions besides the

10      heroin possession?

11  A   Okay.  Hold on.  Let's -- convictions -- convic- --

12      like char- -- oh.  Convicti- -- okay.  No.  I don't

13      have any felony convictions.  I've been charged, and

14      then I get, like, felony probation.  And then it's like

15      SIS, and then you complete it, and then there's, like,

16      no felony on your record or whatever.

17  Q   I understand.

18  A   Okay.

19  Q   Other than the 2016 heroin felony possession charge,

20      are -- do you have any other -- have you ever been

21      charged with a felony at any other time?

22  A   Yeah.  The -- possession of a controlled substance of,

23      like, exceeding however many grams of marijuana or

24      whatever in 2012 in Missouri as well.

25  Q   Any others?

1    A    No.

2    Q    So I think you mentioned that, at some point, you came

3         to Minne- -- from Minnesota to Missouri -- or from

4         Missouri to Minnesota.  Is that correct?

5    A    Mm-hmm.

6    Q    And why did you move to Minnesota?

7    A    My ex's family was from up here, and she -- yeah.  She

8         was in treatment up -- drug treatment up here.  And so

9         I came up here for drug treatment.  And then -- it's

10        still sort of blurry, but I -- but, yes.  I -- I came

11        up here for treatment first, like -- or her family was

12        from up here.  She was in treatment up here.

13            I came up here for treatment, and then I had to go

14        back to Minneso- -- or Missouri because they didn't

15        want to transfer my probation to Minnesota and then

16        finished the probation out in Missouri and then moved

17        back up here again after completing probation at -- for

18        the same reason, to be close to her family or whatever.

19   Q    And when did you complete your probation?

20   A    Probably, like, 2020 -- '21 -- I think '21 -- 2020 or

21        2021.

22   Q    And that's when you moved back up to Minnesota?

23   A    Yeah.

24   Q    And have you lived here since then?

25   A    Yeah.

1  Q   So when you moved to Minnesota, did you gain employment

2      here?

3  A   Yep.  I -- yeah.  Yeah.  I started working at, like,

4      a -- like, a parking ramp, like, that was in, like, the

5      apartment building we were staying in.  And then I got

6      a job at, like, Regions managing their cafeteria and

7      coffee shop or whatever and then stayed there for,

8      like, a good year or so.

9          And then that's when I kind of made the switch

10     into -- I mean, I did both for a little while, but

11     that's when I switched into, like, the, like, peer

12     recovery specialist-type work and the, like, substance

13     use disorder field kind of stuff.

14 Q   What's a peer recovery specialist?

15 A   It's -- I mean, it's basically someone who can buil- --

16     I mean -- I mean, I don't know.  I guess different

17     people would tell you different things of -- it's been

18     vastly different at different companies I've worked

19     for.  But, I mean -- and -- and the gist of it, it's

20     providing, like, one-on-one services to, like, clients

21     generally, like, of, like, an inpatient or an

22     outpatient facility.

23         But they don't have to -- they don't have to be,

24     like, in any type of facility necessarily.  And, you

25     know, help them with anything, from, like, attending,

1    you know, like, 12 Step or recovery meetings to, you

2    know, helping with housing or food benefits or that

3    kind of stuff.  I don't...

4  Q  And when -- did you start working as a peer recovery

5    specialist in 2022?

6  A  It's -- '22, yeah.  I mean, that's right.  Yeah.  '22.

7  Q  And where were you first employed as a peer recovery

8    specialist?

9  A  Kairos.

10 Q  And what was -- I understand you've said -- you said

11   that peer recovery specialist is a term that, you know,

12   can mean different things based on the organization

13   that you're employed with.  At Kairos, what did your

14   job as a peer recovery specialist entail?

15 A  It was pretty much just do -- well, I mean, I worked

16   there twice, I guess, technically.  But the -- the

17   first time was pretty much they -- well, I mean, it's

18   still kind of the same, but it's -- they just assign

19   you a caseload of clients, sort of, and you help -- you

20   know, you get to know them and help them with, you

21   know, what are their goals?  You do a recovery plan and

22   see, you know, in what social areas are you lacking and

23   in what, you know, economic areas are you lacking and

24   in what the -- employment, you know.

25       And there's a -- there's a few other domains,

1      but -- but basically just to see what they -- what they

2      need, what they're struggling with, and what you can

3      help with, I guess, and do that.  Yeah.

4  Q   Was it a full-time position?

5  A   At first, it was -- I mean, it -- it was, like, 1099,

6      and, like, the laws have changed.  And now, like, we're

7      all W-2.  But, yeah, it -- it was -- at first, it

8      wasn't quite 40 hours a week.  I was -- because I was

9      doing that and Regions at the same time and just sort

10     of getting the hang of the, you know, field and

11     everything too.

12         But eventually, yeah, I think it was -- it was

13     full-time.  And then, I mean, shortly after Kairos, I

14     went to a new -- Elite Rec- -- a different company

15     serving in the same -- same job description, different

16     job duties a little.  But, you know, for the most part,

17     pretty similar.

18  Q  What qualifications do you need to be a peer recovery

19     specialist?

20  A   Like, I mean, I'm pretty sure you just have to have,

21     like, exper- -- like, personal experience with

22     addiction.  I'm not sure if that's 100 percent even the

23     case because I've heard some, like, people tr- --

24     like -- yeah.

25         I'm not sure if it's either very -- just closely

1    impacted by addiction or you have to have had it

2    yourself.  I'm -- I was under the impression that you

3    had to have it yourself, but I've heard some

4    alternate -- I've heard some people try and tell me

5    different.  But I don't know if they're correct in that

6    or not.

7         And then, besides that, I mean, there's, like, a

8    40-hour class.  And then beyond that, I mean, to

9    maintain it, like, you have to have, like, 40 hours of,

10   like, continuing educational credits every year.

11        And then, I guess, like, beyond that, I just,

12   like, upgraded my certification to, like, a C -- like,

13   a peer recovery specialist, dash, R, which, like,

14   stands for, like, reciprocal, which basically just lets

15   you supervise other people and says that you've had, I

16   think, 500 hours of billable services provided to

17   clients.

18  Q  So I know we talked about peer recovery specialist

19     being a job that can mean and involve different things

20     at different places.  But certified peer recovery

21     specialist is an actual licensure that you get.  Is

22     that right?

23  A  Yes.

24  Q  And that is what you're referring to when you say you

25     had to do the 40-hour class.  Correct?

1   A   Correct.

2   Q   And then you have yearly continuing education that you

3       need to do for that.  Is that right?

4   A   Yes.  40 hours of that.  Yep.

5   Q   Is there any kind of exam you need to take to get your

6       certification?

7   A   Yeah.  After the 40-hour class, there's -- there's a

8       state exam or a national exam that -- you have to take

9       one or the other of, or both, if you so choose.

10  Q   And did you get your license as a peer recovery

11      specialist before you started working at Kairos?

12  A   Yeah.  I mean, you have to.  Yeah.  I mean, Kairos

13      is -- I mean, they -- I mean, and they had their own

14      stuff.  I don't know if you're familiar with, like,

15      the -- they had -- I mean, they're -- they're no longer

16      operating.

17          But they -- yeah.  Their -- their nonprofit would

18      provide the training and whatever and then help and set

19      up the testing and stuff.  And then you would be hired

20      on at their for-profit, Kairos, after you were

21      certifi- -- after -- you know, after you received your

22      certification.  You couldn't -- you wouldn't be

23      eligible to bill before having a certification, if that

24      makes sense.

25  Q   Is there any part of the certification process training

1      or examination that relates specifically to unhoused

2      populations?

3   A  From what I remember, like, briefly, like, I would say

4      they -- I mean, they talk about the importance of,

5      like, diverse populations and, like -- like -- like,

6      including, like, socioeconomic, race, like, house -- I

7      mean, all that kind of stuff.

8          I wouldn't say, personally, that it's, like, very

9      heavily -- like, there are CEUs and stuff that are --

10     you know, that go beyond -- like, that can be used as

11     CEUs for -- maybe they're for other stuff too.

12         But at least for -- they can be used for CEUs

13     for -- for peer recovery specialist stuff that are --

14     that are about, you know, unhoused-specific CEUs and

15     stuff like that.

16         And I -- I haven't actually done any of those.  I

17     started one but wasn't able to complete it.  But -- and

18     it -- in the first year that I was working, I didn't

19     have to do any CEUs just because the facility I worked

20     at was, like, a 245G inpatient facility; so they have

21     separate rules so you don't have to actually do CEUs if

22     you're working in one of those facilities.  It's a

23     whole thing, but...

24  Q  What does the "U" stand for in "CEU"?  I'm assuming

25     it's "continuing education."

```
 1   A    Unit.

 2   Q    Unit.

 3        Have you ever been a presenter at a CEU?

 4   A    I -- no, I have not.  They -- I mean, they've

 5        practically used me, kind of, as one for outreach

 6        stuff, but that was just -- but, no, like, not in any

 7        official capacity.  It was more -- it -- when I say

 8        that, I just mean the lady was like, "Oh, you do do

 9        this.  Right?"  You know, and then kind of just, like,

10        would have me talk on it.  Like, it seemed like she was

11        trying to have me teach it for her, but, like, that

12        wasn't in any official thing or anything.  No.

13   Q    Why did you leave Kairos as a peer recovery specialist?

14   A    They were -- like, I'm so- -- I get the first and the

15        second time kind of mixed up and stuff.  But I -- I'm

16        pretty sure that I just -- yeah, fou- -- yeah.  I

17        don't -- it -- it was -- the scheduling and stuff

18        wasn't working out for me super good.  I -- basically,

19        I just got a different job at that Elite Recovery

20        place.  The -- that was full-time and better money and

21        that kind of stuff.

22   Q    Did you have any different job duties or

23        responsibilities as a peer recovery specialist when you

24        went to Elite?

25   A    Yeah.  But not -- I mean, yes, but not that would
```

1      pertain specifically to this.

2   Q    What were they?

3   A    Like, I would -- like, I was more -- it was -- I mean,

4        like, how they'd have it defined was, like, SUD tech,

5        slash -- slash, peer recovery specialist.  So it was,

6        like, basically hanging out with, like, a house full of

7        guy -- like, there was, like, ten guys in a house, and

8        I would get there at 7:00 a.m. and leave at 5:00 p.m.,

9        and we'd -- you know, I'd make sure they get to group,

10        and I'd make sure that their PTSD episodes wouldn't

11        flare up too bad from, like, certain veterans.

12           It, I mean, just depended on the person, I guess.

13        But it was a little bit more of, you know, making sure

14        the house dynamics and stuff functioned and then also

15        giving them, you know, individualized, one-on-one,

16        like, "Hey, do you need help with benefits?  Moving on

17        to housing?  The next steps?  Section 8?  Like,

18        whatever -- college, whatever -- you know, whatever

19        your goals and aspirations are kind of thing.

20   Q    When you were at Kairos or at Elite, were you working

21        with people that were living in homeless encampments?

22   A    I mean, not -- like, there were people that were there

23        that were from home -- but, yeah, no, not -- not

24        specifically, no.

25   Q    Did you also work at someplace called Evergreen

1       Recovery?

2   A   I did.

3   Q   And is that somepla- -- is -- did you go there after

4       Elite?

5   A   Yes.

6   Q   And what prompted your move from Elite to Evergreen?

7   A   You know what?  I'm sorry.  I think it was -- I think

8       it was Kairos to Evergreen to Elite, but I can make

9       sure of that.  But, yeah.  I mean, the -- like, I mean,

10      I -- I didn't want to leave -- oh.  Okay.  No.  Yeah.

11      I think I'm right.  Okay.

12          Anyway, yeah.  I got laid off from Elite and --

13      due to, like, restructuring of the company or whatever.

14      Like, five of us got laid off.  And I was, like, the

15      newest employee or whatever.  And then -- so then I got

16      the job at Evergreen.

17          And then -- I mean, that was definitely much more

18      -- I mean -- I mean, I don't know that they're

19      specifically all coming from the camps necessarily,

20      but, I mean, there was -- it was much more of people

21      coming from home -- like, a homeless population of some

22      sort.  And it was -- it was all people who, if they

23      weren't living there, were -- I mean, not all, but

24      primarily people who, if they weren't living there,

25      would be living on the streets.

1        And I -- I mean, I guess that kind of just jumps

2    the gun.  But, I mean, I left there due to just sort of

3    seeing the writing on the walls of them asking us to

4    bill super illegally and all -- stuff like that.

5    But...

6  Q  Okay.  And are -- you're referring to Evergreen at this

7    point?

8  A  Yes.  Yes.  Evergreen was definitely very corrupt.

9    Yeah.

10 Q  Was that an inpatient facility?  Is that the correct

11   term?

12 A  No.  It was an outpatient, technically, with, like,

13   lodging.

14 Q  How did --

15 A  So --

16 Q  How does the lo- -- how does that work?  How does the

17   lodging connect to the outpatient?

18 A  They -- yeah.  They -- it's a whole little tricky thing

19   they get to do to make it, like, work for them, kind

20   of.  But that -- it's -- yeah.  The -- they basically

21   contract with sober homeowners, and the sober

22   homeowners can, I mean -- and I don't know exactly how

23   it all works on the back end 100 percent.

24      But, like, they -- the sober homeowners get money

25   from the treatment facilities to pay for the room and

1       board of the people so long as they're attending the

2       groups at the -- so ba- -- I mean, basically, yeah, the

3       in -- in a roundabout way, the insurance is paying for

4       it.  But, I mean, it's -- what -- it's more of, like,

5       a -- like, kickback to the -- to the sober homeowners.

6       But it, like -- yeah.  I mean, it was a way for them to

7       pay for their housing, basically.  But, yeah.  It --

8   Q   Oh -- sorry.  My fault.  Go ahead.

9   A   No -- without saying -- without saying, "We're billing

10      insurance for housing," because you can't do that.

11  Q   So what -- explain to me, what was the issue that made

12      you think that there was some kind of underlying

13      corruption?

14  A   Oh.  I mean -- I mean, it's been proven now that there

15      was.  But, I mean, I feel like it's been proven.  But

16      not -- I mean, yeah, you're not suppo- -- like -- like

17      they'd have me, like -- like, take a van ride -- a van

18      full of, like, ten people to a methadone clinic.  And

19      it's -- I mean, if you really want to get even more

20      blatant than that, they would just say, "Round every

21      trip to 45 minutes.  15 minutes?  45 minutes.

22      30 minutes?  45 minutes."  Like -- I mean, like, it --

23      because you can bill in units of, like, 15.

24          So -- but like it was alway- -- like, it -- it

25      didn't matter it was -- if it was a 7-minute van ride;

1    it was billed as a 45-minute van ride.  And can --

2    yeah.  But, like, I mean, yeah.  Beyond that, you're

3    not supposed to, like, take ten people to one doctor's

4    appointment and then bring ten people back and be able

5    to bill them for 45 minutes each.

6        That's like saying -- it looked like -- it looked

7    like we were working, like, 22-hour days if you, like,

8    billed it how -- if -- if we were only billing for --

9    it's complicated sounding or -- kind of, but, like, if

10   we were only billing for, like, two hours for -- like,

11   per client or something like that, like, it looked like

12   we were -- we would have been working all day to

13   achieve the amount of, like, units -- like a unit being

14   a 15-minute increment of billable time.

15       Like -- so, like, if I had, like, 100 units,

16   that's like, you know, 150 minutes or whatever, if that

17   makes sense.

18   Q   Yeah.  I understand.

19       So where did you go after you were at Evergreen,

20   then?

21   A   After Evergreen, I went to Am- -- yeah.  After -- I

22   mean, after Evergreen, I was at, like -- well, no.

23   Yeah.  I went straight to Amethyst, I guess.  Yeah.

24   That -- I went to Amethyst Recovery, which is where I'm

25   at now.  But -- and that's really where I started

1     doing, like, the outreach stuff in -- in Minneapolis.

2     Like, I -- yeah.

3  Q  So -- and what was your role, then, at Recovery

4     Academy?

5  A  Recovery Academy?

6  Q  Yes.

7  A  Or Amethyst Recovery?

8  Q  Are Recovery Academy and Amethyst different?

9  A  They are.  I --

10  Q  Okay.

11  A  I didn't even bring up Recovery Academy.  I'm surprised

12     that that -- but Reco- -- I don't know.  After Elite

13     laid me off -- they're both owned by, like, Horowitz

14     Health.  And after they laid me off, they were -- were

15     like, "Oh, well, you should actually come over to

16     Recovery Academy."  And I was there for, like,

17     four hours, and then they had another restructuring and

18     laid me off.  So I was there for work at Recovery

19     Academy for about four hours.

20  Q  Okay.  That was -- I -- I had seen those both on your

21     disclosures, and I thought they were -- I had assumed

22     that they were connected.  But -- okay.

23         So are -- you're currently at Amethyst Recovery.

24     Is that correct?

25  A  That is correct.  Yes.

1   Q   And tell me about what your job duties and

2       responsibilities are at Amethyst.

3   A   I mean, yeah.  Now it's just -- yeah.  I mean, it's --

4       it's the same as what I kind of -- Kairos and what I

5       had started out with, just providing people, kind of,

6       like, with individualized, like, one-on-one services

7       for whatever, you know, they might need.

8           I mean, it's pretty specifically, like,

9       Native-specific now with what I do.  I mean, that

10      isn't, like, in my job description by any means.  It's,

11      like -- I mean, because how they generally operate is,

12      like, they have partnerships all over the city with

13      different, you know, rehabs and whatever to, like --

14      for their clients to use our -- our workers.

15          Like, you know, like, just to contract.  And I

16      basically usually just bring on my own outside clients,

17      like the -- like, our -- our -- some are sober from the

18      camps.  Some are just, you know, like, people that I'm

19      referred to from friends or whatever.  But it's still

20      the same, still providing the same service of -- of,

21      like, yeah, like, what -- what are their goals, their

22      recovery plans, what do they need as far as, you know,

23      to get help, maintain their sobriety and quality of

24      life.

25   Q   So I'm hoping you can maybe unpack a little bit for me

1       just so I can understand more fully what Amethyst

2       Recovery is.  So do they partner with housing

3       providers?

4    A   Ye- -- yes, I guess.

5    Q   So explain to me, if you could, what the operation of

6       Amethyst is just in general.  What as a company --

7    A   Yeah.

8    Q   -- does Amethyst Recovery do?

9    A   Like, so there's -- there's Amethyst Recovery

10      Solutions, and then there's Amethyst Recovery Homes.

11      So they have, like, a network of sober homes that they

12      own and staff, like, a peer recovery specialist person

13      at during the day.  I don't believe -- so I'm, like, 99

14      percent sure it's just during the daytime.  And that's

15      basically -- that's basically the gist of that side --

16      right? -- Amethyst Recovery Homes.

17          Amethyst Recovery Solutions, they may or may

18      not -- I'm not sure about -- if they're both for or

19      nonprofit or how -- like, I mean, I know Amethyst

20      Recovery Solutions is nonprofit.  I don't know about

21      the homes.  But is -- what is basically just a peer

22      recovery specialist service provider operator.

23          So, yeah.  The -- like, we do -- we do it for

24      other organizations in town that are, like, "Hey, we

25      need peer recovery specialists."  And, like, there's

1    billing platforms and back-end stuff that are annoying

2    for them to have to deal with, so it can be mutually

3    beneficial just to say, "Yes.  Let's staff some of

4    Amethyst Recovery Solutions' people at your place" or

5    whatever, "or just refer your clients to our people or

6    to -- towards -- to refer clients from those orgs to

7    Amethyst peers."  And that's --

8    Q    So --

9    A    That's basically it.

10   Q    What are some of the organizations that would then --

11        that use Amethyst peer recovery specialists?

12   A    A lot.  But, yeah.  Like, I mean, like, Anishinaabe

13        Endaad is, like, the newest one that I'm aware of.

14        It's, like -- I can spell it for you if you want.  But

15        it's -- it's, like, a Native-based treatment center

16        over in North Minneapolis.  I think it's on -- right

17        off -- right on Broadway.

18            And then, yeah.  Beyond that, like, Partners

19        Behavioral Healthcare, which, like, does, like,

20        FreedomWorks and stuff like that.  Let's see.  I'm --

21        so, yeah.  The -- the partnership thing is a little bit

22        newer for me, because, like, they -- like, they --

23        they've act- -- the first time I got fired, really.

24            But they fired me briefly, Amethyst, for not using

25        my calendar enough.  So -- so when I came back, the,

1       like, partnerships thing had kind of taken off a little

2       bit more.  So I know that there are more partnerships

3       than, like, those specific ones.  But those are the

4       ones that I know of, like, the mo- -- and -- the most,

5       and, like, I don't want to, like, give you inaccurate

6       information of, like, "I'm pretty sure this is a

7       partnership," and it might not be, so...

8   Q   How long were you not working at Amethyst after you got

9       fired for not using your calendar?

10  A   Yes.  Like, probably about two or three months.

11  Q   How did you end up going back to work there again?

12  A   Me and my boss maintained a, like, close working

13      relationship just of -- like, for, like, resource

14      sharing and stuff.  And I was trying to find a place

15      that would allow me to bri- -- I had a lot of clients

16      who wanted to work with me specifically, and I needed

17      -- like, I can't just do it on my own.

18          You need, like, a facility to, like, employ you to

19      bill through, you know, even though you're, like --

20      like, it's not like an LADC where I could open up my

21      own "Jared's Peer Recovery Specialist Place," you know,

22      or whatever.  Like, so that was basically how.  And she

23      was like, "Well, let me see if -- let me see if we can,

24      you know, talk about" -- anyway.  And so that was --

25      that was that.  They hired me back.

1   Q   Do you ever work in the Amethyst Recovery housing like

2       as a peer recovery specialist that I think you said go

3       to the houses for the day and are there?

4   A   No.

5   Q   Can you walk me through, like, a typical workday for

6       you, what that entails, where you are, the -- how

7       you're -- who you're meeting with, just a typical day?

8   A   Yeah.  I mean, yeah.  There's no- -- like, typical is,

9       like, hard to define sometimes.  But, yeah.  No.

10          It's like -- I mean, insofar as particularly

11      where, like, the -- and, like -- I mean, I guess I'll

12      just say, like -- like, last summer, like, a typical

13      workday for me would, like, include basically, like,

14      going down to the encampments, hanging out in the

15      encampments and, like, being, like, "Hey, so-and-so,

16      you know, like, have you gotten that ID yet?"  You

17      know, and, "Hey, so-and-so, have you -- like, how are

18      your food stamps?"  "Hey, have you -- do -- ever --

19      does everyone have a cell phone that needs one?"  Like

20      a government-provided cell phone, that kind of stuff,

21      whatever.

22          And then I would go and, like, take them on

23      appointments to go get those things or get those

24      services done or provided or whatever.  And that was

25      when I was doing -- and that was, like, the first stint

1      at Amethyst, basically.  Right?  And that's pretty much

2      all -- and, like, that is all I did with -- insofar as

3      that.

4            And, like, I mean -- like, and we'd have, you

5      know, text threads of evictions and stuff, like, "Oh,

6      hey, an eviction's happening."  So I'd, you know, run

7      down there and go try and provide support through that

8      and help them, you know, move their stuff and stuff

9      like that.  And, like, collab- -- collaborate-ish to

10     some extent with, like, local law enforcement, which --

11     when they were being collaborative.

12           But -- and then now it's more -- now -- now

13     I've -- since coming back to Amethyst, like, I had

14     started it like AmeriCorps, like Recovery Corps thing

15     not knowing that I would be back at Amethyst.  And

16     that's since -- about to come to an end now, anyway.

17           But -- so now, like, to keep it separate, like,

18     for, like, billing stu- -- like, stuff, if that makes

19     sense, like, I don't want to, like, get convoluted and,

20     like -- yeah.  Like, my hours for this count -- this

21     kind of thing is, like -- so now, like, with Amethyst,

22     I'm with, like, my cli- -- like, maybe except for one,

23     but that -- but, basically, yes, with Amethyst, like,

24     my clients are, like, sober and, like, are, you know,

25     out of the camps.

1      They might be from the camps, and some are from
2      the camps.  And -- you know, and then the work I was
3      doing with AmeriCorps was, like, the, like,
4      Nenookaa- -- like -- like, Nenookaasi itself was a
5      partner site with AmeriCorps.  It still is right now.
6      I'm -- it's just not being renewed for another term,
7      which we just found out, like -- I guess, but...
8   Q  What does that mean, it's "a partner site with
9      AmeriCorps"?
10  A  Yeah.  Good question.  Yeah.  I was so confused by it
11     too.  But, yeah, I guess AmeriCorps, like, you know,
12     has divisions or whatever, and Recovery Corps is one of
13     them.  And then Recovery Corps has, like, a bunch of
14     partner sites, like the Minnesota, like, Re- --
15     Minnesota Recovery Connection is one.  Like -- they're
16     just, like, one of the biggest, like, rec- -- like,
17     recovery community organizations or whatever.
18         Amethyst actually has a person from -- Amethyst is
19     actually a partner site for AmeriCorps as well.  Like,
20     for -- so, like, I don't know.  Basically, like, all
21     the partner sites get, like, one, like, recovery
22     navigator.  And it's kind of to help foster, like, at
23     least from what I've seen, like, community
24     partnerships, like, with -- like, between
25     organizations.

1        So, like, we would meet weekly, and, like, you

2     know, I'd be at one organization; they'd be at another

3     organization, and that kind of stuff.  And, like -- so

4     we could kind of, like, share resources and events and

5     ideas and stuff.

6        But, like -- yeah.  They made it a partner site,

7     like -- yeah.  So, like, Metro State has one where,

8     like -- like, that I use where, like, the -- there's,

9     like, groups and stuff.  Like, they employ two women to

10    be there, you know, like eight hours a day, Monday

11    through Friday or something, to, like, host -- you

12    know, support the students with substance use stuff.

13       And so -- anyway, so -- yeah.  So Nenookaasi was

14    made a partner site just, like, this January or

15    whatever, which I thought was strange because, like,

16    there were no camps.  And, like, when -- I mean, there

17    were camps when we started the process of becoming a

18    partner site, but by the time that, like, it was all up

19    and running, there really were no camps left on the

20    south side anyway.

21       But it worked out well.  But we were able to,

22    like, do that Minneapolis Indian Women's Resource

23    Center, like, partnership through AmeriCorps and stuff

24    like that.

25       So -- so, basically, I focused my outreach efforts

1      now with, like, AmeriCorps as to not make it confusing

2      for billing or to be like -- you're -- you know what I

3      mean?  Or to be like, oh, like -- like, I'm seeing

4      these people that are -- like, you know, if they're --

5      but -- to make it -- to put it very simply, if they're

6      in the camps and whatever, that's AmeriCorps hours; and

7      if they're sober or out of the camps or I've gotten

8      them out of the camps and they're sober now, that's

9      Amethyst hours.  That's how I...

10  Q   Do you -- were you involved at all in the process of

11      Nenookaasi becoming a partner site for AmeriCorps?  Or

12      Recovery Corps, I guess, is -- would be the proper --

13  A   Right.

14  Q   -- division.

15  A   Yeah.  Was -- in -- no.

16  Q   Do you know who was spearheading that process?

17  A   I -- I believe so, or -- but also maybe, no, I -- yeah.

18      I don't know.  I mean, yeah, I -- as far as I know,

19      like, yeah.  This -- yeah.  I mean, like, yeah.  I

20      don't -- I -- I -- I mean, yeah.  I don't know why they

21      would want -- not want their information disclosed or

22      whatever.  I don't know.

23          Sorry.  I'm, like, all privacy minded always.

24      But, yeah.  No.  I mean, like, I think, like, Christin

25      Crabtree.  She's, like, my supervisor for -- for

1      Nenookaasi, for AmeriCorps Nenookaasi or whatever.
2              As, like -- and, yeah.  Yeah.  I don't know --
3      and, I mean, I think there were some other people
4      involved.  I don't know.  But, yeah.  It was -- it was
5      more approached to me as like a, "Hey, like, this is,
6      you know, like, what we're doing now, and, like, I know
7      that" -- you know, like, I was still doing outreach
8      just on my own for free, you know, and they were like,
9      "Hey, this is, like, what we're doing.  Like, do you
10     think you can help us with this?"
11             And I was like, "Yeah.  I'd love to," you know,
12     kind of thing.
13  Q  And so do you know if Camp Nenookaasi ever got -- I
14     think you referenced, you know, specific individuals
15     that would be assigned to that site through Recovery
16     Corps.  Do you know if that ever happened for
17     Nenookaasi?
18  A  Sorry.  Can you rephrase the question?
19  Q  Yeah.  So -- and correct me if I lost the thread on
20     this, but it was my -- it's my understanding based on
21     what you've said that Recovery Corps, one of the things
22     they do with their partner sites is set up a situation
23     where they would provide individuals in some kind of
24     assistance manner to be at the site.  Is that correct?
25  A  Yes.  Okay.  I think -- I think I get what you're

1    saying.  Yeah.  Yes.  That definite- -- that happened.

2    I mean, like -- so, like, what we would do is, like --

3    I mean, so they had, like -- so, like, it all -- like,

4    volunteers, some paid volunteers, some regular

5    volunteers.

6         But, like -- so, like, they had me doing, like,

7    data collection mostly kind of stuff, like, of, like --

8    I mean, it -- and it's -- it just sort of evolved.  We

9    didn't really know exactly what we were doing.  But,

10   like, we started out with, like, you know, we're going

11   to put together and distribute 250 of these outreach

12   bags every week.

13        And then, like, the next project was, like, we

14   brought in, like, a meeting to, like, a local

15   Native-based, like, group residential housing complex.

16   Once a week, we'd have a meeting there with, like,

17   bingo and cultural activities and that kind of stuff.

18        And -- and then -- and -- and, like, primarily,

19   the people living in those places are people who had

20   experienced unsheltered homelessness.  But -- and then,

21   like, the big -- the biggest partnership we had was

22   with, like, the Indian Women's Resource Center, doing

23   that, like -- doing, like, the warming center when it

24   was, like, real cold outside and stuff.

25        And, I mean, I'm not sure -- like, insofar as,

1       like -- and I don't want to, like, take credit for
2       other people's stuff or anything.  Like, would they
3       have done that without the AmeriCorps stuff anyway?
4       Like, I would think probably just because of the people
5       that they are.  But, like -- but, I mean, it
6       definitely, like, helped have, like, the people to
7       staff the -- the warming site and especially in the
8       beginning before they got their, like, grant or
9       whatever from the City to have people there.
10              But, yeah.  That -- I mean, we did -- yeah.
11      They -- they pre- -- like, I mean, AmeriCorps didn't
12      provide the people, but they provided, yeah, the -- I
13      mean, yeah, they did provide the people, I guess.
14      AmeriCorps provided the people to have at the warming
15      center to use.  Yeah.
16   Q  And I think you mentioned when you first started
17      working for Amethyst, you were doing more work where
18      you were out in the encampments.  And in your current
19      role now you're working more with people that may have
20      lived in an encampment in the past but are kind of at a
21      different stage now.  Is that accurate?
22   A  For Amethyst?
23   Q  Correct.  Yes.
24   A  Right.  Correct.
25   Q  So what does your day-to-day schedule look like now?  I

1       know you had described earlier about how when you were,

2       you know --

3   A   Yeah.

4   Q   -- going back and forth to the encampments, but now,

5       today, what is your typical day like?

6   A   Yeah.  I mean, it's -- I'd say, like, it's mostly in

7       the mor- -- I mean, I kind of have a schedule, but,

8       like, in -- in the mornings and stuff, like, I'll -- is

9       when I'll, like, kind of catch up on, like, client

10      needs and some stuff like that.

11          And then, you know -- and then I'll go out and,

12      like, you know, go do outreach, like, in terms of,

13      like -- and, like, what outreach means necessarily, I

14      guess, can be different.

15          But, like -- like, I'd say six out of the

16      seven days a week, at least, if not seven, like, I'll

17      go, you know, into, you know, like, areas I know to be

18      hot spots for people that are either, you know -- like,

19      but I know hot spots for people that -- that are

20      unhoused, basically, and see if they need anything

21      from, like, harm reduction supplies for, you know, harm

22      reduction.

23          Or, you know, housing or phones or any -- any of

24      that kind of stuff or just -- just sort of check on

25      them and see, you know, like, what's been going on, if

1      everything's, you know, okay and that kind of stuff.

2          So, yeah.  And then, like, on Tuesdays, like, we

3      have, like, a drop-in center at that warming center,

4      which is, like, where we'll go and, like -- that's,

5      like -- like, that's our best time to catch people and

6      see, like, what their, like, immediate needs are and

7      stuff like that.  That's at -- that's at that women's

8      resource center as well.  It's just, like, an

9      every-Tuesday thing.

10         And so they -- and then -- I mean, yeah.

11     Basically, from there, like, I mean, we'll get people

12     off to rehab or get them into detox.  Gotten a lot of

13     people, like, into, like, the tiny homes or, like,

14     places like that and formed, like, kind of partnerships

15     to be able to get people in there quickly if we can.

16         So that's -- I mean, that's kind of, like, what --

17     I mean, that's, like, what Tuesday looks like.

18         But that's basically just every day, is, like,

19     getting phone calls, like, "Hey, can you help so-and-so

20     come do this, like, if you're not busy?"  And it's

21     like, "Yep.  I'll go do that," you know.  And, like,

22     that's -- that's kind of how it is now.

23         But, I mean, no matter what, I always spend on a

24     daily basis, at least two or -- two or three hours,

25     like, out kind of, like, roaming the streets for what

1      you will, I guess, like, if that's, like, how you want

2      to describe that.

3          But, like -- of doing, like, outreach-type stuff

4      where I go out and see, you know, what's going on, what

5      people need, and, like, you know, what -- what I can

6      help -- or what -- if -- like, what food distribution

7      I'm doing or -- like, that's part of it.  And, yeah.  I

8      guess there's a lot of facets, but...

9   Q   You've mentioned a couple times -- you've used the term

10      "your clients."  Do you have, like, a set list of

11      people that you consider to be clients of yours?

12  A   That's -- thank you for clarifying.  Yeah.  I shouldn't

13      say "clients" so liberally.  But, yeah.  I -- I mean,

14      there are -- I do have a set list of, like, clients

15      with Amethyst specifically, and then -- and, like, I

16      mean -- and then I have extensive recordkeeping of,

17      like, the relatives, I guess, is, like, a better word

18      that, like, they use in the, like, Native community,

19      like, just to describe their, you know -- like, you

20      know, the whole culture.

21          You know, like -- so, like -- like, people who

22      came and visited the warming center, it would be, like,

23      relative sign-in sheet or something like that.  You

24      know what I mean?

25          And, like, they're kind of clients of the warming

1     center; they're not my clients.  I provide them

2     services through AmeriCorps, if that makes sense, but

3     they're not -- and, like, AmeriCorps really, like, got

4     really messed up this year with all the funding stuff

5     and everything and whatever.  And, like -- so we've

6     lost, like, a few of our people; and very early on,

7     like, we had, like, a girl quit.  And, like, they never

8     sent us a new person.

9          So, like, I've been doing more of the, like,

10    direct support stuff, like take them to rehab or take

11    them -- you know, do this or, like, you know, help them

12    get IDs or food stamps or whatever than, like, the

13    primarily data entry stuff that I was supposed to be

14    doing in my original role with -- I'm so sorry -- in my

15    original role with AmeriCorps.

16  Q  Okay.  So you don't necessarily -- it's not necessarily

17    a situation where there's, you know, a list of people,

18    and it's, "Okay.  These are Jared's clients, and

19    they" --

20  A  Correct.

21  Q  -- "he has a client relationship with them."  It's sort

22    of more a bigger umbrella, a bigger tent situation?

23  A  Unfortunately.  Like, because it was supposed to be --

24    originally, like, yes, like, we had these, like,

25    enrollees that we would have through AmeriCorps, and

1      that would go to, like, our recovery navigator -- or

2      wait.  Is that me?  Recov- -- recovery coordinator?

3      Yeah.  No.  I'm the coordinator; they're the navigator.

4      Sorry.

5              But, yeah.  That would go to the navigator.

6      Like -- and, like, that's the girl who quit very early

7      on, like, who would have been assigned cli- -- or,

8      like, you know, whatever I just said.  But, you know,

9      clients, for lack of a better word, like, or enrollees

10     of the program of Recovery Corps.  But, yeah.  No.  I

11     don't have specific ones of my own, no, through them.

12  Q  You -- and you had used the term -- that you spend at

13     least a few hours roaming the streets in connection

14     with your outreach work.  Do you -- do you liaise at

15     all with County outreach workers?

16  A  For sure, yeah.

17  Q  And tell me about what the connection is between the

18     work you do with Amethyst and the work that the County

19     outreach workers are doing.

20  A  AmeriCorps?

21  Q  You, personally.

22  A  Oh.  I mean -- I mean, I use them all for everything, I

23     guess.  I mean, for both jobs.  Like, I mean, I --

24     like -- like -- I mean, like, Streets to Housing for

25     sure.  Like, I work with a lot -- I mean, we already

1      have Streets to Housing show up at, like, the warming

2      center on Tuesdays.

3          I -- I am in frequent contact with, like, people

4      who work for Streets to Housing just for resource

5      sharing and such like that.  And other organiz- -- I

6      mean, yeah.  I mean -- I mean, I'm commonly getting,

7      like, you know, like, materials and supplies from,

8      like, Indigenous Peoples Task Force, Native American

9      Community Clinic, stuff like that, like -- and, like,

10     other smaller partnerships with, like, the urban --

11     like, White Earth Urban Office and other urban offices

12     for, you know, like, supplies for families, like, for,

13     like, diapers or for housing for certain -- certain

14     scenarios.  They'll provide housing, help with housing.

15          So it's a lot of different service providers for,

16     like -- you know, based on which each individual kind

17     of qualifies for.  If you haven't been homeless for

18     long enough or you've had a lease too recently, then

19     Streets to Housing won't be able to work with you for

20     coordinated entry.  But if you are, you know -- and,

21     "If you are enrolled in this tribe, then this tribe

22     will help you with this kind of housing," you know, so

23     on and so forth.

24  Q   Do you liaise at all with City outreach workers?

25  A   Do I what with City outreach?

1  Q    Do you liaise with them?  Do you work with them in the

2       course of your job?

3  A    I mean, yeah.  I work with them, like, in -- I mean, I

4       don't -- like, not -- like, not in an official work

5       capac- -- I mean, I guess I would call it an official

6       work capacity.  Like, I mean, like, I don't know.

7       Like, I see them out in the field all the time.

8            And, like, we talk.  We have, like, what I would

9       call, like, a professional relationship, like, and --

10      where, I mean, like, they'll call me and ask me about

11      resources.  I'll call them, ask them about resources.

12      Or, I mean, honestly, we have kind of personal

13      friendships outside of those professional relationships

14      as well, but -- but, yeah, I would -- I would say yes.

15           MS. ENSLIN:  You know, I'm going to move on

16      from doing background to kind of a different track.  Do

17      we want to take, like, a ten -- quick ten-minute break?

18      It's been almost an hour and a half.

19           Does that work for everybody?

20           Okay.  Let's take a quick ten-minute break,

21      and let's come back at 10:35.

22           (A recess was held at this time.)

23  BY MS. ENSLIN:

24  Q    So we are back on the record.  Just a reminder,

25      Mr. Maring, that you're still under oath.

1          You understand that this lawsuit is specifically

2     related to Camp Nenookaasi encampments.  Right?

3   A  I -- I -- now I know for sure, but I was -- that is

4     what I -- yeah.  I was under that impression.  Yes.

5   Q  Are Camp Nenookaasi encampments different than other

6     encampments?

7   A  That's hard to say.  I mean, I guess -- I mean, I would

8     say definitely, yes, I mean, in multiple facets, I

9     guess.  But, I mean, in, like, it's -- like, one

10    inception, I guess, of, like -- it's, like, primarily,

11    like, Native-based, like -- like, I mean, like, there's

12    been drama of -- like, from camp residents of, like,

13    "You can't be here because you're black."

14         And then there's been, like -- and we've been

15    like, "No.  Like, you should be here.  Like, it's

16    okay."  Like, we -- like, we're trying to be pretty

17    inclusive with it.  Like, I mean -- so I guess, like,

18    in my mind, like, what, like, the specific ones are,

19    like, I mean -- and I don't know even the full, like,

20    history of it necessarily.

21         Like, I actually stayed at, like -- like, one of

22    the, like, original encampments, I guess, like, along,

23    like, the Wall of Forgotten Natives, they call it,

24    like, for a brief period of time when I was up here for

25    treatment, but I wasn't exactly doing good the whole

1    time.

2         But -- but -- so, I mean -- and so, like, from --

3    from what I've seen in the last, like, couple years,

4    like, the Nenookaasi encampment has been, like,

5    basically -- I guess basically the one that, like,

6    Sobriety Warriors, like -- which is, like, a nonprofit,

7    like, and, like, I'm not sure who owns that one

8    specifically.

9         But, like -- like, Leeroy Jenk- -- or Leeroy --

10   Jenkins is his last name?  I don't know -- and, like,

11   Nicole Mason are, like, big into the, like -- the

12   Sobriety Warriors movement, stuff like that.  So, I

13   mean, from what I see, is that, like, the Camp

14   Nenookaasi encampments, like -- because, I mean,

15   really, it was just the one encampment.

16        It was, like, you know, this is Camp Nenookaasi.

17   Like, it -- like, whatever.  It -- like 28th and 12th

18   or something like that?  Like, when they had all the

19   signs and there were, like, protests going on and

20   stuff.

21        And, like, since -- like, through having to move

22   multiple times and stuff, like, which one is the

23   official Camp Nenookaasi, like, has been, like, I

24   guess, debatable.  Because, like, it's almost like the

25   residents are the camp, like, in a way, like, not

1    necessarily the, like, locale of the camp.

2        And, like, it's not just -- and it's not just the

3    residents are the camp by any means.  Like, but that

4    is, like, a part of it, I guess.  Like, because that's

5    how I've had a lot of success getting people into,

6    like, the tiny homes, into, like, some sort of, like,

7    harm reduction housing, is like, "Let's get all of you

8    guys together since you guys like being together;

9    whether it's for -- whether you're using together or

10   getting sober together or whatever, like, let's get you

11   in a healthier environment together."

12       So, like -- but, yeah.  I mean, I guess it's

13   primarily generally much more Native-based, and it

14   seems to have more support, like, just in terms of,

15   like -- like, we're able to, like, crowd source more

16   support, more, like, community support than other

17   encampments sometimes.

18       And, like, we'll still try -- like, we -- I mean,

19   we definitely will and still do do, like, distribution

20   and stuff at those other encampments, like -- like,

21   like the one on Lake Street that burned down, like, I

22   would say is -- was not a Nenookaasi encampment.

23   Like -- and, like, we would still do work over there

24   and distribute meals over there and such.

25       But, like, it wasn't -- it didn't get maybe quite

1       as much attention.  I don't want that to sound, like,

2       callous, exactly, because it, like -- it's not quite

3       meant to be that way.  But, yeah.

4   Q   You mentioned the -- I think the big Nenookaasi.  Is

5       that the Nenookaasi that you understand formed after

6       the MNDOT closure at the Wall of Forgotten Natives --

7   A   Yeah.

8   Q   -- back in the fall of 2023?

9   A   Correct.

10  Q   Did you visit that encampment?

11  A   Yes.

12  Q   How many times?

13  A   Fall of '23, that one, probably like -- probably like

14      15.

15  Q   And did you go there in your certified peer recovery

16      specialist role?

17  A   No.  At that point, no, I had not -- not gone in that

18      role.  No.

19  Q   Why would you go there?

20  A   I -- I went for just, like, I think -- and the initial

21      thing was just, yeah, like, it was just, like, a

22      protest of, like -- I don't even really know what it

23      was for anymore, initially.  But it was just basically

24      like a -- they were trying to -- as far as -- insofar

25      as I understand, they were trying to stay in the

1     location that they were in or something.  And there --

2     there was issue with that.

3         And then after that, I connected with a few

4     different people there and just sort of asked, like,

5     with, like, I mean -- and I know their names, but I'm

6     not really comfortable sharing them.

7         But, like, with other community -- like, what do

8     you call that? -- mutual aid network-type people and

9     saying, like, "What are these" -- like, "What's needed

10    here?  Like, what -- what can we do to help in terms

11    of, like, helping with, like, health -- health-related

12    stuff or helping with, like, you know, like, food

13    stuff, helping with, you know, warmth, helping with,

14    you know, whatever, you know, needs to be helped with."

15        So, yeah.  So that was when I was still working at

16    Regions and was, like, just sort of sporadically coming

17    by, dropping off food, saying, "Hey, hi," like, you

18    know -- like, you know, that kind of stuff.

19   Q   In 2023?

20   A   Correct.

21   Q   Were you --

22   A   In 20 -- okay.

23   Q   -- involved in any meetings between anyone at the

24    encampment and individuals at the City related to the

25    encampment?

1    A    I -- like, I don't know.  There -- I mean, I've -- I

2         mean, like, no one from the City is at those build

3         meetings, so no -- I mean, there's been a few times

4         that we'd gotten -- I would say no, I guess.

5              To elaborate on that ever so slightly, like, there

6         would be, like -- like, I've had, like, meetings

7         with -- where, like, a, like, council member like Jason

8         Chavez was there and stuff like that.  And, like, they

9         would invite us to bring unhoused residents to those

10        meetings, and it was generally a challenge to get that

11        to happen in the first place.

12             But there were, I'd say, at least three separate

13        occasions where that -- where we were able to bring at

14        least one unhoused resident to, like -- and, I mean, I

15        guess it wasn't always, like, specifically, like,

16        "Let's sit down with, you know, Jared, Camp Nenookaasi,

17        an unhoused resident and talk," but, like, it was,

18        like -- like -- I'm sorry.  I'm blanking a little bit.

19             The -- the meet- -- like, community -- the

20        council, Minneapolis City Council -- City Council

21        meetings that addressed those specific issues, like,

22        or, like, what -- addressing, you know, unsheltered

23        homelessness or that kind of a thing.  And then, like,

24        afterwards, like, you know, like, the council member

25        might come out and talk to us, like, after the meeting

1      for a little bit.  But, like -- and what I remember,

2      the resident -- or the unhoused resident would

3      generally have dipped off at that point, but...

4    Q    Do you remember being involved in any discussions

5      related to the closure of the first Nenookaasi?

6    A    I don't -- no, not -- yeah.  No.  I don't think so.

7      No.  Not the first Nenookaasi, no.

8    Q    Were you present at the closure of the first

9      Nenookaasi?

10   A    I -- yeah.  I don't believe so.

11   Q    And I think we've touched on this a little bit, but

12     what's your understanding of subsequent iterations of

13     Camp Nenookaasi that have transpired after the first

14     closure?

15   A    Yeah.  What -- like, as in, like, what locale have they

16     gone to next or, like --

17   Q    Is that information that you know?

18   A    I mean, I know -- I don't know off the top of my head.

19     It was from this place to that place to that place to

20     that place, per se.  No.  Like -- I mean, like, when

21     I -- I would say when I got, like, heavily involved in,

22     like -- in, like, going there enough and knowing, like,

23     okay.

24         This is, like, the fir- -- would be, like, the --

25     like, the fir- -- als- -- and it's also hard to know

1      because, like, I mean, like, I'm still learning.  Like,

2      I'll be like -- like, I just learned that my

3      neighborhood used to be a homeless encampment before I

4      was even involved in that kind of stuff up here.

5          But -- but would be the one that was -- is, like,

6      on Bloomington and, like, the Greenway right there.

7      Like -- and maybe that technically wasn't even, like,

8      an iteration of Nenookaasi.  I'm not sure, like -- but,

9      like, a lot of, like, iteration residents were

10     definitely there; so, like, I would think it would be.

11     But that's just my...

12  Q  How many Nenookaasi encampment closures have you been

13     to?

14  A  Like, yeah.  So, I guess, what I would define as, like,

15     specifically -- like, specifically, like, Nenookaasi

16     encampment enclosures [sic], like, I mean, there would

17     be, like, at least five.  Like, the one in, like -- the

18     one at the original, like, Nenookaasi site but not the

19     original closure.

20         But when they went back there again, like, this

21     last summer, like, there was that one.  And then,

22     before that, the ones on 17th, I mean -- and then, I

23     mean, I guess you still count, like, the fi- -- like,

24     the fires as enclos- -- or as closures because, I mean,

25     I guess they didn't have to close them.

1   Q   Okay.  Let's actually walk through some of these, and

2       you can tell me if you were there or not.

3   A   Fanta- --

4   Q   So after the closure of Nenookaasi One, there was a new

5       encampment that formed at 2601 14th Avenue South.

6   A   Yes.

7   Q   That was closed on January 30th, 2024.  Were you at

8       that encampment closure?

9   A   I was.

10   Q   Okay.  Tell me, what was your experience at that

11       specific encampment closure?

12   A   Okay.  Here.  Let me -- I just don't want to give you

13       the wrong information.

14           Do-do-do-do -- Maps.  All right.

15           Could you give me that address just one more time?

16       Sorry.

17   Q   2601 14th Avenue South.  And I'm assuming -- I can see

18       you're doing something off-screen.  Are you using a map

19       to look up the location?

20   A   Yeah.  Okay.  So that is the one -- 20 -- yeah.  I'm

21       just -- I'm -- yeah.  I'm not positive.  I -- I want to

22       say that I was, but I can't -- I can't be for certain

23       from just looking at the Street View.

24   Q   Do you recall if you ever visited that encampment?

25   A   Yeah.  No.  I -- yeah, I -- I definitely have been

1  there.  Yeah.  I don't know if I had -- I don't know if

2  I had -- was there on the day of that eviction

3  100 percent.

4  Q  Were you aware of a gastrointestinal illness that had

5     an impact on that encampment?

6  A  Yeah.  I -- I heard -- I heard about that.  I don't

7     know the extent -- like, from -- from what I had heard,

8     the -- like, it -- it was, like, some sort of concern

9     with -- with, like, food -- like, outreach, like -- or

10    food that had been distributed from outreach, or at

11    least that's what some of the residents were

12    complaining of.  I'm not sure if that's what the case

13    really was or not, but...

14 Q  Do you have any information about the closure of that

15    encampment?

16 A  I might if I look at -- but -- but, I mean, yeah.  I

17    mean, not -- as far as, like, official press releases,

18    like, no.  I'd -- not off the top of my head, no.

19 Q  Well, I don't mean official press releases; I mean you

20    personally --

21 A  Oh.

22 Q  -- as an expert.

23 A  Yeah.  No.  I -- I wish I had -- would've tried --

24 Q  And, again, this isn't -- I just want to make sure,

25    again, because we're remote.  This isn't -- it's -- I

1   don't want you to be googling things or looking things

2   up. It's fine if you want to use a map for a location,

3   but I'm --

4   A   Well --

5   Q   I just want to know what you know as you're sitting

6   here today. So this is --

7   A   Yeah.

8   Q   This is kind of limited in the scope. If you -- if you

9   need to look up something on the map, that's fine, but

10  I don't need you to be researching things or looking

11  things up in order to answer today. That's just not

12  the scope of how a deposition works.

13      Just kind of when you --

14  A   Yeah. That's fair.

15  Q   -- you're limited to what you know as you're sitting

16  here right now.

17  A   Right. Yeah. That's fair. I would have, yeah, just

18  looked up, like, notes I have if I -- had I -- had I

19  known. But, you know, hindsight's 20/20, so

20  continuing.

21  Q   Well, tell me if you know anything about an encampment

22  that was located at 1100 28th Avenue East. And this is

23  the one that I think you've referenced was destroyed by

24  a fire.

25  A   1100 28th Avenue East is -- so --

1  Q  There was a fire on February 29th, 2024, at that

2     encampment.

3  A  Is that -- okay.  So that was the -- there's been a lot

4     of fires.  I'm sorry.  But 2024, February 25 -- okay.

5     Yeah.  I had -- that -- yeah.  I -- I remember, but I

6     just don't -- there's been a lot of fires.  But, yes, I

7     do remember that en- -- that -- that fire.

8  Q  Do you remember if you were at that encampment at all

9     during the month of February 2024?

10 A  Oh, yeah.  For -- for sure, yeah.

11 Q  And what was your experience when you were at that

12    particular encampment?

13 A  Yeah.  Was -- like, I mean, it was not -- like, I mean,

14    I guess, like, what specific -- what specifically --

15    like, it wasn't, like, any worse or bet- -- like, well,

16    I mean, it was probably not one of the better

17    encampments necessarily.  But, like, in -- in -- just

18    in terms of, like -- like, you know, like, waste,

19    like -- and, like, how thing- -- like, how things are

20    kept tidy and, like, how, like -- and the, like,

21    cooperation of the residents of like, "Hey, like, you

22    guys, if, you know -- you know, if we were to be more

23    conscientious in picking up, like, you know, this kind

24    of stuff, then, like, we'd have less complaints."

25         And, like, if we were -- you know, it was -- it

1    was a li- -- yeah.  There were some issues with, like,

2    that kind of stuff.  I don't, like, recall any

3    specific, like, safety, like -- like, I mean, there's

4    always safety concerns, I guess.  Like, but I don't

5    recall any, like, specific ones that -- like, any more

6    than any other encampment.

7  Q  And when you say there's always safety concerns, what

8    are you referring to?

9  A  I mean like propane, like, stuff, like, burning of hand

10   sanitizers and stuff.  Like, I mean, things people need

11   to do to, like, stay warm.  Like thing -- and, like --

12   I mean, like, you see tents slashed up with, like,

13   knives and stuff or, like, you know -- or what you

14   presume to be a knife.  But, you know -- you know,

15   slashed-up tents sometimes.  And that's not necessarily

16   the, like, norm.  Like -- but, like, there's always,

17   you know, some amount of, like, you know, safety

18   concerns in the -- and there's -- some have more and

19   some have less of that.

20  Q  Do you remember thinking at all that there were fire

21   safety concerns at this location when you were there?

22  A  I mean, not -- not more than any other encampment, no.

23  Q  Are the -- the fire safety concerns are just kind of a,

24   would you say, ubiquitous encampment concern, not more

25   at one site than another?

1   A   Yeah.  I mean, I guess if you -- if you really try and
2       mitig- -- like, it'd be great to have very
3       flame-retardant materials, like -- but, like, I mean, I
4       guess those can be a double-edged sword too from what I
5       hear.  But -- but, yeah.  There -- there -- I mean,
6       it's ubiquitous, like, in the winter of people needing
7       to, you know -- needing heat and stuff.
8           And, like, yeah.  Peop- -- there -- you know, I
9       think there's an amount of, like, some safety
10      consciousness that some people have.  But, you know, to
11      get that uniformly happening at a whole encampment of,
12      you know, 25 to 100 people, plus, like, that -- yeah,
13      it's not happening.  So, yeah, it's pretty ubiquitous,
14      I would say.
15  Q   Do the fires at an encampment ever cause smoke issues
16      in the surrounding community, in your experience?
17  A   I haven't seen that, no.  I mean -- I mean, I've --
18      I've known that, like, people have seen that -- like,
19      that smoke's been seen from encampment fires and stuff.
20      And I assume that that's not ideal for air quality
21      either necessarily.
22          How -- like, I haven't heard, like, "Oh, like, I
23      had, you know," -- I've heard from, like, people who
24      were in the encampment fires, like right next to them,
25      yes.  Like, I've heard, like, yeah, like, oh, like, the

1    smoke inhalation kind of stuff or something like that.

2    Like -- but other than that, like, I haven't heard

3    anything from the, like, wider community.  But there

4    could be.

5  Q  Do you think that there are valid concerns about having

6    an encampment in a community by members of the

7    community?

8  A  Yes.

9  Q  And what are some of those concerns that you would

10    think would be valid?

11  A  I mean, yeah.  I've hear- -- yeah.  I mean, it's a

12    super nuanced issue.  But, yeah, if you -- just a quick

13    laundry list, I mean, like, you know, like biohazard

14    stuff, obviously, like needles and whatever.  Like, you

15    know, crime, like, to an ex- -- like, crime less so.  I

16    don't understa- -- like -- -stand as much.

17        But, like, that's just -- like, I don't -- I'm

18    sure it happens.  I just don't see, like, a ton of,

19    like, bystander, like -- like, there's lots of

20    inter-camp crime, like, by camp residents against camp

21    residents.  And I'm sure that they do commit crimes.

22    And, like, petty theft, they definitely do commit,

23    like, from, like, stores and stuff like that.

24        So -- so that -- but, I mean, yeah, like, and, I

25    mean, I hear, you know, like, peop- -- you know, I

1     don't know.  Some -- some stuff, I agree with; some

2     stuff, I don't agree with.  Regardless of whether I

3     agree with it or not, like, I think that their concerns

4     are, like, valid for the most part.  Like -- and,

5     like -- but I -- I think that the -- like, I mean,

6     it's -- no one wants to see that in their community

7     anyway.  I mean, I would hope not, at least.

8          And, like, it's not, you know, like, you know, the

9     parks, like, for the -- you know, you don't want your

10    kids playing at a park necessarily if, like, there's a

11    bunch of homeless people hanging out, and they're doing

12    dru- -- like, smoking drugs and this and that.

13         So, like, I mean, it's not -- yeah.  I mean,

14    I'm -- I'm definitely not an advocate, like, of,

15    like -- like, encampments for the win.  Like, we should

16    just -- like that's our solution to homelessness by any

17    means.  Like, it's -- yeah.  I don't think that's...

18  Q  Were you ever at an encampment at 2939 14th Avenue

19     South?

20  A  Yeah.  Yeah.  That's the one in, like, the alleyway?

21  Q  Right.  Right.

22  A  Yeah.  Yep.  Where there was another more recent fire.

23     Yes.

24  Q  How many times did you visit that encampment?

25  A  Yeah.  Hard to -- 100 -- at least 100, yeah, I'd say.

1  Q  And were you there when that -- I'll represent to you

2      that encampment was closed, and the one I'm referring

3      to is the one that was there last summer.  And it was

4      closed July 25th.  Do you remember if you were there?

5  A  Oh.  I was there.  That one was not due to a fire,

6      though.  But, yeah.

7  Q  No.  Right.

8  A  Yes.  Yeah.  I was there for that eviction.  Yep.

9  Q  And what do you recall about that specific closure, if

10     anything?

11  A  Is that the one -- okay.  I'm sorry.  Can you repeat

12     the address one more time?  I want to go look it up,

13     but --

14  Q  Yeah.  It's 2939 14th Avenue South.

15  A  Okay.  Okay.  So that one's the -- right by the

16     Greenway on 14th.  Okay.  Yeah.  That's -- that's the

17     one I thought it was.  Okay.  Cool.

18          Yes.  I was there.  What do I -- I -- I don't

19     really remember -- I mean, I remember -- I don't

20     remember why they were, like, evicting us exactly, per

21     se.  I think that -- I mean, from what I remember,

22     like, it had just recently -- like, it had been a

23     previous encampment site, and it was -- had, like, just

24     recently, like, gone back up, it seemed like, within,

25     like, at least a month or so prior.

1            And, I mean, yeah.  I -- I remember the police

2       were actually -- like, I was -- or, like, surprised by,

3       like, the, like, lack or -- like, just the, like, ask

4       of, like, us to -- you know, of what to do kind of

5       thing, which, like -- which I understand, like, I

6       guess.

7            I mean, because at that point, like, I was,

8       like -- like, in outreach, but, like, I was still,

9       like, up here recovery specialist.  Like, I was going

10      to say "just," so -- and I guess I should say I'm using

11      air quotes now.

12           But, anyway, like, I was just surprised that,

13      like, the people who, like, generally are responding to

14      the thing didn't have the resource -- or, like, weren't

15      like, "All right.  Here's what we should -- we should

16      do, X, Y, and Z."  Or like what -- "Here's the

17      resources we should call, like, A, B, and C."  Like,

18      that -- that's more so what I was surprised about,

19      so...

20   Q  So I -- okay.  I do want to -- I want to just unpack

21      that a little bit more because I'm not sure I totally

22      am tracking what you were saying.  So what -- can you

23      just explain a little bit further what you were

24      confused about or what -- not confused -- what

25      surprised you at that closure about --

1    A    Oh.

2    Q    -- the nature of the folks that were responding to the

3         closure?

4    A    Just that they were asking me and many others there

5         that, like, weren't, you know -- I mean, there are a

6         lot -- a lot -- but, like, what services should we

7         call?  What shelters should we call?  Like, what, you

8         know, deto- -- like, are there -- they were just --

9         like, it didn't seem like there was any protocol

10        that -- of their own.

11            It was like if we weren't there -- and we were

12        only -- we weren't called in there or anything.  Like,

13        we just were, like -- it was like, "Hey," like, a

14        community, like -- police were, you know, over here,

15        like, kind of thing.  And we just kind of, like, race

16        over there.  Like, it wasn't -- like, no one asked us

17        to be there, so to then be asked after that what should

18        be done, it was just a little bit strange.  So, yeah.

19   Q    So you didn't take that as them trying to be

20        collaborative with you?

21   A    No.  I -- no.  I did, and I -- like, it wasn't, like,

22        not appreciated either.  It was just a little bit

23        staggering of, like -- like, you guys don't -- like, it

24        was like -- almost like their first thing too.  Like,

25        it wasn't like -- I don't know.  It just seemed like

1      they were kind of like -- like, "Huh?" Like, "What do

2      we do?" Like, it -- like, but, yeah, it, like, I -- I

3      -- I -- like, there are far worse responses that they

4      could have had, or they could have just not tried to

5      engage at all. Like, for sure.

6  Q  Do you -- were you ever at an encampment that formed

7      last fall -- well, I guess it formed in July, end of

8      July 2024, and was closed in October last year, and it

9      was at the same site as the original big Nenookaasi?

10  A  Yes.

11  Q  Do you recall if you were there when it came back a

12      second time?

13  A  Mm-hmm. Yes.

14  Q  And what can you tell me about when that site was

15      repopulated again, what your experience was when you

16      went to that encampment?

17  A  Yeah. I mean, it was very briefly repopulated from

18      what I can remember, at least. Like, it was -- I mean,

19      it is a big chunk of land, but, yeah, no. I mean,

20      people hadn't -- it -- like, yeah. I'm pretty sure

21      people hadn't even really been getting much of their

22      stuff, like, unpacked.

23          But, yeah. The -- I mean, the thing I can say --

24      I mean, what, honestly, is still most striking to me, I

25      guess, about that eviction was, like, the, like,

1      collaboration of, like, not necessarily service

2      provider collaboration, but, like, the police, like,

3      were very -- the police were very -- at, like -- or at

4      least one guy was very adamant about, like, "Did

5      everyone get everything of theirs?" like, of their

6      belongings kind of thing.

7           So, like, that was -- like, that was good.  I

8      mean, I remember the eviction in and of itself was,

9      like, due to the fact that the -- the peop- -- the, you

10     know, Indigenous Peoples Task Force, whose land it was,

11     was breaking ground on something, anyway.  So, like,

12     that was -- it was at their request, as far as I'm

13     aware.

14  Q  And that was the original Camp Nenookaasi.  Correct?

15  A  Mm-hmm.

16  Q  But then when it reformed a second time about a year

17     later, did you visit the site then at all?

18  A  Yeah.  No.  That -- no.  That is what I am talking

19     about, the -- like, unless --

20  Q  Okay.  You were there the second time also?

21  A  Yeah.  The first time I was -- is when I was only

22     there, like, a handful of times.  And then the -- the

23     second time is when I was there, like, during the

24     actual eviction.  Yeah.

25  Q  Understood.  Okay.  Understood.

1          And that was in 2024?

2    A    Right.

3    Q    Do you -- were you at any of these encampments when

4         they were formed?

5    A    Yeah.  Yeah, like, sort of.  Or, like, try -- like,

6         not -- yeah.  I mean, not really, I guess.  No.  I

7         don't know.

8    Q    Did you ever -- let me ask a better question.

9          Did you ever see individuals for any of these

10        sites cutting fences to get access to the property?

11   A    No.  No.  Huh-uh.

12   Q    Did you ever see individuals taking down "No

13        Trespassing" signs?

14   A    No.

15   Q    Do you -- are you aware that this lawsuit is made up of

16        a series of individual plaintiffs?

17   A    Yes.

18   Q    I want to walk through some of these individuals, and I

19        just want you to tell me if you know them or not or you

20        know who they are.  And then, if you do, maybe I'll

21        have some additional questions.

22   A    Okay.

23   Q    Do you know Cheryl Sagataw?

24   A    No.

25   Q    Do you know DeAnthony Barnes?

1    A    Do you -- you're -- you have, like, aliases too, or no?

2    Q    I don't.

3    A    Okay.

4    Q    This is just the names that I know of them.

5    A    Yeah.  Okay.  Yeah.  No.

6    Q    Do you know someone named Travis Neloms?

7    A    Maybe.  But, yeah, I'm going to have to say no.

8    Q    Do you know someone named Alvin Butcher?

9    A    Yes.

10   Q    What do -- what's your relationship with Alvin Butcher?

11   A    Like, I mean, I -- he -- no.  Yeah.  He ne- -- he never

12        was a client of mine.  Just -- yeah.  Just an

13        encampment resident.  I just basic- -- I know him.

14        Yeah.  I remember he's -- always would chop a lot of

15        firewood and stuff.  But that's about -- like, I never

16        really -- and I think I got him a Rule 25 assessment

17        once.  But not -- not like a close relationship or

18        anything.

19   Q    Did you ever talk with Mr. Butcher about his

20        experiences at encampments?

21   A    I mean, in, like, an overall, like, "What has your

22        experience been like as a homeless resident?"

23   Q    Or specifically about his experience at Nenookaasi.

24   A    No.

25   Q    Did you ever speak to him about his experience at any

1     encampment closure?

2  A   Yeah.  Well, no -- yeah.  I can't recall for sure.

3  Q   Do you know someone named Adrian Tiger?

4  A   Yes.

5  Q   What is your relationship with that individual?

6  A   Just about the same.  I don't really know him on a

7     personal -- I mean, I know -- I know he was just shot,

8     but, no.  I -- yeah.  I -- I don't know, yeah, much

9     about -- much about him, per se, except -- yeah.  And

10    I -- and I -- no.

11  Q  What about Roberta Strong?

12  A  Yeah.  I -- I know the name.  I -- her -- I have a --

13    I -- her, I always have a hard time putting the face to

14    the name, and then I always feel really bad afterwards.

15    But -- but I do know who she is.  Yes.

16  Q  What's the nature of your relationship?

17  A  I -- were we client -- did -- was she a client the

18    first time I had with Amethyst?  I -- yeah.  I -- I --

19    I'm not 100 percent sure on that, if -- she may or may

20    not have been a client at Amethyst.  If she was, she

21    wasn't one of the ones that, like, I saw on, like, a

22    regular basis.  But, yeah.  It -- I mean, I knew she

23    was a resident of the encampment and that --

24  Q  Did you ever -- did you ever talk to her about her

25    experience at any Camp Nenookaasi closure?

| | | |
|---|---|---|
| 1 | A | Ye- -- I -- I bel- -- and I could be wrong.  I believe |
| 2 | | she was one of the ones complaining that, like, she |
| 3 | | wasn't able to, like, go back and retrieve, like, |
| 4 | | property or something.  Like, she wasn't being allowed |
| 5 | | to, like, return, you know, after. |
| 6 | | I don't know -- and I don't know the circumstances |
| 7 | | of if she departed for a while and was trying to come |
| 8 | | back necessarily or if she had quite literally just |
| 9 | | stepped over the, you know, police line or line -- or |
| 10 | | whatever the line is, and they wouldn't let her back. |
| 11 | | But I do remember, I believe, her complaining about not |
| 12 | | being able to retrieve property. |
| 13 | Q | But no -- no more specific details than what you've |
| 14 | | just testified to? |
| 15 | A | Yeah.  No.  I mean, not that I'd be comfortable saying, |
| 16 | | like, under oath that, yeah, this is what she said to |
| 17 | | me or something like that.  No. |
| 18 | Q | Do you remember what encampment that was at? |
| 19 | A | I think that was at the one that was the original |
| 20 | | Nenookaasi.  Well -- but that doesn't make sense |
| 21 | | either.  Was it at -- hmm.  It was -- it was either at |
| 22 | | the original Nenookaasi One or Two, I think.  But I |
| 23 | | think it was at the original Nenookaasi location.  Or |
| 24 | | it was at -- it was eith- -- it was one -- it was |
| 25 | | definitely at one of the two Nenookaasi locations, I |

1    believe, or the one where the drone was flying overhead

2    at the Bloomington and the Greenway.

3  Q   Do you know Chance Askenette?

4  A   I don't believe so.

5  Q   Do you know someone named Lola Hegstrom?

6  A   I do.

7  Q   What's the nature of your relationship with Lola

8    Hegstrom?

9  A   She was a client of mine at Amethyst, like, when I was

10    doing outreach as part of my Amethyst work.  And, yeah.

11    I know her, like -- not, like, crazy, like, on, like,

12    an intimate or personal level, I guess.  But, like, I

13    -- yeah.  I know, like, I, like -- you know, I know

14    her.  Yeah.

15  Q   Do you know if she's received housing?

16  A   I think she did rec- -- just recently receive housing.

17    Yes.

18  Q   Did you ever talk with her about her experiences at a

19    Nenookaasi encampment closure?

20  A   We -- yes.  We've talked.  But, yeah.  I don't -- like,

21    it's -- yeah.  It's just really hard that all these

22    people's experience kind of blur together.  And it's,

23    like -- is, like -- I don't want to describe someone --

24    you know, a different person's experience to you than

25    the person who you're asking about, unfortunately.

1       But I've -- I mean, I've just heard countless

2       stories from people, so, yeah.  But I have heard her

3       complain about, yeah, like, the -- like, either way she

4       was treated or way -- or it's usually due to, like,

5       yeah, how you're treated or, like, time to be given --

6       amount -- like, amount of time to be given things or

7       whatever.  But, yeah.  To specific- -- can I speak

8       specifically to what she had said?  No.

9   Q   What about someone named Rondel Applebee?

10  A   No.

11  Q   In your experience, do people that are staying at

12      encampments want to go to shelters?

13  A   Shelters, it -- it depends.  But, I mean, yeah, I think

14      in general, like, they want to go -- like, be housed,

15      like, in some -- some form of, like, housing.  I mean,

16      there's definitely a small -- what I would think of as

17      small subset of people, like 10 percent or so, who,

18      like, actually really, like, on some level, enjoy it

19      out there as far as you can -- like, insomuch as you

20      can say, like, enjoy.

21      Like -- but, like, you know, they, like -- they,

22      like, find it fun at times, at least, it seems, to hang

23      out with their friends out there and whatever.  Most

24      people that I encounter would like -- would like to get

25      into some form of, like, housing of what -- like,

1        whatever that may be.  But, yes.  Most of them

2        definitely don't want to be in the camp, like, or in a

3        camp, specifically.

4    Q   What about, like, temporary shelters?  Is it your

5        experience that individuals in encampments don't want

6        to go to temporary shelters?

7    A   Temporary shelters can be harder, yeah, to, like, get

8        people from encampments to go to.  Yes.  I -- I mean, I

9        think a lot of that goes back to, like, them, like -- I

10       mean, from what I've seen -- like, I mean, I've heard a

11       lot of, like, stories from shelters of, like, even,

12       like, sexual abuse and stuff like that, like, of staff

13       members onto, like -- onto, like, residents and stuff

14       like that.

15            And, like, I mean -- but, I mean, that's, like,

16       the most extreme of the examples.  But, like, I mean,

17       also, like, I think not have -- like, I think the

18       biggest thing is not -- like, most of -- I mean,

19       there's -- the shelter conditions are generally not

20       great.  And then even beyond that is, like, not having

21       a set place to have their stuff every night.

22            Like -- because, like, I mean, it's kind of

23       counterintuitive of, like, yeah, like, you don't --

24       like, your stuff's not really safe in a homeless

25       encampment inside a tent with, like, a bunch of other

1     people around.

2          But, like, if you have a few certain people there

3     that you trust, then someone can watch after your

4     stuff.  And, like, it can feel more like you have a

5     home base of operations, like, which can still seem

6     counterintuitive to me sometimes, but, like, I al- --

7     but I also understand.

8          But -- whereas most shelters is, like, you know,

9     you can't show up until this late, and you've got to

10    leave by this early.  And that seems to be a barrier

11    for a lot of the, like, encampment, at least, type of

12    unhoused population.

13  Q   Do you think it's safe for individuals to be sleeping

14    outside in Minnesota in the winter?

15  A   No.

16  Q   Do you -- what do you understand the City of

17    Minneapolis's role in the shelter system to be?

18  A   I mean, ideally to provide shelter.  Like, I mean,

19    yeah.  I don't -- I don't know, I guess.

20  Q   Do you understand that the City is not a direct service

21    provider?

22  A   Yes.  Right.  Yeah.

23  Q   What do you -- what information do you have about the

24    City's role in funding affordable housing?

25  A   Yeah.  I mean, I'd like more.  I don't know.  I -- I --

1       but I -- I know that they've, like -- I mean -- I mean,

2       I know about, like -- well, I don't know in terms of

3       the City itself.  Like, because I don't know.  I was

4       going to ask May- -- the mayor that when he was here

5       the other day.

6           But, no.  Yeah.  I -- I don't know, like, what

7       specifically more than -- has been -- being done is

8       being done, like -- like -- like, Section 8 has been a

9       thing.  You know, GRH has been a thing for relatively a

10      while.  And, like, I don't see, like, much new

11      developments going for -- I mean, there's some stuff

12      that is happening.  Hopefully things will continue to

13      happen.  Certainly they will.  But, yeah.  Yeah.  I

14      don't know what...

15  Q   Do you think that encampments on City property should

16      be allowed to exist within the city?

17  A   I don't have a strong opinion, like, for or against

18      that, I guess.

19              MS. ENSLIN:  You know what?  Okay.  Can we

20      take a five- to ten-minute break?  I'm going to look

21      through my notes.  And then when we come back,

22      Mr. Maring, I can give you a better idea about, like,

23      the rest of what we have to go through.  Is that okay?

24              THE WITNESS:  Sounds good.

25              (A recess was held at this time.)

1           MS. ENSLIN:  I don't have any additional

2       questions for you, Mr. Maring, today.  Plaintiffs'

3       lawyers might have some questions for you.  But I thank

4       you for your time, and I will turn it over to them.

5           MS. KELLEY:  Sounds good.  We just have a

6       couple of questions.

7                    EXAMINATION

8    BY MS. KELLEY:

9    Q   So going back to the beginning of this morning, Jared,

10       you expressed some hesitancy around the term "expert."

11       Do you have concerns about the concept of an expert in

12       general?

13   A   Yes.

14   Q   Would you mind elaborating a bit?

15   A   I -- yeah.  I'm -- I'm reluctant to call most experts

16       "experts," like, in gen- -- in -- I mean, not in terms

17       of, like, I won't listen to, like, a medical scientist,

18       maybe, about, like, my health or something like that,

19       like, per se.  But, like, in terms of, like, what more

20       of like a -- like, layman's expert -- I gue- -- I -- I

21       guess I can't do -- do these (gesturing).  Can I do

22       these in regular court, man?

23           But would -- would be I do -- I -- as I was

24       telling you yesterday, like, I do feel strongly, like,

25       in my ar- -- like, in a niche area.  Like, do I feel

1      strongly about, like -- like, how homelessness should

2      be addressed nationwide?  Like, I have -- I think I

3      have some good insights and opinions and stuff like

4      that.

5           Do I think I'm an expert on that?  No, probably

6      not.  Like, do I think I have, like, a probably solid

7      amount of expertise, like, in, like -- like, could

8      define myself as, like, a local, like -- you know,

9      local Minneapolis area specifically, like, with

10     encampment-related, like, type of unhoused individual

11     homelessness experience, like, and SUD and the -- like,

12     and the response between all that?  100 percent.

13          Like, I feel very confident in seeing -- like,

14     what I've seen, you know, and that -- like, in being --

15     but, yes, I -- I don't like -- like, I'm not -- like, I

16     -- I don't know.  I wouldn't -- never define myself as

17     an expert on any -- like, in anything that I would

18     probably even be considered an expert in.

19          Like, that's just kind of how -- how my

20     personality is, if that makes sense.  I -- I shy away

21     from compliments.  I don't -- I'm not one to -- not one

22     to brag, that kind of stuff.  So -- but I do feel --

23     like, so -- but, yeah.  I do feel comfortable in saying

24     that I am, like, very well-versed in the -- or an

25     expert, if you will, in -- in the unhoused issues of

1      like, the Minneapolis area.

2   Q   I guess I'm wondering leaving aside what sounds like

3      political objections to the term "expert," are you

4      uniquely positioned compared to the general public to

5      understand or explain certain topics?

6   A   Yeah, for sure.  Yes.  If you -- yep.  Yep.  Once

7      rephrased, I am much more comfortable with that --

8   Q   Okay.

9   A   -- with that, yes, definition or what -- how -- however

10      you want to put it.

11   Q   And, like, what types of experiences or history give

12      you this unique insight?

13   A   I mean, from having it -- I mean, from, like,

14      personally being homeless myself and -- both nationally

15      and in Minneapolis to, like, being -- I mean -- I mean,

16      the -- I mean, the biggest thing I think is being in

17      the homeless encampments on a day in and day out basis,

18      especially for the time that they were there being shut

19      down and moved around so much, you know.

20          Like I -- you know, I can recall at least, like,

21      you know, ten evictions, like, not all of Nenookaasi or

22      anything by any means, like, that -- just within, like,

23      you know, like, a calendar year at least.

24          But -- so -- and not that there weren't other

25      people there or anything like that, but, like, I really

1  don't see a lot of the other organizations there.

2  Like, we -- we worry about that sometimes, like,

3  ourselves, like, in the field.  Like -- like, "Is,

4  like, this organization really doing what, like,

5  they're -- they're saying they're doing?  Because,

6  like, we don't see them down here," and stuff like

7  that.

8        And, I mean, clearly, like, the -- most people,

9  like, just aren't going to want to go down to a

10  homeless encampment anyway except the people who are,

11  you know, the ones doing, like, the type of work that I

12  am doing, that those are -- really are the people who

13  are down there.

14       And I guess, then, even if you were to get --

15  because I've gone down to places with, like -- I might

16  be going on just tangents now, and I feel like I need

17  to go.  But I don't care because now I'm just talking;

18  you got me rolling.

19       But -- but, like, I've gone down there with, like,

20  PhD people who, like, were doing wound care and packing

21  and this, that, and the other and all that other stuff.

22       But it is very hard to get, like, a comfortable

23  appro- -- you know, like, with -- like, you know, the

24  residents, or unhoused residents or whatever, are much

25  more hesitant, like, with, like, very, like, medical,

1      like, generally haven't experienced it themselves type

2      of thing.

3           And they're much, like, more closed off and, like,

4      not so much willing to disclose either what they're

5      going through or, like, what they need or even just to

6      engage at all, really.  And so just being present for

7      that and being present for multiple evictions, I guess,

8      and seeing the ramifications of -- of that.

9  Q   Are you saying that being, as you called, "a PhD

10     person" makes it harder to understand what's going on

11     at encampments?

12 A   Generally, I would say yeah.  Like, as a rule of thumb,

13     yes.

14 Q   And four more questions and then I'll -- we'll let you

15     go.

16          What's the importance of personal experience with

17     addiction in being a peer recovery specialist?

18 A   I mean, like I said, I'm 99 percent certain -- and,

19     like, somehow up at, like -- Evergreen was shady, so,

20     like, maybe that was -- and that's where I learned

21     this, like, "Oh, no.  You don't technically have to

22     have personal experience to be a peer recovery

23     specialist," or whatever, like, things.  And, I mean, I

24     heard it from high-up people there, so, like, that's

25     why I have some amount of, like, maybe that is a thing.

1          But, I mean, that's -- I mean, that's kind of the

2     whole thing.  Like, it's -- I mean, it's pretty well

3     known in the addiction, like, recovery community, like,

4     you know, you kind of want, like, you know, your, like,

5     LADC or your counselor in your, you know, rehab to,

6     like, have experienced addiction.  Have -- do all of

7     them?  No.  Have the ones that have benefitted me the

8     most been the ones that had?  Yes.  Except for one,

9     surprisingly.  But, like, I mean, the ones that

10    benefitted me the very most definitely did.

11         And, I mean, it's -- yeah.  It's just very hard to

12    relate and -- like, to someone -- I don't know.  Like,

13    it's, like -- and even if you can empathize, it's hard

14    to relate, and it's hard to be like, "Yeah, like, I've,

15    like" -- like, I mean, like, I don't -- like, I did,

16    like -- like, I stole from my grandma many times.  You

17    know what I mean?  Felt shame about that.

18         And, like, it's, like, you -- anyone else can be

19    like, "Oh.  You don't need to feel bad about that;

20    like, you were addicted to heroin."  Like, you know

21    what I mean?  But, like, only certain people can be

22    like, "Dude, don't worry.  Like, I stole a fucking --

23    like, 10 Gs from my grandma," like, you know, like kind

24    of thing.  Like, so, I mean, there's just the

25    importance of shared -- shared experience.

1   Q   When did you upgrade, if you remember, to CPRSR?

2   A   I just did.  I've been, like, trying to for a very long

3       ti- -- like, all it is is saying that you -- well, I

4       mean, it allows you to supervise other peer recovery

5       specialists, but it also -- like, I have to do, like,

6       less supervision meetings every month and stuff like

7       that, and thing -- it opens my schedule a little bit.

8          So I've been trying to do it for a very long time.

9       The, like, requirement is, like, 500 hours of

10      documented service and a certain amount of documented

11      supervision that we have to go through.  And, like, I

12      reached that a very, very, very long time ago.

13         But due to, like, Kairos closing and then

14      Evergreen closing and all these other -- all these

15      institutions I've been working at closing, it was, like

16      -- it was incredibly difficult to -- anyway, I should

17      have had it years back, is all I'm saying.  But I --

18      yeah.  I just -- I think, like, maybe a week ago got

19      that.

20   Q   Do you have an estimate of, at this point, how many

21      documented hours of street outreach you've done or...

22   A   Like of documented hours?  I would say like -- like --

23      like, at least 500.  But because -- I mean, what? --

24      that's -- because, like, if you're saying 40 hours a

25      week is -- yeah one si- -- like, 40, 80, 160.  So

1    what -- that's a month.  And then times 5 would be 5 --

2    like, at lea- -- oh, yeah.  More.  But, yeah.  I mean,

3    yeah.  Yeah.  At least 500, I would say.  Yeah.

4  Q  And when you were at Kairos and Elite, you said you

5    weren't doing encampment outreach.  Correct?

6  A  Kairos and Elite -- Elite -- yeah.  No, not -- not --

7    not -- I've always kind of just done my own little

8    thing, like, where I'll just go and give out food and

9    this and that.  Because, like, I don't know.  Like,

10   I -- it's just -- like, and what's outreach?

11        But, like -- because, like, I used to go, like --

12   I don't know.  I don't want to say all this in a

13   fucking deposition.  But I don't, like -- who cares?

14   Whatever.  But, like, I used to, like -- when I came --

15   like, when I came here, like, I went to -- to the camps

16   to go get my drugs.

17        And, like, I don't see anyone doing that, by the

18   way, just for the record, everyone out there, whoever

19   may be listening.  Like, I really do not see random

20   suburban or whoever people coming into the camps to

21   source their drugs.  There is no -- that is not

22   happening.  But I am the one weirdo who, like, will do

23   that to whoever when I'm desperate like that,

24   apparently.

25        And so, like -- so, like, I'd be on my way to get

1       drugs, but I'd also be like, "Does anyone need clean

2       needles and this, that, and the other?"  Like -- so,

3       like, it's half outreach, but it's not outreach.  You

4       know what I mean?  So -- and that wasn't while I was

5       working in those capacities, anyway.  But, like, I was

6       doing that before working in those capacities, so...

7  Q   I'm wondering for the people that you were working with

8       when you weren't working specifically with encampments,

9       how many of those people were previously houseless?

10  A   A lo- -- a lot.  Like, I mean, at -- at Evergreen

11      Recovery, I mean, I would say 90 percent.  And if you

12      came in and were, like, not -- if you came in and were,

13      like, trying to stay sober, I would, like, send you

14      somewhere else, like, if I could.

15          But, yeah.  But they were -- I mean, that's pretty

16      much why people came there, was, like, so they could

17      use with a roof over their head and stuff like that,

18      which, honestly -- but it still, I think, worked out

19      pretty good.  And -- except for, like, all the billing

20      stuff.

21          But, yeah.  They were -- Elite was not -- Elite

22      was very -- like, I don't think they were only PPO, but

23      they were -- they were a bit hoity-toity kind of a

24      place.  I'd say -- there were a couple people there

25      that were coming from, like, unhoused -- unhoused

1    conditions, no -- encampment conditions, but that was

2    definitely the minority.

3  Q  And this is my last question.  When you -- so you said

4    Lola received housing, and I'm just wondering if you

5    could clarify, like, what that means and what that

6    process looks like.

7  A  Yeah.  I'm -- and I'm, like, relati- -- yeah, like, no.

8    She definitely did, because we were all like, "Oh, my

9    God.  This is such a big win."  I remember.  But, yeah.

10   So she got, like, what's known as, yeah, like GRH

11   housing or, like, group residential housing, which

12   is -- or, I mean, through, like, coordinated entry,

13   which was, like, through Streets to Housing, I believe

14   was the place she did.  I -- I don't know.  There's a

15   few ways to do it, but I think that's how she did it.

16       And so ba- -- I mean, the way we were able to do

17   it is because of that warming center that we had.  She

18   was able to sign up with Streets to Housing there.  We

19   were able to get her, like, phones and stuff like that

20   and make sure that she knew, even if she didn't have

21   her phone or she sold it or she lost it, that every

22   Tuesday, she'd be able to drop in to that center and

23   get updates.

24       Because that's a lot of what we have, is, you

25   know, "I lost my phone.  I lost contact with my

1    worker."  And then, like, they have to start the

2    process over, all over again.

3        Whereas if they know, like, Tuesday from, you

4    know, this day to this day -- and in a hyper local area

5    to where I already am, like, within blocks of where I

6    already am, you know, all these people are all within,

7    like -- the Nenookaasi residents, really, are all

8    hanging around that Indigenous Women's Resource Center.

9    So, like, to have that works.

10        But, yeah.  So she's doing that.  I mean, she's

11    still able to get high.  She's still out on the

12    streets.  I mean, I see her, but, like, she's, you

13    know, able to -- when it's, you know, dangerous weather

14    out, when it's been cold, when it's been -- or, I mean,

15    it hasn't been cold, I guess, yet.

16        But when it's been raining and stuff like that,

17    you know, like, there's -- you know, she's able to

18    actually have something to -- something to -- a

19    shelter.  And, you know, I've -- I've seen this be a

20    segue continually into, you know, more and more -- but

21    -- like, betterment of, you know, their lives.  So,

22    yeah.

23  Q  And just to kind of summarize generally, like, what's

24    the process for somebody to get housing who's in an

25    encampment?

1   A    In an encampment, it's a little bit -- but, like --

2         yeah.  I mean, better -- worse -- I don't know.  But, I

3         mean, yeah.  Usually, they will, like -- I mean, first,

4         they have to be approached or go somewhere to, you

5         know, get it or whatever in the first place.

6              But then once that's done, like, I mean, we

7         usually have -- I mean, they -- basically, they have to

8         just keep in contact with the housing coordinator,

9         however that -- whatever that looks like.

10        They could just continually be on the phone with

11       them, you know, like, once a week or whatever.  They

12       could meet with them in person at, you know, Franklin

13       Library or the Indigenous Women's Resource Center or

14       whatever.  But there needs to be that continued --

15       whatever.  And then there needs to be, like, a -- like,

16       a medical need for that with the mental health and

17       substance use being that mental need.

18   Q    Okay.  Thank you.

19   A    If that -- yeah.

20   Q    Yeah.

21   A    There's -- there's still intricacies of it.  I'm not

22         even, like, 100 percent sure about all ways and stuff

23         like that.  And, like, can't -- can't have had any

24         leases in the last three years.  Like -- so, like, that

25         could be an issue for people that have -- haven't been

1     homeless for long enough or, like, something like that.

2     At least I think that that's a thing.  So, yeah.  I

3     don't know.

4  Q  Okay.  Last question just to clarify.  In your time at

5     encampments, at Nenookaasi in particular, have you seen

6     members of the housed community coming in as a place to

7     source their drugs?

8  A  No.

9  Q  Okay.

10 A  Like, just hands do- -- like, no.  Like, yeah.  No.

11    Like -- and, in fact, I've seen people, like, run off

12    people trying to come up and get drugs from there.

13    Like -- but I'm sure -- like, does it happen?  Maybe.

14    Like -- and if it does, it has to be pretty, pretty,

15    like, infrequent.  But, yeah.  I don't -- I don't think

16    that that, yeah, is -- is a thing at all.  No.

17         It's -- I don't know.  Like, not where I'd want to

18    be getting my drugs if I was trying to get -- get good

19    drugs, but that's just me.  But, yeah.  No.  I

20    definitely don't see members of the outside community

21    coming in there and that happening at all.

22              MS. KELLEY:  Okay.  That's all the questions

23    that we had.

24              I don't know, Attorney Enslin, if you've got

25    more?

Page 98

1          MS. ENSLIN:  Nope.  That's it for me.

2          MS. KELLEY:  Thanks so much, Jared.

3                    - - - - -

4     (The videoconference deposition of Jared Maring was

5     concluded at 12:11 p.m.)

6                    - - - - -

7     (The original deposition transcript of Jared Maring

8     was forwarded to Attorney Sharda Enslin, who is to

9     retain the same until such time it can be filed.)

10                   - - - - -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE OF MINNESOTA

COUNTY OF ANOKA                                    <u>CERTIFICATE</u>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I hereby certify that I reported the videoconference deposition of Jared Maring and that the witness was by me first duly sworn to tell the whole truth;

That I was then and there a Notary Public in and for the County of Anoka, State of Minnesota, authorized to perform remote notarial acts;

That the testimony was transcribed by me and is a true record of the testimony of the witness;

That the cost of the original has been charged to the party who noticed the deposition and that all parties who ordered copies have been charged at the same rate for such copies;

That I am not a relative or employee or counsel of any of the parties or a relative or employee of such attorney or counsel;

That I am not financially interested in the action and have no contract with the parties, attorneys, or persons with an interest in the action that would affect my impartiality;

That the right to read and sign the deposition by the witness was not reserved.

WITNESS MY HAND AND SEAL this 11th day of June, 2025.

Erica M. Eggen
My commission expires January 31, 2027.

Erica M Eggen
State of Minnesota
Notary Public
My Commission Expires 1/31/2027

| 0 |
|---|
| **00001** 1:3 |

| 1 |
|---|
| **10** 81:17 90:23 |
| **100** 25:22 |
| 32:23 34:15 |
| 64:3 68:12 |
| 70:25,25 78:19 |
| 86:12 96:22 |
| **1099** 25:5 |
| **10:35** 54:21 |
| **1100** 65:22,25 |
| **11th** 99:18 |
| **12** 24:1 |
| **12:11** 98:5 |
| **12th** 56:17 |
| **14th** 63:5,17 |
| 70:18 71:14,16 |
| **15** 33:21,23 |
| 34:14 58:14 |
| **150** 34:16 |
| **160** 91:25 |
| **17** 15:14 |
| **17th** 62:22 |
| **1:00** 6:17 |

| 2 |
|---|
| **2** 25:7 |
| **20** 21:1,1 59:22 |
| 63:20 |
| **20/20** 65:19 |
| **2000** 15:14 |

**2012** 21:3,24
**2013** 15:18
**2016** 21:8,19
**2017** 15:21,22
16:1
**2020** 22:20,20
**2021** 22:21
**2022** 24:5
**2023** 58:8
59:19
**2024** 63:7 66:1
66:4,9 74:8
76:1
**2025** 1:14 2:2
99:18
**21** 22:20,20
**210** 2:13
**22** 24:6,6 34:7
**23** 58:13
**24** 1:3 20:2
**245g** 28:20
**25** 66:4 68:12
77:16
**250** 46:11
**25th** 71:4
**2601** 63:5,17
**28th** 56:17
65:22,25
**2939** 70:18
71:14
**29th** 66:1

| 3 |
|---|
| **30** 1:14 2:2 |
| 33:22 |
| **30th** 63:7 |
| **350** 2:13 |

| 4 |
|---|
| **4** 3:2,3 |
| **40** 25:8 26:8,9 |
| 26:25 27:4,7 |
| 91:24,25 |
| **41** 12:15,20 |
| **45** 33:21,21,22 |
| 34:1,5 |

| 5 |
|---|
| **5** 92:1,1 |
| **500** 26:16 91:9 |
| 91:23 92:3 |
| **55407** 2:8 |
| **55415** 2:14 |
| **5:00** 30:8 |

| 6 |
|---|
| **612.673.2180** |
| 2:14 |
| **651.343.4816** |
| 2:8 |

| 7 |
|---|
| **7** 33:25 |
| **7040** 2:7 |
| **7:00** 30:8 |

| 8 |
|---|
| **8** 30:17 84:8 |
| **80** 91:25 |
| **85** 3:4 |

| 9 |
|---|
| **90** 93:11 |
| **99** 3:5 37:13 |
| 89:18 |
| **9:03** 1:15 2:3 |

| a |
|---|
| **a.m.** 1:15 2:3 |
| 30:8 |
| **ability** 7:25 |
| **able** 6:22 8:24 |
| 28:17 34:4 |
| 43:21 49:15 |
| 53:19 57:15 |
| 60:13 79:3,12 |
| 94:16,18,19,22 |
| 95:11,13,17 |
| **abuse** 82:12 |
| **academy** 35:4,5 |
| 35:8,11,16,19 |
| **access** 76:10 |
| **accessible** |
| 10:24 |
| **accurate** 5:9 |
| 11:22 13:5 |
| 18:24 47:21 |
| **achieve** 34:13 |
| **act** 38:23 |

action 99:14,15
activities 46:17
acts 99:7
actual 26:21
  75:24
actually 9:22
  28:16,21 35:15
  42:18,19 55:21
  63:1 72:2
  81:18 95:18
adamant 75:4
addicted 90:20
addiction 25:22
  26:1 89:17
  90:3,6
addicts 17:23
additional
  76:21 85:1
address 63:15
  71:12
addressed
  60:21 86:2
addressing
  60:22
adrian 78:3
advocate 70:14
af 16:7,9
affect 99:15
affordable
  83:24
afternoon 6:4
ago 91:12,18
agree 70:1,2,3

ahead 10:17,18
  17:16 33:8
aid 59:8
air 68:20 72:11
al 1:4 83:6
aliases 77:1
alleyway 70:20
allow 39:15
allowed 17:12
  79:4 84:16
allows 91:4
als 61:25
alternate 26:4
alternatives
  10:24
alvin 77:8,10
alway 33:24
ambulance
  16:16
american 53:8
americorps
  41:14 42:3,5,9
  42:11,19 43:23
  44:1,6,11 45:1
  47:3,11,14
  51:2,3,15,25
  52:20
amethyst 34:23
  34:24 35:7,8
  35:23 36:2
  37:1,6,8,9,10
  37:16,17,19
  38:4,7,11,24
  39:8 40:1 41:1

41:13,15,21,23
  42:18,18 44:9
  47:17,22 50:15
  52:18 78:18,20
  80:9,10
amount 34:13
  67:17 68:9
  81:6,6 86:7
  89:25 91:10
anishinaabe
  38:12
annoying 38:1
anoka 99:2,6
ans 5:14
answer 5:16,17
  5:18,22,23 6:8
  17:15 18:9,10
  65:11
answers 5:3
anymore 58:23
anyway 4:11
  6:16 13:23
  19:11 31:12
  39:24 41:16
  43:13,20 47:3
  70:7 72:12
  75:11 88:10
  91:16 93:5
apartment 23:5
apparently
  92:24
appearance
  2:18

appearances
  2:5
appearing 2:2
  2:10,17 5:6 7:7
applebee 81:9
appointment
  34:4
appointments
  40:23
appreciated
  73:22
appro 88:23
approached
  45:5 96:4
appropriate
  13:17
ar 85:25
area 8:14 12:6
  16:4 85:25
  86:9 87:1 95:4
areas 24:22,23
  48:17
arrest 20:2
aside 9:11 87:2
asked 59:4
  73:16,17
askenette 80:3
asking 32:3
  73:4 80:25
aspirations
  30:19
assessment
  77:16

**assign** 24:18
**assigned** 45:15
52:7
**assistance**
45:24
**assistant** 4:19
**assume** 8:4
68:20
**assumed** 35:21
**assuming** 28:24
63:17
**attending**
23:25 33:1
**attention** 58:1
**attorney** 4:19
97:24 98:8
99:12
**attorney's** 2:12
**attorneys** 2:7
2:12 99:14
**authorized**
99:6
**availability**
10:23
**avenue** 63:5,17
65:22,25 70:18
71:14
**aware** 38:13
64:4 75:13
76:15

**b**

**b** 3:7 72:17

**ba** 33:2 94:16
**back** 19:6,9
22:14,17,22
32:23 34:4
38:1,25 39:11
39:25 41:13,15
48:4 54:21,24
58:8 62:20
71:24 74:11
79:3,8,10 82:9
84:21 85:9
91:17
**background**
14:11 18:5
54:16
**bad** 30:11
78:14 90:19
**bags** 46:12
**barnes** 76:25
**barrier** 83:10
**base** 7:4 83:5
**based** 24:12
38:15 45:20
46:15 53:16
55:11 57:13
**basic** 77:13
**basically** 23:15
25:1 26:14
29:18 30:6
32:20 33:2,7
36:16 37:15,15
37:21 38:9
39:22 40:13
41:1,23 42:20

43:25 48:20
49:11,18 56:5
56:5 58:23
96:7
**basis** 49:24
78:22 87:17
**becoming**
43:17 44:11
**beginning** 47:8
85:9
**behalf** 2:10,17
**behavioral**
38:19
**bel** 79:1
**belie** 16:20
**believe** 9:7,10
12:23 13:16
14:8 15:19
17:17,19 37:13
44:17 61:10
79:1,11 80:1,4
94:13
**belongings**
75:6
**beneficial** 38:3
**benefits** 24:2
30:16
**benefitted** 90:7
90:10
**best** 5:13 49:5
**bet** 66:15
**better** 6:22
29:20 50:17
52:9 66:16

76:8 84:22
96:2
**betterment**
95:21
**beyond** 26:8,11
28:10 34:2
38:18 82:20
**big** 8:18 46:21
56:11 58:4
74:9,19 94:9
**bigger** 51:22,22
**biggest** 42:16
46:21 82:18
87:16
**bill** 27:23 32:4
33:23 34:5
39:19
**billable** 26:16
34:14
**billed** 34:1,8
**billing** 33:9
34:8,10 38:1
41:18 44:2
93:19
**bingo** 46:17
**biohazard**
69:13
**bit** 7:4 10:4
12:4,7 14:10
15:24 30:13
36:25 38:21
39:2 60:18
61:1,11 72:21
72:23 73:18,22

85:14 91:7
93:23 96:1
**black** 55:13
**blanking** 60:18
**blatant** 33:20
**blocks** 95:5
**bloomington**
62:6 80:2
**blur** 80:22
**blurry** 22:10
**board** 33:1
**boss** 39:12
**box** 2:7
**brag** 86:22
**break** 6:5,9
54:17,20 84:20
**breaking** 75:11
**breaks** 6:3,5
**bri** 39:15
**brief** 55:24
**briefly** 28:3
38:24 74:17
**bring** 34:4
35:11 36:16
60:9,13
**broadway**
38:17
**brought** 46:14
**buil** 23:15
**build** 13:4 60:2
**building** 23:5
**bullshit** 13:22
**bunch** 42:13
70:11 82:25

**burned** 57:21
**burning** 67:9
**busy** 49:20
**butcher** 77:8
77:10,19
**bystander**
69:19

**c**

**c** 26:12 72:17
**cafeteria** 23:6
**calendar** 38:25
39:9 87:23
**call** 54:5,9,10
54:11 55:23
59:8 72:17
73:7,7 85:15
**called** 10:19
15:20 16:11
30:25 73:12
89:9
**calling** 13:25
14:4
**callous** 58:2
**calls** 49:19
**camp** 45:13
55:2,5,12
56:13,16,23,25
57:1,3 60:16
61:13 69:20,20
69:20 75:14
78:25 82:2,3
**camps** 31:19
36:18 41:25

42:1,2 43:16
43:17,19 44:6
44:7,8 92:15
92:20
**capac** 54:5
**capacities** 93:5
93:6
**capacity** 1:7
9:3 10:20
15:23,25 18:17
29:7 54:6
**care** 88:17,20
**cares** 92:13
**case** 1:3 8:8
9:12 12:14
13:17 25:23
64:12
**caseload** 24:19
**catch** 48:9 49:5
**cause** 68:15
**causes** 11:14
**cell** 40:19,20
**center** 38:15
43:23 46:22,23
47:15 49:3,3,8
50:22 51:1
53:2 94:17,22
95:8 96:13
**certain** 30:11
53:13,13 63:22
83:2 87:5
89:18 90:21
91:10

**certainly** 84:13
**certifi** 27:21
**certificate** 3:5
99:2
**certification**
26:12 27:6,22
27:23,25
**certified** 26:20
58:15
**certify** 99:4
**ceu** 28:24 29:3
**ceus** 28:9,11,12
28:14,19,21
**challenge** 60:10
**chance** 80:3
**changed** 16:23
25:6
**char** 21:4,12
**charge** 21:19
**charged** 21:13
21:21 99:9,10
**charges** 21:2,3
21:5,7
**chavez** 60:8
**check** 12:15,21
48:24
**cheryl** 1:4
76:23
**choose** 27:9
**chop** 77:14
**christin** 44:24
**chunk** 74:19
**circumstances**
79:6

**city** 2:12 4:19
4:19 13:7
36:12 47:9
53:24,25 59:24
60:2,20,20
83:16,20 84:3
84:15,16
**city's** 83:24
**claire** 2:9,10
**clarify** 6:2
15:16 17:14
20:19 94:5
97:4
**clarifying**
50:12
**class** 26:8,25
27:7
**clean** 16:15
93:1
**clear** 8:5
**clearly** 88:8
**cli** 41:22 52:7
**client** 34:11
48:9 51:21
77:12 78:17,17
78:20 80:9
**clients** 23:20
24:19 26:17
36:14,16 38:5
38:6 39:15
41:24 50:10,11
50:13,14,25
51:1,18 52:9

**climate** 2:6
**climatedefen...**
2:9,9
**clinic** 33:18
53:9
**close** 22:18
39:12 62:25
77:17
**closed** 63:7
71:2,4 74:8
89:3
**closely** 25:25
**closing** 91:13
91:14,15
**closure** 58:6
61:5,8,14
62:19 63:4,8
63:11 64:14
71:9 72:25
73:3 78:1,25
80:19
**closures** 62:12
62:24
**coalition** 16:11
16:19 18:18
19:2
**coffee** 23:7
**cold** 46:24
95:14,15
**collab** 41:9
**collaborate**
41:9
**collaboration**
75:1,2

**collaborative**
41:11 73:20
**collection** 46:7
**college** 14:19
14:21,24 30:18
**come** 8:21 17:9
35:15 41:16
49:20 54:21
60:25 79:7
84:21 97:12
**comfortable**
11:16 13:9,10
14:4 59:6
79:15 86:23
87:7 88:22
**coming** 18:6
31:19,21 41:13
59:16 92:20
93:25 97:6,21
**commencing**
2:3
**commit** 69:21
69:22
**common** 17:23
**commonly**
12:25 53:6
**communication**
8:20
**communit** 13:3
**community**
13:4 20:23
42:17,23 50:18
53:9 57:16
59:7 60:19

68:16 69:3,6,7
70:6 73:14
90:3 97:6,20
**companies**
15:10 23:18
**company** 25:14
31:13 37:6
**compared** 87:4
**complain** 81:3
**complaining**
64:12 79:2,11
**complaint** 10:2
**complaints**
66:24
**complete** 21:15
22:19 28:17
**completing**
22:17
**complex** 46:15
**complicated**
34:9
**compliments**
86:21
**concept** 85:11
**concern** 64:8
67:24
**concerns** 67:4,7
67:18,21,23
69:5,9 70:3
85:11
**concluded** 98:5
**conditions**
82:19 94:1,1

conduct  12:9
conducted  7:11
confident  86:13
conflict  7:1
confused  17:17
  20:8 42:10
  72:24,24
confusing  18:2
  44:1
confusion
  20:10
connect  32:17
connected
  35:22 59:3
connection
  10:12 18:6
  42:15 52:13,17
conscientious
  66:23
consciousness
  68:10
consequences
  8:21
consider  50:11
considered
  86:18
contact  53:3
  94:25 96:8
continually
  95:20 96:10
continue  84:12
continued
  96:14

continuing
  26:10 27:2
  28:25 65:20
continuously
  18:23
contract  32:21
  36:15 99:14
controlled
  21:22
convic  21:11
convicti  21:12
conviction
  19:15,18 20:16
convictions
  21:9,11,13
convoluted
  41:19
cool  71:17
cooperation
  66:21
coordinated
  53:20 94:12
coordinator
  52:2,3 96:8
copies  99:10,11
corps  41:14
  42:12,13 44:12
  45:16,21 52:10
correct  4:22
  8:8 10:13,14
  15:21 22:4
  26:5,25 27:1
  32:10 35:24,25
  45:19,24 47:23

47:24 51:20
  58:9 59:20
  75:14 92:5
corrupt  32:8
corruption
  33:13
cost  99:9
council  60:7,20
  60:20,20,24
counsel  99:12
  99:13
counselor  90:5
count  41:20
  62:23
counterintuiti...
  82:23 83:6
countless  81:1
country  11:25
county  52:15
  52:18 99:2,6
couple  6:22
  13:2 50:9 56:3
  85:6 93:24
course  17:5
  54:2
court  1:1,25
  5:3 85:22
cprsr  91:1
crabtree  44:25
crazy  80:11
credit  47:1
credits  26:10
crime  69:15,15
  69:20

crimes  69:21
crowd  57:15
cultural  46:17
culture  50:20
current  47:18
currently  5:7
  35:23
cutting  76:10
cv  1:3

                d

d  3:1 4:16,16
daily  49:24
dalia  2:19
dangerous
  95:13
dash  26:13
data  13:5 46:7
  51:13
day  11:13,13
  34:12 37:13
  40:3,7 43:10
  47:25,25 48:5
  49:18 64:2
  84:5 87:17,17
  95:4,4 99:18
days  34:7 48:16
daytime  37:14
deal  38:2
deanthony
  76:25
deaths.com
  17:1

debatable 56:24
declaration 10:7
declarations 10:5
defe 13:19
defend 13:20
defendant 1:8 2:17
defense 2:6
define 40:9 62:14 86:8,16
defined 30:4
definite 46:1
definitely 12:19 31:17 32:8 47:6 55:8 57:19 62:10 63:25 69:22 70:14 79:25 81:16 82:2 90:10 94:2,8 97:20
definition 87:9
degree 11:11 15:1
departed 79:7
depend 7:3
depended 30:12
depends 81:13
deposition 1:12 2:1 3:9 4:24

65:12 92:13 98:4,7 99:4,10 99:16
depositions 7:11
describe 50:2 50:19 80:23
described 48:1
description 25:15 36:10
desperate 92:23
destroyed 65:23
details 79:13
deto 73:8
detox 49:12
developments 84:11
diapers 53:13
differences 12:8
different 21:4 23:16,17,18,18 24:12 25:14,15 26:5,19,20 29:19,22 35:8 36:13 47:21 48:14 53:15 54:16 55:5 59:4 80:24
differently 20:9
difficult 91:16

dipped 61:3
direct 13:6 51:10 83:20
directly 13:7
disclose 89:4
disclosed 44:21
disclosure 9:8 9:25
disclosures 35:21
discussions 61:4
disorder 23:13
disorders 10:13 10:22
distribute 16:14 46:11 57:24
distributed 64:10
distribution 50:6 57:19
district 1:1,1
diverse 28:5
division 44:14
divisions 42:12
doctor's 34:3
documented 91:10,10,21,22
documents 9:14,17
doing 13:24 15:13,20,25 16:17 17:6,11

19:1 25:9 35:1 40:25 42:3 45:6,7,9 46:6,9 46:22,23 47:17 50:3,7 51:9,14 52:19 54:16 55:25 63:18 70:11 80:10 88:4,5,11,12,20 92:5,17 93:6 95:10
domains 24:25
double 68:4
drama 55:12
drone 80:1
drop 49:3 94:22
dropped 15:2
dropping 59:17
dru 70:12
drug 15:3,5 19:14 22:8,9
drugs 15:7 70:12 92:16,21 93:1 97:7,12 97:18,19
dude 90:22
due 15:3,5 31:13 32:2 71:5 75:9 81:4 91:13
duly 3:2 4:2 99:5

duties 25:16
29:22 36:1
dynamics
30:14

**e**

e 3:1,7 4:16,16
earlier 11:21
48:1
early 51:6 52:6
83:10
earth 53:11
east 65:22,25
easy 7:12
economic 24:23
ect 1:3
ecw 1:3
edged 68:4
education
14:10 27:2
28:25
educational
26:10
efforts 43:25
eggen 1:25
eight 43:10
eith 79:24
either 17:6
25:25 48:18
68:21 73:22
79:21,21 81:3
89:4
elaborate 60:5

elaborating
85:14
electronic
15:10
eligible 27:23
elite 25:14
29:19,24 30:20
31:4,6,8,12
35:12 92:4,6,6
93:21,21
empathize
90:13
employ 39:18
43:9
employed 24:7
24:13
employee 31:15
99:12,12
employment
17:6,25 23:1
24:24
en 66:7
encampment
47:20 56:4,15
57:22 58:10
59:24,25 62:3
62:12,16 63:5
63:8,11,24
64:5,15 65:21
66:2,8,12 67:6
67:22,24 68:11
68:15,19,24
69:6 70:18,24
71:2,23 74:6

74:16 77:13
78:1,23 79:18
80:19 82:25
83:11 86:10
88:10 92:5
94:1 95:25
96:1
encampments
8:13 10:24
16:13 30:21
40:14,15 47:18
48:4 55:2,5,6
55:22 56:14
57:17,20 66:17
70:15 76:3
77:20 81:12
82:5,8 84:15
87:17 89:11
93:8 97:5
enclos 62:24
enclosures
62:16
encounter
81:24
endaad 38:13
ended 15:25
energy 8:4
enforcement
41:10
engage 74:5
89:6
enjoy 81:18,20
enrolled 53:21

enrollees 51:25
52:9
enslin 2:16 3:3
4:5,13,18
20:20 54:15,23
84:19 85:1
97:24 98:1,8
entail 24:14
entails 40:6
enter 7:14
entry 51:13
53:20 94:12
environment
57:11
episodes 30:10
erica 1:25 5:4,9
especially 47:7
87:18
estimate 21:1
91:20
et 1:4
events 43:4
eventually
16:10 25:12
evergreen
30:25 31:6,8
31:16 32:6,8
34:19,21,22
89:19 91:14
93:10
everybody
54:19
everything's
49:1

eviction 64:2
71:8 74:25
75:8,24
eviction's 41:6
evictions 8:12
8:21 10:21
11:14 13:1
41:5 87:21
89:7
evolved 46:8
ex 69:15
ex's 22:7
exactly 14:7,8
32:22 46:9
55:25 58:2
71:20
exam 27:5,8,8
examination
3:3,4 4:12 28:1
85:7
examined 4:2
examples 82:16
exceeding
21:23
except 41:22
78:9 88:10
90:8 93:19
exchange 16:2
excuse 6:3
exhibits 3:9
exist 84:16
expected 13:20

exper 25:21
experience
14:11 25:21
63:10 66:11
68:16 74:15
77:22,23,25
78:25 80:22,24
81:11 82:5
86:11 89:16,22
90:25
experienced
46:20 89:1
90:6
experiences
77:20 80:18
87:11
expert 8:8 9:2
10:12,20 11:1
11:4,16,20
12:11,13,24
13:12,14,17
14:1,1,3,4 18:3
18:4,7 64:22
85:10,11,20
86:5,17,18,25
87:3
expertise 86:7
experts 85:15
85:16
explain 33:11
37:5 72:23
87:5
expressed
85:10

extensive 50:16
extent 41:10
64:7
extreme 82:16

**f**

face 78:13
facets 50:8 55:8
facilities 28:22
32:25
facility 23:22
23:24 28:19,20
32:10 39:18
fact 75:9 97:11
fair 65:14,17
fall 58:8,13
74:7
familiar 12:7
27:14
families 53:12
family 22:7,11
22:18
fanta 63:3
far 6:10 8:22
36:22 44:18
58:24 64:17
74:3 75:12
81:19
fault 33:8
february 66:1,4
66:9
fee 12:16
feel 6:1,6 8:5
13:12 14:1,2,4

33:15 78:14
83:4 85:24,25
86:13,22,23
88:16 90:19
felony 19:16,17
21:9,13,14,16
21:19,21
felt 4:8 90:17
fences 76:10
fi 62:23
field 23:13
25:10 54:7
88:3
fifth 2:13
figure 6:18
16:22
filed 98:9
financially
99:14
find 11:4,7
39:14 81:22
fine 65:2,9
finished 22:16
fir 61:24,25
fire 65:24 66:1
66:7 67:20,23
70:22 71:5
fired 38:23,24
39:9
fires 62:24 66:4
66:6 68:15,19
68:24
firewood 77:15

**first** 5:2 22:11
24:7,17 25:5,7
28:18 29:14
38:23 40:25
47:16 60:11
61:5,7,8,13
73:24 75:21
78:18 96:3,5
99:5
**five** 31:14
62:17 84:20
**flame** 68:3
**flare** 30:11
**flying** 80:1
**focused** 43:25
**folks** 73:2
**following** 20:15
**follows** 4:3
**food** 16:14 24:2
40:18 50:6
51:12 59:12,17
64:9,10 92:8
**force** 53:8
75:10
**forgotten** 55:23
58:6
**form** 81:15,25
**formed** 49:14
58:5 63:5 74:6
74:7 76:4
**forth** 15:10
48:4 53:23
**forwarded** 98:8

**foster** 42:22
**fou** 29:16
**found** 42:7
**four** 35:17,19
89:14
**franklin** 96:12
**free** 6:2,6 45:8
**freedomworks**
38:20
**frequent** 53:3
**frey** 1:7
**friday** 43:11
**friends** 36:19
81:23
**friendships**
54:13
**fucking** 90:22
92:13
**full** 4:15 25:4
25:13 29:20
30:6 33:18
55:19
**fully** 5:14 37:1
**fun** 81:22
**functioned**
30:14
**funding** 51:4
83:24
**further** 72:23

**g**

**g** 4:17
**gain** 23:1

**gastrointestinal**
64:4
**gen** 85:16
**general** 14:6
37:6 81:14
85:12 87:4
**generally** 23:21
36:11 57:13
60:10 61:3
72:13 82:19
89:1,12 95:23
**gesturing** 85:21
**getting** 4:8
12:13,19 25:10
49:19 53:6
57:5,10 74:21
97:18
**girl** 51:7 52:6
**gist** 23:19
37:15
**give** 5:3 6:22
7:20 8:3 39:5
63:12,15 84:22
87:11 92:8
**given** 81:5,6
**giving** 30:15
**glenn** 2:10
**go** 5:1 10:17,18
11:23 14:14,20
14:24 16:6
17:16 22:13
28:10 31:3
33:8 34:19
40:2,22,23

41:7 48:11,12
48:17 49:4,21
50:4 52:1,5
58:15,19 71:12
79:3 81:12,14
82:6,8 84:23
88:9,17 89:15
91:11 92:8,11
92:16 96:4
**goals** 24:21
30:19 36:21
**god** 94:9
**goes** 6:11,21
7:3 82:9
**going** 4:5 5:1,2
5:8,12,16,20,21
6:3 7:2,7 13:19
14:23 16:12
39:11 40:14
46:10 48:4,25
50:4 54:15
56:19 61:22
72:9 77:7 84:4
84:11,20 85:9
88:9,16 89:5
89:10
**good** 4:14,18
23:8 29:18
42:10 55:25
75:7 84:24
85:5 86:3
93:19 97:18
**google** 16:21

googling 65:1
gotten 40:16
  44:7 49:12
  60:4
government
  40:20
graduate 14:16
  15:1
graduated
  14:18
grams 21:23
grandma 90:16
  90:23
grant 47:8
great 7:6 68:2
  82:20
greenway 62:6
  71:16 80:2
grh 84:9 94:10
ground 5:1
  75:11
group 30:9
  46:15 94:11
groups 33:2
  43:9
grow 14:12
gs 90:23
gue 85:20
guess 6:14 8:14
  10:1 12:9,18
  12:20 13:18,20
  16:24 19:5,21
  23:16 24:16
  25:3 26:11

30:12 32:1
34:23 37:4
40:11 42:7,11
44:12 47:13
48:14 50:1,8
50:17 52:23
54:5 55:7,9,10
55:17,22 56:5
56:24 57:4,12
60:4,15 62:14
62:23,25 66:14
67:4 68:1,4
72:6,10 74:7
74:25 76:6
80:12 83:19
84:18 85:21
87:2 88:14
89:7 95:15
gun 32:2
guy 30:7 75:4
guys 13:13 21:5
  30:7 57:8,8
  66:22 73:23

**h**

h 3:7
ha 18:3
half 54:18 93:3
hand 67:9
  99:18
handful 75:22
hands 97:10
hang 25:10
  81:22

hanging 30:6
  40:14 70:11
  95:8
happen 60:11
  84:13 97:13
happened
  45:16 46:1
happening 41:6
  68:11,13 84:12
  92:22 97:21
happens 69:18
hard 40:9 55:7
  61:25 70:25
  78:13 80:21
  88:22 90:11,13
  90:14
harder 82:7
  89:10
harm 48:21,21
  57:7
head 5:23,23
  61:18 64:18
  93:17
health 35:14
  59:11,11 85:18
  96:16
healthcare
  38:19
healthier 57:11
hear 68:5 69:11
  69:25
heard 25:23
  26:3,4 64:6,6,7
  68:22,23,25

69:2 81:1,2
  82:10 89:24
heat 68:7
heather 2:16
heather.rober...
  2:16
heavily 28:9
  61:21
hegstrom 80:5
  80:8
held 54:22
  84:25
help 23:25
  24:19,20 25:3
  27:18 30:16
  36:23 41:8
  42:22 45:10
  49:19 50:6
  51:11 53:14,22
  59:10
helped 9:5,5
  47:6 59:14
helpful 20:19
helping 24:2
  59:11,12,13,13
heroin 19:19
  21:7,10,19
  90:20
hesitancy 85:10
hesitant 88:25
hey 30:16
  37:24 40:15,17
  40:18 41:6
  45:5,9 49:19

59:17 66:21
73:13
**hi** 59:17
**high** 11:7 14:14
89:24 95:11
**hindsight's**
65:19
**hired** 27:19
39:25
**history** 55:20
87:11
**hmm** 22:5
74:13 75:15
79:21
**hoity** 93:23
**hold** 21:11
**home** 30:23
31:21 83:5
**homeless** 11:24
11:25 12:1,3
30:21 31:21
53:17 62:3
70:11 77:22
82:24 87:14,17
88:10 97:1
**homelessness**
10:12 11:11,20
46:20 60:23
70:16 86:1,11
**homeowners**
32:21,22,24
33:5
**homes** 37:10,11
37:16,21 49:13

57:6
**honestly** 13:23
54:12 74:24
93:18
**honesty** 13:11
**hope** 70:7
**hopefully** 84:12
**hoping** 36:25
**horowitz** 35:13
**host** 43:11
**hot** 48:18,19
**hour** 26:8,25
27:7 34:7
54:18
**hours** 6:22 20:2
25:8 26:9,16
27:4 34:10
35:17,19 41:20
43:10 44:6,9
49:24 52:13
91:9,21,22,24
**house** 7:10 28:6
30:6,7,14
**housed** 81:14
97:6
**houseless** 10:21
93:9
**houses** 40:3
**housing** 24:2
30:17 33:7,10
37:2 40:1
46:15 48:23
52:24 53:1,4
53:13,14,14,19

53:22 57:7
80:15,16 81:15
81:25 83:24
94:4,11,11,13
94:18 95:24
96:8
**huh** 74:1 76:11
**hum** 15:12
**human** 15:12
15:20
**humane** 10:24
**hyper** 95:4

## i

**idea** 5:16 6:22
84:22
**ideal** 68:20
**ideally** 83:18
**ideas** 43:5
**identified** 8:7
10:11 12:24
18:3
**ids** 51:12
**illegally** 32:4
**illness** 64:4
**imagine** 11:9
**immediate** 49:6
**impact** 7:25
10:20 64:5
**impacted** 13:7
26:1
**impartiality**
99:15

**implications**
11:15
**importance**
28:4 89:16
90:25
**important** 5:8
5:22 18:5
**impression**
26:2 55:4
**inaccurate** 39:5
**incarcerated**
19:20
**inception** 55:10
**include** 40:13
**including** 28:6
**inclusive** 55:17
**incredibly**
91:16
**increment**
34:14
**independently**
9:11
**indian** 43:22
46:22
**indigenous**
53:8 75:10
95:8 96:13
**individual** 1:7
53:16 76:16
78:5 86:10
**individualized**
30:15 36:6
**individuals**
10:8 45:14,23

59:24 76:9,12
76:18 82:5
83:13
**information**
39:6 44:21
61:17 63:13
64:14 83:23
**infrequent**
97:15
**inhalation** 69:1
**initial** 20:2
58:20
**initially** 58:23
**inpatient** 23:21
28:20 32:10
**inside** 82:25
**insight** 87:12
**insights** 86:3
**insofar** 11:10
13:13 40:10
41:2 46:25
58:24
**insomuch**
81:19
**institutions**
91:15
**insurance** 33:3
33:10
**inter** 69:20
**interest** 99:15
**interested**
99:14
**interrupt** 20:18

**interrupted**
14:22
**intimate** 80:12
**intricacies**
96:21
**invite** 60:9
**involve** 26:19
**involved** 11:24
12:1 16:10,17
44:10 45:4
59:23 61:4,21
62:4
**ish** 15:14 18:20
41:9
**issue** 6:24 11:7
33:11 59:2
69:12 96:25
**issues** 60:21
67:1 68:15
86:25
**it'd** 68:2
**iteration** 62:8,9
**iterations**
61:12

**j**

**j** 4:16,16
**jacob** 1:7
**jail** 19:22,23
20:8,13
**january** 43:14
63:7
**jared** 1:13 2:1
3:2 4:1,16,16

60:16 85:9
98:2,4,7 99:4
**jared's** 39:21
51:18
**jason** 60:7
**jenk** 56:9
**jenkins** 56:10
**job** 23:6 24:14
25:15,16 26:19
29:19,22 31:16
36:1,10 54:2
**jobs** 15:8 17:22
52:23
**july** 71:4 74:7,8
**jump** 20:7
**jumps** 32:1
**june** 99:18

**k**

**kairos** 24:9,13
25:13 27:11,12
27:20 29:13
30:20 31:8
36:4 91:13
92:4,6
**keep** 14:23
41:17 96:8
**kelley** 2:10 3:4
20:7,13,15,18
85:5,8 97:22
98:2
**kept** 66:20
**kickback** 33:5

**kids** 70:10
**kind** 6:15,16
7:2 8:18,25
9:12,20,23
14:6 16:16
17:6 18:2
20:22 23:9,13
24:3,18 27:5
28:7 29:5,9,15
29:21 30:19
32:1,19 33:12
34:9 36:4,5
39:1 40:20
41:21 42:22
43:3,4 45:12
45:23 46:7,17
47:20 48:7,9
48:24 49:1,14
49:16,22,25
50:25 53:16,22
54:12,16 59:18
60:23 62:4
65:8,13 66:23
67:2,23 69:1
72:4 73:15,15
74:1 75:6
80:22 82:22
86:19,22 90:1
90:4,23 92:7
93:23 95:23
**kira** 2:9,10 9:4
**knew** 78:22
94:20

knife 67:14
knives 67:13
know 4:7 5:15
6:6,20,25 7:8
7:15,23 8:17
8:19,20,22,22
9:1,20,20,22
11:6,8,10,12,12
11:23 12:9,18
13:3,5,5,11,14
15:9,11,13
16:7,12,14
18:9,10,13
19:25 20:4
21:4,7 23:16
23:25 24:1,2
24:11,20,20,21
24:22,23,24
25:10,16 26:5
26:18 27:14,21
28:10,14 29:9
30:9,13,15,18
31:7,18 32:22
34:16 35:12
36:7,13,15,18
36:22 37:19,20
39:2,4,19,21,24
40:16,17 41:5
41:6,8,24 42:2
42:11,20 43:2
43:10,12 44:2
44:4,16,18,18
44:20,22 45:2
45:4,6,6,7,8,11

45:13,14,16
46:9,10 48:1,2
48:11,12,17,17
48:17,18,19,21
48:23,25 49:1
49:21 50:4,5
50:19,20,21,24
51:11,11,17
52:8,8 53:7,12
53:16,20,22
54:6,15 55:3
55:19 56:10,16
58:22 59:5,12
59:13,14,14,18
59:18 60:1,16
60:22,24 61:17
61:18,18,25
64:1,1,7 65:5,5
65:15,19,21
66:18,22,22,23
66:25 67:13,14
67:14,17,17
68:7,8,10,12,23
69:13,15,25,25
70:1,8,8,9 72:4
73:5,8,14,25
75:10 76:7,19
76:20,23,25
77:4,6,8,13
78:3,6,7,7,8,12
78:15 79:5,6,6
79:9 80:3,5,11
80:13,13,13,15
80:24 81:21

83:8,19,25
84:1,2,2,3,6,9
84:14,19 86:8
86:14,16 87:19
87:20,21,23
88:11,23,23
90:4,4,5,12,17
90:20,23 92:9
92:12 93:4
94:14,25 95:3
95:4,6,13,13,17
95:17,19,20,21
96:2,5,11,12
97:3,17,24
knowing 41:15
61:22
knowledge
11:19
known 65:19
68:18 90:3
94:10
kristin 2:16
kristin.sarff
2:15

**l**

lack 8:19,19
10:23 52:9
72:3
lacking 24:22
24:23
ladc 39:20 90:5
lady 29:8

laid 31:12,14
35:13,14,18
lake 57:21
land 74:19
75:10
late 83:9
laundry 69:13
law 2:7,12
41:10
laws 25:6
lawsuit 4:20
8:10 10:2 55:1
76:15
lawyers 9:9
85:3
layman's 85:20
lea 92:2
leadership
16:10
learned 62:2
89:20
learning 62:1
lease 53:18
leases 96:24
leave 15:16
29:13 30:8
31:10 83:10
leaving 87:2
leeroy 56:9,9
left 15:6 32:2
43:19
lengthy 6:12,14
letting 6:20

**level** 19:15,16
80:12 81:18
**li** 67:1
**liaise** 52:14
53:24 54:1
**liberally** 50:13
**library** 96:13
**license** 27:10
**licensure** 26:21
**life** 36:24
**limited** 11:19
65:8,15
**line** 79:9,9,10
**list** 50:10,14
51:17 69:13
**listen** 85:17
**listening** 92:19
**listing** 9:18
**literally** 79:8
**little** 7:4 10:4
12:4,7 14:10
15:24 19:8
23:10 25:16
30:13 32:18
36:25 38:21
39:1 60:18
61:1,11 72:21
72:23 73:18,22
91:7 92:7 96:1
**lived** 22:24
47:20
**lives** 95:21
**living** 30:21
31:23,24,25

46:19
**lo** 32:16 93:10
**loc** 11:7
**local** 11:7
41:10 46:14
86:8,9 95:4
**locale** 57:1
61:15
**located** 65:22
**location** 8:15
59:1 63:19
65:2 67:21
79:23
**locations** 79:25
**lodging** 32:13
32:17
**lola** 80:5,7 94:4
**long** 17:2 19:24
33:1 39:8
53:18 91:2,8
91:12 97:1
**longer** 27:15
**look** 21:6 47:25
63:19 64:16
65:9 71:12
84:20
**looked** 34:6,6
34:11 65:18
**looking** 18:12
63:23 65:1,10
**looks** 49:17
94:6 96:9
**loss** 8:23

**lost** 45:19 51:6
94:21,25,25
**lot** 17:22,22
38:12 39:15
49:12 50:8
52:25 53:15
57:5 62:9 66:3
66:6 73:6,6
77:14 82:9,11
83:11 88:1
93:10 94:24
**lots** 14:7 17:24
69:19
**louis** 12:1
14:13 16:4
**love** 45:11

**m**

**m** 1:25 4:17
16:25,25
**made** 23:9
33:11 43:6,14
76:15
**maintain** 26:9
36:23
**maintained**
39:12
**make** 5:11,12
5:18,24 6:7
8:18 13:17
18:15 30:9,10
31:8 32:19
44:1,5 64:24
79:20 94:20

**makes** 5:19,25
27:24 34:17
41:18 51:2
86:20 89:10
**making** 30:13
**man** 13:14
85:22
**managing** 23:6
**manner** 45:24
**map** 63:18 65:2
65:9
**maps** 63:14
**marijuana**
21:23
**maring** 1:13
2:1 3:2 4:1,16
4:18 54:25
84:22 85:2
98:4,7 99:4
**marked** 3:9
**married** 4:8
**mason** 56:11
**materials** 53:7
68:3
**matter** 33:25
49:23
**mayor** 1:7 4:20
84:4
**meals** 57:24
**mean** 8:2,11,17
8:22,25 9:4,5,6
9:18,18,25
10:4 11:5,10
11:23,23,24

12:3,18,25
13:2,9,10,10
15:7,8,12 16:5
16:20 17:4,8
17:17,21 18:3
18:20,22 19:3
19:3,3,4,4,5,7
19:21,21 20:1
20:4 21:2
23:10,15,16,16
23:19 24:6,12
24:15,17 25:5
25:13,20 26:7
26:8,19 27:12
27:12,13,13,15
28:4,7 29:4,8
29:25 30:3,12
30:22 31:9,9
31:17,18,18,20
31:23 32:1,2
32:22 33:2,4,6
33:14,14,15,16
33:19,22 34:2
34:22 36:3,3,8
36:9,11 37:19
38:12 40:8,10
40:11 41:4
42:8 43:16
44:3,18,19,20
44:24 45:3
46:2,3,8,25
47:5,10,11,13
48:6,7 49:10
49:11,16,17,23

50:13,16,24
52:22,22,23,23
52:24,25 53:6
53:6,6 54:3,3,5
54:6,10,12
55:7,7,8,9,11
55:17,19 56:2
56:13,14 57:12
57:18 59:5
60:1,2,3,14
61:18,20 62:1
62:16,22,23,24
64:16,17,19,19
66:13,13,16
67:3,9,10,12,22
68:1,3,5,17,17
69:11,11,13,24
69:25 70:5,7
70:13,13 71:19
71:21 72:1,7
73:5 74:17,18
74:19,23,24
75:8 76:6
77:11,21 78:7
78:22 79:15
81:1,13,15
82:8,10,10,15
82:15,16,18,22
83:18,18,25
84:1,1,11
85:16 87:13,13
87:15,15,16
88:8 89:18,23
90:1,1,2,9,11

90:15,17,21,24
91:4,23 92:2
93:4,10,11,15
94:12,16 95:10
95:12,14 96:2
96:3,3,6,7
**means** 5:21
36:10 48:13
57:3 70:17
87:22 94:5
**meant** 18:1
58:3
**medical** 85:17
88:25 96:16
**medications**
7:24
**meet** 43:1
60:19 96:12
**meeting** 6:17
40:7 46:14,16
60:25
**meetings** 13:4
16:7 24:1
59:23 60:3,6
60:10,21 91:6
**member** 60:7
60:24
**members** 69:6
82:13 97:6,20
**memory** 18:2
**mental** 96:16
96:17
**mentioned** 7:23
15:19 22:2

47:16 50:9
58:4
**messed** 51:4
**methadone**
33:18
**metro** 43:7
**micro** 8:16
**microcosm**
14:2
**mind** 8:5 55:18
85:14
**minded** 44:23
**mine** 77:12
80:9
**minne** 22:3
**minneapolis**
2:8,12,14 4:20
8:13,14,16
11:22 12:6,8
12:10 35:1
38:16 43:22
60:20 86:9
87:1,15
**minneapolis's**
83:17
**minneapolis...**
2:15,15,16
**minneso** 22:14
**minnesota** 1:1
2:8,14 12:2
22:3,4,6,15,22
23:1 42:14,15
83:14 99:1,6

**minority** 94:2
**minute** 33:25
34:1,14 54:17
54:20 84:20
**minutes** 33:21
33:21,21,22,22
34:5,16
**misdemeanor**
19:15
**missouri** 14:13
14:14 16:11,18
16:21,22,25
18:18 19:1,9
21:24 22:3,4
22:14,16
**mitig** 68:2
**mixed** 29:15
**mm** 22:5 74:13
75:15
**mndot** 58:6
**mo** 39:4
**monday** 43:10
**money** 29:20
32:24
**month** 18:20,24
66:9 71:25
91:6 92:1
**months** 39:10
**mor** 48:7
**morning** 4:14
4:18 6:4,21 7:3
85:9
**mornings** 48:8

**move** 22:6 31:6
41:8 54:15
56:21
**moved** 19:8,9
22:16,22 23:1
87:19
**movement**
56:12
**moving** 30:16
**multiple** 16:5
19:5 55:8
56:22 89:7
**mutual** 59:8
**mutually** 38:2

**n**

**n** 3:1 4:17
16:25
**name** 4:15,18
56:10 78:12,14
**named** 77:6,8
78:3 80:5 81:9
**names** 16:23
59:5 77:4
**national** 27:8
**nationally**
87:14
**nationwide**
86:2
**native** 36:9
38:15 46:15
50:18 53:8
55:11 57:13

**natives** 55:23
58:6
**nature** 73:2
78:16 80:7
**navigator**
42:22 52:1,3,5
**ne** 77:11
**necessarily**
23:24 31:19
48:13 51:16,16
55:20 57:1
66:17 67:15
68:21 70:10
75:1 79:8
**need** 6:5 17:14
25:2,18 27:3,5
30:16 36:7,22
37:25 39:18
48:20 50:5
65:9,10 67:10
88:16 89:5
90:19 93:1
96:16,17
**needed** 39:16
59:9
**needing** 68:6,7
**needles** 69:14
93:2
**needs** 40:19
48:10 49:6
59:14 96:14,15
**neighborhood**
62:3

**neloms** 77:6
**nenookaa** 42:4
**nenookaasi**
42:4 43:13
44:11 45:1,1
45:13,17 55:2
55:5 56:4,14
56:16,23 57:22
58:4,5 60:16
61:5,7,9,13
62:8,12,15,18
63:4 74:9
75:14 77:23
78:25 79:20,22
79:23,25 80:19
87:21 95:7
97:5
**network** 37:11
59:8
**never** 51:7
77:11,15 86:16
**new** 25:14 51:8
63:4 84:10
**newer** 38:22
**newest** 31:15
38:13
**niche** 85:25
**nicole** 56:11
**night** 82:21
**nod** 5:23
**nomodeaths**
16:25
**nonprofit**
27:17 37:19,20

56:6

**nope** 10:10
20:17 98:1

**norm** 67:16

**normal** 16:14

**north** 38:16

**nose** 6:15 13:21

**notarial** 99:7

**notary** 99:6

**notes** 65:18
84:21

**notice** 2:3

**noticed** 99:10

**nuanced** 69:12

**o**

**o** 16:25,25,25

**oath** 4:21 54:25
79:16

**objections** 87:3

**obviously**
69:14

**occasions** 60:13

**october** 74:8

**odds** 15:8

**office** 2:12
53:11

**offices** 53:11

**official** 1:7 29:7
29:12 54:4,5
56:23 64:17,19

**oh** 10:10 15:23
21:12 29:8
31:10 33:8,14

35:15 41:5
44:3 52:22
64:21 66:10
68:22,25 71:5
73:1 89:21
90:19 92:2
94:8

**okay** 4:14 6:20
7:4,11 8:4 18:1
21:11,12,18
31:10,11 32:6
35:10,20,22
45:25 49:1
51:16,18 54:20
55:16 59:22
61:23 63:1,10
63:12,20 66:3
66:4 71:11,15
71:15,16,17
72:20 75:20,25
76:22 77:3,5
84:19,23 87:8
96:18 97:4,9
97:22

**once** 18:20,24
46:16 77:17
87:6 96:6,11

**one's** 71:15

**ones** 9:16 13:2
39:3,4 52:11
55:18 62:22
67:5 78:21
79:2 88:11
90:7,8,9

**open** 39:20

**opens** 91:7

**operate** 36:11

**operates** 12:7

**operating**
27:16

**operation** 37:5

**operations** 83:5

**operator** 37:22

**opiate** 16:12,19

**opinion** 84:17

**opinions** 86:3

**order** 65:11

**ordered** 99:10

**organiz** 53:5

**organization**
17:3 24:12
43:2,3 88:4

**organizations**
37:24 38:10
42:17,25 88:1

**orgs** 38:6

**original** 21:3
51:14,15 55:22
62:18,19 74:9
75:14 79:19,22
79:23 98:7
99:9

**originally**
51:24

**outpatient**
23:22 32:12,17

**outreach** 11:24
12:1,3,6 15:14

15:22,25 17:2
18:17 19:1
29:5 35:1
43:25 45:7
46:11 48:12,13
50:3 52:14,15
52:19 53:24,25
64:9,10 72:8
80:10 91:21
92:5,10 93:3,3

**outside** 6:5
36:16 46:24
54:13 83:14
97:20

**overall** 77:21

**overhead** 80:1

**own** 27:13
36:16 37:12
39:17,21 45:8
52:11 73:10
92:7

**owned** 35:13

**owns** 56:7

**p**

**p.m.** 6:17 30:8
98:5

**packing** 88:20

**page** 3:1

**paid** 12:13,19
46:4

**papers** 9:21

**park** 70:10

parking 23:4
parks 70:9
part 20:10
25:16 27:25
50:7 57:4 70:4
80:10
participating
7:13
particular
66:12 97:5
particularly
10:21 40:10
parties 2:2
99:10,12,14
partner 37:2
42:5,8,14,19,21
43:6,14,18
44:11 45:22
partners 38:18
partnership
38:21 39:7
43:23 46:21
partnerships
36:12 39:1,2
42:24 49:14
53:10
party 99:10
past 47:20
paul 12:4,7,9
pay 32:25 33:7
paying 33:3
peer 23:11,14
24:4,7,11,14
25:18 26:13,18

26:20 27:10
28:13 29:13,23
30:5 37:12,21
37:25 38:11
39:21 40:2
58:15 89:17,22
91:4
peers 38:7
pending 6:8
peop 68:8
69:25 75:9
people 8:23
10:21 11:9
12:5 13:6
17:23 23:17
25:23 26:4,15
30:21,22 31:20
31:22,24 33:1
33:18 34:3,4
36:5,18 38:4,5
44:4 45:3
46:19,19 47:4
47:6,9,12,13,14
47:19 48:18,19
49:5,11,13,15
50:5,11,21
51:6,17 53:3
57:5 59:4,8
67:10 68:6,10
68:12,18,23
70:11 72:13
74:20,21 81:2
81:11,17,24
82:8 83:1,2

87:25 88:8,10
88:12,20 89:24
90:21 92:20
93:7,9,16,24
95:6 96:25
97:11,12
people's 47:2
80:22
peoples 53:8
75:10
percent 25:22
32:23 37:14
64:3 78:19
81:17 86:12
89:18 93:11
96:22
perform 99:6
period 17:7,8
55:24
person 7:11
30:12 37:12
42:18 51:8
80:25 89:10
96:12
person's 80:24
personal 25:21
54:12 78:7
80:12 89:16,22
personality
86:20
personally
11:17 28:8
52:21 64:20
87:14

persons 99:14
pertain 30:1
petty 69:22
phd 88:20 89:9
phone 40:19,20
49:19 94:21,25
96:10
phones 48:23
94:19
picking 66:23
place 29:20
38:4 39:14,21
60:11 61:19,19
61:19,20 82:21
93:24 94:14
96:5 97:6
places 26:20
46:19 49:14
88:15
plaintiffs 1:5
2:10 9:9 76:16
85:2
plan 24:21
plans 36:22
platforms 38:1
playing 70:10
please 4:15
plus 68:12
po 2:7
point 6:2 19:4,7
22:2 32:7
58:17 61:3
72:7 91:20

**points** 6:4 8:18
19:5
**police** 72:1
73:14 75:2,3
79:9
**political** 87:3
**population**
31:21 83:12
**populations**
28:2,5
**position** 18:6
25:4
**positioned** 87:4
**positive** 63:21
**possession**
19:14,19 21:7
21:10,19,22
**possible** 5:11
6:18 7:1,2
**ppo** 93:22
**practically**
29:5
**pre** 47:11
**preparation**
9:14 10:9
**prepare** 9:5,11
**prepared** 9:2,4
9:9
**present** 7:17
12:25 61:8
89:6,7
**presenter** 29:3
**preserved** 5:21

**press** 64:17,19
**presume** 67:14
**pretrial** 20:11
**pretty** 17:4,23
24:15,17 25:17
25:20 29:16
36:8 39:6 41:1
55:16 68:13
74:20 90:2
93:15,19 97:14
97:14
**previous** 71:23
**previously** 93:9
**primarily** 8:13
12:5,10 15:7
31:24 46:18
51:13 55:10
57:13
**prior** 71:25
**prison** 20:8,15
**privacy** 44:23
**pro** 6:12
**probably** 8:4
17:5,8,21
18:20 21:6,8
22:20 39:10
47:4 58:13,13
66:16 86:5,6
86:18
**probation**
19:10,13 20:24
21:14 22:15,16
22:17,19

**process** 6:14
27:25 43:17
44:10,16 94:6
95:2,24
**professional**
54:9,13
**profit** 27:20
**program** 16:2
52:10
**project** 2:6
46:13
**prompted** 31:6
**propane** 67:9
**proper** 44:12
**property** 8:23
8:24 76:10
79:4,12 84:15
**protest** 58:22
**protests** 56:19
**protocol** 73:9
**proven** 33:14
33:15
**provide** 11:1
27:18 41:7
45:23 47:12,13
51:1 53:14
83:18
**provided** 26:16
40:20,24 47:12
47:14
**provider** 37:22
75:2 83:21
**providers**
10:23 13:8

37:3 53:15
**providing** 5:18
23:20 36:5,20
**ptsd** 30:10
**public** 87:4
99:6
**pursuant** 2:3
**put** 44:5 46:11
87:10
**putting** 78:13

**q**

**qualifications**
13:16 25:18
**qualified** 11:4
**qualifies** 12:23
53:17
**quality** 36:23
68:20
**question** 5:14
5:15 6:1,8,9
14:23 17:12
18:9,11 42:10
45:18 76:8
94:3 97:4
**questions** 5:3
5:22 7:21 8:1
18:1 76:21
85:2,3,6 89:14
97:22
**quick** 54:17,20
69:12
**quickly** 49:15

quit  51:7 52:6
quite  16:23
    25:8 57:25
    58:2 79:8
quotes  72:11

**r**

r  4:16,16,16,17
    26:13
race  28:6 73:15
raining  95:16
ramifications
    89:8
ramp  23:4
random  92:19
rate  99:10
rather  5:23
reached  91:12
read  99:16
real  46:24
realize  6:12
really  5:8 6:25
    11:5 12:3
    13:11 14:4
    33:19 34:25
    38:23 43:19
    46:9 51:3,4
    56:15 58:22
    59:6 64:13
    68:1 71:19
    74:21 76:6
    77:16 78:6,14
    80:21 81:18
    82:24 87:25

88:4,12 89:6
92:19 95:7
reason  7:19
    22:18
reasonably
    11:8
rec  25:14 42:16
    80:16
recall  63:24
    67:2,5 71:9
    74:11 78:2
    87:20
receive  80:16
received  27:21
    80:15 94:4
recent  70:22
recently  53:18
    71:22,24 80:16
recess  54:22
    84:25
reciprocal
    26:14
reco  35:12
record  7:15
    21:16 54:24
    92:18 99:8
recorded  5:7
recording  5:9
recordkeeping
    50:16
recov  52:2
recovery  23:12
    23:14 24:1,4,7
    24:11,14,21

25:18 26:13,18
26:20 27:10
28:13 29:13,19
29:23 30:5
31:1 34:24
35:3,5,7,8,11
35:16,18,23
36:22 37:2,8,9
37:10,12,16,17
37:20,22,25
38:4,11 39:21
40:1,2 41:14
42:12,13,15,17
42:21 44:12
45:15,21 52:1
52:2,10 58:15
72:9 89:17,22
90:3 91:4
93:11
reduction
    48:21,22 57:7
refer  38:5,6
referenced
    11:21 45:14
    65:23
referred  36:19
referring  9:8
    12:16 26:24
    32:6 67:8 71:2
reflected  7:16
reform  16:12
    16:19
reformed  75:16

regardless  70:2
regions  23:6
    25:9 59:16
regular  46:4
    78:22 85:22
regularly  6:6
rehab  49:12
    51:10 90:5
rehabs  36:13
relapsed  19:3
relate  90:12,14
related  55:2
    59:11,24 61:5
    86:10
relates  10:22
    28:1
relati  94:7
relationship
    39:13 51:21
    54:9 77:10,17
    78:5,16 80:7
relationships
    54:13
relative  50:23
    99:12,12
relatively  84:9
relatives  50:17
releases  64:17
    64:19
reluctant  85:15
remember  7:25
    10:3 18:10,11
    18:14 28:3
    61:1,4 66:5,7,8

67:20 71:4,19
71:19,20,21
72:1 74:18
75:8 77:14
79:11,18 91:1
94:9
**reminder** 54:24
**remote** 64:25
99:7
**remotely** 2:2
**renewed** 42:6
**repair** 15:10
**repeat** 71:11
**repeated** 10:21
**rephrase** 45:18
**rephrased** 87:7
**repopulated**
74:15,17
**report** 9:2,12
**reported** 99:4
**reporter** 1:25
5:4
**reporter's** 3:5
**reports** 9:20
**represent** 4:20
71:1
**request** 75:12
**requirement**
91:9
**research** 9:21
**researching**
65:10
**reserved** 99:17

**resident** 60:14
60:17 61:2,2
77:13,22 78:23
**residential**
46:15 94:11
**residents** 13:7
55:12 56:25
57:3 60:9 62:9
64:11 66:21
69:20,21 82:13
88:24,24 95:7
**resource** 39:13
43:22 46:22
49:8 53:4
72:14 95:8
96:13
**resources** 43:4
54:11,11 72:17
**resp** 17:12
**responding**
12:17 72:13
73:2
**response** 7:20
8:1 86:12
**responses** 74:3
**responsibilities**
29:23 36:2
**rest** 84:23
**restaurant**
17:18
**restaurants**
15:9
**restructuring**
31:13 35:17

**retain** 98:9
**retained** 11:1
**retardant** 68:3
**retrieve** 8:24
79:3,12
**return** 79:5
**review** 9:14
10:2,5,8
**reviewing** 10:3
**ride** 33:17,25
34:1
**right** 6:25 9:9
17:13 20:11,14
24:6 26:22
27:3 29:9
31:11 37:16
38:16,17 41:1
42:5 44:13
47:24 55:2
62:6 63:14
65:16,17 68:24
70:21,21 71:7
71:15 72:15
76:2 83:22
99:16
**roaming** 49:25
52:13
**roberta** 78:11
**robertson** 2:16
**rodriguez** 2:19
**role** 35:3 47:19
51:14,15 58:16
58:18 83:17,24

**rolling** 88:18
**rondel** 81:9
**roof** 93:17
**room** 2:13 7:8
7:14 32:25
**round** 33:20
**roundabout**
33:3
**rule** 77:16
89:12
**rules** 5:1 28:21
**run** 41:6 97:11
**running** 43:19

**s**

**s** 3:7
**safe** 82:24
83:13
**safety** 67:3,4,7
67:17,21,23
68:9
**sagataw** 1:4
76:23
**sanitizers**
67:10
**sarff** 2:16
**saw** 78:21
**saying** 11:16
33:9,9 34:6
46:1 59:9,17
72:22 79:15
86:23 88:5
89:9 91:3,17
91:24

says 26:15
scenarios 53:14
schedule 47:25
  48:7 91:7
scheduled 6:5
scheduling
  29:17
school 9:22,24
  14:14
scientist 85:17
scope 11:18
  65:8,12
screen 63:18
se 61:20 71:21
  78:9 85:19
seal 99:18
second 4:9
  16:20 29:15
  74:12 75:16,20
  75:23
section 30:17
  84:8
see 6:21 20:19
  21:6 24:22
  25:1 38:20
  39:23,23 48:20
  48:25 49:6
  50:4 54:7
  56:13 63:17
  67:12 69:18
  70:6 76:9,12
  84:10 88:1,6
  92:17,19 95:12
  97:20

seeing 32:3
  44:3 86:13
  89:8
seem 73:9 83:5
seemed 29:10
  71:24 73:25
seems 8:11
  57:14 81:22
  83:10
seen 10:4 35:20
  42:23 56:3
  68:17,18,19
  82:10 86:14
  95:19 97:5,11
sees 11:14
segue 95:20
semesters 15:2
send 93:13
sense 5:18,19
  5:24,25 18:15
  27:24 34:17
  41:19 51:2
  79:20 86:20
sent 9:16 51:8
sentence 20:22
separate 28:21
  41:17 60:12
series 76:16
serve 12:13
  19:22 20:22
served 20:11
service 10:23
  15:13 20:23
  36:20 37:22

53:15 75:1
  83:20 91:10
services 15:20
  23:20 26:16
  36:6 40:24
  51:2 73:6
serving 25:15
set 27:18 45:22
  50:10,14 82:21
seven 48:16,16
sexual 82:12
shady 89:19
shake 5:23
shame 90:17
sharda 2:16
  4:18 98:8
sharda.enslin
  2:15
share 43:4
shared 90:25
  90:25
sharing 39:14
  53:5 59:6
she'd 94:22
sheet 50:23
shelter 82:19
  83:17,18 95:19
shelters 73:7
  81:12,13 82:4
  82:6,7,11 83:8
shock 19:25
  20:3
shop 23:7

shortly 25:13
shot 78:7
show 53:1 83:9
shut 87:18
shy 86:20
si 91:25
sic 62:16
side 37:15
  43:20
sign 50:23
  94:18 99:16
signed 10:8
signs 56:19
  76:13
similar 25:17
simply 44:5
sir 4:6
sis 21:15
sit 18:14 60:16
site 42:5,8,19
  43:6,14,18
  44:11 45:15,24
  47:7 62:18
  67:25 71:23
  74:9,14 75:17
sites 42:14,21
  45:22 76:10
sitting 7:14 8:5
  65:5,15
situation 20:9
  45:22 51:17,22
six 48:15
slash 30:5,5

**slashed** 67:12
  67:15
**sleeping** 83:13
**slightly** 60:5
**small** 17:22,24
  81:16,17
**smaller** 53:10
**smoke** 68:15
  69:1
**smoke's** 68:19
**smoking** 70:12
**sober** 32:21,21
  32:24 33:5
  36:17 37:11
  41:24 44:7,8
  57:10 93:13
**sobriety** 16:6
  36:23 56:6,12
**social** 10:22
  24:22
**socioeconomic**
  28:6
**sold** 94:21
**solid** 86:6
**solution** 70:16
**solutions** 37:10
  37:17,20 38:4
**somebody**
  95:24
**somepla** 31:3
**someplace**
  30:25
**sorry** 14:22
  16:8 31:7 33:8

44:23 45:18
  51:14 52:4
  60:18 63:16
  66:4 71:11
**sort** 22:10
  24:19 25:9
  31:22 32:2
  46:8 48:24
  51:21 57:6
  59:4,16 64:8
  76:5
**sound** 58:1
**sounding** 34:9
**sounds** 6:23,23
  7:4,6 84:24
  85:5 87:2
**source** 57:15
  92:21 97:7
**south** 2:13 8:13
  43:20 63:5,17
  70:19 71:14
**space** 7:12
**speak** 77:25
  81:7
**speaking** 14:23
**spearheading**
  44:16
**specialist** 23:12
  23:14 24:5,8
  24:11,14 25:19
  26:13,18,21
  27:11 28:13
  29:13,23 30:5
  37:12,22 39:21

40:2 58:16
  72:9 89:17,23
**specialists**
  37:25 38:11
  91:5
**specific** 8:15,16
  11:21 28:14
  36:9 39:3
  45:14 52:11
  55:18 60:21
  63:11 66:14
  67:3,5 71:9
  79:13 81:7
**specifically**
  28:1 30:1,24
  31:19 36:8
  39:16 50:15
  55:1 56:8
  60:15 62:15,15
  66:14 77:23
  81:8 82:3 84:7
  86:9 93:8
**spell** 4:14 38:14
**spend** 49:23
  52:12
**sporadically**
  59:16
**spots** 48:18,19
**st** 12:1,4,7,9
  14:13 16:4
**staff** 37:12 38:3
  47:7 82:12
**stage** 47:21

**staggering**
  73:23
**stamps** 40:18
  51:12
**stand** 28:24
  69:16
**stands** 26:14
**start** 5:16
  14:11 24:4
  95:1
**started** 14:19
  15:20 23:3
  27:11 28:17
  34:25 36:5
  41:14 43:17
  46:10 47:16
**starting** 9:23
**state** 27:8 43:7
  99:1,6
**statement** 9:4,8
**statements**
  10:8
**states** 1:1
**stay** 19:11
  58:25 67:11
  93:13
**stayed** 23:7
  55:21
**staying** 23:5
  81:11
**step** 24:1
**stepped** 79:9
**steps** 30:17

steroid 8:3
stint 16:5 40:25
stints 16:5
  17:24
stole 90:16,22
stop 19:1
stopped 19:5
stores 69:23
stories 81:2
  82:11
straight 34:23
strange 43:15
  73:18
street 2:13
  57:21 63:23
  91:21
streets 31:25
  49:25 52:13,24
  53:1,4,19
  94:13,18 95:12
striking 74:24
strong 78:11
  84:17
strongly 85:24
  86:1
struggling 25:2
stu 41:18
students 43:12
study 11:11
stuff 8:20,23,24
  9:25 11:15
  12:5 15:13,14
  16:7,14,16,24
  19:6 23:13

24:3 27:14,19
28:7,9,11,13,15
29:6,15,17,21
30:14 32:4
35:1 38:1,20
39:14 40:20
41:5,8,8,18
43:3,5,9,12,23
46:7,17,24
47:2,3 48:8,10
48:24 49:1,7
50:3 51:4,10
51:13 53:9
56:12,20,22
57:20 59:12,13
59:18 60:8
62:4 66:24
67:2,9,10,13
68:7,19 69:1
69:14,23 70:1
70:2 74:22
77:15 82:12,13
82:21 83:4
84:11 86:3,22
88:6,21 91:6
93:17,20 94:19
95:16 96:22
stuff's 82:24
subpoena
  12:17
subsequent
  61:12
subset 81:17

substance
  10:13,22 21:22
  23:12 43:12
  96:17
suburban
  92:20
success 57:5
sud 30:4 86:11
summarize
  95:23
summer 40:12
  62:21 71:3
super 29:18
  32:4 69:12
supervise 26:15
  91:4
supervision
  91:6,11
supervisor
  44:25
supplies 16:15
  48:21 53:7,12
suppo 33:16
support 41:7
  43:12 51:10
  57:14,16,16
supposed 34:3
  51:13,23
sure 5:12 6:7
  6:10,25 8:15
  10:6 12:10
  14:9 17:9
  25:20,22,25
  29:16 30:9,10

30:13 31:9
37:14,18 39:6
46:25 52:16,25
55:3 56:7 62:8
64:12,24 66:10
69:18,21 72:21
74:5,20 78:2
78:19 87:6
94:20 96:22
97:13
surgery 6:15
  7:24 13:22
surprised
  35:11 72:2,12
  72:18,25
surprisingly
  90:9
surrounding
  68:16
switch 23:9
switched 23:11
sword 68:4
sworn 3:2 4:2
  4:21 99:5
syringe 16:2
syringes 16:15
system 83:17

**t**

t 3:7
take 6:3,6,9
  27:5,8 33:17
  34:3 40:22
  47:1 51:10,10

54:17,20 73:19
84:20
**taken** 2:1 4:24
39:1
**talk** 5:12 28:4
29:10 39:24
54:8 60:17,25
77:19 78:24
80:18
**talked** 26:18
80:20
**talking** 75:18
88:17
**tangents** 88:16
**task** 53:8 75:10
**teach** 29:11
**tech** 30:4
**technically**
24:16 32:12
62:7 89:21
**tell** 7:12 14:10
17:15 23:17
26:4 36:1
52:17 63:2,10
65:21 74:14
76:19 99:5
**telling** 85:24
**temporary** 82:4
82:6,7
**ten** 30:7 33:18
34:3,4 54:17
54:17,20 84:20
87:21

**tent** 51:22
82:25
**tents** 67:12,15
**term** 13:12
24:11 32:11
42:6 50:9
52:12 85:10
87:3
**terms** 48:12
57:14 59:10
66:18 84:2
85:16,19
**test** 18:2
**testified** 4:3
79:14
**testify** 4:22
7:25 10:20
12:23
**testifying** 9:15
**testimony** 7:20
11:2,21 99:8,8
**testing** 27:19
**text** 41:5
**thank** 6:20
50:12 85:3
96:18
**thanks** 98:2
**theft** 69:22
**theirs** 75:5
**thing** 5:20 6:7
6:15 28:23
29:12 30:19
32:18 38:21
39:1 41:14,21

45:12 49:9
58:21 60:23
66:19 67:11
72:5,14 73:15
73:24 74:23
75:6 82:18
84:9,9 87:16
89:2,25 90:2
90:24 91:7
92:8 97:2,16
**things** 14:7
23:17 24:12
26:19 40:23
45:21 65:1,1
65:10,11 66:19
67:10 81:6
84:12 89:23
**think** 5:15 8:2
11:18 15:3,20
16:18 17:9
19:3,4 20:8,10
21:2,7 22:2,20
25:12 26:16
31:7,7,11
33:12 38:16
40:2 44:24
45:3,10,14,25
45:25 47:4,16
58:4,20 61:6
61:11 62:10
65:23 68:9
69:5,10 70:3,5
70:17 71:21
77:16 79:19,22

79:23 80:16
81:13,16 82:9
82:17,17 83:13
84:15 86:2,5,6
87:16 91:18
93:18,22 94:15
97:2,15
**thinking** 67:20
**thought** 35:21
43:15 71:17
**thread** 45:19
**threads** 41:5
**three** 39:10
49:24 60:12
96:24
**thrilled** 13:24
**thumb** 89:12
**ti** 91:3
**tidy** 66:20
**tiger** 78:3
**time** 9:19 17:18
17:20 19:22,23
19:25 20:3,8,8
20:13,15 21:21
24:17 25:4,9
25:13 29:15,20
34:14 38:23
43:18 49:5
54:7,22 55:24
56:1 63:15
71:12 74:12
75:16,20,21,23
78:13,18 81:5
81:6 84:25

85:4 87:18
91:8,12 97:4
98:9
**times** 16:24
20:5 50:9
56:22 58:12
60:3 70:24
75:22 81:22
90:16 92:1
**tiny** 49:13 57:6
**today** 5:2,10
7:19 8:1,5 9:15
10:9 18:14
48:5 65:6,11
85:2
**together** 46:11
57:8,8,9,10,11
80:22
**toity** 93:23
**ton** 69:18
**top** 61:18 64:18
**topic** 9:21 11:8
11:19,20
**topics** 11:2
12:24 87:5
**totally** 72:21
**touch** 7:3
**touched** 61:11
**tours** 12:5
**towards** 38:6
**town** 37:24
**tr** 25:23
**track** 54:16

**tracking** 72:22
**training** 27:18
27:25
**transcribed**
99:8
**transcript** 5:4
7:16 98:7
**transfer** 19:10
22:15
**transpired**
61:13
**travis** 77:6
**treated** 81:4,5
**treatment** 19:9
22:8,8,9,11,12
22:13 32:25
38:15 55:25
**trespassing**
76:13
**tribe** 53:21,21
**tricky** 32:18
**tried** 64:23
74:4
**trip** 33:21
**true** 99:8
**trust** 83:3
**truth** 99:5
**truthful** 7:20
**truthfully** 4:22
18:13
**try** 26:4 41:7
57:18 68:1
76:5

**trying** 6:17
8:18 13:4
16:14 19:11
29:11 39:14
55:16 58:24,25
73:19 79:7
91:2,8 93:13
97:12,18
**tuesday** 49:9
49:17 94:22
95:3
**tuesdays** 49:2
53:2
**turn** 85:4
**twice** 24:16
**two** 15:2 17:5,7
17:8 18:21,24
19:25 20:3
34:10 39:10
43:9 49:24,24
79:22,25
**type** 15:22
23:12,24 50:3
59:8 83:11
86:10 88:11
89:1
**types** 87:11
**typical** 40:5,7,8
40:12 48:5
**typically** 7:11

**u**

**u** 28:24

**ubiquitous**
67:24 68:6,13
**uh** 76:11
**umbrella** 51:22
**unable** 7:20
**under** 26:2
54:25 55:4
79:16
**underlying**
33:12
**understa** 69:16
**understand**
4:21 6:1,20 8:7
8:10,11 10:11
18:5 21:17
24:10 34:18
37:1 55:1 58:5
58:25 72:5
83:7,16,20
87:5 89:10
**understanding**
10:19 45:20
61:12
**understood** 6:9
6:10 12:22
20:21 75:25,25
**unexpected**
6:16
**unfortunately**
51:23 80:25
**unhoused** 28:1
28:14 48:20
60:9,14,17
61:2 83:12

86:10,25 88:24
93:25,25
**uniformly**
68:11
**unique** 87:12
**uniquely** 87:4
**unit** 29:1,2
34:13
**united** 1:1
**units** 33:23
34:13,15
**university**
14:25
**unpack** 36:25
72:20
**unpacked**
74:22
**unsheltered**
46:20 60:22
**updates** 94:23
**upgrade** 91:1
**upgraded**
26:12
**urban** 53:10,11
53:11
**use** 10:13,22
15:5 23:13
36:14 38:11
43:8,12 47:15
50:18 52:22
65:2 93:17
96:17
**used** 20:9 28:10
28:12 29:5

50:9 52:12
62:3 92:11,14
**using** 38:24
39:9 57:9
63:18 72:10
**usually** 36:16
81:4 96:3,7
**utilized** 16:3

**v**

**valid** 69:5,10
70:4
**van** 33:17,17
33:25 34:1
**varying** 6:3
**vastly** 23:18
**ver** 17:22
**verbal** 5:23
**versed** 86:24
**veterans** 30:11
**vicinity** 17:18
17:20
**video** 5:6,7
**videoconfere...**
1:11 2:1 98:4
99:4
**view** 63:23
**visit** 58:10
70:24 75:17
**visited** 50:22
63:24
**volunteer**
15:23,25 17:2
17:7 18:19

**volunteering**
18:17
**volunteers** 46:4
46:4,5
**vs** 1:6

**w**

**w** 25:7
**wait** 52:2
**walk** 15:24
40:5 63:1
76:18
**walking** 18:8
**wall** 55:23 58:6
**walls** 32:3
**want** 14:8
22:15 31:10
33:19 38:14
39:5 41:19
44:21,21 47:1
50:1 54:17
58:1 63:12,21
64:24 65:1,2,5
70:9 71:12
72:20,20 76:18
76:19 80:23
81:12,14 82:2
82:5 87:10
88:9 90:4
92:12 97:17
**wanted** 19:10
20:18 39:16
**wants** 70:6

**warm** 67:11
**warming** 46:23
47:7,14 49:3
50:22,25 53:1
94:17
**warmth** 59:13
**warriors** 56:6
56:12
**waste** 66:18
**watch** 83:3
**way** 5:7,13 33:3
33:6 56:25
58:3 81:3,4
92:18,25 94:16
**ways** 94:15
96:22
**we've** 51:5
55:14 61:11
80:20
**weather** 95:13
**website** 17:1
**webster** 14:25
15:1,6,16
**week** 20:3 25:8
46:12,16 48:16
91:18,25 96:11
**weekly** 43:1
**weeks** 19:25
**weirdo** 92:22
**went** 14:19
25:14 29:24
34:21,23,24
58:20 62:20
74:16 92:15

**white**   53:11
**wider**   69:3
**willing**   89:4
**win**   70:15 94:9
**winter**   68:6
   83:14
**wish**   64:23
**witness**   4:7 8:8
   12:11,16 13:12
   13:14,17 18:4
   18:4 20:12,14
   20:17 84:24
   99:4,8,17,18
**women**   43:9
**women's**   43:22
   46:22 49:7
   95:8 96:13
**wondering**
   87:2 93:7 94:4
**word**   50:17
   52:9
**work**   5:2 6:23
   14:11 15:6,21
   15:22,25 17:2
   17:6,7 19:1
   23:12 30:25
   32:16,19 35:18
   39:11,16 40:1
   42:2 47:17
   52:14,18,18,25
   53:4,19 54:1,3
   54:4,6,19
   57:23 80:10
   88:11

**workday**   40:5
   40:13
**worked**   23:18
   24:15 28:19
   43:21 93:18
**worker**   95:1
**workers**   36:14
   52:15,19 53:24
**working**   17:18
   17:19,20 23:3
   24:4 27:11
   28:18,22 29:18
   30:20 34:7,12
   39:8,12 47:17
   47:19 59:15
   91:15 93:5,6,7
   93:8
**works**   32:23
   65:12 95:9
**worry**   88:2
   90:22
**worse**   66:15
   74:3 96:2
**would've**   64:23
**wound**   88:20
**writ**   9:6
**writing**   32:3
**written**   5:21
   9:2,12
**wrong**   63:13
   79:1

| x |
|---|
| **x**   3:1,7 72:16 |
| y |

**y**   72:16
**y'all**   9:16
**ye**   37:4 79:1
**yeah**   5:25 6:10
   7:6,18 8:6,11
   9:4,6,24 10:3,3
   10:10,25 11:6
   11:9,15 12:10
   12:20,20,25
   13:15,18,23,23
   13:24 14:7,8
   15:5,7,11,22
   16:2,9,9,16,20
   16:21 17:8,9
   18:16,20,22,22
   18:23,23,25
   19:6,12,21,23
   20:5,12,24,24
   21:6,8,22 22:7
   22:23,25 23:3
   23:3 24:6,6
   25:3,7,12,24
   27:7,12,12,17
   29:16,16,25
   30:23 31:9,10
   31:12 32:9,18
   32:20 33:2,6,7
   33:16 34:2,2
   34:18,21,23,23
   35:2 36:3,3,21

37:7,23 38:12
38:18,21 40:8
40:8,9 41:20
42:10,10,11
43:6,7,13
44:15,17,18,19
44:19,19,20,24
45:2,2,4,11,19
46:1 47:10,10
47:12,13,15
48:3,6 49:2,10
50:7,12,13
52:3,5,10,16
53:6 54:3,14
55:4 57:12
58:3,7,21
59:15 61:6,10
61:15 62:14
63:20,20,21,25
63:25 64:1,6
64:16,23 65:7
65:14,17,17
66:5,5,10,10,13
67:1 68:1,5,8
68:12,13,25
69:11,11,12,24
70:13,17,20,20
70:22,25,25
71:6,8,14,16
72:1 73:18
74:2,17,19,20
74:23 75:18,21
75:24 76:5,5,6
77:5,5,7,11,12

| | **z** |
|---|---|
| 77:14 78:2,2,8 | |
| 78:8,9,12,18,22 | **z**   72:16 |
| 79:15,16 80:10 | **zoom**   5:6 7:7 |
| 80:13,14,20,21 | |
| 81:2,3,5,7,13 | |
| 82:7,23 83:19 | |
| 83:22,25 84:6 | |
| 84:13,13 85:15 | |
| 86:23 87:6 | |
| 89:12 90:11,14 | |
| 91:18,25 92:2 | |
| 92:2,3,3,3,6 | |
| 93:15,21 94:7 | |
| 94:7,9,10 | |
| 95:10,22 96:2 | |
| 96:3,19,20 | |
| 97:2,10,15,16 | |
| 97:19 | |
| **year**   15:17 17:7 | |
| 17:8 23:8 | |
| 26:10 28:18 | |
| 51:4 74:8 | |
| 75:16 87:23 | |
| **yearly**   27:2 | |
| **years**   13:2 17:5 | |
| 18:21,24 56:3 | |
| 91:17 96:24 | |
| **yep**   4:23 5:19 | |
| 14:15,17,25 | |
| 23:3 27:4 | |
| 49:21 70:22 | |
| 71:8 87:6,6 | |
| **yesterday** | |
| 85:24 | |

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS

## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.