UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CHERYL SAGATAW, et al.,

Plaintiffs,

vs.

MAYOR JACOB FREY, *in his individual and official capacity*

Defendant.

Case No. 24-cv-00001 (ECT/ECW)

**LR 7.1 WORD COUNT CERTIFICATE COMPLIANCE**

---

I, Sharda Enslin certify that the Reply Memorandum of Law in Support of Defendant City of Minneapolis' Motion for Summary Judgment complies with Local Rule 7.1(f) and 7.1(h). I further certify that, in preparation of this document, I used the following word processing program and version: Microsoft Word for Microsoft 365 Enterprise Version 2308 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, not including the caption and signature block. I further certify that the above document contains 312 words and therefore Defendant's Memorandum of Law and Reply Memorandum of Law in Support of Defendant's Motion for Summary Judgment cumulatively contain, 11,995 words.

Dated: September 2, 2025

KRISTYN ANDERSON
City Attorney
By

*s/Sharda Enslin*
SHARDA ENSLIN (#389370)
KRISTIN R. SARFF (#388003)
HEATHER P. ROBERTSON (#390470)
J. HAYNES HANSEN (#399102)
Assistant City Attorneys
Minneapolis City Attorney's Office
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN  55415
(612) 673-2180
(612) 673-3919
(612) 299-2742
(612) 673-3339
sharda.enslin@minneapolismn.gov
kristin.sarff@minneapolismn.gov
heather.robertson@minneapolismn.gov
haynes.hansen@minneapolismn.gov

*Attorneys for Mayor Jacob Frey*