UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYOR JACOB FREY, *in his individual and official capacity*,<br><br>Defendant. | Civil Action<br><br>0:24-cv-00001-ECT/TNL<br><br><br><br>**PLAINTIFF ROBERTA STRONG'S NOTICE OF APPEAL** |

NOW COMES Roberta Strong, Plaintiff and putative class representative, and provides this notice of her appeal of the above-captioned case to the United States Court of Appeals for the Eighth Circuit pursuant to Rules 3(c)(1) and 4(a) of the Federal Rules of Civil Procedure. Ms. Strong appeals from the opinion and order of the United States District Court for the District of Minnesota entered on December 1, 2025, granting the Defendant's motion for summary judgment and dismissing her claims.

Respectfully submitted,

Dated: December 31, 2025

s/*Kira Kelley*
**Kira Kelley** (they/she)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(802) 683-4086
kira@climatedefenseproject.org
MN License No. 0402932


_//s//_____
**Claire Nicole Glenn** (she/her)
Staff Attorney
Climate Defense Project
P.O. Box 7040
Minneapolis, MN 55407
(651) 343-4816
claire@climatedefenseproject.org
MN License No. 0402443

**ATTORNEYS FOR PLAINTIFFS**