UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHERYL SAGATAW, DEANTHONY BARNES, ROBERTA STRONG, TRAVIS NELOMS, ALVIN BUTCHER, ADRIAN TIGER, CHANCE ASKENETTE, DEVEN CASTON, LOLA HEGSTROM, and RONDEL APPLEBEE, *on behalf of themselves and a class of similarly-situated individuals*, <br><br> Plaintiffs, <br><br> vs. <br><br> MAYOR JACOB FREY, *in his individual and official capacity*, <br><br> Defendant. | Civil Action <br><br> 0:24-cv-00001-ECT/ECW <br><br><br> **MOTION FOR VOLUNTARY DISMISSAL OF APPEAL** |

NOW COMES Roberta Strong, Plaintiff and putative class representative, respectfully moving this Court pursuant to Federal Rule of Appellate Procedure 42(a) to dismiss the pending appeal. "Before an appeal has been docketed by the circuit clerk, the district court may dismiss the appeal … on the appellant's motion with notice to all parties."

1

Respectfully submitted,

Dated: January 27, 2026      s/*Kira Kelley*_____
    **Kira Kelley** (they/she)
    Staff Attorney
    Climate Defense Project
    P.O. Box 7040
    Minneapolis, MN 55407
    (802) 683-4086
    kira@climatedefenseproject.org
    MN License No. 0402932

    **ATTORNEY FOR PLAINTIFFS**